0565-0218-0519-J

# United States District Court
## District of Oregon

UNITED STATES OF AMERICA

v.

AL-HARAMAIN ISLAMIC
FOUNDATION, INC., ET AL

## WARRANT FOR ARREST

CASE NUMBER: 05-60008-HO

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   PIROUZ SEDAGHATY a/k/a Pete Seda Ghaty and Abu Yunus

and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with CONSPIRACY TO DEFRAUD THE UNITED STATES; FALSE I.R.S. RETURN BY TAX EXEMPT ORGANIZATION; FAILURE TO FILE REPORT OF INTERNATIONAL TRANSPORTATION OF CURRENCY OR MONETARY INSTRUMENT

in violation of Title __18__ United States Code, Section(s) 371; 26 U.S.C. §7206(1) and 31 U.S.C. §5316(a)(1)(A)

THOMAS M. COFFIN                              United States Magistrate Judge
Name of Issuing Officer                       Title of Issuing Officer

[signature]                                   Eugene, Oregon      2/17/05
Signature of Issuing Officer                  Date and Location

Bail fixed at $ __DETENTION__                 by         Thomas M. Coffin
                                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Feb. 17, 2005 | Kurt I. Charlton, IRS | [signature] |
| Date of Arrest | Special Agent, ~~FBI~~ IRS | |
| Aug. 15, 2007 | | |