Rev. 5/98 **IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

| IN THE CASE OF | | | LOCATION NUMBER |
|---|---|---|---|
| USA v.s. PIROUZ SEDAGHATY | FOR | RECVD '07 AUG 30 15:18 USDC-ORE | |
| | AT | FILED '07 AUG 30 15:18 USDC-ORE | |

PERSON REPRESENTED (Show your full name): **PIROUZ SEDAGHATY AKA PETE SEDA**

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court: **CR-05-60008-HO**
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
1. CONSPIRACY (RE: MONETARY TRANSACTION)
2. FALSE RETURN BY TAX EXEMPT ORG.

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ **5,000**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
VALUE $ 5,000 — 1/3 OF UNIMPROVED LAND IN EASTERN OR.
10,000 — VEHICLES, MISC.
30,000 — ARBORIST MACHINES + EQUIP.
(GOOD FAITH ESTIMATES. HAVE NOT SEEN ASSETS IN SOME TIME)

**OBLIGATIONS & DEBTS**

MARITAL STATUS: ☐ SINGLE ☒ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: **SUMMER MARIE RIFE - WIFE**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | MISC. CREDIT CARD DEBT (EST.) | $150,000+ | — |
| | BANK OF AMERICA. (EST.) | $50,000 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): **8/17/07**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) [signature]

26