

# ALHARAMAIN Foundation USA

Islamic Educational Center of America

ESTABLISHED 12-97     RAMADAN 1418

PHONE: **(541) 482-1116**     FAX: **(541) 482-1117**
WWW.alharamain.org     E-mail: haramain@alharamain.org

**1257 Siskiyou Bl.# 212 Ashland OR 97520  USA**

 

    Salaam alaikuum, dear brother.
We hope this Islamic literature finds you in the best of faith and health. Please accept our profound apology for the delay in its reaching you. Only recently have we been able to replenish our supply of books.  We hope you enjoy this literature, and derive maximum benefit from it.  May Allah, glorified be He, protect and guide us all.

                        Sincerely,
              Alharamain Islamic Foundation



GOVERNMENT EXHIBIT
B
CR05-60008-AO





**Al Haramain Islamic Foundation USA**

www.alharamain.org  E-mail: a@qf.org
Tel:(541)482-1116  Fax:(541)482-1117
1257 Siskiyou Blvd. #212
Ashland  OR 97520 USA



E-mail: q@qf.org
www.qf.org
Tel: (541) 776-5968

**1257 Siskiyou Blvd. #224**
**Ashland, OR 97520 USA**

Sûrah 2. Al-Baqarah    Part 2    | 65 |    الجزء ٢    سورة البقرة ٢

**190.** And fight in the Way of Allâh[1] those who fight you, but transgress not the limits. Truly, Allâh likes not the transgressors. [This Verse is the first one that was revealed in connection with *Jihâd*, but it was supplemented by another (9:36)].

**191.** And kill them wherever you find them, and turn them out from where they have turned you out. And *Al-Fitnah* [2] is worse than killing. And fight not with them at *Al-Masjid-Al-Harâm* (the sanctuary at

---

[1] (V.2:190) *Al-Jihâd* (holy fighting) in Allâh's Cause (with full force of numbers and weaponry) is given the utmost importance in Islâm and is one of its pillars (on which it stands). By *Jihâd* Islâm is established, Allâh's Word is made superior, (His Word being *Lâ ilâha illallâh* which means none has the right to be worshipped but Allâh), and His religion (Islâm) is propagated. By abandoning *Jihâd* (may Allâh protect us from that) Islâm is destroyed and the Muslims fall into an inferior position; their honour is lost, their lands are stolen, their rule and authority vanish. *Jihâd* is an obligatory duty in Islâm on every Muslim, and he who tries to escape from this duty, or does not in his innermost heart wish to fulfil this duty, dies with one of the qualities of a hypocrite.

Narrated 'Abdullâh bin Mas'ûd رضي الله عنه I asked Allâh's Messenger صلى الله عليه وسلم, "O Allâh's Messenger! What is the best deed?" He replied, "To offer the *Salât* (prayers) at their early fixed stated times." I asked, "What is next in goodness?" He replied, "To be good and dutiful to your parents." I further asked, "What is next in goodness?" He replied, "To participate in *Jihâd* in Allâh's Cause." I did not ask Allâh's Messenger صلى الله عليه وسلم anymore and if I had asked him more, he would have told me more. (*Sahih Al-Bukhâri*, Vol.4, *Hadîth* No.41).

[2] (V.2:191) *Al-Fitnah*: (polytheism, to disbelieve after one has believed in Allâh, or a trial or a calamity or an affliction).



GOVERNMENT EXHIBIT C
6:05-60008-AO

## APPENDIX-IV

*In the Name of Allâh, the Most Gracious, the Most Merciful*

## THE CALL TO *JIHÂD*
## (HOLY FIGHTING IN ALLÂH'S CAUSE)
## IN THE QUR'ÂN

Praise is to Allâh تعالى who has ordained *Al-Jihâd* (the holy fighting in Allâh's Cause):

1. With the heart (intentions or feelings),
2. With the hand (weapons, etc.),
3. With the tongue (speeches, etc., in the Cause of Allâh).

Allâh has rewarded the one who performs it with lofty dwellings in the Gardens (of Paradise).

I testify that there is none who has the right to be worshipped but Allâh تعالى Alone and He has no partners (with Him). I (also) testify that Muhammad صلى الله عليه وسلم is His slave and His Messenger, the one sent by Allâh تبارك as mercy for the *'Âlamîn* (mankind and jinn); the one commanded by Allâh تعالى to fight against the *Mushrikûn*[1] (and all those who ascribe partners with Allâh). He fought in Allâh's Cause with all his power and ability — may Allâh's Peace and Blessings be upon him, upon his followers and upon his Companions who believed in him, and honoured him, helped him and followed the light (the Qur'ân) and his *As-Sunnah* (the legal ways, orders, acts of worship, statements) which was revealed to him...those who emigrated and fought in the Cause of Allâh with their wealth and their lives, they were the supreme conquerors and the masters.

It is well-known how the Messenger صلى الله عليه وسلم was fighting against the *Mushrikûn* (and all those who ascribe partners with Allâh تعالى) since Allâh the Most Respectful, the All-Majestic sent him and honoured him with the Messengership till Allâh تعالى caused him to die and selected for him what was with Him (Paradise and all that is good).

The Prophet صلى الله عليه وسلم used to visit the people in their gatherings during the *Hajj* and *Umrah* season and other occasions (too). He used to go to their market places, recite the Qur'ân, invite them to Allâh تعالى, the Most Respectful, the All-Majestic. He used to say, "Who will give me a safe shelter, and who will support me till I convey the Message of my Lord (Allâh) in return for having Paradise?" But he would not find anyone to support him or to give him a safe shelter.

---

[1] *Al-Mushrikûn*: polytheists, pagans, idolaters, and disbelievers in the Oneness of Allâh and in His Messenger Muhammad صلى الله عليه وسلم.

Prophet Muhammad صلى الله عليه وسلم carried on his mission of inviting people to Allâh تعالى (Islâmic Religion) and persevered in his mission of invitation for 13 years in spite of the harm and injuries (which he suffered), and he used to forgive the ignorant... in order that Allâh's Proof be established against the disbelievers and that His Promise (be fulfilled to them which He assured them with His Statement):

"And We never punish until We have sent a Messenger (to give warning)." (V.17:15)

The people continued in their transgression and they did not take guidance from the manifest proof. The people of Quraish oppressed and harmed all those who followed him (Muhammad صلى الله عليه وسلم), put them to trials and afflictions in order to keep them away from their religion (Islâm), even to the extent that they exiled them from their homeland; some of them fled to Ethiopia, some went to Al-Madînah (Al-Munawwarah) and some remained patient (at Makkah) in spite of the harm they suffered; by being imprisoned, made to suffer from hunger and thirst and by being beaten (in a horrible manner)... so much so that some of them were not able to sit straight from the severity (of the injuries) sustained from the beatings.

They used to tie a rope around the neck of Bilâl (may Allâh be pleased with him) and give the end of that rope in the hands of boys to play and drag him through the pathways of Makkah... And what Yâsir's family suffered from the torment was beyond what a normal human being can endure.

The people of Quraish harmed Allâh's Messenger (Muhammad صلى الله عليه وسلم) (too). They besieged him in Ash-Shi'b. Once 'Uqbah bin Abi Mu'ait tried to strangle him and he kept on squeezing the Prophet's clothes round his neck till the eyes of the Prophet صلى الله عليه وسلم bulged out, and Abû Bakr rushed at 'Uqbah and released the Prophet صلى الله عليه وسلم from him and said, "Would you kill a man because he says: My Lord is Allâh تعالى?"

Abû Jahl also tried to kill the Messenger صلى الله عليه وسلم, while the latter was in prostration praying in the *Al-Masjid-al-Harâm*, he carried a huge stone to throw it on the Prophet's head. But when he (Abû Jahl) tried to throw it he turned on his heels frightened saying: "I am being prevented from going near to Muhammad (صلى الله عليه وسلم) by a huge stallion camel intending to swallow me."

And when Allâh تعالى wanted to reveal His religion (Islâm) and to fulfil His Promise and to make His Prophet صلى الله عليه وسلم victorious. So, Allâh تعالى the Most High ordered him to emigrate to Al-Madînah. So he stayed there and Allâh supported him with His Victory and with His slaves, the faithful believers —the Islamic army unit composed of different sorts of people (black, white, and red). They strove hard for him with all their efforts, and preferred his love to the love of (their) fathers, offspring and wives.

1226

Muhammad ﷺ was dearer to the believers than their ownselves. The (pagan) Arabs and Jews had formed a united front against them (Muhammad ﷺ and his followers) and had put up all their efforts of enmity, standing and fighting against them... and (in fact) they shouted against them from every corner. Then, at that time Allâh permitted them (Muhammad ﷺ and his followers) to fight but He did not make it obligatory. He said:

"Permission to fight is given to those (i.e. believers against disbelievers) who are fighting them (and) because they (believers) have been wronged, and surely Allâh is Able to give them (believers) victory." (V.22:39)

"Those who have been expelled from their homes unjustly only because they said: Our Lord is Allâh." (V.22:39,40)

The above Verses clearly state that Allâh تعالى is Able to give victory to His worshippers (the believers) without fighting, but Allâh wants from His worshippers obedience with all their efforts as it is evident from the following Divine Verse:

"So when you meet (in fight... Jihâd in Allâh's Cause) those who disbelieve smite at their necks till when you have killed and wounded many of them, then bind a bond firmly (on them, i.e. take them as captives). Thereafter (is the time) either for generosity (i.e. free them without ransom) or ransom (according to what benefits Islâm), until war lays down its burden. Thus [you are ordered by Allâh to] continue in carrying out Jihâd against the disbelievers till they embrace Islâm (i.e. are saved from the punishment in the Hell-fire) or at least come under your protection], but if it had been Allâh's Will, He Himself could certainly have punished them (without you). But (He lets you fight) in order to test you, some with others. But those who are killed in the Way of Allâh, He will never let their deeds be lost.

"He will guide them and set right their state.

"And admit them to Paradise which He has made known to them (i.e. they will know their places in Paradise better than they used to know their homes in this world)." (V.47:4,5,6)

Then after that He made fighting (Jihâd) obligatory against all those who fight you (Muslims); not against those who didn't fight you. So Allâh ordered:

"And fight in the way of Allâh those who fight you..." (V.2:190)

Then Allâh تعالى revealed in Sûrat At-Taubah (Bara'ah) (Repentance, IX) the order to discard (all) the obligations (covenants, etc.) and commanded the Muslims to fight against all the Mushrikûn as well as against the people of the Scriptures (Jews and Christians) if they do not

1227

embrace Islâm, till they pay the Jizyah (a tax levied on the non-Muslims who do not embrace Islâm and are under the protection of an Islâmic government) with willing submission and feel themselves subdued (as it is revealed in the Verse 9:29). So Muslims were not permitted to abandon "the fighting" against them (Pagans, Jews and Christians) and to reconcile with them and to suspend hostilities against them for an unlimited period while they are strong and are able to fight against them (non-Muslims).

As it is now obvious, at first "the fighting" was forbidden, then it was permitted and after that it was made obligatory — (1) against them who start "the fighting" against you (Muslims)... (2) and against all those who worship others along with Allâh... as mentioned in Sûrat Al-Baqarah (II), Al-Imran (III) and Taubah (IX)... and other Sûrah (Chapters of the Qur'ân).

Allâh تعالى made the fighting (Jihâd) obligatory for the Muslims and gave importance to the subject-matter of Jihâd in all the Surah (Chapters of the Qur'ân) which were revealed (at Al-Madinah) as in Allâh's Statement:

"March forth whether you are light (being healthy, young and wealthy) or heavy (being ill, old and poor), and strive hard with your wealth and your lives in the Cause of Allâh. This is better for you if you but knew." (V.9:41).

And He (Allâh) said:

"Jihâd (holy fighting in Allâh's Cause) is ordained for you (Muslims) though you dislike it, and it may be that you dislike a thing which is good for you and that you like a thing which is bad for you. Allâh knows but you do not know." (V.2:216)

Fighting, even though by its nature is disliked by the human soul because of the liability, of being killed, or being taken as a captive, or being injured, with the wasting of the wealth, the damage to the industries, the destruction of the country, the spreading of fear and awe in the souls and the (possibility) of being exiled from one's homeland, Allah had made ready an immensely good reward that cannot be imagined by a human soul.

'Ikrimah (a religious scholar) said: At first Muslims disliked it (Jihâd), but later they loved it and said: "We listen and obey." And that is because the submission to the order to fight means hardship, but if the reward is made known it becomes clear to compare the hardship involved and its reward.

The Verses of the Qur'ân and the Sunnah (the Prophet's legal ways, orders) exhort Muslims greatly to take part in Jihâd and have made quite clear its rewards, and praised greatly those who perform Jihâd (the holy fighting in Allâh's Cause) and explained to them various kinds of honours which they will receive from their Lord (Allâh تعالى). This is because they — Mujâhidin are Allâh's troops. Allâh تعالى will establish His religion (Islâm), with them (Mujâhidin). He will repel the might of His enemies, and with them He will protect Islâm and guard the religion safely.

And Allâh تعالى says:

"Do you consider the providing of drinking water to pilgrims and the maintenance of *Al-Masjid-al-Harâm* (at Makkah) as equal to the worth of those who believe in Allâh and the Last Day, and strive hard and fight in the Cause of Allâh? They are not equal before Allâh! And Allâh guides not those people who are the *Zalimûn* (polytheists and wrong-doers)." (V.9:19).

"Those who believed (in the Oneness of Allâh — Islâmic Monotheism) and emigrated and strove hard and fought in Allâh's Cause with their wealth and their lives are far higher in degree with Allâh. They are the successful." (V.9:20).

"Their Lord gives them glad tidings of Mercy from Him, and His being pleased (with them) and of Gardens (Paradise) for them wherein are everlasting delights.(V.9:21).

"They will dwell therein for ever. Verily, with Allâh is a great reward." (V.9:22).

In the above Verses Allâh تعالى, the Most High, Who is above all that they ascribe to Him, informs that those who maintain *Al-Masjid-al-Harâm* (at Makkah) [and their maintenance of the mosque means to do *I'tikâf* in it, the *Tawâf* (circumambulation) of the *Ka'bah*, and the offering of *Salât* (prayers) in it, etc.] mentioned in the above said Verse — and those who provide drinking water to the pilgrims are not equal to those who did *Jihâd* in Allâh's Cause. Allâh تعالى informed that the believers who fight in Allâh's Cause *(Mujâhidîn)* are far superior in grades before Him and it is they who will be successful.

And they are the ones who have received the glad tidings of: (1) His Mercy, (2) His being pleased with them, (3) and Gardens (Paradise).

Hence Allâh تعالى denied the equality between the *Mujâhidin* (those who fight in Allâh's Cause) and those who maintain the *Al-Masjid-al-Harâm* (at Makkah) along with the various kinds of worship, in spite of His praising those who maintain the mosques in His Statement:

"The Mosques of Allâh shall be maintained only by those who believe in Allâh تعالى and the Last Day, perform *Iqâmat-as-Salât*, and give *Zakât* and fear none but Allâh. It is they who are expected to be on true guidance." (V.9:18).

So it is they (above said people) who are called by Allâh تعالى as "the maintainers of the mosques" — And in spite of all this, still the people who do *Jihâd* are far superior in grade than them (maintainers of the mosques) before Allâh تعالى.

Allâh تعالى says:

"Not equal are those of the believers who sit (at home) except those who are disabled (by injury, or are blind, or lame, etc.) and those

And it is they, *(Mujâhidin)* who fight against the enemies of Allâh in order that the worship should be all for Allâh (Alone and not for any other deity) and that the Word of Allâh تعالى (i.e. none has the right to be worshipped but Allâh تعالى and His religion Islâm) should be superior. Allâh has made them *(Mujâhidin)* partners in reward along with all those who guard Islam with their weapons, along with their good deeds which they performed even if they sleep in their homes.

And the Law-Giver (Allâh) has made one who leads another to do a deed equal to the doer of the deed himself, both in reward (for a good deed) and in punishment (for a crime). So the inviter to a good deed and the inviter to an evil deed both will have a reward (good or bad) equal to the reward of the one who has done that deed.

And sufficient is Allâh's Statement in this matter:

"O you who believe! Shall I guide you to a commerce that will save you from a painful torment?" (V.61:10)

After this Verse was revealed the souls became filled with the yearning for this profitable commerce which Allâh تعالى, the Lord of *'Âlamîn* (mankind, jinn and all that exists), the All-Knower, the All-Wise Himself directed the people towards it. Allâh تعالى says:

"That you believe in Allâh and His Messenger (Muhammad صلى الله عليه وسلم) and that you strive hard and fight in the Cause of Allâh تعالى with your wealth and your lives..." (V.61:11)

Allâh تعالى further says:

"That will be better for you if you but know." (V.61:11)

i.e. *Jihâd* (holy fighting in Allâh's Cause) is better for you than your staying (back at home). Regarding the reward Allâh says:

"(If you do so) He will forgive you your sins, and admit you into Gardens under which rivers flow and pleasant dwellings in Gardens of Eternity *('Adn* Paradise) — that is indeed the great success." (V.61:12).

So it was as if they (the souls) said (as regards the above Verse): This is for us in the Hereafter and there is nothing for us in this world, Then Allâh تعالى said:

"And, also (He will give you) another (blessing) which you love, — help from Allâh (against your enemies) and a near victory, And give glad tidings (O Muhammad صلى الله عليه وسلم) to the believers." (V.61:13).

Good-gracious (indeed) how beautiful are these Words (of Allâh) and how they appeal to human hearts. How great is the attraction for them and how they lead one towards one's Lord (Allâh تعالى). How soothing are they for the hearts of every lover of good. How great is the contentment of the heart and a happy life when one understands their meaning. We supplicate Allâh تعالى to bestow upon us His Blessings.

|1231|

Ibn Qayyim said as regards the Statement of Allâh (تبار):-
"Verily, Allâh has purchased of the believers their lives and their properties; for (the price) that theirs shall be the Paradise. They fight in Allâh's Cause, so they kill (others) and are killed. It is a promise in truth which is binding on Him in the Torah and the Gospel and the Qur'ân. And who is truer to his covenant than Allâh? Then rejoice in the bargain which you have concluded. That is the supreme success." (V.9:111).

So Allâh (سبحانه) has put Paradise as the price of the believers and their properties, so if they sacrifice their lives and properties for His Cause, then they deserve the prize (Paradise) and the bargain which they concluded with Him. He reassured them with a number of assurances:

1. Allâh informed the believers with the word of emphasis: "Surely."
2. By using the past tense which denotes that the thing has already happened, and was confirmed and it remained as it was.
3. Moreover, He took upon Himself the responsibility of this convenant as He Himself bought the deal.
4. He informed that He has promised to give this price (Paradise) and shall neither break His Promise, nor shall neglect it.
5. The Arabic word *'alâ* used in this Divine Verse denotes obligation to convey to His worshippers that it is a binding on Him.
6. He confirmed that it is indeed a binding on Him.
7. He has informed that it (this bargain) is written in the Best Books revealed from the heavens (i.e. the Torah, the Gospel, and the Qur'ân).
8. He used the interrogative form to emphasize the fact that there is none Truer to his convenant than Him (Allâh).
9. He the Glorified, the Most High ordered them to receive the glad tidings of this contract (bargain) and give the good news to one another regarding a contract which has been ratified and has come to stay and admits of no choice or abrogation.
10. He informed them of a truly sure news that there is a supreme success in the bargain (contract) which they have concluded. And bargain here means the thing which they shall receive with this price (their lives and properties) is Paradise.

And His (Allâh's) Statement "Bargain which you have concluded" i.e. the price with which you have exchanged the deal, Allâh the Glorified mentioned the kinds of people who have concluded this contract (deal) and not any other (as mentioned in His Statement):

"(The believers whose lives Allâh has purchased are) those who turn to Allâh in repentance (from polytheism and hypocrisy), who

|1230|

who strive hard and fight in the Cause of Allâh with their wealth and their lives. Allâh has preferred in grades those who strive hard and fight with their wealth and lives above those who sit (at home). Unto each Allâh has promised good (Paradise), but Allâh has preferred those who strive hard and fight, above those who sit (at home) by a huge reward." (V.4:95).

"Degrees of (higher) grades from Him, and Forgiveness and Mercy. And Allâh is Ever Oft-Forgiving, Most Merciful." (V.4:96).

Allâh تبار (the All-Mighty) denied the equality between the believers who sit (at home) and join not in *Jihad* — and the *Mujâhidin* (those who fight in Allâh's Cause), — then He mentioned the superiority of the *Mujâhidin*, over those (believers) who sit (at home) by a grade and then later on mentioned their (*Mujâhidin's*) superiority over them (believers who sit at home) by degrees of grades.

Ibn Zaid (a religious scholar) said: The degrees of grades with which Allâh تبار preferred the *Mujâhidin* over those (believers) who sit (at home) are seven and these Allâh تبار mentioned in His Statement:

"... That is because they suffer neither thirst, nor fatigue, nor hunger in the Cause of Allâh تبار, nor they take any step to raise the anger of disbelievers nor inflict any injury upon an enemy, but is written to their credit as a deed of righteousness. Surely Allâh loses not the reward of the *Muhsinûn*." (V.9:120)

These are five — then Allâh says:

"Nor do they spend anything (in Allâh's Cause) — small or great, — nor cross a valley, but is written to their credit..." (V.9:121).

So these are two bringing the total to seven.

Ibn Qayyim after mentioning the statement of Ibn Zaid said: True! Indeed the degrees of grades mentioned are reported in *Sahih Al-Bukhari*: Narrated Abû Hurairah رضى الله عنه : The Prophet صلى الله عليه وسلم said, "Whoever believes in Allâh and His Messenger, performs *Iqâmat-as-Salât* and observes *Saum* (fasts) in the month of Ramadân, then it will be a promise binding upon Allâh to admit him to Paradise no matter whether he fights in Allâh's Cause or remains in the land where he is born." The people said, "O Allâh's Messenger! Shall we inform the people of this good news?" He صلى الله عليه وسلم said, "Paradise has one hundred grades which Allâh has reserved for the *Mujâhidin* who fight in His Cause, and the distance between each of the two grades is like the distance between the heaven and the earth. So, when you ask Allâh (for something), ask for *Al-Firdaus* which is the middle (best) and highest part of Paradise." [The subnarrator added, "I think the Prophet صلى الله عليه وسلم also said: 'Above it (i.e. *Al-Firdaus*) is the Throne of the Gracious (i.e. Allâh), and from it originate the rivers of Paradise.'"] (*Hadîth* No. 48, Vol. 4).

| 1233 | 1232 |

"They rejoice in what Allâh has bestowed upon them of His Bounty, rejoicing for the sake of those who have not yet joined them, but are left behind (not yet martyred) that on them no fear shall come, nor shall they grieve.

"They rejoice in a Grace and a Bounty from Allâh and that Allâh will not waste the reward of the believers.

"Those who answered (the Call of) Allâh and the Messenger (Muhammad صلى الله عليه وسلم) after being wounded; for those of them who did good deeds and feared Allâh, there is a great reward." (V.3:169-172)

And He (Allâh تعالى) says:

"Those who believe, fight in the Cause of Allâh, and those who disbelieve, fight in the cause of Tâghût (Satan etc.). So fight you against the friends of Satan; ever feeble indeed is the plot of Satan." (V.4:76).

"Then fight, (O Muhammad صلى الله عليه وسلم), in the Cause of Allâh, you are not tasked (held responsible) except for yourself, and incite the believers (to fight along with you), it may be that Allâh will restrain the evil might of the disbelievers. And Allâh is Stronger in might and Stronger in punishing." (V.4:84).

And He (Allâh تعالى) says:

"Let those (believers) who sell the life of this world for the Hereafter, fight in the Cause of Allâh; and whoso fights in the Cause of Allâh and is killed or gets victory, We shall bestow on him a great reward." (V.4:74).

And so on — there are other similar Verses (in the Qur'ân) — besides these.

Think deeply, dear brother in Islâm, how Allâh تعالى encourages the spirit to make His Word superior and to protect the weak, and to rescue the oppressed ones.

Also think deeply how Jihâd is connected with Salât (prayers) and Saum (fasting). It is made obvious that Jihâd is similar to both of them, and all the three (Jihâd, Salât and Saum) are ordained (by Allâh) for the believers.

See how Allâh has encouraged the cowardly men to plunge themselves into the battles, to face death with an open heart, and to run madly for it (Jihâd) with great encouragement, showing clearly to them that death will certainly overtake them, and in case they die as Mujâhidin (Martyrs) they will be compensated for their worldly life with a mighty compensation and they will not be dealt with unjustly in the very least.

Jihâd is a great deed indeed and there is no deed whose reward or blessing is as that of it, and for this reason, it is the best thing that one can volunteer for. All the Muslim religious scholars unanimously agree that

worship (Him), who praise (Him); who observe Saum (fast) (or go out in Allâh's Cause), who bow down [in Salât (prayer)], who prostrate themselves [in Salât (prayer)], who enjoin (people) Al-Ma'rûf (i.e. Islâmic Monotheism and all that Islâm has ordained) and forbid (people) from Al-Munkar (i.e. disbelief, polytheism of all kinds and all that Islâm has forbidden), and who observe the limits set by Allâh (do all that Allâh has ordained and abstain from all kinds of sins and evil deeds which Allâh has forbidden). And give glad tidings to the believers." (V.9:112)

And sufficient is this excellence — (for a Mujâhid which he will receive) honour and high degrees of grade — along with other things which Allâh تعالى has made clear in the Qur'ân: about the description of the reward of Mujâhidin, their magnificent state, moving of feelings and sentiments, the demanding of sacrifice in the cause of inviting others to Islâm, to put strength and courage in the souls and to urge them to go forward and be stable and firm, and Allâh تعالى will grant them victory and support them with the angels, as it is evident from the Statement of Allâh:

"Remember when you (Muhammad صلى الله عليه وسلم) said to the believers: 'Is it not enough for you that your Lord (Allâh) should help you with three thousand angels sent down?' Yes, if you hold on to patience and piety and the enemy comes rushing at you; your Lord will help you with five thousand angels having marks (of distinction). Allâh made it not but as a message of good news for you and as an assurance to your hearts, and there is no victory except from Allâh the All-Mighty, the All-Wise." (V.3:124, 125, 126).

"So do not become weak (against your enemy), nor be sad and you will be superior (in victory) if you are indeed (true) believers. If a wound (and killing) has touched you, be sure a similar wound (and killing) has touched the others. And so are the days (good and not so good) We give to men by turns, that Allâh may test those who believe, and that He may take martyrs from among you. And Allâh likes not the Zalimûn (polytheists and wrongdoers). And that Allâh may test (or purify) the believers (from sins) and destroy the disbelievers. Do you think that you will enter Paradise before Allâh tests those of you who fought (in His Cause) and (also) tests those who are patient?" (V.3:139, 140, 141, 142).

And Allâh informed about those who are martyred in His Way. They are alive and that they are with their Lord Allâh تعالى finding what they wish of provisions and their faces are delighted with glad tidings. As Allâh تعالى says:

"Think not of those who are killed in the Way of Allâh as dead. Nay, they are alive with their Lord and they have provision.

Jihâd is superior to Hajj and 'Umrah (pilgrimage) and also superior to non-obligatory Salât (prayer) and Saum (fasting) as mentioned in the Qur'ân and Prophet's Sunnah. It is obvious that the benefits of Jihâd for us are extensive and comprehensive; it (Jihâd) includes all kinds of worship both hidden and open, it also includes (a great) love for Allâh تعالى and it shows one's sincerity to Him and it also shows one's trust in Him, and it indicates the handing over of one's soul and property to Him — it (Jihâd) shows one's patience, one's devotion to Islâm, one's remembrance to Allâh تعالى and there are other kinds of good deeds which are present in Jihâd and are not present in any other act of worship.

For these above mentioned degrees of grades of various kinds of worship one should race for Jihâd. It is confirmed in the two authentic books (of Hadîth). Narrated Abû Hurairah (may Allâh be pleased with him): I heard Allâh's Messenger صلى الله عليه وسلم saying: "By Him in Whose Hand my soul is! Were it not for some men amongst the believers who dislike to be left behind me, and whom I cannot provide with means of conveyance, I would certainly never remain behind any Sariyyah (army unit) going out for Jihâd in Allâh's Cause. By Him in Whose Hand my life is! I would love to be martyred in Allâh's Cause and then come back to life and then be martyred and then come back to life again and then be martyred and then come back to life again and then be martyred." (Sahih Al-Bukhari, Vol 4, Hadith No. 54).

So the Prophet صلى الله عليه وسلم, through his ways of life, his firmness, his courage, and his patience has deeply encouraged the Mujâhidin for Allâh's Cause.

He صلى الله عليه وسلم informed them the immediate and deferred reward of Jihâd for them, and how different kinds of evils Allâh تعالى repels with it; and what a great honour, power, dignity and high grade is obtained through it and he صلى الله عليه وسلم has placed Jihâd at the top in Islâm. The Prophet صلى الله عليه وسلم says:

"Paradise has one hundred grades, the distance between each of the two grades is like the distance between the heaven and the earth, and these grades Allâh تعالى has reserved for the Mujâhidin who fight in His Cause" [as mentioned in the two authentic Books (Al-Bukhâri and Muslim)]. [See Sahih Al-Bukhari, Vol 4, Hadîth No. 48].

It is narrated in Sahih Al-Bukhâri, Allâh's Messenger صلى الله عليه وسلم said: "Anyone whose both feet get covered with dust in Allâh's Cause will not be touched by the Hell-fire." (Vol. 4, Hadîth No. 66).

It is also narrated in the two books (Al-Bukhâri and Muslim):

A man said, "O Messenger of Allâh! Inform me of a thing that is equal to Jihâd (in Allâh's Cause)." Allâh's Messenger صلى الله عليه وسلم said, "You cannot (do that)." The man said, "Inform me of that." Allâh's Messenger صلى الله عليه وسلم said, "Can you observe Saum (fast) continuously

without eating or drinking (at all) and stand continuously in Salât (prayer) from the time the Mujâhidin go out for Jihâd (till the time they return back home)?" The man replied, "No." Allâh's Messenger صلى الله عليه وسلم said, "That is (the thing) which is equal to Jihâd."

Likewise Allâh's Messenger صلى الله عليه وسلم said:

1) The souls of the martyrs are in the green birds dwelling in Paradise wherever they like.
2) That all their sins and faults are forgiven.
3) That each of them can intercede with Allâh تعالى for seventy of his family members.
4) That he will come secure on the Day of Resurrection from the great terror.
5) That he will not feel the agonies and distress of death.
6) That he will not be horrified by the (great) Gathering (on the Day of Resurrection).
7) That he does not feel the pain of "the killing" except like that of a pinch.

And how many agonies and distresses are there for a person who dies on his bed — and a standing (praying) or a sleeping person in Jihâd is better than a fasting or standing (praying) person not in Jihâd — and whosoever acted as a guard or escort in Allâh's Cause, his eyes will never witness the Fire (Hell) and that a day spent while one is in Jihâd for Allâh's Cause is better than the world and whatsoever is in it.

If one has understood (all) that, then Allâh تعالى has reproached those who remained behind from Allâh's Messenger صلى الله عليه وسلم during the battle of Tabuk (i.e. they did not join in it) — they who clung heavily to the luxuries of this world — they who lagged behind from hastening onwards to march forth (for the battle of Tabuk) — Allâh تعالى says:

"O you who believe! What is the matter with you, that when you are asked to march forth in the Cause of Allâh (i.e. go for Jihâd), you cling heavily to the earth? Are you pleased with the life of this world rather than the Hereafter? But little is the enjoyment of the life of this world as compared to the Hereafter." (V.9:38)

Similarly, Allâh تعالى disapproved of those who abandoned Jihâd (i.e. they did not go for Jihâd) and attributed to them hypocrisy and disease in their hearts, and threatened (all) those who remain behind from Jihâd and sit (at home) with horrible punishment. He (Allâh تعالى) referred to them with the most ugly descriptions, rebuked them for their cowardice and spoke against them (about their weakness and their remaining behind) as He said:

"If you march not forth, He will punish you with a painful torment and will replace you by another people and you cannot harm Him at all, and Allâh is Able to do all things." (V.9:39)

| 1236 |

And there are many Verses of the Qur'ân besides this Verse (that threaten the Muslim nation if they give up *Jihâd*).

And you will not find any organization past or present, religious or non-religious as regards (*Jihâd* and military) (ordering) the whole nation to march forth and mobilize all of them into active military service as a single row for *Jihâd* in Allâh's Cause so as to make superior the Word of Allâh (i.e. none has the right to be worshipped but Allâh), as you will find in the Islâmic Religion and its teachings.

The Qur'ân and *As-Sunnah* (the legal ways of Prophet Muhammad صلى الله عليه وسلم ) have clearly given (wonderful explanation for) every act concering *Jihâd*. The Book has distributed its different actions and its great number of responsibilities on its special units a most accurate distribution that excels above all the modern organizations and the military teachings. And in fact these modern organizations and military teachings are only a small portion (drop) of the military laws of the Qur'ân and *As-Sunnah*.

The Verses of Qur'ân and *As-Sunnah* of Allâh's Messenger Muhammad صلى الله عليه وسلم are both flooded with these high meanings, calling with eloquent phrases in a crystal clear way.

The Muslims were ordered to take all precautions against the enemies of Allâh تعالى and to get ready against them with all they can of power — because that is the first step for *Jihâd* (fighting) and the supreme way for the defence. To get ready (for *Jihâd*) includes various kinds of preparations and weapons [tanks, missiles, artillery, aeroplanes (air force), ships (navy), etc., and the training of the soldiers in these weapons], are all included under (the meaning) of the word "force (i.e. land-force, navy and air-force)." And to look after (take care of) the permanent forces as well as the stationed forces similar to looking after the mobile forces. And to take care of the army in peace-time as well as during war-time.

The foundation of the military spirit as they say is: obedience and military discipline. Allâh تعالى has mentioned the two elements of this foundation in the Verses of His Book (the Qur'ân).

As to the obedience, Allâh تعالى says:

"Those who believe say: 'Why is not a *Sûrah* (Chapter of the Qur'ân) sent down (for us)?' But when a decisive *Sûrah* (explaining things) is sent down, and fighting (*Jihâd* — holy fighting in Allâh's Cause) is mentioned (i.e. ordained) therein, you will see those in whose hearts there is a disease (of hypocrisy) looking at you with a look of one fainting to death. But it was better for them (hypocrites to listen to Allâh and to obey Him). Obedience (to Allâh) and good words (were better for them)." (V.47:20,21).

| 1237 |

And as to the military discipline, Allâh تعالى said in *Sûrah As-Saff* (Rows or Ranks):

"Verily! Allâh loves those who fight in His Cause in rows (ranks) as if they were a solid structure." (V.61:4).

Similarly the Islamic armed forces are exhorted to give their *Bai'ah* (pledge) to listen and obey, both in hard times and in ease, and in what they like and in what they dislike. Allâh تعالى says:

"Verily, those who give the *Bai'ah* (pledge) to you (O Muhammad), they are (in fact) giving the *Bai'ah* (pledge) to Allâh." (V.48:10).

And Allâh تعالى praised those who are true to (their) covenant and who fulfill their covenant by His Statement:

"Among the believers are men who have been true to their covenant with Allâh, [i.e. they have gone out for *Jihâd* (holy fighting), and showed not their backs to the disbelievers], of them some have fulfilled their obligations, (i.e. have been martyred) and some still are waiting, but they have never changed [i.e. they never proved treacherous to their covenant which they concluded with Allâh] in the least." (V.33:23)

And He ordered the believers to take a firm stand against the enemy when you (believers) meet their force, and to remember Allâh تعالى (much) at the time of horror, as He said:

"O you who believe! When you meet (an enemy) force take a firm stand against them and remember the Name of Allâh much (both with tongue and mind), so that you may be successful." (V.8:45).

And He (Allâh تعالى) encouraged the *Mujâhidîn* in His Cause to take a firm stand without any (kind) of fear and to display true bravery (against the enemy) from the start of the battle to the end — as He said:

"So when you meet (in fight — *Jihâd* in Allâh's Cause) those who disbelieve, smite at their necks till you have killed and wounded many of them, then bind a bond firmly (on them i.e. take them as captives), Thereafter (is the time for) either generosity (i.e. free them without ransom) or ransom (according to what benefits Islam), until war lays down its burdens..." (V.47:4)

"And don't be weak in the pursuit of the enemy; if you are suffering (hardships) then surely they (too) are suffering (hardships) as you are suffering, but you have a hope from Allâh (for the Reward i.e. Paradise) that for which they hope not; and Allâh is Ever All-Knowing, All-Wise." (V:4:104)

"And many a Prophet (i.e. many from amongst the Prophets) fought (in Allâh's Cause) and along with them (fought) large bands of religious learned men. But they never lost heart for that which did

befall them in Allâh's Way, nor did they weaken, nor degrade themselves. And Allâh loves the patient ones." (V.3:146)

Similarly, He ordered (the *Mujâhidûn*) to have confidence, to keep their composure and to expel (from their minds) all wrong conceptions, weakness and sadness — as He said:

"So do not become weak (against your enemy), nor be sad, and you will be superior (in victory), if you are indeed (true) believers." (V.3:139)

And Allâh تعالى informed that He has given a guarantee of victory to those who will defend Allâh's religion (true Islâm). And there is no consideration for the number of men or for the equipment with weapons but (the most important thing) is: true faith in Allâh تعالى and that the victory is (always) from Allâh تعالى — as Allâh تعالى said:

"If Allâh helps you, none can overcome you; and if He forsakes you, who is there after Him that can help you? And in Allâh (Alone) let believers put their trust." (V.3:160)

"How often a small group overcame a mighty host by Allâh's leave? And Allâh is with the patient." (V.2:249)

"O you who believe! If you help (in the cause of) Allâh, He will help you and make your foothold firm." (V.47:7)

"And, verily Our Word has gone forth of old for Our slaves, — Messengers, that they verily would be made triumphant. And that Our hosts, they verily would be victors." (V.37:171-173)

"... And (as for) the believers it was incumbent upon Us to help (them)." (V.30:47)

Similarly the Qur'ân points out the well-known fact that the battle is by turns, (one) day (victory) is for you — (the other ) day (victory) is for others — as Allâh تعالى said:

"If a wound (and killing) has touched you, be sure a similar wound (and killing) has touched the others. And so are the days (good and not so good) that We give to men by turns..." (V.3:140)

And He made "the mutual consultation" as one of the legal foundations in order to make an exact decision, particularly in important matters like *Jihâd* and dealing with enemies, etc. and He praised His believers — slaves for this quality by His Statement:

"And who (conduct) their affairs by mutual consultaion." (V.42:38)

And in spite of the perfection of the intelligence of Allâh's Messenger صلى الله عليه وسلم and along with his being helped by Divine Inspiration still Allâh ordered him (saying):

"... And consult them in the affairs..." (V.3:159)

So that his followers may follow his example after him.

Similarly, the Qur'ân warned (the believers) from committing sins (both in open and in secret) small sins or great sins... and He informed them that Allâh's Help does not descend upon the disobedient sinners:

"Those of you who turned back on the day, the two hosts met (i.e. battle of Uhud), it was Satan who caused them to backslide (run away from the battlefield) because of some (sins) they had earned..." (V.3:155)

Allâh has absolutely forbidden any dispute on any matter concerning the fighting (battle) and to be always in complete agreement (about it), and informed them that the dispute is the reason for failure and the losing of the strength and kingdom:

"... And do not dispute (with one another) lest you lose courage and your strength departs, and be patient. Surely Allâh is with those who are patient." (V.8:46)

And to beware of fleeing from the enemy during the fight (battle), and it is one of the biggest sins and those who commit it are threatened with grave punishments:

"O you who believe! When you meet those who disbelieve in a battlefield, never turn your backs to them." (V.8:15)

"And whosoever turns his back to them on such a day, — unless it be a stratagem of war, or to retreat to a troop (of his own) — he indeed has drawn upon himself the wrath form Allâh. And his abode is Hell, worst indeed is that destination!" (V.8:16)

Allâh تعالى forbade *Al-Ghulul* (stealing from the war booty before its distribution) i.e. the taking (a part) of war booty illegally, and warned the Muslims with an extreme warning. And a person who takes it, shall bring it forth (on the Day of Resurrection) carrying it over his back and neck, being tortured by its heavy burden and weight, terrified with its voice, rebuked for his dishonesty in front of all the witnesses.

"It is not for any Prophet to take illegally a part of booty (*Ghulul*), and whosoever deceives his companions as regards the booty, he shall bring forth on the Day of Resurrection that which he took (illegally). Then every person shall be paid in full what he has earned, and they shall not be dealt with unjustly." (V.3:161)

Similarly, one should be cautious, not to fight (with the intention) to show off, or for good reputation or for dignity, or for pride and haughtiness, or for the clamour (noise) of nationalism and for false-forged slogans. Whenever the Messenger صلى الله عليه وسلم appointed a Commander-in-Chief for an army unit, he used to advise him specially to be afraid and dutiful to Allâh, and to be good to those Muslims who were accompanying him. He then used to say (to that Commander):

"Invade in the Name of Allâh تعالى and in the Cause of Allâh تعالى and kill those who disbelieve in Allâh تعالى. Invade and do not press heavily by exceeding the limits, and do not betray, and do not kill children...."

And he (the Prophet صلى الله عليه وسلم) used to say to his companions when they intended invasion:

"Proceed in the Name of Allâh تعالى and for Allâh تعالى and upon the religion of Allâh's Messenger صلى الله عليه وسلم: Do not kill the very old or a child, or a woman and do not press heavily by exceeding the limits. Collect the (war) booty, reconcile, and do good as Allâh loves the good-doers."

For that, the Messenger صلى الله عليه وسلم and those who believed in him were tried with fair trials (martyrdom or mighty reward) to make victorious this religion (Islâm) and to invite others to it (Islâm). So Allâh assisted them with victory and sent down upon them tranquillity and helped them with angels, and united their hearts and cast terror into the hearts of their enemies.

So, they fought in the Cause of Allâh تعالى (for) Islâmic Faith (worshipping none but Allâh Alone) and sincerely (for Allâh's sake) and to make victorious Allâh's religion till it becomes superior over all religions, and mankind is brought out — (1) from darkness into the light, (2) from the worshipping of men to the worshipping of Allâh Alone (the only true God), (3) from the narrowness of the world to its wideness (ease) and (4) from the injustices of the religions to the justice of Islâm. They knew well that Allâh has guaranteed them victory and promised them that they will be the conquerors. So they were sure of Allâh's Support, and of his Messenger's promise and considered the matter easy with a small or great (number) and thought little of the fears and dangers. They remembered the Statement of Allâh تعالى:

"If Allâh helps you, none can overcome you ..." (V.3:160)

And that they are troops of Allâh تعالى, and that they are fighting in Allâh's Cause, and surely Allâh تعالى will help and support them and will defeat their enemies, as their enemies fight for the cause of Satan.

Here is the example of 'Umar bin Al-Khattab رضى الله عنه, as he consulted his companions regarding sending troops to 'Irâq (for participating in the battle of Nahâwand). 'Ali bin Abi Tâlib رضى الله عنه said to him ('Umar): "O Chief of the believers! This matter cannot be 'victory or defeat' because of a great number, or a small number but it is His (Allâh's) religion which He has made superior and His troops which he has honoured and supported (them) with the angels till it reached far as it has reached. We have been promised (victory) by Allâh, and Allâh fulfills His Promise and supports His troops."

And here is the example of Khâlid bin Walîd رضى الله عنه as he came from 'Irâq, a man from the Arab Christians said to Khâlid: "How great is the

number of Romans and how small is the number of Muslims?" Khâlid replied: "Woe to you! Do you make me afraid of the Romans?... But the greatness of the troops is with victory and the smallness of the troops is with defeat, not with the number of men, by Allâh I wish if the red ones (i.e. the camels and the horses) are cured from their journey hurts, I will proceed to attack them (Romans) even if their number is doubled. (The hoofs of his horse had chafed and received injuries during its return form 'Irâq to Al-Madinah)."

They used to endanger their lives, used to do wonders and extraordinary deeds being sure of Allâh's Help, depending upon His Promise as it happened in the Islâmic army under the command of Sa'd bin Abî Waqqâs. He stood in front of the town of Al-Madyan المدائن and could not find any ship or boat (it became completely impossible for him to find anything of that sort) and the water of the river Tigris increased tremendously with overflooding and it overthrew its foam from excessive water in it. Sa'd addressed the troops over its bank (saying): "I have resolved to cross this sea (great river) in order to assault them (the enemy)." They (the people) replied: "May Allâh direct us and you to follow the right path. So please do it." Then he (Sa'd) rushed heedlessly into the (river) Tigris with his horse and all his troops too rushed heedlessly into it (Tigris) and not a single man was left behind; so they marched over it as if they were marching over the surface of the earth, till they filled it (the space) between its two banks and one could not see the water surface from the cavalry and the foot-soldiers. The people spoke to one another over the surface of water as they used to speak to one another over the land surface. So when the Persians saw them they said: Diwana... Diwana, (i.e. mad people... mad people). By Allâh! You are not fighting against human beings, but against jinn." On that Sa'd رضى الله عنه started saying: "Allâh is Sufficient for us and He is the Best Disposer (for our affairs); by Allâh! Surely Allâh تعالى will give victory to His friends; verily, Allâh will make superior His religion, and verily Allâh will defeat His enemy, as long as there are neither adulterers nor those who commit (similar) sins in the army (Sa'd's troops), then the good deeds will overcome the evil."

Yes! they (the Muslims) used to be afraid of: (1) their sins and (2) disobedience of Allâh تعالى, more than they used to be afraid of their enemy or their enemy's great number and mighty weapons, as we find 'Umar bin Al-Khattab رضى الله عنه saying: (in his letter to the Commander Sa'd bin Abî Waqqâs when he sent him for the conquest of Persia):

"... Then after, I order you and all the troops that are along with you to be obedient to Allâh in all circumstances as this (being obedient to Allâh تعالى) is better than the weapons against the enemy and a strong stratagem (device) in the war. I order you and the soldiers who are with you to be more cautious and afraid of your own

| 1243 | 1242 |

you." So the people saw that day, the (wild) animals and snakes carrying their young ones, shifting from that place... And a great number of natives (Al-Barbar) saw (all) that and embraced Islâm.

And when the term (time limit) was prolonged for the Muslims and their hearts were hardened and they forgot their religion and became ignorant of the fact (that for what purpose) Allâh تعالى has sent and chosen them from among the great number of mankind and from the great number of nations of the earth... Allâh تعالى said:

"You [true believers in Islâmic Monotheism, and real followers of Prophet Muhammad صلى الله عليه وسلم, and his *Sunnah* (legal ways)] are the best of peoples ever raised up for mankind, you enjoin *Al-Ma'rûf* (i.e. Islâmic Monotheism and all that Islâm has ordained) and forbid what is *Al-Munkar* (polytheism, disbelief and all that Islâm has forbidden), and you believe in Allâh..." (V.3:110)

So (today) they (Muslims) are leading a life of the one who knows not any Prophet, nor believes in any Divine Message or Divine Inspiration, nor expects any reckoning nor is afraid of the Hereafter. They (Muslims) resemble the pre-Islâmic ignorant nations, against whom they used to fight in the past. They have turned on their heels (back) as apostates from Islâm, they have imitated them (ignorant nations) in their civilization, in their social affairs, in their political affairs, in their character and in the pleasures of their lives. They (Muslims) also imitated them in many other things because of which Allâh تعالى hated and forsook them. He (Allâh) put them (Muslims) into trials under the effects of (1) Western civilization (2) and the Eastern Communist propaganda. So their land became "a free wealth" with no protector, their kingdom became a victim for every beast of prey and a food (nourishment) for every eater and the meaning of the statement of the Prophet (Muhammad صلى الله عليه وسلم) became apparent:

"It is expected that the nations will call other nations to share them against you (Muslims) as the eaters call each other to eat from the food in front of them in a large wooden plate." A person asked the Prophet صلى الله عليه وسلم: "Will that happen because of our small number on that day?" The Prophet said: "Nay! Your number (will be) great, but you will be rubbish like the rubbish of flood-water. And certainly Allâh will remove from the hearts of enemies 'the fear from you' and surely He (Allâh) will throw *Wahn* in your hearts." A person asked: "What is *Wahn*, O Allâh's Messenger?" The Prophet صلى الله عليه وسلم said, "*Wahn* is to love (this) world and to hate death."

The Prophet صلى الله عليه وسلم also said:

"If you: (1) practiced *Bai'a Al-'Înah* (i.e. selling goods to a person for a certain price and then buying them back from him for a far less price), (2) and followed the tails of the cows (i.e. indulged in

---

crimes and sins (and not to commit them) than your enemy, as the crimes and sins of the soldiers are more dangerous to them than their enemy. The Muslims are victorious only because their enemies are disobedient to Allâh تعالى and had it not been so, we have no power over them, because neither our number is equal to their number, nor our weapons are like theirs. If we commit crimes and sins as they do, then they (our enemies) will have superiority over us in power. And if we will not gain victory over them by our merits, we do not overpower them by our strength. And you should also know that in this marching of yours (in Allâh's Cause) there are guards (angels) upon you from Allâh تعالى (to watch you); and they know all that you do. So be shy of them and do not commit Allâh's disobedience (crimes and sins) while you are going in Allâh's Cause and do not say: 'Our enemy is worse than us, so they will not overpower us.' Perhaps some people who are worse than the others may overpower the others as the (disbelievers) Magians overpowered the Children of Israel when they (the latter) involved themselves with Allâh's disobedience (crimes and sins). So they (disbelievers, Magians) entered the very innermost parts of their homes and it was a promise (completely) fulfilled. And ask Allâh تعالى the assistance over your ownselves (to save you from crimes and sins), just as you ask Allâh for the victory over your enemies... I ask of Allâh تعالى that, both for you and for us."

So the Muslim warriors (*Al-Mujâhidîn*) strictly followed what this rightly guided caliph 'Umar had mentioned (as above): And they (*Mujâhidîn*) were as they were described by a Roman to a Roman Chief, (he said): "I have come to you from men, very precise in their manners; they ride swift race-horses, during the night they worship (Allâh Alone) in seclusion, during the day they are cavaliers, if you speak to your companions something, your friend will not understand anything from you because of the high tone of their voices while reciting the Qur'ân and the mentioning of Allâh much." So he (the Roman Chief) looked at his companions and said: "It has come to you from them over which you have no power."

And here is the story of 'Uqbah bin Nâfi': He ('Uqbah) intended to take a place (town) in Africa, so as to be a place for the Muslim army and to protect their families and properties from revolt against them by the natives of the country. So he betook himself to the place of Al-Qairawan, and it was a muddy place, full of every kind of beasts of prey (lions, tigers, leopards, etc.) and snakes..., etc. So he ('Uqbah) invoked Allâh تعالى, and Allâh answered his invocation, he then said: "O snakes and wild beasts of prey! We are the Companions of Allâh's Messenger (Muhammad صلى الله عليه وسلم), go away from us as we are landing here, and afterwards if we find any (of you wild beasts and snakes) we will kill

| 1245 | 1244 |

raised his hand against him (the *Tâtâr*) to harm him... and humiliation was put over the men... so they did not defend themsleves neither little nor more. We take refuge with Allâh تعالى from being defeated (by the enemy)." Ibn Al-Athir further said: "One of the *Tâtârs* got hold of a man and he (the *Tâtâr*) could not find any (weapon) to kill him, so he told the man: "Put your head over this stone and do not move (keep it on)"... and so the man put his head over the stone and remained there till the same man came with a sword and killed him... and there were many similar incidents"...

So it is absolutely obligatory upon the Islâmic nation, and particularly upon the religious scholars and the rulers from them to be obedient to Allâh تعالى , fear Him and to be dutiful to Him and to settle the matters of differences amongst themselves and to propagate "The invitation to this religion (Islâm) to others, publish its good aspects, and instruct (teach) the people its (Islâm's) laws and wisdom as did the Muslim nobles of early days." They (Muslim nobles of early days) strove hard in Allâh's Cause as they ought to have striven with sincerity and with all their efforts that His (Allâh's) Name should be superior... They stood... inviting people to Allâh's religion (Islâm), explained to them the good aspects and the excellence of Islâm... and that was the reason their kingdom was extended and their countries expanded, and they subjected others to its (Islâm's) teachings. But before long their descendants deviated from the Right Path, tore themselves into pieces after they were one united entity, they doubted the Truth, so, for them the path was separated and they became as groups (and sects) having different (views and) opinions opposing each other in their aims... So how can they be elevated?... How can there be any progress or priority possible for them while they are following the disbelieving nations, they drag along behind them, pursue their ways and footsteps and imitate their actions, small or great.

They judge their people with the contradictory (man-made) laws which conflict and clash with the Islâmic laws, which were the origin of their honour and pride and in which was their peace and steadfastness. Allâh تعالى says:

"Do they then seek the judgment of (the Days of) Ignorance. And who is better in judgement than Allâh for a people who have firm Faith?" (V.5:50)

We beseech Allâh to make victorious His religion (Islâm) and to make superior His Words and to lead all the Muslims to that in which His Pleasure is — *Amîn*.

**Sheikh 'Abdullah bin Muhammad bin Humaid**
Chief Justice of Saudi Arabia

agriculture and became contented with it) (3) and deserted the *Jihâd* (holy fighting) in Allâh's Cause, Allâh will cover you with humiliation and it will not be removed till you return back to your religion." (*Abû Dâwûd*)

And now they (Muslims) have deserted the *Jihâd* and asked help from (their) enemies and protection from the disbelievers, begging them; turning towards them, expecting good from them. So they (Muslims) have become mean, despised before Allâh in spite of their Islâmic names and in spite of the presence of righteous pious persons amongst them and in spite of the fact that some of the religious laws, signs and ceremonies are practiced in their countries.

One of the orientalists said: "When the Muslims turned away from their religious teachings and became ignorant of its wisdom and its laws, and deviated towards the contradictory (man-made) laws taken from the opinions of men, there spread in them immorality of character, falsehood, hypocrisy, ill-will and hatefulness increased in them. Their unity disintegrated and they became ignorant of their present and future state and became unaware of what will harm them or will benefit them. They have become contented with the life in which they eat, drink, sleep and compete not with others, in superiority." All this is a visible fact, which every true believer feels, and which every enthusiastic person (about his religion) observes in every community (nation) that gives up *Al-Jihâd* and is engrossed: (1) in a luxurious life, (2) in the worshipping of wealth and (3) in the love of this world.

History informs us: What the most wretched (*Al-Maghool* and *At-Tâtâr*) did to the Muslims? That which will sadden the hearts and will make the eyes shed tears...

Ibn Al-Athîr said: "I remained for many years, avoiding the mentioning of this accident because of its great magnitude, disliking to speak about it, so that I put a foot forward and another backward and thought deeply, who is there who can write the wailing and crying of the Muslims and who is there on whom it is easy to mention that ... would that my mother had not begotten me... would that I had been dead before this, and had been forgotten and out of sight... This job (work) includes the mentioning of the great event and the severe calamity which made the days and the nights extremely hard and bitter that no similar calamity will happen and that did befall (cover) the mankind and particularly the Muslims." Ibn Al-Athîr then mentioned the weaknesses of the Muslims and the victory of their enemies over them...he said: "A woman from (the *Tâtârs*) entered a house and killed a group of its dwellers and they thought her to be a man... one of them (the *Tâtârs*) entered a street in which there were one hundred men and he went on killing them one by one, till he killed them all, and not even a single man (out of the hundred)