The following excerpt is from a letter obtained during the execution of a search warrant by federal agents at the Al-Haramain (Riyadh) Ashland, Oregon prayer house in February 2004.

Dear, Al-Haramain Foundation!

بسم الله الرحمن الرحيم

My name is ███ Umar Khalid Al-Mujahid. I am sending this ten dollars ($10.00). I would like it to be used towards helping the Mujahideen in Chechnya that are being persecuted by the coalition of the kuffaar, whether it be providing some food, medical help, to the families of the martyrs or weapons.

It is narrated, in the Sunan of Abu Dawud, that Abu Umamah (RA) said 'The Prophet (SAW) said: 'A person who did not take part in Jihad or failed to equip a fighter or did not look well after the family of a fighter, would be severely punished by Allah before the Day of Judgement.'"

I would have sent more but I am currently in prison, and my finances are very short. I hope that this will beable to help at least one mujahid or family of one.


GOVERNMENT EXHIBIT

The following photos were obtained from a computer that was seized pursuant to the execution of a search warrant by federal agents at the Al-Haramain (Riyadh) Ashland, Oregon prayer house in February 2004.



GOVERNMENT EXHIBIT
G
CR05-60008-HO
CARDELS 800-763-0399













