





**Bank of America** 〰

1001040568

Al BARAKAAT FOUNDATION

Cashier's Check

DATE 03/11/00

PAY ****** TWENTY ONE THOUSAND AND 00/100

$ *21,000.00

To The Order Of /// SOLIMAN ALBUTHE///

AUTHORIZED SIGNATURE

⑆001040568⑆ ⑈323070380⑆ ⑉84013⑆

GOVERNMENT
EXHIBIT
N
C605-60008-Ho



Click here for first hit

Received: from hotmail.com [64.4.19.146] by islamtoday.net with ESMTP
    (SMTPD32-6.06) id A2801100136; Wed, 10 Oct 2001 08:00:16 -0700
Received: from mail pickup service by hotmail.com with Microsoft SMTPSVC;
    Wed, 10 Oct 2001 08:13:07 -0700
Received: from 212.138.47.13 by lw12fd.law12.hotmail.msn.com with HTTP;
    Wed, 10 Oct 2001 15:13:02 GMT
X-Originating-IP: [212.138.47.13]
From: "<<Osama>> Bin laden" <osama_bin_laden_moslem@hotmail.com>
To: taybah3@yahoogroups.com, qslist@saudisp.com, faris_fm@hotmail.com,
    al7ayat@al7ayat.net, jillson@response.etracks.com, taybah3-owner@yahoogroups.com,
    adesh@arabia.com, ANMAROO@HOTMAIL.COM, salman@aloadah.com,
    mmalsaikhan@yahoo.com, wasimalkalij@hotmail.com, its_my_life_55@hotmail.com,
    mr_second@hotmail.com
Cc: al_anan@yahoo.com, mmm555608@hotmail.com, webmaster@topgulf.net,
    subscribers@islamtoday.net, list@islamtoday.net, sad3a@hotmail.com,
    kingyasser2002@hotmail.com, faisaloo83@hotmail.com
Bcc:
Subject: السـلاح هو الـدعاء
Date: Wed, 10 Oct 2001 18:13:02 +0300
Mime-Version: 1.0
Content-Type: text/plain; format=flowed
Message-ID: <F146UyR53YPkz35ZgR100001f5f@hotmail.com>
X-OriginalArrivalTime: 10 Oct 2001 15:13:07.0142 (UTC) FILETIME=[10C9AE60:01C1519E]
X-Note: This E-mail was scanned by Declude JunkMail (www.declude.com) for spam.

بسم الله الـرحمن الـرحيم
السـلام عليكـم ورحمة الله وبركاتـه

اخواني الأعزاء هذا الشـيخ مكتـب بن أسامة فـي قنـدهار
يرسـل لكـم رسالة شـكر وتقـدير ويوصـيكم

المباركـة الليلـة هذه فـي الـدعاء تنسـوا لا ان
الجمعة ويوم!!!!!انـه قريـب

والمنـافقون الكفـار علينـا تكالـب فقـد

ينظـر والعـالم للقتـل مسلـمة أمة تتعـرض ان محزن وضـع انـه

اننا مسمرون بالجهـاد
وارجو ان تسـتمروا بالـدعاء

والله ولـي المتقيـن



GOVERNMENT
EXHIBIT

أخــوانكم
موقعنــا لزيــارة ( لادن بــن أسامة لــواء ) المجاهــدين

http://www.laden.s5.com/ladenindex.htm

Get your FREE download of MSN Explorer at http://explorer.msn.com/intl.asp

**Filename:** J:\ILOOK CONTROL POINTS\Smith-Seda\Temp\3.0.11422.15380.0.0

Converted by ILook

Subject: Prayer is the weapon.

(Islamic Greeting:) In the name of Allah, the All Merciful, the All Compassionate.

God's peace, mercy and blessings be upon you.

My dear brothers, this is the office of Sheikh Ussamah Bin Laden in Qandahar.

He sends you a message of gratitude and appreciation and asks you not to forget to pray during this blessed night and on Friday!!!!! He (God) is near.

The infidels (Kafers) and the hypocrites have collaborated against us.

It's a sad situation, when an Islamic nation faces death and the world stands by and watches.

We are profoundly committed to jihad.

I ask you to continue in prayer.

God is the benefactor of His servants.  (Replaces: God blesses the pious.)

Your brothers, the Mujahedeens (Ussamah Bin Laden Brigade)

Visit out site: www..... "

## Accused leader of foundation to return to U.S.

**THE ASSOCIATED PRESS**

MEDFORD — Pete Seda plans to return to the United States from the Middle East to fight accusations that he conspired to transport $150,000 out of the country illegally, his lawyers said.

A federal grand jury Wednesday indicted Seda and Soliman Al-Buthe, his Saudi Arabian partner in the Ashland chapter of the Al-Haramain Islamic Foundation. The federal government has labeled Al-Buthe and the chapter as supporters of terrorism.

Seda heads the chapter, but has not been labeled by the federal government as a terrorism supporter.

Lynne Bernabei, the Washington, D.C., lawyer representing Seda, Al-Buthe and Al-Haramain's Ashland chapter in the terrorist designation case, told the (Medford) Mail-Tribune that Seda is familiar with the charges against him and will return to the U.S. "soon."

The Register-Guard
Sunday, February 20, 2005



GOVERNMENT
EXHIBIT
D
R05-60008-HO