To date, the U.S. Treasury Department has designated 13 Al-Haramain offices worldwide:

- Al Haramain – Afghanistan – June 2, 2004
- Al Haramain – Albania – June 2, 2004
- Al Haramain – Bangladesh – June 2, 2004
- Al Haramain Islamic Foundation (Vazir a/k/a) – Bosnia – March 11, 2002
- Al- Haramain Ethiopia – June 2, 2004
- Al Haramain Islamic Foundation – Indonesia – January 22, 2004
- Al Haramain Islamic Foundation – Kenya and Tanzania – January 22, 2004
- Al Haramain – The Netherlands – June 2, 2004
- Al Haramain Islamic Foundation – Pakistan – March 11, 2002
- Al Haramain Islamic Foundation – Somalia – March 11, 2002
- Al Haramain Islamic Foundation – Union of Comoros/Comoros Islands – September 9, 2004
- Al Haramain Islamic Foundation – United States – September 9, 2004

## Al Haramain – Afghanistan
June 2, 2004

Official Announcement – http://www.treas.gov/press/releases/js1703.htm

In Afghanistan, prior to the removal of the Taliban from power, AHF supported the cause of Jihad and was linked to the UBL financed Makhtab al-Khidemat (MK), a pre-cursor organization of al Qaida and a Specially Designated Global Terrorist pursuant to the authorities of E.O. 13224.

Following the September 11, 2001 terrorist attacks, activities supporting terrorism in Afghanistan continued. In 2002, activities included involvement with a group of persons trained to attack foreigners in Afghanistan. A journalist suspected of meeting with al Qaida and Taliban members in Afghanistan was reportedly transferring funds on behalf of the al Qaida-affiliated AHF and forwarding videotapes from al Qaida leaders to an Arabic language TV network for broadcast.

## Al Haramain – Albania
June 2, 2004

Official Announcement – http://www.treas.gov/press/releases/js1703.htm

The U.S. has information that indicates UBL may have financed the establishment of AHF in Albania, which has been used as cover for terrorist activity in Albania and in Europe. In late 2000, a close associate of a UBL operative moved to Albania and was running an unnamed AHF subsidiary. In 1998, the head of Egyptian Islamic Jihad in



Albania was reportedly also a financial official for AHF in Albania. This individual, Ahmed Ibrahim al-Nagar, was reportedly extradited from Albania to Egypt in 1998. At his trial in Egypt, al-Nager reportedly voiced his support for UBL and al Qaida's August 1998 terrorist attacks against the U.S. embassies in Kenya and Tanzania.

Salih Tivari, a senior official of the moderate Albanian Muslim community, was murdered in January 2002. Ermir Gjinishi, who had been supported by AHF, was detained in connection with the murder, but no charges were filed; he was later released by Albanian authorities. Just prior to being murdered, Tivari informed the AHF-affiliated Gjinishi that he intended to reduce "foreign Islamic influence" in the Albanian Muslim community.

Prior to his murder, Tivari controlled finances, personnel decisions, and donations within the Albanian Muslim community. This provided him significant power, enabling him to survive several attempts by extremists trained overseas to replace him or usurp his power.

As of late 2002, AHF was reportedly withdrawing virtually all funding to the Albanian Muslim community. AHF in Albania was to send all proceeds from the sale of some property to the AHF headquarters in Saudi Arabia. As of late 2003, AHF was paying for, through a HAMAS member with close ties to AHF in Albania, security personnel to guard the AHF building in Albania, which had been shut down earlier in 2003.

**Al Haramain – Bangladesh**
June 2, 2004

Official Announcement – http://www.treas.gov/press/releases/js1703.htm

Information available to the U.S. shows that a senior AHF official deployed a Bangladeshi national to conduct surveillance on U.S. consulates in India for potential terrorist attacks. The Bangladeshi national was arrested in early 1999 in India, reportedly carrying four pounds of explosives and five detonators. The terrorist suspect told police that he intended to attack U.S. diplomatic missions in India. The suspect reportedly confessed to training in al Qaida terrorist camps in Afghanistan, where he met personally with Usama bin Laden in 1994. The suspect first heard of plans for these attacks at the AHF office in Bangladesh.

**Al Haramain Islamic Foundation – Bosnia (a.k.a. Vazir)**
March 11, 2002

Official Announcement – http://www.treas.gov/press/releases/po1086.htm

Today we are blocking the accounts of the Somalia and Bosnia-Herzegovina branches of the Saudi Arabia-based Al-Haramain Islamic Foundation. While the Saudi headquarters for this private charitable entity is dedicated to promoting Islamic teachings, we and our Saudi Arabian allies have determined that the Somalia and Bosnia-Herzegovina branches

of Al-Haramain have been engaged in supporting terrorist activities and terrorist organizations such as al-Qaida, AIAI (al-Itihaad al-Islamiya), and others.

Background – http://www.treas.gov/offices/enforcement/key-issues/protecting/charities_execorder_13224-a.shtml#ahpak

The Bosnia office of Al Haramain is linked to Al-Gama'at al-Islamiyya, an Egyptian terrorist group (designated under Executive Order 13224 on October 31, 2001) that was a signatory to UBL's February 23, 1998 fatwa against the United States. After the Bosnia branch of Al Haramain was designated in March 2002, Al Haramain officials closed its Bosnian operations. Officials in Bosnia then persuaded senior Al Haramain officials to reopen the organization under a different name in Travnik, Bosnia. The new non-governmental organization, Vazir, was founded in May 2003 and established its headquarters in a business space formerly used by Al Haramain. The Ministry of Justice and Administration for the Central Bosnian canton registered Vazir on June 11, 2003, as an association for sport, culture, and education. The office opened under the name Vazir in early August 2003. The original designation of the Bosnian branch of Al Haramain was amended to add the aka, "Vazir," resulting in the formal designation of Vazir on December 22, 2003.

**Al Haramain – Ethiopia**
June 2, 2004

Official Announcement – http://www.treas.gov/press/releases/js1703.htm

Information available to the U.S. shows that AHF in Ethiopia has provided support to Al-Ittihad Al-Islamiya (AIAI). In Ethiopia, AIAI has engaged in attacks against Ethiopian defense forces. AIAI has been designated both by the U.S. Government and by the UN 1267 Sanctions Committee.

Ethiopia is one of the countries where AHF's website states that they have operations, but there does not appear to be a formal branch office. As part of our efforts to designate this branch, we are asking that action be taken to ensure that individuals cannot use the name of AHF or act under its auspices within, or in connection with services provided in, Ethiopia.

**Al Haramain Islamic Foundation – Indonesia (a.k.a. Yayasan Al-Manahil-Indonesia)**
January 22, 2004

Official Announcement – http://www.treas.gov/press/releases/js1108.htm

- In 2002, money purportedly donated by AHF for humanitarian purposes to non-profit organizations in Indonesia was possibly diverted for weapons procurement, with the full knowledge of AHF in Indonesia.

- Using a variety of means, AHF has provided financial support to al-Qaida operatives in Indonesia and to Jemaah Islamiyah (JI). According to a senior al-Qaida official apprehended in Southeast Asia, Omar al-Faruq, AHF was one of the primary sources of funding for al-Qaida network activities in the region. The U.S. has designated JI, and the 1267 Committee has included it on its list, because of its ties to al-Qaida. JI has committed a series of terrorist attacks, including the bombing of a nightclub in Bali on October 12, 2002 that killed 202 and wounded over 300.

**Al Haramain Islamic Foundation – Kenya and Tanzania**
January 22, 2004

Official Announcement - http://www.treas.gov/press/releases/js1108.htm

- Information available to the US shows that AHF offices in Kenya and Tanzania provide support, or act for or on behalf of AIA and Al-Qaida. AIAI shares ideological, financial and training links with al-Qaida and financial links with several NGOs and companies, including AHF, which is used to transfer funds. AIAI also has invested in the "legitimate" business activities of AHF.
- As early as 1997, U.S. and other friendly authorities were informed that the Kenyan branch of AHF was involved in plotting terrorist attacks against Americans. As a result, a number of individuals connected to AHF in Kenya were arrested and later deported by Kenyan authorities.
- In August 1997, an AHF employee indicated that the planned attack against the U.S. Embassy in Nairobi would be a suicide bombing carried out by crashing a vehicle into the gate at the Embassy. A wealthy AHF official outside East Africa agreed to provide the necessary funds. Information available to the U.S. shows that AHF was used as a cover for another organization whose priorities include dislike for the U.S. Government's alleged anti-Muslim stance and purposed U.S. support for Christian movements fighting Islamic countries.
- Also in 1997, AHF senior activities in Nairobi decided to alter their (then) previous plans to bomb the U.S. Embassy in Nairobi and instead sought to attempt the assassination of U.S. citizens. During this time period, an AHF official indicated he had obtained five hand grenades and seven "bazookas' from a source in Somalia. According to information available to the U.S., these weapons were to be used in a possible assassination attempt against a U.S. official.
- Information available to the U.S. shows that a former Tanzanian AHF Director was believed to be associated with UBL and was responsible for making preparations for the advance party that planned the August 7, 1998, bombings of the U.S. Embassies in Dar Es Salaam, Tanzania, and Nairobi, Kenya. As a result of these attacks, 224 people were killed.
- Shortly before the dual-Embassy bombing attacks in Kenya and Tanzania, a former AHF official in Tanzania met with another conspirator to the attacks and cautioned the individual against disclosing knowledge of preparations for the attacks. Around the same time, four individuals led by an AHF official were arrested in Europe. At that time, they admitted maintaining close ties with EIJ and Gamma Islamiyah.

- Wadih el-Hage, a leader of the East African al-Qaida cell and personal secretary to UBL, visited the Kenya offices of AHF before the 1998 dual-embassy attacks. Searches conducted by authorities revealed that el-Hage possessed contact information for a senior AHF official who was head of AHF's Africa Committee, the overseeing authority for AHF's offices in Kenya and Tanzania.
- In early 2003, individuals affiliated with AHF in Tanzania discussed the status of plans for an attack against several hotels in Zanzibar. The scheduled attacks did not take place due to increased security by local authorities, but planning for the attacks remained active.
- Information made available to the U.S. as shows that AHF offices in Kenya and Tanzania provide support, or act for or on behalf of al-Qaida and AIM.

**Al Haramain – The Netherlands (AKA. Stichting Al Haramain Humanitarian Aid)**
June 2, 2004

Official Announcement – http://www.treas.gov/press/releases/js1703.htm

Since 2001, Dutch officials have confirmed that the Al Haramain Humanitarian Aid Foundation located in Amsterdam is part of the larger AHF network and that Al-Aqil, also being designated today, is chairman of this foundation's board of directors. As noted elsewhere in this document, AHF was the founder and leader of AHF and was responsible for all of its activities, including its support of terrorism.

**Al Haramain Islamic Foundation – Pakistan**
March 11, 2002

Official Announcement - http://www.treas.gov/press/releases/js1108.htm

- Sometime in 2000, an AHF representative in Karachi, Pakistan met with Zelinkhan Yandarbiev. The U.S. has designated Yandarbiev, and the 1267 Committee has included him on its list because of his connections to al-Qaida. The AHF representative and Yandarbiev reportedly resolved the issue of delivery to Chechnya of Zenit missiles, Sting anti-aircraft missiles, and hand-held anti-tank weapons.
- Before the removal of the Taliban from power in Afghanistan, the AHF in Pakistan supported the Taliban and other groups. It was linked to the UBL-financed and designated terrorist organization, Makhtab al-Khidemat (MK). In one instance, some time in 2000, the MK director instructed funds to be deposited in AHF accounts in Pakistan and from there transferred to other accounts.
- At least two former AHF employees who worked in Pakistan are suspected of having al-Qaida ties. One AHF employee in Pakistan is detained at Guantanamo Bay on suspicion of financing al-Qaida operations. Another former AHF employee in Islamabad was identified as an alleged al-Qaida member who reportedly planned to carry out several devastating terrorist operations in the United States. In January 2001, extremists with ties to individuals associated with a fugitive UBL lieutenant were indirectly involved with a Pakistani branch of the AHF.

...

- As of late 2002, a senior member of AHF in Pakistan, who has also been identified as a "bin Laden facilitator," reportedly operated a human smuggling ring to facilitate travel of al-Qaida members and their families out of Afghanistan to various other countries.
- AHF in Pakistan also supports the designated terrorist organization, Lashkar E-Taibah (LET).

Background – http://www.treas.gov/offices/enforcement/key-issues/protecting/charities_execorder_13224-a.shtml#ahpak

Before the removal of the Taliban from power in Afghanistan, the Al Haramain Islamic Foundation in Pakistan (AHF-Pakistan) supported the Taliban and other groups. AHF-Pakistan is also linked to the UBL-financed and designated terrorist organization, Makhtab al-Khidemat (MK). At least two former AHF-Pakistan employees are suspected of having al Qaida ties, and another AHF-Pakistan employee is suspected of financing al Qaida operations. Another former AHF employee in Islamabad was identified as an alleged al- Qaida member who reportedly planned to carry out several devastating terrorist operations in the United States. In January 2001, extremists with ties to individuals associated with a fugitive UBL lieutenant were indirectly involved with AHF-Pakistan. As of late 2002, a senior member of AHF in Pakistan, who has also been identified as a "bin Laden facilitator," reportedly operated a human smuggling ring to facilitate travel of al Qaida members and their families out of Afghanistan to various other countries. AHF in Pakistan also supports the designated terrorist organization, Lashkar E-Taibah (LET). Some time in 2000, an AHF representative in Karachi, Pakistan met with Zelinkhan Yandarbiev. The U.S. has designated Yandarbiev, and the UN 1267 Committee has included him on its list because of his connections to al Qaida. The AHF representative and Yandarbiev reportedly resolved the issue of delivery to Chechnya of Zenit missiles, sting anti-aircraft missiles, and hand-held anti-tank weapons.

**Al Haramain Islamic Foundation – Somalia**
March 11, 2002

Official announcement - http://www.treas.gov/press/releases/po1086.htm

Today we are blocking the accounts of the Somalia and Bosnia-Herzegovina branches of the Saudi Arabia-based Al-Haramain Islamic Foundation. While the Saudi headquarters for this private charitable entity is dedicated to promoting Islamic teachings, we and our Saudi Arabian allies have determined that the Somalia and Bosnia-Herzegovina branches of Al-Haramain have been engaged in supporting terrorist activities and terrorist organizations such as al-Qaida, AIAI (al-Itihaad al-Islamiya), and others.

Background – http://www.treas.gov/offices/enforcement/key-issues/protecting/charities_execorder_13224-a.shtml#ahsom

The Saudi-based Al Haramain Islamic Foundation is a private, charitable and educational organization dedicated to promoting Islamic teachings throughout the world. The Somalia office, however is linked to Usama bin Laden's al Qaida network and Al-Itihaad al-Islamiyya (AIAI), a Somali terrorist group (designated under Executive Order 13224 on September 23, 2001). Al Haramain Somalia employed AIAI members and provided them with salaries through al Barakaat Bank (designated under Executive Order 13224 on November 7, 2001), which was a primary source of terrorist funding. Al Haramain Somalia continued to provide material and financial support for AIAI even after the group's designation under E.O. 13224 and UNSCR 1333. Money was funneled to AIAI by disguising funds as if they were intended for orphanage projects or Islamic schools.

**Al-Haramain Islamic Foundation – Comoros Islands/The Union of Comoros**
September 9, 2004

Official Announcement – http://www.treas.gov/press/releases/js1895.htm

In addition [to the branch in the United States], the AHF branch located in the Union of the Comoros was also designated today.

Al Haramain had operations throughout the Union of the Comoros, and information shows that associates of AHF Comoros are linked to al Qaida. According to the transcript of U.S. v. Bin Laden, the Union of the Comoros was used as a staging area and exfiltration route for the perpetrators of the 1998 bombings of the U.S. embassies in Kenya and Tanzania. The AHF branches in Kenya and Tanzania have been previously designated for providing financial and other operational support to these terrorist attacks.

**Al Haramain Islamic Foundation – United States**
September 9, 2004

Official Announcement – http://www.treas.gov/press/releases/js1895.htm

The Treasury Department announced today the designation of the U.S. branch of the Saudi Arabia-based Al Haramain Islamic Foundation (AHF), along with one of its directors, Suliman Al-Buthe…

The assets of the U.S. AHF branch, which is headquartered in Oregon, were blocked pending investigation on February 19, 2004. On the previous day, a federal search warrant was executed against all property purchased on behalf of the U.S. AHF branch. The investigation involved agents from the Internal Revenue Service – Criminal Investigations (IRS-CI), the Federal Bureau of Investigation (FBI) and the Department of Homeland Security's Immigration and Customs Enforcement (ICE).

The investigation shows direct links between the U.S. branch and Usama bin Laden. In addition, the affidavit alleges the U.S. branch of AHF criminally violated tax laws and engaged in other money laundering offenses. Information shows that individuals

associated with the branch tried to conceal the movement of funds intended for Chechnya by omitting them from tax returns and mischaracterizing their use, which they claimed was for the purchase of a prayer house in Springfield, Missouri.

Other information available to the U.S. shows that funds that were donated to AHF with the intention of supporting Chechen refugees were diverted to support mujahideen, as well as Chechen leaders affiliated with the al Qaida network.

Background – http://www.treas.gov/offices/enforcement/key-issues/protecting/charities_execorder_13224-a.shtml#ahus

The U.S.-based branch of AHF was formally established in 1997. Documents naming Suliman Al-Buthe as the organization's attorney and providing him with broad legal authority were signed by Aqeel Abdul Aziz Al-Aqil, the former director of AHF. Aqil has been designated by the United States and the UN 1267 Sanctions Committee because of AHF's support for al Qaida while under his oversight, and Al-Buthe has also been designated by the United States and the UN 1267 Sanctions Committee. The assets of the U.S. AHF branch, which is headquartered in Oregon, were originally blocked pending investigation on February 19, 2004. An affidavit in support of a search warrant by other federal agencies also alleged that the U.S. branch of AHF criminally violated tax laws and engaged in other money laundering offenses. Information showed that individuals associated with the branch tried to conceal the movement of funds intended for Chechnya by omitting them from tax returns and mischaracterizing their use, which they claimed was for the purchase of a prayer house in Springfield, Missouri. The U.S.-based branch of AHF was fully designated under E.O. 13224 on September 9, 2004, and under UNSCR 1267 on September 28, 2004.

توجيهات إسلامية
لإصلاح الفرد والمجتمع

# ISLAMIC GUIDELINES
## For Individual And Social Reform

By:
محمد بن جميل زينو
**Muhammad bin Jamil Zino**

Translated by:
**Ibrahim M. Kunna**

## DARUSSALAM
Publishers & Distributors
Riyadh • Lahore • Houston

GOVERNMENT EXHIBIT

**AL-HARAMAIN FOUNDATION**
*Free Distribution*
*Not For Sale*
Box 92684, Riyadh 11663, Saudi Arabia
E-mail: haramain@alharamain.org
http://www.alharamain.org

## *Jihâd* and Bravery

1. To learn about *Jihâd* (fighting in the way of Allâh) the family can sit together to read a biography of the Prophet ﷺ and those of his Companions. Such a book will make it clear that the Prophet of mercy was also a brave fighter in the way of Allâh. His Companions like Abu Bakr, Umar, Uthmân, Ali, Mu'âwiyah and the others رضى الله عنهم were all courageous fighters who fought to uphold the Word of Allâh higher. It is they who took Islam to various countries and were instrumental to our being Muslims. They conquered their disbelieving enemies with their faith in Allâh and Allâh's eventual victory and support for them. They succeeded because they applied the Qur'ân and the *Sunnah* and their manners were superior.

2. Encourage your children to grow as brave as the Prophet ﷺ and his Companions. Teach them to command the good, forbid the evil and fear Allâh alone. Do not intimidate your children with false stories or superstitions or goggle.

3. Teach your children the love of justice and revenge from the unjust like the Jews and the tyrants. Consequently our youth would know that Palestine should be freed and Jerusalem must be of the Muslims. They have to learn about Islam and *Jihâd* as per the Qur'ân and that the holy fighting for justice is supported by Allâh the Almighty. Victory is yours if you consult the Qur'ân and apply its commands.

4. Buy some useful story books for your children: stories from the Qur'ân, the Prophet's biographies, and stories of the brave Companions and Muslim heroes.

## *Jihâd*
## (Fighting in the cause of Allâh)

*Jihâd* is obligatory on every Muslim in two ways: by spending one's wealth or offering oneself for fighting in the cause of Allâh. It can also be by preaching or defending Islam through tongue and pen. Reward varies for various types of *Jihâd*.

### 1. *Jihâd* as an Individual Duty:

This type of *Jihâd* becomes a must when the enemy of Muslims enters their land, like the Jews who settled in Palestine. Every Muslim will be guilty unless he expels the Jews by money or physical fighting.

### 2. *Jihâd* as a Collective Duty:

This type is the one if some people do it, it suffices and no need for all to perform. For example, propagation of Islam or call to Islam until all countries embrace it and make it their way of life. If someone makes any obstacle in the way of propagation, Muslims are allowed by Allâh to fight them until Islam becomes the governing authority. *Jihâd* in this sense will not stop until the Day of Judgement.

When Muslims took to farming and trading, they became subdued. The Prophet صلى الله عليه وسلم said:

(( إذا تَبَايَعْتُمْ بِالعِيْنَةِ، وأَخَذْتُمْ أَذْنَابَ البَقَرِ، ورَضِيتُمْ بِالزَّرْعِ، وتَرَكْتُمُ الجِهَادَ في سبيلِ اللهِ، سلَّطَ اللهُ عَلَيْكُمْ ذُلاً، لا يَنْزِعُهُ عنكُمْ حتى تَرْجِعُوا إلى دِينِكُم ))

### 4. *Jihâd* against Disbelievers and Communists:

The *Jihâd* against the disbelievers, communists and the aggressors from Jewish-Christian nations can be either by spending on *Jihâd* or by participating in it in person. The Prophet ﷺ said:

《 جَاهِدُوا المُشْرِكِينَ بِأَمْوَالِكُم وأَنفُسِكُم وألْسِنَتِكُم 》

"Perform *Jihâd* against polytheists by wealth, body and tongue." (Ahmad).

### 5. *Jihâd* against Wrongdoers :

《 مَن رَأَى مِنكُم مُنكَراً فَلْيُغَيِّرْهُ بِيَدِهِ، فَإِن لَم يَسْتَطِعْ فَبِلِسَانِهِ، فَإِن لَم يَسْتَطِع فَبِقَلْبِه، وذَلِكَ أَضْعَفُ الإِيمَانِ 》

"Whoever sees a vice should stop it by hand, if possible, or by tongue or (he should hate it) in heart – this is the lowest (act) of Faith." (Muslim).

### 6. *Jihâd* against the Satan:

This type means that one should disobey the Satan and obey Allâh. You can also abandon heeding to the Satan's temptations. Allâh the Exalted says:

﴿ إِنَّ ٱلشَّيْطَٰنَ لَكُمْ عَدُوٌّ فَٱتَّخِذُوهُ عَدُوًّا إِنَّمَا يَدْعُوا۟ حِزْبَهُۥ لِيَكُونُوا۟ مِنْ أَصْحَٰبِ ٱلسَّعِيرِ ﴾

"Surely Satan is an enemy to you; so treat him as an enemy. He only invites his followers that they may become the dwellers of the blazing Fire." (35:6)

# Act upon these *Ahadith*

١- ((لا تَقُومُ السَّاعَةُ حَتَى يُقاتِلَ الـمُسْلِمُون اليَهُودَ، فَيَقْتُلهُمُ الْمُسْلِمُون ))

1. "The Last Hour will not appear unless the Muslims fight the Jews and kill them". (Muslim).

٢- ((مَنْ قَاتَلَ لِتَكُونَ كَلِمَةُ اللهِ هِيَ العُلْيا، فهُوَ في سبيلِ اللهِ ))

2. "Who fights to uphold the Word of Allâh is the one who really fights in the cause of Allâh". (Bukhâri).

٣- ((مَنْ أَرْضَى النَّاسَ بِسَخَطِ اللهِ وَكَلَهُ الله إلَى النَّاسِ ))

3. "Whoever seeks the pleasure of people and not of Allâh, Allâh will leave him to the people." (Tirmidhi).

٤- ((مَنْ مَاتَ وَهُوَ يدْعُو مِن دُونِ اللهِ نِدًّا دَخَلَ النَّارِ ))

4. "Who dies while associating a partner with Allâh will enter Hell." (Bukhâri).

٥- ((مَنْ كَتَمَ عِلْماً أَلْجَمَهُ اللهُ بِلِجَامٍ مِنْ نَّارٍ ))

5. "Whoever conceals knowledge, Allâh will put a bridle of fire on him (on the Day of Reckoning)." (Ahmad).

٦- ((من لعب بالنَّرْدَشِيرِ فَكَأَنَّمَا غَمَسَ يدَه في لَحْمِ الخِنزِيرِ ودَمِهِ ))

6. "Whoever plays dice is like the one who dipped his hand in the flesh and blood of a swine." (Muslim).

٧- ((بدأ الإسلاَمُ غَرِيباً وَسَيَعُودُ غَرِيباً كما بدأ فطُوبى لِلْغُرَبَاءِ ))

7. "Islam appeared as a stranger, and it will return as a stranger. Then blessed are the strangers!" (Muslim).