

The individual on the left is Ibn-ul-Khattab, Commander-in-Chief of the Foreign Mujahideen Brigade loyal to the Islamic Army of the Caucasus. In the center is Shamil Basayev, Commander-in-Chief of the Islamic Army of the Caucasus. And to the right is Abu al-Walid al-Ghamidi, successor to Khattab as Commander-in-Chief of the Foreign Mujahideen Brigade after Khattab was assassinated in March 2002.

GOVERNMENT EXHIBIT



Tuesday 25 July 2000 An Attempt To Capture Mujahideen Is Foiled=20

A fierce battle broke out in the Yermluvka region. By the Grace of Allah, t=
he Mujahideen were slaughtering the enemy battalion. When the time came for=
 the Mujahideen to return to their bases, the enemy managed to surround thr=
ee of the Mujahideen. At which point, their brothers came to their help, de=
stroyed the siege, and returned to fighting again. Following this escalatio=
n, six enemy soldiers were killed and more injured. During the battle one M=
ujahid was martyred and two were injured. We ask Allah to accept the first =
as a martyr in the highest levels of paradise and hasten the recovery of th=
e injured.=20

Assassination Warfare: Where Do The Russians Turn To Now?=20

The Russian forces in Vedeno were shocked by the assassination of three of =
their intelligence officers. This operation seems to have finished off what=
ever spirits they had. There is constant anxiety due to the Mujahideen pres=
ence all around them. What type of assault will be served next? How will th=
e next group of sorry soldiers be exterminated? Ambush, martyr operation, a=
nother assassination, or full fledged assault? Maybe all. Where does the en=
emy turn to when they don't even trust their own hypocrite local supporters=
?=20

Enemy Bases In Grozny Under Steady Attack=20

Charges and lightning attacks against enemy bases and security checkpoints =
in the capital followed one another last night. Some went on until midnight=
. The results are: a severe damage to the bases, losses in machinery and li=
ves, and countless injuries, too numerous to be counted by the Mujahideen.=
=20

The crippled Russian artillery commenced its indiscriminate shelling of the=
 village of Pitrobavlavka which resulted in some civilian injury and damage=
 to civilian homes.

---------------------------------------------------------------------=
-----

Monday 24 July 2000 10 OMON Troops Burnt Out in Their Vehicle=20

In the village of Atki, Commander Yaqub's battalion tracked one URAL Cargo =
Military Vehicle carrying 10 OMON soldiers. As the vehicle approached the M=

GOVERNMENT EXHIBIT

Abu Dhar At-Ta'ifi (Abdullah At-Thubaitey, Saudi Arabia), may Allah have Mercy on him, earned his martyrdom as a result of a composite mine. He favoured his brothers to himself as he ordered them to distant themselves, so that they wouldn't be hurt. May Allah have mercy on him, he was the finest Mujahid. He devoted his life to Allah. We believe as such and we do not elevate anyone beyond their rank defined by Allah. We will have a glimpse of him at a later date Inshaa-Allah. May Allah have mercy on you dear brother and accept you as a martyr.=20

Explosion, Destruction and Casualties

In Neger-Yurt, the Mujahideen blew up one Kamaz Truck and one Russian military vehicle, which resulted in the killing and injuring of 12 Russian soldiers. The offensive did not last very long. By the Grace of Allah, all the Mujahideen returned safe and sound to their bases.=20

They Couldn't Find the Mujahideen, So they Shelled the Village

The Russian Air Force shelled a village in Vedeno killing two women and destroying one home.=20

Where Are those So-called "Human Rights"?

A group of Russian soldiers arrested four civilians. Two were strangled until they lost consciousness. Another had his feet fired upon as he screamed,= "I'm not one of the fighters!". The barbaric soldier replied "It is enough that you are a Muslim!". O Muslims! Do you not then understand?=20

In another village, a band of OMON police officers ravished the civilian residents, terrorized the innocent and robbed all their valuables. So where are those so-called "Human Rights"?

O Soldiers of Satan! More surprises are on the way. The Mujahideen are preparing more surprises that will bring smiles to the faces of the true believers and anguish to the unbelieving atheists. What is happening nowadays is merely the groundwork for what is to come. For the Mujahideen have sworn to destroy the Russians, and by the Will of Allah, their promise will be fulfilled.

---

ujahideen, they opened fire using RPGs and machine guns until the vehicle w=
as completely burnt out without a single survivor. By the Grace of Allah, t=
he battalion returned victorious and safe to their bases.=20

Eight Enemy Bases Are Pounded in Grozny=20

Russian forces acknowledged attacks against eight of their bases in Grozny =
resulting in severe losses. While they may claim (or dream) of having contr=
ol of the situation, this is clear evidence in the contrary.=20

Refuting the Latest Russian Propaganda

There was no Russian assault on Vedeno. It is another lie in a failed attem=
pt to cover it's own embarrassing defeats and severe losses. The Russian co=
mmand claimed that an assault was executed on Mujahideen bases in Vedeno. D=
uring this phantom assault, the enemy claims that 12 Arab Mujahideen were k=
illed and three more were taken prisoners. This apparent fabrication is not=
hing more than another chapter in the series of dreams and hallucinations o=
f the enemy propaganda machine as a result of their beaten command. No batt=
le even took place in this region. Maybe this was an attempt of the enemy f=
orces to cover their one humiliating defeat after another attempting to occ=
upy this peak where in the last failed attempt 22 enemy soldiers perished a=
nd the remaining simply ran away from the battle.=20

Furthermore, how many times did they announce killing Field Commanders Sham=
il Basayev, Arbi Barayev, Arsan, Akha, and other commanders? Once, they eve=
n claimed killing 200 Mujahideen in a single battle. Not to mention a count=
less number of other lies. Such fabrications should be fully expected from =
the Russian command. They hope that such lies would boost the defunct spiri=
ts of their forces, maybe alleviate the pain and suffering of the people ba=
ck home. Recently, the Russians made a claim of uncovering documents and ma=
ps detailing the Mujahideen plan to retake the major Chechen towns. They se=
em to have forgotten that the Mujahideen are local people, who live in thes=
e towns. Do they need maps to show them the ins and outs of their own neigh=
bourhoods?=20

The Truth Behind Russian Claims of Having An Arab Prisoner=20

He was at home with his Chechen wife, and not with the Mujahideen. He was p=
ermanently stationed in his hometown. One of the local hypocrites informed =
the enemy forces about him hoping for a reward. A number of enemy soldiers =
headed towards the Arab's house accompanied by the hypocrite, who was maske=



# Al-Haramain ONLINE NEWSLETTER

VOLUME 4, ISSUE 3                    DHUL-Q'IDAH 1420 [February 2000]



## Sisters Pens

### JIHAAD
by Sr. A. Mosher

Jihaad is an Arabic word, the root of which is *jahada*, which means to strive for a better life; endeavor; strain; exertion; effort; diligence, fighting to defend one's life, land, or religion. Jihaad should not be translated as "Holy War." Such an expression does not exist in Islam. Wars of this type constitute religious subjugation and genocide, an example of which is the Holy War of the Crusades.

The term Jihaad is simply an Islaamic legal term meaning fighting in the way of Allaah in order to establish a just system which upholds the laws of Sharee'ah and seeks to realize the aims of Islaam on earth.

During the period of Qur-aanic revelation Muslims were instructed to:

*...hold back their hands (from fighting) and establish regular prayers. 4:77*

The Muslims of that era patiently and obediently followed this injunction inspite of the fact that they had to endure terrible persecution for their new belief. It was wisdom from Allaah, for the early Muslims needed to build a strong foundation of faith from which to face all external obstacles and forces.

Years later, when the Muslims emigrated to Madeenah from Makkah, their faith and numbers had increased and they dwelled in a city to make a stance from. Permission was given to fight in self defense, in safe-guarding personal and human rights.

*To those against whom war is made, permission is given (to fight) because they are wronged...and verily Allaah is Most Powerful for their aid. 22:39*

Then another condition was added to the injunction of self-defense - defense of their beliefs and principles.

*Fight in the cause of Allaah those who fight you, but do not transgress limits; for Allaah loves not the transgressors. 2:190*

This second condition of Jihaad is unique compared to other wars in history. Most wars aimed at obtaining political or economic goals for a specific person or group. The goal of this second step in Jihaad was belief; the fighting for Allaah's religion.

*Those who believe fight in the cause of Allaah, and those who reject faith fight in the cause of evil. 4:76*

If the reason for fighting stopped here, by indicating that Jihaad was defensive in nature and attack was used only as a means of defending the Islaamic State from its powerful enemies, then Jihaad would seem acceptable to Western ideologies. But Jihaad doesn't stop here.

The third stage came when Muslims were ordered to fight the unbelievers and to initiate the fighting:

*And fight them until there is no more persecution and religion becomes Allaah's in its entirety. 8:39*

*Fighting is prescribed upon you and you dislike it. But it is possible that you dislike a thing which is good for you. 2:216*

Thus, Jihaad is a religious obligation in Islaam. Its aim is to fight oppression and injustice and to remove obstacles which prevent the spread of Islaam. This is accomplishing either by weakening or destroying the disbelieving prevalent political powers so that Muslims can prevent anyone from persecuting their brother Muslims wherever they may be.

There are numerous laws regulating Jihaad. The Prophet Muhammad (sallallaahu 'alaihi wa sallam) is reported to have said: "Fight in the name of Allaah and in the way of Allaah. Go on military expedition, but do not plunder. Do not break your pledge, nor mutilate, nor kill children...." [hadeeth]

Islaam prohibits terrorism, kidnapping, harming women, children, and the elderly. It forbids vandalism of civilian buildings, cutting down trees, as well as other forms of environmental destruction. Islaam commands its followers to stand and fight bravely in the force of the enemy but never condones war tactics that involve suicide missions.

The distorted connection of Jihaad and forcing belief on people 'by the sword' is incorrect. It is true that the rule of Islaam was spread over vast areas through Jihaad yet Islaam prohibits coercion of belief.

*There is to be no compulsion in religion. [Al-Qur'aan 2:256]*

The Qur'aan makes it clear that people are free to 'either choose Islaam or to remain followers of whatever faith they hold'. So what will explain the spread of Islaamic belief among those people? Men's hearts were pulled by lofty principles and by the moral excellence and non-aggressive rule displayed by the Muslims. This is the secret behind the spread of Islaam and the true victory of its forces when the...

*...Religion becomes Allaah's in its entirety." [Al-Qur'aan 8:39]*

"And fight them until there is no more persecution and religion becomes Allaah's in its entirety. 8:39"

"Fighting is prescribed upon you and you dislike it. But it is possible that you dislike a thing which is good for you. 2:216"

"Thus, Jihaad is a religious obligation in Islaam. Its aim is to fight oppression and injustice and to remove obstacles which prevent the spread of Islaam. This is accomplishing either by weakening or destroying the disbelieving prevalent political powers so that Muslims can prevent anyone from persecuting their brother Muslims wherever they may be."



GOVERNMENT EXHIBIT J

# Bank of America — Outgoing Funds Transfer Order    NO. 464058

☐ DOMESTIC    ☒ INTERNATIONAL    ☐ FOREIGN DRAFT

TESTER INT: _____  TESTER INT: _____  TEST: _____

## DEBIT INFORMATION

ACCOUNT #: 2880407035

☒ DDA    ☐ SAV    ☐ SETTLEMENT

AMOUNT $ USD: 2000.00

VALUE DATE: 4/15/99    REPETITIVE CODE: _____

## CURRENCY CONVERSION

AMOUNT: _____
RATE: _____    CONVERSION BY: _____
RATE SOURCE: _____    VERIFIED BY: _____
CURRENCY: _____

ORIGINATOR'S NAME: THE Arborist
ADDRESS: 1257 Siskiyoo Blvd #224
CITY, STATE, COUNTRY: Ashland Or 97520    PHONE #: 541-482-8371

RECEIVING BANK NAME: _____    ABA #: _____
ADDRESS: _____
CITY, STATE, COUNTRY: _____    PHONE #: _____

BENEFICIARY BANK NAME: Banca Italo Albanese    ABA #: _____
ADDRESS: _____
CITY, STATE, COUNTRY: Tirane Albania    PHONE #: _____

BANK TO BANK INFO: _____

BENEFICIARY NAME: Al-Haramain Humanitarian Foundation
ADDRESS: 1257 Siskiyoo Blvd #224
CITY, STATE, COUNTRY: Ashland Or 97520    PHONE #: 541-482-8371
BENEFICIARY ACCOUNT #: 11510    INFO: _____    REFERENCE: _____

**GOVERNMENT EXHIBIT K** CR05-60008-HO

---

### BANK OF AMERICA USE ONLY

**SETTLEMENT**
USD AMOUNT: $ 2000.00
WIRE CHARGES: $ 30.00
TOTAL RECEIVED: $ 2030.00
RECEIVED: ☐ CASH  ☒ COLLECTED  ☐ CHECK  ☐ OTHER
CHARGES: ☐ ANALYZED ACCT #: _____  ☐ WAIVED BY: _____  ☐ OD APPROVED BY: _____

**CUSTOMER CALLS**
TAKEN BY: _____    TIME: _____
CALLER NAME: _____
BRANCH CALL BACK TO CUSTOMER
CUSTOMER CALLED: _____    PHONE #: _____
VERIFIED BY: _____    DATE: _____
WRPC CALL BACK TO BRANCH
VER. BY (BR): _____    VER. BY (WRPC): _____
DATE: _____    TIME: _____

**CALLS TO WRPC**
BRANCH CALLER: Debra
WRPC OPERATOR: Cary Faxed DL
TRANSACTION REFERENCE: 0415
DATE: 4/15/99    TIME: 1:20

INTERNATIONAL USE ONLY
INPUT: _____    APPROVAL: _____
DEBIT: _____    VERIFY DEBIT: _____

BRANCH NAME: Ashland    UNIT #: 2880    TIME: 10:30    DATE: 4/15/99
PREPARED BY: Debra Imram    AUTHORIZED SIGNATURE: Cida Ingham

FX-1334-OR (REV. 3/97)        BRANCH COPY

------ Original Message ------
From: s-elfeki
To: haramain
Sent: Sunday, February 20, 2000 03:53 a
Subject: Confirmation

Dear Brothers

Al-Salamu Alaikom.
May Allah bless your efforts supporting our muslim brothers everywhere.

In regard to our previous correspondence, I have the pleasure informing you that I have already asked **my bank in London** to make a transaction to **your USA account**, using the details you provided in an earlier e-mail, **as Zakat** in order to participate in your nobel support to our muslim brothers in **Chychnia**, and here are the transaction details.

| | |
|---|---|
| **Donation made by** | Dr. Mahmoud Talaat El-Fiki |
| **From his account in** | Nation Bank of Kuwait (Intenational) Plc. - London |
| **To your account in** | Bank of America |
| **Transferred amount** | US$150.000 (A Hundred & Fifty Thousand US Dollars) |
| **Value** | 24/2/2000 |

What I am asking you to do, is to kindly:
1) Confirm that this amount would be used as **ZAKAT**
2) Inform me by e-mail as soon as you get the transaction
3) Send me a letter (original document from your establishment) confirming that the US$150,000 donation has been received as **Zakat** from Dr. Mahmoud Talaat El-Fiki.
Our mailing address is:
4 Ibn Kathir St. - Off Nile St.
Suez Canal Tower - 24/1
12311 Dokki
Giza - Cairo
Egypt

Please contact for any further details.
Your cooperation will be highly appreciated.
All the Best & Al-Salamu Alaikom Wa Rahmatu Allah.


GOVERNMENT EXHIBIT