FILED '07 AUG 21 10:41 USDC-ORE

LAWRENCE MATASAR, P.C.
Lawrence Matasar, OSB #74209
Krista Shipsey, OSB #94385
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone: (503) 222-9830
Fax: (503) 274-8575
Email: larry@pdxlaw.com, krista@pdxlaw.com
Attorney for Pirouz Sedaghaty

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 05-60008 |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EXPERT TRAVEL EXPENSES |
| vs. | ) ) | |
| AL-HARAMAIN ISLAMIC FOUNDATION, INC., PIROUZ SEDAGHATY, AND SOLIMAN AL-BUTHE, | ) ) ) ) | |
| Defendants. | ) | |

Based upon the Motion of Defendant, the Court hereby finds that good cause exists to allow travel expenses be authorized;

Therefore, IT IS HEREBY ORDERED that the Defendant's Motion for Expert Travel Expenses is granted.

DATED this ___ day of August, 2007.

_____
THOMAS COFFIN
United States District Judge

Presented by:

_____
KRISTA SHIPSEY, OSB No. 94385
Attorney for Pirouz Sedaghaty

PAGE 1 – ORDER GRANTING MOTION FOR EXPERT TRAVEL EXPENSES