LAW OFFICES

# BERNABEI & KATZ, PLLC

1773 T STREET, N.W.
WASHINGTON, D.C. 20009-7139

LYNNE BERNABEI
DEBRA S. KATZ∘
LISA J. BANKS
ARI M. WILKENFELD +
ALAN R. KABAT +
AVI L. KUMIN∘
RASHIDA A. ADAMS◇
RENEE SERVANCE◆

(202) 745-1942
TELECOPIER (202) 745-2627
E-Mail: BERKATZLAW@AOL.COM
Website: www.bernabeiandkatz.com

OF COUNSEL:
PATRICIA IRELAND✩
DAVID J. MARSHALL

+ADMITTED IN MD ALSO
∘ADMITTED IN NY ALSO
◇ADMITTED IN CA ALSO
✦ADMITTED IN MA ALSO
✩ADMITTED IN FL ONLY
◆ADMITTED IN WI ONLY

By Telecopier and Hand Delivery
September 7, 2004

Mr. R. Richard Newcomb
Office of Foreign Assets Control
U.S. Department of Treasury
Licensing Division
1500 Pennsylvania Avenue, N.W., Annex
Washington, D.C. 20220

Re:    Al Haramain Islamic Foundation, Inc., License No. SDGT # 343
       (Designation Pending)

Dear Mr. Newcomb:

Enclosed please find the Declaration of Vladimir Matusevitch, with attached copies of five Russian-language articles relating to Russian-Saudi humanitarian relief projects in the Chechnya region. This declaration is being submitted to supplement the responses of the Al Haramain Islamic Foundation, Inc. (U.S.A.) ("AHIF") to OFAC, dated May 14, 2004, August 4, 2004, and August 31, 2004.

Thank you for your consideration of this declaration and its translations.

Sincerely,

Lynne Bernabei

Enc.

cc: Cari Stinebower, Esquire
    (by telecopier)
    Mary M. Rowland, Esquire
    (by telecopier)

## DECLARATION OF VLADIMIR MATUSEVITCH

I, Vladimir Matusevitch, declare and state as follows:

1.       I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.       This declaration is being given at the request of counsel for the Al Haramain Islamic Foundation, Inc. (U.S.A.) ("AHIF") to respond to the materials produced by the Treasury Department's Office of Foreign Assets and Control ("OFAC") as the basis for the possible designation of AHIF as a terrorist organization under Executive Order 13224 and the International Emergency Economic Powers Act, 50 U.S.C. § 1701 *et seq*.

3.       I am a native of the former Soviet Union, and received my education at the State Institute of Arts, Department of the History and Theory of Arts, Moscow (M.A., 1958), and my doctorate at the USSR Academy of Sciences, Institute of Arts History (Ph.D., 1961). I was employed as an editor at the "Soviet Culture" newspaper in Moscow (1961-1963) and as a Senior Research Fellow in the Institute of Arts History, Moscow (1963-1968). I am fluent in Russian and English.

4.       In 1968, I defected to Western Europe.

5.       In 1969, I was hired as a freelance journalist by *Radio Liberty*, which was funded by the United States government. I rose through the ranks at *Radio Liberty*, and was promoted to positions of increasing editorial and managerial responsibility, with an emphasis on reporting about issues relating to the former Soviet Union, particularly political topics. In September 1987, I was promoted to Chief Editor of the Russian Broadcasting Department, and in October 1988, I was promoted to Department Director of the Russian Broadcasting Department. In 1992, I received another promotion, to Special Correspondent, and was transferred from Munich

(Germany) to the Washington, D.C. office. The Special Correspondent position allowed me to devote more of my time to reporting and analysis of Russian politics.

6.      My responsibilities in these positions included analyzing the wide range of Russian-language media and government reports about Russian and Soviet issues, in order to broadcast an honest and fair appraisal of the political situation in the Soviet Union, and in its former republics, including Russia, after the breakup of the Soviet Union. The Western news media reported on my news coverage, which won praise for its honest and candid treatment of these complex political issues, particularly those relating to the breakup of the Soviet Union and the ensuing political turmoil in many of the former republics.

7.      From the time I was employed at *Radio Liberty* to the present, I have subscribed to, and read, numerous Russian-language publications, both those published within Russia, as well as émigré and other Western publications.

8.      I have been retired since 1995, but I have continued to maintain my interests in Russian political issues, including those relating to internal conflicts involving Russia and various entities that are seeking independence from Russia.

9.      Based on my qualifications and expertise, as set forth in Paragraphs 3-8, *supra*, I am presenting my analysis regarding the nature and reliability of the Russian intelligence and media documents relating to Chechnya, sent to me by counsel for AHIF, and that were submitted by the OFAC to AHIF counsel on July 23, 2004. I have reviewed these documents, and my analysis is set forth in the following paragraphs.

10.     The following should be considered as a preliminary and schematic attempt to analyse certain Russian and American publications about Saudi involvement in Chechnya and its geopolitical, religious, economical, military, financial and ethnical implications. This task is

2

particularly difficult because there are complex relationships between Saudi governmental, semi-governmental and private agencies, foundations, charitable and religious groups, etc.

11.    It is beyond any doubt that Islamic fundamentalism has extended to Chechnya and other parts of Northern Caucasus over the last ten years: religious fundamentalists and activists, mercenaries, and other individuals, along with money and equipment for Chechen separatists, were sent from various organisations in Saudi Arabia and other Arab states. But it also beyond any doubt that various organisations in Saudi Arabia have provided substantial humanitarian aid to needy people in Chechnya and refugees in neighboring Ingushetia.

12.    The Russian government tries to present war in Chechnya as nothing more or less than a war against international terrorism, which explains the flood of publications in Russian governmental and pro-governmental media about Saudi aid to Chechen separatists and terrorists. But it should be said, in all fairness, in the same media can be found publications about truly humanitarian Saudi aid to people in Chechnya.

13.    OFAC does not appear to have reviewed such publications. Nonetheless, even background information serves the cause of justice much better when it is not biased and selective. Here are just three examples of Russian publications which could and should be included in OFAC's review.

14.    On February 28, 2000, several Moscow newspapers reprinted a report by the news agency INTERFAX about meetings and negotiations between first Deputy Minister of the Russian Federation for civil defence, emergencies and elimination of consequences of natural disasters Y.L. Vorobyov and the delegation of The Saudi Joint Relief Committee for Kosovo and Chechnya. As the press-office of the Ministry reported after meeting, Saudi Arabia is ready to send in the Northern Caucasus region about 600 metric tons of food-stuffs, clothing and tents for

3

refugees from war zones. Moreover, Saudi Arabia wants to provide humanitarian aid to needy people in this region, of about $50 million. *See Utro* (Feb. 28, 2000) (attached hereto as Exhibit A).

15.    In March 2003, "Mir Vostoka" ("World of the Orient"), the Moscow monthly magazine, published an article by a prominent member of the Council of Federation (upper chamber of Russian Parliament) Ramazan Abdulatipov, who wrote: "It is necessary to mention that some Islamic states, Saudi Arabia first of all, are providing a very significant aid to displaced people of Chechnya. Moreover, according to official statistics from April, 2000 and until the present just Saudi Arabia's aid alone is bigger than total volume of an aid from all Western states." *See Mir Vostoka* (March 2003) (attached hereto as Exhibit B).

16.    In January, 2004, several Moscow newspapers published reports about an official visit to Saudi Arabia by Chechnya's head of administration Akhmad Kadyrov (four months later he was assassinated). Kadyrov was received by all leading figures of the Kingdom which was in fact the recognition of loyalty to Kadyrov's regime (aligned with Moscow), and denial of any sympathy for Mashadov's "oppositional government." Kadyrov's visit coincided with a public statement from the Saudi government that it will fight any attempt by any private organization to provide financial or any other aid for separatists in Chechenya. At the same time, the Arabian Chamber of Commerce, The Islamic Bank of Development, and several other Saudi business organisations declared their wish to provide financial assistance to reconstruction and development of the educational system, infrastructure, and industries in Chechnya. *See Novosti* (Jan. 19, 2004); *Vremya* (Jan. 19, 2004); *Pravda* (Jan. 15, 2004) (attached hereto as Exhibits C-E).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

VLADIMIR MATUSEVITCH

Executed on this ___ day of ___, 2004.

5

ТРО: ежедневная электронная газета



обо всем по-человечески!

22 АВГУСТА 2000    ВЫПУСК #162 (233)

Ежедневная @-газета

| ПОЛИТИКА | INTERNET | ИНЦИДЕНТЫ | СПОРТ |
| NEWS-ЦЕНТР | ЭКОНОМИКА | ЖИЗНЬ | АРХИВ |



# Саудовская Аравия готовит гуманитарную помощь Чечне

10:08:21, 28.02.2000
Источник: INTERFAX

СЕГОДНЯ
ВЧЕРА

Первый заместитель министра по чрезвычайным ситуациям РФ Юрий Воробьев проведет 28 февраля в Москве переговоры с делегацией Межведомственного Саудовского Комитета по оказанию гуманитарной помощи Чечне.

Как сообщили в пресс-службе МЧС, в ходе встречи будут обсуждены дальнейших поставок Саудовской Аравией гуманитарной помощи для пострадавшего в ходе боевых действий населения Северного Кавказа. Сейчас эта страна уже готова направить в регион около 600 тонн продовольствия, одежды, и палаток. Всего Саудовская Аравия намерена оказать помощь Северному Кавказу на сумму почти $50 млн., отметили в МЧС.

 



Утро    ЕЖЕДНЕВНАЯ ГАЗЕТА

Все права защищены © 1999-2000.

Все замечания и предложения присылайте на
editor@utro.ru.

   

Exhibit A
Matusevitch Declaration

Журнал «Мир Востока»





ПОЛИТИКА • ЭКОНОМИКА • КУЛЬТУРА

№1 • январь 2003

№2 • март 2003

Подписка



Наш партнёр:



КАРТА МИРА

# Исламский мир: проблемы становления

**Рамазан АБДУЛАТИПОВ**
Член Совета Федерации РФ, координатор Российско-Арабского межпарламентского
объединения СФ

*Политическая практика, опыт государственной деятельности убеждают в том, что мы нужны исламскому миру, а исламский мир, контакты с ним жизненно необходимы для России. Огромный потенциал духовного, торгово-экономического и научно-технического сотрудничества пока не используется, а в свободное пространство российско-арабского, российско-исламского сотрудничества устремляются различные экстремистские силы под всевозможными лозунгами. Равнодушие к Востоку оборачивается для нас утверждением диктата Запада. А нужен паритет Запада и Востока при приоритете интересов России.*



Представители мусульманских государств, с которыми мне доводилось встречаться, в один голос заявляли об опасности эскалации псевдоисламского экстремизма в России и вокруг нее. Как сказал В.В. Путин во время поездки в Индию, одни и те же люди терроризируют население многих стран - от Афганистана до Северного Кавказа. Но в государствах на официальном уровне отношение к исламу тоже порой ограничено стандартами начала XX в., если даже не средневековья. Когда мы говорим, что в политике российского государства недостаточно учитывается и используется потенциал исламского центра, мы имеем в виду и потенциал российских мусульман.

Так называемые консервативные режимы арабских стран Персидского залива в большей степени, чем Запад, озабочены феноменом радикализации не только ислама, но и отношения к исламу. В этих странах руководители говорили мне, что ваххабизм, любое радикальное проявление ислама - не что иное, как исторический эпизод в эволюции саудовского, аравийского общества, а в Чечне, некоторых дагестанских селениях, отдельных российских СМИ насаждаются идеи о том, что ваххабизм - чуть ли не светлое будущее российской мусульманской уммы. Любой радикализм несет вред любой религии. Безграмотный чиновник из Минюста, рассуждающий о ваххабизме, в тысячу раз опаснее многих ваххабитов из Саудии. Во многих арабских исламских странах даже содержание пятничных

Exhibit B
Matusevitch Declaration

9/2/2004

проповедей в мечетях находится под исключительно жестким контролем государства. Фактически они проходят цензуру и утверждение в государственных органах, ведающих религиозными вопросами. Государство осуществляет контроль с точки зрения своей безопасности, безопасности граждан за деятельностью религиозных организаций и общин.

Реакция мусульманского мира на драматические события в Дагестане и Чечне, конечно же, неоднозначна, как неоднозначно и информационное поле, в котором находятся исламские государства. Оно занято прежде всего западными агентствами, которые рассказывают "о зверствах российских солдат в Чечне". Такая ситуация - это в том числе и результат развала в начале 90-х годов прошлого столетия восточного, исламского арабского направлений нашей информационной части внешней политики. Здесь следует иметь в виду, что отношение исламского мира к современной России в целом имеет в нынешних условиях двухуровневый характер: официальный, государственный и неофициальный, общественный. В настоящее время на втором уровне благодаря однобокой информации происходит очевидная радикализация общественного мнения, рост экстремистских антироссийских настроений. Тут нужны кардинальные меры, ибо интересы России лежат не в этом направлении, а в налаживании сотрудничества с исламскими странами, поддержкой их перед угрозой западной экспансии. Конечно, существенную роль в формировании нового "антиисламского" образа России играют западные и, к сожалению, российские СМИ.

Руководители исламских государств не заинтересованы в росте радикализма от ислама, поскольку их режимы могут быть либо сметены именно радикальными силами, либо стать подконтрольными им. Как, например, может поддерживать экстремизм от ислама правящая династия Саудовской Аравии, если в 1975 г. фанатиками был убит Хранитель двух святынь, саудовский монарх Фейсал, а спустя семь лет - его преемник, король Халед? Бесконечные обвинения нашими политиками и СМИ исламских стран, и прежде всего Саудовской Аравии, в поддержке экстремизма зачастую нелогичны. Российские так называемые специалисты очень плохо знают все нюансы процессов, происходящих в мусульманских странах. Ситуация в стране и позиция руководства здесь не всегда совпадают.

Можно вспомнить и события осени 1979 г., когда 20 ноября, в первый день нынешнего, XV столетия хиджры, вооруженные экстремисты захватили мусульманскую святыню - мечеть Аль-Харам в Мекке и выдвинули саудовским властям ультиматум, суть которого сводилась к требованию возвращения Саудовской Аравии к "истинному исламу". Около тысячи фанатиков удерживали мечеть и оказывали сопротивление силам безопасности в течение двух недель, что привело к гибели нескольких сот человек. Власти проявили решительность: войска использовали боеприпасы со слезоточивым газом, а затем артиллерию и авиацию. 9 января 1980 г. 63 мятежника были обезглавлены, среди них были не только саудовцы, но и египтяне, йеменцы, кувейтцы, выходцы из других мусульманских стран. Это в записную книжку тем, кто походя обвиняет все арабские мусульманские государства в поддержке экстремизма и терроризма.

Не менее решительно действовало против антигосударственных выступлений под исламскими лозунгами в начале 80-х годов руководство Сирии. Вооруженные отряды "братьев-мусульман" по существу захватили крупный город Хама. В ходе боев с правительственными войсками имели место беспрецедентные для этой страны акты насилия - тысячи экстремистов были уничтожены, а значительная часть старого города разрушена. Экстремисты в Хаме были жестоко подавлены армией. Это был ответ на открытый вызов радикальных мусульманских лидеров правящему режиму. Вместе с тем по всей стране была развернута кампания "национальной мобилизации", формировались отряды добровольцев, открывались специальные лагеря для их военной подготовки. Но лишь в 1982 г. последние очаги сопротивления мятежников были ликвидированы. По действующему ныне в САР законодательству принадлежность к запрещенным законом экстремистским организациям карается тюремным заключением, а участие в террористических актах - смертной казнью. Еще в 1980 г. Народный совет (парламент) Сирии принял по этим вопросам специальный закон № 49. И после этого США, вскормившие у себя на груди Усаму бен Ладена, называют Сирию в числе стран, которые могут быть

подвергнуты бомбардировке после 11 сентября 2001 г.!

В Алжире в мае - июне 1991 г. мусульманские радикалы из Исламского фронта спасения при поддержке "добровольцев" из Туниса и Судана организовали беспорядки и манифестации в столице, окончившиеся вооруженными столкновениями, жертвами которых стали 400 человек. "Если армия выйдет из казарм, - заявил один из руководителей фронта, - мы призовем три миллиона наших сторонников в народную армию ислама, которая не оставит камня на камне от режима". Тем не менее мятеж был подавлен, а его руководители - арестованы. Однако борьба с экстремистами затянулась в Алжире на долгие годы и унесла десятки тысяч жизней. В числе ее жертв - мирные жители, иностранцы, в том числе и россияне, военнослужащие и полицейские, вооруженные боевики. От околоисламского радикализма страдают прежде всего мусульманские государства.

Противоборство радикалов от ислама с государственной властью не раз приобретало драматический оборот в Египте, Ливане, Тунисе, Турции, Иране и многих других исламских странах. Как тут можно говорить об "исламском экстремизме", если объектом экстремизма являются мусульмане. В Египте, например, после антимонархической революции 1952 г. у власти находилось три президента. На первого из них, выдающегося арабского политического деятеля Гамаля Абдель Насера в 1953 г. организация "Братья-мусульмане" совершила покушение (после чего эта организация была подвергнута в Египте репрессиям и запрещена); второй президент - Анвар Садат был застрелен религиозными фанатиками, членами подпольной исламской организации "Ат-Такфир ва-ль-Хиджра", и на третьего, большого друга России Хосни Мубарака, с которым мне неоднократно посчастливилось встречаться, тоже покушались экстремисты. Обращает на себя внимание тот факт, что каждый раз экстремисты, действуя в разных государствах, были едины в одном: они ставили перед собой задачу-максимум - свержение режима, а за их спиной зачастую стояли внешние силы, заинтересованные в смещении либо ослаблении законной власти.

К большому сожалению, международный опыт борьбы с религиозным фанатизмом или с силами, которые действуют под его прикрытием, свидетельствует о том, что это противоборство носит, как правило, ожесточенный, даже кровавый характер. Поэтому борьба с религиозным экстремизмом - задача всех государств и государственных деятелей. Обвинениями друг против друга здесь мало чего можно добиться. Религиозный экстремизм - это корыстное использование национальных идей, направленное прежде всего против веры.

Многочисленные критики экстремизма в мусульманском мире, а это, как правило, люди, в совершенстве знающие Коран, для подтверждения того, что насилие, которое используют фанатики, богопротивно, часто приводят следующие цитаты из Священной книги мусульман: "И вот потому-то мы предписали сынам Исмаила: "Если кто-либо убьет человека не в отместку [за убийство] другого человека и [не в отместку] за насилие на земле, то это приравнивается к убийству всех людей...", а также: "А если кто убьет верующего по умыслу, то возмездие ему - ад, где пребудет он вечно. Аллах разгневается на него, проклянет его и уготовит ему великое наказание". Фанатики, используя лозунги ислама, не перестают удивлять мир не только своими акциями насилия и террора, но и совершенно дикими подходами к будничным повседневным делам. Отсюда и во многом искаженный образ ислама и мусульманина в современном мире. В апреле 2000 г. правительство талибов в Афганистане запретило, например, ношение мужских сорочек с отложным воротничком, т.е. обыкновенных мужских рубашек. Почему? Они якобы похожи на... уши собаки. Запрет также был объявлен на ношение изделий из кожи, поскольку талибам неизвестно, было ли забито животное, из шкуры которого изделие изготовлено, с соблюдением мусульманских обычаев. Галстук же провозглашен символом, напоминающим византийский крест. И это на пороге третьего тысячелетия! Человек сам определяет, какую одежду ему носить. Как можно навязывать подобные вещи миллионам людей правительственными постановлениями, при этом об их богоугодности? Дикость, невежество нельзя объявлять нормой. И религии здесь ни при чем.

Нельзя не отметить, что ряд исламских государств, и в первую очередь Саудовская Аравия, оказывают перемещенным из Чечни лицам значительную гуманитарную помощь. Более того, по официальным данным, гуманитарная

помощь только Саудовского Королевства к апрелю 2000 г. превысила суммарный объем помощи всех западных стран. О подобных акциях многие российские СМИ даже не упоминают. Почему? Да, известны факты участия в боях на стороне чеченских бандформирований граждан некоторых арабских исламских стран, финансовой поддержки боевиков со стороны ряда международных исламских организаций и фондов, но говорит ли это о проявлении некоей политической линии на поддержку боевиков правительствами этих государств? Ведь среди наемников и фанатики, и люди, просто желающие заработать, и искатели приключений. Разве российское правительство поощряло направление в Югославию наемников, воевавших на стороне сербов? А как быть с фактами участия в боях с федеральными войсками в Чечне граждан Украины, Китая, Узбекистана, Таджикистана, России в роли наемников? Видимо, следует различать позицию относительно событий в Чечне официальных и государственных структур исламских стран и ряда мусульманских организаций, часто находящихся к этим режимам в оппозиции. И раскватированы они, кстати, в Лондоне, Париже, Цюрихе...

В современном мире невозможно существование государств, исповедующих экстремизм и терроризм. Хотя, конечно же, нельзя отрицать, что лидеры ряда стран не могут не учитывать общественное мнение своих стран и, может быть, не всегда последовательно противодействуют экстремистам.

В исламском мире активно обсуждаются пути интеграции мусульманских общин в общества тех государств, где мусульманское население составляет меньшинство. Примечательны в этой связи заявления одного из лидеров тунисской исламской организации "Аль-Нахда" Р. Ганнуши, особенно если учесть, что организация эта находится в оппозиции правительству Туниса как религиозно-радикальная. Выступая в исламском центре Лос-Анджелеса, он, в частности, заявил, обращаясь к мусульманам - гражданам США: "Ваш долг как мусульман - укорениться на этой земле, воспринять культуру окружающей вас среды, воспринять ее язык, историю, считать себя верными патриотами своей родины... От вас не требуют импорта манеры исповедания религии... в манере стран Персидского залива или Туниса. Ваш долг - обновить вашу практику религии, обновить формы взаимодействия ислама с реальностью вашей среды, чтобы произвести нечто совершенно новое. Мы просим вас - мусульман, живущих в обществе, достигшем самого высокого научного уровня, не подражать и не воспроизводить манеру исповедания религии, выработанную в слаборазвитой среде. Мы просим вас внести новый вклад в мусульманскую умму, чтобы реформировать мусульманскую мысль и разработать развитую форму религиозной практики...". По мнению Р. Ганнуши, граждане любой страны обязаны выполнять свой долг перед ней во всем, за исключением того, что непосредственно касается их религиозной принадлежности. Мне кажется, что это хороший ответ российским политикам от ислама, твердящим о некоем исключительном месте исламской общины в многоконфессиональном российском обществе. Россия - это историческая родина российских мусульман. Это наша страна, где мы молимся Всевышнему и на которую молимся. Таковы чаяния российских мусульман и оскорбительно любое недоверие к ним и к исламу.

# Что такое ваххабизм?

Ваххабизм зародился в XVIII веке в Центральной Аравии (Нажд) как религиозное течение, провозглашавшее принцип единобожия и требовавшее соблюдать всю его атрибутику. С самого начала ваххабизм в лице своего основателя Муххамеда ибн Абд Аль-Ваххаба (1703-1787) ставил перед собой задачу разрушения "языческих" культов на алтаре единобожия, превратив тем самым разрушения таких культов в культ разрушения всего того, что противоречит его представлениям о единобожии. Разумеется, Муххамед ибн Абд Аль-Ваххаб хорошо понимал разницу между дворцами и мечетями, однако он видел их каменную субстанцию. Отсюда его жесткое выступление против роскошных молельных зданий и мечетей, мавзолеев для святых и шейхов. Он возвел задачу их физического разрушения в ранг религиозных обязанностей правоверного и вступил против всякого посредничества между человеком и Богом. Другими словами, разрушение "камней" в критериях ваххабизма есть восстановление непосредственно общения между человеком и Богом. Поэтому не случайно отсутствие какого-либо "Общественного доказательства" существования самого Мухаммеда ибн Абд Аль-Ваххаба в виде гробницы или хотя бы памятного знака на могиле.

Чечня откроет свое представительство в Саудовской Аравии. Версия для печати                    Page 1 of 1



**ЧЕЧНЯ ОТКРОЕТ СВОЕ ПРЕДСТАВИТЕЛЬСТВО В САУДОВСКОЙ АРАВИИ**
Опубликовано на сервере НЕГА-сеть: Новости 19.01.2004
Исходный документ: http://news.ng.ru/2004/01/19/1074510606.html

Об этом сообщил сегодня журналистам президент Чеченской республики Ахмад Кадыров. Он добавил, что данное решение было принято в ходе его официального визита в эту страну.

Комментируя итоги своего визита в Саудовскую Аравию Кадыров отметил, что министр иностранных дел этой страны заверил чеченскую сторону в готовности Королевства оказывать всестороннюю помощь в восстановлении экономики Чечни. В этой связи, по словам Кадырова, руководство Саудовской Аравии попросило предоставить программы, в соответствии с которыми будет оказываться помощь.

Чеченский президент также сообщил, что во время переговоров с руководством Саудовской Аравии, помимо прочего, обсуждался и вопрос о создании специального фонда для оказания помощи Чечне. "Я заверил власти Саудовской Аравии, что деньги, которые будут выделяться, будут расходоваться исключительно на восстановление республики, а не на войну", - подчеркнул Кадыров.

Основным итогом поездки можно считать официальное признание кадыровской администрации властями и деловой элитой главной страны Арабского Востока. Сам Ахмат Кадыров уверен: до его приезда мало кто в королевстве представлял себе, что реально происходит в Чечне. По словам нового чеченского президента, саудовские собеседники очень интересовались, "кто такие так называемые ваххабиты и что они из себя представляют".

Что именно объяснил Ахмат Кадыров "про ваххабитов" своим любознательным собеседникам из страны, в которой ваххабизм является господствующим исламским течением, не вполне ясно. Но итогами переговоров стороны, кажется, остались довольны. По крайней мере сам Кадыров считает, что теперь в международной изоляции будет уже не он сам со своими министрами, а религиозные чеченские радикалы и сепаратисты, которые продолжают свою вооруженную борьбу при финансовой поддержке из-за рубежа, главным образом из стран того же самого Арабского Востока.

Кадыров старался донести до своих собеседников, что хозяин в Чечне окончательно поменялся и всем, желающим оказывать помощь, придется иметь дело именно с ним. Презентация, в общем, удалась - бизнесмены из аравийской Торгово-промышленной палаты, Исламский банк развития и нескольких благотворительных организаций пообещали активизировать свою помощь восстанавливающейся Чечне. В частности, Исламский банк развития собирается позаботиться о чеченском образовании. Для начала в республику поедет группа экспертов, которые выяснят, в чем именно в первую очередь нуждаются местные школы.

Деньги на восстановление Чечни Саудовская Аравия выделяла и раньше, но получал их федеральный центр и затем распределял через соответствующие министерства. Этот механизм был не очень удобен для Кадырова, который уверен, что он сам лучше знает, как, сколько и на что именно следует тратить деньги в Чечне. Поэтому теперь он не скрывает, что хотел бы развивать с Саудовской Аравией "прямые связи", хоть и на правах субъекта Российской Федерации.

материалы: Независимая Газета © 1999-2000
разработка: НЕГА-Сеть - ФЭП © 2000

**Exhibit C**
Matusevitch Declaration

Время новостей: N°6, 19 января 2004



N°6, 19 января 2004

ONLINE
# ВРЕМЯ
НОВОСТЕЙ

ИД "Время"

☞ // 19.01.2004

# Принц и нищий
### Саудовские ваххабиты пообещали давать деньги Кадырову, а не Масхадову

Ахмат Кадыров сообщил вчера, что доволен своей четырехдневной поездкой в Саудовскую Аравию, куда его пригласил наследный принц королевства Абдалла ибн Абдель-Азиз аль Сауд. Принц, которому президент Чечни передал послание Владимира Путина, готов «поступательно» дружить с Россией, министерство по делам хаджа вроде бы обещает помочь с визами наименее расторопным чеченским и дагестанским паломникам, а саудовские бизнесмены теперь хотят жертвовать деньги на восстановление Чечни, а не на поддержку сепаратистов.

Основным итогом поездки, действительно, можно считать официальное признание кадыровской администрации властями и деловой элитой главной страны Арабского Востока. Сам Ахмат Кадыров уверен: до его приезда мало кто в королевстве представлял себе, что реально происходит в Чечне. По словам нового чеченского президента, саудовские собеседники очень интересовались, «кто такие так называемые ваххабиты и что они из себя представляют».

Что именно объяснил Ахмат Кадыров «про ваххабитов» своим любознательным собеседникам из страны, в которой ваххабизм является господствующим исламским течением, не вполне ясно. Но итогами переговоров стороны, кажется, остались довольны. По крайней мере сам г-н Кадыров считает, что теперь в международной изоляции будет уже не он сам со своими министрами, а религиозные чеченские радикалы и сепаратисты, которые продолжают свою вооруженную борьбу при финансовой поддержке из-за рубежа, главным образом из стран того же самого Арабского Востока.

Г-н Кадыров старался донести до своих собеседников, что хозяин в Чечне окончательно поменялся и всем желающим оказывать помощь придется иметь дело именно с ним. Презентация, в общем, удалась -- бизнесмены из аравийской Торгово-промышленной палаты, Исламский банк развития и нескольких благотворительных организаций пообещали активизировать свою помощь восстанавливающейся Чечне. В частности, Исламский банк развития собирается позаботиться о чеченском образовании. Для начала в республику поедет группа экспертов, которые выяснят, в чем именно в первую очередь нуждаются местные школы.

Собственно, деньги на восстановление Чечни Саудовская Аравия выделяла и раньше, но получал их федеральный центр -- и затем распределял через соответствующие министерства. Этот механизм был не очень удобен для г-на Кадырова, который уверен, что он сам лучше знает, как, сколько и на что именно следует тратить деньги в Чечне. Поэтому теперь он не скрывает, что хотел бы развивать с Саудовской Аравией «прямые связи», хоть и на правах субъекта Российской Федерации. Чтобы связи крепли, в Джидде, втором по величине городе королевства, по соседству с российским консульством решено открыть Чеченский культурный центр.

Г-н Кадыров, в сущности, повторяет путь своих ичкерийских предшественников: как уже писала газета «Время новостей», Аслан Масхадов тоже ездил в Эр-Рияд вскоре после избрания в поисках «прямых связей». Правда, чувствовал себя г-н Масхадов гораздо более непринужденно -- в 1997 году Чечня совсем не хотела оглядываться на федеральный центр. Ахмату Кадырову, запертому в рамки официального протокола и должностных обязанностей, будет непросто отобрать эти «связи» у своих предшественников и оппонентов.

Иван СУХОВ

свидетельство о регистрации СМИ:
П N° 77-2909 от 26 июня 2000 г
любое использование материалов и иллюстраций возможно только по согласованию с редакцией

Exhibit D
Matusevitch Declaration

8/22/2004

 

15 января 2004 г.

## Саудовская Аравия поможет Чечне в восстановлении сферы образования

Саудовская Аравия поможет Чечне в восстановлении сферы образования.
В четверг находящийся с визитом в Саудовской Аравии президент Чечни Ахмад Кадыров провел переговоры с президентом Исламского банка развития Ахмедом Мохаммедом Али.

В ходе встречи Мохаммед Али принял решение направить в самые ближайшие дни в Чеченскую республику группу своих помощников для изучения на месте потребностей Чечни в восстановлении сферы образования. Он заверил Кадырова в том, что, в первую очередь, в эту сферу будет вложена необходимая сумма после того, как рабочая группа вернется и представит руководству банка свои предложения.

BBC.com

▸ **На главную**

© ЗАО ИД "Комсомольская правда", 2002
Авторами статей запрещена их перепечатка без согласия правообладателя, а иное использование — без ссылки на правообладателя.
Приобретение авторских прав: (095) 257-57-47
Электронная версия зарегистрирована в Государственном Комитете РФ по печати, №019051

  

**Exhibit E**
Matusevitch Declaration