LAW OFFICES

## BERNABEI & KATZ, PLLC
1773 T STREET, N.W.
WASHINGTON, D.C.   20009-7139

LYNNE BERNABEI
DEBRA S. KATZ○
LISA J. BANKS
ARI M. WILKENFELD +
ALAN R. KABAT +
AVI L. KUMIN○
RASHIDA A. ADAMS✧
RENEE SERVANCE♦

(202) 745-1942
TELECOPIER (202) 745-2627
E-Mail: BERKATZLAW@AOL.COM
Website: www.bernabeiandkatz.com

OF COUNSEL:
PATRICIA IRELAND✩
DAVID J. MARSHALL

+ADMITTED IN MD ALSO
○ADMITTED IN NY ALSO
◇ADMITTED IN CA ALSO
✧ADMITTED IN MA ALSO
✩ADMITTED IN FL ONLY
♦ADMITTED IN WI ONLY

By Telecopier and First Class Mail
August 31, 2004

Mr. R. Richard Newcomb
Office of Foreign Assets Control
U.S. Department of Treasury
Licensing Division
1500 Pennsylvania Avenue, N.W., Annex
Washington, D.C. 20220

      Re:    Al Haramain Islamic Foundation, Inc., License No. SDGT # 343
             (Designation Pending)

Dear Mr. Newcomb:

      Enclosed please find the Declaration of Vladimir Matusevitch, with attached translations of two Russian-language documents relating to the involvement of the Al Haramain Islamic Foundation, Inc. (U.S.A.) ("AHIF") with Russian-Saudi humanitarian relief projects in the Chechnya region.  These documents are being submitted to supplement AHIF's responses dated May 14, 2004 and August 4, 2004.

      We anticipate being able to provide you, later this week, with an additional Declaration which will set forth an analysis of the Russian documents relied upon by OFAC.

      Thank you for your consideration of this declaration and its translations.

                Sincerely,

                Lynne Bernabei

Enc.

Mr. R. Richard Newcomb
Office of Foreign Assets Control
U.S. Department of Treasury
August 31, 2004
Page 2


cc:  Cari Stinebower, Esquire
        (by telecopier)
      Mary M. Rowland, Esquire
        (by telecopier)



## DECLARATION OF VLADIMIR MATUSEVITCH

I, Vladimir Matusevitch, declare and state as follows:

1.    I am over 18 years of age and competent to testify to the matters set forth below of my own personal knowledge.

2.    This declaration is being given at the request of counsel for the Al Haramain Islamic Foundation, Inc. (U.S.A.) ("AHIF").

3.    I am a native of the former Soviet Union, and received my education at the State Institute of Arts, Department of the History and Theory of Arts, Moscow (M.A., 1958), and my doctorate at the USSR Academy of Sciences, Institute of Arts History (Ph.D., 1961). I was employed as an editor at the "Soviet Culture" newspaper in Moscow (1961-1963) and as a Senior Research Fellow in the Institute of Arts History, Moscow (1963-1968). I am fluent in Russian and English.

4.    In 1968, I defected to Western Europe.

5.    In 1969, I was hired as a freelance journalist by *Radio Liberty*, which was funded by the United States government. I rose through the ranks at *Radio Liberty*, and was promoted to positions of increasing editorial and managerial responsibility, with an emphasis on reporting about issues relating to the former Soviet Union, particularly political topics. In September 1987, I was promoted to Chief Editor of the Russian Broadcasting Department, and in October 1988, I was promoted to Department Director of the Russian Broadcasting Department. In 1992, I received another promotion, to Special Correspondent, and was transferred from Munich (Germany) to the Washington, D.C. office. The Special Correspondent position allowed me to devote more of my time to reporting and analysis of Russian politics.

6.    My responsibilities in these positions included analyzing the wide range of

Russian-language media and government reports about Russian and Soviet issues, in order to broadcast an honest and fair appraisal of the political situation in the Soviet Union, and in its former republics, including Russia, after the breakup of the Soviet Union. The Western news media reported on my news coverage, which won praise for its honest and candid treatment of these complex political issues, particularly those relating to the breakup of the Soviet Union and the ensuing political turmoil in many of the former republics.

7.    While at *Radio Liberty* to the current time, I have subscribed to, and read, numerous Russian-language publications, both those published within Russia, as well as émigré and other Western publications.

8.    I have been retired since 1995, but I have continued to maintain my interests in Russian political issues, including those relating to internal conflicts involving Russia and various entities that are seeking independence from Russia.

9.    I have reviewed the original Russian documents that were provided to me by counsel for AHIF, and have prepared English translations of those documents.

10.    Exhibit A to this Declaration is a document titled Memorandum of Understanding, dated December 8, 1999. It is a memorandum signed by Y.L. Vorobyov, on behalf of the Ministry of the Russian Federation for Civil Defence, Emergencies and Elimination of Consequences of Natural Disasters, and Dr. Abdul Rahman Al Swailem, on behalf of the Saudi Joint Relief Committee for Kosovo and Chechnya, and is an agreement to allow the Saudi Joint Relief Committee for Kosovo and Chechnya to carry out humanitarian aid to refugees in the northern Caucasus.

11.    Exhibit B to this Declaration is a document titled Certificate No. 9927, dated October 30, 2000. It is a certificate of registration for foreign corporations, assigned to the Saudi

2

Red Crescent, signed by V. P. Seryogin of the Russian Federation's Ministry of Justice, and is good for three years, until October 30, 2003.

12.    Based on my qualifications and expertise, as set forth in Paragraphs 3-8, *supra*, I attest that the English translations are true and accurate translations of the original Russian documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

VLADIMIR MATUSEVITCH

Executed on this *23* day of *Aug*, 2004.

```
Unterschriftsbeglaubigung
-UR 71/2004-
Die vorstehende, vor mir vollzogene Unterschrift des
Herrn Vladimir B. Matusevitch, geboren am 24.02.1936 in New
York, wohnhaft in An der Obertrave 29, 23552 Lübeck
-ausgewiesen durch Reisepass der U.S.A., Reisepassnummer
Nr. 710761773-
beglaubige ich hiermit, nachdem die Frage nach einer
Vorbefassung des Notars im Sinne von § 3 I Nr.7 BeurkG von dem
Beteiligten und dem Notar verneint worden ist.

Lübeck, den 23. August 2004

                                    N o t a r
```

```
Kostenrechnung:
Geschäftswert: 3000,00 € (gem. § 30 II KostO)
Gebühr gem. §§ 32, 141, 45 KostO              10,00 EUR
Gebühr gem. §§ 152, 137 KostO                  1,50 EUR
16 % Mehrwertsteuer                            1,84 EUR
Rechnungsbetrag                               13,34 EUR

Lübeck, den 23. August 2004

                       3        N o t a r
```

Memorandum of understanding between The Ministry of the Russian Federation for Civil Defence, Emergencies and Elimination of Consequences of Natural Disasters (Emercom of Russia) and The Saudi Joint Relief Committee for Kosovo and Chechnya about the measures of Saudi humanitarian aid to temporarily displaced persons in North-Caucasus region.

Proceeding from the need of tens of thousands of people for humanitarian aid,

Based on the Saudi's side desire to contribute in the mitigation of the fate of those people,

Considering understanding by the Russian side for noble intentions by Saudi initiative,

Fulfilling the wish by both sides to properly organise aid providing,

The Ministry of the Russian Federation for Civil Defence, Emergencies and Elimination of Consequences of Natural Disasters (further Emercom) and The Saudi Joint Relief Committee for Kosovo and Chechnya (further Committee) have reached mutual understanding by measures for providing humanitarian aid according the following:

1. The Committee is organising its work in close and permanent cooperation with the Emercom and other representatives for federal agencies of Russian Federation.
2. The Committee will provide its humanitarian aid to the temporarily displaced persons in northern Caucasus.
3. The Emercom will help to organise the transportation of the aid from the Kingdom and, by inquiry from Saudi side, will assist to purchase goods on Russian market.
4. The Committee, in cooperation with Emercom, will directly participate in distribution of aid among needy through working team authorised by The Committee and approved by Russian side.
5. The Committee in coordination with the Emercom and regional authorities will participate in the reconstruction of mosques and other units in Dagestan and Chechnya after a survey conducted locally.
6. The Committee will inform via press and television about its provision of humanitarian aid in coordination and with help from Russian side.
7. The Committee undertakes an obligation to provide to The Emercom detailed information about humanitarian aid as well as to inform The Ministry of Foreign Affairs of Russian Federation about all components of aid.
8. The Committee will transport goods to warehouses on own expense, but delivery to the affected areas will be accomplished by Emercom's means of transportation accompanying by representatives of Committee's working team and with right to put its logos on Emercom's means of transportation.

**Exhibit A**
Declaration of Vladimir Matusevitch

9.  The Committee – in coordination with The Emercom – can establish a new tent camp for displaced persons or sponsor one of already existing tent camps while providing all necessary help for its inhabitants.
10. The Emercom and The Committee will closely cooperate in opening the Committee's temporary office in Moscow and its branch in Vladikavkaz in order to carry out propositions of this Memorandum.
11. The Emercom will help The Committee to rent a suitable warehouse.
12. Each side concerning the Memorandum is represented by coordinator: The Committee by Mr. Majid Al Turki, The Emercom by Department for Foreign Cooperation.
13. This Memorandum has been prepared in two authentic copies in Arabic and Russian languages. Both copies have equal legal validity.

Both sides will cooperate to effectively carry out this noble task and try to reach outlined goals.


For The Ministry of the Russian Federation for civil defence, emergencies and elimination of consequences of natural disasters: Y.L.Vorobyov, first Deputy Minister.
For The Saudi Joint Relief Committee for Kosovo and Chechnya: Dr. Abdul Rahman Al Swailem, Chairman of The Committee, Chairman of The Saudi Red Crescent Society.

Moscow, Dec. 8 1999

МИНИСТЕРСТВО
РОССИЙСКОЙ ФЕДЕРАЦИИ ПО ДЕЛАМ
ГРАЖДАНСКОЙ ОБОРОНЫ,
ЧРЕЗВЫЧАЙНЫМ СИТУАЦИЯМ И
ЛИКВИДАЦИИ ПОСЛЕДСТВИЙ
СТИХИЙНЫХ БЕДСТВИЙ
(МЧС РОССИИ)



MINISTRY
OF THE RUSSIAN FEDERATION FOR CIVIL
DEFENCE, EMERGENCIES AND
ELIMINATION OF CONSEQUENCES OF
NATURAL DISASTERS
(EMERCOM OF RUSSIA)

Fax: 924-8410 (day and night)        103012, Moscow, Theatralny proezd. 3        Teletype: 114-833 OPERON SU
Voice: 926-35-90                                                                 Internet:   dms@emercom.gov.ru

<u>Меморандум о взаимопонимании
между Министерством Российской
Федерации по делам гражданской
обороны, чрезвычайным ситуациям и
ликвидации последствий стихийных
бедствий (МЧС России) и
Межведомственным Саудовским
Комитетом по оказанию гуманитарной
помощи Косово и Чечне о мерах по
оказанию саудовской гуманитарной
помощи временно перемещенным
лицам в Северо-Кавказском регионе</u>

مذكرة التفاهم بين وزارة روسيا الاتحادية
لشؤون الدفاع المدني والطوارئ وإزالة
عواقب الكوارث الطبيعة (وزارة الطوارئ
لروسيا) واللجنة السعودية المشتركة لإغاثة
كوسوفا والشيشان حول تقديم المساعدة
الإنسانية السعودية للنازحين بصورة مؤقتة في
منطقة القوقاز الشمالي

        Исходя из того, что десятки тысяч
людей    нуждаются    в    гуманитарной
помощи,
        Основываясь на желании саудовской
стороны принять участие в облегчении
их участи,
        Учитывая   понимание   российской
стороной высоких целей саудовской
инициативы,
        Выполняя   желание   двух   сторон
совместно организовать предоставление
помощи,   было   достигнуто
взаимопонимание между Министерством
по чрезвычайным ситуациям РФ (далее
МЧС России) и Межведомственным
Саудовским Комитетом по оказанию
гуманитарной помощи Косово и Чечне
(далее   Комитет)   о   мерах   по
предоставлению гуманитарной помощи в
соответствии с нижеследующим:
        1. Комитет организует свою работу
при тесном взаимодействии с МЧС
России   и   другими   представителями
федеральных органов российской власти.
        2. Комитет будет предоставлять
гуманитарную       помощь       временно

انطلاقا من حاجة عشرات الألوف من النــاس
للمساعدة الإنسانية،
        وبناء على رغبة الجانب السعودي في الإســهام
لتخفيف معاناتهم،
        ونظرا لتفهم الجانب الروسي للأهداف السامية
للمبادرة السعودية،
        وتنفيذا لرغبة الطرفين في التعاون لتنظيم هــذه
المساعدات، فقد تم التفاهم بيــن وزارة الطـــوارئ
لروسيا الاتحاديـة (ســيرمز إليــها لاحقــا وزارة
الطوارئ) من جهة، واللجنة السعودية المشــتركة
لإغاثة كوسوفا والشيشان (سيرمز إليــها لاحقــا
اللجنة) من جهة أخرى حول إجــراءات خاصــة
بترتيب تقديم مساعدات إغاثية وفق الآتي:
        أولا، تقوم اللجنة السعودية المشتركة بتنظيــم
عملها بالتعاون الوثيق مع وزارة الطوارئ لروســيا
وغيرها من الهيئات الفدرالية الروسية.
        ثانيا، تقدم اللجنة مساعداتها الإغاثية الإنسانية

17-AUG-2004  15:37  FROM  SOLO966                    TO  0012027452627                    P.03

2

<div dir="ltr">

...еремещенным лицам в Северо-Кавказском регионе.

3. МЧС России будет содействовать организации доставки помощи из Королевства и, по просьбе саудовской стороны, оказывать необходимое содействие в приобретении товаров на российском рынке.

4. Комитет, при взаимодействии с МЧС России, будет принимать непосредственное участие в процессе распределения помощи среди нуждающихся через рабочую группу, уполномоченную Комитетом и согласованную с российской стороной.

5. Комитет, при взаимодействии с М... России и органами местной власти в регионе, будет принимать участие в восстановлении мечетей и других объектов в Дагестане и Чечне после определения на месте необходимых объемов работ.

6. Комитет, при координации и содействии российской стороны, будет освещать через СМИ процесс оказания помощи.

7. Комитет обязуется обеспечивать МЧС России подробной информацией о гуманитарной помощи, а также информировать МИД Российской Федерации о всех составляющих помощи.

8. Комитет будет осуществлять транспортировку помощи до складского помещения за свой счет. Доставка гуманитарного груза до мест раздачи будет осуществляться с помощью транспортных средств МЧС России в сопровождении представителей рабочей группы Комитета, которые имеют право обозначать транспортные средства МЧС эмблемой Комитета.

9. Комитет, во взаимодействии с органами местной власти и при координации с МЧС России, может создать новый палаточный городок для переселенцев или взять полностью на себя обеспечение всем необходимым одного из существующих палаточных городков.

10. МЧС России и Комитет будут тесно сотрудничать в открытии временного бюро Комитета в Москве и

</div>

<div dir="rtl">

للنازحين بصورة مؤقتة في منطقة القوقاز الشمالي.

ثالثا، إن وزارة الطوارئ تسهم في تنظيم نقل المساعدات من المملكة، كما تسهم، في حالة طلب الطرف السعودي، في اقتناء البضائع من السوق الروسية.

رابعا، تشرف اللجنة بشكل مباشر على عملية توزيع المساعدات على المحتاجين من خلال فريق عمل تكلفه اللجنة ويوافق عليه الطرف الروسي وذلك بالتنسيق مع وزارة الطوارئ.

خامسا، تسهم اللجنة، بالتنسيق مع وزارة الطوارئ في روسيا وهيئات السلطات المحلية في المنطقة، في إعادة إعمار المساجد وغيرها من المنشآت في داغستان والشيشان، بناء على مسح ميداني تقوم به اللجنة لتقدير الاحتياجات.

سادسا، تقوم اللجنة، بالتنسيق مع الطرف الروسي ومساعدته، بتغطية عملية تقديم المساعدات عبر وسائل الإعلام العامة.

سابعا، تلتزم اللجنة بموافاة وزارة الطوارئ بيانات مفصلة عن المساعدات الإغاثية، وإطلاع وزارة الخارجية الروسية على تفاصيل المساعدات.

ثامنا، تقوم اللجنة بنقل المساعدات الى المستودع على نفقتها الخاصة ولها أن تستعين بسيارات الشحن التابعة لوزارة الطوارئ لنقل المساعدات الى أماكن توزيعها برفق ممثلي فريق عمل حيث يحق لهم لصق شعار اللجنة على سيارات وزارة الطوارئ.

تاسعا، يمكن للجنة، بالتعاون مع هيئات السلطة المحلية وبالتنسيق مع وزارة الطوارئ الروسية، إنشاء مخيم جديد للنازحين أو كفالة مخيم قائم يكون تحت إشرافها المباشر مع تلبية كافة احتياجات المخيم.

عاشرا، تعاون اللجنة ووزارة الطوارئ بصورة وثيقة في فتح مكتب مؤقت للجنة في موسكو وفرع له في فلاديقوقاز للإشراف على تنفيذ أحكام هذه

</div>

17-AUG-2004  15:37  FROM SOLO966                          TO  0012027452627                  P.04

3

его отделения во Владикавказе для реализации положений меморандума.

11. МЧС России окажет содействие Комитету в аренде подходящего склада во Владикавказе.

12. Координаторами сторон по данному Меморандума являются: от Комитета- г-н Маджед Ат-Турки, от МЧС РФ–Департамент международного сотрудничества.

13. Меморандум составлен в двух подлинных экземплярах на арабском и русском языках, по одному каждой из сторон, и оба экземпляра имеют одинаковую юридическую силу.

Обе стороны будут сотрудничать в достойном осуществлении этого благородного дела, стремясь достичь намеченных целей.

المذكرة.

حادي عشر، تساعد وزارة الطوارئ اللجنة على استئجار مستودع مناسب في فلاديقوقاز.

ثاني عشر، حدد الطرفان المنسقين لمتابعة تنفيذ هذه المذكرة : عن اللجنة ت.ماجد التركي وعن وزارة الطوارئ – إدارة التعاون الدولي.

ثالث عشر، حررت المذكرة على نسختين أصليتين باللغة العربية والروسية وتحفظ كل طرف بنسخة منها وللنسختين نفس القوة القانونية.

وسوف يتعاون الطرفان على تحقيق هذا العمل النبيل بصورة مشرفة سعيا منهما لبلوغ الأهداف المرجوة.

От Министерства Российской Федерации по делам гражданской обороны, чрезвычайным ситуациям и ликвидации последствий стихийных бедствий (МЧС России):
Первый заместитель министра
Воробьев Ю.Л.

عن/ وزارة روسيا الاتحادية لشؤون الدفاع المدني والطوارئ وإزالة عواقب الكوارث الطبيعية  (وزارة الطوارئ):
نائب أول للوزير يوري فوروبيوف

От Межведомственного Саудовского Комитета по оказанию гуманитарной помощи Косово и Чечне:
Д-р Абдель Рахман Ас-Сувейлим, председатель Комитета, председатель Общества Красного Полумесяца Саудовской Аравии

عن/اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان
الدكتور عبد الرحمن عبد العزيز السويلم،
رئيس اللجنة ورئيس جمعية الهلال الأحمر السعودي.

· Москва, 8 декабря 1999 года

موسكو، ٨ ديسمبر ١٩٩٩م

THE STATE REGISTRATION CHAMBER AT THE RUSSIAN FEDERATION'S
MINISTRY OF JUSTICE

THE CERTIFICATE    No.  9927

Of inclusion in the Consolidated State Register of representations of foreign companies
accredited within the territory of the Russian Federation.

The representation of the humanitarian society "Saudi Red Crescent" (Saudi Arabia)

City of Moscow
        Authorised by  SRC  in No. 6126  at 30.10.2000

The certificate is valid until 30 October 2003

        The Chairman            V.P. Seryogin

Sealed                              30 October 2000

**Exhibit B**
Declaration of Vladimir Matusevitch





# ГОСУДАРСТВЕННАЯ РЕГИСТРАЦИОННАЯ ПАЛАТА

### при Министерстве юстиции Российской Федерации

# СВИДЕТЕЛЬСТВО

### № 9927

*О ВНЕСЕНИИ В*

## СВОДНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР

*АККРЕДИТОВАННЫХ НА ТЕРРИТОРИИ РОССИЙСКОЙ ФЕДЕРАЦИИ ПРЕДСТАВИТЕЛЬСТВ ИНОСТРАННЫХ КОМПАНИЙ*

*Представительство*
*Гуманитарное общество "Саудовский Красный Полумесяц"*
*(Саудовская Аравия)*
*г.Москва*

( разрешение ГРП РФ № 6126 от 30.10.2000 )

*СВИДЕТЕЛЬСТВО ДЕЙСТВИТЕЛЬНО ДО*

**30 октября 2003 г.**

Председатель                    В.П.СЕРЁГИН

М.П.                                        *30 октября 2000 г.*