# TREES Continued from Page 1D

eliminating the hazard on the street. But other approaches, he said, could include heavy pruning or cabling the trees.

However, those options can be costly, and preservation efforts are not always successful, he said.

Some of the maples' problems developed years ago as tree trimmers — in an effort to keep branches out of power lines — used flat-topping and other pruning techniques that are frowned upon today, Seda said. "Hindsight is 20-20," he said.

Eugene Water & Electric Board plans to lay underground electric lines down the middle of Adams Street to protect future growth of the trees, according to Snyder. The utility also has agreed to fund and help with tree plantings scheduled for February in the Whiteaker neighborhood.

Those efforts, however, may come too late for those trees already identified as hazardous.

A handful of neighbors Sunday said that they don't want to see the old trees removed — even if new saplings are planted in their place — and debated the legality of cutting them down.

Other residents were more accepting. Connie Newman, who has lived just off Adams Street since 1975, said she saw the city cut down a huge cherry tree about 12 years ago in front of her home. The city then planted two maple trees that have grown quickly to fill the void left by the old tree.

"I can see that people want the big trees, but the little ones grow just as well," she said.

Adam Wendt is a member of a neighborhood ad hoc committee that's formed to discuss the fate of the Whiteaker trees. He said the desire to save old trees is understandable but sometimes frustrating.

"It drags down on the real issue of what will happen in 30 years when these trees are dying," he said. "The longer we wait to put another tree in the ground and deal with the electrical lines, the longer it will be until we solve the problem."

The ad hoc committee plans to hold another meeting about the trees sometime in October. For more information on the meeting or tree-planting programs, contact the city at 682-4800.