ORD FRM (03/04)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v

PIROUZ, Sedaghaty

Defendant(s)

**Case No. 6:05 CR 60008**

FILED '07 AUG 27 11:15 USDC-ORE

**ORDER**

**IT IS ORDERED THAT Pretrial Services is to maintain possession of the defendants passports (3) throughout the pendency of this case.**

**IT IS SO ORDERED THIS** 27 **day of** Aug **, 2004.**

**Thomas M. Coffin**
**U.S. Magistrate Judge**

**Submitted by U.S. Pretrial Services**