KARIN J. IMMERGUT, OSB #963144
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email:  chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Email:  charles.gorder@usdoj.gov
Telephone:  (503) 727-1000
        Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **CR 05-60008-HO** |
| **PIROUZ SEDAGHATY, et al.,** | **NOTICE OF ADDITIONAL COUNSEL** |
| Defendants. | |

Please be advised that Charles F. Gorder, Jr., Assistant United States Attorney, has been

added as counsel for the United States in the above-captioned case.  Notices should be sent to

/ / /

/ / /

/ / /

both Christopher L. Cardani at chris.cardani@usdoj.gov and Charles F. Gorder, Jr. at

charles.gorder@usdoj.gov.

        Dated this 31st day of August 2007.

                                        KARIN J. IMMERGUT
                                        United States Attorney
                                        District of Oregon


                                        /s/ Charles F. Gorder, Jr.
                                        CHARLES F. GORDER, JR.
                                        Assistant United States Attorney

**Page 2 - NOTICE OF ADDITIONAL COUNSEL**