KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East 8th Avenue, #2400
Eugene, OR 97401
(541) 465-6771
chris.cardani@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-60008-01 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S REQUEST TO |
| | ) | REVIEW AND APPEAL |
| v. | ) | RELEASE ORDER |
| | ) | |
| PEROUZ SEDAGHATY, | ) | |
| a/k/a Pete Seda and Abu Yunus, | ) | |
| | ) | |
| Defendant. | ) | |

    The United States of America, through its undersigned counsel, herein submits its intent to seek a de novo review of the release order of defendant Sedaghaty entered on September 10, 2007.  The authority for this motion is 18 U.S.C. §3145c.

    For reasons stated in the government's memorandum in support of

GOVERNMENT'S REQUEST TO REVIEW AND APPEAL RELEASE ORDER - PAGE 1

its detention recommendation, the exhibits attached thereto (CR 28), supplemented by witness testimony and information provided by defendant Sedaghaty to the Court and pretrial services, the government believes that defendant Sedaghaty is a danger to the community and a flight risk.

DATED this 11th day of September, 2007

KARIN J. IMMERGUT
United States Attorney
District of Oregon


/s/ Christopher L. Cardani
CHRISTOPHER L. CARDANI
Assistant United States Attorney