# LAWRENCE MATASAR, P.C.

ATTORNEYS AT LAW
621 S.W. MORRISON STREET, SUITE 1025
PORTLAND, OREGON 97205-3813

———————————

TELEPHONE: 503-222-9830
FAX: 503-274-8575

LAWRENCE MATASAR                                                       KRISTA SHIPSEY
Email: larry@pdxlaw.com                                   Email: krista@pdxlaw.com

September 7, 2007

Lisa Brown
US Pretrial Services
United States Courthouse
405 E 8th Avenue
Eugene, OR 97401

> RE:  *United States v.Pirouz Sedaghaty,*
> US District Court Case No. CR 05-60008

Dear Ms. Brown:

I am writing to follow up on our recent meeting with Judge Coffin and AUSA Chris Cardani.  This letter will provide you with additional information on Mr. Sedaghaty.  Even in the limited time available, we have been able to track down documentary evidence to show that Mr. Sedaghaty was living openly and legitimately in each of the countries he told you about.   He was using his own name, obtaining and using the necessary documents, passports, driver's licenses, etc. in each of the countries, and attempting to make a living through legitimate businesses.  There was nothing clandestine or furtive about his activities during the past four and one half years.

At least of equal importance, given the government's efforts to paint Mr. Sedaghaty as a terrorist, is the documentation of his ties to the United States and his strong, public positions for peace and against terrorism.  At the detention hearing, we covered his actions and beliefs while he was living in Oregon.  The depth of his beliefs and feelings is demonstrated by the information, described below, that shows he continued to express and act on these beliefs after he moved to the Middle East and that he did so notwithstanding the fact that it put him and his family in danger.

First, I will include scans of some documents that verify his location at the times he has previously provided.

A scan from a shoe store showing he was in Damascus, Syria in April, 2007:

Lisa Brown
September 7, 2007
Page 2



Lisa Brown
September 7, 2007
Page 3


A September, 2006 Iran driver's license:



محمد جواد ميرفخرائى - مترجم رسمى زبان انگليسى
تهران ــ ميدان قدس ــ خيابان شهردارى ــ كوچه شهرستانى پلاك٢٠٠
تلفن : ٨٨٨٢٨٩٨٨ – ٨٨٨٢٠٢١٥ تلفكس : ٢٢٧١٤٥٢١

**M.J. MIRFAKHRAEI** -Official Translator
Add:No.200, Shahrestani Alley , Ghods Sq.,
Tehran – Iran
Tel : 88828988  - 88820215    Tel/fax : 22714521

Emblem of Iran
Islamic Republic of Iran Law Enforcement Force
GREATER TEHRAN Law Enforcement Area

Photo of the holder

## DRIVING LICENCE

**2ND  CLASS**
Serial No.    : 8400145432
Date of Issue : June 12,2005
**Validity : 10 years**

Name & Surname :  **PEROUZ  SEDAGHATY**
Father's name  : Mohammad
Date of Birth  : Dec.21,1958
Natuinal Code  : 0043757502

Signed and Sealed :Chief, Police Dept.

----------------
 **Remarks :**

1-If found, please mail it.
2-This license is valid for driving motor vehicles i.e. Sedan, Station-Wagon, Pick-up with the laden
weight of 3500  kgs. Maximum and for  driving  public transport motor vehicles.
3-The holder must be at least 23 years old and  one  year  should have elapsed since the issuance of
the driving license.
4-Driving a taxi shall be  subject to holding a special card in addition to a driving license.


Signed and Sealed: Chief, Law Enforcement.
===============================
TRUE TRANSLATION CERTIFIED.
SEPT.2006
N.GH



Lisa Brown
September 7, 2007
Page 4

His business card from Dubai:



His business card from Syria:



Lisa Brown
September 7, 2007
Page 5


His business card from Saudi Arabia:


**Pete Seda**
Business Consultant

Mobile: 966-55625634          p1940s@hotmail.com

P.O.Box 5333 Riyadh 11422, Saudi Arabia


A rental quote from a potential business transaction in Dubai:

Lisa Brown
September 7, 2007
Page 6



**WMC ENTERPRISES** FZE

LB01-128, Jebel Ali Free Zone, P. O. Box : 18208
Tel.: +971-4-8871156, Fax: +971-4-8813259
Dubai, United Arab Emirates
E-mail: info@wmc-e.com

مشـاريـع ديـلـيـو ام سي ممح

إل بي١٠-١٢٨، المنطقة الحرة جبل علي، ص.ب : ١٨٢٠٨
تليفون : ٨٨٧١١٥٦-٤-٩٧١+، فاكس : ٨٨١٣٢٥٩-٤-٩٧١+
دبـي ، الامـارات الـعـربيـة الـمتـحـدة
بريد الكتروني: info@wmc-e.com

Att: Mr. Sadaghaty                                       Date: 14th October, 2004
Subject: Naba Commercial Brokerage
Mob: +971-50-6869701
Fax:+971-4-4481234
Subject: Used Earthmoving Equipment

## Qoutation

Please find hereunder the following available machines Qoutations on your request.
All Prices Ex-Jable Ali port Dubai, prior to sale.

| Make & Model | | S/No | Year | Qty. | FOB Price FOB Dubai | |
| --- | --- | --- | --- | --- | --- | --- |
| **Rough Terrain Crane:** | | | | | Arriving | AED |
| TADANO TR250M-4 | 25Ton | 518420 | 1991 | 1 | | 265,000 |
| KATO KR-25H-VL | 25 Ton | 2431862 | 1990 | 1 | 25-Oct | 240,000 |
| TADANO TR200M-4 | 20Ton | 521212 | 1989 | 1 | | 210,000 |
| **Excavators:** | | | | | | |
| CAT 320 | | 3XM04234 | 1996 | 1 | | 215,000 |
| CAT 320 | | 3XM04030 | 1995 | 1 | | 215,000 |
| CAT 321 BLCR | | 9CZ00181 | 1999 | 1 | | 200,000 |
| CAT 320 | | 7GJ04369 | 1994 | 1 | 25-Oct | 190,000 |
| CAT 320L | | 8HJ00639 | 1993 | 1 | 25-Oct | 180,000 |

Please do not hasitate to contact us accordingly.

Thanks & Regards

Mohsin Kamal
Manager

*YARD ADDRESS: Plot No. S-10513, P. O. Box: 18208, Jebel Ali Free Zone (South) Dubai – U.A.E.*

Given the government's extreme efforts at the detention hearing to paint Mr. Sedaghaty as a terrorist, it is important to note that his ties to the United States and his strong, public positions for peace and against terrorism caused him to be viewed with great suspicion in many parts of the Middle East.  For example, he sought to distribute in Saudi Arabia and in Dubai, The United Arab Emirates his own, non-violent anti-terrorism writings on Islam, *Islam Is . . . .*  Here is a copy of the permit he obtained for its distribution in Dubai.

Lisa Brown
September 7, 2007
Page 7



Further evidence of Mr. Seda's public ties to the United States during this period is found in this photograph, taken in Dubai, of Mr. Sedaghaty standing just to the left of the US Ambassador to the United Arab Emirates, Ms. Michele J. Sison.



Moreover, even when Mr. Sedaghaty lived in Saudi Arabia, which is one of the more friendly countries to the USA, someone spray painted on his parking space at

Exhibit A-Page 7 of 9

Lisa Brown
September 7, 2007
Page 8


about the time the Iraq war began, in Arabic: "AMERICA IS THE ROOT OF ALL EVIL."  This incident was reported to the US Embassy.  Mr. Sedaghaty believes this vandalism, which was viewed by authorities as a threat, was a response to his comments against terrorism on Saudi television, and perhaps as a response to his book, of which I understand about 50,000 copies were distributed in Saudi Arabia and about 20,000 copies in the UAE.

Unfortunately, due to cultural differences, Saudi Arabia, The United Arab Emirates and Syria do not use post-office addresses like we do in the United States.  I will not be able to provide addresses from these countries beyond the locations Mr. Sedaghaty already provided.  I may be able to obtain exact addresses for Iran; if so, I will provide them.  However, I suggest you contact Mr. Seda's ex-wife, Laleh, his wife, Summer, or his sons Joseph and Jonah to verify his general living and employment information.  Laleh's email address is: laloochka@gmail.com.  I have previously given you contact information for the others.

You asked me to provide you with additional passport information.  Mr. Sedaghaty has only two valid passports, one from the USA and one from Iran.  You have both of them, and have provided me with copies.  He has an invalid US passport and an invalid Iran passport, both of which I expect to be able to provide at the September 10 hearing.

Due to the current state of international relations between the United States and the peoples of Saudi Arabia, The United Arab Emirates, Iran, and Syria, I do not believe that either you or US government law enforcement officers will be able to obtain accurate information about my client from people living in those countries, particularly if law enforcement takes the approach used by Mr. Cardani in his questioning of defendant's character witnesses at the detention hearing.  I expect if a FBI agent or a US Pretrial Services officer calls Iran, Syria or even Saudi Arabia, they would be met with extreme skepticism. Thus, I do not believe I can give you much information that can be verified from persons other than Mr. Seda's family. Also, because of the financial aspects of the underlying case and the government's approach, I will not be able to give you all the financial information you seek.

Lisa Brown
September 7, 2007
Page 9


      I will provide additional relevant documents if I obtain them.  As you may know, I am in Chicago and Ann Arbor for the rest of this week.  (This will explain any formatting or other errors in this document.)  You may contact me via email or cell phone, 503-9574595.

      Yours truly,


      LAWRENCE MATASAR

cc:    Steven T. Wax
       Pirouz Sedaghaty