From: Lawrence Matasar <larry@pdxlaw.com>
Subject: **info on Pete Seda**
Date: August 13, 2007 11:09:13 AM PDT
To: lisa_brown@orpt.uscourts.gov



Lisa - Thanks very much for call.

Here is some information about Pete's travels, his finances, and other material.

1.  Recent Travels:

First, Hajj in Mecca and Saudi Arabia for about 6 months
then, United Arab Emirates (Dubai/Sharjah) for about 18 months
then, Tehran, Iran for about 18 months
then, Damascus, Syria for about 1 year

2.  Finances:

While he away he could not find good work.  Before he left the USA, he sold his house for approximately $470,000, having purchased it for about $200,000.  Plus he has maxed-out his credit cards.

3.  Misc.

Pete has always been against violence and terrorism.  He was nominated for an Imagine Peace Award (Jeff Golden knows about this.)  Pete also is the author of "Islam Is," a book which has been translated into 7 languages.  You can find at this link: http://www.islam-is.com

Exhibit C-Page 1 of 1