# CERTIFICATE OF NATURALIZATION

No. 20645430



INS Registration No. A21 570 380

**Personal description of holder as of date of naturalization:**

Date of birth: January 02, 1958

Sex: Male

Height: 5 feet 8 inches

Marital status: Married

Country of former nationality: Iran

I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.

*Pirouz Sedaghaty*
(Complete and true signature of holder)

Be it known that, pursuant to an application filed with the Attorney General

at: Portland, Oregon

The Attorney General having found that:

-----Pirouz Sedaghaty-----

then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the

U.S. Immigration & Naturalization Service

at: Portland, Oregon   on: JUN 2 4 1994

that such person is admitted as a citizen of the United States of America.

*Doris Meissner*
Commissioner of Immigration and Naturalization



IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF JUSTICE

FORM N-550 REV. 6-91

Exhibit D-Page 1 of 1