```
...AL TRANSLATIO.                              MARRIAGE CONTRACT.*
MINISTRY OF JUSTICE.                           SERIAL NO.:738511,
MARRIAGE NOTARY PUBLIC NO.103,TEHRAN.          ORDER NO.:1641.
DATE OF MARRIAGE:DEC.15,1993.
DATE OF REG.:AS ABOVE.
```

WIFE: Ms.LALEHNAZ ZAHEDI,I.D.Card NO.8927,issued in Tehran,dated APR.23,1973. Serial NO.A 64-181214,born in AUG.23,1965,d/o Mahmoud,&Ezat,Iranian,Muslem. Occupation:Housewife,residing in Tehran,Haftetir Sq.,Khosrow Alley,NO.22, Holder of Health certificate NO.3336,DEC.14,1993,from Fazel Clinic.

HUSBAND: Mr.PIROOZ SEDAGHATI,I.D.card NO.1256,issued in Tehran,8,dated JAN.10. 1959,Serial NO.A 78-629564,born on DEC.21.1958,s/o Mohammad & Robabeh,Iranian Muslem,Occupation: Agriculture Engineer, residing in Tehran,Narmak,St,NO.52, NO.82,Holder of Health Certificate NO.3335,dated DEC.14.1993.

DOES THE HUSBAND HAVE ANOTHER WIFE: No.

MARRIAGE PORTION: A holy Koran,valued Rls.5.000/-155 Bahar Azadi Gold Coins, is husband's liability payable to the wife on her demand.SGD.

TYPE OF MARRIAGE: Permanent.

CONDITIONS INCLUSIVE OF THE CONTRACT OR SEPARATE IRREVOCABLE CONTRACT.

1-Through marriage contract/separate irrevocable contract,the wife conditioned that in case divorce procedure is not demanded by her and at the court the divorce request is not resulted from the wife's violation from her duties or her misconduct,the husband is obliged to gratuiteusly transfer to the wife according to the court's view half of his assets or equivalent accommulated during the course of marriage.

2-The husband bestowed upon the wife,through separate irrevocable contract power of attorney with right of delegation to cause her own choice of divorce under any one of the follwong conditions by referring to the court.marriage parties.

NOTE OTHER TERMS ON PAGE 2 ATTACHED.

OTHER CONDITIONS: Nil;

WITNESSES: Mr.Reza Gholi Heidari,I.D.C.No.265,issued at Zanjan,son of Allah-viren,Occ.Self-Employee,residing in the Add.of Wife;& Mr.Mohammad Reza,Amani, I.D.C.No.898,issued in Tehran,son of Mohammad Ali,Employee,residing in Apadana (Shahrak Apadana)Block NO.40,West,4th Floor,& Mr.Ali Mohammad Jalali,I.D.card NO.5436,issued at Khomein,son of Mohammad Javad,residing in Majidieh,Shams-Abad,Sarhang Ghaderi Alley,NO.17.SGD.

REFERENCES: Same at the Witnesses.

OFFERING PARTY: By Head Notary PUblic:SGD.          Accepting party:By Head N.P.:SGD.
N.P.NO.103,TEHRAN.SGD.&SLD.

   This deed which corresponds to the entry of marriage book is given to the wife according to Art.14 of marriage law. Identities of the spouses were confirmed by introducers all entries in this document were performed before me legally & Legitimately.SGD.& SLD.      .../2

M. SAIFI, OFFICIAL TRANSLATOR TO THE MINISTRY OF JUSTICE, ISLAMIC REPUBLIC OF IRAN
ADD. NO. 105 DR. FATEMI AVE., TEHRAN - IRAN. TEL. 655885