In Saudi Arabia totaling 6 months:

1. Feb 2003, Appx 2 weeks, To Riyadh then Mecca for hajj, stayed in Mina Azizia area in Mecca

2. 1.5 months, Riyadh, Saudi Arabia, Nakheel area, from freeway take the Nakheel exit east bound, first group of shops on the right, directly over a dry cleaning store, second floor, door of the right apartment

3. Appx 1 month (right after the war in Iraq started) Riyadh, Saudi Arabia, Exit 16, North bound from the freeway, Exit 16, left over the bridge to first light, turn and after 200 meters take the first right, middle of the block, white entrance, second door of the front apartment.

4. Appx 3.5 months, Riyadh, Saudi Arabia, Nakheel second address, Freeway at Nakheel exit, east bound to the first traffic light, at the intersection make a right, first road past the gas station on the right, first set of buildings on the right, has a green gate, immediately after entering make a right, end, follow left to end, building in front, ground level

In United Arab Emirates (Dubai/Sharjah) Appx 1.5 years:

1. Appx Aug 2003, Dubai, Diera (an area in Dubai close to the airport), first few nights in Continental Hotel, when family arrived from US after a day we moved to Sharjah (next door to Dubai), Rents were much cheaper in Sharjah

2. Appx 1.2 months, Mujarrah (an area in Sharjah), From the end of Malik Faisal roundabout at Sharjah Cornich make a right, Appx 1 kilometer past shops immediately past the second mosque make a right turn, first building on your left is Mujarrah Residence Apartments, on I think the 6th floor on left east side

3. Appx 2 months, Sharjah, Immigration Rd. by Sharjah Mega Mall, From Sharjah Cornich go east on Immigration Rd. toward Mega Mall, just before intersection make the last right turn, first building on the right, I think 4th floor apartment 1

4. Until I left for Iran, final address in Dubai, Malik Faisal Rd. by Spinneys, From Dubai Sharjah Rd. take malik Faisal Rd. toward Sharjah Cornich and the Gold Souq, pass the first light, exactly across the street from Spinneys make a right, the first building directly in front, Cobaisi Building, Seventh Floor, turn left at the end, (cant read what is written next, maybe apartment #?)

In Tehran, Iran, Appx. 1.8 years, from before my indictment until 23 days before Ramadhan of 2006

1. Appx 2 months, First address in Tehran, Iran, Maydane Hafte Teer (or Seventh of Tir Square), Shaheed Lotfi Street, Khosrow Ally #22-24, second floor

2. Appx. 1.5 months, Second address on Tehran, Iran, Abas Abad, 3rd building east of state of Tehran building, the door by the barrier, second floor, door on the right in the front

3. Exactly 1 year, Third address in Tehran, Iran, Velenjak Golestane Sevom Rostane Dovom, Pelake 7 (Number 7), Tabagheya Haft (Seventh floor), Apartemane Gharbi (Left Western Apartment)

4. Appx . 4 months, Last address in Tehran, Maydane Hafte Teer (or Seventh of Teer Square) Shaheed Lotfi Street, Khosrow Ally #22-24, fifth floor

In Damascus, Syria, Appx 11 months, Arrived just before Ramadhan of 2006 until August 14, 2007 when I came through Frankfurt to Portland Oregon.

1. Appx. 1.5 months, When I first arrived in Syria I stayed the first night in a suberb of Damascus called Sayed Zainab, then I moved to 2 hotels in Marja or Shohada Square Hotel called Imad Hotel for about 3-4 nights then to Omar Khayam Hotel for about 1.5 months

2. Appx 5 months, Sahat Al Arnoos, Pakistan St., Ally opposite Bulgarian Embassy, directly above the office of Dr. Abu Harb, Apartment #3, ground floor

3. Appx 4.5 months, Sahat Al Arnoos, Pakistan St., west of the Bulgarian Embassy, Omar Mukhtar Street, Building #8, 3rd floor, last apartment #3