

| Our Products | Applications | About the Company | Payments | News Room | Associates & Memberships |







**TRACK THE BODY, NOT THE BOX.**™

**Pretrial Supervision**

GPS tracking of pretrial individuals is like 24/7 surveillance without the added manpower. Any pretrial restrictions placed on an individual's mobility by the court can be easily monitored by supervising agents.

**The mission of the U.S. Pretrial Service System is:**

- To assist the federal courts in the fair administration of justice.
- To bring about long-term positive change in individuals under supervision.
- To protect the community.

BluTag® and VeriTracks® are ideal aides in this mission. Individuals can continue to work while awaiting trial because BluTag® is inconspicuous and easy to conceal under a pants leg. Inclusion and exclusion zone protect the community's safety. And, pretrial monitoring encourages compliance and long-term success by allowing the individual to remain productive while still under supervision.

Additionally, detention center overcrowding is alleviated by releasing monitored individuals to await trial at home.



**Satellite Tracking of People LLC**
Toll Free: 866-5-BLUTAG
1212 North Post Oak Road, Suite 100
Houston, TX 77055

Contact Us | Site Map | | OPML | Search This Site | Home
Schipul Web Design | Tendenci® Content Management Software | Privacy

Exhibit L-Page 1 of 4

# Satellite Tracking of People LLC
The premiere provider of GPS tracking systems & services to corrections and law enforcement agencies

**Our Products**   **Applications**   **About the Company**   **Payments**   **News Room**   **Associates & Memberships**



TRACK THE BODY, NOT THE BOX.™





**Satellite Tracking of People LLC**
Toll Free: 866-5-BLUTAG
1212 North Post Oak Road, Suite 100
Houston, TX 77055

### BluTag® Active

**BluTag® Active** is a one-piece device housing its receiver and transmitter into a single unit. It monitors offenders using active GPS technology, which generates immediate notifications containing near real-time data. This allows supervising agents to quickly take the appropriate action related to the notification.

Because **BluTag® Active** is a one-piece monitoring device, it remains securely fastened to an offender's ankle at all times. No other equipment is needed to effectively monitor an offender.

<u>Benefits and features</u>

When offenders are monitored with **BluTag® Active** supervising agents have access to near real-time data 24/7. Following are benefits and features of monitoring offenders with BluTag® Active.



- When offenders are monitored with **BluTag® Active**, they need not remember to carry any other equipment or component.
- In 30 minutes or less BluTag® Active's battery is fully charged – the shortest time in the industry.
- Offenders can recharge the battery away from home by plugging the charging coupler into a standard AC electric socket.
- Unlike multi-piece devices **BluTag® Active** is not prone to damage by dropping - it remains securely attached to an offender's ankle at all times.
- A supervising agency's on-site inventory is streamlined with only one monitoring device, **BluTag® Active**, and a few consumable items and optional accessories.
- In the absence of offender violations monitoring data transmits every 10 minutes.
- Supervising agents receive notification on tamper and zone violations with near real-time data via fax, email, pager or text message, whichever is their preference.
- Supervising agents can "ping" the device assigned to a specific offender to determine his or her current location. This action is completed by logging into **VeriTracks®.**
- A secondary motion detection system allows offender tracking in the absence of GPS signals.
- The device detects three types of tampering: strap, strap clips and case.

**View Other BluTag Products:**

  **BluTag® Hybrid**

  **BluTag® Passive**

**Download BluTag Overview**

Exhibit L-Page 2 of 4

# Satellite Tracking of People LLC
The premiere provider of GPS tracking systems & services to corrections and law enforcement agencies

Our Products | Applications | About the Company | Payments | News Room | Associates & Memberships







**Satellite Tracking of People LLC**
Toll Free: 866-5-BLUTAG
1212 North Post Oak Road, Suite 100
Houston, TX 77055

TRACK THE BODY, NOT THE BOX.™

## VeriTracks®

**VeriTracks®** is our patented, 100 percent Internet-based tracking application that receives, stores and distributes monitoring data transmitted by BluTag® Active, BluTag® Hybrid and BluTag® Passive. Supervising agents access VeriTracks® 24/7 using any computer with a high speed Internet connection.

**VeriTracks®** provides functionality that simplifies offender monitoring for supervising agents. With no software to download onto a supervising agency's network, **VeriTracks®** is accessible *24/7* via any computer with a high speed Internet connection. Supervising agents determine what event and violation notifications to receive, how to receive them (via email, fax, pager or text message) and if a grace period is applicable for an offender.

*Mapping Functionality*
**VeriTracks®** also offers robust mapping that displays and animates the current or historical tracks of one or more offenders at the same time.

**Supervising agents can:**

- analyze historical tracks for patterns and trends in the movements of one or more offenders.
- zoom down to closely examine a city block or zoom out to view an entire state.
- use reverse geocoding to determine the nearest U.S. Postal Service address of any location on a map.



*Zone Functionality*

Exclusion and inclusion zones are designed to help modify an offender's behavior by requiring them to enter and remain or avoid a certain location(s) for specific length of time. Exclusion zones are geographic areas an offender is prohibited from entering for specific time periods. Inclusion zones are geographic areas an offender is required to enter at a specific time(s) and remain for a specific period of time.

Supervising agents and designated law enforcement officers can use VeriTracks® to enhance their monitoring of criminal activity hot spots with zones. A zone is created around a geographic region, such as a street corner, to watch for the presence of monitored offenders.

*STOP can add custom overlays indicating the location of liquor stores, parks, schools and other public areas.*

Exhibit L-Page 3 of 4







*Reports*
Supervising agents and managers can generate numerous reports containing near real-time data on offenders, equipment status, inventory, case loads for individual agents or the entire agency and violations. These reports are generated through **VeriTracks**,**®** query system.

For those times when a supervising agency requires one or more custom reports, STOP has a dedicated report writer who can develop such information in a format conducive to the agency. These reports are available online and reflect near real-time data.

**Download VeriTracks Overview (PDF)**

Exhibit L-Page 4 of 4