Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 05-60008 |
| Plaintiff, | MOTION TO EXTEND DEADLINE TO FOR FILING MOTIONS |
| v. | |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and Federal Public Defender Steven T. Wax, hereby moves this Court to extend the deadline for filing pretrial motions in this matter from October 25, 2007, until December 14, 2007. The parties are still working out transmittal of the first batch of discovery.  Mr. Sedaghaty will be filing a formal discovery motion in the next several days.  Until the parties are further

along in the discovery process, and Mr. Sedaghaty has obtained discovery materials, he is not in a position to know what pretrial motions should be filed.

RESPECTFULLY SUBMITTED this 18th day of October, 2007.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender