Case 6:05-cr-60008-HO   Document 60 *SEALED* Filed 11/01/07   Page 3 of 5   Page
OCT. 26. 2007  8:25AM   Case 6:05-cr-60008-AA   Document 60-1   Filed 11/01/07   Page 1 of 3
ID#: 7681

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. PIROUZ SEDAGHATY

FOR: 

AT: 

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): PIROUZ SEDAGHATY AKA PETE SEDA

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 
District Court: CR.05-60008-HO
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor
1. CONSPIRACY (RE: MONETARY TRANSACTION)
2. FILING FALSE TAX RETURN BY TAX EXEMPT ORG

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☑ Am Self-Employed
Name and address of employer: 
IF YES, how much do you earn per month? $ 
IF NO, give month and year of last employment. How much did you earn per month? $ 
If married is your Spouse employed? ☐ Yes  ☑ No
IF YES, how much does your Spouse earn per month? $ 
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: SEE NOTES 1 AND 2 (ATTACHED)

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ 5,000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No  (SEE NOTE 3, ATTACHED AND NOTE 4 ATTACHED)
IF YES, GIVE THE VALUE AND $ 
- 5,000 — ½ of UNIMPROVED LAND IN EASTERN N.Y.
- 10,000 — VEHICLES, MISC.
- 30,000 — ARBORIST MACHINES + EQUIP
GOOD FAITH ESTIMATES - HAVE NOT SEEN ASSETS IN SOME TIME.

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: MARRIED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: SUMMER MARIE RIFE - WIFE

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| MISC | CREDIT CARD DEBT (EST.) | $150,000+ | |
| | BANK OF AMERICA (EST.) | $50,000 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/24

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]

1/24/07

note 4 — There is money in three lawyers trust accounts. I do not know the exact amounts. I have been told by my lawyers there is $15,000 in David Berger's Trust account and $19,235 in Larry Matasar's trust account. There may also be money in Lynn Bernabei's trust account. I have been told there was approximately $23,000 in Ms Bernabei's account in 2004. I have been told that was Qur'an Foundation money and do not believe I may use that for personal expenses including legal fees for myself or for bail.

I can use the $19,235 in Larry Matasar's account for personal expenses including legal fees and bail. It is not clear that I may access the $15,000 in Mr. Berger's account or direct its expenditure.

OCT. 26. 2007
Case 6:05-cr-60008-HO Document 60 *SEALED* Filed 11/01/07 Page 1 of 5 PageID #: 7683
Case 6:05-cr-60008-AA Document 60-2 Filed 11/01/07 Page 3 of 3

10/24/07

NOTE 1 — The financial information is based on my recollection without records available in the jail.
I have signed releases for all bank records that I recall. Those records are the best statement of my assets.

NOTE 2 — During the past twelve months I had several thousand dollars inflow from trading etc. but no net income.
I received a deposit back from a visa cancellation, approximately $2000-2500.
I received a few thousand dollars from friends. This was an informal arrangement that should be viewed as a loan not a gift.

NOTE 3 — I do not recall balances on the U.S. bank accounts. I provided names and releases to the pre-trial office.
Balances on foreign bank accounts are between $200-500 as well. I also provided names, and the account numbers to pre-trial.