FILED '07 NOV 01 14:54 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,   )
                            )
           Plaintiff,       )      CR No. 05-60008-HO
                            )
     v.                     )      ORDER
                            )
PIROUZ SEDAGHATY, et al.,   )
                            )
           Defendant.       )

Defendant is ordered to not access, or disburse, or cause to be disbursed any funds in the trust accounts of any of the attorneys identified in Mr. Wax's letter to the court dated 25 October, 2007. The court requires that these sums and other assets identified in the financial affidavit attached to that letter be preserved and remain available for consideration of repayment of funds paid pursuant to the Criminal Justice Act for costs of representation in this case.

DATED this 1st day of November, 2007.

Michael R. Hogan
United States District Judge

ORDER