UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

# CRIMINAL MINUTES

CASE NO:  CR 05-60008-02-HO                               DATE:  November 9, 2007

PRESIDING JUDGE:  MICHAEL R. HOGAN

DEPUTY CLERK:  Christy Weller

COURT REPORTER:                          INTERPRETER:

---

Record of Order:  Defendant shall identify the name, address, and phone number of a third-party custodian, should defendant be released, who agrees to:  a) supervise the defendant in accordance with all conditions of release; b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings; and c) to notify the court immediately in the event the defendant violates any conditions of release, or disappears.

---

| UNITED STATES OF AMERICA | Christopher Cardani, Asst. U.S. Attorney |
|---|---|
| v. | |
| Defendant: | **DEFENDANT'S COUNSEL** |
| 1.   **PIROUZ SEDAGHATY** | L. Matasar/S. Wax |
| Present  x Custody   Released  Presence Waived | Present  x Appointed   Retained |
| 2. | |
| Present   Custody   Released Presence Waived | Present   Appointed   Retained |
| 3. | |
| Present  Custody   Released  Presence Waived | Present   Appointed   Retained |
| 4. | |
| Present   Custody   Released  Presence Waived | Present   Appointed   Retained |

cc:   [x]   Chambers               []   Probation Officer
      [x]   Counsel of Record      [x]  U.S. Marshal
      []    Jury Clerk             [x]  Pretrial Services Officer

**CRIMINAL MINUTES**          **DOCUMENT NO:** _____