LAWRENCE MATASAR, P.C.
    Lawrence Matasar, OSB #74209
    Krista Shipsey, OSB #94385
    621 S.W. Morrison Street, Suite 1025
    Portland, OR 97205
    Telephone: (503) 222-9830
    Fax: (503) 274-8575
    Email: larry@pdxlaw.com, krista@pdxlaw.com
    Attorneys for Pirouz Sedaghaty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA**,      Case No. CR 05-60008

    Plaintiff,

vs.      DEFENDANT'S RESPONSE TO COURT'S ORDER OF 11/9/2007

**PIROUZ SEDAGHATY, AND
SOLIMAN AL-BUTHE,**

    Defendants.

Defendant, by and through his attorneys, Lawrence Matasar and Steven T. Wax, hereby identifies a third-party custodian: Paul Copeland, 462 Jennifer Street, Ashland, OR 97520, telephone: (541) 261-2051. On November 9, 2007, Mr. Copeland specifically agreed to each of the terms in the Court's order. Mr. Copeland's home has been visited by US Pretrial Services. See Attached Exhibit A indicating: "No issues noted."

    Respectfully submitted,

     /s/ Lawrence Matasar
    LAWRENCE MATASAR, OSB No. 94385
    Telephone: (503) 222-9830
    Fax: (503) 274-8575
    Email: larry@pdxlaw.com
    Attorneys for Defendant Pirouz Sedaghaty

PAGE 1 – DEFENDANT'S RESPONSE TO COURT'S ORDER OF 11/9/2007