

Brian C. Crist
Deputy Chief USPSO
(503) 326-8504
(503) 326-8554

----- Forwarded by Brian Crist/ORPT/09/USCOURTS on 11/01/2007 03:02 PM -----

Ron Wodehouse/ORPT/09/USCOURTS

11/01/2007 02:58 PM

To Brian_Crist@orpt.uscourts.gov
cc
Subject Copeland Home.

Met with Ms. Copeland at her modest two story home in Ashland. No issues noted. They have a dedicated phone line that Pete can use for EM/GPS. They have had some minor issues with cell reception based on provider and style of phone. They are prepared to be third party custodians. They would like to see the def have the opportunity to move out on his own after proving himself under supervision. Provided my personal cell number so Mr. Copeland can call me this weekend with any questions he may have.

Ron A. Wodehouse
(541) 608-8765
(541) 608-8769 Fax [attachment "CIMG0222.JPG" deleted by Brian Crist/ORPT/09/USCOURTS]

Exhibt A-Page 1 of 1