Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 05-60008 |
| Plaintiff, | **MOTION TO EXTEND DEADLINE FOR FILING MOTIONS** |
| v. | |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and Federal Public Defender Steven T. Wax, hereby moves this Court to strike the deadline for filing pretrial motions in this matter currently set for December 14, 2007.  The parties are

still working out transmittal of the first batch of discovery and a discovery hearing is set for December 17, 2007. We intend to raise scheduling issues at that hearing.

RESPECTFULLY SUBMITTED this 13th day of December, 2007.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 2 -    MOTION TO EXTEND DEADLINE FOR FILING MOTIONS