**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                              **Plaintiff,**<br><br>         v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                              **Defendant.** | CR 05-60008<br><br>**MOTION FOR PERMISSION TO OBTAIN GAINFUL EMPLOYMENT** |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and Federal Public Defender Steven T. Wax, hereby moves this Court, pursuant to the Release Order previously entered in this matter, for permission to obtained gainful employment. Mr. Sedaghaty has now been out of custody since November 30, 2007.  He has been fully in compliance with the terms of the release order.  Counsel has spoken with Pretrial Services Officer Ron Wodehouse.  He and his office are ready to work with Mr. Sedaghaty on employment issues as directed by the Court.  Mr. Sedaghaty has also received the first bill

for the electronic monitoring that was imposed as a condition of his release.  In order for Mr. Sedaghaty to comply with the aspect of the release order that requires him to work and to be able to  make ends meet, including meeting his obligations to the Court, it is necessary that he begin working.

Mr. Sedaghaty believes that he will be able to obtain work in his profession (tree pruning and care) in Southern Oregon.  Mr. Sedaghaty also worked as an auto dealer buying and selling cars at auto auctions and wants to resume that business.  We, therefore, request that the Court authorize the Pretrial Service Office to allow Mr. Sedaghaty to leave the Copeland residence for work, to obtain the necessary licenses, retrieve his tools, acquire a truck and engage in the financial transactions necessary for both businesses.

RESPECTFULLY SUBMITTED this 20th day of December, 2007.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender