LAWRENCE MATASAR
OSB #74209
Email:  larry@pdxlaw.com

KRISTA SHIPSEY
OSB #94385
Email:  Krista@pdxlaw.com
Lawrence Matasar, P.C.
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone:  (503) 222-9830
Fax: (503) 274-8575
     Attorneys for Pirouz Sedaghaty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. CR 05-60008 |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO |
| | ) | SCHEDULE A STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| **PIROUZ SEDAGHATY,** | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, by his attorneys, Lawrence Matasar and Steven Wax, hereby moves for a status conference concerning Mr. Seda's release status, particularly a planned vacation from February 15 through March 1 by defendant's custodians, Paul and Margaret Copeland, and issues concerning his employment.

Defense counsel first sought clarification of these matters through US Pretrial Services, which suggested that this Court resolve the issues.

Because Mr. Wax is not available on January 22, defendant seeks this status conference on January 23, 24 or 25, dates both defense counsel plan to review discovery at the United States Attorney's Office in Eugene.  US Pretrial Services Officer Ron Wodehouse has informed defense counsel that he or someone from his agency will be

PAGE 1 – DEFENDANT'S MOTION TO SCHEDULE A STATUS CONFERENCE

available on the requested dates.  Assistant United States Attorney Chris Cardani has

informed defense counsel that he will be available on the requested dates.

     DATED this 18th day of January, 2008.

          Respectfully submitted,


           /s/ Lawrence Matasar
          LAWRENCE MATASAR, OSB No. 74209
          Telephone: (503) 222-9830
          Fax:  (503) 274-8575
          Email:  larry@pdxlaw.com
          Attorney for Defendant Pirouz Sedaghaty

PAGE 2 – DEFENDANT'S MOTION TO SCHEDULE A STATUS CONFERENCE

CERTIFICATE OF SERVICE

Pursuant to Local Rule 100.13, I hereby certify that I served the foregoing

Defendant's Motion to Schedule a Status Conference on Assistant United States

Attorney, Chris Cardani on January 18, 2008, via electronic case filing.


/s/ Lawrence Matasar
LAWRENCE MATASAR, P.C., OSB No. 74209
Telephone:  (503) 222-9830
Fax:  (503) 274-8575
Email:  larry@pdxlaw.com
Attorney for Pirouz Sedaghaty