**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                   Plaintiff,<br><br>         v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                   Defendant. | CR 05-60008<br><br>**MOTION TO EXTEND DEADLINE FOR FILING MOTIONS** |

      Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and Federal Public Defender Steven T. Wax, hereby moves this Court to strike the March 18, 2008, deadline for filing pretrial motions and include establishment of a motions schedule during the status conference scheduled for March 18, 2008.  Defendant has a discovery motion pending.  In addition, he filed a Supplement To The First Motion For Discovery on

March 17, 2008.  Before counsel can determine whether any other pretrial motions should be filed, additional time is needed to obtain discovery, complete review of the discovery already provided, and further the defense investigation.

    RESPECTFULLY SUBMITTED this 17th day of March, 2008.


                                     /s/ Steven T. Wax
                                     Steven T. Wax
                                     Federal Public Defender