KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East 8th Avenue, #2400
Eugene, OR 97401
(541) 465-6771

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-60008-01 |
| | ) | |
| Plaintiff, | ) | MOTION OF THE |
| | ) | UNITED STATES FOR |
| vs. | ) | PRETRIAL CONFERENCE |
| | ) | PURSUANT TO THE |
| PEROUZ SEDAGHATY, | ) | CLASSIFIED INFORMATION |
| a/k/a Pete Seda and Abu Yunus, | ) | PROCEDURES ACT |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned counsel, hereby invokes the provisions of Section 2 of the Classified Information Procedures Act (hereinafter "CIPA"), 18 U.S.C. App. III, and requests that the Court hold a pretrial conference on April 29, 2008 to consider matters relating to classified information that may arise in

/ / /

connection with this prosecution.

DATED this 20th day of March, 2008.

                         KARIN J. IMMERGUT
                         United States Attorney
                         District of Oregon


<u>/s/ Christopher L. Cardani</u>
CHRISTOPHER L. CARDANI
Assistant United States Attorney