**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CRIMINAL MINUTES**

CASE NO: CR 05-60008-02-HO                                         DATE: May 16, 2008

PRESIDING JUDGE: MICHAEL R. HOGAN

DEPUTY CLERK: Sheryl Nogelmeier

The court is aware of communications between defense counsel and the court security specialist regarding a sealed document that is in her custody. At this time, no discussion among defense counsel or any members of the defense team regarding the contents of the document is permitted. Access to and procedures for viewing, discussing, recreating, etc., the document have yet to be litigated. Until such time as the court has heard the matter and issued a protective order, if necessary, in conformance with national security, defense counsel and/or any member of the defense team shall not discuss the document with anyone or generate any work product, regardless of its form or characteristics, referring to the contents of the document.

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Chris Cardani |
| | Asst. U.S. Attorney |
| v. | |
| **Defendant:** | **DEFENDANT'S COUNSEL** |
| 1.    **PIROUZ SEDAGHATY** | Larry Matasar/Steven Wax |

**CRIMINAL MINUTES**                                  **DOCUMENT NO:** _____

cc:  []  Chambers          []  Probation Officer
     []  Counsel of Record []  U.S. Marshal
     []  Jury Clerk        []  Pretrial Services Officer

**CRIMINAL MINUTES          DOCUMENT NO: _____**