KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East 8th Avenue, #2400
Eugene, OR  97401
(541) 465-6771


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-60008-01 |
| | ) | |
| Plaintiff, | ) | MOTION FOR EXTENSION OF |
| | ) | TIME (UNOPPOSED) |
| vs. | ) | |
| | ) | |
| PEROUZ SEDAGHATY, | ) | |
| a/k/a Pete Seda and Abu Yunus, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, through its undersigned counsel,

herein moves this Court for an extension of time to file its classified

response to defendant's discovery motions from June 30, 2008 to

September 5, 2008.  The government has been working diligently to

prepare its response, but needs the additional time to complete the

process.  Lawrence Matasar, counsel for defendant Sedaghaty, does not

oppose this request.

DATED this 16th day of June, 2008.

KARIN J. IMMERGUT
United States Attorney
District of Oregon


/s/ Christopher L. Cardani
CHRISTOPHER L. CARDANI
Assistant United States Attorney