LAWRENCE MATASAR
OSB #74209
Lawrence Matasar, P.C.
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone:  (503) 222-9830
Fax: (503) 274-8575
Email:  larry@pdxlaw.com

STEVEN T. WAX
OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

      Attorneys for Pirouz Sedaghaty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. CR 05-60008-02 HO |
| Plaintiff, | DEFENDANT'S MOTION TO MODIFY COURT'S ORDER OF MAY 16, 2008 AND MOTION FOR PRELIMINARY PROTECTIVE ORDER |
| v. | |
| **PIROUZ SEDAGHATY**, | |
| Defendant. | |

      Defendant, by his attorneys, Lawrence Matasar and Steven T. Wax, hereby moves to modify the Court's May 16, 2008 Order prohibiting communication within the defense team, and further moves for a preliminary protective order pursuant to Fed. R. Crim. P. 16(d)(1), concerning classified information until the defendant has filed a notice under Section 5 of the CIPA.

      The requested preliminary protective order would: (1) prohibit discussion among defense counsel or any members of the defense team, including the defendant,

PAGE 1 – MOTION TO MODIFY COURT'S ORDER OF MAY 16, 2008

of the contents of the sealed document in the custody of the court security specialist, unless the defendant has already viewed the contents of the document; (2) prohibit discussion among defense counsel or any members of the defense team, including the defendant, of the contents of the sealed document in all locations except for an Oregon location to be chosen by the Court Security Officer; and (3) prohibit defense counsel and any members of the defense team, including the defendant, from preparing any documents discussing the contents of the sealed document on all computers and other devices except for computers furnished by the Court Security Officer at an Oregon location to be chosen by the Court Security Officer

DATED this 16th day of June, 2008.

Respectfully submitted,

  /s/ Lawrence Matasar
LAWRENCE MATASAR, OSB No. 74209
Telephone: (503) 222-9830
Fax: (503) 274-8575
Email: larry@pdxlaw.com
Attorney for Defendant Pirouz Sedaghaty

  /s/ Steven T. Wax
Steven T. Wax, OSB No. 85012
Federal Public Defender
Telephone: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Defendant's Motion to Modify Court's Order of May 16, 2008 and Motion for Preliminary Protective Order on Assistant United States Attorney, Chris Cardani on June 16, 2008, via electronic case filing.

/s/ Lawrence Matasar
LAWRENCE MATASAR, P.C., OSB No. 74209
Telephone: (503) 222-9830
Fax: (503) 274-8575
Email: larry@pdxlaw.com

/s/ Steven T. Wax
Steven T. Wax, OSB No. 85012
Federal Public Defender
Telephone: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Attorneys for Pirouz Sedaghaty