KARIN J. IMMERGUT, OSB #963144
United States Attorney
District of Oregon
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Email:  charles.gorder@usdoj.gov
Telephone:  (503) 727-1000
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email:  chris.cardani@usdoj.gov
Telephone:  (541) 465-6771

      Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-HO |
| v. | **GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO MODIFY COURT'S MAY 16, 2008, ORDER PROHIBITING COMMUNICATION WITHIN THE DEFENSE TEAM** |
| **PIROUZ SEDAGHATY, et al.,** | |
| Defendants. | |
| | **ORAL ARGUMENT REQUESTED** |

      The United States of America, by and through its undersigned counsel, hereby moves to extend the time to respond to defendant's Motion to Modify Court's May 16, 2008, Order Prohibiting Communication Within the Defense Team, filed June 16, 2008.  Because the government's response requires coordination with the Department of Justice and may require a

response filed under the Classified Information Procedures Act with the Court Security Officer, the government requests that the time for its response be extended to September 5, 2008, when its classified discovery response is also scheduled to be filed.

In discussion with defense counsel, the government understands that the defense objects to an extension of time of the length requested by the government. We therefore request that the Court schedule a brief hearing to fix the time for the government's response to the motion on a date convenient with the Court and counsel after July 11, 2008, when Assistant United States Attorney Christopher Cardani returns to the District.

Dated this 30th day of June 2008.

    Respectfully submitted,

    KARIN J. IMMERGUT
    United States Attorney

    *s/ Charles F. Gorder, Jr.*
    CHARLES F. GORDER, JR.
    Assistant United States Attorney

    *s/ Christopher L. Cardani*
    CHRISTOPHER L. CARDANI
    Assistant United States Attorney