```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           ) No. 05-60008-2-HO
                                 )
   v.                            ) November 7, 2007
                                 )
PIROUZ SEDAGHATY, et al.,        ) Eugene, Oregon
                                 )
            Defendants.          )


              PARTIAL TRANSCRIPT OF PROCEEDINGS

           BEFORE THE HONORABLE MICHAEL R. HOGAN

              UNITED STATES DISTRICT COURT JUDGE



                            -:-









                    Deborah Wilhelm, CSR, RPR
                         Court Reporter
                         P.O. Box 1504
                       Eugene, OR  97440
                        (541) 431-4113
```



```
 1                    APPEARANCES OF COUNSEL

 2    FOR THE PLAINTIFF:    CHRISTOPHER L. CARDANI
                            United States Attorney's Office
 3                          405 E. 8th Avenue
                            Suite 2400
 4                          Eugene, OR  97401
                            (541) 465-6771
 5                          chris.cardani@usdoj.gov

 6                          CHARLES F. GORDER, JR.
                            United States Attorney's Office
 7                          1000 S.W. Third Avenue
                            Suite 600
 8                          Portland, OR  97204-2902
                            (503) 727-1021
 9                          charles.gorder@usdoj.gov

10    FOR THE DEFENDANT:    STEVEN T. WAX
                            Federal Public Defender
11                          101 S.W. Main Street
                            Suite 1700
12                          Portland, OR  97204
                            (503) 326-2123
13                          steve_wax@fd.org

14                          LAWRENCE H. MATASAR
                            Lawrence Matasar, P.C.
15                          621 S.W. Morrison Street
                            Suite 1025
16                          Portland, OR  97205
                            (503) 222-9830
17                          larry@pdxlaw.com

18

19

20

21

22

23

24

25
```

```
 1              (Wednesday, November 7, 2007; 11:22 a.m.)
 2                        P R O C E E D I N G S
 3              THE CLERK:  This is the time set for Criminal
 4   Number 05-60008-2-HO, United States of America versus
 5   Pirouz Sedaghaty, hearing.
 6              THE COURT:  Counsel.
 7              MR. CARDANI:  Good morning, Judge Hogan.  Chris
 8   Cardani for the government.  I'd like to also introduce
 9   Charles Gorder.  He's an assistant U.S. attorney from
10   the Portland office, and he's co-counsel on the case.
11              THE COURT:  Thank you.
12              MR. GORDER:  Good morning, Your Honor.
13              THE COURT:  Welcome to Eugene.  We have
14   somebody else from Portland, too, don't we, a couple of
15   you.
16              MR. MATASAR:  Good morning, Your Honor.  Larry
17   Matasar and Steve Wax.
18              THE COURT:  All right.  Good.  Do you have
19   anything other than argument for the court?
20              MR. MATASAR:  Your Honor, from the defense
21   side, I don't really think we need any argument.  I
22   don't know if Mr. Cardani intends to argue, but if he
23   doesn't, we don't feel a need to argue.
24              We think we've orally argued this matter before
25   you on two occasions.  We've submitted written material
```

1  both to you and to Mr. Coffin.  Whatever the court's
2  pleasure.
3           THE COURT:  All right.  Mr. Cardani.
4           MR. CARDANI:  I had no prepared remarks, Your
5  Honor, only if the court has questions, I'd be happy to
6  answer them, but I think both sides have their positions
7  well before the court.
8           THE COURT:  Thank you.  I want to talk to
9  defense counsel in camera and you can bring your client,
10 of course, if you would like.  I need a court reporter.
11          (Pages 5 through 15 were ordered sealed and are
12 bound under separate cover.)
13          ///
14          ///
15          ///
16          ///
17          ///
18          ///
19          ///
20          ///
21          ///
22          ///
23          ///
24          ///
25          ///

```
 1                (Proceedings held in open court.)
 2            THE COURT:  Is there anything further?
 3            MR. CARDANI:  Judge, just for the record, what
 4   has just gone on I assume is part of the sealed record
 5   in this case?
 6            THE COURT:  Yes.  Gentlemen, I'm going to -- I
 7   intend to issue something in writing tomorrow.  I've got
 8   a chambers full of about 20 lawyers right now, and I've
 9   got to get back up there with them.  And I want to be
10   careful with the language I use.  So I expect you -- I
11   think I've worked everything out on the problems in the
12   other cases for tomorrow, so I've got time to get at it,
13   and I know you need a decision, and the defendant
14   certainly deserves one.
15            Anything further?
16            MR. CARDANI:  Do we have a scheduled time, Your
17   Honor?
18            THE COURT:  No, I'm not going to do it in open
19   court.  I'm going to issue something in writing.
20            MR. CARDANI:  Very good.
21            (The proceedings were concluded at 11:40 a.m.)
22
23
24
25
```

CERTIFICATE

I, Deborah Wilhelm, Certified Shorthand Reporter for the State of Oregon, do hereby certify that I was present at and reported in machine shorthand the oral proceedings had in the above-entitled matter. I hereby certify that the foregoing is a true and correct transcript, to the best of my skill and ability, dated this 18th day of July, 2008.

*[Seal: Certified Shorthand Reporter, Oregon, CSR 00-0363, Deborah Wilhelm]*

*[Signature]*
Deborah Wilhelm, RPR
Certified Shorthand Reporter
Certificate No. 00-0363