```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF OREGON

 3   UNITED STATES OF AMERICA,      )
                                    )
 4                  Plaintiff,      ) No. 05-60008-2-HO
                                    )
 5      v.                          ) November 30, 2007
                                    )
 6   PIROUZ SEDAGHATY, et al.,      ) Eugene, Oregon
                                    )
 7                  Defendants.     )

 8

 9             PARTIAL TRANSCRIPT OF PROCEEDINGS

10           BEFORE THE HONORABLE MICHAEL R. HOGAN

11              UNITED STATES DISTRICT COURT JUDGE

12

13                            -:-

14

15                    APPEARANCES OF COUNSEL

16   FOR THE PLAINTIFF:     CHRISTOPHER L. CARDANI
                            United States Attorney's Office
17                          405 E. 8th Avenue
                            Suite 2400
18                          Eugene, OR  97401
                            (541) 465-6771
19                          chris.cardani@usdoj.gov

20   FOR THE DEFENDANT:     LAWRENCE H. MATASAR
                            Lawrence Matasar, P.C.
21                          621 S.W. Morrison Street
                            Suite 1025
22                          Portland, OR  97205
                            (503) 222-9830
23                          larry@pdxlaw.com

24   COURT REPORTER:        Deborah Wilhelm, CSR, RPR
                            P.O. Box 1504
25                          Eugene, OR  97440
                            (541) 431-4113
```

```
 1                (Friday, November 30, 2007; 3:26 p.m.)
 2                        P R O C E E D I N G S
 3           THE CLERK:  This is the time set for Criminal
 4   Number 05-60008-2-HO, United States of America versus
 5   Pirouz Sedaghaty, defendant's oral motion.
 6           MR. MATASAR:  Yes, Your Honor, Larry Matasar
 7   for the defendant.  It's my understanding that
 8   Mr. Sedaghaty is in the process of getting hepatitis
 9   vaccines through the jail.  I was given a form.  I
10   believe Ms. Brown may have an actual colored form or
11   Mr. Seda has a colored form.
12           THE COURT:  I've seen it.
13           MR. MATASAR:  Have you seen a copy, Your Honor?
14           THE COURT:  Yes.
15           MR. MATASAR:  It contemplates that he have a
16   hepatitis B shot and due, according to the form,
17   12/2/07.  I'm told by Mrs. Copeland, who is actually
18   custodian of the defendant, that she's quite aware,
19   because of her work, that the Jackson County Public
20   Health is the only place she knows of that would offer
21   these shots there in Medford.  We need to make sure, I
22   think, that he gets the shot on Monday, since they don't
23   give them on Sunday.
24           So given the conditions, I had spoken with
25   Ms. Brown.  I was on my way, in fact, when she called
```

```
 1   me, to a Kinko's so that I could get this scanned, and
 2   then file a written motion.  But I think an oral motion
 3   would suffice, so that we get the court's permission so
 4   he can have his shot.
 5           THE COURT:  All right.  I'm going to permit
 6   that, but with these conditions:  That Ms. Brown be
 7   notified when he leaves.  We'll know when he's back
 8   because of the electronic monitoring.
 9           MR. MATASAR:  Your Honor, you said Ms. Brown, I
10   believe that -- and we can call Ms. Brown, but I believe
11   Mr. Wodehouse of the Medford office is now his
12   supervisor.
13           THE COURT:  You work it out with them.  I want
14   their office called.
15           MR. MATASAR:  Somebody in Pretrial.
16           THE COURT:  And I want somebody to call me if
17   the defendant is not back in two hours.
18           MR. MATASAR:  And we'll have -- we'll have him
19   leave at a certain time and notify Pretrial --
20           THE COURT:  They'll know if he leaves at that
21   time because when he leaves the house, the electronic
22   monitoring device will indicate that.
23           MR. MATASAR:  We'll notify Pretrial when he
24   leaves, and we'll notify Pretrial when he returns, or in
25   two hours, whichever is first.  How about that?
```

```
 1            THE COURT:  That's fine.
 2            THE DEFENDANT:  Thank you, Your Honor.
 3            THE COURT:  You are welcome.
 4        Now, I want to have a short closed hearing with
 5   just the defendant and his attorney and Pretrial.
 6            MR. CARDANI:  Should I wait outside --
 7            THE COURT:  Yes.
 8            MR. CARDANI:  -- or go back?
 9        (Page 5 was ordered sealed and is bound under
10   separate cover.)
11        ///
12        ///
13        ///
14        ///
15        ///
16        ///
17        ///
18        ///
19        ///
20        ///
21        ///
22        ///
23        ///
24        ///
25        ///
```

1                        CERTIFICATE

2      I, Deborah Wilhelm, Certified Shorthand Reporter

3  for the State of Oregon, do hereby certify that I was

4  present at and reported in machine shorthand the oral

5  proceedings had in the above-entitled matter.  I hereby

6  certify that the foregoing is a true and correct

7  transcript, to the best of my skill and ability, dated

8  this 18th day of July, 2008.

[Seal: Certified Shorthand Reporter, Oregon, CSR 00-0363, Deborah Wilhelm]

_____
Deborah Wilhelm, RPR
Certified Shorthand Reporter
Certificate No. 00-0363