1

1                  UNITED STATES DISTRICT COURT

2                       DISTRICT OF OREGON

3

4          THE HON. THOMAS M. COFFIN, JUDGE PRESIDING

5

6

7    UNITED STATES OF AMERICA,        )
                                      )
8                     Government,     )
                                      )
9           v.                        ) No. 05-60008-HO
                                      )
10   PIROUZ SEDAGHATY, et al.,        )
                                      )
11                    Defendants.     )
     _____)

12

13

14           REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                      EUGENE, OREGON

16

17              MONDAY, DECEMBER 17, 2007

18                     PAGES 1 - 9

19

20

21                        Kristi L. Anderson
                          Official Federal Reporter
22                        United States Courthouse
                          405 East Eighth Avenue
23                        Eugene, Oregon 97401
                          (541) 431-4112
24                        Kristi_Anderson@ord.uscourts.gov

25



```
 1   APPEARANCES OF COUNSEL:

 2

 3   FOR THE GOVERNMENT:   UNITED STATES ATTORNEY
                           BY:   CHRISTOPHER CARDANI, ESQ.
 4                         405 East Eighth Avenue
                           Eugene, Oregon 97401
 5                         (541)465-6771
                           chris.cardani@usdoj.gov
 6

 7   FOR THE DEFENDANT SEDAGHATY:
                           FEDERAL PUBLIC DEFENDER
 8                         BY:   STEVEN T. WAX, ESQ.
                           101 SW Main Street, Suite 1700
 9                         Portland, Oregon 97204
                           (503)326-2123
10                         steve_wax@fd.org

11

12   FOR THE DEFENDANT SEDAGHATY:

13                         LAWRENCE MATASAR, PC
                           BY:   LAWRENCE H. MATASAR, ESQ.
14                         621 SW Morrison, Suite 1025
                           Portland, Oregon 97205
15                         (03)222-9830
                           larry@pdxlaw.com
16

17

18

19

20

21

22

23

24

25
```

```
 1                        PROCEEDING
 2                 MONDAY, DECEMBER 17, 2007
 3          THE CLERK:  United States of America versus Pirouz
 4     Sedaghaty, Case No. 05-60008, time set for oral argument on
 5     first motion for discovery.
 6          MR. CARDANI:  Judge, may I confer with the clerk
 7     for a moment?
 8              THE COURT:  Pardon?
 9          MR. CARDANI:  May I confer with Christy for a
10     moment?
11              THE COURT:  Yes.
12          MR. CARDANI:  Thank you, Your Honor.  We are
13     proceeding apace on discovery, and we are in the final
14     stages of finalizing a protective order for discovery.  We
15     have met with counsel a few times and by phone, e-mail, and
16     we are about there.  So we will be transmitting the first
17     batch of discovery this week.
18              We have met with Mr. Wax and Mr. Matasar, and we
19     have a proposed schedule of events that we would like to
20     tender to the court.
21              And correct me if I'm wrong, counsel, but we spoke
22     about another status conference in February of 2008, a
23     necessity to move the trial back by several months, and we
24     talked about the possibility of a trial date this fall.  And
25     if so, if those dates are acceptable to the court, we will
```

1   need to either get a continuance under the Speedy Trial Act

2   or have this case deemed complex under the Speedy Trial Act

3   and taken outside the strictures of the Speedy Trial Act.

4           THE COURT:  Have I already done that?

5           MR. MATASAR:  Hasn't it previously been designated

6   complex?

7           THE COURT:  Yeah.  All right.  That's just what I

8   was checking on.  We have already designated it as a complex

9   case.

10          MR. CARDANI:  Very good.

11          THE COURT:  So is everyone in agreement on those

12  dates?  February for status and the fall for trial?

13          MR. MATASAR:  Yes, Your Honor.  The only other

14  thing I would ask is that Mr. Gorder indicates that he has

15  something on his calendar which he thinks relates to this

16  case on February 16th.

17          MR. GORDER:  19th.

18          MR. MATASAR:  19th, which I didn't have on mine,

19  so let's make sure that there is or isn't something on the

20  19th before we go too much further.

21          THE COURT:  Okay.  We'll check right now.  You

22  have something scheduled you think for the 19th?

23          MR. GORDER:  Yes, Your Honor.  I had on my

24  calendar something before Judge Hogan on the 19th at 1:30.

25          THE COURT:  So would you prefer, then, to do it

1    the same day if that's -- the status conference the same

2    day?

3              MR. MATASAR:  I'm not sure, Your Honor.  I don't

4    have that on my --

5              THE COURT:  Well, let's see what it is, if

6    anything.

7              THE CLERK:  Currently you have a trial date set

8    for April 16th before Judge Hogan, and you have a status

9    conference before this court, before Judge Coffin, on

10   February 19th at 1:30.

11             THE COURT:  It's before me.

12             MR. MATASAR:  Right.  So maybe we should just have

13   this -- have the conference that we were discussing on the

14   February 19th at 1:30.

15             THE COURT:  Right.  Okay.  And then we'll adjust

16   the trial date.  September?  October?

17             MR. WAX:  October is what we were talking about.

18             THE COURT:  All right.  How many days do you

19   estimate this case will take to try?

20             MR. CARDANI:  Ballpark --

21             THE COURT:  It's hard for the defense to say until

22   they see the discovery, but does the government have --

23             MR. CARDANI:  I'd ballpark a week right now, Your

24   Honor.

25             THE COURT:  All right.  What do we have in October

```
 1    for about a week-long jury trial?

 2              Does October work for the defense?

 3              MR. MATASAR:  Oh, yes.  Oh, sure.  I'm sorry.

 4              THE CLERK:  October 8th, 2008, 9:00 a.m., trial

 5    before Judge Hogan.

 6              MR. MATASAR:  Well, the good news is this will

 7    definitely put the Cubs in the World Series.  If I have a

 8    three-week trial or something starting on the 8th, this will

 9    definitely be the thing that puts them in the World Series.

10              THE COURT:  You may be right.

11              MR. CARDANI:  Judge, I think the only other matter

12    is the protective order that I talked about.  We should have

13    this thing finalized perhaps by this afternoon, and we

14    anticipate filing that with Your Honor as soon as it's been

15    signed.

16              THE COURT:  All right.  Okay.  Very well.  So

17    we'll exclude all time necessary as complex litigation to

18    make that trial date work.

19              MR. WAX:  At this point we are suggesting that you

20    strike any deadline for filing motions and that a motions

21    deadline be set on the February date, if that's agreeable.

22              THE COURT:  All right.  That's fine.  Makes sense.

23              MR. MATASAR:  The only other thing, Your Honor, I

24    think you set that February date maybe six weeks or a month

25    before the trial, and we probably should do the same, if you
```

1    want to put something here.

2              THE COURT:  We'll do that in February.

3              MR. MATASAR:  Okay.

4              THE COURT:  We'll see where you are in terms of

5    the discovery and whether the trial date is on track.

6              THE CLERK:  Counsel, would you like to set your

7    motion over for discovery to February as well?

8              MR. WAX:  Our suggestion would be to strike any

9    date for hearing that, and on the February date, if

10   necessary, we would then set a date for government response

11   to the discovery motion as well.

12             THE COURT:  All right.  And we'll just continue

13   the scheduling for a response to the motion for discovery

14   until February 19th.

15             MR. WAX:  Judge, one other matter, if we could

16   today, just so that we are ensuring that we are covering

17   what is needed for Mr. Sedaghaty.

18             The release order requires him to provide any

19   change of address to the court, pretrial, and the

20   government.  He has not changed his address.  Pretrial did

21   authorize him to obtain a post box, which he has and which

22   Ron Wodehouse and the pretrial office in Medford has.

23             I just want to make the court aware of that.  I

24   assume, since pretrial has it, the court has it, and for the

25   government's information it's PMB 512.

1          MR. CARDANI:  In Medford?

2          MR. WAX:  Ashland.

3          MR. CARDANI:  I'm sorry.  Ashland.

4          THE COURT:  This is a post office box?

5          MR. WAX:  Yes.  Go ahead.  My client will explain

6    this.

7          MR. MATASAR:  I can do it, Your Honor.  It's a PO

8    box-like system at a UPS office.  It's 2305C Ashland Street,

9    No. PMB 512.

10          THE COURT:  That's just where he gets mail.

11          MR. WAX:  That's correct.

12          MR. MATASAR:  Yes.  The people where he was

13    staying he was getting -- you know, he gets mail, and we

14    thought it would be better to talk to Ron Wodehouse.

15          THE COURT:  All right.

16          MR. WAX:  And while it's not a change in address,

17    we just wanted to be sure we are ahead of the curve.

18          THE COURT:  Last time I checked you couldn't go

19    live in a post office box.

20          THE CLERK:  This court's in recess.

21          MR. CARDANI:  Thank you, Judge.

22          *(The proceedings were concluded this*

23          *17th day of December, 2008.)*

24

25

1          I hereby certify that the foregoing is a true and

2    correct transcript of the oral proceedings had in the

3    above-entitled matter, to the best of my skill and ability,

4    dated this 24th day of July, 2008.

5

6

7    _____

     Kristi L. Anderson, Certified Realtime Reporter

8

9

10                                               

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25