1

```
 1              UNITED STATES DISTRICT COURT

 2                   DISTRICT OF OREGON

 3

 4     THE HON. THOMAS M. COFFIN, JUDGE PRESIDING

 5

 6

 7  UNITED STATES OF AMERICA,      )
                                   )
 8                   Government,   )
                                   )
 9           v.                    )  No. 05-60008-HO
                                   )
10  PIROUZ SEDAGHATY, et al.,      )
                                   )
11                   Defendants.   )
                                   )

12

13

14         REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                   EUGENE, OREGON

16

17             MONDAY, JANUARY 14, 2008

18                   PAGES 1 - 6

19

20

21                        Kristi L. Anderson
                          Official Federal Reporter
22                        United States Courthouse
                          405 East Eighth Avenue
23                        Eugene, Oregon 97401
                          (541) 431-4112
24                        Kristi_Anderson@ord.uscourts.gov

25
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE GOVERNMENT:  UNITED STATES ATTORNEY
                         BY:  CHRISTOPHER CARDANI, ESQ.
 4                       405 East Eighth Avenue
                         Eugene, Oregon 97401
 5                       (541)465-6771
                         chris.cardani@usdoj.gov
 6
 7   FOR THE GOVERNMENT:  UNITED STATES ATTORNEY
                         BY:  CHARLES F. GORDER, JR., ESQ.
 8                       1000 SW Third Avenue, Suite 600
                         Portland, Oregon 97204-2902
 9                       (503)727-1044
                         charles.gorder@usdoj.gov
10
11
     FOR THE DEFENDANT SEDAGHATY:
12                       LAWRENCE MATASAR, PC
                         BY:  LAWRENCE H. MATASAR, ESQ.
13                       621 SW Morrison, Suite 1025
                         Portland, Oregon 97205
14                       (03)222-9830
                         larry@pdxlaw.com
15
16   Also Present:  Thomas Nelson
17
18
19
20
21
22
23
24
25
```

Case 6:05-cr-60008-AA   Document 124   Filed 07/24/08   Page 3 of 6

3

```
 1                         PROCEEDING
 2                  MONDAY, JANUARY 14, 2008
 3           THE CLERK:  Thank you.  Now is the time set for
 4   the matter of the United States of America versus Pirouz
 5   Sedaghaty, Case No. 05-60008, time set for status hearing
 6   and acknowledgment of protective order.
 7           MR. MATASAR:  Good afternoon, Your Honor.  Larry
 8   Matasar for the defendant.
 9           THE COURT:  Good afternoon.
10           THE CLERK:  Mr. Nelson, would you like to step
11   forward.
12           MR. CARDANI:  Judge --
13           THE COURT:  What are we doing with respect to this
14   protective order?
15           MR. CARDANI:  It's my understanding the court
16   signed a protective order.  We have had discussions,
17   Mr. Matasar, Mr. Wax, Mr. Gorder, and myself, coming into
18   the protective order.
19           It's our understanding that -- first of all, we
20   provided the first batch of discovery to defense, including
21   witness interview reports.  We wanted some control over
22   where this material goes but recognizing that the defense
23   has to have certain flexibility in preparing for trial.  So
24   we did negotiate this protective order.
25           We anticipated that the defense may wish to
```

Case 6:05-cr-60008-AA   Document 124   Filed 07/24/08   Page 4 of 6

4

```
 1  consult with and show certain documents to Mr. Nelson who is
 2  before the court.
 3          Mr. Nelson represents the fugitive codefendant,
 4  Soliman al-Buthe, and he's also very involved in other
 5  related investigation involving Al-Haramain and does travel
 6  quite a bit overseas and meets with the various parties.
 7          What this protective order anticipates is that if
 8  the defense wishes to provide copies of materials to
 9  Mr. Nelson, if they deem it necessary to prepare the
10  defense, they can, but that none of the written documents
11  can be taken outside the United States, and the information
12  can only be used to help prepare for the defense, to assist
13  Mr. Matasar and Mr. Wax to prepare for the defense of
14  Mr. Sedaghaty.
15          MR. MATASAR:  And --
16          MR. CARDANI:  Is that --
17          THE COURT:  So you are not in opposition to
18  Mr. Nelson receiving copies if he acknowledges that he's
19  bound by the terms of this protective order; is that
20  correct?
21          MR. CARDANI:  Yes, Your Honor.
22          THE COURT:  All right.
23          Mr. Nelson, have you reviewed the protective
24  order?
25          MR. NELSON:  Yes, Your Honor, and Mr. Cardani and
```

```
 1  I have had supplemental discussions about the scope of the
 2  restrictions.
 3          THE COURT:  And do you agree to be bound by terms
 4  of this protective order?
 5          MR. NELSON:  Yes, Your Honor, I do.
 6          THE COURT:  Okay.  Anything else?
 7          MR. MATASAR:  No.
 8          THE COURT:  Very well.  Thank you.
 9          MR. MATASAR:  Thank you, Your Honor.
10          MR. NELSON:  Thank you, Your Honor.
11          THE COURT:  You bet.
12          (The proceedings were concluded this
13          14th day of January, 2008.)
14
15
16
17
18
19
20
21
22
23
24
25
```

1     I hereby certify that the foregoing is a true and
2  correct transcript of the oral proceedings had in the
3  above-entitled matter, to the best of my skill and ability,
4  dated this 24th day of July, 2008.

7  _____
   Kristi L. Anderson, Certified Realtime Reporter

