KARIN J. IMMERGUT, OSB #963144
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email:  chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Email:  charles.gorder@usdoj.gov
Telephone:  (503) 727-1000
      Attorneys for United States of America

<br>

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

<br>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **CR 05-60008-HO** |
| v. | |
| **PIROUZ SEDAGHATY, aka Pete Seda,** | |
| Defendant. | |

### NOTIFICATION TO DEFENDANT OF THE FIRST *IN CAMERA, EX PARTE,* UNDER SEAL FILING BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States hereby notifies the defendant that it has, on the 5th day of September, 2008, filed a first *in camera*, *ex parte*, under seal submission to the Court pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA").

Dated this 5th day of September 2008.

KARIN J. IMMERGUT
United States Attorney


/s/ Charles F. Gorder, Jr.
CHARLES F. GORDER, JR.
Assistant United States Attorney


/s/ Christopher L. Cardani
CHRISTOPHER L. CARDANI
Assistant United States Attorney