KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon
**DAVID L. ATKINSON, OSB # 75021**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
david.atkinson@usdoj.gov
　　　　Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**　　　　　　CR 05-60008-HO

　　　　v.

**PIROUZ SEDAGHATY, et al.,**

　　　　**Defendants.**

### NOTIFICATION TO DEFENDANT OF THE SECOND *IN CAMERA, EX PARTE,* UNDER SEAL FILING BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT

　　　　The United States hereby notifies the defendant that it has, on the 5th day of September,

2008, filed a second in camera, ex parte, under seal submission to the Court pursuant to

/ / /

/ / /

Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA").

Dated this 5th day of September 2008.

                          Respectfully submitted,

                          KARIN J. IMMERGUT
                          United States Attorney

                          *David L. Atkinson*

                          DAVID L. ATKINSON
                          Assistant United States Attorney