MICHAEL J. MULLANEY, Chief
Counterterrorism Section
National Security Division
United States Department of Justice
**KARL A. SANDOVAL**
Trial Attorney
950 Pennsylvania Ave NW, Rm 2732
Washington, DC 20530
Telephone: (202) 514-5385
      Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**PIROUZ SEDAGHATY, aka Pete Seda,**<br><br>    Defendant. | **CR 05-60008-HO** |

### NOTIFICATION TO DEFENDANT OF THE THIRD *IN CAMERA, EX PARTE,* UNDER SEAL FILING BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT

/ / /

/ / /

/ / /

/ / /

The United States hereby notifies the defendant that it has, on the 5th day of September, 2008, filed a third *in camera*, *ex parte*, under seal submission to the Court pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA").

Dated this 5th day of September 2008.

> MICHAEL J. MULLANEY, Chief
> Counterterrorism Section
> National Security Division
> United States Department of Justice
>
>
> /s/ Karl A. Sandoval
> KARL A. SANDOVAL
> Trial Attorney

Page 2 -   NOTIFICATION TO DEFENDANT OF THE THIRD *IN CAMERA, EX PARTE,* UNDER SEAL FILING BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT