**Steven T. Wax, OSB No. 85012**
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

**Lawrence Matasar, OSB No. 74209**
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                     Plaintiff,<br><br>              v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                     Defendant. | CR 05-60008<br><br>MOTION TO ESTABLISH FILING PROCEDURE |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and Federal Public Defender Steven T. Wax, hereby move this Court to establish a suitable procedure so that Mr. Sedaghaty can file documents in the District of Oregon through the Court Security Officer for classification review.  This motion is made because Mr. Sedaghaty plans to file a document within the next ten days that includes a declaration from

a former intelligence official regarding the likely extent of classified information that should be available from the intelligence community regarding Pirouz Sedaghaty and the Al Haramain organization.  We understand that the information in the declaration is unclassified but, out of an abundance of caution, we would like to give the government the opportunity to review the document before it is filed in the public record to ensure that it does not contain any classified information.

Counsel for Mr. Sedaghaty has been utilizing a filing procedure established by United States District Court for the District of Columbia in the case captioned *In Re Guantánamo Detainees*, Case No. 04-01254.  Exhibit 1.  The protective order entered by the Court in those cases establishes a procedure for counsel to file documents by providing them to a Court Security Officer.  When filed, counsel provides a notice of filing in the public record.  The Court Security Officer reviews and/or provides the documents to a team within the government for classification review.  Upon conclusion of the classification review, if the documents do not contain any classified information, they are then marked "Cleared for Filing" and filed in the public record.  In the event that classified material is found to exist, the documents are redacted with non-classified portions being filed in the public record and the full classified document remaining under seal.

RESPECTFULLY SUBMITTED this 9th day of September, 2008.

/s/ Steven T. Wax  
Steven T. Wax  
Federal Public Defender

/s/ Lawrence W. Matasar  
Lawrence W. Matasar

Page 2 -    MOTION TO ESTABLISH FILING PROCEDURE