Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>PIROUZ SEDAGHATY,<br><br>          Defendant. | CR 05-60008<br><br>NOTICE OF FILING |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby notifies the Court that on September 16, 2008, undersigned counsel submitted via Federal Express next-day delivery to the Court

Security Officer for classification review the petitioner's Notice of Filing of Declaration Re: Classified Material.

      RESPECTFULLY SUBMITTED this 17th day of September, 2008.

                               /s/ Steven T. Wax
                               Steven T. Wax
                               Federal Public Defender

                               /s/ Lawrence W. Matasar
                               Lawrence W. Matasar