**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: steve_wax@fd.org**

**Lawrence Matasar, OSB No. 74209**
**621 SW Morrison Street, Suite #1025**
**Portland, OR 97205**
**Tel: (503) 222-9830**
**Email: larry@pdxlaw.com**

**Attorneys for Defendant**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PIROUZ SEDAGHATY,**<br><br>**Defendant.** | **CR 05-60008**<br><br>**RENEWED MOTION FOR MODIFICATION OF COURT ORDER OF MAY 16, 2008, AND MOTION FOR ACCESS TO CLASSIFIED MATERIAL** |

Defendant, Pirouz Sedaghaty, through his attorneys, Lawrence Matasar, and Federal Public Defender Steven T. Wax, renews his Motion for Modification of the Court's Order of May 16, 2008, regarding defense communications and moves for access to the classified material in the Sensitive Compartment Information Facility (SCIF).

This motion is supported by an accompanying memorandum of law.

  RESPECTFULLY SUBMITTED this 10th day of October, 2008.

            /s/ Steven T. Wax
            Steven T. Wax
            Federal Public Defender

            /s/ Lawrence W. Matasar
            Lawrence W. Matasar