# EXHIBIT E

OCT-11-2001 08:35    US ATTORNEY'S OFFICE-EUGE    541 465 6917    P.10/18

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

00-607    Subpoena E-02-037

TO: Jackson County Title
Attn: Stephanie Susi
1555 East McAndrews
Medford OR
Fax: 541-772-6079

**SUBPOENA TO TESTIFY BEFORE GRAND JURY**

SUBPOENA FOR:
( ) PERSON    (X) DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and specified below.

| Place: Federal Building 211 East Seventh Avenue Eugene, OR 97401 | Courtroom: |
|---|---|
| | Date and Time: 10/17/01; 9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) and/or object(s):

See Attachment A incorporated herein by reference.

(Please see disclosure statement on reverse side of this subpoena.)

** SEE Additional Information/Requirements Listed on the Reverse Side **

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE: |
|---|---|
| DONALD M. CINNAMOND, Clerk of Court | 10/02/01 |
| (BY) DEPUTY CLERK: S. [signature] | |
| ATTORNEY'S NAME, ADDRESS AND TELEPHONE NUMBER: Christopher L. Cardani 701 High Street Eugene OR 97401 Phone: 541-465-6771 | Requesting Agent: Special Agent Shawna M. Carroll Federal Bureau of Investigation Phone: 541-773-2942 |

This subpoena is issued upon application of the:

☐ Defendant    ☒ U.S. Attorney

Revised 7/12/93    U.S.D.C. for Oregon -- Grand Jury Subpoena

000387

000387 GOV

OCT-11-2001 08:37        US ATTORNEY'S OFFICE-EUGE              541 465 6917    P.11/18

## PROOF OF SERVICE

| RECEIVED BY SERVER | Date 10/1/01 | Place Eugene, Oregon |
|---|---|---|
| SERVED | Date 10/2/01 | Place Eugene, Oregon |

| Served on (Print Name) Jackson County Title VIA FAX: 541-772-6079 Time - | Fees and Mileage Tendered to Witness ___ Yes ___ No Amount $_____ |
|---|---|
| Served by (Print Name) Karen Kelly | Title Records Coordinator |

### Declaration of Server

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10/2/01
Date

Signature of Server: Karen Kelly

Address of Server: 701 High Street, Eugene OR 97401

### Additional Information/Requirements

YOUR APPEARANCE BEFORE THE GRAND JURY MAY BE WAIVED BY DELIVERING IN PERSON OR BY CERTIFIED MAIL THE RECORDS REQUESTED IN THIS SUBPOENA PRIOR TO THE DATE AND TIME STATED ABOVE AND DELIVERING OR MAILING SAID RECORDS TO:

GRAND JURY RECORDS COORDINATOR
UNITED STATES ATTORNEY'S OFFICE
701 HIGH STREET
EUGENE, OREGON 97401

YOU ARE REQUESTED NOT TO DISCLOSE THE EXISTENCE OF THIS REQUEST FOR INFORMATION TO YOUR CLIENT FOR AN INDEFINITE PERIOD OF TIME. ANY SUCH DISCLOSURE COULD SERIOUSLY IMPEDE THE INVESTIGATION BEING CONDUCTED AND THEREBY INTERFERE WITH THE ENFORCEMENT OF THE LAW.

If you have questions regarding the information requested, please contact the agent listed on the front of this subpoena.

Revised 7/12/93                                    U.S.D.C. for Oregon -- Grand Jury Subpoena

000388

000388 GOV

ATTACHMENT A

ATTACHMENT

RE: Jackson County Title #77600pg

Any and all records pertaining to the Al-Haramain Islamic Foundation, related to 3800 Highway 99, Ashland, Oregon, including but not limited to loan and/or purchase applications, escrow documents, monthly statements, copies of checks and/or any other documents showing method of payment, credit rating information, power of attorney, and any notes, memos, etc., made in relation to the loan, and/or purchase.