# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|                              |     |                              |
|------------------------------|-----|------------------------------|
| UNITED STATES OF AMERICA     | )   | Crim. No. 1:04-CR-385        |
|                              | )   |                              |
| v.                           | )   | The Hon. Leonie M. Brinkema  |
|                              | )   |                              |
| ALI AL-TIMIMI                | )   |                              |

GOVERNMENT'S UNCLASSIFIED STATUS
REPORT REGARDING DISCOVERY RELATED TO NSA

By even date herewith, the United States has submitted an *ex parte, in camera*, classified

status report regarding the progress of the search for discoverable materials in the possession of

the National Security Agency ("NSA"). This redacted pleading is filed on an unclassified basis.

On November 23, 2007, the parties came before the Court on the government's motion to

quash defendant Ali Al-Timimi's request for discovery. In essence, the government argued that

the defendant's discovery requests were too broad, and that, based on the representations

contained in an *ex parte, in camera*, classified pleading filed by counsel assigned to the

Department of Justice in Washington, D.C. - - that undersigned counsel was not cleared to see -

- at least some of the defendant's discovery requests were moot.

This Court issued an Order providing that it would not consider the government's motion

absent a representation by a member of the United States Attorney's Office regarding the search

for discoverable records.

Undersigned counsel has been cleared to examine any materials collected by the NSA, to

include those intercepted through the Terrorist Surveillance Program ("TSP"). With the

assistance of FBI Special Agent John Wyman, undersigned counsel spent time at NSA in

December 2007 and January 2008 searching for discoverable materials in NSA records. Further, undersigned counsel spent additional hours questioning NSA officials about NSA's record-keeping practices.

To date, undersigned counsel's search for discoverable information at NSA has located no information not provided to the defendant pre-trial but to which he was entitled in discovery. In that sense, we have duplicated the search conducted by Deputy Assistant Attorney General Rowan and reached the same results that he did, as shared with this Court in his pleadings of July 31, 2007 and November 5, 2007.

Undersigned counsel believes that further work is necessary to carry out the government's discovery duties in this matter. As a result, more time is needed to accomplish this task. This pleading is filed now, however, so that the Court may know of the status of the ongoing activity. Undersigned counsel hopes that he may soon be able to advise this Court that the discovery search is completed.

Respectfully submitted,

Chuck Rosenberg
United States Attorney

Gordon D. Kromberg
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I certify that, this _6th_ day of March 2008, I caused a true copy of the attached

GOVERNMENT'S UNCLASSIFIED STATUS REPORT REGARDING DISCOVERY

RELATED TO NSA MATERIALS to be mailed, postage-paid, to:

Jonathan Turley
2000 H Street, N.W.
Washington, D.C.   20052