Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

**APPROVED FOR PUBLIC FILING**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>         **Plaintiff,**<br><br>   v.<br><br>**PIROUZ SEDAGHATY,**<br><br>         **Defendant.** | CR 05-60008<br><br>**NOTICE OF FILING OF DECLARATION RE: CLASSIFIED MATERIAL** |

    Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby files this brief pleading with the attached declaration of Colonel W. Patrick Lang, a former government official and expert in security matters, to assist the Court in its review of the government's submissions of September 5, 2008, under the Classified Information Protection Act.  Mr. Sedaghaty intends to file a

Page 1   NOTICE OF FILING OF DECLARATION RE: CLASSIFIED MATERIAL

detailed memorandum by September 30, 2008, to provide further assistance to the Court for its review.  He is filing the declaration at this time in order to start the classification review process for Colonel Lang's declaration.

RESPECTFULLY SUBMITTED this 16th day of September, 2008.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence W. Matasar
Lawrence W. Matasar

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF FILING OF DECLARATION RE: CLASSIFIED MATERIAL** on Assistant United States Attorney Charles F. Gorder by personally hand delivering a true, exact, and full copy thereof to him on September 16, 2008.

/s/ Sandra L. Showard
Sandra L. Showard