KARIN J. IMMERGUT, OSB #963144
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email: chris.cardani@usdoj.gov
Telephone: (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204
Email: charles.gorder@usdoj.gov
Telephone: (503) 727-1000
         Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-HO |
| v. | NOTIFICATION OF NONOPPOSITION TO DEFENDANT'S *EX PARTE* FILING |
| **PIROUZ SEDAGHATY, et al.,** | OF THEORY OF DEFENSE |
| **Defendants.** | |

The United States, by and through its undersigned attorneys, hereby notifies the Court

and the defendant that it has no opposition to the defendant filing an *ex parte* submission of his

theory of defense for the purpose of the Court's analysis of the government's submissions

**Page 1 - Notification of Nonopposition to Defendant's *Ex Parte* Filing of Theory of Defense**

previously filed on the 5th day of September, 2008, under seal pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA").

Dated this 25th day of November 2008.

KARIN J. IMMERGUT
United States Attorney

*s/ Charles F. Gorder, Jr.*
CHARLES F. GORDER, JR.
Assistant United States Attorney


*s/ Christopher L. Cardani*
CHRISTOPHER L. CARDANI
Assistant United States Attorney

**Page 2 - Notification of Nonopposition to Defendant's *Ex Parte* Filing of Theory of Defense**