# FEDERAL PUBLIC DEFENDER
## DISTRICT OF OREGON

101 SW Main Street, Suite 1700
Portland OR 97204
503-326-2123 / Fax 503-326-5524

**STEVEN T. WAX**
Federal Public Defender
**STEPHEN R. SADY**
Chief Deputy Defender
Steven Jacobson
Bryan E. Lessley ▲
Nancy Bergeson
Christopher J. Schatz
Ellen C. Pitcher
Craig Weinerman ▲
Mark Bennett Weintraub ▲
Gerald M. Needham
Thomas J. Hester
Ruben L. Iñiguez
Anthony D. Bornstein
Lisa Hay

Branch Offices:
151 W. 7th, Suite 510
Eugene, OR 97401
541-465-6937
Fax 541-465-6975

15 Newtown Street
Medford, OR 97501
541-776-3630
Fax 541-776-3624

Tonia L. Moro +
Susan Russell
Patrick Ehlers
Francesca Freccero
C. Renée Manes
Amy Baggio
Nell Brown
Kristina Hellman
Harold DuCloux III
Alison M. Clark
Brian Butler+
Lynn Deffebach ★
Michelle Sweet ★

▲ Eugene Office
+ Medford Office
★ Research/Writing Attorney

RECVD'08 DEC 10 16:24 USDC-ORE

December 5, 2008

The Honorable Michael R. Hogan
United States District Judge
Wayne L. Morse U.S. Courthouse
405 East Eighth Avenue, Room 5700
Eugene, OR 97401

FILED'08 DEC 10 16:24 USDC-ORE

Re:  *United States v. Pirouz Sedaghaty, et al.*
     CR 05-60008 HO

Dear Judge Hogan:

It has been a full year since Mr. Sedaghaty was initially ordered released. During that time he has been in compliance with the conditions of his release. With the unfortunate pace at which classified issues must be addressed, it appears as though trial in this matter is still quite some distance off. As time goes by, and Mr. Sedaghaty returns to an increasingly normal and productive life, it becomes more and more difficult to have some of the release conditions remain in effect.

During the past several months Mr. Sedaghaty has been making strong efforts to resume his work as a productive independent businessman. In those ventures, in the modern world, it is necessary for him to utilize computers both for typing and accounting purposes and with internet access. We urge the Court to recognize the reality of the situation, his excellent compliance with the conditions of release in his efforts to lead a normal life, and remove any restrictions on his use of computers and the requirement for monitoring of his computer use.

In addition, we urge the Court to reconsider the need for GPS monitoring of Mr. Sedaghaty. We believe that he has earned the trust of the Court and that the normal type of monitoring through meetings and visitation that the Pretrial Services Office performs will ensure community safety and Mr. Sedaghaty's appearance for all court appearances.

December 5, 2008
Page 2

Thank you for consideration of these requests.

Sincerely,

Steven T. Wax
Federal Public Defender

STW/jcd
O:\Client\Wax\Sedaghaty, Pirouz, 2007-1124\corres\Hogan 6.wpd

cc: AUSA Charles Gorder
AUSA Christopher Cardani
Mike McFarland