Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>PIROUZ SEDAGHATY,<br><br>         Defendant. | CR 05-60008<br><br>NOTICE OF FILING |

  Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and

Federal Public Defender Steven T. Wax, hereby  notifies the Court that on January 28,

2009, undersigned counsel submitted via hand delivery to the Court marked "Under Seal" and "Ex Parte" two copies of petitioner's Memorandum Re: Classified Material.

Respectfully submitted February 9, 2009.

                                        /s/ Steven T. Wax
                                        Steven T. Wax
                                        Federal Public Defender