FILED'09 FEB 09 07:45USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>       v.<br><br>PIROUZ SEDAGHATY,<br><br>                         Defendant. | CR 05-60008<br><br>ORDER GRANTING CONTINUANCE OF TRIAL DATE |

The parties Joint Motion To Reset Trial Date having come duly before the Court for consideration, and good cause appearing therefor, the Court does hereby

ORDER that the presently scheduled trial date of February 19, 2009, is vacated and is rescheduled to April 29, 2009, at 9:00 a.m.;

IT IS HEREBY FURTHER ORDERED that excludable time shall be recognized in this matter, in accordance with the terms of 18 U.S.C. §3161(h), from the date of this order to and including May 15, 2009, based on the complexity of the case and pendency of pretrial motions

Dated this 6th day of February, 2009.

_____
Honorable Michael R. Hogan

Presented by:

/s/ Steven T. Wax
Steven T. Wax, Attorney for Defendant