KARIN J. IMMERGUT, OSB #963144
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email: chris.cardani@usdoj.gov
Telephone: (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204
Email: charles.gorder@usdoj.gov
Telephone: (503) 727-1000
      Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-HO |
| v. | |
| **PIROUZ SEDAGHATY, et al.,** | NOTIFICATION TO DEFENDANT OF *IN CAMERA, EX PARTE,* UNDER SEAL FILING BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT |
| Defendants. | |

The United States hereby notifies the defendant that it has, on the 17th day of March 2009, filed an addendum to its first *in camera*, *ex parte* under seal submission to the Court pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA").

Dated this 19th day of March 2009.

    KARIN J. IMMERGUT
    United States Attorney

    *s/ Charles F. Gorder, Jr.*
    CHARLES F. GORDER, JR.
    Assistant United States Attorney