FILED '09 MAR 20 10:18 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-60008-HO |
| Plaintiff, | |
| v. | |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

**[~~PROPOSED~~] ORDER DENYING DEFENDANT'S FIRST MOTION FOR DISCOVERY AND SUPPLEMENT TO FIRST MOTION FOR DISCOVERY**

THIS MATTER is before the Court pursuant to Defendant's First Motion for Discovery and Supplement to First Motion for Discovery, insofar as the Motion and Supplement to the Motion relate to the Terrorist Surveillance Program of the NSA, and the Government's *Ex Parte, In Camera*, Classified submission in response.

Upon consideration and review of the Defendant's Motion and Supplement to the Motion, and the Government's submission,

///

///

///

///

///

///

///

IT IS HEREBY ORDERED that, for the reasons set forth in the Government's submission, Defendant's First Motion for Discovery and Supplement to First Motion for Discovery are DENIED, insofar as they relate to the Terrorist Surveillance Program of the NSA.

ENTERED at West. D.C., this 18th day of March, 2009.

*Michael R. Hogan*
THE HON. MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE
DISTRICT OF OREGON

cc:  U.S. Attorney's Office
     Defense Counsel