IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | CR 05-60008 |
|---|---|
| Plaintiff, | ORDER GRANTING CONTINUANCE OF TRIAL DATE |
| v. | |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

The parties Joint Motion To Reset Trial Date having come duly before the Court for consideration, and good cause appearing therefor, the Court does hereby

ORDER that the presently scheduled trial date of April 29, 2009, is vacated and is rescheduled to November 30, 2009, at 9:00 a.m.;

IT IS HEREBY FURTHER ORDERED that excludable time shall be recognized in this matter, in accordance with the terms of 18 U.S.C. §3161(h), from the date of this order to and including December 15, 2009, based on the complexity of the case and pendency of pretrial motions

Dated this _____ day of April, 2009.

_____
Honorable Michael R. Hogan

Presented by:

/s/ Steven T. Wax
Steven T. Wax, Attorney for Defendant