Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-60008 HO |
| Plaintiff, | NOTICE OF RELEVANT DECISION IN RELATED CASE |
| v. | |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby provides this Court with a recent order in a related civil case, *Al-Haramain Islamic Foundation et al v. Bush et al.,* C-07-0109 VRW, Order (April 17, 2009).  In that case, Judge Vaughn Walker ordered the

Page 1     NOTICE OF RELEVANT DECISION IN RELATED CASE

parties to enter an appropriate protective order so that both parties can access classified information, including a secret document, at issue in that case.

As the defense previously noted, its rights in this criminal case are far greater than a plaintiff's rights in a civil case.

RESPECTFULLY SUBMITTED this 20th day of April, 2009.


/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar