1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   IN RE:                          MDL Docket No 06-1791 VRW

11   NATIONAL SECURITY AGENCY        ORDER
     TELECOMMUNICATIONS RECORDS
12   LITIGATION
     _____
13
     This order pertains to:
14
     Al-Haramain Islamic Foundation et
15   al v Bush et al (C-07-0109 VRW),

16   _____/

17

18          The court has, in keeping with its orders dated January 5

19   (Doc #537/57), February 13 (Doc #562/71) and February 19 (Doc

20   #566/75), reviewed the Sealed Document and the parties' various

21   submissions on the subject of appropriate measures to prevent

22   disclosure of classified information while allowing "both parties

23   [] access to the material upon which the court makes a decision."

24   RT, Hearing held January 23, 2009 (Doc #532/67) at 34 and Doc

25   #562/71 at 2,3.

26          The United States, in response to the court's directive

27   to "inform the court how it intends to comply with the January 5

28   order" (Doc #562/71 at 3) has offered up three similar-sounding

alternatives all of which appear geared toward obtaining a stay of
this court's proceedings and review by the court of appeals, even
though its simultaneous attempts to obtain review as of right and
by means of an interlocutory appeal of the January 5 order failed
in February (Doc #562/71 and <u>Al-Haramain Islamic Foundation, Inc v
Obama</u>, No 09-15266 (9th Cir February 27, 2009)).  As both this
court and the court of appeals have determined that this matter is
properly before the court, the United States should now comply with
the court's orders.

Accordingly, the parties are hereby ordered to meet and
confer regarding the entry of an appropriate protective order which
shall be entered herein before the court rules on the merits.  The
United States District Court for the District of Columbia has
successfully employed protective orders in the <u>In Re Guantánamo Bay
Detainee Litigation</u>, D DC No Misc 08-0442 TFH, even providing for
the use of top secret/sensitive compartmented information (TS/SCI).
See, for example, the documents at docket numbers 409 and 1481 in
that matter.  The United States has advanced no argument that would
suggest a reason why the court's use of a protective order in
instant matter modeled on those in use in the <u>Guantánamo Bay</u> would
not adequately protect the classified information at issue here.

The parties shall submit to the court a stipulated
protective order on or before May 8, 2009.  If the parties are
unable to agree on all terms, they shall jointly submit a document
containing all agreed terms together with a document setting forth
the terms about which they are unable to reach agreement and the
respective positions of the parties with regard to each such term.
\\

United States District Court
For the Northern District of California

1   The court will then consider the submissions and enter a protective

2   order under which this case may resume forward progress.

3

4        IT IS SO ORDERED.

5

6

7                                    _____

8                                    VAUGHN R WALKER
                                     United States District Chief Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California