Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　　　　　　Defendant. | CR 05-60008 HO<br><br>*EX PARTE* MOTION FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE |

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, defendant

Pirouz Sedaghaty, who is indigent, applies for an Order allowing defendant to subpoena

Page 1    *EX PARTE* MOTION FOR SUBPOENAS AND WITNESS FEES AT GOVERNMENT EXPENSE

up to fifty witnesses; costs and fees incurred to be paid as provided by 28 C.F.R. §§ 21.1 *et seq.*

RESPECTFULLY SUBMITTED this 20th day of April, 2009.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar