STEVEN T. WAX
  Federal Public Defender
STEPHEN R. SADY
  Chief Deputy Defender
Steven Jacobson
Bryan E. Lessley ▲
Nancy Bergeson
Christopher J. Schatz
Ellen C. Pitcher
Craig Weinerman ▲
Mark Bennett Weintraub ▲
Gerald M. Needham
Thomas J. Hester
Ruben L. Iñiguez
Anthony D. Bornstein
Lisa Hay

**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF OREGON**

101 SW Main Street, Suite 1700
Portland OR 97204
503-326-2123 / Fax 503-326-5524

Branch Offices:
151 W. 7th, Suite 510        15 Newtown Street
Eugene, OR 97401             Medford, OR 97501
541-465-6937                 541-776-3630
Fax 541-465-6975             Fax 541-776-3624

Tonia L. Moro +
Susan Russell
Patrick Ehlers
Francesca Freccero
C. Renée Manes
Amy Baggio
Nell Brown
Kristina Hellman
Harold DuCloux III
Alison M. Clark
Brian Butler+
Lynn Deffebach ★
Michelle Sweet ★

▲ Eugene Office
+ Medford Office
★ Research/Writing Attorney

April 17, 2009

Honorable Michael R. Hogan
405 East Eighth Avenue, Room 5700
Eugene, OR  97401

Re:   *United States v. Pirouz Sedaghaty, et al.*; CR 05-60008 HO

Dear Judge Hogan:

Pursuant to the Court's request of April 16, following is a report on documents number 53, 90, 101, 135, and 137. The following items require rulings by the Court:

Document 53: A.5-20, 24-25, 27-28; B.4-10, 15-23, 26, 28-29.

Document 90: 31, 36-39, 40, 42-44, 46-47, 52-53, 55, 57-60, 62-63, 66, 68-71, 74.

Document 101: Mr. Sedaghaty understands there are discovery obligations and will respond to the government's request when and if he has any information that is required to be disclosed.

Document 135: Mr. Sedaghaty requires a ruling on this motion. He believes that consideration of this issue is entirely distinct from consideration of the government's discovery obligations. The material at issue here is defense-provided material to which the defense is entitled to have, and requires, access.

Document 137: 1, 2A.

Sincerely,

*[signature]*

Steven T. Wax
Federal Public Defender

STW/sls
cc:   Larry Matasar                                    AUSA Chris Cardani
                                                      AUSA Charles Gorder

O:\Client\Wax\Sedaghaty, Pirouz, 2007-1124\corres\Hogan 8.wpd