KARIN J. IMMERGUT, OSB #963144
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email:  chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Email: charles.gorder@usdoj.gov
Telephone:  (503) 727-1000
       Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-HO |
| v. | |
| **PIROUZ SEDAGHATY, et al.,** | GOVERNMENT'S MOTION TO EXTEND TIME TO FILE ITS RESPONSE TO DEFENDANT'S MOTION FOR MODIFICATION OF COURT ORDER OF MAY 16, 2008 |
| Defendants. | |

The United States of America, by Karin J. Immergut, United States Attorney for the District of Oregon, and through its undersigned attorneys, requests an extension of time to file its response to defendant's motion for modification of court order of May 16, 2008, based on the fact that undersigned government counsel need additional time to consult with personnel from the Department of Justice in Washington, DC.

The government requests an extension of time until May 21, 2009, to file its response.

Defense counsel has been contacted regarding defendant's position on the government's motion for an extension of time, and stated that the defendant does not oppose the government's request.

Dated this 15th day of May 2009.

        KARIN J. IMMERGUT
        United States Attorney

        *s/ Charles F. Gorder, Jr.*
        CHARLES F. GORDER, JR.
        Assistant United States Attorney

        *s/ Christopher L. Cardani*
        CHRISTOPHER L. CARDANI
        Assistant United States Attorney