Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                         **Plaintiff,**<br><br>              v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                         **Defendant.** | CR 05-60008 HO<br><br>**MOTION TO EXTEND DEADLINE FOR FILING MOTION TO SUPPRESS** |

   Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and

Federal Public Defender Steven T. Wax, hereby moves this Court to continue the June 12,

Page 1 -    MOTION TO EXTEND DEADLINE FOR FILING MOTION TO SUPPRESS

2008, deadline for filing a Motion to Suppress for one week, or until June 19, 2009. Defendant continues to work on his Motion to Suppress, but requires additional time to complete his review of the extensive discovery in this matter. Co-counsel Lawrence Matasar has been defending a case in a state court trial for the past two weeks and has had no time to review the pleading. His office advises that the case will go to the jury on June 12 or 15, 2009. This additional time will allow both counsel an opportunity to review the pleading before filing. Mr. Matasar's long history with the case dating back to the time of the search renders his input critical.

      AUSA Chris Cardani has been contacted and does not oppose this request.

      RESPECTFULLY SUBMITTED this 11th day of June, 2009.

    /s/ Steven T. Wax
Steven T. Wax
Federal Public Defender