Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              v.<br><br>PIROUZ SEDAGHATY,<br><br>                              Defendant. | CR 05-60008<br><br>MOTION TO SUPPRESS EVIDENCE SEIZED PURSUANT TO SEARCH WARRANT |

Defendant, Pirouz Sedaghaty, through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby moves this Court to suppress all evidence seized on February 18, 2004, pursuant to search warrant and any purported consents and all fruits of those searches and all subsequent searches of the computers and other electronic

media seized on that date.  This motion is supported by an accompanying memorandum of law.

RESPECTFULLY SUBMITTED this 19th day of June, 2009.


/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence W. Matasar
Lawrence W. Matasar