Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                            **Plaintiff,**<br><br>        v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                          **Defendant.** | CR 05-60008<br><br>**MOTION TO COMPEL GOVERNMENT TO CEASE ALL SEARCHES OF COMPUTERS AND ELECTRONIC MEDIA SEIZED ON FEBRUARY 18, 2004** |

Defendant, Pirouz Sedaghaty, through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby moves this Court to order the government to cease all searches of computers and electronic media seized on February 18, 2004.  This motion is supported by an accompanying memorandum of law.

**Page 1 -**    **MOTION TO COMPEL GOVERNMENT TO CEASE ALL SEARCHES OF COMPUTERS AND ELECTRONIC MEDIA SEIZED ON FEBRUARY 18, 2004**

RESPECTFULLY SUBMITTED this 19th day of June, 2009.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence W. Matasar
Lawrence W. Matasar

Page 2 -    MOTION TO COMPEL GOVERNMENT TO CEASE ALL SEARCHES OF COMPUTERS AND ELECTRONIC MEDIA SEIZED ON FEBRUARY 18, 2004