# EXHIBIT 3

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
3800 S. Highway 99
Ashland, OR  97520
Residence

**Investigation Number:**
930330039

**Starting Date and Time:**
02/18/2004 07:55 AM

**Ending Date and Time:**
02/18/2004 12:00 PM

**Report Date:**
Wednesday, February 18, 2004

---

**Control #:** 1
**Location:** Upstairs Office
**Found:** On Floor next to Stove
**Description:** Seized Per Warrant    Box of Computer CD's and diskettes
**Evidence Box:**
**Locator Code:**

---

**Control #:** 2
**Location:** Living Room
**Found:** On Floor next to Stove
**Description:** Seized Per Warrant    Computer Tower Bar Code 044941
**Evidence Box:**
**Locator Code:**

---

**Control #:** 3
**Location:** Bedroom 2
Bedroom 2
**Found:** Recycle Bin
**Description:** Seized Per Warrant    4 Computer Diskettes
**Evidence Box:**
**Locator Code:**

---

**Control #:** 4
**Location:** Bedroom 2
Bedroom 2
**Found:** On Desk
**Description:** Seized Per Warrant    Software Items
**Evidence Box:**
**Locator Code:**

---

**Control #:** 5
**Location:** Master Kitchen
**Found:** Top Drawer of Black File Cabinet
**Description:** Seized Per Warrant    1 file folder with passwords and 1 box of diskettes
**Evidence Box:**
**Locator Code:**

---

**Control #:** 6
**Location:** Upstairs Office
**Found:** On Desk
**Description:** Seized Per Warrant    IBM Aptiva Tower Serial Number 1S2140L6123DM023
**Evidence Box:**
**Locator Code:**

---

**Control #:** 7
**Location:** Upstairs Office
**Found:** On Desk
**Description:** Seized Per Warrant    Macro Voice computer Tower Model MVX100 Lite + Number 905427
**Evidence Box:**
**Locator Code:**

| | | |
|---|---|---|
| Control #: | 8 | Evidence Box: |
| Location: | Upstairs Office | Locator Code: |
| Found: | On Floor | |
| Description: | Seized Per Warrant | Compaq Contura Laptop<br>FCC ID:CNT75MBZ9 |

| | | |
|---|---|---|
| Control #: | 9 | Evidence Box: |
| Location: | Den Downstairs<br>Den | Locator Code: |
| Found: | On Floor | |
| Description: | Seized Per Warrant | Computer E Tower<br>500 ZX<br>Serial # QFK01E0008726 |

| | | |
|---|---|---|
| Control #: | 10 | Evidence Box: |
| Location: | Office Downstairs | Locator Code: |
| Found: | On Desk | |
| Description: | Seized Per Warrant | ASUS Tower Bar Code 048544 |

| | | |
|---|---|---|
| Control #: | 11 | Evidence Box: |
| Location: | Office Downstairs | Locator Code: |
| Found: | On Desk | |
| Description: | Seized Per Warrant | HP Pavillion 8370<br>Serial Number US83651159 |

| | | |
|---|---|---|
| Control #: | 12 | Evidence Box: |
| Location: | Office Downstairs | Locator Code: |
| Found: | On Desk | |
| Description: | Seized Per Warrant | Computer Tower (No Brand)<br>Bar Code 044625 |

| | | |
|---|---|---|
| Control #: | 13 | Evidence Box: |
| Location: | Garage | Locator Code: |
| Found: | Garage - Front part on Panasonic Unit | |
| Description: | Seized Per Warrant | ACER 366 D laptop<br>Serial Number 9140B010018160010DM |

| | | |
|---|---|---|
| Control #: | 14 | Evidence Box: |
| Location: | Office Downstairs | Locator Code: |
| Found: | On the Shelf on the Wall | |
| Description: | Seized Per Warrant | 18 CD's and one box of floppies |

**EXHIBIT 4**

# Voluntary Consent to a Search of Person, Premises, or Conveyance

## Statement of Rights

Before we search your premises (or person or conveyance) you should be aware of your rights under the Fourth Amendment to the Constitution.

You have the right to refuse to permit us to enter your premises (or to search your person or conveyance).

If you voluntarily permit us to enter and search your premises (or to search your person or conveyance) any incriminating evidence that we find may be used against you in court, or other proceedings.

Prior to permitting us to search, you have the right to require us to secure a search warrant.

## Waiver

I have read the above statement of my rights and, fully understanding these rights, I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity.

Person, premises or conveyance to be searched:

2 Green Trailers located @ 3800 S. Highway 99, Ashland, Oregon

Location of search:

Date: 2/18/04
Time: 848

Witness:
Name: David A. Carroll
Name: [signature]

Name: [signature]
Special Agent

Title

0001

Form 6884 (8-82)   Department of the Treasury - Internal Revenue Service

# EXHIBIT 5

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
3800 S. Hwy 99
Ashland, OR 97520
Large Green Trailer
Furthest West of House

**Investigation Number:**
930330039
**Starting Date and Time:**
02/18/2004 09:30 AM
**Ending Date and Time:**
02/18/2004 01:40 PM

**Report Date:**
Wednesday, February 18, 2004

| Control #: | 1 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | North wall of Trailer | |
| Description: | Seized Per Warrant   Box of back-up computer disks | |

| Control #: | 2 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   Box of Video Tapes | |

| Control #: | 3 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of Trailer | |
| Description: | Seized Per Warrant   Box of Video Tapes | |

| Control #: | 4 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   Box of Video Tapes | |

| Control #: | 5 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south Wall of Trailer | |
| Description: | Seized Per Warrant   Box of Video Tapes | |

| Control #: | 6 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | South Wall of Trailer | |
| Description: | Seized Per Warrant   Box of Video Tapes | |

| Control #: | 7 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of Trailer | |
| Description: | Seized Per Warrant   .box of video tapes | |

0001

| Control #: | 8 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   Box of Video Tapes | |

| Control #: | 9 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   box of video Tapes | |

| Control #: | 10 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   Box of Video Tapes | |

| Control #: | 11 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   Box of Video Tapes | |

| Control #: | 12 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   Box of Video Tapes | |

| Control #: | 13 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   Box labeled All of Data pact & Midway Networks Containing files | |

| Control #: | 14 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   Box of Mini Cassette Video Tapes | |

| Control #: | 15 | Evidence Box: |
|---|---|---|
| Location: | Trailer | Locator Code: |
| Found: | south wall of trailer | |
| Description: | Seized Per Warrant   Miscellaneous documents regarding Quran Foundation | |

# EXHIBIT 6

## Voluntary Consent to a Search of Person, Premises, or Conveyance

### Statement of Rights

Before we search your premises (or person or conveyance) you should be aware of your rights under the Fourth Amendment to the Constitution.

You have the right to refuse to permit us to enter your premises (or to search your person or conveyance).

If you voluntarily permit us to enter and search your premises (or to search your person or conveyance) any incriminating evidence that we find may be used against you in court, or other proceedings.

Prior to permitting us to search, you have the right to require us to secure a search warrant.

### Waiver

I have read the above statement of my rights and, fully understanding these rights, I waive them freely and voluntarily, without threat or intimidation and without any promise of reward or immunity.

*Voluntarily Consent to Take/Seize the following items:*

Person, premises or conveyance to be searched: *See Attachment*

Location of search: *3800 S. Highway 99, Ashland, Oregon*

Date: *2/18/04*

Time: *12:10 p.m.*

Name: *[signature]*

Witness:
Name: *Allen Anderson*
Name: *[signature]*

Special Agent

Title

00018

Form 6884 (8-82)                    Department of the Treasury - Internal Revenue Service

# EXHIBIT 7

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
3800 S. Highway 99
Ashland, OR  97520
Residence

**Investigation Number:**
930330039
**Starting Date and Time:**
02/18/2004 07:55 AM
**Ending Date and Time:**
02/18/2004 02:00 PM

**Report Date:**
Wednesday, February 18, 2004

---

**Control #:** 1
**Location:** Living Room
**Found:** Metal Shelf
**Description:** Seized Per Warrant   Video Tapes & Tape Recordings
**Evidence Box:**
**Locator Code:**

---

**Control #:** 2
**Location:** Living Room
**Found:** Entertainment Center
**Description:** Seized Per Warrant   9 Video Tapes & 3 books
**Evidence Box:**
**Locator Code:**

---

**Control #:** 3
**Location:** Office Downstairs
**Found:** Back of File Cabinet
**Description:** Seized Per Warrant   Numerous packages of photographs
**Evidence Box:**
**Locator Code:**

---

**Control #:** 4
**Location:** Office Downstairs
**Found:** In File Cabinet under desk
**Description:** Seized Per Warrant   Computerized To Do List
**Evidence Box:**
**Locator Code:**

---

**Control #:** 5
**Location:** Pantry
**Found:** On Floor
**Description:** Seized Per Warrant   2 Boxes of correspondence
A majority from prison inmates
**Evidence Box:**
**Locator Code:**

---

**Control #:** 6
**Location:** Upstairs Office
**Found:** On Floor
**Description:** Seized Per Warrant   Box of Correspondence
**Evidence Box:**
**Locator Code:**

---

**Control #:** 7
**Location:** Upstairs Office
**Found:** On Floor
**Description:** Seized Per Warrant   Box of Correspondence
**Evidence Box:**
**Locator Code:**

| Control #: | 8 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Upstairs Office | | Locator Code: | |
| Found: | On Floor | | | |
| Description: | Seized Per Warrant | Box of Correspondence | | |

| Control #: | 9 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Upstairs Office | | Locator Code: | |
| Found: | On Floor | | | |
| Description: | Seized Per Warrant | Box of Correspondence | | |

| Control #: | 10 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Upstairs Office | | Locator Code: | |
| Found: | On Floor | | | |
| Description: | Seized Per Warrant | Loos rubber banded correspondence | | |

| Control #: | 11 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Upstairs Office | | Locator Code: | |
| Found: | On Desk | | | |
| Description: | Seized Per Warrant | Five long spreadsheets | | |

| Control #: | 12 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | Upstairs Off Closet | | Locator Code: | |
| Found: | On Shelving | | | |
| Description: | Seized Per Warrant | Sampling of Literature | | |

| Control #: | 13 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | | | Locator Code: | |
| Found: | | | | |
| Description: | | Not Used | | |

| Control #: | 14 | | Evidence Box: | |
|---|---|---|---|---|
| Location: | | | Locator Code: | |
| Found: | | | | |
| Description: | | Not Used | | |