```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF OREGON

 3   UNITED STATES OF AMERICA,      )
                                    )
 4                  Plaintiff,      ) No. 05-60008-1-HO
                                    )
 5      v.                          ) August 5, 2005
                                    )
 6   AL-HARAMAIN ISLAMIC            ) Eugene, Oregon
     FOUNDATION, INC., et al.,      )
 7                                  )
                    Defendants.     )
 8

 9                  TRANSCRIPT OF PROCEEDINGS

10          BEFORE THE HONORABLE THOMAS M. COFFIN

11      UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

12                         -:-

13

14

15                  APPEARANCES OF COUNSEL

16   FOR THE PLAINTIFF:     CHRISTOPHER L. CARDANI
                            United States Attorney's Office
17                          405 E. 8th Avenue, Suite 2400
                            Eugene, OR  97401
18                          (541) 465-6771
                            chris.cardani@usdoj.gov
19

20   FOR THE DEFENDANT:     MARC D. BLACKMAN
     (via telephone)        Ransom Blackman LLP
21                          1001 SW Fifth Avenue
                            Suite 1400
22                          Portland, OR  97204
                            (503) 228-0487
23                          marc@ransomblackman.com

24   COURT REPORTER:        Deborah Wilhelm, CSR, RPR
                            P.O. Box 1504
25                          Eugene, OR  97440
                            (541) 431-4113
```



```
 1                    (Friday, August 5, 2005; 1:33 p.m.)
 2                        P R O C E E D I N G S
 3           THE CLERK:  Now is the time set for the matter
 4   of the United States of America versus the Islamic (sic)
 5   Foundation, Case No. 05-60008, status hearing regarding
 6   motion No. 10 to dismiss.
 7           I have Mr. Blackman by telephone.
 8           THE COURT:  Okay.  Mr. Blackman, did you
 9   receive a copy of the government's motion?
10           MR. BLACKMAN:  I did, Your Honor.  Thank you.
11           THE COURT:  Do you wish to respond in writing
12   to it or orally, or how do you wish to proceed?
13           MR. BLACKMAN:  I would like a chance actually
14   to evaluate whether to respond or how to respond after
15   I've had a chance to confer with others and do some
16   research.  I've done some preliminary research, but I
17   don't feel quite ready to make any recommendations to my
18   client yet.
19           THE COURT:  Okay.
20           MR. BLACKMAN:  And Mr. Cardani and I were
21   discussing this before you took the bench.  If I could
22   have until the 15th to file a response, or at least
23   notify the parties, the court, and Mr. Cardani, if we're
24   going to oppose their motion -- let me say, I think
25   we're going to oppose the motion.  Whether we're going
```

 1  to do more than simply make it a matter of record that
 2  we oppose it or not is what I don't know yet. If I can
 3  have until then to file whatever I was going to file in
 4  writing.
 5          THE COURT: Okay.
 6          MR. BLACKMAN: And I think Mr. Cardani and I
 7  were discussing whether the court would then allow him
 8  until the 22nd to respond, and then we could have it on
 9  the court's Monday calendar on the 29th.
10          THE COURT: That will work with me. All right.
11  I'll give you until the 15th to file any opposition.
12  I'll give the government until the 22nd to reply. And
13  we'll set this over -- we'll vacate the hearing on
14  Monday, August 8th, and set it over to August 29th at
15  1:30 for a hearing. And you can appear -- it's your
16  choice -- either in person or by telephone.
17          MR. BLACKMAN: Very good. Thank you very much.
18          One thing I have been trying to struggle with,
19  Christy passed on to us yesterday the question you
20  raised about your jurisdiction as a magistrate judge. I
21  found one case and I thought it was dispositive, but I
22  read it more carefully and I'm not sure it is, but there
23  is a case out of the Eastern District of Virginia called
24  *United States versus Edelman*, E-D-E-L-M-A-N, which is at
25  809 F.Supp. 431. The actual issue in that case was

```
 1  whether or not a magistrate's granting of a motion to
 2  dismiss under Rule 48(a) was reviewable by an Article
 3  III district court judge.  But -- and it says it's not.
 4  But then I realized, after more careful reading, that it
 5  was a dismissal of a complaint.  It wasn't a dismissal
 6  of an indictment.  And I don't know if there is a
 7  difference.
 8          THE COURT:  Yeah, I don't either.  Yeah, off
 9  the top of my head, it wouldn't seem that there would be
10  a distinction between dismissing an indictment on the
11  motion of the government and dismissing a complaint on
12  the motion of the government.
13          MR. BLACKMAN:  Right, that's -- and I don't
14  know if Mr. Cardani has had a chance to look at that
15  issue, but I thought that was something else I would try
16  to see if there is really any law on that jurisdictional
17  question by the 15th.
18          THE COURT:  Okay.  Then we'll just have the
19  hearing on the 29th at 1:30.
20          MR. BLACKMAN:  Thank you very much.
21          THE COURT:  You bet.
22          (The proceedings were concluded at 1:36 p.m.)
23
24
25
```

1                           CERTIFICATE

2       I, Deborah Wilhelm, Certified Shorthand Reporter

3  for the State of Oregon, do hereby certify that I was

4  present at and reported in machine shorthand the oral

5  proceedings had in the above-entitled matter.  I hereby

6  certify that the foregoing is a true and correct

7  transcript, to the best of my skill and ability, dated

8  this 30th day of June, 2009.

[Seal: CERTIFIED SHORTHAND REPORTER — Oregon CSR 00-0363 — DEBORAH WILHELM]

Deborah Wilhelm, RPR
Certified Shorthand Reporter
Certificate No. 00-0363