**Lawrence Matasar, OSB No. 74209**
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Fax: (503) 274-8575
Email: larry@pdxlaw.com

**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

**Attorneys for Pirouz Sedaghaty**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. CR 05-60008-HO |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **DEFENDANT'S MOTION** |
| vs. | ) | **FOR PROTECTIVE ORDER (CIPA)** |
| | ) | |
| **PIROUZ SEDAGHATY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant, by his attorneys, Lawrence Matasar and Steven T. Wax, hereby moves for a protective order allowing him and his attorneys to view, discuss and recreate a sealed document in the custody of the court security specialist for the purpose of litigating issues under the Classified Information Procedures Act (CIPA), 18 U.S.C.App. III.

This motion is filed pursuant to the defendant's CIPA Section 5 Notice, filed herewith, and pursuant to this Court's Order of May 16, 2008, barring discussion of the document by the defendant and his counsel until a protective order has been issued.  ("At this time, no discussion among defense counsel or any members of the defense team regarding the contents of the document is

**Page 1   DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

permitted. Access to and procedures for viewing, discussing, recreating, etc., the document have yet to be litigated. Until such time as the court has heard the matter and issued a protective order, if necessary, in conformance with national security, defense counsel and/or any member of the defense team shall not discuss the document with anyone or generate any work product, regardless of its form or characteristics, referring to the contents of the document.") CR 103. Defendant relies on his previously filed motions and memoranda requesting access to the sealed document. CR 105, 106, 135, 136, 182, 183.

Defendant respectfully requests a protective order that would: (1) prohibit discussion among defense counsel or any members of the defense team, including the defendant, of the contents of the sealed document in the custody of the court security specialist, unless the defendant has already viewed the contents of the document; (2) prohibit discussion among defense counsel or any members of the defense team, including the defendant, of the contents of the sealed document in all locations except for an Oregon location to be chosen by a Court Security Officer; and (3) prohibit defense counsel and any members of the defense team, including the defendant, from preparing any documents discussing the contents of the sealed document on all computers and other devices except for computers furnished by the Court Security Officer at an Oregon location to be chosen by the Court Security Officer.

Respectfully submitted on July 9, 2009.

/s/ Lawrence Matasar
Lawrence Matasar, OSB No. 74209

/s/ Steven T. Wax
Steven T. Wax, OSB No. 85012
Federal Public Defender

Attorneys for Defendant Pirouz Sedaghaty

**Page 2   DEFENDANT'S MOTION FOR PROTECTIVE ORDER**