**Lawrence Matasar, OSB No. 74209**
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Fax: (503) 274-8575
Email: larry@pdxlaw.com

**Steven T. Wax, OSB No. 85012**
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

**Attorneys for Pirouz Sedaghaty**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. CR 05-60008-HO |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **DEFENDANT'S CIPA NOTICE** |
| vs. | ) | |
| | ) | |
| **PIROUZ SEDAGHATY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant, by his attorneys, Lawrence Matasar and Steven T. Wax, pursuant to Section 5 of the Classified Information Procedures Act (CIPA), 18 U.S.C.App. III, § 5, hereby notifies the Court and the United States Attorney that the defendant reasonably expects to disclose classified information in connection with trial and pretrial proceedings involving this criminal prosecution. Given the Court's order of May 16, 2008, the defense cannot provide a description of the

information other than that it is "contained in a sealed document that is in the custody of the court security specialist" and contained in human memory.

Respectfully submitted on July 9, 2009.

    /s/ Lawrence Matasar
Lawrence Matasar, OSB No. 74209

    /s/ Steven T. Wax
Steven T. Wax, OSB No. 85012
Federal Public Defender

Attorneys for Defendant Pirouz Sedaghaty