```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      ) No. 05-60008-2-HO
                                )
    v.                          ) July 13, 2009
                                )
PIROUZ SEDAGHATY, et al.,       ) Eugene, Oregon
                                )
                Defendants.     )


                    TRANSCRIPT OF SEALED PAGE 48

                BEFORE THE HONORABLE MICHAEL R. HOGAN

                  UNITED STATES DISTRICT COURT JUDGE


                                -:-
```

Deborah Wilhelm, CSR, RPR
Court Reporter
P.O. Box 1504
Eugene, OR  97440
(541) 431-4113

```
 1            (Discussion held in camera with the court.  The
 2   defendant, Mr. Wax, Mr. Matasar, Mr. Gorder, and
 3   Mr. Cardani are present.)
 4            MR. WAX:  The scope of the search of the
 5   computers is one of the most critical aspects of the
 6   motion.
 7            And when the agent created these terms I think
 8   is highly relevant to whether or not they exceeded the
 9   scope, what they knew when.
10            If they got these search terms from a prior
11   review of the information on the computers, and the
12   prior review was an unguided review, then it seems to me
13   that the issue about exceeding the scope is more readily
14   proven.  And --
15            THE COURT:  Okay.  I don't need to hear more.
16            What I'm going to do is this:  Sometime later,
17   she can see if she has notes.  If she has notes, turn
18   them over.  And -- but I'm not going to say that I will
19   definitely continue the hearing.  We don't know what the
20   notes are.
21            MR. WAX:  That's fine.
22            (Proceedings continued in open court.)
23   ///
24   ///
25   ///
```

```
 1                          CERTIFICATE

 2        I, Deborah Wilhelm, Certified Shorthand Reporter

 3   for the State of Oregon, do hereby certify that I was

 4   present at and reported in machine shorthand the oral

 5   proceedings had in the above-entitled matter.  I hereby

 6   certify that the foregoing is a true and correct

 7   transcript of page 48 from the July 13, 2009 hearing, to

 8   the best of my skill and ability, dated this 22nd day of

 9   July, 2009.
```

_____
Deborah Wilhelm, RPR
Certified Shorthand Reporter
Certificate No. 00-0363