KENT S. ROBINSON
Acting United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
CHARLES F. GORDER, JR., OSB# 912874
Assistant United states Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1117
charles.gorder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-CR-60008-HO |
| | ) | |
| v. | ) | **GOVERNMENT'S EXHIBIT LIST** |
| | ) | |
| PIROUZ SEDAGHATY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, through its undersigned counsel, submits the following list of exhibits which the government intends to offer in its case-in-chief at trial. The government reserves the right to offer additional exhibits as may become necessary during the course of trial.

PAGE 1 - GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| IRS-1 | 2000 Form 990 signed by Pete Seda for Al-Haramain Islamic Foundation |
| IRS-2 | 1999 Form 990, Return of Organization Exempt From Income Tax |
| IRS-3 | 1023 Application for tax exempt status dated 12/31/99 for Al-Haramain Islamic Foundation, Inc. |
| IRS-4 | IRS determination letter dated 12/7/2000 granting temporary charitable status |
| JPM-1 | Batch deposit ticket dated 3/25/00 |
| AMX-1 | American Express Traveler's Checks, 130 original checks signed by Soliman Al-But'he |
| AMX-2 | American Express trust receipt |
| AMX-3 | Translation of American Express Traveler's Checks |
| FE-1 | First Escrow settlement statement dated 6/23/2000 for purchase of 2151 E. Division, Springfield, MO |
| BOA-1 | Signature card for Al-Haramain's Bank of America account number 28803-11561 |
| BOA-2 | Two-page February 2000 bank statement, Al-Haramain account number 28803-11561 |
| BOA-3 | Two-page March 2000 bank statement, Al-Haramain account number 28803-11561 |

PAGE 2 - GOVERNMENT'S EXHIBIT LIST

| | |
|---|---|
| BOA-4 | Check number 9456, dated 3/10/00, for $131,300, account number 28803-11561 |
| BOA-5 | Bank of America check number 9624 dated 3/11/00 for $21,000 issued to Bank of America, Al-Haramain account number 28803-11561 |
| BOA-6 | Bank of America cashier's check number 1001040568 dated 3/11/00 for $21,000 issued to Soliman Al-But'he |
| BOA-7 | Translation of $21,000 Bank of America cashier's check |
| BOA-8 | Signature card for Bank of America account number 28804-07035 in the name of The Arborist |
| BOA-9 | April 1999 statement, Bank of America account number 28804-07035 |
| BOA-10 | Bank of America wire transfer dated 4/15/99 from The Arborist to Al-Haramain Islamic Foundation in Tirane, Albania |
| BOA-11 | June 2000 Bank of America statement, Al-Haramain account number 28803-11561 |
| BOA-12 | Al-Haramain check # 9733 dated 6/23/00 for $318,291.74, account number 28803-11561 |
| ICE-1 | Form I-94 admission/departure number 35584030208 showing entry of Soliman Al-But'he on March 7, 2000 and exit on March 12, 2000 |
| ICE-2 | Automated Manifest for Saudi Arabian flight #38 on March 12, 2000 |
| ICE-3 | Results of CMIR query |

PAGE 3 - GOVERNMENT'S EXHIBIT LIST

| | |
|---|---|
| ICE-4a | CMIR dated 10/27/97 for $141,600 filed by Al-But'he |
| ICE-4b | CMIR dated 12/30/97 for $65,000 filed by Al-But'he |
| ICE-4c | CMIR dated 2/7/99 for $35,000 filed by Al-But'he |
| ICE-4d | CMIR dated 6/22/99 for $80,000 filed by Al-But'he |
| ICE-4e | CMIR dated 6/26/99 for $75,000 filed by Al-But'he |
| ICE-4f | CMIR Financial Data Base Information dated 5/16/00 for $300,520 filed by Al-But'he |
| ICE-4g | CMIR dated 8/13/00 for $15,900 filed by Al-But'he |
| ICE-4h | CMIR Financial Data Base Information dated 11/10/00 for $34,000 filed by Al-But'he |
| ICE-4i | CMIR dated 4/22/01 for $30,825 filed by Al-But'he |
| ICE-5 | Blank CMIR with instructions in effect in March 2000 |
| RDK-1 | Letter dated 8/9/00 to Pete Seda with attached closing documents |
| RDK-2 | R.D. Kanan file |
| AHIF-1 | Copy of Bank of America cashier's check number 1001040568 for $21,000 |
| AHIF-2 | Agreement between Soliman and Abu Yunus |
| AHIF-3 | Agreement between Soliman and Abu Yunus |

| | |
|---|---|
| AHIF-4 | Springfield prayer house schedule of donors and payments |
| AHIF-5 | Springfield building agreement of sale and purchase |
| AHIF-6 | Springfield Settlement Statement |
| AHIF-7 | Springfield Warranty Deed by Corporation |
| AHIF-8 | El-Feki e-mail dated February 2000 |
| AHIF-9 | Letter dated 2/21/00 from Aqeel to Al-Fiki |
| AHIF-10 | Explanation by Pete Sedaghaty for Al-Haramain expenses |
| AHIF-11 | Correspondence pertaining to Al-Haramain books and records |
| AHIF-12 | Al-Haramain monthly summary reports for February and March 2000 |
| SW-1 | Two video tapes pertaining to Chechen mujahideen battles with Russian forces. |
| SW-2 | Photo of Daveed Gartenstein-Ross |
| SW-3 | Photo of Daveed Gartenstein-Ross inside mosque |
| SW-4 | Photo of Abdul Qaadir |
| SW-5 | E-mail with attachment from Abdul-Qaadir dated 1/04/2000 at 1:00 a.m. |
| SW-6 | E-mail with attachment from Soliman Al-But'he to Ashland dated 1/04/00 at 2:32 p.m. |
| SW-7 | E-mail with attachment to undisclosed-recipient dated 1/5/2000 at 02:22 a.m. |

PAGE 5 - GOVERNMENT'S EXHIBIT LIST

| | |
|---|---|
| SW-8 | E-mail from AQ to undisclosed-recipient with attached photos dated 1/14/00 at 9:56 p.m. |
| SW-9 | E-mail with attachment from Sunnah dated 1/16/00 4:50 a.m. |
| SW-10 | E-mail from Abdul Qaadir dated 1/20/00 at 07:58 p.m. |
| SW-11 | E-mail from Pete Seda to Al-But'he dated 1/22/00 at 3:00 p.m. |
| SW-12 | E-mail from Abdul-Qaadir dated 1/24/00 at 3:04 a.m. |
| SW-13 | E-mail to Sheeshaan group dated 1/24/00 at 10:35 p.m. |
| SW-14 | E-mail to Sheeshaan group dated 1/24/00 at 10:48 p.m. |
| SW-15 | E-mail with attachment from Bilal to P dated 2/5/00 at 7:08 a.m. |
| SW-16 | E-mail to Sheeshaan group dated 2/05/00 at 09:37 p.m. |
| SW-17 | E-mail from Qoqaz website to ptichka dated 2/06/00 at 1:06 p.m. |
| SW-18 | E-mail from P to Azzam.com dated 2/12/00 at 3:47 p.m. |
| SW-19 | Azzam.com Jihad in Chechnya site February 17, 2000 |
| SW-20 | E-mail from the Arborist to Azzam dated 2/17/00 at 1:07 a.m. |
| SW-21 | E-mail from Alshoumar to P dated 2/19/00 at 01:10 a.m. |
| SW-22 | E-mail from P to Alharamain dated 2/21/00 at 03:54 |

PAGE 6 - GOVERNMENT'S EXHIBIT LIST

| | |
|---|---|
| SW-23 | E-mail from Al-But'he to Pete dated 2/23/00 at 3:23 p.m. |
| SW-24 | E-mail from the Arborist to Ferhad dated 2/25/00 12:42 a.m. |
| SW-25 | E-mail from Alshoumar to Ashland dated 2/25/00 10:59 p.m. |
| SW-26 | E-mail to Sheeshaan group dated 2/25/00 at 11:45 p.m. |
| SW-27 | E-mail to Sheeshaan group dated 2/29/00 at 08:01 a.m. |
| SW-28 | E-mail to Sheeshaan group dated 3/6/2000 at 05:53 a.m. |
| SW-29 | E-mail from the Arborist dated 3/8/00 at 1:31 p.m. |
| SW-30 | E-mail to Sheeshaan group dated 3/8/00 at 23:22:09 |
| SW-31 | E-mail to Sheeshaan group dated 3/22/00 at 10:23 p.m. |
| SW-32 | E-mail with attachment from P to Alshoumar dated 4/12/00 10:38 p.m. |
| SW-33 | E-mail to Sheeshaan group dated 5/28/00 at 09:31 p.m. |
| SW-34 | E-mail from Al-But'he to P dated 6/20/2000 at 2:41 a.m. |
| SW-35 | E-mail with attachment from P to Alshoumar dated 8/4/00 at 12:18 a.m. |
| SW-36 | E-mail from P to Sheeshaan dated 9/18/00 at 12:45 a.m. |
| SW-37 | E-mail to Sheeshaan group dated 9/20/00 at 12:51 a.m. |

| | |
|---|---|
| SW-38 | E-mail from P to Al-but'he dated 10/18/00 at 3:47 p.m. |
| SW-39 | E-mail from P to Alshouas dated 10/18/00 at 6:49 p.m. |
| SW-40 | E-mail to Sheeshaan group dated 11/17/00 at 04:57 a.m. |
| SW-41 | E-mail with attached quickbooks file from P to Shoumar dated 6/12/01 at 12:04 p.m. |
| SW-42 | E-mail to Sheeshaan group dated 9/4/01 at 7:14 a.m. |
| SW-43 | E-mail with attachments from Shoumar to Abo Yunus dated 9/29/01 at 3:28 a.m. |
| SW-44 | Photo of foreign fighters in Chechnya |
| SW-45 | Photo of leaders of foreign fighters in Chechnya |
| SW-46 | Photo of foreign fighters in the snow in Chechnya |
| SW-47 | Jihad in Chechnya banner |
| SW-48 | Photo of Kavkaz Institute |
| SW-49 | Jihad in Chehnya banner |
| SW-50 | Jihad in Chechnya banner |
| SW-51 | HTML file titled Help Jihad |
| SW-52 | Word document regarding question 6, interview with Khattab |
| SW-53 | Undated report to Brother Abdul Aziz |
| SW-54 | Azzam.com Jihad in Chechnya Russian language site |

| | |
|---|---|
| SW-55 | Azzam.com Jihad in Chechnya site requesting Russian translators |
| SW-56 | Azzam.com Jihad in Chechnya site, profile of Khattab |
| SW-57 | Azzam.com Jihad in Chechnya site links to profiles |
| SW-58 | Azzam.com Jihad in Chechnya site, maps of Chechnya |
| SW-59 | Map of battles in Grozny |
| SW-60 | Map of Mujahideen's tactical movements out of Grozny |
| SW-61 | Online Translator Service |
| SW-62 | E-mail from Shoumar to Abo Yunus dated April 2, 2001 at 2:41 a.m. |
| JC-1 | Memorandum For Colleen Anderson, Special Agent dated August 4, 2009 |
| JC-2 | Appendix A - computer Evidence Trial Exhibits - Documents |
| JC-3 | Computer Evidence Trial Exhibits - Email |
| RS-1 | Memorandum For Colleen Anderson, Special Agent dated July 31, 2009 |
| EK-1 | Al Haramain website article titled "The Latest News About The Jihaad In Chechnya" |
| EK-2 | Al-Haramain online newsletter dated February 2000, titled Jihaad |
| EK-3 | Al Haramain website article titled "Brotherhood" |

| | |
|---|---|
| EK-4 | Fatwa by al-Jibrin regarding Chechen Mujahideen from Al-Haramain website |
| EK-5 | Translation of fatwa by al-Jibrin regarding Chechen Mujahideen from Al-Haramain website |
| EK-6 | Question and statement by al-Uthaymin from Al-Haramain website |
| EK-7 | Translation of Question and statement by al-Uthaymin from Al-Haramain website |
| EK-8 | Al-Haramain website article about Kavkaz Institute |
| EK-9 | Translation of Al-Haramain website article about Kavkaz Institute |
| TW-1 | Al Haramain Islamic Foundation Transaction Detail by Account for reimbursed expenses, dated 9/19/01 |
| TW-2 | Al Haramain Islamic Foundation Transactions by Account for Springfield Building, dated 9/24/01 |
| TW-3 | Al Haramain Islamic Foundation Transaction Detail by Account for Contributions Income Unrestricted, dated 10/2/01 |
| FSB-1 | Letter from Y.V. Brazhnikov dated 9/03/2008 |
| FSB-2 | Translation of Letter from Y.V. Brazhnikov dated 9/03/2008 |
| FSB-3 | Interview report of Sergey Ignatchenko dated 12/03/2008 |
| FSB-4 | Translation of Interview report of Sergey Ignatchenko dated 12/03/2008 |

| | |
|---|---|
| FSB-5 | Documents seized by Russian authorities at Kavkaz Institute |
| FSB-6 | Translation of Documents seized by Russian authorities at Kavkaz Institute |
| OCC-1 | Assumed Business Name - New Registration document |
| OCC-2 | Articles of Incorporation of Al Haramain Islamic Foundation, Inc. dated February 11, 1999 and March 8, 1999. |

DATED this 10th day of August, 2009.[1]

Respectfully submitted,

KENT S. ROBINSON
Acting United States Attorney

*/s/ Christopher L. Cardani*
CHRISTOPHER L. CARDANI
Assistant United States Attorney

*/s/Charles F. Gorder, Jr.*
CHARLES F. GORDER, JR.
Assistant United States Attorney

---

[1]Defense counsel have received in discovery copies of almost all of the government's proposed exhibits. The government is in the process of electronically inputting copies of each of these exhibits on a disk, which will be provided to the defense.

PAGE 11 - GOVERNMENT'S EXHIBIT LIST