This is an outstanding article that offers encouraging signs about the crash of the space shuttle Columbia that exploded on Saturday, 29/11/1423 A.H. on its journey back to earth. The article is written by Professor Ali al-Timimi, Professor of Embryology and one of the most prominent preachers [of Islam] in the United States. He is an American citizen of Iraqi origin. May God bless his kind act.

**It is A Sign!**

In al-Muwatta, Omar - May God be pleased with him - asked a man what his name was. He said, "*Jamra* [live coal]." Omar said, "The son of who?" He said, " *Ibn Shihab* [meteor, flame]." Omar said, "From whom?" He said, "From *al-Huraqa* [burning]." Omar said, "Where do you live?" He said, "*Harrat an-Nar* [lava field of the fire]." Omar said, "At which one?" He said, "At *Dhati Ladha* [the one with flames]." Omar said, "Go and look at your family - they have burned." It was as Omar has said.

Imam Shams ad-Din ibn al-Qayyim, May God have mercy upon him, said: "Since there are correlations, connections and cognate relationships between names and objects similar to those between form and substance and souls and bodies, the mind can switch between one and the other."

For this reason the Prophet, Peace Be Upon Him, preferred appealing names and hated to go through places that had offensive names. In *Faydh al-Qadir*, the Prophet, PBUH, was passing through two mountains and asked what their names were. When the Prophet was told that their names were "*fadhih* [disgraceful]" and "*fajar* [act sinfully]", he turned away from them. There are several other instances similar to that in his life.

-1-

GOVERNMENT EXHIBIT
7A39a
03-296-A

This morning, all the world heard the news about the crash of the space shuttle. There is no doubt that the heart of each believer was overjoyed at the tragedy that befell their greatest enemy.

Upon hearing the news, my heart perceived some encouraging signs that I would like to spread among my brothers:

**First: The Name of the Shuttle:** The shuttle's name is "Columbia", named after the sailor "Columbus" who discovered the American continent in 1492 after the fall of Grenada, the last stronghold of Islam in Andalusia. It is well-known among historians that the Romans (the Christians of Europe) exploited the wealth of the two American continents after discovering them in order to control the Islamic World. The crash of Columbia made me feel - and God is the only One to know - that this is a strong signal that Western supremacy (American supremacy in particular) that began five hundred years ago is drawing quickly to an end - God willing - as befell the shuttle.

**Second: The Crew of the Shuttle:** The Israeli Ambassador to the United Nations said that the Israeli astronaut was carrying all the hopes and ambitions of the Israeli people. So -God willing- all these hopes and ambitions were burnt in the crash and the burning of the shuttle and one of its astronauts, the Israeli.

**Third: The Location of the Crash:** As soon as CNN announced the crash of the space shuttle near the city of Palestine, Texas, I said to myself, "God is Great". God willing, America will fall and disappear in the same manner in Palestine. In addition, Texas is the home state of the foolish and obeyed President Bush, the son, whose nation we hope - God willing - will fall on his head due to his foolish policies, similar to the fall of the shuttle in his state.

**Fourth: The President's Condolences to the American People:** In the speech that President Bush delivered to console his people, he quoted words from the Prophet Isaiah in which he praises God Almighty for creating the stars and the planets. I said to myself, Glory to God, because the very same Book of Isaiah contained signs about the coming of Prophet Muhammad - PBUH - and a warning that the Jews would be destroyed at the end of time. This is similar to God Almighty's words: "Among them there are some illiterates who do not know their Holy Book; they follow their own desires and do nothing but conjecture." [*al-Baqara*: 78.]

There are other signs about this incident that would take a long time to recount. For example, whenever the Americans believe that they are able to control not only the earth but the skies and that they are able to act as they wish, there comes a sign that reminds us that God- Almighty- is Greater than His creatures, established on His throne, governing all that exists, and that His angels act according to His command. Therefore, anyone who attempts to promote the Jews - a nation that God has covered with humiliation and wrath - would suffer Divine humiliation and wrath to the same extent that he supported them [Jews.]

As I mentioned earlier, these were only ideas that came into my mind when I heard the news, and hopes that I wish God would fulfill. God is the only One to know. Peace and prayers be upon our Prophet Muhammad, his family and his companions.

Written by: Dr. Ali ibn al-Mahdi al-Timimi

Saturday 29 Dhu al-Qi'da, 1423

Corresponding to: February 1, 2003





