**KENT S. ROBINSON**
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
**CHARLES F. GORDER, JR., OSB# 912874**
Assistant United states Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1117
charles.gorder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-60008-02 |
| | ) | |
| Plaintiff, | ) | RESPONSE TO MOTION FOR |
| | ) | CONTINUANCE AND STATEMENT |
| vs. | ) | REGARDING WITNESSES AND |
| | ) | EXHIBITS |
| PEROUZ SEDAGHATY, | ) | |
| a/k/a Pete Seda and Abu Yunus, | ) | HEARING REQUESTED |
| | ) | |
| Defendant. | ) | |

    The United States of America, through its undersigned counsel, herein responds to defendant's "Motion for Continuance and Statement Regarding Witnesses and Exhibits." (CR 202).

    In his present motion, defendant Sedaghaty claims he is unprepared for trial and blames perceived discovery transgressions and recalcitrance by the government for his inability to proceed. Since defendant alleges that the government has refused to turn

1 - Government's Response