| Date | Event |
|---|---|
| 2/18/2004 | IRS Search warrant |
| 8/15/2007 | Sedaghaty returned to the US |
| 11/30/2007 | Sedaghaty released by pre-trial services |
| 12/18/2007 | Protective Order issued by Magistrate Judge Coffin |
| 12/19/2007 | Discovery batch #1 provided to defense |
| 2/22/2008 | Discovery batch #2 provided to defense |
| 3/21 - 4/3/2008 | Numerous contacts between SA Anderson and defense investigators William Teesdale and Jim Strupp regarding how the computer evidence would be provided to the defense and what their software preferences were. |
| 4/23/2008 | Discovery batch #4 provided to defense |
| 4/24/2008 | Defense provided two hard drives to the IRS for copying evidence from the seized computers and digital media from the search warrant. |
| 5/15/2008 | Computer evidence provided to the defense. |
| 6 & 7 /2008 | Phone conference with defense, numerous other phone and e-mail contacts to help the defense be able to pull up evidence from one of the hard drives. |
| 7/15-8/13/2008 | Numerous contacts with the defense about having 24 boxes of evidence scanned |
| 8/13/2008 | 24 boxes of bank and financial records, AHIF Corporate subpoenaed records, search warrant, and consent search items were delivered to Pacific Legal for scanning upon a request by the defense. |
| | In addition, several boxes video tapes taken in the warrant via consent were shipped and then stored at the USAO in Portland for review by the defense, per their request. |
| 9/5/2008 | Defense provided a new copy of hard drive they were having problems opening in a program they requested. |
| 12/9/2008 | Matched search warrant inventory items to specific computer hard drives for the defense, per their request. |
| 2/26/2009 | Met with defense at Eugene USAO so that Jeremy could explain how he carved for files, how he located a deleted primary e-mail account, and explain how the defense's computer expert should go about recovering this information. |

|            |                                                                                                                                                                                                                                                           |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | Discovery batch #6 provided to defense                                                                                                                                                                                                                    |
| 4/8/2009   | Conference call with Jeremy & defense regarding how to validate files retrieved from computer hard drives. Told them the software we are using. Told defense we would provide actual sector addresses to PST & DBX files & disk offsets so they know exactly where the files are located. |
| 4/14/2009  | *Discovery batch #7 provided to defense which included a listing of the actual sector addresses to the PST & DBX files requested by the defense.                                                                                                           |
| 5/22/2009  | Facilitated defense's interview of Tom Wilcox at IRS                                                                                                                                                                                                       |
| 7/13/2009  | Discovery batch #8 provided to defense                                                                                                                                                                                                                     |
| 8/14/2009  | *Discovery batch #9 provided to defense which included the location on the hard drives of the computer files listed in the governments exhibit list.                                                                                                       |