KENT S. ROBINSON,
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email:  chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Email:  charles.gorder@usdoj.gov
Telephone:  (503) 727-1000
        Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

          **CR 05-60008-02-HO**

   v.

**PIROUZ SEDAGHATY,**

    Defendant.

**NOTIFICATION TO DEFENDANT OF THE FOURTH *IN CAMERA,***
***EX PARTE,* UNDER SEAL FILING BY THE UNITED STATES**
**PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States hereby notifies the defendant that it has, on the 10th day of September, 2009, filed a fourth *in camera*, *ex parte*, under seal submission to the Court pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA").

Dated this 10th day of September 2009.

KENT S. ROBINSON
Acting United States Attorney


/s/ *Charles F. Gorder, Jr.*
CHARLES F. GORDER, JR.
Assistant United States Attorney


/s/ *Christopher L. Cardani*
CHRISTOPHER L. CARDANI
Assistant United States Attorney

**Page 2 -       NOTIFICATION TO DEFENDANT OF THE FOURTH *IN CAMERA, EX PARTE,* UNDER SEAL FILING BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**