Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PIROUZ SEDAGHATY,<br><br>Defendant. | CR 05-60008<br><br>OBJECTION TO THE *EX PARTE* REVIEW OF CLASSIFIED MATERIAL SUBMITTED IN CAMERA ON SEPTEMBER 3, 2009 |

Defendant, Pirouz Sedaghaty, through his attorneys, Federal Public Defender

Steven T. Wax and Lawrence Matasar, objects to the September 3, 2009, *ex parte*

submission and review of the classified materials as reflected in the Scheduling Order of September 10, 2009.  As Mr. Sedaghaty has argued in the past, the defense should participate in any review of classified materials in this case.  CR 138 & CR 154 (notice referring to an *ex parte* pleading filed on January 28, 2009).

RESPECTFULLY SUBMITTED this 17th day of September, 2009.


/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar