**From:** Abdul-Qaadir Abdul-Khaaliq [abdqaadir@shabakah.com]
**Sent:** Monday, January 24, 2000 3:04 AM
**Subject:** Frequently Asked Questions about the Jihad in Chechnya (NEW)

**Importance:** High

```
Frequently Asked Questions about the Jihad in Chechnya (NEW)
1. I want to go and fight in Chechnya. How do I get there?
2. How do I send donations to the Muslims in Chechnya?
3. How can we help the Mujahideen in Chechnya?
4. What is the source of your news?
5. How do we obtain interviews with Khattab and Basayev?
6. Who are the Foreign Mujahideen? Why do you call them 'Foreign'?
7. What Aqeedah (Islamic belief) are the Chechens upon?
8. Are Mashkadov and the Chechen Government supporters of the Mujahideen?
9. How close are the Muslims to winning this War?
*Five-Point Analysis of the Current Situation in Chechnya
*Seven-Point Action Plan Required by the General Muslims Worldwide
************************************************************
Frequently Asked Questions about the Jihad in Chechnya (NEW)
************************************************************
1. I want to go and fight in Chechnya. How do I get there?

(a) The Mujahideen in Chechnya are not in need of manpower at present.

(b) The routes into and out of Chechnya are blocked off due to snow at
present. This situation is expected to change once the snows clear, in
March/ April.

(c) If you are not trained, then the Mujahideen in Chechnya advise you to go
and get some training first in countries like Afghanistan.

(d) Azzam Publications is only a news outlet. We do not help or 'sponsor'
people to go for Jihad.

(e) Anyone interested in going to fight (if they are trained) or in going to
train should contact members of their own communities and countries who are
known to have been for Jihad. You will know these people and they will know
you. In these cases, you should only speak in confidence to those whom you
trust, rather than speaking to everyone.

(f) Anyone unable to go and fight in Chechnya should refrain from attacking
innocent people in countries outside the land of fighting. Any such energy
should be translated into actually fighting in Chechnya, or obtaining
training in other parts of the World.

(g) To see what the Mujahideen in Chechnya need at present, read the answers
below.

**************************************************
2. How do I send donations to the Muslims in Chechnya?

There are many relief organisations and individuals collecting money for the
Chechen cause, all over the World. Only a fraction of this money actually
reaches those in need. This war has seen the rise of many 'official' Chechen
personalities who go round mosque to mosque, collecting money for the
```

1

'Jihad'. No-one knows their history and few people in Chechnya even know who these people are.

It is quite easy to become an 'official' fundraiser. Just speak Russian, take some photos and videos with you, make up some letters and ID cards and visit mosques claiming to be a member of the Chechen Government. The Muslims should use their intelligence and not hand over their money to people just because they are Chechens or just because they show a letter or two.

There is one trusted aid agency that has set up operations in the region and we will be posting their contact and bank details etc. on the Internet very soon insha-Allah. This is the only aid agency that the Qoqaz web-sites trust and recommend the people to give their donations to.

Until these details are made available, we advise the Muslims to collect the money but HOLD ONTO IT. We do not advise you to hand it over to anyone that you do not know. It is better to have a little patience than to hand over your money to someone who may or may not be able to get the money there.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
3. How can we help the Mujahideen in Chechnya?

(a) By making dua and supplicating to Allah alone and with other people, to give victory to the Mujahideen and destroy the Russians. The latest news page of our web-site contains some examples of duas that you can make.

(b) By following the authentic news of the Mujahideen from the following web-sites: www.qoqaz.net (English), www.qoqaz.com (Arabic) and www.kavkaz.org (Russian).

(c) By spreading this news to as many people and as many places as possible, by the following steps:

(i) Inform others about our web-sites by putting links on your web-sites.
(ii) Inform others about our web-sites by e-mailing everyone you know. Please do not send out spam mail so as not to cause inconvenience to people.
(iii) By printing the web site addresses on paper and putting it up in mosques, centres and university prayer rooms (obtain the proper permission before doing so).
(iv) By announcing the web site addresses after Friday Prayers in mosques, centres and universities.
(v) By announcing the web site addresses on local radio stations.
(vi) By printing out the latest news each day and putting it up on mosque, centres and university prayer room noticeboards.
(vii) By printing out the latest news each day and giving it to your local Imams and leaders, if they do not have Internet access.

(d) By collecting as much money as possible from friends, families, relatives and contacts, in mosques, centres, everywhere. Leave this money with a trustworthy individual in your community (informing at least one other person of the amount to avoid errors). Wait until we post the details of the aid organisation able to collect these donations, and then send your money to them. We do not accept or collect donations ourselves as we are only a news outlet.

(e) If you work for or know someone who works in a reputable aid organisation, inform them that the Mujahideen are in urgent need of Doctors, medical personnel and medical supplies. They are also in need of thousands of small medical combat kits which contain basic dressings, antibiotics, painkilling injections, insertable tampons (to absorb blood from bullet injuries) and other items. A Doctor qualified in Combat Medicine will know what is required. The Doctors and medical personnel should endeavour to make

their way to Chechnya through the aid organisations and join the fighting units of Ibn-ul-Khattab. All foreign volunteer help should be directed through Khattab's units, who will then distribute the help as required. Access to Khattab can also be gained by going directly to the fighters under the control of Shamil Basayev. It is better for you to go to Basayev or Khattab rather than join independent fighting militias or regular Chechen Government Forces. Once inside Chechnya, if you have the right contacts, it is very easy to reach Basayev or Khattab's units, despite the Russian lies of the Mujahideen being surrounded.

*****************************
4. What is the source of your news?

News correspondents on the ground accompanying the fighting units of Khattab and Basayev send us news and photographs. They are equipped with the latest computers, cameras and satellite communications equipment. Very soon they will be able to transmit short video clips from the fighting to be published on the Internet, insha-Allah. They try to send this news everyday but sometimes difficult fighting conditions delay the news by a day or two. The news reports on our web-sites are checked by Field Commander Khattab before being sent to us.

*************************************************
5. How do we obtain interviews with Khattab and Basayev?

At this very moment, interviews are very difficult to obtain as these commanders are busy in the fighting. However, large media organisations who wish to conduct interviews with Khattab or Basayev should e-mail us their questions and we can try without promising to have those questions answered by them. We regret that we can only attempt to do this for large media organisations (BBC, ABCNEWS, CNN, etc.).

**********************************************************
6. Who are the Foreign Mujahideen? Why do you call them 'Foreign'?

The 'Foreign' Mujahideen are non-Chechen volunteers fighting in Chechnya. They are said to number in the hundreds and some of them have been in Chechnya for five years or more. They have no personal interests in this war. They are only fighting because the Muslim countries and governments have failed to direct their power and defence budgets to the cause in Chechnya. They are fighting for victory and martyrdom. They are not fighting for money. In fact, many of these volunteers are actually from very wealthy backgrounds, from Field Commander Khattab down to some of those killed recently.

We call them 'Foreign' to inform the Muslims that this is not a civil, internal conflict between Chechens and Russians, but rather it is a crusade of the forces of Kufr (Christianity, Judaism, Communism, Atheism, etc.) against Islam. In the same way that the Russians are receiving financial and physical help from America, the Mujahideen are also receiving financial and physical help from their brothers and sisters around the World.

*************************************************
7. What Aqeedah (Islamic Belief) are the Chechens upon?

This question is irrelevant at present because the Chechen people are Muslim and they are being oppressed and killed because of their religion. Even if there was only one practising Chechen Muslim in Chechnya, it would be an Islamic obligation upon all the Muslims of the World to come to their assistance. Of course, there are tens of thousands of proper, practising Muslim Chechens in Chechnya, including knowledgeable scholars. The Scholar of the Mujahideen in Chechnya, Sheikh Abu Umar Al-Saif Al-Qaseemi is from

the Qaseem region of the Arabian Peninsula and has studied Islamic knowledge from the most knowledgeable scholars in the region.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

8. Are Mashkadov and the Chechen Government supporters of the Mujahideen?

Even though there were minor differences between the Chechen Government and the Mujahideen before this war began, Praise be to Allah, these differences have almost disappeared due to the current situation. Aslan Mashkadov himself appointed Shamil Basayev as the senior-most commander in Chechnya after the Russians invaded.

Mashkadov was willing to talk with the Russians but once they invaded Chechnya even though he tried to tell them that the Chechen people had nothing to do with the explosions in Russia, he understood the treachery of the Russians and began to support the Mujahideen to drive out the Russians.

There are, however, self-appointed Chechen 'officials' travelling through the World speaking about Wahabis and major differences on the ground. These individuals are also calling for peace to compromise and give concessions to the Russians. Their own actions are the proof against them, that maybe they are hypocrites working for Russian Intelligence, whose job is to deliver lectures to Muslims around the World and create divisions amongst them. Muslims should ignore official statements by these people and only believe the statements released on our web-sites.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

9. How close are the Muslims to winning this War?

Insha-Allah, with the Help of Allah, then the support of the millions of Muslims around the World who have been following our news everyday, we are very close to winning this War in the same way that we won the last one. Even if the Russians take Grozny, how long will they keep it: one month? One year? Ten years? The only way for them to win this War is to kill each and every Mujahid (both Chechen and Foreign) in Chechnya. Since they number several thousand, who are fighting for Islam not Chechnya, insha-Allah the Russians will never be able to achieve this.

Back in 1979, the Soviet Government made the biggest mistake of the 20th Century by invading Afghanistan. That war lasted for ten years and led to the break-up of the Soviet Union. They tried to destroy Islam again by invading Tajikistan and Chechnya in 1994, where they were driven out in shame. Sadly for them, this War will be the end of Russia. Many sleeping Muslims around the World have been awaken due to this War. Hundreds of fresh foreign volunteers have arrived in Chechnya. This is not a war about personalities. Even if Khattab is killed, there are many other foreign commanders to take his place, such as Commander Abul-Waleed Al-Ansari (Arabian Peninsula), Commander Yaqub Al-Ghamidi (Arabian Peninsula), Commander Abu Jafar Al-Yemeni (Yemen) and others, not to mention the many Chechen and Dagestani commanders.

This War has ignited Muslims all over the World, who will continue to support their brothers in Chechnya until the Russians are driven out, even if the War lasts a hundred years and costs a hundred thousand lives.

HANG ON O' MUSLIMS AS VICTORY IS VERY NEAR. WITH ALLAH'S HELP AND YOUR SUPPORT, WE WILL WIN THIS WAR INSHA-ALLAH BECAUSE ALLAH IS ON OUR SIDE WHILST THE ENEMY HAVE NOTHING BUT THEIR EQUIPMENT AND DESIRES!

"If Allah helps you, NONE can overcome you. And if He forsakes you, who is there after Him that can help you? And in Allah Alone let the believers put their trust." [Quran 3:160]

```
*************************************************
Five-Point Analysis of the Current Situation in Chechnya
*************************************************
```

1. Khattab and Basayev do not fear anyone except Allah. If they had carried out the explosions in Russia, they would have said so, without fear of anyone. They both consistently denied and deny any involvement with these explosions, saying that this is not their style of warfare. Their statements, together with the information given by Major-General Vladimir Victorovich, raises doubts on the credibility on some Muslim personalities in the UK who said that the Mujahideen carried out these explosions in Russia.

2. The U.S., Israel, India and other Western countries are secretly helping Russia to pay for this war and outwardly condemning it. The Russian Economy is almost nonexistent, the currency has lost value and the country is in debts. How then can Russia maintain an army of over 100,000 troops, with thousands of vehicles, aircraft, food, ammunition, supplies, wages, power and fuel from existing resources? They are receiving financial and military help from the US and Israel.

3. The Mujahideen and the Chechens in general are experienced, combat-hardened fighters. No experienced fighter will remain in houses, schools, mosques and hospitals during heaving shelling and bombardment. They will all take refuge in bunkers, caves, trenches and mountains. Why then are the Russians bombing houses, schools, mosques and hospitals, claiming they are fighting terrorism? What and who are they bombing? Russia is a terrorist nation, that terrorises not only the civilians of its enemy, but also its own civilians.

4. With the exception of the Taliban, NOT A SINGLE MUSLIM COUNTRY has condemned Russian actions in Chechnya. On the contrary, Muslim countries continue to support Russian trade and industry. Thousands of Russian prostitutes continue to earn millions from trade in the Middle Eastern countries such as the UAE and Bahrain. All of these countries are Russia's partners in the fight against Islam.

5. Hundreds of foreign Mujahideen have entered Chechnya to wipe out Russian terrorism and destroy Russian bandits. There are more foreign Mujahideen inside Chechnya now, than there ever were in the three years of the 1994-96 war.

```
*********************************************************
Seven Point Action Plan Required by the General Muslims Worldwide
*********************************************************
```

1. Follow the authentic news of the Jihad in Chechnya from authentic sources. The only three sources of authentic and direct information on the Internet are http://www.qoqaz.net/ (English), http://www.qoqaz.com/ (Arabic) and http://www.kavkaz.org/ (Russian). Any doubtful news can be verified directly by e-mailing any of these three news organisations. Muslims are advised not to accept news reports from self-styled Chechen representatives within the Muslim communities, unless they produce signed documents of authority from senior Chechen ministers or known Mujahideen field commanders such as Shamil Basayev or Ibn-ul-Khattab.

2. Spread authentic news about what is happening in Chechnya to Muslims all over the world, through word-of-mouth, Friday sermons, leaflets, posters, friends in the Muslim and non-Muslim media, radio, TV, e-mail and the Internet. Media is an important part of this war.

3. Boycott Russian companies and goods. Enforce all types of sanctions against Russia.

4. For the one who is able, to travel to Chechnya to give physical and financial assistance to their suffering Muslim brothers and sisters. One should NOT travel to Chechnya until he has definite contacts with Chechen groups, organisations, centres or Islamic charitable organisations, who can confirm 100% that a safe route exists into Chechnya. All visas must be obtained prior to travel. Once inside Chechnya, one must join one of the many existing groups helping the afflicted Muslims in the area.

5. Lobby relatives, friends and contacts in Muslim governments to break off diplomatic relations with Russia, expel their ambassadors and shut-down their embassies, unless Russian unilaterally withdraws from Chechen soil.

6. Shamil Basayev is the senior commander of Chechen Mujahideen forces and Ibn-ul-Khattab is the senior commander of the foreign Mujahideen forces. In addition, there are several Chechen fighting groups. It is advisable that all Muslims give support to these two field commanders as they are known to Muslims all over the world as trustworthy and Islamically-aligned.

7. At the very least, supplicate to Allah to give Victory to the believers and destroy the oppressors.