## PROMT's Online Translator

It's the **770066**-th translation (since 18.03.99)

> Wait until we post the details of the aid organisation able to collect these donations, and then send your money to them. We do not accept or collect donations ourselves as we are only a news outlet.
>
> (e) If you work for or know someone who works in a reputable aid organisation, inform them that the Mujahideen are in urgent need of Doctors, medical personnel and medical supplies.

English-Russian translation  Subject: Common lexis

[ Translate ]   [ Clear All ]

> Ждите, пока мы не отправляем по почте детали организации помощи, способной собрать(забрать) эти пожертвования, и затем посылаем ваши деньги им. Мы не принимаем или собираем(забираем) пожертвования самостоятельно, поскольку мы - только выход новостей. (Е), если Вы работаете для или знаете кого - то, кто работает в уважаемой организации помощи, сообщите им, что Mujahideen находятся в срочной потребности Докторов, медицинского персонала и медикаментов.

### Welcome to o line store

PROMT company announces the on-line store -- PROMT-shop. Nc any of our programs via Interne shop accepts credit c Eurocard/MasterCard, Diners Cl you can make an order throug system. In this case we issue payment and after the money bank account the ordered pr shipped to you.
Note you get free delivery of the by UPS if you order items for m Our store is opened for buye country and continent, so ordere shipped virtually in any region of our products right now and be a

\* \* \*

Copyright © 1998-2000 PROject MT, Ltd. All rights reserved.
webmaster@promt.spb.su

---

## PROMT's Online Translator

It's the **770093**-th translation (since 18.03.99)

> We regret that we can only attempt to do this for large media organisations (BBC, ABCNEWS, CNN, etc.).

English-Russian translation  Subject: Common lexis

[ Translate ]   [ Clear All ]

> Мы сожалеем, что мы можем только пытаться делать это для больших организаций средств информации (БИ-БИ-СИ, ABCNEWS, СИ-ЭН-ЭН, и т.д.).

### Welcome to o line store

PROMT company announces the on-line store -- PROMT-shop. Nc any of our programs via Interne shop accepts credit c Eurocard/MasterCard, Diners Cl you can make an order throug system. In this case we issue payment and after the money bank account the ordered pr shipped to you.
Note you get free delivery of the by UPS if you order items for m Our store is opened for buye country and continent, so ordere shipped virtually in any region of our products right now and be a

\* \* \*

Copyright © 1998-2000 PROject MT, Ltd. All rights reserved.
webmaster@promt.spb.su

## PROMT's Online Translator

It's the 770107-th translation (since 18.03.99)

```
The Scholar of the Mujahideen in Chechnya, Sheikh Abu Umar Al-Saif Al-Qaseemi
is from the Qaseem region of the Arabian Peninsula and has studied Islamic
knowledge from the most knowledgeable scholars in the region.

Go to Top

8. Are Mashkadov and the Chechen Government supporters of the Mujahideen?
```

[English-Russian translation ▼]  Subject: [Common lexis ▼]

[Translate]  [Clear All]

```
Ученый Mujahideen в Чечне, Шейх Абу Умар Ал-Саиф Аль-qaseemi - от
Qaseem области(региона) Аравийского Полуострова и изучил Исламское
знание от наиболее хорошо осведомленных ученых в области(регионе).
Идите к Вершине 8. Являются ли Mashkadov и Чеченские Правительственные
сторонники Mujahideen?
```

Copyright © 1998-2000 PROject MT, Ltd. All rights reserved.
webmaster@promt.spb.su

### Welcome to o line store

PROMT company announces the on-line store – PROMT-shop. Nc any of our programs via Interne shop accepts credit c Eurocard/MasterCard, Diners Cl you can make an order throug system. In this case we issue payment and after the money bank account the ordered pr shipped to you.
Note you get free delivery of the by UPS if you order items for n Our store is opened for buye country and continent, so ordere shipped virtually in any region of our products right now and be a

* * *

## PROMT's Online Translator

It's the 770124-th translation (since 18.03.99)

```
9. How close are the Muslims to winning this War?

Insha-Allah, with the Help of Allah, then the support of the millions of Muslims
around the World who have been following our news everyday, we are very close
to winning this War in the same way that we won the last one. Even if the Russians
take Grozny, how long will they keep it: one month? One year? Ten years?
```

[English-Russian translation ▼]  Subject: [Common lexis ▼]

[Translate]  [Clear All]

### Welcome to o line store

PROMT company announces the on-line store – PROMT-shop. Nc any of our programs via Interne shop accepts credit c Eurocard/MasterCard, Diners Cl you can make an order throug system. In this case we issue payment and after the money bank account the ordered pr shipped to you.
Note you get free delivery of the by UPS if you order items for n

> 9. Как близко Мусульмане к победе(завоеванию) этой Войны? Insha-Аллах, с Помощью Аллаха, тогда поддержка миллионов Мусульман во всем мире, кто следовали наши каждодневные новости, мы - очень близко к победе (завоеванию) этой Войны таким же образом, что мы выиграли последний (прошлый). Даже если Русские берут Grozny, как долго будет они держать это: один месяц? Один год? Десять лет?

Copyright © 1998-2000 PROject MT, Ltd. All rights reserved.
webmaster@promt.spb.su

**PROMT's Online Translator**

It's the 770133-th translation (since 18.03.99)

> They tried to destroy Islam again by invading Tajikistan and Chechnya in 1994, where they were driven out in shame. Sadly for them, this War will be the end of Russia. Many sleeping Muslims around the World have been awaken due to this War. Hundreds of fresh foreign volunteers have arrived in Chechnya. This is not a war about personalities.

English-Russian translation | Subject: Common lexis

[Translate] [Clear All]

> Они пробовали уничтожать Ислам снова, вторгаясь В таджикистан и Чечню в 1994, где они были вытеснены в позоре. Печально для них, эта Война будет конец России. Много спящих Мусульман во всем мире были, пробуждают из-за этой Войны. Сотни новых(свежих) иностранных добровольцев прибыли в Чечню. Это - не война относительно лиц.

### Welcome to o line store

PROMT company announces the on-line store – PROMT-shop. No any of our programs via Interne shop accepts credit Eurocard/MasterCard, Diners Cl you can make an order throug system. In this case we issue payment and after the money bank account the ordered pr shipped to you.
Note you get free delivery of the by UPS if you order items for m
Our store is opened for buye country and continent, so ordere shipped virtually in any region of our products right now and be a

* * *

Copyright © 1998-2000 PROject MT, Ltd. All rights reserved.
webmaster@promt.spb.su

**PROMT's Online Translator**

It's the 770151-th translation (since 18.03.99)

### Welcome to o line store

**EXHIBIT B, PAGE 3 of 5**

> WITH ALLAH'S HELP AND YOUR SUPPORT, WE WILL WIN THIS WAR INSHA-ALLAH BECAUSE ALLAH IS ON OUR SIDE WHILST THE ENEMY HAVE NOTHING BUT THEIR EQUIPMENT AND DESIRES!
>
> "If Allah helps you, NONE can overcome you. And if He forsakes you, who is there after Him that can help you? And in Allah Alone let the believers put their trust." [Quran 3:160]

English-Russian translation | Subject: Common lexis

[Translate] [Clear All]

> С ПОМОЩЬЮ АЛЛАХА И ВАШЕЙ ПОДДЕРЖКОЙ, МЫ ВЫИГРАЕМ ЭТОГО ВОЕННОГО INSHA-АЛЛАХА, ПОТОМУ ЧТО АЛЛАХ НАХОДИТСЯ НА НАШЕЙ СТОРОНЕ, ПОКА ВРАГ ИМЕЕТ ТОЛЬКО ИХ ОБОРУДОВАНИЕ И ЖЕЛАНИЯ! "
>
> Если Аллах помогает Вам, НИ ОДИН не может преодолевать Вас. И если Он оставляет Вас, кто - там после Него, который может помогать Вам? И в Аллахе Один позволял сторонники помещают их доверие(трест). " [Quran 3:160]

PROMT company announces the on-line store – PROMT-shop. N[c] any of our programs via Interne[t] shop accepts credit [c] Eurocard/MasterCard, Diners Cl[ub] you can make an order throug[h] system. In this case we issue [the] payment and after the money [to] bank account the ordered pr[oducts] shipped to you.
Note you get free delivery of th[e] by UPS if you order items for m[ore] Our store is opened for buye[rs] country and continent, so order[s] shipped virtually in any region of our products right now and be a[...]

* * *

Copyright © 1998-2000 PROject MT, Ltd. All rights reserved.
webmaster@promt.spb.su

## PROMT's Online Translator

It's the **770303**-th translation (since 18.03.99)

> 4. With the exception of the Taliban, NOT A SINGLE MUSLIM COUNTRY has condemned Russian actions in Chechnya. On the contrary, Muslim countries continue to support Russian trade and industry. Thousands of Russian prostitutes continue to earn millions from trade in the Middle Eastern countries such as the UAE and Bahrain. All of these countries are Russia's partners in the fight against Islam.

English-Russian translation | Subject: Common lexis

[Translate] [Clear All]

> 4. За исключением Taliban, НИ ОДНА МУСУЛЬМАНСКАЯ СТРАНА осудила Российские действия в Чечне. Напротив, Мусульманские страны продолжают поддерживать торговлю Русского и промышленность. Тысячи Российских проституток продолжают зарабатывать миллионы от торговли в Средних Восточных странах типа ОБЪЕДИНЕННЫХ АРАБСКИХ ЭМИРАТОВ и Бахрейна. Все эти страны - партнеры России в борьбе против Ислама.

## Welcome to o[ur on-]line store

PROMT company announces the on-line store – PROMT-shop. N[c] any of our programs via Interne[t] shop accepts credit [c] Eurocard/MasterCard, Diners Cl[ub] you can make an order throug[h] system. In this case we issue [the] payment and after the money [to] bank account the ordered pr[oducts] shipped to you.
Note you get free delivery of th[e] by UPS if you order items for m[ore] Our store is opened for buye[rs] country and continent, so order[s] shipped virtually in any region of our products right now and be a[...]

* * *

Copyright © 1998-2000 PROject MT, Ltd. All rights reserved.
webmaster@promt.spb.su

`<!-- link="#ffd700" alin`