KENT S. ROBINSON
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email:  chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Email:  charles.gorder@usdoj.gov
Telephone:  (503) 727-1000
      Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

                         **CR 05-60008-02-HO**

      v.

**PIROUZ SEDAGHATY,**

          Defendant.

**NOTIFICATION TO DEFENDANT OF *IN CAMERA,
EX PARTE* HEARING WITH THE UNITED STATES
PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States hereby notifies the defendant that on the 13th day of October, 2009,

the Court conducted an *in camera*, *ex parte* hearing with the United States pursuant to Section 4

of the Classified Information Procedures act, 18 U.S.C. App. 3 ("CIPA").

Dated this 14th day of October 2009.

KENT S. ROBINSON
Acting United States Attorney


*s/ Charles F. Gorder, Jr.*
CHARLES F. GORDER, JR.
Assistant United States Attorney


*s/ Christopher L. Cardani*
CHRISTOPHER L. CARDANI
Assistant United States Attorney

**Page 2 -     NOTIFICATION TO DEFENDANT OF *IN CAMERA, EX PARTE*
HEARING WITH THE UNITED STATES PURSUANT TO THE
CLASSIFIED INFORMATION PROCEDURES ACT**