Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>         v.<br><br>PIROUZ SEDAGHATY,<br><br>                                    Defendant. | CR 05-60008<br><br>MOTION TO FILE EXHIBIT B TO SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO SUPPRESS UNDER SEAL |

Defendant, Pirouz Sedaghaty, through his attorneys, Federal Public Defender Steven T. Wax, and Lawrence Matasar, moves this Court to seal the Exhibit B on the

ground that it involves in camera testimony.

        RESPECTFULLY SUBMITTED this 15th day of October, 2009

                /s/ Steven T. Wax
                Steven T. Wax
                Federal Public Defender

                /s/ Lawrence Matasar
                Lawrence Matasar