Lawrence Matasar, OSB #74209
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone: (503) 222-9830
Fax: (503) 274-8575
Email: larry@pdxlaw.com

Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

      Attorneys for Pirouz Sedaghaty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. CR 05-60008 |
| Plaintiff, | )<br>) | REPLY TO GOVERNMENT'S RESPONSE<br>TO DEFENDANT'S SUPPLEMENTAL |
| vs. | )<br>) | BASIS FOR SUPPRESSION OF SEIZED<br>COMPUTER INFORMATION |
| **PIROUZ SEDAGHATY** | )<br>) | |
| Defendant. | ) | |

      Mr. Sedaghaty, by his attorneys, Lawrence Matasar and Steven T. Wax, in reply to the Government's Response to Defendant's Supplemental Basis for Suppression of Seized Computer Information (CR 225), in further support of his Motions to Suppress

/ / /

/ / /

/ / /

PAGE 1 – REPLY TO GOVERNMENT'S RESP. TO DEF. SUPP. BASIS FOR SUPPRESSION OF SEIZED COMPUTER INFORMATION

(CR 181, 205), and in support of a Motion in Limine to be filed before trial, hereby submits the attached Declaration of Colonel Walter Patrick Lang.

RESPECTFULLY SUBMITTED this 26th day of October, 2009.

/s/ Lawrence Matasar
Lawrence Matasar
OSB No. 74209
Telephone: (503) 222-9830

/s/ Steven T. Wax
Steven T. Wax
OSB No. 85012
Telephone: (503) 326-2123

Attorney for Defendant Pirouz Sedaghaty

PAGE 2 – REPLY TO GOVERNMENT'S RESP. TO DEF. SUPP. BASIS FOR SUPPRESSION OF SEIZED COMPUTER INFORMATION