KENT S. ROBINSON, OSB #09625
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email:  chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Email:  charles.gorder@usdoj.gov
Telephone:  (503) 727-1000
      Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA**

    v.

**PIROUZ SEDAGHATY,**

          Defendant.

CR 05-60008-02-HO

**NOTIFICATION TO DEFENDANT OF THE FIFTH *IN CAMERA*,
*EX PARTE*, UNDER SEAL FILING BY THE UNITED STATES
PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States hereby notifies the defendant that it has, on the 13th day of November, 2009, filed a fifth *in camera*, *ex parte*, under seal submission to the Court pursuant to Section 4 of the Classified Information Procedures act, 18 U.S.C. App. III ("CIPA").

Dated this 13th day of November 2009.

>KENT S. ROBINSON
>Acting United States Attorney
>
>
>*s/ Charles F. Gorder, Jr.*
>CHARLES F. GORDER, JR.
>Assistant United States Attorney
>
>
>*s/ Christopher L. Cardani*
>CHRISTOPHER L. CARDANI
>Assistant United States Attorney

Page 2 -   NOTIFICATION TO DEFENDANT OF THE FIFTH *IN CAMERA, EX PARTE,* UNDER SEAL FILING BY THE UNITED STATES PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT