# EXHIBIT C

File Number:
Date:            01/26/2009

## Witness Interview Report

Moscow                                                                                   December 3, 2008

Interview started at 10:30
Interview ended at 13:00

     Based on the Letters Rogatory received from the US Department of Justice, Deputy Chief of the 3rd Department of Russian FSB Investigative Division, Lieutenant Colonel of Justice V.V. Romanovskiy conducted an interview of a witness at 1/3 Bolshaya Lubyanka St., Room # 207, Moscow, in accordance with Articles 189 and 190 of Russian Federation Criminal Procedural Code. [The information about the witness is as follows:]

1. Last, first, patronymic name: IGNATCHENKO, Sergey Nikolayevich

2. Date of birth: September 02, 1961

3. Place of birth: Moscow

4. Place of residency and registration: 2 Bolshaya Lubyanka, apt.# 326, Moscow;
phone:

5. Citizenship: Russian Federation

6. Education: college degree

7. Marital Status: married

8. Employer or Educational Institution: Russian Federal Security Service [FSB] employee
phone:

9. Military service status: draft eligible

10. Previous convictions: none

11. Passport or other identification document: identity attested

12. Other information about the witness: none.

                                                Witness   [Illegible signature]
                                                                   (signature)

[Illegible signature]

     Prior to the interview I was explained my rights and responsibilities as a witness according to Russian Federation Criminal Procedural Code, Article 56, part 4: