IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　　　　　　Defendant. | CR 05-60008<br><br>ORDER GRANTING MOTION TO ISSUE LETTERS ROGATORY |

　　　　This matter comes before the Court upon motion by the defendant, Pirouz Sedaghaty, for an order issuing the attached Letter Rogatory to the Arab Republic of Egypt.

　　　　IT IS HEREBY ORDERED that the defendant's motion is GRANTED. The clerk shall promptly deliver the signed and properly certified and authenticated Letter Rogatory to counsel for the defendant, who will be responsible for transmitting it to the Department of State for prompt transmittal to the appropriate authorities in the Arab Republic of Egypt.

　　　　ORDERED this _____ day of December, 2009.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael Hogan
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Presented by:


/s/ Steven T. Wax_____
Steven T. Wax
Federal Public Defender