IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　　　　　　　　Defendant. | CR 05-60008<br><br>ORDER GRANTING MOTION TO COMPEL THE GOVERNMENT TO UTILIZE THE MUTUAL LEGAL ASSISTANCE TREATY ON BEHALF OF MR. SEDAGHATY |

　　　　This matter comes before the Court upon motion by the defendant, Pirouz Sedaghaty, for an order compelling the government to utilize the Mutual Legal Assistance Treaty (MLAT) with Egypt.

　　　　IT IS HEREBY ORDERED that the government facilitate the appearance of Mr. Mahmoud Talaat Hassan El Fiki, Mr. Sharif El Fiki, and Mr. Mohammed Salat at Mr. Sedaghaty's trial or at a deposition. Specifically, the government should arrange for a "walled off" attorney and investigator within the United States government to act on Mr. Sedaghaty's behalf.

　　　　ORDERED this _____ day of December, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael Hogan
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Presented by:

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 1 -　　ORDER GRANTING MOTION TO COMPEL THE GOVERNMENT TO UTILIZE THE MUTUAL LEGAL ASSISTANCE TREATY ON BEHALF OF MR. SEDAGHATY