# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CRIMINAL MINUTES

**CASE NO:** CR 05-60008-2-HO  **DATE:** December 8, 2009

**PRESIDING JUDGE:** MICHAEL R. HOGAN

**DEPUTY CLERK:** Leslie Engdall

---

Record of order establishing the following pretrial, trial document and trial deadlines:

| | |
|---|---|
| 3/17/10: | Exchange exhibits; file exhibit lists (plaintiff to use exhibit numbers 1-500; defendant to use exhibit numbers 600-1000), and witness lists (with brief summary of anticipated testimony). The parties are to send to the Clerk's Office, 405 East 8th Avenue, Room 2100, Eugene, OR 97401, the judge's **copy** of exhibits, properly marked and in a 3-ring binder. BRING ALL ORIGINAL EXHIBITS with exhibit stickers placed on the lower right hand corner TO THE PRETRIAL CONFERENCE in individual file folders marked with the corresponding exhibit number on the top of the file folder tab. |
| 4/5/10: | File written objections to exhibits; file motions in limine; |
| 4/19/10: | File responses to motions in limine and file responses to written objections to exhibits; |

.

---

**UNITED STATES OF AMERICA**                    **Christopher Cardani/Charles Gorder**

                                                **Asst. U.S. Attorney**

**v.**
**Defendant:**                                  **DEFENDANT'S COUNSEL**

1.   PIROUZ SEDAGHATY                           Lawrence Matasar/Steven Wax

   cc: Chambers
       Counsel of Record

CR 05-60008-2

**CRIMINAL MINUTES**          **DOCUMENT NO:** _____

USA v. Sedaghaty
Page

| | |
|---|---|
| 4/26/10: | File replies in support of motions in limine and file replies to written objections to exhibits; |
| 5/10/10: | 9:00 am - Pretrial Conference. The court will hear arguments on any motions in limine and rule on exhibits at the pretrial conference. |
| 5/24/10: | File proposed voir dire, proposed jury instructions and trial memoranda, proposed verdict forms (on plain paper to be signed by "Presiding Juror"); |
| 6/7/10: | 9:00 am - 2 week Jury Trial. |

**CRIMINAL MINUTES**      **DOCUMENT NO:** _____