KENT S. ROBINSON, OSB #09625
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
701 High Street
Eugene, OR 97401
Email:  chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Email: charles.gorder@usdoj.gov
Telephone:  (503) 727-1000
      Attorneys for United States of America

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-02-HO |
| v. | **GOVERNMENT'S SUBMISSION REGARDING NEED FOR CLASSIFIED HEARING** |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

      Attached is the United States' submission opposing a classified hearing on the defendant's motion to suppress evidence seized pursuant to a search warrant.  Pursuant to the Court's December 8, 2009 request, the government submitted a letter to the Court regarding its

position as to whether a classified hearing should be held.  The attached letter was provided to the Court and to defense counsel on January 12, 2010 via email and first class mail.

Dated this 13th day of January 2010.

        KENT S. ROBINSON
        Acting United States Attorney


        /s/ Charles F. Gorder, Jr.
        CHARLES F. GORDER, JR.
        Assistant United States Attorney


        /s/ Christopher L. Cardani
        CHRISTOPHER L. CARDANI
        Assistant United States Attorney