# EXHIBIT D



Exhibit 5
Page 1 of 1

AL-HARAMAIN CHARITY FOUNDATION
Head Office
Financial Affairs – Riyadh

Call – knowledge - Work

Date: 22/12/1420 H. (=3/28/2000)

RECEIPT OF MONEY
No. 263867

| Riyal | Creditor's account | Side/Item |
|---|---|---|
| 479514 | 9889 | Asia |

Received from (brother): Office of al-Haramain in America

The sum of Saudi Riyals: Four hundred thousand and five hundred and fourteen.

In Cash/ Check No. _____    Date ___/___/___ Bank ___ Branch ___

In reference to: Donation for the Chechen Moslems/ the amount of $127,700.

Accountant: 2866309   Received by: Signature.            Director

Seal of al-Haramain Charity Foundation
        Cash Register
        Financial Affairs

Kingdom of Saudi Arabia – P. O. Box 69606 – Riyadh 11557 –
Phone 4634414/4652210 – Fax 4623306 – Dammam – phone 8420220
Fax 8492007 – Jedda- Phone 9771843/9771101 – Fax 9932953 (unclear) –
Mecca – Phone 5580685 – Fax unclear) – Taif – Phone (unclear) – Fax (7442900?).

   Original copy for donor – copy for accounting – copy for the committee –
   Copy for the record.

(Translator's note: Several of abovementioned telephone and fax numbers are not clear)



Exhibit 4
Page 1 of 1

## AL-HARAMAIN CHARITY FOUNDATION
### Head Office
### Financial Affairs – Riyadh

### Call – Knowledge – Work

Date: 8/12/1420 H. (=3/14/2000 AD)

Receipt No. 2 6 2 7 4 0

| Riyal | Creditor Account | Reference/Item |
|---|---|---|
| 224000 | 9889 | Asia |

Received from brother: al-Haramain Office in America    - delivered by brother Soliman al-Buthi

The sum of Saudi Riyals: Two hundred and twenty four thousand

In Cash/ Check No.:  By check – No. _____ Date _____ Bank/Branch _____

In reference to: (in respect of): Donation to the Muslims of the Chechens.

| Cashier | Received by: | Director |
|---|---|---|
| _____ | Signature | _____ |

Seal: Cash Register
(The rest of the language of the seal is not clear except for the word Financial)

Kingdom of Saudi Arabia – P. O. Box 69606 – Riyadh 11557 –
Phone 4634414/4652210 – Fax 4623306 – Dammam – phone 8420220
Fax 8492007 – Jedda- Phone 9771843/9771101 – Fax (unclear) –
Mecca – Phone 5580685 – Fax -558-3802 – Taif – Phone (7443800) – Fax- 7446900?

Original copy for donor – copy for accounting – copy for the committee –
    Copy for the record.

(Translator's note: Several of abovementioned telephone and fax numbers are not clear)

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh



مؤسسة الحرمين الخيرية
المكتب الرئيس - الرياض

Ref : ..........
Date : ..........

الـرقم : ٤٣٥/م٢/٢
التاريخ : ١٤٢٥/٣/٧هـ

الأخ الفاضل/ سليمان بن حمد البطحي    حفظه الله
السلام عليكم ورحمة الله وبركاته ..    أما بعد؛

فنسأل الله لنا ولكم مزيد العون والتوفيق،،

إشارة إلى طلبكم تأكيد توريدكم المبالغ الخاصة بالشيشان ، نؤكد أنه تم توريد المبالغ المستلمة منكم وبيانها كالآتي:

| المبلغ بالريال | رقم السند | تاريخ السند | اليومية الوارد بها المبلغ |
|---|---|---|---|
| ٢٢٤,٠٠٠ | ٢٦٧٤٠ | ١٤٢٠/١٢/٨هـ | ١٤٢٠/١٢/٨هـ |
| ٤٧٩,٥١٤ | ٢٦٣٨٧ | ١٤٢٠/١٢/٢٢هـ | ١٤٢٠/١٢/٢٣هـ |

وتفضلوا بقبول وافر التحية .

خالد بن عبيد الظاهري
مساعد المدير العام لشؤون المالية والإدارية



ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ - المملكة العربية السعودية - هاتف ٤٦٥٢٢١٠ - فاكس ٤٦٢٣٣٠٦ - بريد إلكتروني headoffice@alharamain.org
P.O.Box 69606 Riyadh 11557 - Saudi Arabia - Tel. 4652210 - Fax 4623306 - E-mail: headoffice@alharamain.org

In the Name of Allah Most Merciful Most Compassionate

# AL-HARAMAIN CHARITY FOUNDATION
## Head Office – Riyadh

## Al-Haramain Charity Foundation
## Call, knowledge, Work

Ref. No. 1M2/435
Date: 7/3/1425 H. (=4/27/2004 AD)

Dear Brother/Soliman Bin-Hamad al-Buthi; may God protect him.
Peace be with you, the merci of God and His blessings

Now to our topic:

We ask God to give you and us lots of help and success,

With regard to your request to confirm the transfer of the money designated to the Chechens, We would like to assure you that the money that was received from you has been transferred as follows:

| Amount in Riyal | Voucher # | Date of voucher | daily log in which Amount was recorded |
|---|---|---|---|
| 224,000 | 26740 | 8/12/1420 H (=3/14/2000 AD) | 8/12/1420 H (=3/14/2000 AD) |
| 479,514 | 263867 | 22/12/1420 H (= 3/28/2000 AD) | 23/12/1420 H (= 3/29/2000AD) |

With my best greetings.

Khalid Bin-'Ubayd al-Zahiri
Assistant Director For Finance and Administration
Signature

Stamp of al-Haramain Charity Foundation

P.O.Box 69606 Riyadh 11557 – Saudi Arabia – Tel. 4652210 – Fax 4623306 –
E-mail: headoffice@alharamain.org



د. باسم عبد الله عالم

**BASSIM A. ALIM, Esq.**

Date: 27/05/2004 AD  
Ref.: 14274/01/01

التاريخ: 1425/04/08هـ الموافق 2004/05/27م  
الرقم: 14274/01/01

## TRANSLATION

ترجمــــــة

This document was translated for official use.

تمت هذه الترجمة لتقديمها للجهات الرسمية التي تطلبها.

This document consists of (3) pages as per the following sequence: -

وهي مكونة من (3) صفحات حسب الترتيب أدناه: -

1- This cover.

1- صفحة الغلاف.

2- The translation   (English).

2- الصفحة/الصفحات المترجمة   (إنجليزي).

3- The translated page/s   (Arabic).

3- الصفحة/الصفحات المترجم منها   (عربي).

This translation is deemed to be complete provided that all the above documents are attached and intact. We testify to the accuracy of the translation without any responsibility for the contents.

ولا تعتبر هذه الترجمة كاملة إلا بوجود جميع الصفحات دون أي تعديل أو حذف أو إضافة، بما في ذلك صور الصفحات المترجم منها، كما أن المكتب لا يتحمل أية مسؤولية عن صحة المحتويات.

د. باسم عبد الله عالم  
Bassim A. Alim, Esq.

This translation consists of (3) pages including this first page bearing the office seal as per page numbering.

01/01/14274/080425H. 270504AD/AM

page -1-

Exhibit 6  
Page 1 of 3



## AFFIDAVIT OF Al HARAMAIN ISLAMIC FOUNDATION

1. Al Haramain Foundation starts fundraising campaign for relief Muslim in Chechnya in 1999.

2. Normally the collection of the fundraise (Cash & Cheques) take the following steps:-

    a. To Issue a receipt voucher to the donor.

    b. Deposited all fundraise (Cash & Cheques) in Al Haramain bank account at Al Rajhie banking & investment co.

    c. The cashier submit to the financial department all (cash/cheques) deposit receipts with copies of receipt vouchers for checking and ordination, then our department will give a notice to the committees to proceed and followup the relief and humanitarian works accordingly.

3. In March 2000 our Cashier received an amount of (SR.703.514.00) in cash from Soliman Bin Hamad Al Buthi, which is the total fundraise collected by Al-Haramain U.S. office for relief of Muslims in Chechnya.

4. Accordingly, we follow the steps mentioned above and issued a receipt voucher number (262740) and (263867). The money was spent in Humanitarian and relief work for Chechen refugees.

5. Executed on the 3rd of May. 2004. in the Kingdom of Saudi Arabia.

---

**Khalid Bin Obaid Azzahri**

In his official capacity as the Financial & Administrative Manager

01/01/14274/08042511 270504 AD/AM

page -2-

Exhibit 6
Page 2 of 3



**RAMAIN ISLAMIC FDN.**
Head Office - Riyadh

Ref :
Date :

مـؤسسة الحرمـين الخـيرية
المكتب الرئيس – الرياض

الرقم :
التاريخ :

## افادة من مؤسسة الحرمين الخيرية

١. لقد بدأت مؤسسة الحرمين الخيرية حملة جمع تبرعات لإغاثة مسلمي الشيشان في عام ١٩٩٩م.

٢. عادة تجمع التبرعات النقدية والشيكات في الصندوق وفق الخطوات التالية:
أ- تحرير سند قبض للمتبرع باستلام المبلغ.
ب- تودع المبالغ النقدية والشيكات في الحساب الخاص بالمؤسسة في شركة الراجحي المصرفية للاستثمار.
ت- تُسلّم سندات الإيداع مع صورة من سند القبض للإدارة المالية بالمؤسسة للتدقيق والمتابعة، وتبلّغ اللجان العاملة بذلك لتنفيذ ومتابعة الأعمال الإغاثية والإنسانية وفقاً لذلك.

٣. في شهر مارس من عام ٢٠٠٠م استلم الصندوق من سليمان بن حمد البطحي مناولة مبلغ نقدي قدره (٧٠٣٥١٤ ريال)، عبارة عن إجمالي قيمة التبرعات التي جمعت بواسطة مكتب المؤسسة في أمريكا لصالح إغاثة مسلمي الشيشان

٤. بناءً عليه تم إتباع الخطوات التي تم ذكرها أعلاه وحررت سندات قبض برقم (٢٦٢٧٤٠) ورقم (٢٦٣٨٦٧). وقد صرف المبلغ المذكور في الأعمال الإغاثية والإنسانية للاجئين الشيشانيين.

٥. حرر في يوم الأحد الموافق ٣ مايو من عام ٢٠٠٤م

مساعد المدير العام للشئون المالية والإدارية

خالد بن عبيد الظاهري




ص ب ٦٩٦٠٦ الرياض ١١٥٥٧ - المملكة العربية السعودية - هاتف : ٤٦٥٢٢١٠ - ٤٦٣٤٤١٤ - ٤٦٢٤٩٠٨   فاكس : ٤٦٢٣٣٠٦
P. O. Box 69606 Riyadh 11557 - Saudi Arabia - Tel.: 4652210 - 4634414 - 4624908   Fax : 4623306

Exhibit 6
Page 3 of 3