KENT S. ROBINSON, OSB #09625
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #91287
charles.gorder@usdoj.gov
**RYAN W. BOUNDS**, OSB #00012
ryan.bounds@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Telephone:  (503) 727-1000
        Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-02-HO |
| v. | |
| **PIROUZ SEDAGHATY,** | MOTION TO COMPEL COMPLIANCE WITH JULY 17, 2009, SUBPOENA ISSUED PURSUANT TO 31 U.S.C. § 5318(k) |
| Defendant. | |
| **In re AL RAJHI BANK SUBPOENA** | |
| **AL RAJHI BANKING & INVESTMENT CORP,** Real party in interest | EXPEDITED HEARING REQUESTED |
| Respondent. | |

The United States of America, by and through Kent S. Robinson, Acting United States Attorney for the District of Oregon, by Assistant United States Attorneys Charles F. Gorder, Jr., Christopher L. Cardani and Ryan W. Bounds, hereby moves this Court to compel Al Rajhi Banking & Investment Corporation to comply with a lawfully issued administrative subpoena served on the Bank on July 27, 2009.  This motion is supported by the accompanying Memorandum in Support of the Motion to Compel Compliance with July 17, 2009, Subpoena Issued Pursuant to 31 U.S.C. § 5318(k), which is filed herewith.

Because the facts are uncontested and the positions of the parties have been thoroughly briefed in this and other filings before this Court and the United States District Court for the District of Columbia, the United States further requests that this Court grant an expedited hearing on the motion.

Dated: February 1, 2010

Portland, Oregon

        Respectfully submitted,

        KENT S. ROBINSON
        Acting United States Attorney

        *s/ Charles F. Gorder, Jr.*
        CHARLES F. GORDER, JR.
        CHRISTOPHER L. CARDANI
        RYAN W. BOUNDS
        Assistant United States Attorneys