KENT S. ROBINSON, OSB #09625
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
chris.cardani@usdoj.gov
Telephone: (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #91287
charles.gorder@usdoj.gov
**RYAN W. BOUNDS**, OSB #00012
ryan.bounds@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, OR 97204
Telephone: (503) 727-1000
    Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-02-HO |
| v. | |
| **PIROUZ SEDAGHATY,** | **EXHIBIT A TO DECLARATION OF CHRISTOPHER L. CARDANI** |
| **Defendant.** | |
| In re AL RAJHI BANK SUBPOENA | |
| **AL RAJHI BANKING & INVESTMENT CORP,** **Real party in interest** | |
| **Respondent.** | |



## Office of the Attorney General
Washington, D.C.

ORDER NO. 2860-2007

DELEGATION OF AUTHORITY TO ISSUE
A SUMMONS OR SUBPOENA
TO ANY FOREIGN BANK THAT MAINTAINS
A CORRESPONDENT ACCOUNT IN THE UNITED STATES

By virtue of the authority vested in me as Attorney General, including 28 U.S.C. §§ 509 and 510, 5 U.S.C. § 301, and 31 U.S.C. § 5318(k)(3), I hereby order as follows:

1. For matters within the scope of authority of the Assistant Attorney General, Criminal Division (AAG/CRM), I hereby delegate to the AAG/CRM and to the United States Attorneys, subject to the approval of the Criminal Division pursuant to § 9-13.525 of the *United States Attorneys' Manual*, the authority, pursuant to 31 U.S.C. § 5318(k)(3), to issue a summons or subpoena to any foreign bank that maintains a correspondent account in the United States.

2. For matters within the scope of authority of the Assistant Attorney General for National Security (AAG/NSD), I hereby delegate to the AAG/NSD and to the United States Attorneys, subject to the approval of the Criminal Division pursuant to § 9-13.525 of the *United States Attorneys' Manual*, the authority, pursuant to 31 U.S.C. § 5318(k)(3), to issue a summons or subpoena to any foreign bank that maintains a correspondent account in the United States.

3. This order supersedes Attorney General Order No. 2615-2002 (Sept. 23, 2002).

January 18, 2007
Date

Alberto R. Gonzales
Attorney General