KENT S. ROBINSON, OSB #09625
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
chris.cardani@usdoj.gov
Telephone: (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #91287
charles.gorder@usdoj.gov
**RYAN W. BOUNDS**, OSB #00012
ryan.bounds@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, OR 97204
Telephone: (503) 727-1000
       Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 05-60008-02-HO |
| v. | |
| PIROUZ SEDAGHATY, | **EXHIBIT B TO DECLARATION OF CHRISTOPHER L. CARDANI** |
| Defendant. | |
| In re AL RAJHI BANK SUBPOENA | |
| AL RAJHI BANKING & INVESTMENT CORP, Real party in interest | |
| Respondent. | |

# United States Department of Justice
# United States Attorney's Office
# for the District of Oregon

**ORIGINAL**

## *ADMINISTRATIVE SUBPOENA*

To: Al Rajhi Banking and Investment; Al-Rajhi Bank
C/O King & Spalding
Attn: Isam Salah, Partner
1185 Avenue of Americas
New York, New York
Telephone: (217) 556-2140

By service of this subpoena upon you, you are hereby commanded and required to appear before the Internal Revenue Service Criminal Investigation Division and to bring with you and produce for examination the following books, records and papers at the time and place set forth below.

### REQUIRED DOCUMENTS

Authenticated copies of certified bank records, belonging to Soliman Al-But'he from the Al Rajhi Bank, in Riyadh, Saudi Arabia. The records should cover the time period between February 1, 2000 through April 30, 2000, and should include the following documents:

Account records for account number 140608010109206 for the time period of February, March, and

April of 2000, to include:

(1) Copies of signature cards and customer applications;

(2) Copies of bank statements, ledger cards, or records reflecting dates and amounts of deposits and withdrawals;

(3) Copies of debit and credit memos;

(4) Copies of deposit slips and checks deposited (including the backs of the checks);

(5) Copies of withdrawal slips and teller records showing the withdrawal of currency, including records reflecting the type of currency received (U.S. dollars or Saudi Riyals);

(6) Copies of checks issued for withdrawals (including the backs of the checks);

(7) Copies of all records reflecting the cashing of traveler's checks, including teller records, receipts indicating the number of cashier's checks cashed, the denominations of the cashier's checks cashed, and the type of currency received (U.S. dollars or Saudi Riyals);

(8) Records reflecting the customer exchange rate of U.S. dollars to Saudi Riyals on March 13, 2000, March 14, 2000, March 27, 2000, and March 28, 2000;

(9) Records pertaining to the cashing of 130 $1,000 American Express Traveler's checks by Soliman Al-But'he in March of 2000 at Al Rajhi Bank, to include the date and time of the transaction, the amount of the transaction, and type of currency received by Al-But'he (U.S. dollars or Saudi Riyals). (A copy of one of the traveler's checks is attached for review); and

(10) Records pertaining to the deposit and any subsequent disposition of a Bank of America cashier's check, check number 1001040568, issued to Soliman Al-But'he on March 11, 2000, for $21,000. (A copy of the cashiers check is attached for review.)

**PLACE AND TIME OF APPEARANCE**

Internal Revenue Service
Criminal Investigation Division
960 Ellendale, Suite A
Medford, Oregon 97504

August 28, 2009; 10:00 a.m.

Issued under authority of 31 United States code, Section 5318(k)(3), by a duly authorized delegate of the Attorney General.

*[signature]* 7-17-09
Kent S. Robinson
Acting United States Attorney
U.S. Attorney's Office for the District of Oregon
U.S. Department of Justice

Name, address and phone number of government attorney and investigating agent:

Charles F. Gorder, Jr.,
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97204
(503) 727-1021

Special Agent Colleen Anderson
Internal Revenue Service CID
960 Ellendale, Suite A
Medford, Oregon 97504
(541) 282-1341





## PROOF OF SERVICE

The attached Administrative Subpoena issued by the U.S. Attorney's Office for the District of Oregon, U.S. Department of Justice, dated July 17, 2009, for Al Rajhi Banking and Investment; Al-Rajhi Bank was received by me on *(date)* July 24, 2009.

I personally served the subpoena on Isam Salah, a partner of King & Spalding, at 1185 Avenue of Americas, New York, New York, who is designated by law to accept service of process on behalf of Al Rajhi Banking and Investment; Al-Rajhi Bank on *(date)* July 27, 2009.

Because the subpoena was issued on behalf of the United States, or one of its officers or agents, I have not tendered to the witness fees for one day's attendance and the mileage allowed by law.

I declare under penalty of perjury that this information is true.

Date: July 27, 2009

*Server's signature*

IOA JAMES T Fowler
*Printed name and title*

26 Federal Plaza, NYC, NY 10278
*Server's address*