KENT S. ROBINSON, OSB #09625
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #91287
charles.gorder@usdoj.gov
**RYAN W. BOUNDS**, OSB #00012
ryan.bounds@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Telephone:  (503) 727-1000
        Attorneys for United States of America


# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-02-HO |
| **v.** | |
| **PIROUZ SEDAGHATY,** | **EXHIBIT C TO DECLARATION OF CHRISTOPHER L. CARDANI** |
| **Defendant.** | |
| **In re AL RAJHI BANK SUBPOENA** | **PART 2:** |
| | **(1)    AL-THEBITY DECLARATION** |
| **AL RAJHI BANKING & INVESTMENT CORP,** | **(2)    EXHIBITS A-G** |
| **Real party in interest** | |
| **Respondent.** | |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT** ) | |
| **CORPORATION,** ) | |
| **Al-Aqaria Building 3** ) | |
| **Olaya Road, Riyadh** ) | |
| **Saudi Arabia** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **ERIC H. HOLDER, JR.,** ) | |
| **in his official capacity as Attorney General of** ) | |
| **the United States,** ) | |
| **950 Pennsylvania Avenue, NW, Room B-103** ) | **Misc. Action No.** |
| **Washington, DC  20530-0001** ) | |
| ) | |
| **TIMOTHY F. GEITHNER,** ) | |
| **in his official capacity as Secretary of the** ) | |
| **Treasury,** ) | **DECLARATION OF** |
| **1500 Pennsylvania Avenue, NW** ) | **KHALID A. AL-THEBITY** |
| **Washington, DC  20220** ) | |
| ) | |
| **KENT S. ROBINSON,** ) | |
| **in his official capacity as Acting United** ) | |
| **States Attorney for the District of Oregon,** ) | |
| **1000 SW Third Avenue, Suite 600** ) | |
| **Portland, Oregon  97204** ) | |
| ) | |
| **and** ) | |
| ) | |
| **COLLEEN ANDERSON,** ) | |
| **in her official capacity as Special Agent for** ) | |
| **the Internal Revenue Service,** ) | |
| **960 Ellendale, Suite A** ) | |
| **Medford, Oregon  97504** ) | |
| ) | |
| **Respondents.** ) | |

I, KHALID A. AL-THEBITY, hereby declare and state as follows:

1.      I am a partner in the Riyadh office of the law firm of Dewey & LeBoeuf LLP, attorneys for Petitioner Al Rajhi Banking & Investment Corporation (the "Bank") in the above-captioned action.  I have personal knowledge of the matters stated below.  If called as a witness, I could and would testify competently thereto.  I also submit this Declaration for the purpose of putting before the Court certain documents in support of Petitioner's Motion to Quash USA PATRIOT Act Subpoena.

2.      A large portion of the Bank's stock is held by the Al Rajhi family.

3.      The Bank has limited international operations: it began to operate in Malaysia in 2006, and maintains a small number of branches in that country.  The Bank does not have any of its own branches in the United States.

4.      The Bank is the holder of four correspondent accounts with United States banks. The Bank's correspondent accounts are held at with the following banks: (1) JP Morgan Chase Bank NA; (2) Wachovia Bank NA; (3) Standard Chartered Bank, New York; and (4) a correspondent account used by the Bank's international brokerage at Deutsche Bank.

5.      I have analyzed current Saudi Arabian law regarding Saudi banks' disclosures of customer records to foreign authorities, as implicated in the Patriot Act Subpoena (the "Subpoena") issued on the Bank.  Based on my review, it is my understanding that Saudi law prohibits the Bank from complying with the requests for documents in the Subpoena.

6.      Saudi Arabian Monetary Agency ("SAMA") Circular Number. 16323/BC/319, dated September 7, 1985, instructs Saudi banks to "comply with the common rule of not disclosing any information except through SAMA and to reject any request for information."

7.      SAMA Circular Number 100/BC/63, dated 24/3/1413 H, instructs banks to advise a "government agency that asks for information about client balances and banking activities to address its request to the Ministry of Finance and National Economy or to SAMA."

8.      Section 2.6.3 of the Rules Governing Anti-Money Laundering & Combating Terrorist Financing (Second Update, December 2008) provides that: "any sharing of information with a foreign party whether with another bank (affiliation, branch, correspondent) or a foreign governmental authority should not be done without the prior approval of and in coordination with SAMA."  Article 23(2) of the Saudi Banking Control Law stipulates that "[w]hoever violates the provisions of Article (19) shall be punished with the imprisonment for a period not more than two years or with a fine not exceeding ten thousand Saudi Riyals or with one of the two penalties."

9.      Attached as Exhibit A is a true and correct copy of SAMA Circular No. 16323/BC/319, dated September 7, 1985.

10.     Attached as Exhibit B is a true and correct copy of SAMA Circular Number 100/BC/63, dated 24/3/1413 H.

11.     Attached as Exhibit C is a true and correct copy of excerpts from Section 2.6.3 of the Rules Governing Anti-Money Laundering & Combating Terrorist Financing (Second Update, December 2008), promulgated by the Banking Inspection Department of SAMA.

12.     Attached as Exhibit D are true and correct copies of Article 19 and Article 23(2) of the Saudi Banking Control Law.

13.     Attached as Exhibit E is a true and correct copy of the Bank's letter to SAMA dated September 1, 2009, requesting instruction on how it might comply with the Subpoena.

14.    Attached as exhibit F is a certified English translation the Bank's letter to SAMA

(Exhibit E) dated September 10, 2009, requesting instruction on how it might comply with the

Subpoena.

15.    Attached as Exhibit G is a true and correct copy of SAMA's letter to The Bank

dated September, 2009, informing the Bank that it may not comply with the Subpoena.


I declare under the penalty of perjury under the laws of the United States that the

foregoing is true and correct to the best of my knowledge.


Dated:  10/21/09

Respectfully submitted,


Khalid A. Al-Thebity
Khalid Al-Thebity Law Firm
In Affiliation with
Dewey & LeBoeuf LLP
King Fahad Road - Sky Towers, 8th Floor
PO Box 300807
Riyadh, Saudi Arabia 11372
Telephone: + 966 1 416 9990
Facsimile: + 966 1 416 9980

ATTORNEYS FOR PETITIONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,**<br>**Al-Aqaria Building 3**<br>**Olaya Road, Riyadh**<br>**Saudi Arabia**<br>                    **Petitioner,**<br><br>      **v.**<br><br>**ERIC H. HOLDER, JR.,**<br>**in his official capacity as Attorney General of**<br>**the United States,**<br>**950 Pennsylvania Avenue, NW, Room B-103**<br>**Washington, DC  20530-0001**<br><br>**TIMOTHY F. GEITHNER,**<br>**in his official capacity as Secretary of the**<br>**Treasury,**<br>**1500 Pennsylvania Avenue, NW**<br>**Washington, DC  20220**<br><br>**KENT S. ROBINSON,**<br>**in his official capacity as Acting United**<br>**States Attorney for the District of Oregon,**<br>**1000 SW Third Avenue, Suite 600**<br>**Portland, Oregon  97204**<br><br>**and**<br><br>**COLLEEN ANDERSON,**<br>**in her official capacity as Special Agent for**<br>**the Internal Revenue Service,**<br>**960 Ellendale, Suite A**<br>**Medford, Oregon  97504**<br>                    **Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>**Misc. Action No.**<br><br><br>**EXHIBIT A TO DECLARATION OF**<br>**KHALID A. AL-THEBITY** |





Directorate General of Banking Control
No. 16323/BC/319
Date: 22/12/1405 H.
    (7/9/1985 A.D.)

الإدارة العامة لمراقبة البنوك

الـرقـم : ١٦٣٢٣/م/٢/٣١٩

التاريخ : ٢٢/١٢/١٤٠٥هـ

للموافق : ١٩٨٥/٩/٧م

*Urgent & Confidential*
**Circular to All Banks Operating in The Kingdom**

سري / عاجل

تعميم لجميع البنوك العاملة بالمملكة

HE the Manager
Greetings,

سعادة مدير /    المحترم

بعد التحية

    SAMA has received a cable from HE the Minister of Finance & National Economy No. 5200/405, dated 17/12/1405 H requesting it to emphasize on banks operating in the Kingdom to comply with all instructions regarding the disclosure of client balances.

تلقت هذه المؤسسة برقية معالي وزير المالية والاقتصاد الوطني رقم ٥٢٠٠/٤٠٥ وتاريخ ١٧/١٢/١٤٠٥هـ بشأن التأكيد على البنوك العاملة بالمملكة بضرورة التقيد بما لديها من تعليمات حول كشف أرصدة العملاء.

    SAMA, therefore, calls on banks to comply with its circulars No. BC/212, dated 24/12/1390 H., circular No. BC/320, dated 4/11/1392 H., circular No. M/1/383, dated 23/12/1392 H., circular No. M/1/8, dated 14/1/1400 H. and circular No. BC/160 dated 2/9/1400 H., regarding SAMA instructions to comply with the common rule of not disclosing any information except through SAMA and to reject any request for information.

وبناءاً عليه، تأمل المؤسسة التقيد بمضمون تعاميم هذه المؤسسة أرقام م/٢١٢ وتاريخ ٢٤/١٢/١٣٩٠، م/٣٢٠/١ وتاريخ ٤/١١/١٣٩٢، م/١/٣٨٣ وتاريخ ٢٣/١٢/١٣٩٢، م/١/٨ في ١٤/١/١٤٠٠، م/١/١٦٠ بتاريخ ٢/٩/١٤٠٠هـ بشأن التعليمات الصادرة من هذه المؤسسة بضرورة الالتزام بالقاعدة المتبعة بعدم تقديم أية معلومات لأي جهة إلا عن طريق مؤسسة النقد وعدم الاستجابة لأي طلب.

    SAMA calls on all banks in the Kingdom to abide by such instructions and to require same from all their branches and to acknowledge receipt of this circular.

وتود المؤسسة من كافة البنوك العاملة بالمملكة اعتماد ذلك وإبلاغه كافة فروعكم للتمشي بموجبه وإفادتنا باستلامكم لهذا التعميم.

Regards

وتقبلوا تحياتي،،

Director General of Banking Control

مدير عام مراقبة البنوك

J. A. Al-Suhaimi

جماز عبدالله السحيمي

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,** <br> **Al-Aqaria Building 3** <br> **Olaya Road, Riyadh** <br> **Saudi Arabia** <br>               **Petitioner,** <br> <br>       **v.** <br> <br> **ERIC H. HOLDER, JR.,** <br> **in his official capacity as Attorney General of** <br> **the United States,** <br> **950 Pennsylvania Avenue, NW, Room B-103** <br> **Washington, DC  20530-0001** <br> <br> **TIMOTHY F. GEITHNER,** <br> **in his official capacity as Secretary of the** <br> **Treasury,** <br> **1500 Pennsylvania Avenue, NW** <br> **Washington, DC  20220** <br> <br> **KENT S. ROBINSON,** <br> **in his official capacity as Acting United** <br> **States Attorney for the District of Oregon,** <br> **1000 SW Third Avenue, Suite 600** <br> **Portland, Oregon  97204** <br> <br> **and** <br> <br> **COLLEEN ANDERSON,** <br> **in her official capacity as Special Agent for** <br> **the Internal Revenue Service,** <br> **960 Ellendale, Suite A** <br> **Medford, Oregon  97504** <br>               **Respondents.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   **Misc. Action No.** <br> ) <br> ) <br> ) <br> )   **EXHIBIT B TO DECLARATION OF** <br> )   **KHALID A. AL-THEBITY** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |



Directorate General of Banking Control

No. 100/BC/63

Date: 24/3/1413 H

الإدارة العامة لمراقبة البنوك

الرقـم : ١٠٠/م/٢/٦٣

التاريخ : ٢٤ ربيع الأول ١٤١٣هـ

Circular to All Banks Operating in The Kingdom

تعميم إلى جميع البنوك العاملة بالمملكة

Greetings,

سعادة /                        المحترم

بعد التحية

Further to our circular No. 9266/BC/212 dated 24/12/1390 H. (20/2/1971 A.D.), which required banks to advise government agencies, that ask for information on client balances or banking activities, to address their request in this respect to the Ministry of Finance & National Economy or SAMA.

إلحاقاً لتعميم المؤسسة رقم ٩٢٦٦/م/٢/٢١٢ وتاريخ ٢٤/١٢/١٣٩٠هـ الموافق ٢٠/٢/١٩٧١م والمتضمن الطلب من البنوك إبلاغ الجهات الحكومية التي تطلب معلومات عن أرصدة العملاء أو معاملاتهم البنكية بالرجوع بهذا الشأن إلى وزارة المالية والاقتصاد الوطني أو مؤسسة النقد العربي السعودي بواسطة مرجعهم.

Noting that government direct requests in this respect to banks have increased, we call on you to comply with SAMA's circular referred-to above and to advise the government agency that asks for information about client balances and banking activities to address its request to the Ministry of Finance and National Economy or to SAMA.

وحيث لاحظت للمؤسسة مؤخراً كثرة طلبات الجهات الحكومية المقدمة للبنوك مباشرة بهذا الخصوص. نأمل التقيد بما ورد في تعميم المؤسسة المذكور بعاليه بحيث يقوم البنك بإبلاغ الجهة الحكومية التي تطلب منه أية معلومات عن أرصدة العملاء أو معاملاتهم البنكية بأن عليها الرجوع بهذا الشأن إلى وزارة المالية والاقتصاد الوطني أو مؤسسة النقد العربي السعودي بواسطة مرجعها.

Regards,

ونقبلوا تحياتي،،،

Assistant Director General of Banking Control

مساعد مدير عام مراقبة البنوك

M. A. Nashar

محمود عبدالوهاب نشار

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,**<br>**Al-Aqaria Building 3**<br>**Olaya Road, Riyadh**<br>**Saudi Arabia**<br>　　　　　　　　**Petitioner,**<br><br>　　　　　　**v.**<br><br>**ERIC H. HOLDER, JR.,**<br>**in his official capacity as Attorney General of**<br>**the United States,**<br>**950 Pennsylvania Avenue, NW, Room B-103**<br>**Washington, DC  20530-0001**<br><br>**TIMOTHY F. GEITHNER,**<br>**in his official capacity as Secretary of the**<br>**Treasury,**<br>**1500 Pennsylvania Avenue, NW**<br>**Washington, DC  20220**<br><br>**KENT S. ROBINSON,**<br>**in his official capacity as Acting United**<br>**States Attorney for the District of Oregon,**<br>**1000 SW Third Avenue, Suite 600**<br>**Portland, Oregon  97204**<br><br>**and**<br><br>**COLLEEN ANDERSON,**<br>**in her official capacity as Special Agent for**<br>**the Internal Revenue Service,**<br>**960 Ellendale, Suite A**<br>**Medford, Oregon  97504**<br>　　　　　　　　**Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Misc. Action No.**<br>)<br>)<br>)<br>)  **EXHIBIT C TO DECLARATION OF**<br>)  **KHALID A. AL-THEBITY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

إدارة التفتيش البنكي
**Banking Inspection
Department**



مؤسسة النقد العربي السعودي
*Saudi Arabian Monetary
Agency*

قـو اعـد

مكـافـحة غسل الأمـوال وتمـويـل الإرهـاب

# RULES GOVERNING
# ANTI-MONEY LAUNDERING
# &
# COMBATING TERRORIST FINANCING

## Second Update

التحديث الثاني

December 2008

ديسمبر 2008م

SAMA RULES GOVERNING ANTI-MONEY LAUNDERING & COMBATING TERRORIST FINANCING

قواعد مكافحة غسل الأموال وتمويل الإرهاب

# RULES GOVERNING ANTI-MONEY LAUNDERING
# & COMBATING TERRORIST FINANCING

| TABLE OF CONTENTS | | | المحتويات | | |
|---|---|---|---|---|---|
| Section | Content Description | Page No. | وصف المحتوى | رقم الصفحة | القسم |
| 1 | Introduction | 5 | المقدمة | 5 | 1 |
| 1.1 | Saudi Arabia Initiatives | 5 | مبادرات المملكة العربية السعودية | 5 | 1.1 |
| 1.1.1 | International Level | 5 | المستوى الدولي | 5 | 1.1.1 |
| 1.1.2 | Regional & Group Level | 5 | المستوى الإقليمي | 5 | 2.1.1 |
| 1.1.3 | National Level | 6 | المستوى المحلي | 6 | 3.1.1 |
| 1.2 | SAMA Initiatives | 6 | مبادرات مؤسسة النقد العربي السعودي | 6 | 2.1 |
| 1.2.1 | AML / CTF Regulations | 6 | قواعد مكافحة غسل الأموال وتمويل الإرهاب | 6 | 1.2.1 |
| 1.2.2 | Account Opening Regulations for Banks | 6 | قواعد فتح الحسابات البنكية والقواعد العامة لتشغيلها | 6 | 2.2.1 |
| 1.2.3 | Other Relevant Regulations | 7 | تعليمات أخرى ذات صلة | 7 | 3.2.1 |
| 1.3 | Objectives | 7 | الأهداف | 7 | 3.1 |
| 1.4 | General Developments & Trends | 8 | التطورات والاتجاهات العامة | 8 | 4.1 |
| 2 | Legal Framework & Regulatory Requirements | 8 | الإطار النظامي والمتطلبات التنظيمية | 8 | 2 |
| 2.1 | The Saudi AML Law & Bylaws | 8 | نظام مكافحة غسل الأموال في المملكة العربية السعودية | 8 | 1.2 |
| 2.2 | SAMA - Regulatory & Supervisory Body | 8 | مؤسسة النقد العربي السعودي – الجهة التنفيذية وإشرافية | 8 | 2.2 |
| 2.3 | Overseas Branches & Subsidiaries of Saudi Bank & MEs | 9 | الفروع والشركات التابعة للبنوك السعودية ومحلات الصرافة | 9 | 3.2 |
| 2.4 | Legal Responsibilities Of Banks / MEs & Employees | 10 | المسؤولية القانونية على البنوك ومحلات الصرافة وموظفيها | 10 | 4.2 |
| 2.5 | Financial Intelligence Unit (FIU) | 10 | وحدة التحريات المالية | 10 | 5.2 |
| 2.6 | Cooperation Among Authorities & Banks/ MEs | 10 | التعاون بين السلطات والبنوك ومحلات الصرافة | 10 | 6.2 |
| 2.6.1 | Cooperation With Local Authorities | 10 | التعاون مع السلطات المحلية | 10 | 1.6.2 |
| 2.6.2 | Cooperation Among Banks/ MEs Operating in the Kingdom | 11 | التعاون بين البنوك ومحلات الصرافة العاملة في المملكة | 11 | 2.6.2 |
| 2.6.3 | International Cooperation | 11 | التعاون الدولي | 11 | 3.6.2 |
| 3 | Money Laundering & Terrorist Financing | 11 | غسل الأموال وتمويل الإرهاب | 11 | 3 |
| 3.1 | Money Laundering | 11 | غسل الأموال | 11 | 1.3 |
| 3.1.1 | Definition of Money Laundering | 11 | تعريف غسل الأموال | 11 | 1.1.3 |
| 3.1.2 | Processes of Money Laundering | 12 | عمليّات غسل الأموال | 12 | 2.1.3 |
| 3.2 | Terrorist Financing | 12 | تمويل الإرهاب | 12 | 2.3 |
| 3.2.1 | Definition of Terrorist Financing | 12 | تعريف تمويل الإرهاب | 12 | 1.2.3 |
| 3.2.2 | Processes of Terrorist Financing | 13 | عمليّات تمويل الإرهاب | 13 | 2.2.3 |
| 3.3 | Typologies | 13 | الأنماط | 13 | 3.3 |
| 4 | Policies & Standards | 15 | السياسات والمعايير | 15 | 4 |
| 4.1 | Risk-Based Approach | 15 | الأسلوب المرتكز على المخاطر | 15 | 1.4 |

SAMA RULES GOVERNING ANTI-MONEY LAUNDERING & COMBATING TERRORIST FINANCING

| | | | | | |
|---|---|---|---|---|---|
| 4.1.1 | Business Risk Assessment | 16 | 16 | تقييم مخاطر الأعمال | 1.1.4 |
| 4.2 | AML/CTF Compliance Programs | 17 | 17 | برامج الالتزام الخاصة بمكافحة غسل الأموال وتمويل الإرهاب | 2.4 |
| 4.3 | Know Your Customer Standards | 18 | 18 | مبدأ 'اعرف عميلك' | 3.4 |
| 4.3.1 | Customer Due Diligence/ Know Your Customer | 18 | 18 | العناية الواجبة /مبدأ أعرف عميلك | 1.3.4 |
| 4.3.2 | Customer Identification Process | 19 | 19 | عملية تحديد هوية العملاء | 2.3.4 |
| 4.3.3 | Beneficial Owners (Natural & Legal) | 20 | 20 | المستفيدون الحقيقيون (الطبيعيون والإعتباريون) | 3.3.4 |
| 4.3.4 | Customer & Transaction Profiling | 21 | 21 | ملفات معلومات العملاء والعمليات | 4.3.4 |
| 4.3.5 | Name Checking of Designated Persons | 22 | 22 | التحقق من أسماء الأشخاص المدرجين على القوائم المحلية وقوائم الأمم المتحدة | 5.3.4 |
| 4.4 | Customer Risk Assessment | 23 | 23 | تقييم مخاطر العميل | 4.4 |
| 4.5 | Customer Risks | 23 | 23 | مخاطر العميل | 5.4 |
| 4.5.1 | Individual Personal Accounts | 24 | 24 | الحسابات الشخصية الفردية | 1.5.4 |
| 4.5.2 | Walk-In Customers | 25 | 25 | العملاء العارضون (العابرون) | 2.5.4 |
| 4.5.3 | Commercial Entities Accounts | 26 | 26 | حسابات المنشآت التجارية | 3.5.4 |
| 4.5.4 | Politically Exposed Persons | 27 | 27 | الأشخاص المعرفون سياسياً | 4.5.4 |
| 4.5.5 | Private Banking Customers | 28 | 28 | عملاء الحسابات الخاصة | 5.5.4 |
| 4.5.6 | Charity & Non-Profit Organizations | 29 | 29 | المنظمات الخيرية وغير الهادفة للربح | 6.5.4 |
| 4.5.7 | Trustees, Nominees & Intermediaries Accounts | 30 | 30 | حسابات الأمناء، والموكلين والوسطاء | 7.5.4 |
| 4.5.8 | Insurance Companies Accounts | 31 | 31 | حسابات شركات التأمين | 8.5.4 |
| 4.5.9 | Introduced & Referred Businesses | 31 | 31 | الأعمال المقدمة والمحالة من جهات أخرى | 9.5.4 |
| 4.5.10 | Correspondent Banking Relationships | 32 | 32 | علاقات البنوك المراسلة | 10.5.4 |
| 4.6 | Monitoring Customer Activity | 33 | 33 | مراقبة نشاط العميل | 6.4 |
| 4.6.1 | Monitoring Process | 33 | 33 | عملية المراقبة | 1.6.4 |
| 4.6.2 | Financial Investigation Process | 35 | 35 | عملية التتبع المالي (التحقق) | 2.6.4 |
| 4.6.3 | Transaction Monitoring Threshold | 36 | 36 | الحدود المالية لمراقبة العمليات | 3.6.4 |
| 4.7 | Suspicious Transaction | 36 | 36 | العمليات المشتبه بها | 7.4 |
| 4.7.1 | Reporting Suspicious Transactions | 36 | 36 | الإبلاغ عن المعاملات المُشتبه بها | 1.7.4 |
| 4.7.2 | Reporting Requirements | 37 | 37 | متطلبات الإبلاغ | 2.7.4 |
| 4.7.3 | Tipping Off | 37 | 37 | التلميح وتنبيه العملاء | 3.7.4 |
| 4.7.4 | Money Laundering Control Unit (MLCU) | 38 | 38 | وحدة مراقبة غسل الأموال | 4.7.4 |
| 4.8 | Internal Controls | 39 | 39 | الرقابة الداخلية | 8.4 |
| 4.8.1 | Internal Control Procedures | 39 | 39 | إجراءات الرقابة الداخلية | 1.8.4 |
| 4.8.2 | Assessment of Internal Controls | 40 | 40 | تقييم إجراءات الرقابة الداخلية | 2.8.4 |
| 4.9 | Staff Training & Hiring | 40 | 40 | تدريب الموظفين وتعيينهم | 9.4 |
| 4.9.1 | Staff Training & Awareness | 40 | 40 | تدريب الموظفين ورفع مستوى الوعي لديهم | 1.9.4 |
| 4.9.2 | Staff Hiring & Appointment of Senior Positions | 41 | 41 | تعيين الموظفين وإختيارهم في مناصب رفيعة | 2.9.4 |
| 4.10 | Record Keeping & Retention | 41 | 41 | حفظ بالسجلات | 10.4 |
| 5 | AML/CTF Other Risks | 42 | 42 | المخاطر الأخرى لمكافحة غسل الأموال وتمويل الإرهاب | 5 |
| 5.1 | Product/ Service Risks | 42 | 42 | مخاطر المنتج / الخدمة | 1.5 |
| 5.1.1 | Cash | 42 | 42 | المال النقدي | 1.1.5 |
| 5.1.2 | Wire Transfers | 43 | 43 | التحويل البرقي | 2.1.5 |
| 5.1.3 | Alternative Remittances | 44 | 44 | التحويلات البديلة | 3.1.5 |
| 5.1.4 | Money Exchanging | 45 | 45 | تبديل الأموال (الصرافة) | 4.1.5 |
| 5.1.5 | Electronic Banking | 45 | 45 | العمليات البنكية الإلكترونية | 5.1.5 |

SAMA RULES GOVERNING ANTI-MONEY LAUNDERING & COMBATING TERRORIST FINANCING

| | | | | | |
|---|---|---|---|---|---|
| 5.1.6 | International Trade | 46 | 46 | التجارة الدوليّة | 6.1.5 |
| 5.2 | Country Geographic Risks | 46 | 46 | مخاطر البلد /المخاطر الجغرافية | 2.5 |
| 5.3 | Risk Variables | 47 | 47 | تغيّرات المخاطر | 3.5 |
| 6 | Glossary | 48 | 48 | (التعاريف) | 6 |
| 7 | Appendices | 51 | 51 | روابط وملحقات | 7 |
| 7- A | Saudi AML Law & Bylaws | 51 | 51 | النظام السعودي لمكافحة غسل الأموال ولائحته التنفيذية | أ – 7 |
| 7- B | FATF 40 Recommendations on Anti-Money Laundering | 51 | 51 | التوصيات الأربعون لمجموعة العمل المالي (فاتف) | ب – 7 |
| 7- C | FATF 9 Special Recommendations on Combating Terrorist Financing | 51 | 51 | التوصيات التسع الخاصّة لمجموعة العمل المالي (فاتف) | ج – 7 |
| 7- D | FATF Member Countries & NCCTs | 51 | 51 | الدول الأعضاء في مجموعة العمل المالي (فاتف)، والدول غير المتعاونة | د – 7 |
| 7- E | Basel Committee Standards | 51 | 51 | معايير لجنة بازل | هـ – 7 |
| 7- F | UN Security Council Resolutions | 51 | 51 | قرارات مجلس الأمن التابع للأمم المتحدة | و – 7 |
| 7- G | Other Useful Resources & Links | 51 | 51 | مصادر وروابط أخرى مفيدة | ز – 7 |
| 8 | Suspicious Transaction Report  (STR) | 52 | 52 | نموذج الإبلاغ عن العمليات المشتبه بها | 8 |
| 9 | Cash Declaration Form | 55 | 54 | نموذج الإقرار النقدي | 9 |
| 10 | Red Flag Indicators | 56 | 56 | مؤشرات لعمليات قد تكون مشبوهة | 10 |

SAMA RULES GOVERNING ANTI-MONEY LAUNDERING & COMBATING TERRORIST FINANCING

الهاتف، فُرع من تقديم تقرير، خصوصاً في حال كان القرار الفوري بمنع التحويل مطلوباً.

### 2.6.2 Cooperation Among Banks & Money Exchangers Operating in the Kingdom

Banks and money exchangers should cooperate locally through their representatives in the Financial Crimes & Money Laundering Committee (FCML) for AML/CTF matters. This should be done through the exchange of information with banks' and money exchangers' officers, and SAMA, about cases and transactions that they may discover, or suspect to be of money laundering or terrorist financing nature as required by the Saudi AML Law and Bylaws. However, at the same time they must strictly follow the legal and regulatory procedures that aim to protect customer confidentiality and banking secrecy. SAMA guidance should be obtained, if banks and money exchangers agree to mutually assist or exchange information pursuant to agreements between them.

2.6.2 التعاون بين البنوك ومحلات الصرافة العاملة في المملكة

يجب على البنوك ومحلات الصرافة التعاون محلياً فيما يتعلّق بشؤون مكافحة غسل الأموال وتمويل الإرهاب وذلك من خلال ممثليهم في اللجنة المصرفية لمكافحة الجرائم المالية وغسل الأموال. كما أن تبادل المعلومات مع مسؤولي البنوك ومحلات الصرافة ومؤسسة النقد العربي السعودي بشأن الحالات والعمليات التي قد يكتشفونها أو يشتبهون بأنها عملية غسل أموال أو تمويل إرهاب بعد مطالباً أساسياً كما تحتمه نظام مكافحة غسل الأموال ولائحته التنفيذية. ولكن في الوقت ذاته يتعيّن عليهم أن يتقيّدوا بشكل تام بالإجراءات التنظيمية والتعليمات التي تهدف إلى حماية سرّية معلومات العملاء وعملياتهم المصرفية. ويجب الحصول على توجيهات مؤسسة النقد العربي السعودي في حال اتفقت البنوك ومحلات الصرافة على التعاون أو تبادل المعلومات فيما بينهم.

### 2.6.3 International Cooperation

Recognizing the need to cooperate with international community in the fight and prevention of money laundering, terrorist financing and other financial crimes, Saudi Arabia has provided for this provision in the Law subject to agreed conventions and reciprocity arrangements. In accordance with Articles 22 and 23 of the Saudi AML Law, which allow cooperating with international governmental authorities for cases involving money laundering and terrorist financing, any sharing of information with a foreign party whether with another bank (affiliation, branch, correspondent) or a foreign governmental authority should not be done without the prior approval of and in coordination with SAMA.

2.6.3 التعاون الدولي

تضمن نظام مكافحة غسل الأموال أحكاماً للتعاون مع الدول الأخرى وذلك اعترافاً من المملكة العربية السعودية وإقراراً منها بالحاجة للتعاون مع المجتمع الدولي في مكافحة ومنع أنشطة غسل الأموال وتمويل الإرهاب والجرائم المالية الأخرى من مراعاة المعاهدات المبرمة واتفاقيات المعاملة بالمثل. وذلك وفقاً للمادتين 22 و 23 من نظام مكافحة غسل الأموال اللتين تسمحان بالتعاون مع السلطات الحكومية الدولية فيما يتعلّق بالحالات التي تشمل غسل الأموال وتمويل الإرهاب، عليه فانه يمكن تبادل المعلومات مع طرف أجنبيّ سواء مع بنك آخر (تابع، فرع، بنك مراسل) أو سلطة حكوميّة أجنبية بعد الحصول على موافقة مسبقة وتنسيق مع مؤسسة النقد العربي السعودي.

## 3. Money Laundering & Terrorist Financing

3. غسل الأموال وتمويل الإرهاب

### 3.1 Money Laundering

3.1 غسل الأموال

#### 3.1.1 Definition of Money Laundering

The Saudi AML Law defines money laundering as: any actual or attempted act aimed at concealing or camouflaging the nature or illegally or illegitimately earned property to make it look as proceeds from legal sources. The AML Law - Bylaw Article 2 states the underlying crimes relating to money laundering.

3.1.1 تعريف غسل الأموال

عرّف نظام مكافحة غسل الأموال عملية غسل الأموال بأنها ارتكاب أي فعل أو الشروع فيه يقصد من ورائه إخفاء أو تمويه أصل حقيقي أموال مكتسبة خلافاً للشرع أو النظام وجعلها تبدو كأنها مشروعة المصدر. وتضمّن اللائحة التنفيذية للمادة الثانية من نظام مكافحة غسل الأموال على الجرائم الضمنيّة المتعلّقة بغسل الأموال.

FATF defines money laundering as the process by which proceeds from criminal activities are disguised to conceal their illegal origin in order to legitimize the ill-gotten gains of crime.

وتعرّف مجموعة العمل المالي (فاتف) غسل الأموال كعملية إخفاء العائدات من الأنشطة الإجرامية من أجل تمويه أصلها غير المشروع بغرض إضفاء الشرعية على الأرباح غير القانونية من الجريمة.

Criminal activities, such as drug trafficking, illegal arms sales, smuggling, human trafficking, prostitution, corruption, embezzlement, and other activities of organized crimes, tend to generate large amounts of profits for the individuals or groups carrying out the criminal act. However, by using funds from such illicit sources, criminals risk drawing the authorities' attention to the underlying criminal activity and exposing themselves to criminal prosecution. In order to benefit freely from the proceeds of their crime, they must therefore conceal the illicit origin of these funds.

فالأنشطة الإجراميّة، مثل الاتّجار بالمخدّرات، وبيع الأسلحة غير المشروع، وعمليّات التهريب، والاتّجار بالبشر، والدعارة، والفساد، والاختلاس، والأنشطة الأخرى للجرائم المنظّمة تؤدي إلى إدرار مبالغ كبيرة من الأرباح للأفراد أو للمجموعات التي تقوم بالعمل الجنائي. ويخاطر المجرمون عند استخدام الأموال مباشرة من هذه المصادر غير المشروعة حشية لفت انتباه السلطات على النشاط الإجرامي الذي أدى للحصول على هذه المبالغ وتعريض أنفسهم للمحاكمة الجنائيّة. وكذلك من أجل الاستفادة بحريّة من حصيلة جريمتهم يقومون بإخفاء المصدر غير المشروع لهذه الأموال.

The United Nations Vienna Convention (1988) and the United Nations Palermo Convention (2000) provisions describe money laundering as the process by which proceeds from a criminal activity are disguised to conceal their illicit origin, and may encompass three distinct, alternative acts:

وتصف أحكام اتفاقيّة الأمم المتّحدة – فيينا (1988م) واتفاقيّة الأمم المتّحدة – باليرمو (2000م) غسل الأموال كعملية يتمّ بموجبها إخفاء المتحصلات من الأنشطة الإجرامية بغرض حجب المصدر غير المشروع، وقد تشمل ثلاثة أفعال أساسية ومختلفة:

1. The conversion or transfer, knowing that such property is

1. التغيير والتحويل، مع العلم بأن هذه العوائد هي حصيلة جريمة.

2. إخفاء أو حجب الطبيعة الحقيقيّة، أو المصدر، أو الموقع، أو إحلال، أو النقل، أو

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,** )<br>**Al-Aqaria Building 3** )<br>**Olaya Road, Riyadh** )<br>**Saudi Arabia** )<br>     **Petitioner,** )<br>)<br>   **v.** )<br>)<br>**ERIC H. HOLDER, JR.,** )<br>**in his official capacity as Attorney General of** )<br>**the United States,** )<br>**950 Pennsylvania Avenue, NW, Room B-103** )<br>**Washington, DC  20530-0001** )<br>)<br>**TIMOTHY F. GEITHNER,** )<br>**in his official capacity as Secretary of the** )<br>**Treasury,** )<br>**1500 Pennsylvania Avenue, NW** )<br>**Washington, DC  20220** )<br>)<br>**KENT S. ROBINSON,** )<br>**in his official capacity as Acting United** )<br>**States Attorney for the District of Oregon,** )<br>**1000 SW Third Avenue, Suite 600** )<br>**Portland, Oregon  97204** )<br>)<br>**and** )<br>)<br>**COLLEEN ANDERSON,** )<br>**in her official capacity as Special Agent for** )<br>**the Internal Revenue Service,** )<br>**960 Ellendale, Suite A** )<br>**Medford, Oregon  97504** )<br>)<br>    **Respondents.** ) | **Misc. Action No.**<br><br>**EXHIBIT D TO DECLARATION OF**<br>**KHALID A. AL-THEBITY** |

# Banking Control
# Law*

---

\* Issued by the circular of the Minister of Justice No. 13/T/2898 dated
28.5.1427 H., the Royal Decree No. M/5 dated 22.2.1386 H. and the Resolu-
tion of the Council of Ministers No. 179 dated 5.2.1386 H.

Banking Control Law

consideration when carrying out certain types of transactions for their clients.

4. The cash margins to be obtained by banks against specified categories of credits or guarantees.

5. The minimum ratio to be observed between the limits for loans and the collateral for such loans.

6. Fixing the assets to be maintained by each bank within the Kingdom. Such assets should not fall below a certain percentage of the Bank's deposit liabilities, which shall be fixed by the Agency from time to time.

The Agency may, from time to time, issue decisions concerning the following:

1. Definition of the expression "deposit liabilities" referred to in this Law.

2. Determination of bank holidays and bank business hours.

### Article 17

The Agency may, at any time, request any bank to supply it, within a time limit it will specify and in the manner it will prescribe, with any information that it deems necessary for ensuring the realization of the purposes of this Law.

### Article 18

The Agency may, with the approval of the Minister of Finance and National Economy, conduct an inspection of the books and accounts of any bank, either by the Agency's own staff or by outside auditors assigned

by it. The examination of the bank's books and accounts should take place in the bank's premises. In such a case the bank staff must produce all the required books and records of accounts and other documents in their custody or within their authority and must furnish any information they have relating to the bank.

### Article 19

Any person who comes into possession of information during the performance of his duties in the implementation of this Law, is not allowed to disclose such information or to make use of it in any manner.

### Article 20

The Agency shall periodically publish combined statements of the principal data contained in the returns mentioned in Article 15.

### Article 21

The Minister of Finance and National Economy, in exceptional circumstances, and with the prior approval of the Council of Ministers, may exempt any bank from any provision of this Law or from the related implementing rules for a limited period and subject to such other conditions as may be laid down in each case.

### Article 22

If the Agency finds that a bank has failed to comply with the provisions of this Law, or with the provisions of

Banking Control Law

any regulations issued under this Law, or if a Bank adopts a policy that might seriously affect its solvency or liquidity, it may, with the approval of the Minister of Finance and National Economy, take one or more of the following measures:

a. Appoint one or more advisers to advise the bank in the conduct of its business.

b. Order the suspension or dismissal of any director or officer of the bank.

c. Limit or suspend the granting of credits or the acceptance of deposits.

d. Require the bank to take such other steps as it may consider necessary.

If the Agency finds that a bank persistently contravenes the provisions of this Law or the decisions or regulations made hereunder, it may call upon such a bank to submit its reasons for the contravention, accompanied by its proposals to rectify the position within a stated period. If the Agency is of the opinion that such proposals are not sufficient for their purpose or if the bank fails to implement an agreed or prescribed course of action within the stated period, the Minister of Finance and National Economy may, subject to the approval of the Council of Ministers, revoke the licence of the said bank.

### Article 23

1. Any person who contravenes the provisions of paragraph 1 of Article 2, Article 5 and items a, b and c of paragraph 1 of Article 11, Article 12 and Article 18, shall be liable to imprisonment for a term not exceeding two years and to a fine not exceeding SR. 5,000 for every day the offence continues or to either of these penalties.

2. Any person who contravenes the provisions of Article 19 shall be liable to imprisonment for a term not exceeding two years and to a fine not exceeding SR. 20,000 or to either of these penalties.

3. Any person who contravenes the provisions of Articles 8, 9 and 10 shall be liable to imprisonment for a term not exceeding six months and to a fine not exceeding SR. 10,000 or to either of these penalties.

4. Any person who contravenes the provisions of articles 7, 14 and 15 shall be liable to a fine not exceeding SR. 500 for every day the contravention continues.

5. Any person who contravenes any other provision of this Law or related implementing rules shall be liable to a fine not exceeding SR. 5,000.

6. In the event that offences punishable according to paragraphs 2, 3 and 5 of this Article are committed by the same person for one purpose and provided that such offences are interrelated as to object and timing, they are to be considered as one offence punishable by one penalty.

In imposing the penalties contained in this Article it is to be observed that should an offence be pun-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT** ) | |
| **CORPORATION,** ) | |
| **Al-Aqaria Building 3** ) | |
| **Olaya Road, Riyadh** ) | |
| **Saudi Arabia** ) | |
|          **Petitioner,** ) | |
| ) | |
|     **v.** ) | |
| ) | |
| **ERIC H. HOLDER, JR.,** ) | |
| **in his official capacity as Attorney General of** ) | |
| **the United States,** ) | |
| **950 Pennsylvania Avenue, NW, Room B-103** ) | |
| **Washington, DC  20530-0001** ) | |
| ) | **Misc. Action No.** |
| **TIMOTHY F. GEITHNER,** ) | |
| **in his official capacity as Secretary of the** ) | |
| **Treasury,** ) | **EXHIBIT E TO DECLARATION OF** |
| **1500 Pennsylvania Avenue, NW** ) | **KHALID A. AL-THEBITY** |
| **Washington, DC  20220** ) | |
| ) | |
| **KENT S. ROBINSON,** ) | |
| **in his official capacity as Acting United** ) | |
| **States Attorney for the District of Oregon,** ) | |
| **1000 SW Third Avenue, Suite 600** ) | |
| **Portland, Oregon  97204** ) | |
| ) | |
| **and** ) | |
| ) | |
| **COLLEEN ANDERSON,** ) | |
| **in her official capacity as Special Agent for** ) | |
| **the Internal Revenue Service,** ) | |
| **960 Ellendale, Suite A** ) | |
| **Medford, Oregon  97504** ) | |
| ) | |
|          **Respondents.** ) | |

Al Rajhi Bank مصرف الراجحي

الرقـم :    193    / رل/ 09
التاريخ :  1430/09/11 هـ . 01 / 2009/09م

الموضوع : أمر التكليف الصادر من وزارة العدل الأمريكية لمصرف الراجحي

سعادة مدير إدارة التفتيش البنكي              حفظه الله
مؤسسة النقد العربي السعودي

السلام عليكم ورحمة الله و بركاته،
أشير إلى كتاب وزارة العدل في الولايات المتحدة الأمريكية بتاريخ 2009/07/17م المستند إلى
الصلاحيات الواردة في المادة 5318 كيه (3) من الجزء 31 من القانون الأمريكي و الذي تطلب فيه
من مصرف الراجحي موافقة الوزارة، بما لا يتجاوز تاريخ 2009/8/28م، بقيود بيانات مصرفية
معتمدة تتعلق بحساب عميل المصرف السيد/ سليمان البطحي.

ولكي يتسنى للمصرف معرفة ما إذا كان بوسعه الاستجابة لأمر التكليف بموجب الأنظمة
المرعية في المملكة العربية السعودية فقد طلب محامي المصرف وحصل على تأجيل تاريخ
التقديم إلى 2009/9/28م كحد أقصى.

و لقد نما إلى علم المصرف بأن الحصول على موافقة مقام مؤسسة النقد العربي السعودي قد
تكون مطلوبة من أجل الاستجابة لطلب وزارة العدل الأمريكية المشار إليه. حيث تنص المادة
(3:6:2) من قواعد مكافحة غسل الأموال وتمويل الإرهاب (التحديث الثاني ديسمبر 2008) على
ضرورة التعاون الدولي وتوجه المصارف السعودية بموافاة الجهات الخارجية بالمعلومات بشرط
الحصول المسبق على موافقة المؤسسة والتنسيق معها.

لذا، نأمل من سعادتكم التفضل  بتزويد المصرف بتوجيهاتكم الكريمة كتابيا فيما إذا كان
بوسعه الاستجابة لأمر التكليف المشار إليه و موافاة وزارة العدل الأمريكية بالقيود المصرفية
المطلوبة.

علماً بأنه  قد يترتب على عدم استجابة المصرف لأمر التكليف أو الاعتراض عليه قضائياً في
الولايات المتحدة أن تقوم وزارة العدل الأمريكية بإصدار أوامرها للبنوك الأمريكية ذات العلاقة
بإغلاق حسابات المراسلين التابعة للمصرف في الولايات المتحدة، ولا يخفى على سعادتكم
الضرر المالي البالغ الذي قد يلحق المصرف نتيجة لذلك.

و نرفق لعنايتكم صورة من أمر التكليف والمواد ذات العلاقة من القانون الصادر بموجبه الأمر.

رئيس الأعضاء
راجيش راجوناثان

شركة الراجحي المصرفية للاستثمار
ص ب 28 الرياض 11411  المملكة العربية السعودية
هاتف 6000 211 1 966+ تلكس 406317

Al Rajhi Banking & Investment Corp.
P O Box 28  Riyadh 11411  Kingdom of Saudi Arabia
Tel +966 1 2116000  Tlx  406317
www.alrajhibank.com.sa

Form No. 6296 ة رقم نموذج

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,** )<br>**Al-Aqaria Building 3** )<br>**Olaya Road, Riyadh** )<br>**Saudi Arabia** )<br>    **Petitioner,** )<br> )<br>   **v.** )<br> )<br>**ERIC H. HOLDER, JR.,** )<br>**in his official capacity as Attorney General of** )<br>**the United States,** )<br>**950 Pennsylvania Avenue, NW, Room B-103** )<br>**Washington, DC  20530-0001** )<br> )<br>**TIMOTHY F. GEITHNER,** )<br>**in his official capacity as Secretary of the** )<br>**Treasury,** )<br>**1500 Pennsylvania Avenue, NW** )<br>**Washington, DC  20220** )<br> )<br>**KENT S. ROBINSON,** )<br>**in his official capacity as Acting United** )<br>**States Attorney for the District of Oregon,** )<br>**1000 SW Third Avenue, Suite 600** )<br>**Portland, Oregon  97204** )<br> )<br>**and** )<br> )<br>**COLLEEN ANDERSON,** )<br>**in her official capacity as Special Agent for** )<br>**the Internal Revenue Service,** )<br>**960 Ellendale, Suite A** )<br>**Medford, Oregon  97504** )<br> )<br>    **Respondents.** ) | **Misc. Action No.**<br><br>**EXHIBIT F TO DECLARATION OF**<br>**KHALID A. AL-THEBITY** |



**Al Rajhi Bank**



Reference Number: 193/RL/09

Date: 1 September 2009 (11 Ramadan 1430 H)

Subject: the subpoena issued by the U.S. Department of Justice to Al Rajhi bank

His Excellency Director of Banking Inspection Department

Saudi Arabian Monetary Agency (SAMA)

Peace Be Upon You:

Reference is made to the letter of the U.S. Department of Justice dated 17 July 2009, that was based on the authorities stipulated in Article 5318(K)(3) of title 31 of the U.S. Code. In its referenced letter, the U.S. Department of Justice requested Al Rajhi Bank to provide the Department with certified banking data entries pertaining to the account of the said Bank's client Mr. Sulaiman Al-But'he, no later than 28 August 2009.

In order for the Bank to be aware whether it will be able to respond to the said Subpoena pursuant to the laws and regulations applicable in the Kingdom of Saudi Arabia, the Bank's lawyer requested that the submittal date be postponed to no later than 28 September 2009, and he was granted such postponement.

The Bank has learned that obtaining the consent of SAMA may be required for responding to the said request of the U.S. Department of Justice. Article 3:6:2 of the Rules Governing Anti-Money Laundering and Combating Terrorism Financing (The Second Updated Version of December 2008) stipulates that international cooperation is necessary in this regard and it directs the Saudi banks to provide information to foreign parties, provided that such banks obtain prior consent of SAMA and coordinate with it.

Therefore, Your Excellency is kindly requested to provide the Bank with your written directions on whether the bank shall be in a position to respond to the said Subpoena and to provide the U.S. Department of Justice with the requested banking entries.

It is noteworthy that in the event that the Bank fails to respond to the Subpoena or to except to/ challenge it before the U.S. judicial authorities, the U.S. Department of Justice may issue orders to the

DC 414444.1 303340 000046 10/12/2009 04:49pmDC 414444.1 303340 000046 10/12/2009 04:49pm





U.S. banks to close the correspondent accounts of the Bank in USA, and you may be aware of the severe financial damage that may be inflicted upon the Bank as a result of such situation.

We enclose herewith copies of the Subpoena and the relevant articles of the Code under which the Subpoena was issued.

(Signed)

Chief of Compliance department

Rajesh Rajonanan

Al Rajhi Banking & Investment Corp.

P. O. Box 28, Riyadh 11411,  Kingdom of Saudi Arabia

Tel +966 1

Al Rajhi Bank مصرف الراجحي

الرقـم :  193  / رل/ 09
التاريخ :  1430/09/11 هـ ـ  2009/09/ 01م

الموضوع : أمر التكليف الصادر من وزارة العدل الأمريكية لمصرف الراجحي

سعادة مدير إدارة التفتيش البنكي                حفظه الله
مؤسسة النقد العربي السعودي

السلام عليكم ورحمة الله و بركاته،

أشير إلى كتاب وزارة العدل في الولايات المتحدة الأمريكية بتاريخ 2009/07/17م المستند إلى الصلاحيات الواردة في المادة 5318 كيه (3) من الجزء 31 من القانون الأمريكي و الذي تطلب فيه من مصرف الراجحي موافاة الوزارة، بما لا يتجاوز تاريخ 2009/8/28م، بقيود بيانات مصرفية معتمدة تتعلق بحساب عميل المصرف السيد/ سليمان البطحي.

ولكي يتسنى للمصرف معرفة ما إذا كان بوسعه الاستجابة لأمر التكليف بموجب الأنظمة المرعية في المملكة العربية السعودية فقد طلب محامي المصرف وحصل على تأجيل تاريخ التقديم إلى 2009/9/28م كحد أقصى.

و لقد نما إلى علم المصرف بأن الحصول على موافقة مقام مؤسسة النقد العربي السعودي قد تكون مطلوبة من أجل الاستجابة لطلب وزارة العدل الأمريكية المشار إليه. حيث تنص المادة (3:6:2) من قواعد مكافحة غسل الأموال وتمويل الإرهاب (التحديث الثاني ديسمبر 2008) على ضرورة التعاون الدولي وتوجه المصارف السعودية بموافاة الجهات الخارجية بالمعلومات بشرط الحصول المسبق على موافقة المؤسسة والتنسيق معها.

لذا، نأمل من سعادتكم التفضل بتزويد المصرف بتوجيهاتكم الكريمة كتابيا فيما إذا كان بوسعه الاستجابة لأمر التكليف المشار إليه و موافقة وزارة العدل الأمريكية بالقيود المصرفية المطلوبة.

علماً بأنه قد يترتب على عدم استجابة المصرف لأمر التكليف أو الاعتراض عليه قضائياً في الولايات المتحدة أن تقوم وزارة العدل الأمريكية بإصدار أوامرها للبنوك الأمريكية ذات العلاقة بإغلاق حسابات المراسلين التابعة للمصرف في الولايات المتحدة، ولا يخفى على سعادتكم الضرر المالي البالغ الذي قد يلحق المصرف نتيجة لذلك.

و نرفق لعنايتكم صورة من أمر التكليف والمواد ذات العلاقة من القانون الصادر بموجبه الأمر.

رئيس الالتزام
راجيش راجوناثان

شركة الراجحي المصرفية للاستثمار
ص ، ب 28 الرياض 11411  المملكة العربية السعودية
هاتف 6000 1 211 966+ • تلكس 406317

Al Rajhi Banking & Investment Corp.
P O Box 28  Riyadh 11411  Kingdom of Saudi Arabia
Tel +966 1 2116000  Tlx  406317
www.alrajhibank.com.sa

Form No. 623/6/09    نموذج رقم 623/6/09

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,**<br>**Al-Aqaria Building 3**<br>**Olaya Road, Riyadh**<br>**Saudi Arabia**<br>                    **Petitioner,**<br><br>                    **v.**<br><br>**ERIC H. HOLDER, JR.,**<br>**in his official capacity as Attorney General of**<br>**the United States,**<br>**950 Pennsylvania Avenue, NW, Room B-103**<br>**Washington, DC  20530-0001**<br><br>**TIMOTHY F. GEITHNER,**<br>**in his official capacity as Secretary of the**<br>**Treasury,**<br>**1500 Pennsylvania Avenue, NW**<br>**Washington, DC  20220**<br><br>**KENT S. ROBINSON,**<br>**in his official capacity as Acting United**<br>**States Attorney for the District of Oregon,**<br>**1000 SW Third Avenue, Suite 600**<br>**Portland, Oregon  97204**<br><br>**and**<br><br>**COLLEEN ANDERSON,**<br>**in her official capacity as Special Agent for**<br>**the Internal Revenue Service,**<br>**960 Ellendale, Suite A**<br>**Medford, Oregon  97504**<br>                    **Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Misc. Action No.**<br>)<br>)<br>)  **EXHIBIT G TO DECLARATION OF**<br>)  **KHALID A. AL-THEBITY**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# Saudi Arabian Monetary Agency

Riyadh, Saudi Arabia

September 2009

**The Vice Governor**

Mr. Abdullah Sulaiman Al Rajhi
Chief Executive Officer
Al Rajhi Bank
P.O. Box 28, Riyadh 11411
Saudi Arabia

Dear Mr. Al Rajhi,

This refers to your letter to SAMA, dated 10 September 2009, in which you requested the Saudi Arabian Monetary Agency's ("SAMA") approval to release some banking documents relating to your customer, Mr. Soliman Al-Buthe.

The Saudi Arabian banking control law prohibits banks from disclosing customer information without the express consent of relevant authorities. Article 19 of the Banking Control Law of the Kingdom of Saudi Arabia (BCL") states: *"any person who comes into possession of information during the performance of his duties in the implementation of this Law, is not allowed to disclose such information or make use of it in any manner."* In addition, over past years, SAMA and other concerned government ministries have issued a number of regulations relating to confidential bank and customer related information. These regulations require banks to seek the permission of the relevant government authorities by channeling their requests through SAMA for appropriate action. Article 23(2) of the BCL clearly states that a violation of Article 19 can lead to financial penalties for violation of any relevant regulations under the law. Accordingly, it is a crime punishable by imprisonment and/or fine for any person to disclose bank information without prior approval by the relevant authority.

SAMA cannot consider the request as submitted. The proper official channels for processing a request for documents from official bodies outside the Kingdom of Saudi Arabia, including information regarding the accounts of a customer or relating to banking activities located at a domestic office of a Saudi Arabian bank, must be followed. The proper method of delivering any request for documents would be through the service of letters rogatory in the manner usual in international relations. Only then would SAMA be in a position to consider such a request.

Consequently, your bank's lawyer should determine how to inform the United States authorities that SAMA cannot consider this information request in its current form.

Best regards.

Dr. Abdulrahman Al-Hamidy

---

*Teleg. : "MARKAZI" — P.O.Box 2992, Riyadh - 11169 — Tlx. : 401734 - 37 — Tel. : 4633000*