KENT S. ROBINSON, OSB #09625
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
chris.cardani@usdoj.gov
Telephone:  (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #91287
charles.gorder@usdoj.gov
**RYAN W. BOUNDS**, OSB #00012
ryan.bounds@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Telephone:  (503) 727-1000
        Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CR 05-60008-02-HO** |
| **v.** | |
| **PIROUZ SEDAGHATY,** | **EXHIBIT C TO DECLARATION OF CHRISTOPHER L. CARDANI** |
| **Defendant.** | |
| **In re AL RAJHI BANK SUBPOENA** | **PART 3:** |
| | **(1)    COLEMAN DECLARATION** |
| **AL RAJHI BANKING &** | **(2)    EXHIBITS A-D** |
| **INVESTMENT CORP,** | |
| **Real party in interest** | |
| **Respondent.** | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,**<br>**Al-Aqaria Building 3**<br>**Olaya Road, Riyadh**<br>**Saudi Arabia**<br><br>              **Petitioner,**<br><br>     **v.**<br><br>**ERIC H. HOLDER, JR.,**<br>**in his official capacity as Attorney General of**<br>**the United States,**<br>**950 Pennsylvania Avenue, NW, Room B-103**<br>**Washington, DC 20530-0001**<br><br>**TIMOTHY F. GEITHNER,**<br>**in his official capacity as Secretary of the**<br>**Treasury,**<br>**1500 Pennsylvania Avenue, NW**<br>**Washington, DC 20220**<br><br>**KENT S. ROBINSON,**<br>**in his official capacity as Acting United**<br>**States Attorney for the District of Oregon,**<br>**1000 SW Third Avenue, Suite 600**<br>**Portland, Oregon 97204**<br><br>**and**<br><br>**COLLEEN ANDERSON,**<br>**in her official capacity as Special Agent for**<br>**the Internal Revenue Service,**<br>**960 Ellendale, Suite A**<br>**Medford, Oregon 97504**<br><br>              **Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Misc. Action No.**<br>)<br>)<br>)  **DECLARATION OF**<br>)  **TIMOTHY J. COLEMAN**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, TIMOTHY J. COLEMAN, hereby declare and state as follows:

1.      I am a partner in the law firm of Dewey & LeBoeuf LLP, attorneys for Petitioner Al Rajhi Banking & Investment Corporation (the "Bank") in the above-captioned action.  I have personal knowledge of the matters stated below.  If called as a witness, I could and would testify competently thereto.  I also submit this Declaration for the purpose of putting before the Court certain documents in support of Petitioner's Motion to Quash Patriot Act Subpoena.

2.      The Bank's agent for service of process is Mr. Isam Salah, a partner in the New York office of King & Spalding LLP, a U.S. law firm based in Atlanta.

3.      Attached as Exhibit A is a true and correct copy of King & Spalding's letter accepting The Bank's request that it act as The Bank's agent for service of process.

4.      Attached as Exhibit B is a true and correct copy of the Indictment of Al-Haramain Islamic Foundation, Inc., Pirouz Sedaghaty and Soliman Hamd Al-Buthe, filed in *United States v. Al-Haramain Islamic Found., Inc. et al.*, No. 6:05-cr-60008-HO (D. Or. Feb. 17, 2005).

5.      Attached as Exhibit C is a true and correct copy of the docket sheet as of January 18, 2010 in *United States v. Al-Haramain Islamic Found., Inc. et al.*, No. 6:05-cr-60008-HO (D. Or. 2005).

6.      Attached as Exhibit D is a true and correct copy of the United States Attorney's Office for the District of Oregon's press release of August 4, 2005, entitled, "Government Files Motion to Dismiss Case Against Al-Haramain Islamic Foundation, Inc. Because International Fugitives have not been Apprehended".

7.      Attached as Exhibit E is a true and correct copy of the United States Attorney's Office for the District of Oregon's press release of August 15, 2007, entitled, "Former Ashland,

Oregon Resident Previously Charged with Conspiracy to Defraud the United States and Filing a

False Tax Return on Behalf of Al-Haramain Islamic Foundation Appears in Federal Court".

8.     Attached as Exhibit F is a true and correct copy of excerpts from Sedaghaty's

Memorandum in Support of Motions to Suppress Evidence Seized Pursuant to Search Warrant

and Purported Consents, and to Compel Government to Cease All Searches of Computers and

Electronic Media Seized on February 18, 2004, *United States v. Al-Haramain Islamic

Foundation, Inc., et al.*, No. 6:05-CR-60008-HO (D. Or. June 19, 2009).

9.     Attached as Exhibit G is a true and correct copy of the Acting United States

Attorney for the District of Oregon's Administrative Subpoena issued on the Bank on July 17,

2009.

10.     Attached as Exhibit H is a true and correct copy of excerpts from the

Government's Trial Brief, *United States v. Holy Land Found. for Relief and Dev*., No. 03-CR-

240-G (N.D. Tex. May 29, 2007).

11.     On August 18, 2009, I spoke by telephone with Assistant United States Attorney

Christopher Cardani in the District of Oregon, and Internal Revenue Service Special Agent

Colleen Anderson, both of whom are assigned to the government's criminal case against

Sedaghaty.  I advised the government that I represented the Bank.  I requested a 30-day

adjournment of the return date for the subpoena, to provide additional time determine whether

the Bank would comply with the subpoena or contest it.  AUSA Cardani agreed to the

adjournment, which I confirmed in an email sent to him later that day.

12.     On September 22, 2009, I spoke with AUSA Cardani, advised him that the Bank

was awaiting guidance from the Saudi authorities concerning the subpoena, and requested a

further 30-day adjournment of the return date.  AUSA Cardani agreed, and I confirmed the adjournment in an email to him later that day.

13.    On September 23, 2009, I received a copy of the letter from SAMA to the Bank. (Declaration of Khalid A. Al-Thebity, sworn to Oct. 21, 2009, ¶ 2 ("Al-Thebity Decl.")Ex. G). On September 24, 2009, I forwarded that letter, together with a letter from the Bank to SAMA dated September 1, 2009, (Al-Thebity Decl. Exs. E., F) to AUSA Cardani, SA Anderson and AUSA Charles Gorder, who is also assigned to the criminal case against Sedaghaty.  Also on September 24, 2009, I spoke with AUSA Cardani, and advised him that, in light of SAMA's instructions to the Bank, it was likely that the Bank would move to quash the subpoena.  In that conversation, AUSA Cardani stated that the government had attempted to obtain the documents called for by subpoena through a request to the government of Saudi Arabia.  He did not tell me the nature of that request.  I suggested to AUSA Cardani that, in light of SAMA's view that the documents should be requested by means of a letter rogatory, the government should consider submitting such a request.

14.    On October 23, 2009, I had a further conversation with AUSA Cardani, in which he stated that the government was granting a further adjournment of the subpoena return date.  I told AUSA Cardani that the Bank was not requesting any further adjournment, and that the Bank might move to quash the subpoena despite the extension.  On October 26, 2009, I received an email from AUSA Cardani stating that the return date was adjourned to November 30, 2009.

15.    On November 9, 2009, I spoke with AUSA Cardani and David Warner, an attorney in the Justice Department's Office of International Affairs in Washington ("OIA").  During that call, the government represented that it had not submitted a letter rogatory seeking the documents at issue, but had made a request to the Saudi government to produce those

documents pursuant to the International Convention for the Suppression of the Financing of Terrorism.  I reiterated my previous suggestion that the government should consider seeking the documents through a letter rogatory, and offered to assist the government by working with the Bank to process the request expeditiously.  I also requested that requested that the government provide me with documentation, such as diplomatic cable traffic, of the treaty request the government had made previously.

16.     On November 23, 2009, I received an email from AUSA Cardani, stating that OIA was working with the State Department to determine whether the information I requested could be provided, and that he was therefore extending the subpoena return date to December 30, 2009.

17.     On December 23, 2009, I spoke with AUSA Cardani.  He informed me that the government would not provide the information I had requested.  He stated that the government was considering various options in connection with the subpoena.  He stated that some of those options could adversely affect the Bank, and specifically cited a provision of the USA PATRIOT Act, 31 U.S.C. Section 5318A. AUSA Cardani also informed me that he was extending the subpoena return date to January 29, 2010.

18.     On January 15, 2009, I spoke with AUSA Cardani.  I stated that if the government initiated a proceeding under Section 5318A, the Bank would be irreparably harmed.  I requested that the government agree to provide the Bank with advance notice of any such proceeding. AUSA Cardani did not agree to that request.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:    1/15/10

Respectfully submitted,

Timothy J. Coleman (D.C. Bar No. 436415)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,** <br> **Al-Aqaria Building 3** <br> **Olaya Road, Riyadh** <br> **Saudi Arabia** <br>      **Petitioner,** <br><br>    **v.** <br><br> **ERIC H. HOLDER, JR.,** <br> **in his official capacity as Attorney General of** <br> **the United States,** <br> **950 Pennsylvania Avenue, NW, Room B-103** <br> **Washington, DC  20530-0001** <br><br> **TIMOTHY F. GEITHNER,** <br> **in his official capacity as Secretary of the** <br> **Treasury,** <br> **1500 Pennsylvania Avenue, NW** <br> **Washington, DC  20220** <br><br> **KENT S. ROBINSON,** <br> **in his official capacity as Acting United** <br> **States Attorney for the District of Oregon,** <br> **1000 SW Third Avenue, Suite 600** <br> **Portland, Oregon  97204** <br><br> **and** <br><br> **COLLEEN ANDERSON,** <br> **in her official capacity as Special Agent for** <br> **the Internal Revenue Service,** <br> **960 Ellendale, Suite A** <br> **Medford, Oregon  97504** <br><br>     **Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**Misc. Action No.**<br>)<br>)<br>)<br>**EXHIBIT A TO DECLARATION OF**<br>**TIMOTHY J. COLEMAN**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036-4003
www.kslaw.com

Isam Salah
Direct Dial: 212/556-2140
isalah@kslaw.com

April 22, 2009

K.B. Sudarsan
Al Rajhi Bank
Corporate Banking Group
Corporate Bank Building
Musa Bin Nusair Road
Olaya, Saudi Arabia

**PRIVILEGED AND CONFIDENTIAL:
SUBJECT TO ATTORNEY-CLIENT
PRIVILEGE AND ATTORNEY WORK
PRODUCT DOCTRINE**

Re:     **Appointment of Legal Process Agent**

Dear Mr. Sudarsan:

We are in receipt of your request dated March 23, 2009 regarding the above-captioned matter. We would be willing to act as agent for service of process for Al Rajhi Bank. There would be no charge for our accepting to act as your agent for the service of process. If we are called on to handle various matters in our capacity as agent for service of process, we would charge for the time incurred and related disbursements. When notifying others that we act as your agent, please indicate our address details as follows:

King & Spalding
1185 Avenue of the Americas
New York, New York 10036
ATTN: Mr. Isam Salah

Please provide me with full address (building and post office box), telephone, fax, email and contact details that should be used for the forwarding of process to Al Rajhi Bank.

Sincerely,

Isam Salah

IS:gg

1049951

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,** ) | |
| **Al-Aqaria Building 3** ) | |
| **Olaya Road, Riyadh** ) | |
| **Saudi Arabia** ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **ERIC H. HOLDER, JR.,** ) | |
| **in his official capacity as Attorney General of** ) | |
| **the United States,** ) | |
| **950 Pennsylvania Avenue, NW, Room B-103** ) | |
| **Washington, DC  20530-0001** ) | |
| ) | **Misc. Action No.** |
| **TIMOTHY F. GEITHNER,** ) | |
| **in his official capacity as Secretary of the** ) | |
| **Treasury,** ) | **EXHIBIT B TO DECLARATION OF** |
| **1500 Pennsylvania Avenue, NW** ) | **TIMOTHY J. COLEMAN** |
| **Washington, DC  20220** ) | |
| ) | |
| **KENT S. ROBINSON,** ) | |
| **in his official capacity as Acting United** ) | |
| **States Attorney for the District of Oregon,** ) | |
| **1000 SW Third Avenue, Suite 600** ) | |
| **Portland, Oregon  97204** ) | |
| ) | |
| **and** ) | |
| ) | |
| **COLLEEN ANDERSON,** ) | |
| **in her official capacity as Special Agent for** ) | |
| **the Internal Revenue Service,** ) | |
| **960 Ellendale, Suite A** ) | |
| **Medford, Oregon  97504** ) | |
| ) | |
| **Respondents.** ) | |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-60008-HO |
| ) | |
| Plaintiff, ) | **I N D I C T M E N T** |
| ) | |
| v. ) | Count One:  18 U.S.C. §371 - |
| ) | |
| AL-HARAMAIN ISLAMIC ) | Conspiracy to Defraud the |
| FOUNDATION, INC.; ) | United States |
| ) | |
| PIROUZ SEDAGHATY, ) | Count Two:  26 U.S.C. §7206(1) - |
| a/k/a Pete Seda, Perouz Seda Ghaty ) | |
| and Abu Yunus; and ) | False I.R.S. Return by Tax |
| ) | Exempt Organization |
| SOLIMAN HAMD AL-BUTHE, ) | |
| a/k/a Soliman Al-Buthe; ) | Count Three:  31 U.S.C. |
| ) | §5316(a)(1)(A) - |
| Defendants. ) | |
| | Failure to File Report of |
| | International Transportation of |
| | Currency or Monetary |
| | Instrument |

## THE GRAND JURY CHARGES:

### Introductory Allegations

At all times relevant to this indictment:

A)    Defendant PIROUZ SEDAGHATY, also known as Pete Seda, Perouz

Seda Ghaty, and Abu Yunus, was a naturalized United States citizen and resident of

Ashland, Oregon.

Indictment - 1

B)     The Al-Haramain Islamic Foundation, referred to in this indictment as Al-
Haramain (Riyadh), was a non-governmental organization headquartered in Riyadh,
Saudi Arabia. Al-Haramain (Riyadh) operated in more than fifty countries throughout
the world. Its publicly stated purposes were to distribute Islamic aid and Islamic
educational material.

>       i)     Aqeel Abdul-Aziz Al'Aqeel, also known as Ageel al-Ageel or Aquil
>       al-Aquil, was the General Manager of Al-Haramain (Riyadh).
>
>       ii)    Defendant SOLIMAN HAMD AL-BUTHE, also known as Soliman
>       Al-Buthe, was a citizen of Saudi Arabia and an official with Al-Haramain
>       (Riyadh). AL-BUTHE was also the chairman of the United States
>       Committee for Al-Haramain, responsible for promoting Al-Haramain's
>       (Riyadh) causes in the United States.
>
>       iii)   Al-Haramain (Riyadh) first established a presence in the United
>       States in 1997. In October 1997, Aqeel Abdul-Aziz Al'Aqeel, on behalf of
>       Al-Haramain (Riyadh), designated defendant SOLIMAN AL-BUTHE
>       through a power of attorney as its lawful representative in the United
>       States. Later that month, defendants PIROUZ SEDAGHATY and
>       SOLIMAN AL-BUTHE registered the Al-Haramain Islamic Foundation as
>       an assumed business name with the Oregon Secretary of State.
>       SEDAGHATY was designated as Al-Haramain Islamic Foundation's
>       authorized representative. The Al-Haramain Islamic Foundation listed its
>       principal place of business in the United States as 1257 Siskiyou Blvd.
>       #224, Ashland, Oregon.

Indictment - 2

iv)     Defendants PIROUZ SEDAGHATY and SOLIMAN AL-BUTHE

established a bank account in the name of the Al-Haramain Islamic

Foundation at the Bank of America in Ashland, Oregon. Defendants

PIROUZ SEDAGHATY and SOLIMAN AL-BUTHE were the only two

individuals authorized to conduct transactions involving that bank account.

v)      In February and March 1999, defendant PIROUZ SEDAGHATY

established Al-Haramain as a corporation in the State of Oregon, thus

becoming the AL-HARAMAIN ISLAMIC FOUNDATION, INC. In its

corporate application, defendant AL-HARAMAIN ISLAMIC FOUNDATION,

INC. asserted:

> The corporation is organized as a public benefit corporation
> exclusively for religious, humanitarian, educational, and charitable
> purposes as defined in Section 501(C)(3) of the Internal Revenue
> Code, and ORS 65.036 of the Oregon Revised Code. The
> corporation shall not carry on any activities which are not permitted
> by the Internal Revenue Code for such corporations which are
> exempt from federal income tax and to which contributions are
> deductible for federal income tax purposes. Al Haramain Islamic
> Foundation, Inc. stands against terrorism, injustice, or subversive
> activities in any form and shall not support any statement or acts of
> terrorism. Al Haramain Islamic Foundation, Inc. believes such
> conduct is contrary to Islamic principles.

vi)     In documents filed with the Internal Revenue Service, defendant

AL-HARAMAIN ISLAMIC FOUNDATION, INC. listed the following

individuals among its corporate officers:

| Ageel Al-Ageel (aka Aquil al-Aquil) | - | President |
| Soliman HS Al-Buthe | - | Treasurer |
| Perouz Seda Ghaty | - | Secretary |

Indictment - 3

Defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. provided the

Internal Revenue Service with a website address of www.alharamain.org.

vii)       Defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. was

funded by its parent organization Al-Haramain (Riyadh) through its

headquarters in Riyadh, Saudi Arabia, which exercised decision-making

authority over financial transactions conducted by the United States office,

including decisions on how donations received by Al-Haramain (Riyadh)

and defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. would be

distributed.

C)       Immigration and Customs Enforcement (ICE) and Customs and Border

Protection (CBP) are agencies of the U.S. Department of Homeland Security. At the

time of the events relevant to this indictment, ICE and CBP were known as the United

States Customs Service, which was an agency of the United States Department of the

Treasury. As part of its lawful functions, ICE and CBP are responsible for collecting

information concerning currency and monetary instruments coming into or leaving the

United States in amounts greater than $10,000. At the time of the events relevant to

this indictment, the United States Customs Service was responsible for collecting

information concerning currency and monetary instruments coming into or leaving the

United States in amounts greater than $10,000.

i)       Anyone who transports, mails or ships more than $10,000 in

currency or monetary instruments, including travelers checks, into or out

of the United States, is required by law to provide the details of that

transaction to the United States Government through a Form 4790,

Indictment - 4

> *Report of International Transportation of Currency or Monetary*
> *Instruments.*

D)      The Internal Revenue Service is an agency of the United States
Department of the Treasury. As part of its lawful functions, the IRS is responsible for
considering applications from organizations seeking to be exempt from taxation. If tax
exempt status is granted to an organization, it must file a Form 990, *Return of*
*Organization Exempt from Income Tax,* with the IRS each year in which its contributions
exceed $100,000. If the IRS determines from a review of a Form 990 that a tax exempt
organization is not operating consistently with its tax exempt status, then the IRS may
revoke the tax exemption and subject the organization to taxation.

> i)      On December 31, 1999, defendant PIROUZ SEDAGHATY and
> defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. filed an
> application for tax exempt status, asserting the Al-Haramain Islamic
> Foundation was a public benefit corporation, organized exclusively for
> religious, humanitarian, educational and charitable purposes. The Internal
> Revenue Service granted defendant AL-HARAMAIN ISLAMIC
> FOUNDATION, INC.'s application for tax exempt status in December
> 2000.

E)      As used in this indictment, the term "jihad" means violent jihad, that is, a
holy war accomplished through violent physical struggle and armed conflict.

F)      "Mujahideen" are individuals who engage in a violent physical struggle or
armed conflict to promote a holy war or violent jihad.

G)      "Zakat" is one of the pillars of Islam, and is the obligatory alms or charity
Indictment - 5

tax imposed on all practicing Muslims to support the poor and needy. Money obtained through zakat has been diverted by Islamic charitable foundations and non-governmental organizations to fund mujahideen, assisting them in violent jihad.

H)       Chechnya is a North Caucasus province located south of Russia. Chechnya has a long history of a Muslim led guerilla independence resistance against Russian occupation. In approximately 1995, foreign mujahideen moved into Chechnya in an organized effort to aid local Muslim fighters in an attempt to defeat Russian forces. The mujahideen are engaged in a violent jihad, with the goal of creating an Islamic state in Chechnya. The Chechen mujahideen have received funding from Islamic charities and non-governmental organizations.

I)       The website www.alharamain.org was hosted by Al-Haramain (Riyadh). Through this website and other websites referred to in Al-Haramain's (Riyadh) website, Al-Haramain (Riyadh) promoted violent jihad as an obligation of Islam, updated readers concerning the Chechen mujahideen's violent jihad against the Russian army, and advised readers on how to donate money to the Chechen mujahideen.

## Count One

The introductory allegations are incorporated as if fully set forth herein.

### Conspiracy to Defraud the United States Government

From late 1999, through October 2001, in the District of Oregon and elsewhere, the

• AL-HARAMAIN ISLAMIC FOUNDATION, INC., an Oregon Corporation;

• PIROUZ SEDAGHATY, a/k/a Pete Seda, Perouz Seda Ghaty, and Abu Yunus; and

Indictment - 6

• SOLIMAN HAMD AL-BUTHE, a/k/a Soliman Al-Buthe;

defendants herein, did unlawfully, willfully, and knowingly conspire, combine,

confederate, and agree together and with each other and with other individuals and

organizations both known and unknown to the grand jury to defraud the United States

for the purpose of impeding, impairing, obstructing, and defeating the lawful functions of

the U.S. Immigration and Customs Enforcement and Customs and Border Protection of

the Department of Homeland Security, formerly the United States Customs Service of

the Department of Treasury, in the collection of information concerning the

transportation of currency and monetary instruments leaving the United States, and the

Internal Revenue Service of the Treasury Department, in the collection of information

concerning financial transactions of tax exempt organizations, through deceit, craft,

trickery and dishonest means.

## I. Object of the Conspiracy

In February 2000, an individual in Egypt donated $150,000 to Al-Haramain

(Riyadh) as zakat to be sent to Chechnya. The funds were initially wire transferred by

the donor to an Al-Haramain bank account in Oregon, converted into travelers checks

and a cashier's check, and covertly taken out of the United States by defendant

SOLIMAN AL-BUTHE. Intending that the funds be delivered to the Chechen

mujahideen, defendants PIROUZ SEDAGHATY, SOLIMAN AL-BUTHE, the AL-

HARAMAIN ISLAMIC FOUNDATION, INC., and others, engaged in a conspiracy to

prevent the United States Government from learning of the transaction by failing to fill

out paperwork, as required by law, acknowledging the funds were leaving the United

States, and by filing a false tax return with the Internal Revenue Service which falsified

Indictment - 7

how the donated funds were distributed by defendant AL-HARAMAIN ISLAMIC
FOUNDATION, INC.

## II. Manner and Means by Which the Conspiracy was Carried Out

The manner and means by which the conspiracy was sought to be accomplished
included:

A)   In 1999 and 2000, Al-Haramain (Riyadh) published reports and articles in
support of the mujahideen in Chechnya on its website, www.alharamain.org. These
reports were published in English and Arabic. One report, entitled "The Latest News
About the Jihaad in Chechnya," provided details of specific battles between Russian
forces and the mujahideen in Chechnya. The website also published prayers calling for
the destruction of the Russian army and for aid for "our Mujaahideen brothers in
Chechnya." The website also contained a link to www.qoqaz.com. Through this link,
details were available on how to fund the Chechen mujahideen.

B)   In February 2000, Al-Haramain (Riyadh) issued an online newsletter
reading in part:

> Jihad is a religious obligation in Islaam. Its aim is to fight oppression and
> injustice and to remove obstacles which prevent the spread of Islam. This
> is accomplish[ed] either by weakening or destroying the disbelieving
> prevalent political parties so that Muslims can prevent anyone from
> persecuting their brother Muslims wherever they may be.

C)   In February 2000, Al-Haramain (Riyadh) was contacted by an individual in
Egypt seeking to donate $150,000 "as Zakat in order to participate in your nobel
support to our muslim brothers in Chychnia...." To make the donation, the Egyptian
donor initially sent the funds to defendant AL-HARAMAIN ISLAMIC FOUNDATION,
INC. in the United States.

Indictment - 8

D)     On or about February 24, 2000, the Egyptian donor wire transferred

$149,985 from an account he controlled at the National Bank of Kuwait in London,

England, to an account at the Bank of America in Ashland, Oregon, in the name of the

Al-Haramain Islamic Foundation. All funds in the Al-Haramain account at the Bank of

America were controlled by defendants PIROUZ SEDAGHATY and SOLIMAN AL-

BUTHE.

E)     In an electronic message sent from Riyadh, Saudi Arabia, to defendant

PIROUZ SEDAGHATY in Oregon, defendant SOLIMAN AL-BUTHE asked defendant

PIROUZ SEDAGHATY to verify whether the funds had been received in Al-Haramain's

bank account in the United States.

F)     Sometime after February 24, 2000, the General Manager of Al-Haramain

(Riyadh), Aqeel Abdul-Aziz Al-'Aqeel, signed a letter thanking the Egyptian donor for his

$150,000 donation and stating:

> We appreciate your trust in Al-Haramain Islamic Foundation and assure you of
> our commitment to continue every possible effort to help ending the Chechnyan
> crisis.

G)     On or about March 7, 2000, defendant SOLIMAN AL-BUTHE flew from

Riyadh, Saudi Arabia to Oregon. AL-BUTHE entered the United States pursuant to a

business visa and listed his intended destination as 1257 Siskiyou Blvd. #212, Ashland,

Oregon.

H)     On or about March 10, 2000, defendants PIROUZ SEDAGHATY and

SOLIMAN AL-BUTHE went to the Bank of America in Ashland, Oregon to obtain a

portion of the donated funds. Defendants SOLIMAN AL-BUTHE and PIROUZ

SEDAGHATY purchased one hundred thirty (130) $1,000 American Express Travelers

Indictment - 9

Checks. The bank charged $1,300 in fees for the travelers checks. Defendant

SOLIMAN AL-BUTHE signed and used check #9456, in the amount of $131,300,

written off of the Al-Haramain account at the Bank of America, to pay the bank for these

American Express Travelers Checks. The money used to purchase these checks was

derived from the Egyptian donor.

I)      On or about March 11, 2000, defendant PIROUZ SEDAGHATY returned

to the Bank of America in Ashland, Oregon. He requested that a cashier's check, in the

amount of $21,000, be issued to defendant SOLIMAN AL-BUTHE. The funds used to

purchase this cashier's check were derived from the Egyptian donor. Someone later

wrote a notation at the bottom of Al-Haramain Islamic Foundation, Inc.'s copy of the

cashier's check, which stated: "Donation for Chichania Refugees."

J)      On or about March 11, 2000, defendants SOLIMAN AL-BUTHE and

PIROUZ SEDAGHATY signed an agreement which reads in part:

> This is an agreement bet (sic) Soliman and Abu Yunus. This agreement states,
> that Abu Yunus is turning all monies and responsibilities that were collected for
> the Brothers and Sisters in Chechnya over to Brother Soliman. Soliman states
> that he has received monies in the amount of $186,644.70 and he also fully
> relieves Abu Yunus of all responsibilities to the money.

A handwritten notation at the bottom of this agreement states: "I deposit the amanet

[gift] in Alharamain head office for Chechenya refugees." On or about March 11, 2000,

defendants SOLIMAN AL-BUTHE and PIROUZ SEDAGHATY signed another

agreement which was identical to the first agreement, except that defendants

represented that defendant SOLIMAN AL-BUTHE had received $188,465.00 from

defendant PIROUZ SEDAGHATY, rather than $186,644.70.

K)      On or about March 12, 2000, defendant SOLIMAN AL-BUTHE departed

Indictment - 10

the United States from JFK International Airport in New York for Riyadh, Saudi Arabia with the funds donated by the Egyptian. As part of the conspiracy, defendant SOLIMAN AL-BUTHE intentionally failed to file a Form 4790, *Report of International Transportation of Currency or Monetary Instruments*, as required by law, with the United States Customs Service, acknowledging that he was leaving the United States with travelers checks exceeding $10,000.

L)    On or before March 25, 2000, defendant SOLIMAN AL-BUTHE cashed the one hundred thirty (130) $1,000 American Express Travelers Checks at Al Rajhi Banking and Investment in Saudi Arabia.

M)    Sometime after March 12, 2000, defendant SOLIMAN AL-BUTHE deposited the $21,000 cashiers check he obtained from the Bank of America in Oregon into an account he had at Al Rajhi Banking and Investment in Saudi Arabia.

N)    In June 2000, defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. purchased a building in Springfield, Missouri for approximately $375,000. A large portion of the funds used by defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. to purchase this building came from a Bank of America account in Oregon controlled by defendants SOLIMAN AL-BUTHE and PIROUZ SEDAGHATY, on behalf of defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC.

O)    In or about September 2001, defendant PIROUZ SEDAGHATY provided a financial summary to his accountant detailing the funds used by defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. to purchase the building in Springfield, Missouri. This accounting was false in that it represented that check #9456, referred to in paragraph H of the Manner and Means section of this indictment above, dated March

Indictment - 11

10, 2000, in the amount of $131,300, was part of the funds used by defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. to purchase the Missouri building. In fact, these funds had been transported out of the United States by defendant SOLIMAN AL-BUTHE in March 2000. The accounting was additionally false in that defendant PIROUZ SEDAGHATY represented to the accountant that the $21,000 cashier's check to defendant SOLIMAN AL-BUTHE, referred to in paragraph I of the Manner and Means section of this indictment above, were funds which had been returned to the original donor.

P)     In September and October 2001, an accountant in Medford, Oregon, relying on information provided to him by defendant PIROUZ SEDAGHATY, prepared a 2000 Form 990, *Return of Organization Exempt from Income Tax*. This return was false in that it represented that check #9456, dated March 10, 2000, in the amount of $131,300, was used by defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. as part of the funds to purchase a building in Springfield, Missouri. The return was additionally false in that it represented that the $21,000 cashier's check to defendant SOLIMAN AL-BUTHE were funds which had been returned to an Al-Haramain (Riyadh) donor.

Q)     On or about October 16, 2001, defendant PIROUZ SEDAGHATY signed a 2000 Form 990, *Return of Organization Exempt from Income Tax*, on behalf of defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC., which he knew to be false.

R)     In October 2001, defendant PIROUZ SEDAGHATY caused a 2000 Form 990, *Return of Organization Exempt from Income Tax*, which he knew to be false, to be

Indictment - 12

filed with the Internal Revenue Service on behalf of defendant AL-HARAMAIN ISLAMIC
FOUNDATION, INC.

### III.  Overt Acts of the Conspiracy

In furtherance of the conspiracy, and to effect the objects thereof, the following
overt acts were committed in the District of Oregon and elsewhere:

A)      In February 1999, defendant PIROUZ SEDAGHATY filed an application to
incorporate the Al-Haramain Islamic Foundation in Oregon.  He listed a mail service
business located at 1257 Siskiyou Blvd. in Ashland, Oregon as the corporation's
principal place of business.

B)      In late 1999 and early 2000, Al-Haramain (Riyadh) published articles
captioned "The Latest News About the Jihaad in Chechnya" on its website,
www.alharamain.org, which provided details concerning the mujahideen's progress in
fighting the Russian army.  The website also contained a prayer for the Chechen
mujahideen which calls for aid for the "Mujaahideen brothers in Chechnya."  The
website also contained a link to www.qoqaz.com.  Through this link, details were
available on how to fund the Chechen mujahideen.

C)      On or about February 24, 2000, a donor to Al-Haramain (Riyadh) wire
transferred $149,985 from a bank account in London, England to a Bank of America
account in the name of defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. in
Ashland, Oregon.

D)      On or about March 7, 2000, defendant SOLIMAN AL-BUTHE flew from
Riyadh, Saudi Arabia to Oregon.  AL-BUTHE entered the United States pursuant to a

Indictment - 13

business visa and listed his intended destination as 1257 Siskiyou Blvd., Ashland, Oregon.

E)      On or about March 10, 2000, defendants PIROUZ SEDAGHATY and SOLIMAN AL-BUTHE purchased one hundred thirty (130) $1,000 American Express Travelers Checks at the Bank of America in Ashland, Oregon.

F)      On or about March 11, 2000, defendant PIROUZ SEDAGHATY purchased a $21,000 cashier's check, payable to defendant SOLIMAN AL-BUTHE, from the Bank of America in Ashland, Oregon.

G)      On or about March 12, 2000, defendant SOLIMAN AL-BUTHE departed the United States on Saudi Air flight #38 from New York to Riyadh, Saudi Arabia.

H)      In June 2000, defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. purchased a building in Springfield, Missouri, paid for in large part with funds provided by Al-Haramain (Riyadh).

I)      In or about September 2001, defendant PIROUZ SEDAGHATY gave his accountant a financial summary of the funds used by defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC. to purchase a building in Springfield, Missouri.

J)      In October 2001, defendant PIROUZ SEDAGHATY signed a Form 990, *Return of Organization Exempt from Income Tax,* on behalf of defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC.

In violation of Title 18, United States Code, Section 371.

///

Indictment - 14

## Count Two

### False Return by Tax Exempt Organization

The Introductory Allegations, and the Manner and Means in Count One, are incorporated as if fully set forth herein.

On or about October 16, 2001, in the District of Oregon and elsewhere, defendant AL-HARAMAIN ISLAMIC FOUNDATION, INC., an Oregon corporation, and defendant PIROUZ SEDAGHATY, a resident of Ashland, Oregon, did willfully make and subscribe a Form 990, *Return of Organization Exempt from Income Tax*, for the calendar year 2000, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Form 990 defendants then and there well knew and believed was not true and correct as to every material matter in that:

> Line 1 understated "Contributions, gifts, grants, and similar amounts
>
> received;"
>
> Line 22 understated "Grants and allocations;" and
>
> Line 57a overstated "Lands, buildings, and equipment: basis."

In violation of Title 26, United States Code, Section 7206(1) and Title 18, United States Code, Section 2.

## Count Three

### Failure to File Report of International Transportation of

### Currency or Monetary Instruments

The Introductory Allegations, and Manner and Means in Count One, are incorporated as if fully set forth herein.

Indictment - 15

On or about March 12, 2000, in the District of Oregon and elsewhere, defendant SOLIMAN AL-BUTHE, did knowingly transport, mail, and ship, monetary instruments of more than $10,000 from a place within the United States to a place outside the United States, that is, he knowingly transported, mailed or shipped $130,000 in travelers checks from Oregon to New York to Saudi Arabia, and, in so doing, did unlawfully, knowingly and willfully fail to file a report of that transportation, as required by Title 31, United States Code, Section 5316(a)(1)(A), and Title 31, Code of Federal Regulations, Section 103.23, with the United States Customs Service.

In violation of Title 18, United States Code, Sections 5316(a)(1)(A) and 5322, and Title 31, Code of Federal Regulations, Sections 103.11 and 103.23

## **Forfeiture Allegation**

Upon conviction of the violation alleged in Counts One or Three, defendant shall forfeit all property involved in or traceable to such violation, including but not limited to $130,000.

Pursuant to Title 18, United States Code, Section 982(a)(1)(A).

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

Indictment - 16

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by

18 U.S.C. § 982(b),  to seek forfeiture of any other property of said defendant up to the

value of the forfeitable property described above.

A True Bill:

/s/ Grand Jury Foreperson

Grand Jury Foreperson

KARIN J. IMMERGUT
UNITED STATES ATTORNEY

By:

Christopher L. Cardani
Assistant United States Attorney

Indictment - 17

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,** Al-Aqaria Building 3 Olaya Road, Riyadh Saudi Arabia        **Petitioner,**      **v.** **ERIC H. HOLDER, JR.,** in his official capacity as Attorney General of the United States, 950 Pennsylvania Avenue, NW, Room B-103 Washington, DC  20530-0001 **TIMOTHY F. GEITHNER,** in his official capacity as Secretary of the Treasury, 1500 Pennsylvania Avenue, NW Washington, DC  20220 **KENT S. ROBINSON,** in his official capacity as Acting United States Attorney for the District of Oregon, 1000 SW Third Avenue, Suite 600 Portland, Oregon  97204 **and** **COLLEEN ANDERSON,** in her official capacity as Special Agent for the Internal Revenue Service, 960 Ellendale, Suite A Medford, Oregon  97504       **Respondents.** | **Misc. Action No.** **EXHIBIT C TO DECLARATION OF TIMOTHY J. COLEMAN** |

# U.S. District Court
## District of Oregon (Eugene)
## CRIMINAL DOCKET FOR CASE #: 6:05-cr-60008-HO All Defendants

Case title: USA v. Al-Haramain Islamic Foundation, Inc et al  Date Filed: 02/17/2005

Assigned to: U.S. District Judge
Michael R. Hogan
Referred to: Magistrate Judge Thomas
M. Coffin

**Defendant (1)**

| | | |
|---|---|---|
| **Al-Haramain Islamic Foundation, Inc** | represented by | **Marc D. Blackman** |
| | | Ransom Blackman, LLP |
| *TERMINATED: 09/08/2005* | | 1001 SW Fifth Avenue |
| | | Suite 1400 |
| | | Portland , OR 97204 |
| | | (503) 228-0487 |
| | | Fax: (503) 227-5984 |
| | | Email: marc@ransomblackman.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 - CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | On government's motion, order indictment dismissed without prejudice. Judge Coffin |
| 18:7206(1) and 18:2 - FALSE RETURN BY TAX EXEMPT ORGANIZATION (2) | On government's motion, order indictment dismissed without prejudice. Judge Coffin |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                             **Disposition**

None

___

Assigned to: U.S. District Judge
Michael R. Hogan

**Defendant (2)**

**Pirouz Sedaghaty**                    represented by   **Lawrence H. Matasar**
*also known as*                                           Lawrence Matasar, PC
Pete Seda                                                 621 SW Morrison Street
*also known as*                                           Suite 1025
Perouz Seda Ghaty                                         Portland , OR 97205
*also known as*                                           (503) 222-9830
Abu Yunus                                                 Fax: (503) 274-8575
                                                          Email: larry@pdxlaw.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: CJA Appointment*

                                                          **Steven T. Wax**
                                                          Federal Public Defender
                                                          101 SW Main Street
                                                          Suite 1700
                                                          Portland , OR 97204
                                                          (503) 326-2123
                                                          Fax: (503) 326-5524
                                                          Email: steve_wax@fd.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

**Pending Counts**                                         **Disposition**

18:371 - CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

18:7206(1) and 18:2 - FALSE
RETURN BY TAX EXEMPT
ORGANIZATION
(2)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                      **Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: U.S. District Judge
Michael R. Hogan
Referred to: Magistrate Judge Thomas
M. Coffin

**Defendant (3)**

**Soliman Hamd Al-Buthe**
*also known as*
Soliman Al-Buthe

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371 - CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | |
| 31:5316(a)(1)(A) and 5322 and 31CFR 103.11 and 103.23 - FAILURE TO FILE REPORT OF INTERNATIONAL TRANSPORTATION OF CURRENCY OR MONETARY INSTRUMENTS (3) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**                                                 represented by   **Christopher L. Cardani**
United States Attorney's Office
405 E. Eighth Avenue
Suite 2400
Eugene , OR 97401
(541) 465-6771
Fax: (541) 465-6840
Email: chris.cardani@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles F. Gorder , Jr.**
United States Attorney's Office
1000 S.W. Third Avenue
Suite 600
Portland , OR 97204-2902
(503) 727-1021
Fax: (503)727-1117
Email: charles.gorder@usdoj.gov
*ATTORNEY TO BE NOTICED*

**David L. Atkinson**
United States Attorney's Office
1000 S.W. Third Avenue
Suite 600
Portland , OR 97204
(503) 727-1005
Fax: (503) 727-1117
Email: david.atkinson@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2005 | 1 | Indictment as to Al-Haramain Islamic Foundation, Inc (1) counts 1, 2, Pirouz Sedaghaty (2) counts 1, 2, Soliman Hamd Al-Buthe (3) counts 1, 3 (sln, ) (Entered: 02/18/2005) |
| 02/18/2005 | 2 | Notice of Case Assignment to Judge Michael R. Hogan. (sln, ) (Entered: 02/18/2005) |
| 03/30/2005 | 3 | Notice of Attorney Appearance Marc D. Blackman appearing for Al-Haramain Islamic Foundation, Inc (sln, ) (Entered: 04/01/2005) |
| 04/04/2005 | 4 | Scheduling Order as to Al-Haramain Islamic Foundation, Inc Arraignment set for 4/11/2005 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. by Judge Thomas M. Coffin (cw, ) (Entered: 04/04/2005) |
| 04/11/2005 | 5 | Motion to Continue Arraignmentfiled by USA as to Al-Haramain Islamic Foundation, Inc. (sln, ) (Entered: 04/11/2005) |

| 04/11/2005 | 6 | Scheduling Order as to Al-Haramain Islamic Foundation, Inc: Pursuant to the joint stipulation of the parties, Arraignment reset from 4/11/05 to 4/18/2005 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. This stipulated postponement is for the sole purpose of allowing defendant sufficient opportunity to respond to Plaintiff's Motion to Continue Arraignment of Al-Haramain Islamic Foundation, Inc. 5 and is entered into by the parties without constituting any waiver of rights or remedies. by Judge Thomas M. Coffin (lae, ) (Entered: 04/11/2005) |
|---|---|---|
| 04/14/2005 | 7 | Memorandum in Opposition to Motion by Al-Haramain Islamic Foundation, Inc regarding Motion to Continue Arraignment 5 filed by USA, (sln, ) (Entered: 04/18/2005) |
| 04/18/2005 | 8 | Declaration by Thomas H. Nelson regarding Motion to Continue Arraignment 5 filed by USA, (sln, ) (Entered: 04/18/2005) |
| 04/18/2005 | 9 | **Minutes of Proceedings:**Motion Hearing before Judge Thomas M. Coffin as to Al-Haramain Islamic Foundation, Inc held on 4/18/2005 regarding Motion to Continue Arraignment 5 filed by USA. Ordered motion granted to the extent that arraignment is set for 8/8/05, at 1:30 p.m., before Judge Coffin. Counsel Present for Plaintiff: Chris Cardani.Counsel Present for Defendant: Marc Blackman.(Court Reporter Deborah Wilhelm) (cw, ) (Entered: 04/19/2005) |
| 08/04/2005 | 10 | Motion to Dismiss filed by USA as to Al-Haramain Islamic Foundation, Inc. (sln, ) (Entered: 08/04/2005) |
| 08/04/2005 | 11 | Scheduling Order as to Al-Haramain Islamic Foundation, Inc Status Conference set for 8/5/2005 at 01:30PM by Telephone before Magistrate Judge Thomas M. Coffin. The Government may appear in person if they so wish. The court will initiate the call. by Judge Thomas M. Coffin (cw, ) Modified on 8/4/2005 (cw, ). (Entered: 08/04/2005) |
| 08/05/2005 | 12 | **Minutes of Proceedings:**Scheduling Conference before Judge Thomas M. Coffin as to Al-Haramain Islamic Foundation, Inc. Defendant is allowed until 8/15/05, to file a response to motion [#10] to dismiss. The Government shall file a reply by 8/22/05. Ordered Oral Argument on motion [#10] to dismiss set for 8/29/2005 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Ordered arraignment set 8/8/05, is vacated. Counsel Present for Plaintiff: Chris Cardani.Counsel Present for Defendant: Marc Blackman (Tel). (Court Reporter Deborah Wilhelm) (cw, ) (Entered: 08/05/2005) |
| 08/15/2005 | 13 | Motion to Strike *Name and All References from Indictment* Oral Argument requested by Al-Haramain Islamic Foundation, Inc. (Blackman, Marc) (Entered: 08/15/2005) |
| 08/15/2005 | 14 | Response to Motion by Al-Haramain Islamic Foundation, Inc regarding Motion to Dismiss 10 filed by USA,, Motion to Strike *Name and All References from Indictment* 13 filed by Al-Haramain Islamic Foundation, Inc, (Attachments: # 1 Attachment Exhibit I# 2 Attachment Exhibit J# 3 Attachment Exhibit K# 4 Attachment Exhibit L)(Blackman, Marc) (Entered: 08/15/2005) |

| 08/17/2005 | 15 | Motion for Leave to File *Supplemental Exhibits* by Al-Haramain Islamic Foundation, Inc. (Attachments: # 1 Exhibit M# 2 Exhibit N# 3 Exhibit O) (Blackman, Marc) (Entered: 08/17/2005) |
|---|---|---|
| 08/18/2005 | 16 | Scheduling Order as to Al-Haramain Islamic Foundation, Inc (related document(s)): Motion to Strike *Name and All References from Indictment* 13 Oral Argument set for 8/29/2005 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. by Judge Thomas M. Coffin (cw, ) (Entered: 08/18/2005) |
| 08/19/2005 | 17 | Scheduling Order as to Al-Haramain Islamic Foundation, Inc granting government's unopposed oral motion for extension of time to file reply; Government allowed until 8/29/05 to file reply; Ordered resetting oral argument on Government's Motion to Dismiss 10 and Defendant's Motion to Strike Name and All References from Indictment 13 from 8/29/05 to 9/8/2005 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. by Judge Thomas M. Coffin (sln, ) (Entered: 08/19/2005) |
| 08/29/2005 | 18 | Response to Motion by USA regarding Motion to Strike Name and All References from Indictment 13 filed by Al-Haramain Islamic Foundation, Inc, and Reply to response to Motion to Dismiss 10 filed by USA, (sln, ) (Entered: 08/29/2005) |
| 09/08/2005 | 19 | **Minutes of Proceedings:**Motion Hearing before Judge Thomas M. Coffin as to Al-Haramain Islamic Foundation, Inc held on 9/8/2005 regarding Motion to Strike *Name and All References from Indictment* 13 filed by Al-Haramain Islamic Foundation, Inc. and Motion to dismiss defendant Al-Haramain Islamic Foundation, Inc. Ordered motion to dismiss [#10] is granted, without prejudice. Ordered motion [#13] to strike name and all references from the indictment is taken under advisement for the court to review proposed amendments/deletions from indictments submitted by counsel. Upon the court's ruling, the Government shall prepare an amended indictment for fiing. The original indictment shall remain as part of the case record. Motion taken under advisement as of 9/8/2005. Defendant's Motion [#15] to file supplemental exhibits is granted.Counsel Present for Plaintiff: Chris Cardani.Counsel Present for Defendant: Marc Blackman.(Court Reporter Kristi Anderson) (cw, ) (Entered: 09/08/2005) |
| 09/12/2005 | 20 | Order as to Al-Haramain Islamic Foundation, Inc: The Government is directed to file its version of the redacted indictment with the court. By Judge Thomas M. Coffin (cw, ) (Entered: 09/12/2005) |
| 09/16/2005 | 21 | Transcript of Proceedings as to Al-Haramain Islamic Foundation, Inc for the hearing held on 9/8/05 before Judge Thomas M. Coffin. Court Reporter: Kristi Anderson. (sln, ) (Entered: 09/16/2005) |
| 09/21/2005 | 22 | Redacted Indictment as to Pirouz Sedaghaty, Soliman Hamd Al-Buthe (sln, ) (Entered: 09/22/2005) |
| 08/15/2007 | 23 | **Minutes of Proceedings:**First / Initial Appearance before Judge Thomas M. Coffin as to Pirouz Sedaghaty held on 8/15/2007;Arraignment held on counts Pirouz Sedaghaty (2) Count 1,2;Defendant advised of rights and charges; Not guilty plea entered; Order that Motions are due in 21 days and Discovery is |

| | | |
|---|---|---|
| | | due in 10 days; Attorney Larry Matasar appears on behalf of defendant. Counsel requests appointment for all further proceedings. Ordered defendant shall file a financial affidavit with the court, under seal, prior to the next scheduled hearing. Detention Hearing and Trial Setting Hearing is set for 8/22/2007 at 10:30AM in Eugene before Magistrate Judge Thomas M. Coffin.Counsel Present for Plaintiff: Christopher Cardani.Counsel Present for Defendant: Larry Matasar.(Court Reporter Deborah Wilhelm) (cw) (Entered: 08/15/2007) |
| 08/16/2007 | 24 | Arrest Warrant Returned Executed on 8/15/07 as to Pirouz Sedaghaty. (sln) (Entered: 08/16/2007) |
| 08/20/2007 | 25 | Scheduling Order as to Pirouz Sedaghaty: Ordered Detention Hearing set for 8/22/2007, is advanced from 10:30AM to 09:30AM in Eugene before Magistrate Judge Thomas M. Coffin. Ordered financial affidavit submitted to the court by defendant shall be filed under seal. Ordered motion to appoint Mr. Matasar as counsel for defendant is granted. Ordered oral motion to allow defendant to retain expert witness for the purpose of detention hearing is granted. Ordered oral motion to appoint co-counsel for defendant is under advisement. by Judge Thomas M. Coffin (cw) (Entered: 08/20/2007) |
| 08/20/2007 | 26 | Financial Affidavit - CJA23 (document filed under seal) by Pirouz Sedaghaty. (lae) (Entered: 08/20/2007) |
| 08/20/2007 | 27 | Order as to Pirouz Sedaghaty regarding Order 25 : The court amends the order granting the appointment of Mr. Matasar as counsel of record for defendant Sedaghaty, to reflect: The order is Nunc Pro Tunc to August 15, 2007. by Judge Thomas M. Coffin (cw) (Entered: 08/20/2007) |
| 08/21/2007 | 28 | Memorandum in Support of Motion by USA as to Pirouz Sedaghaty *Pretrial Detention* (Attachments: # 1 Exhibit A# 2 Exhibit B through C# 3 Exhibit D through E# 4 Exhibit F through G# 5 Exhibit H through L# 6 Exhibit M through P) (Cardani, Christopher) (Entered: 08/21/2007) |
| 08/21/2007 | 29 | Memorandum in Support of Motion by USA as to Pirouz Sedaghaty *Pretrial Detention* (Attachments: # 1 Exhibit A# 2 Exhibit B through C# 3 Exhibit D through E# 4 Exhibit F through G# 5 Exhibit H through L# 6 Exhibit M through P) (Cardani, Christopher) (Entered: 08/21/2007) |
| 08/21/2007 | 30 | Order Granting Motion for Expert Travel Expenses as to Pirouz Sedaghaty. by Judge Thomas M. Coffin signed on 8/21/07. (lae) (Entered: 08/21/2007) |
| 08/21/2007 | 31 | Memorandum in Support of Motion by Pirouz Sedaghaty (Matasar, Lawrence) Additional attachment(s) added on 8/21/2007 (Weller, Christine). Additional attachment(s) added on 8/21/2007 (Pew, Charlene). (Entered: 08/21/2007) |
| 08/21/2007 | 32 | Administrative Correction of the Record: A clerical error pursuant to Fed. R. Crim. P 36 has been discovered in the case record referencing document 31 and the Clerk is directed to make the following administrative corrections to the record and to notify all parties accordingly: Exhibits A-K added to memorandum by Judge Thomas M. Coffin (cw) (Entered: 08/22/2007) |
| 08/22/2007 | 33 | **Minutes of Proceedings:**Detention Hearing before Judge Thomas M. Coffin |

| | | |
|---|---|---|
| | | as to Pirouz Sedaghaty: Evidence adduced and witnesses sworn. Government witnesses: Daveed Gartenstein-Ross, Colleen Anderson, Evan Kohlmann (Tel). Defense witnesses: Asad Adukhalin, Karen Caldwell, Jeffrey S. Golden. Ordered exhibits attached to the Government's detention memorandum are incorporated as exhibits for this hearing and are received. Defendant tenders Iranian passport and US passport (issued 1/21/04) to the clerk as exhibits. Passport exhibits are transferred to the custody of Pretrial Services following hearing. Defendant shall tender 3rd passport issued to the custody of the court. Defendant's expert witness information is ordered to be filed with the court under seal. A copy shall be provided to the U.S. Attorney. Further Pretrial Services interview shall be conducted. Ordered issued of detention is taken under advisement. Further Detention Hearing and trial setting hearing is set for 9/10/2007 at 09:00AM in Eugene before Magistrate Judge Thomas M. Coffin. Ordered attorney Steve Wax is appointed as co-counsel for defendant for all further proceedings. Counsel Present for Plaintiff: Christopher Cardani.Counsel Present for Defendant: Larry Matasar.(Court Reporter Kristi Anderson) (cw) (Entered: 08/23/2007) |
| 08/27/2007 | 34 | Order as to Pirouz Sedaghaty that Pretrial Services is to maintain possession of the defendants passports (3) throughout the pendency of this case. by Judge Thomas M. Coffin signed on 8/27/07. (sln) (Entered: 08/27/2007) |
| 08/27/2007 | 35 | CJA 20 Appointment of Attorney Lawrence H. Matasar for Pirouz Sedaghaty. by Judge Thomas M. Coffin (sln) (Entered: 08/27/2007) |
| 08/31/2007 | 36 | Notice of Attorney Appearance Charles F. Gorder, Jr appearing for USA (Gorder, Charles) (Entered: 08/31/2007) |
| 09/10/2007 | 37 | **Minutes of Proceedings:**Detention Hearing before Judge Thomas M. Coffin as to Pirouz Sedaghaty: Ordered hearing recessed and continued to Detention Hearing is set for 9/10/2007 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin.Counsel Present for Plaintiff: Christopher Cardani.Counsel Present for Defendant: Lawrence Matasar.(Court Reporter Kristi Anderson) (cw) (Entered: 09/10/2007) |
| 09/10/2007 | 38 | **Minutes of Proceedings:**Detention Hearing before Judge Thomas M. Coffin as to Pirouz Sedaghaty: Defendant is ordered released on conditions. The Government shall have until 9/11/07, to discuss proposed conditions of release with Pretrial Services. Pretrial Services shall share information gathered during interviews with defendant with the Government, as set forth on the record. A copy of any information provided shall be also provided to defense counsel in the same format. The court finds that defendant does not pose a danger to the community. Status Conference before Judge Thomas M. Coffin as to Pirouz Sedaghaty: Defendant moves for this matter to be declared complex. Ordered oral motion granted. Jury Trial is set for 4/16/2008 at 09:00AM in Eugene before U. S. District Judge Michael R Hogan. (Estimated 1 week jury trial). Status Conference is set for 2/19/2008 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is required for the status conference. Ordered 180 days are excluded under the Speedy Trial Act, commencing on 10/25/07, based upon the court's finding of this matter to be complex. Defendant shall have 45 days from the date of this hearing to file motions.Counsel Present for Plaintiff: Christopher |

| | | |
|---|---|---|
| | | Cardani.Counsel Present for Defendant: Lawrence Matasar.(Court Reporter Deborah Wilhelm) (cw) (Entered: 09/10/2007) |
| 09/10/2007 | 39 | **Minutes of Proceedings:**Continuation of Detention Hearing before Judge Thomas M. Coffin as to Pirouz Sedaghaty. The court finds no evidence that defendant is a danger to the community, based on: 1) the charges filed against defendant do not carry a presumption of danger to the community, 2) nor by the evidence presented to the court. The court finds an inference that defendant may be a flight risk, but conditions of release can be formed to address the court's concerns. Order Setting Methods and Conditions of Release signed in open court. See formal order setting forth conditions. The Government informs the court of intent to appear release order. Written appeal shall be filed with the court. Ordered Hearing on appeal/review of detention is set for 9/11/2007 at 11:00AM in Eugene before U. S. District Judge Michael R Hogan.Counsel Present for Plaintiff: Christopher Cardani.Counsel Present for Defendant: Lawrence Matasar.(Court Reporter Deborah Wilhelm) (cw) (Entered: 09/10/2007) |
| 09/10/2007 | 40 | Appeal of Magistrate Judge Decision to District Judge filed by USA as to Pirouz Sedaghaty (Cardani, Christopher) (Entered: 09/10/2007) |
| 09/11/2007 | 41 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on September 10, 2007 at 3:30 p.m. before Judge Thomas M. Coffin. Court Reporter: Deborah Wilhelm. (ljb) Modified on 9/14/2007 to relate to minute order 39 (Pew, Charlene). (Entered: 09/11/2007) |
| 09/11/2007 | 42 | **Minutes of Proceedings:** - Appeal of Release Order hearing held before Judge Michael R Hogan as to Pirouz Sedaghaty. Government's Oral Motion for Stay of Judge Coffin's release order granted until ruling at the 9/18/07 hearing. Continuation of Appeal of Release Order hearing is set for 9/18/2007 at 11:45AM (advanced from 1pm) in Eugene before U. S. District Judge Michael R Hogan.Counsel Present for Plaintiff: Chris Cardani.Counsel Present for Defendant: Lawrence Matasar.(Court Reporter Deborah Wilhelm) (Interpreter Present: None) (lf) (Entered: 09/14/2007) |
| 09/14/2007 | 43 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on September 10, 2007 at 1:30 p.m. before Judge Thomas M. Coffin. Court Reporter: Deborah Wilhelm. (Related doc. 38 ) (cp) (Entered: 09/14/2007) |
| 09/17/2007 | 44 | Memorandum in Support of Motion by Pirouz Sedaghaty (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M) (Matasar, Lawrence) (Entered: 09/17/2007) |
| 09/18/2007 | 45 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 9/10/07 at 9am before Judge Thomas M. Coffin. Court Reporter: Kristi Anderson. (sln) (Entered: 09/18/2007) |
| 09/18/2007 | 47 | **Minutes of Proceedings:** - Continuation of Hearing on Appeal of Release Order held before Judge Michael R Hogan as to Pirouz Sedaghaty. Ruling taken under advisement. Defendant's Exhibits 101 and 102 Received and held by the court. Government Witness: Colleen Anderson (In Camera Hearing held, gallery excused and ORDERED In Camera HEARING SEALED) |

| | | |
|---|---|---|
| | | Counsel Present for Plaintiff: Christopher Cardani.Counsel Present for Defendant: Lawrence Matasar.(Court Reporter Deborah Wilhelm)(Interpreter Present: None) (lf) (Entered: 09/21/2007) |
| 09/19/2007 | 46 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 8/22/07 (pgs 1-172) before Judge Thomas M. Coffin. Court Reporter: Kristi Anderson. (sln) (Entered: 09/19/2007) |
| 10/18/2007 | 48 | Record of Order as to Pirouz Sedaghaty; Defendant to file a financial affidavit by October 25, 2007. Financial affidavit to be filed UNDER SEAL. by Judge Michael R Hogan (lf) (Entered: 10/18/2007) |
| 10/18/2007 | 49 | Motion for Extension of Time for Filing Motions (Related Doc. 38 Detention Hearing,,,,,, Status Conference,,,,, ) by Pirouz Sedaghaty. (Wax, Steven) (Entered: 10/18/2007) |
| 10/19/2007 | 50 | ORDER Granting 49 Motion for Extension of Time to 12/14/07, to file pretrial motions as to Pirouz Sedaghaty (2) by Judge Thomas M. Coffin (cw) (Entered: 10/19/2007) |
| 10/22/2007 | 51 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 9/11/07 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 10/22/2007) |
| 10/22/2007 | 52 | Partial Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 9/18/07 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 10/22/2007) |
| 10/22/2007 | 53 | First Motion for Discovery by Pirouz Sedaghaty. (Wax, Steven) (Entered: 10/22/2007) |
| 10/30/2007 | 59 | Scheduling Order as to Pirouz Sedaghaty (related document(s)): First Motion for Discovery 53 Oral Argument is set for 12/17/2007 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. by Judge Thomas M. Coffin (cw) (Entered: 10/30/2007) |
| 11/01/2007 | 60 | Letter dated 10/25/07 from Steven Wax as to Pirouz Sedaghaty (filed under seal) (sln) (Entered: 11/02/2007) |
| 11/01/2007 | 61 | Order as to Pirouz Sedaghaty regarding Mr. Wax's Letter 60 to the court dated 10/25/07. by Judge Michael R Hogan signed on 11/1/07. (sln) (Entered: 11/02/2007) |
| 11/05/2007 | 62 | Scheduling Order as to Pirouz Sedaghaty - Hearing is set for 11/7/2007 at 11:00AM in Eugene before U. S. District Judge Michael R Hogan. Ordered by Judge Michael R Hogan (lf) (Entered: 11/05/2007) |
| 11/07/2007 | 63 | **Minutes of Proceedings:** - Hearing held before Judge Michael R Hogan as to Pirouz Sedaghaty; Order to be issued. In Camera portion of hearing ordered SEALED. Counsel Present for Plaintiff: Charles Gorder, Jr and Chris Cardani.Counsel Present for Defendant: Lawrence Matasar and Steven Wax. (Court Reporter Deborah Wilhelm)(Interpreter Present: None) (lf) (Entered: 11/08/2007) |
| | | |

| 11/09/2007 | [64] | RECORD OF order as to Pirouz Sedaghaty : Defendant shall identify the name, address, and phone number of a third-party custodian, should defendant be released, who agrees to: a) supervise the defendant in accordance with all conditions of release; b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings; and c) to notify the court immediately in the event the defendant violates any conditions of release, or disappears. by Judge Michael R Hogan. 11/9/07. (cw) (Entered: 11/09/2007) |
|---|---|---|
| 11/09/2007 | [65] | Response by Pirouz Sedaghaty *to Court's Order of 11/9/2007* (Attachments: # [1] Exhibit A) (Matasar, Lawrence) (Entered: 11/09/2007) |
| 11/30/2007 | [66] | Order Setting Conditions of Release as to Defendant Pirouz Sedaghaty by Judge Michael R Hogan signed on 11/30/07. (sln) (Entered: 11/30/2007) |
| 11/30/2007 | [67] | Appearance Bond Entered as to Pirouz Sedaghaty in amount of $150,000 - with cash posted in the amount of $58,981.00 Receipt #60002842. (sln) (Entered: 11/30/2007) |
| 11/30/2007 | 68 | **Minutes of Proceedings:** - Argument on defendant's Oral Motion to Allow defendant to go get a shot on Monday 12/3/07 before Judge Michael R Hogan as to Pirouz Sedaghaty. Defendant's Oral Motion is allowed with the following conditions: Defendant shall notify pretrial services when the defendant leaves and when he returns within 2 hours to the residence. Judge Hogan to be called if the defendant has not returned within the 2 hour time limitation. Portion of the hearing ORDERED SEALED. Counsel Present for Plaintiff: Chris Cardani.Counsel Present for Defendant: Lawrence Matasar.(Court Reporter Deborah Wilhelm)(Interpreter Present: None) (lf) (Entered: 11/30/2007) |
| 12/07/2007 | [69] | Motion For Travel To Meet With Counsel And To Attend Religious Services by Pirouz Sedaghaty. (Wax, Steven) (Entered: 12/07/2007) |
| 12/07/2007 | [70] | Motion to file affidavit under seal by Pirouz Sedaghaty. (sln) (Entered: 12/13/2007) |
| 12/07/2007 | [76] | Affidavit of Lawrence Matasar as to Pirouz Sedaghaty (filed under seal) (sln) (Entered: 12/18/2007) |
| 12/13/2007 | 71 | Record of Order - as to Pirouz Sedaghaty; Defendant's Motion [70] to Seal Motion dated December 5, 2007 and attorney Matasar's Affidavit is granted as follows: Sealed documents shall be reflected on the electronic docket sheet. Documents filed under seal shall be accessible to Pretrial Services, Judge Hogan's staff and authorized court staff. Ordered - defendant Sadaghaty required to file affidavit pursuant to previous ruling made at the in camera hearing on November 30, 2007. Defendant's Motion [69] to Travel is granted to the following extent and shall be effective for 30 days from today's date. Permission is granted to travel to Portland and/or Eugene to meet with counsel and to the Muslim American Society of South Oregon Mosque in Phoenix, Oregon, for Friday services and to the Mosque on December 19, 20, or 21 for the special Eid services, by automobile with at least 24 hours notice and prior approval by Pretrial Services. Should the defendant's meetings with counsel result in an overnight stay, he is to reside at the Community Correction Center, as directed by Pretrial Services. Defendant Sedaghaty, or counsel to notify the Pretrial Services Office of planned meetings with counsel at least 24 hours in |

| | | |
|---|---|---|
| | | advance. Defendant Sedaghaty to be transported by his wife via automobile for Portland and/or Eugene meetings with counsel. Defendant shall advise Pretrial Services Office when he leaves Medford. Defendant to be transported to Medford by his wife or one of the Copelands with the expectation that his travel time would be between 5 and 6 hours. Counsel to call to advise Pretrial Services when defendant arrives at the Federal Defender's Office. Defendant shall remain with Federal Defender staff while in Portland or Eugene except while housed at CCC. Conditions contained in this order to be reassessed in 30 days. by Judge Michael R Hogan (lf) (Entered: 12/13/2007) |
| 12/13/2007 | 72 | Administrative Correction of the Record: A clerical error pursuant to Fed. R. Crim. P 36 has been discovered in the case record referencing document 71 and the Clerk is directed to make the following administrative corrections to the record and to notify all parties accordingly: Minute order #71 corrected to reflect: Defendant to be transported from (not to) Medford by his wife or one of the Copelands with the expectation that his travel time would be between 5 and 6 hours. by Judge Michael R Hogan (lf) (Entered: 12/13/2007) |
| 12/13/2007 | 73 | Motion to Continue / Reset *Deadline For Filing Motions* by Pirouz Sedaghaty. (Wax, Steven) (Entered: 12/13/2007) |
| 12/17/2007 | 74 | **Minutes of Proceedings:**Time set for hearing on motion [#53] for pretrial discovery before Judge Thomas M. Coffin as to Pirouz Sedaghaty. Ordered Jury Trial is reset for 10/8/2008 at 09:00AM in Eugene before U. S. District Judge Michael R Hogan. Status Conference is set for 2/19/2008 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Briefing on motion [#53] for pretrial discovery shall be discussed at the status conference. Defendant's appearance is required for the status conference. Ordered motion filing deadline shall be set at the 2/19/08, status conference. Ordered 170 days are excluded under the Speedy Trial Act, commencing on 5/3/08, based upon the court's previous finding of this matter to be complex. Counsel Present for Plaintiff: Christopher Cardani.Counsel Present for Defendant: Larry Matasar, Steve Wax.(Court Reporter Kristi Anderson) (cw) (Entered: 12/17/2007) |
| 12/17/2007 | 75 | ORDER Granting 73 Motion to Continue / Reset as to Pirouz Sedaghaty (2), as set forth in the court's previous minute order. by Judge Thomas M. Coffin (cw) (Entered: 12/17/2007) |
| 12/17/2007 | 79 | Motion to Seal by Pirouz Sedaghaty. (filed under seal) (sln) (Entered: 01/07/2008) |
| 12/18/2007 | 77 | Protective Order as to Pirouz Sedaghaty by Judge Thomas M. Coffin signed on 12/18/07. (sln) (Entered: 12/19/2007) |
| 12/20/2007 | 78 | Motion For Permission To Obtain Gainful Employment by Pirouz Sedaghaty. (Wax, Steven) (Entered: 12/20/2007) |
| 01/07/2008 | 80 | ORDER Granting 79 Motion to Seal as to Pirouz Sedaghaty (2) by Judge Michael R Hogan (sln) (Entered: 01/07/2008) |
| 01/07/2008 | 81 | Affidavit by Pirouz Sedaghaty (filed under seal) (sln) (Entered: 01/07/2008) |
| 01/09/2008 | 82 | Scheduling Order as to Soliman Hamd Al-Buthe Status Conference for |

| | | |
|---|---|---|
| | | Attorney Thomas Nelson to acknowledge terms of protective order is set for 1/14/2008 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. by Judge Thomas M. Coffin (cw) (Entered: 01/09/2008) |
| 01/14/2008 | 83 | **Minutes of Proceedings:**Status Conference before Judge Thomas M. Coffin as to Pirouz Sedaghaty: Attorney Thomas Nelson appears before the court and acknowledges agreement to the terms of the court's protective order [#77] Counsel Present for Plaintiff: Christopher Cardani, Charles Gorder (Tel).Counsel Present for Defendant: Lawrence Matasar, Thomas Nelson. (Court Reporter Kristi Anderson) (cw) (Entered: 01/14/2008) |
| 01/18/2008 | 84 | Motion for Hearing */Status Conference* by Pirouz Sedaghaty. (Matasar, Lawrence) (Entered: 01/18/2008) |
| 01/18/2008 | 85 | Scheduling Order as to Pirouz Sedaghaty; In-Chambers Status Conference regarding release is set for 1/23/2008 at 09:30AM in Eugene before U. S. District Judge Michael R Hogan. by Judge Michael R Hogan (lf) (Entered: 01/18/2008) |
| 01/22/2008 | 86 | Scheduling Order as to Pirouz Sedaghaty; ADVANCING Time Set for Status Conference regarding release and changing location from chambers to In-Court hearing on 1/23/2008 from 9:30am to 09:15AM in Eugene before U. S. District Judge Michael R Hogan. by Judge Michael R Hogan (lf) (Entered: 01/22/2008) |
| 01/23/2008 | 87 | **Minutes of Proceedings:** - Status Conference regarding release status held before Judge Michael R Hogan as to Pirouz Sedaghaty. Defendant's Motion #84 for Status Conference regarding release status - granted. Defendant's Motion #78 for Permission to Obtain Gainful Employment is denied, however, defendant is allowed to obtain work. Exparte Motion to Seal granted and is reflected in 1/7/08 minute order (doc #80). Counsel Present for Plaintiff: Chris Cardani.Counsel Present for Defendant: Lawrence Matasar and Steven Wax. (Court Reporter Deborah Wilhelm)(Interpreter Present: None) (lf) (Entered: 01/25/2008) |
| 02/13/2008 | 89 | Scheduling Order as to Pirouz Sedaghaty Status Conference is reset, at the joint request of counsel, from 2/19/08, to 3/18/2008 at 01:30PM in Eugene before Magistrate Judge Thomas M. Coffin. Defendant's appearance is required for the status conference. Ordered defendant's deadline for filing motions is extended to 3/18/08. Ordered motion [#53] for pretrial discovery is taken under advisement as of 3/18/08. (related document: First Motion for Discovery 53 Ordered by Judge Thomas M. Coffin. (cw) (Entered: 02/13/2008) |
| 03/17/2008 | 90 | Supplemental Motion for Discovery by Pirouz Sedaghaty. (Wax, Steven) (Entered: 03/17/2008) |
| 03/17/2008 | 91 | Motion for Extension of Time by Pirouz Sedaghaty. (Wax, Steven) (Entered: 03/17/2008) |
| 03/18/2008 | 92 | **Minutes of Proceedings:**Motion Hearing before Judge Thomas M. Coffin as to Pirouz Sedaghaty held on 3/18/2008: Ordered motion [#91] to extend motion filing deadline is granted. A motions deadline shall be set by Judge |

13 of 29

| | | |
|---|---|---|
| | | Hogan. Ordered oral argument on motions [#53 and 91] for discovery (and supplemental motion for discovery) is set for 4/29/08, at 10:45 a.m., at the U.S. Courthouse in Eugene before Judge Hogan. The Government informs the court that a motion will be filed with court regarding CIPA provisions, such motion will be heard 4/29/08, at 10:45 a.m., before Judge Hogan. The Government is allowed 30 days from the date of this hearing to file preliminary responses to defendant's motions for discovery. Counsel Present for Plaintiff: Christopher Cardani, Charles Gorder.Counsel Present for Defendant: Larry Matasar, Steven Wax.(Court Reporter Deborah Wilhelm) (cw) (Entered: 03/18/2008) |
| 03/20/2008 | 93 | Motion for Hearing *for Pretrial Conference Pursuant to the Classified Information Procedures Act* filed by USA as to Pirouz Sedaghaty. (Cardani, Christopher) (Entered: 03/20/2008) |
| 03/21/2008 | 94 | Scheduling Order as to Pirouz Sedaghaty; Government's Motion 93 for Hearing *for Pretrial Conference Pursuant to the Classified Information Procedures Act* Oral Argument is set for 4/29/2008 at 10:45AM in Eugene before U. S. District Judge Michael R Hogan. by Judge Michael R Hogan (lf) (Entered: 03/21/2008) |
| 04/04/2008 | 95 | Motion to Modify Conditions of Release filed by USA as to Pirouz Sedaghaty. (Cardani, Christopher) (Entered: 04/04/2008) |
| 04/16/2008 | 96 | Order as to Pirouz Sedaghaty: The Government's unopposed oral request to extend the deadline until 4/25/08, for a filing a response to the unclassified aspects of defendant's discovery request is granted. by Judge Thomas M. Coffin (cw) (Entered: 04/16/2008) |
| 04/18/2008 | 97 | Record of Order - Granting government's Motion 95 to Modify Conditions of Release as to Pirouz Sedaghaty (2). Defendant's pretrial release conditions are amended as follows - ordered not to have direct or indirect contact with the following individuals: Barbara Cabral, Thomas Wilcox, Ferhad Erdogan, Daveed Gartenstein-Ross, Helen Moore and Debra Ingram. by Judge Michael R Hogan (lf) (Entered: 04/18/2008) |
| 04/23/2008 | 98 | Scheduling Order as to Pirouz Sedaghaty; CHANGING Time Set for defendant's First Motion 53 for Discovery, defendant's Supplemental Motion 90 for Discovery, and government's Motion 93 for Hearing *for Pretrial Conference Pursuant to the Classified Information Procedures Act* - Oral Argument on 4/29/2008 from 10:45am to 11:15AM in Eugene before U. S. District Judge Michael R Hogan. by Judge Michael R Hogan (lf) (Entered: 04/23/2008) |
| 04/25/2008 | 99 | Memorandum in Support of Motion by USA as to Pirouz Sedaghaty regarding Motion for Hearing *for Pretrial Conference Pursuant to the Classified Information Procedures Act* 93 filed by Plaintiff USA (Cardani, Christopher) (Entered: 04/25/2008) |
| 04/25/2008 | 100 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion for Discovery 53 filed by Defendant Pirouz Sedaghaty, Motion for Discovery 90 filed by Defendant Pirouz Sedaghaty (Gorder, Charles) (Entered: 04/25/2008) |
| | | |

| | | |
|---|---|---|
| 04/28/2008 | 101 | Motion for Discovery *(Reciprocal Discovery)* filed by USA as to Pirouz Sedaghaty. (Gorder, Charles) (Entered: 04/28/2008) |
| 04/29/2008 | 102 | **Minutes of Proceedings:** - Hearing held before Judge Michael R Hogan as to Pirouz Sedaghaty; Government's Motion #93 for Hearing for Pretrial Conference - granted. Ordered reply to discovery motions due 6/30/08. Defendant's Motions #53 and #90 for Discovery to be reset for hearing. Counsel Present for Plaintiff: Charles Gorder and Chris Cardani.Counsel Present for Defendant: Lawrence Matasar and Steven Wax.(Court Reporter Debby Bonds)(Interpreter for Defendant Present: None) (lf) (Entered: 05/01/2008) |
| 05/16/2008 | 103 | Order as to Pirouz Sedaghaty - The court is aware of communications between defense counsel and the court security specialist regarding a sealed document that is in her custody. At this time, no discussion among defense counsel or any members of the defense team regarding the contents of the document is permitted. by Judge Michael R Hogan (sln) (Entered: 05/16/2008) |
| 06/16/2008 | 104 | Motion for Extension of Time (Related Doc. 53 Motion for Discovery, 90 Motion for Discovery ) filed by USA as to Pirouz Sedaghaty. (Cardani, Christopher) (Entered: 06/16/2008) |
| 06/16/2008 | 105 | Motion for Protective Order *and Modify Court's May 16, 2008 Order* by Pirouz Sedaghaty. (Matasar, Lawrence) (Entered: 06/16/2008) |
| 06/16/2008 | 106 | Memorandum in Support of Motion by Pirouz Sedaghaty regarding Motion for Protective Order *and Modify Court's May 16, 2008 Order* 105 filed by Defendant Pirouz Sedaghaty (Matasar, Lawrence) (Entered: 06/16/2008) |
| 06/18/2008 | 107 | Record of Order - Granting government's Motion 104 for Extension of Time to file classified response to defendant's discovery motions from 6/30/08 to 9/5/08 as to Pirouz Sedaghaty (2). by Judge Michael R. Hogan (lf) (Entered: 06/18/2008) |
| 06/30/2008 | 108 | Motion for Extension of Time to Respond to Defendant's Motion to Modify Court's May 16, 2008, Order Prohibiting Communication within the Defense Team (Related Doc. 105 Motion for Protective Order ) Oral Argument requested. filed by USA as to Pirouz Sedaghaty. (Gorder, Charles) (Entered: 06/30/2008) |
| 07/01/2008 | 109 | Record of Order - Denying defendant's Motion 105 for Protective Order and for Preliminary Protective Order as to Pirouz Sedaghaty (2) without prejudice; Denying government's Motion 108 for Extension of Time to Respond to defendant's Motion #105 as to Pirouz Sedaghaty (2) as Moot. Status Conference to discuss issues pertaining to the motion is set for 7/15/2008 at 11:45AM in Eugene before U.S. District Judge Michael R. Hogan. by Judge Michael R. Hogan (lf) (Entered: 07/01/2008) |
| 07/01/2008 | 110 | Record of Order as to Pirouz Sedaghaty ; Correcting 7/1/08 minute order #109 to reflect that it is defendant's Motion #105 to Modify Court's 5/16/08 Order and for Preliminary Protective Order that is denied without prejudice. by Judge Michael R. Hogan (lf) (Entered: 07/01/2008) |

| 07/02/2008 | 111 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on April 29, 2008 before Judge Michael R. Hogan. Court Reporter: C&C Court Reporting (Deborah Bonds). (cw) (Entered: 07/02/2008) |
|---|---|---|
| 07/09/2008 | 112 | Scheduling Order as to Pirouz Sedaghaty ; ADVANCING Time Set for Status Conference to discuss issues in Motion #105 on 7/15/2008 from 11:45am to 11:30AM in Eugene before U.S. District Judge Michael R. Hogan. by Judge Michael R. Hogan (lf) (Entered: 07/09/2008) |
| 07/15/2008 | 113 | **Minutes of Proceedings:** - Status Conference held before Judge Michael R. Hogan as to Pirouz Sedaghaty.Counsel Present for Plaintiff: Chris Cardani and Charles Gorder (via telephone).Counsel Present for Defendant: Lawrence Matasar and Steven Wax.(Court Reporter Deborah Wilhelm)(Interpreter for Defendant Present: None) (lf) (Entered: 07/15/2008) |
| 07/21/2008 | 114 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 8/15/07 before Judge Thomas M. Coffin. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/22/2008) |
| 07/21/2008 | 115 | Partial Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 11.7.07 pgs 3,4 and 16 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/22/2008) |
| 07/21/2008 | 116 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 11/7/07 pgs 5-15 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Sealed) (Entered: 07/22/2008) |
| 07/21/2008 | 117 | Partial Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 11/30/07 pgs 2-4 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/22/2008) |
| 07/21/2008 | 118 | Partial Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 11/30/07 pg 5 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (Sealed) (sln) (Entered: 07/22/2008) |
| 07/21/2008 | 119 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 1/23/08 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) Modified on 7/23/2008 (sln). (Entered: 07/22/2008) |
| 07/21/2008 | 120 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 3/18/08 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/22/2008) |
| 07/23/2008 | 121 | Motion Amend Release Conditions re Order Setting Conditions of Release 66 by Pirouz Sedaghaty. (Wax, Steven) (Entered: 07/23/2008) |
| 07/23/2008 | 122 | Administrative Correction of the Record: A clerical error pursuant to Fed. R. Crim. P 36 has been discovered in the case record referencing document 119 and the Clerk is directed to make the following administrative corrections to the record and to notify all parties accordingly: correcting transcript date from 7/23/08 to 1/23/08. (sln) (Entered: 07/23/2008) |
| 07/24/2008 | 123 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 12/17/07 pgs 1-9 before Judge Thomas M. Coffin. Court Reporter: Kristi |

| | | |
|---|---|---|
| | | Anderson. (sln) (Entered: 07/25/2008) |
| 07/24/2008 | 124 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 1/14/08 pgs 1-6 before Judge Thomas M. Coffin. Court Reporter: Kristi Anderson. (sln) (Entered: 07/25/2008) |
| 08/22/2008 | 125 | Record of Order - Defendant's Motion 121 to Amend Release Conditions as to Pirouz Sedaghaty (2) is granted to the extent that request number #4 to strike the third party custodial requirement is allowed and the motion is denied in all other respects.Ordered by Judge Michael R. Hogan (lf) (Entered: 08/22/2008) |
| 08/22/2008 | 126 | Record of Order as to Pirouz Sedaghaty; Correction of 8/22/08 minute order #125 to reflect that defendant's Motion #121 is also granted with respect to request #6 to strike the restriction of defendant to his residence at all times except for medical necessity or court appearances or other activities specifically approved by the court. Ordered by Judge Michael R. Hogan (lf) (Entered: 08/22/2008) |
| 09/05/2008 | 127 | Notice by USA as to Pirouz Sedaghaty *of the First In Camera, Ex Parte, Under Seal Filing by the United States Pursuant to the Classified Information Procedures Act* (Gorder, Charles) (Entered: 09/05/2008) |
| 09/05/2008 | 128 | Notice by USA as to Pirouz Sedaghaty *Notification to Defendant of the Second In Camera, Ex Parte, Under Seal Filing by the United States Pursuant to the Classified Information Procedures Act* (Atkinson, David) (Entered: 09/05/2008) |
| 09/05/2008 | 129 | Notice by USA as to Pirouz Sedaghaty *of the Third In Camera, Under Seal Filing by the United States Pursuant to the Classified Information Procedures Act* (Gorder, Charles) (Entered: 09/05/2008) |
| 09/08/2008 | 130 | Record of Order as to Pirouz Sedaghaty ; Telephone Conference regarding trial setting is set for 9/9/2008 at 11:15AM before U.S. District Judge Michael R. Hogan. Counsel directed to call the BRIDGE LINE NUMBER (541) 431-4045, dial 1111# then follow the directions. by Judge Michael R. Hogan (lf) (Entered: 09/08/2008) |
| 09/09/2008 | 131 | Motion To Establish Filing Procedure by Pirouz Sedaghaty. (Attachments: # 1 Exhibit 1) (Wax, Steven) (Entered: 09/09/2008) |
| 09/09/2008 | 132 | **Minutes of Proceedings:** - Telephone Status Conference held before Judge Michael R. Hogan as to Pirouz Sedaghaty. Defense counsel orally waives appearance of defendant. Further Status Conference is set for 11/12/2008 at 11:30AM in Eugene before U.S. District Judge Michael R. Hogan. Ordered - Excludable Delay, due to complexity of case to 2/18/09, pursuant to Speedy Trial Act. Jury Trial is reset from 10/8/08 to 2/18/2009 at 09:00AM in Eugene before U.S. District Judge Michael R. Hogan. Counsel Present for Plaintiff: Chris Cardani and Charles Gorder.Counsel Present for Defendant: Steven Wax and Larry Matasar.(Court Reporter Deborah Wilhelm)(Interpreter for Defendant Present: None) (lf) (Entered: 09/10/2008) |
| 09/10/2008 | 133 | Record of Order - Granting defendant's Motion 131 to Establish Filing Procedure as to Pirouz Sedaghaty (2) to the extent: The court having |

| | | |
|---|---|---|
| | | reconsidered the circumstances regarding defense counsel's request contained within defendant's motion #131 to establish a filing procedure, clarifies what procedure defense counsel may utilize for purposes of classification review. Given that the document in question has been partially or fully prepared, defense counsel may create and transmit the document for review to the Court Security Officer in a manner that she prescribes which need not include creation on secure equipment. In addition, counsel shall submit the document to the court for in camera review where the document can be maintained in the court's safe. Upon a determination from the Court Security Officer of the classification of the document, the Court Security Officer shall inform counsel of the degree to which the document contains classified material, if any. If the document does not contain classified material, defense counsel shall file the full document electronically. To the extent the document does contain classified information, defense counsel shall file a version of the document suitable for public viewing as directed by the Court Security Officer by redacting those portions of the document that are classified and noting, in the caption, "redacted version for public viewing cleared by the Court Security Officer." by Judge Michael R. Hogan (lf) (Entered: 09/10/2008) |
| 09/17/2008 | 134 | Notice as to Pirouz Sedaghaty (Wax, Steven) (Entered: 09/17/2008) |
| 10/10/2008 | 135 | Motion Renewed Motion for Modification of Court Order of May 16, 2008, and Motion for Access to Classified Material by Pirouz Sedaghaty. (Wax, Steven) (Entered: 10/10/2008) |
| 10/10/2008 | 136 | Memorandum in Support of Motion by Pirouz Sedaghaty regarding Motion Renewed Motion for Modification of Court Order of May 16, 2008, and Motion for Access to Classified Material 135 filed by Defendant Pirouz Sedaghaty (Wax, Steven) (Entered: 10/10/2008) |
| 10/10/2008 | 137 | Motion Regarding Defense Access to Classified Material by Pirouz Sedaghaty. (Wax, Steven) (Entered: 10/10/2008) |
| 10/10/2008 | 138 | Memorandum in Support of Motion by Pirouz Sedaghaty regarding Motion Regarding Defense Access to Classified Material 137 filed by Defendant Pirouz Sedaghaty (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J) (Wax, Steven) (Entered: 10/10/2008) |
| 10/23/2008 | 139 | Scheduling Order as to Pirouz Sedaghaty; Defendant's First Motion 53 for Discovery, Government's Motion 101 for Discovery *(Reciprocal Discovery)*, defendant's Motion 137 Regarding Defense Access to Classified Material, defendant's Supplemental Motion 90 for Discovery, defendant's Renewed Motion 135 for Modification of Court Order of May 16, 2008 and Motion for Access to Classified Material - Oral Argument is set for 11/12/2008 at 11:30AM in Eugene before U.S. District Judge Michael R. Hogan. by Judge Michael R. Hogan (lf) (Entered: 10/23/2008) |
| 10/29/2008 | 140 | Notice as to Pirouz Sedaghaty regarding Notice (Generic) 134 filed by Defendant Pirouz Sedaghaty (Attachments: # 1 Attachment Declaration of Col. W. Patrick Lang) (Wax, Steven) (Entered: 10/29/2008) |
| 11/06/2008 | 141 | Notice as to Pirouz Sedaghaty *of Discovery Matters in Dispute* (Wax, Steven) |

| | | |
|---|---|---|
| | | (Entered: 11/06/2008) |
| 11/07/2008 | 142 | Exhibit by Pirouz Sedaghaty regarding Notice (Generic) 141 filed by Defendant Pirouz Sedaghaty (Wax, Steven) (Entered: 11/07/2008) |
| 11/12/2008 | 143 | **Minutes of Proceedings:** - Status Conference and Oral Argument on pending motions before Judge Michael R. Hogan as to Pirouz Sedaghaty held on 11/12/2008. Motion 137 Regarding Defense Access to Classified Material filed by Defendant Pirouz Sedaghaty, Renewed Motion 135 for Modification of Court Order of May 16, 2008, and Motion for Access to Classified Material filed by Defendant Pirouz Sedaghaty, First Motion 53 for Discovery filed by Defendant Pirouz Sedaghaty, Motion 101 for Discovery *(Reciprocal Discovery)* filed by Plaintiff USA, Supplemental Motion 90 for Discovery filed by Defendant Pirouz Sedaghaty - MOTIONS TAKEN UNDER ADVISEMENT as of 11/12/2008. Government to file its brief regarding defendant's submission of ex parte brief. Counsel Present for Plaintiff: Charles Gorder, Christopher Cardani.Counsel Present for Defendant: Lawrence Matasar, Steven Wax (also defendant present).(Court Reporter Deborah Wilhelm)(Interpreter for Defendant Present: None) (lf) (Entered: 11/13/2008) |
| 11/25/2008 | 144 | Notice by USA as to Pirouz Sedaghaty regarding Motion Hearing,,,, 143 , Motion Regarding Defense Access to Classified Material 137 filed by Defendant Pirouz Sedaghaty, Notice (Generic) 129 filed by Plaintiff USA, Notice (Generic) 127 filed by Plaintiff USA, Notice (Generic) 128 filed by Plaintiff USA *of Nonopposition to Defendant's Ex Parte Filing of Theory of Defense* (Gorder, Charles) (Entered: 11/25/2008) |
| 11/26/2008 | 145 | Record of Order as to Pirouz Sedaghaty; Defense counsel allowed to file an ex-parte submission of defendant's theory of defense for the purpose of the Court's analysis of the government's submissions and to contact the court security specialist for the procedures for preparation and filing of the submission. by Judge Michael R. Hogan (lf) (Entered: 11/26/2008) |
| 12/10/2008 | 146 | Motion (in letter form) to Modify Conditions of Release by Pirouz Sedaghaty. (sln) (Entered: 12/11/2008) |
| 12/12/2008 | 147 | Memorandum in Opposition to Motion by USA as to Pirouz Sedaghaty *Request to Modify Conditions of Pretrial Release* (Cardani, Christopher) (Entered: 12/12/2008) |
| 12/23/2008 | 148 | ORDER Denying 146 Motion to Modify Conditions of Release as to Pirouz Sedaghaty (2) by U.S. District Judge Michael R. Hogan (sln) (Entered: 12/24/2008) |
| 01/06/2009 | 149 | **Minutes of Proceedings:** - In Chambers Scheduling Conference held before U.S. District Judge Michael R. Hogan as to Pirouz Sedaghaty. Defendant's appearance waived. Counsel Present for Plaintiff: Chris Cardani.Counsel Present for Defendant: Steve Wax.(Court Reporter Deborah Wilhelm) (Interpreter for Defendant Present: None) (lf) (Entered: 01/07/2009) |
| 01/28/2009 | 150 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 1/6/09 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 01/29/2009) |

| 02/03/2009 | 151 | Scheduling Order as to Pirouz Sedaghaty ; Continuing 2/18/09 Jury Trial to 4/29/2009 at 09:00AM in Eugene before U.S. District Judge Michael R. Hogan. Ordered - defense counsel to submit proposed order for Excludable Delay forthwith. by U.S. District Judge Michael R. Hogan (lf) (Entered: 02/03/2009) |
|---|---|---|
| 02/03/2009 | 152 | Proposed Form of Order Submitted for Defendant Pirouz Sedaghaty (Wax, Steven) (Entered: 02/03/2009) |
| 02/04/2009 | 153 | Scheduling Order as to Pirouz Sedaghaty; Status Conference is set for 3/24/2009 at 11:30AM in Eugene before U.S. District Judge Michael R. Hogan. by U.S. District Judge Michael R. Hogan (lf) (Entered: 02/04/2009) |
| 02/09/2009 | 154 | Notice as to Pirouz Sedaghaty (Wax, Steven) (Entered: 02/09/2009) |
| 02/09/2009 | 155 | Order as to Pirouz Sedaghaty granting continuance of trial date - trial is rescheduled to 4/29/09 at 9am; Order time excluded from 2/9/09 to 5/15/09. by U.S. District Judge Michael R. Hogan signed on 2/6/09. (sln) (Entered: 02/09/2009) |
| 02/10/2009 | 156 | Scheduling Order as to Pirouz Sedaghaty; Continuing Status Conference regarding scheduling from 3/24/09 to 4/7/2009 at 11:30AM in Eugene before U.S. District Judge Michael R. Hogan. by U.S. District Judge Michael R. Hogan (lf) (Entered: 02/10/2009) |
| 02/11/2009 | 157 | Scheduling Order as to Pirouz Sedaghaty; Continuing Status Conference from 4/7/09 at defense counsel's request to 4/14/2009 at 11:30AM in Eugene before U.S. District Judge Michael R. Hogan. by U.S. District Judge Michael R. Hogan (lf) (Entered: 02/11/2009) |
| 03/19/2009 | 158 | Notice by USA as to Pirouz Sedaghaty *of In Camera, Ex Parte, Under Seal Filing* (Gorder, Charles) (Entered: 03/19/2009) |
| 03/20/2009 | 159 | ORDER First Motion 53 for Discovery as to Pirouz Sedaghaty and Supplement to First Motion 90 for Discovery as to Pirouz Sedaghaty are denied, insofar as they relate to the Terrorist Surveillance Program of the NSA. by U.S. District Judge Michael R. Hogan signed on 3/18/09. (sln) (Classified Order maintain by Court Security Officer) (Entered: 03/20/2009) |
| 03/20/2009 | 160 | Protective Order pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1) as to Pirouz Sedaghaty by U.S. District Judge Michael R. Hogan signed on 3/18/09. (sln) (Classified Order maintained by Court Security Officer) (Entered: 03/20/2009) |
| 03/20/2009 | 161 | Second Protective Order pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1) as to Pirouz Sedaghaty by U.S. District Judge Michael R. Hogan signed on 3/18/09. (sln) (Classified Order maintained by the Court Security Officer) (Entered: 03/20/2009) |
| 04/14/2009 | 162 | **Minutes of Proceedings:** - Status Conference held in-chambers before U.S. District Judge Michael R. Hogan as to Pirouz Sedaghaty; Order - Continuing 4/29/09 Jury Trial to 11/30/09. Order - Defense counsel to file a Motion for Excludable Delay forthwith. Defense to file pleading to clarify regarding |

| | | |
|---|---|---|
| | | classified material by 4/17/09, within 60 days after ruling, defendant to file Motion regarding search. Motions to Suppress due 6/12/09. Oral Argument on yet to be filed Motions to Suppress is set for 7/13/2009 at 10:00AM in Eugene before U.S. District Judge Michael R. Hogan. Exhibit Lists and Witness Lists due 8/10/09. Trial Motions due 9/1/09. Oral Argument on Trial Motions is set for 10/13/2009 at 11:00AM in Eugene before U.S. District Judge Michael R. Hogan. Proposed jury instructions, proposed voir dire, Motions In-Limine and other trial motions due 10/30/09. Pretrial Conference and Oral Argument on later filed motions is set for 11/16/2009 at 10:00AM in Eugene before U.S. District Judge Michael R. Hogan. 10 Day Jury Trial is reset for 11/30/2009 at 09:00AM in Eugene before U.S. District Judge Michael R. Hogan. (Monday 11/30/09 and Tuesday 12/1/09 - Jury Selection and Opening Statements; Friday 12/4/09 Evidence Presentation begins) Counsel Present for Plaintiff: Chris Cardani, Charles Gorder.Counsel Present for Defendant: Steven Wax, Lawrence Matasar (defendant present).(Court Reporter Deborah Wilhelm) (Interpreter for Defendant Present: None) (lf) (Entered: 04/17/2009) |
| 04/17/2009 | 163 | Proposed Form of Order Submitted for Defendant Pirouz Sedaghaty (Wax, Steven) (Entered: 04/17/2009) |
| 04/17/2009 | 164 | Motion For Clarification Regarding Classified Material and Supporting Memorandum by Defendant Pirouz Sedaghaty. (Wax, Steven) (Entered: 04/17/2009) |
| 04/20/2009 | 165 | Notice as to Pirouz Sedaghaty regarding Motion For Clarification Regarding Classified Material and Supporting Memorandum 164 filed by Defendant Pirouz Sedaghaty (Attachments: # 1 Attachment Order in Related Case) (Wax, Steven) (Entered: 04/20/2009) |
| 04/20/2009 | 166 | Ex Parte Motion for Subpoenas and Witness Fees at Government's Expense by Defendant Pirouz Sedaghaty. (Attachments: # 1 Attachment Proposed Order) (Wax, Steven) (Entered: 04/20/2009) |
| 04/20/2009 | 167 | ORDER as to Pirouz Sedaghaty: Granting the Parties' Joint Motion to Reset Trial Date. Trial reset to 11/30/09 at 9:00AM in Eugene before Judge Michael R. Hogan. Ordered time excluded from the date of this order to 12/15/09 based on the complexity of the case and pendency of pretrial motions. by U.S. District Judge Michael R. Hogan signed on 4/20/09. (lae) (Entered: 04/21/2009) |
| 04/22/2009 | 169 | ORDER Granting 166 Motion for Subpoenas and Witness Fees at Government Expense as to Pirouz Sedaghaty (2) by U.S. District Judge Michael R. Hogan signed on 4/22/09. (sln) (Entered: 04/23/2009) |
| 04/23/2009 | 168 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion for Order 164 filed by Defendant Pirouz Sedaghaty *for Clarification Regarding Classified Information* (Gorder, Charles) (Entered: 04/23/2009) |
| 04/24/2009 | 170 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion for Order 137 filed by Defendant Pirouz Sedaghaty, Motion for Order 135 filed by Defendant Pirouz Sedaghaty, Motion for Discovery 53 filed by Defendant Pirouz Sedaghaty, Motion for Discovery 101 filed by Plaintiff USA, Motion for Discovery 90 filed by Defendant Pirouz Sedaghaty (Attachments: # 1 |

| | | |
|---|---|---|
| | | Attachment 1) (Cardani, Christopher) (Entered: 04/24/2009) |
| 04/29/2009 | 171 | Motion *for Production and Satisfaction of Prosecutor's Duty of Inquiry and Henthorn Review and Supporting Memorandum* by Defendant Pirouz Sedaghaty. (Wax, Steven) (Entered: 04/29/2009) |
| 05/07/2009 | 172 | Reply to Response to Motion by Pirouz Sedaghaty as to Al-Haramain Islamic Foundation, Inc, Pirouz Sedaghaty, Soliman Hamd Al-Buthe regarding Motion Regarding Defense Access to Classified Material 137 , Motion Renewed Motion for Modification of Court Order of May 16, 2008, and Motion for Access to Classified Material 135 , First Motion for Discovery 53 , Motion for Discovery *(Reciprocal Discovery)* 101 , Supplemental Motion for Discovery 90 (Wax, Steven) (Entered: 05/07/2009) |
| 05/07/2009 | 173 | Reply to Response to Motion by Pirouz Sedaghaty regarding Motion For Clarification Regarding Classified Material and Supporting Memorandum 164 (Wax, Steven) (Entered: 05/07/2009) |
| 05/07/2009 | 174 | Second Request for Discovery by Pirouz Sedaghaty *of Classified Information* (Wax, Steven) (Entered: 05/07/2009) |
| 05/15/2009 | 175 | Motion for Extension of Time to May 21, 2009 (Related Doc. 135 Motion for Order ) *to File Response to Defendant's Motion for Modification of Court Order of May 16, 2008,* filed by USA as to Defendant Pirouz Sedaghaty. (Gorder, Charles) (Entered: 05/15/2009) |
| 05/18/2009 | 176 | Record of Order - Granting government's Motion 175 for Extension of Time to 5/21/09 to File Response to defendant's Motion for Modification of 5/16/08 Court Order as to Pirouz Sedaghaty (2) by U.S. District Judge Michael R. Hogan (lf) (Entered: 05/18/2009) |
| 05/21/2009 | 177 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion for Order 135 filed by Defendant Pirouz Sedaghaty *for Modification of Court Order of May 16, 2008* (Gorder, Charles) (Entered: 05/21/2009) |
| 06/11/2009 | 178 | Motion for Extension of Time For Filing Motion To Suppress (Related Doc. 162 Scheduling Conference) by Defendant Pirouz Sedaghaty. (Wax, Steven) (Entered: 06/11/2009) |
| 06/12/2009 | 179 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion for Order 171 filed by Defendant Pirouz Sedaghaty, Motion for Discovery 53 filed by Defendant Pirouz Sedaghaty, Motion for Discovery 101 filed by Plaintiff USA, Motion for Discovery 90 filed by Defendant Pirouz Sedaghaty (Cardani, Christopher) (Entered: 06/12/2009) |
| 06/15/2009 | 180 | ORDER Granting 178 Motion for Extension of Time as to Pirouz Sedaghaty (2). Defendant allowed until 6/19/09 to file motion to suppress. by U.S. District Judge Michael R. Hogan (sln) (Entered: 06/15/2009) |
| 06/19/2009 | 181 | Motion to Suppress *Evidence Seized Pursuant To Search Warrant* by Defendant Pirouz Sedaghaty. (Wax, Steven) (Entered: 06/19/2009) |
| 06/19/2009 | 182 | Motion to Compel *Government To Cease All Searches Of Computers And Electronic Media Seized On February 18, 2004* by Defendant Pirouz |

| | | |
|---|---|---|
| | | Sedaghaty. (Wax, Steven) (Entered: 06/19/2009) |
| 06/19/2009 | 183 | Memorandum in Support of Motion by Pirouz Sedaghaty regarding Motion to Compel *Government To Cease All Searches Of Computers And Electronic Media Seized On February 18, 2004* 182 filed by Defendant Pirouz Sedaghaty, Motion to Suppress *Evidence Seized Pursuant To Search Warrant* 181 filed by Defendant Pirouz Sedaghaty (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, part 1, # 3 Exhibit 2, part 2, # 4 Exhibit 2, part 3, # 5 Exhibit 3-7, # 6 Exhibit 8) (Wax, Steven) (Entered: 06/19/2009) |
| 06/29/2009 | 184 | Scheduling Order as to Pirouz Sedaghaty; : Defendant's Motion 181 to Suppress *Evidence Seized Pursuant To Search Warrant* and defendant's Motion 182 to Compel *Government To Cease All Searches Of Computers And Electronic Media Seized On February 18, 2004* Oral Argument is set for 7/13/2009 at 10:00AM in Eugene before U.S. District Judge Michael R. Hogan. by U.S. District Judge Michael R. Hogan (lf) (Entered: 06/29/2009) |
| 06/30/2009 | 185 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 4/18/05 before Judge Thomas M. Coffin. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/01/2009) |
| 06/30/2009 | 186 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 8/5/05 before Judge Thomas M. Coffin. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/01/2009) |
| 06/30/2009 | 187 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 7/15/08 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/01/2009) |
| 06/30/2009 | 188 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 11/12/08 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/01/2009) |
| 06/30/2009 | 189 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 9/9/08 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/01/2009) |
| 06/30/2009 | 190 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 4/14/09 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/01/2009) |
| 07/01/2009 | 191 | ORDER: Defendant's motions for discovery 53 and 90 are granted in part and denied in part, the government's motion for reciprocal discovery 101 is granted, defendant's renewed motion for modification of the court's 5/16/08 order 135 is denied, defendant's motion regarding defense access to classified discovery 137 is denied, defendant's motion for clarification regarding classified material 164 is denied, defendant's motion for production and satisfaction of prosecutor's duty of inquiry and Henthorn review 171 is granted, and defendant's renewed motion for discovery of classified information 174 is denied. by U.S. District Judge Michael R. Hogan signed on 7/1/09. (lae) (Entered: 07/02/2009) |
| 07/06/2009 | 192 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion to |

| | | |
|---|---|---|
| | | Compel 182 filed by Defendant Pirouz Sedaghaty, Motion to Suppress 181 filed by Defendant Pirouz Sedaghaty (Attachments: # 1 Exhibit 1) (Cardani, Christopher) (Entered: 07/06/2009) |
| 07/07/2009 | 193 | Scheduling Order as to Pirouz Sedaghaty ; ADVANCING Time Set for Defendant's Motion 181 to Suppress *Evidence Seized Pursuant To Search Warrant* and defendant's Motion 182 to Compel *Government To Cease All Searches Of Computers And Electronic Media Seized On February 18, 2004* - Oral Argument on 7/13/2009 from 10am to 09:30AM in Eugene before U.S. District Judge Michael R. Hogan. by U.S. District Judge Michael R. Hogan (lf) (Entered: 07/07/2009) |
| 07/09/2009 | 194 | Motion for Protective Order by Defendant Pirouz Sedaghaty. (Wax, Steven) (Entered: 07/09/2009) |
| 07/09/2009 | 195 | Notice as to Pirouz Sedaghaty - *CIPA Notice* (Wax, Steven) (Entered: 07/09/2009) |
| 07/10/2009 | 196 | Reply to Response to Motion by Pirouz Sedaghaty regarding Motion to Suppress *Evidence Seized Pursuant To Search Warrant* 181 (Wax, Steven) (Entered: 07/10/2009) |
| 07/13/2009 | 197 | **Minutes of Proceedings:**Motion Hearing before U.S. District Judge Michael R. Hogan as to Pirouz Sedaghaty held on 7/13/2009 regarding Motion to Compel *Government To Cease All Searches Of Computers And Electronic Media Seized On February 18, 2004* 182 filed by Defendant Pirouz Sedaghaty, Motion to Suppress *Evidence Seized Pursuant To Search Warrant* 181 filed by Defendant Pirouz Sedaghaty. Exhibits SH-1, SH-2, and SH-2A received by the court. Witnesses testifying during hearing: Colleen Anderson, David Carroll. Motions 181 and 182 are taken under advisement as of 7/13/2009.Counsel Present for Plaintiff: Christopher Cardni, Charles Gorder.Counsel Present for Defendant: Steven Wax, Lawrence Matasar.(Court Reporter Deborah Wilhelm) (cw) (Entered: 07/13/2009) |
| 07/22/2009 | 198 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 7/13/09 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/23/2009) |
| 07/22/2009 | 199 | Sealed Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 7/13/09 page 48 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 07/23/2009) |
| 07/27/2009 | 200 | Notice as to Pirouz Sedaghaty *Second CIPA Notice* (Matasar, Lawrence) (Entered: 07/27/2009) |
| 08/04/2009 | 201 | Motion for Bill of Particulars filed by Pirouz Sedaghaty as to Defendant Al-Haramain Islamic Foundation, Inc, Pirouz Sedaghaty, Soliman Hamd Al-Buthe. (Wax, Steven) (Entered: 08/04/2009) |
| 08/07/2009 | 202 | Motion to Continue / Reset *and Statement Regarding Witnesses and Exhibits* filed by Pirouz Sedaghaty as to Defendant Al-Haramain Islamic Foundation, Inc, Pirouz Sedaghaty, Soliman Hamd Al-Buthe. (Wax, Steven) (Entered: 08/07/2009) |
| | | |

| 08/10/2009 | 203 | Witness List by USA as to Pirouz Sedaghaty (Cardani, Christopher) (Entered: 08/10/2009) |
|---|---|---|
| 08/10/2009 | 204 | Exhibit List by USA as to Pirouz Sedaghaty (Cardani, Christopher) (Entered: 08/10/2009) |
| 08/11/2009 | 205 | Motion Post-Hearing Additional Specification Of Basis For Suppression Based On Dissemination Of Information To Russian FSB And Request For Discovery Evidentiary Hearing Requested requested. filed by Pirouz Sedaghaty as to Defendant Al-Haramain Islamic Foundation, Inc, Pirouz Sedaghaty, Soliman Hamd Al-Buthe. (Wax, Steven) (Entered: 08/11/2009) |
| 08/11/2009 | 217 | **Minutes of Proceedings:** In Camera, ex parte under seal hearing held on 8/11/09 before U.S. District Judge Michael R. Hogan with the United States pursuant to Section 4 of the Classified Information Procedures act, 18 U.S.C. App. III ("CIPA").(Court Reporter Deborah Wilhelm) (sln) (Entered: 09/10/2009) |
| 08/12/2009 | 206 | Response to 194 , 195 , 200 filed by USA as to Pirouz Sedaghaty (Attachments: # 1 Attachment) (Gorder, Charles) (Entered: 08/12/2009) |
| 08/14/2009 | 207 | Record of Order as to Pirouz Sedaghaty ; Government's response to defendant's Motion 202 to Continue Witness/Exhibit lists and Trial Date is due by 8/21/2009. by U.S. District Judge Michael R. Hogan (lf) (Entered: 08/14/2009) |
| 08/21/2009 | 208 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion to Continue / Reset 202 filed by Defendant Pirouz Sedaghaty Oral Agrument requested. (Attachments: # 1 Attachment 1) (Cardani, Christopher) (Entered: 08/21/2009) |
| 08/21/2009 | 209 | Amended Response to Motion by USA as to Pirouz Sedaghaty regarding Motion to Continue / Reset 202 filed by Defendant Pirouz Sedaghaty *Refiling as pages 2-7 of 208 document did not completely transfer* -- Oral Argument requested. (Attachments: # 1 Attachment 1) (Cardani, Christopher) (Entered: 08/21/2009) |
| 08/25/2009 | 210 | Scheduling Order as to Pirouz Sedaghaty; Defendants' Motion 202 to Continue Trial and Statement Regarding Witnesses and Exhibits - Oral Argument is set for 9/1/2009 at 11:15AM in Eugene before U.S. District Judge Michael R. Hogan. by U.S. District Judge Michael R. Hogan (lf) (Entered: 08/25/2009) |
| 08/26/2009 | 211 | Supplemental Motion to Continue / Reset Oral Argument requested. by Defendant Pirouz Sedaghaty. (Matasar, Lawrence) (Entered: 08/26/2009) |
| 08/27/2009 | 212 | Scheduling Order as to Pirouz Sedaghaty ; CONTINUING 9/1/09 Oral Argument on defendant's Motion 202 to Continue Trial - Oral Argument is reset for 9/15/2009 at 10:45AM in Eugene before U.S. District Judge Michael R. Hogan. by U.S. District Judge Michael R. Hogan (lf) (Entered: 08/27/2009) |
| 08/27/2009 | 213 | Supplemental Memorandum in Support of Motion by Pirouz Sedaghaty regarding First Motion for Discovery 53 filed by Defendant Pirouz Sedaghaty, Motion Post-Hearing Additional Specification Of Basis For Suppression |

| | | |
|---|---|---|
| | | Based On Dissemination Of Information To Russian FSB And Request For Discovery 205 filed by Defendant Pirouz Sedaghaty, Motion to Suppress *Evidence Seized Pursuant To Search Warrant* 181 filed by Defendant Pirouz Sedaghaty, Supplemental Motion to Continue / Reset 211 filed by Defendant Pirouz Sedaghaty (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Wax, Steven) (Entered: 08/27/2009) |
| 09/01/2009 | 214 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion for Bill of Particulars 201 filed by Defendant Pirouz Sedaghaty (Cardani, Christopher) (Entered: 09/01/2009) |
| 09/10/2009 | 216 | Scheduling Order as to Pirouz Sedaghaty; The court has reviewed the government's in camera submission dated September 3, 2009. The court clarifies that with respect to discovery requests regarding whether defendant or any other Al-Haramain employee was subjected to surveillance, only exculpatory non-classified information need be provided to the extent any exists. After review of the materials provided, the court finds that none of the items referred to in the sealed letter of September 3, 2009, need be provided to the defense. by U.S. District Judge Michael R. Hogan (lf) (Entered: 09/10/2009) |
| 09/10/2009 | 218 | **Minutes of Proceedings:**In Camera, ex parte under seal hearing held before U.S. District Judge Michael R. Hogan with the United States pursuant to Section 4 of the Classified Information Procedures act, 18 U.S.C. App. III ("CIPA").(Court Reporter Deborah Wilhelm) (sln) (Entered: 09/10/2009) |
| 09/10/2009 | 219 | Notice by USA as to Pirouz Sedaghaty *of Fourth In Camera, Ex Parte, Under Seal Filing Pursuant to the Classified Information Procedures Act* (Gorder, Charles) (Entered: 09/10/2009) |
| 09/14/2009 | 220 | Reply to Response to Motion by Pirouz Sedaghaty regarding Motion for Bill of Particulars 201 (Wax, Steven) (Entered: 09/14/2009) |
| 09/15/2009 | 221 | **Minutes of Proceedings:**In Camera, ex parte under seal hearing held before U.S. District Judge Michael R. Hogan with the defendant Pirouz Sedaghaty (Court Reporter Deborah Wilhelm) (sln) (Entered: 09/15/2009) |
| 09/15/2009 | 222 | **Minutes of Proceedings:** - Oral Argument before U.S. District Judge Michael R. Hogan as to Pirouz Sedaghaty held on 9/15/2009 regarding defendant's Motion 202 to Continue Trial Motions 10/13/09 Hearing, 11/16/09 Pretrial Conference and 11/30/09 Trial Date - Motion Granted. Defendant's Supplemental Motion 211 to Continue is denied as moot. Formal Order to be issued. Counsel Present for Plaintiff: Chris Cardani, Charles Gorder ( Special Agent Ms. Anderson also present) Counsel Present for Defendant: Steven Wax, Lawrence Matasar.(Court Reporter Deborah Wilhelm)(Interpreter for Defendant Present: None) (lf) (Entered: 09/16/2009) |
| 09/17/2009 | 223 | Motion for Clarification of Discovery Order re Order on Motion for Discovery,, Order on Motion for Order 191 filed by USA as to Defendant Pirouz Sedaghaty. (Cardani, Christopher) Modified on 9/17/2009 (typographical error corrected) (cw). (Entered: 09/17/2009) |
| 09/17/2009 | 224 | Objections by Pirouz Sedaghaty *to the Ex Parte Review of Classified Material* |

| | | |
|---|---|---|
| | | *Submitted In Camera on September 3, 2009* (Wax, Steven) (Entered: 09/17/2009) |
| 09/25/2009 | 225 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion for Order, 205 filed by Defendant Pirouz Sedaghaty (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gorder, Charles) (Entered: 09/25/2009) |
| 10/06/2009 | 226 | Transcript of Proceedings as to Pirouz Sedaghaty for the hearing held on 9/15/09 before Judge Michael R. Hogan. Court Reporter: Deborah Wilhelm. (sln) (Entered: 10/06/2009) |
| 10/06/2009 | 227 | Sealed Transcript of Ex Parte, In Camera Proceedings as to Pirouz Sedaghaty for the hearing held on 9/15/09 before Judge Micahel R. Hogan`. Court Reporter: Deborah Wilhelm. (sln) (Entered: 10/06/2009) |
| 10/09/2009 | 228 | Response to 213 filed by USA as to Pirouz Sedaghaty *Government's Response to Defendant's Supplement To Motion To Suppress* (Cardani, Christopher) (Entered: 10/09/2009) |
| 10/14/2009 | 229 | Notice by USA as to Pirouz Sedaghaty *of In Camera, Ex Parte Hearing With the United States Pursuant to the Classified Information Procedures Act* (Gorder, Charles) (Entered: 10/14/2009) |
| 10/15/2009 | 230 | Supplemental Memorandum in Support of Motion by Pirouz Sedaghaty regarding Motion to Suppress *Evidence Seized Pursuant To Search Warrant 181* filed by Defendant Pirouz Sedaghaty (Attachments: # 1 Exhibit A, C, D) (Wax, Steven) (Entered: 10/15/2009) |
| 10/15/2009 | 231 | Motion To File Under Seal Exhibit B To Supplemental Memorandum In Support Of Motion To Suppress re Memorandum in Support 230 by Defendant Pirouz Sedaghaty. (Wax, Steven) (Entered: 10/15/2009) |
| 10/19/2009 | 232 | ORDER Granting 231 Motion to file under seal exhibit B to Supplemental Memorandum in Support of Motion to Suppress as to Pirouz Sedaghaty (2) by U.S. District Judge Michael R. Hogan (sln) (Entered: 10/19/2009) |
| 10/19/2009 | 233 | Exhibit B regarding Supplemental Memorandum in Support of Motion by Pirouz Sedaghaty regarding Motion to Suppress Evidence Seized Pursuant To Search Warrant 181 230 filed by Defendant Pirouz Sedaghaty Filed Under Seal (sln) (Entered: 10/20/2009) |
| 10/23/2009 | 234 | Reply to Response to Motion by Pirouz Sedaghaty regarding Motion to Suppress *Evidence Seized Pursuant To Search Warrant 181* (Wax, Steven) (Entered: 10/23/2009) |
| 10/26/2009 | 235 | Reply to Response to Motion by Pirouz Sedaghaty regarding Motion Post-Hearing Additional Specification Of Basis For Suppression Based On Dissemination Of Information To Russian FSB And Request For Discovery 205 (Attachments: # 1 Attachment Declaration of Colonel Walter Patrick Lang) (Matasar, Lawrence) (Entered: 10/26/2009) |
| 11/13/2009 | 236 | Notice by USA as to Pirouz Sedaghaty *of the Fifth In Camera, Ex Parte, Under Seal Filing by the United States Pursuant to the Classified Information Procedures Act* (Gorder, Charles) (Entered: 11/13/2009) |

| | | |
|---|---|---|
| 12/01/2009 | 237 | Scheduling Order as to Pirouz Sedaghaty: An in-chambers Status Conference is set for 12/8/2009 at 09:30AM in Eugene before U.S. District Judge Michael R. Hogan. by U.S. District Judge Michael R. Hogan (cw) (Entered: 12/01/2009) |
| 12/02/2009 | 238 | Motion To Compel The Government To Utilize The Mutual Legal Assistance Treaty On Behalf Of Mr. Sedaghaty And/Or To Issue Letters Rogatory by Defendant Pirouz Sedaghaty. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order, # 5 Proposed Order) (Wax, Steven) (Additional attachment(s) added on 12/7/2009: # 6 Corrected Motion with signed signature page) (sln). (Additional attachment(s) added on 1/15/2010: # 7 Exhibits A - D) (sln). (Entered: 12/02/2009) |
| 12/07/2009 | 239 | Administrative Correction of the Record: A clerical error pursuant to Fed. R. Crim. P 36 has been discovered in the case record referencing Defendant Sedaghaty's Motion to compel 238 signatures are missing on the document and the Clerk is directed to make the following administrative corrections to the record and to notify all parties accordingly: The clerk is directed to attach a correct version with signed signature page and restrict access to the original document. by U.S. District Judge Michael R. Hogan (sln) (Entered: 12/07/2009) |
| 12/08/2009 | 240 | **Minutes of Proceedings:**In Chambers Status Conference before U.S. District Judge Michael R. Hogan as to Pirouz Sedaghaty. Oral Argument on Defendant's Motion to Compel the Government to Utilize the Mutual Legal Assistance Treaty 238 and the issue of whether or not there is a need for a classified portion to the hearing on the motions to suppress is set for 1/19/2010 at 10:30AM in Eugene before U.S. District Judge Michael R. Hogan. Parties to submit letters to the Court by 1/12/10 regarding their positions on whether classified testimony is necessary. Ordered hearing on Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrant 181 and Defendant's Post-Hearing Additional Specification of Basis for Suppression Based on Dissemination of Information to Russian FSB and Request for Discovery 205 is set for 3/15/10 at 9:00AM in Eugene before Judge Michael R. Hogan. Any Daubert issues will also be heard at the hearing scheduled for 3/15/10 at 9:00AM. Ordered estimated two week jury trial is set for 6/7/10 at 9:00AM in Eugene before Judge Michael R. Hogan. Pretrial Conference and hearing on motions in limine is set for 5/10/10 at 9:00AM in Eugene before Judge Michael R. Hogan. The deadlines for submission of trial documents are set forth in a minute order to follow. Counsel Present for Plaintiff: Christopher Cardani, Charles Gorder.Counsel Present for Defendant: Lawrence Matasar, Steven Wax. Also present for the government: Dave Carroll and Colleen Anderson. (Court Reporter Deb Wilhelm) (lae) (Entered: 12/09/2009) |
| 12/08/2009 | 241 | Order Establishing Pretrial, Trial Document and Trial Deadlines as to Pirouz Sedaghaty. by U.S. District Judge Michael R. Hogan (lae) (Entered: 12/09/2009) |
| 12/11/2009 | 242 | Memorandum in Opposition to Motion by USA as to Pirouz Sedaghaty regarding Response to Motion 192 filed by Plaintiff USA, Memorandum in Support 230 filed by Defendant Pirouz Sedaghaty *and Defendant Pirouz Sedaghaty Motion to Suppress 181* (Attachments: # 1 Attachment Declaration) |

| | | |
|---|---|---|
| | | (Cardani, Christopher) Modified on 12/14/2009 - created link to motion 181 (sln). (Entered: 12/11/2009) |
| 12/11/2009 | 243 | Scheduling Order as to Pirouz Sedaghaty : At the request of the parties, ordered Daubert Evidentiary Hearing is reset from 3/15/10 to 5/10/2010 at 09:00AM in Eugene before U.S. District Judge Michael R. Hogan. by U.S. District Judge Michael R. Hogan (lae) (Entered: 12/11/2009) |
| 12/18/2009 | 244 | Response to Motion by USA as to Pirouz Sedaghaty regarding Motion for Order, 238 filed by Defendant Pirouz Sedaghaty (Attachments: # 1 Exhibit 1) (Gorder, Charles) (Entered: 12/18/2009) |
| 01/08/2010 | 245 | Reply to Response to Motion by Pirouz Sedaghaty regarding Motion To Compel The Government To Utilize The Mutual Legal Assistance Treaty On Behalf Of Mr. Sedaghaty And/Or To Issue Letters Rogatory 238 (Wax, Steven) (Entered: 01/08/2010) |
| 01/13/2010 | 246 | Response filed by USA as to Pirouz Sedaghaty *Regarding Need for Classified Hearing* (Attachments: # 1 Government's Letter to the Court) (Gorder, Charles) (Entered: 01/13/2010) |
| 01/15/2010 | 247 | Motion to Compel *The Government To Utilize The Mutual Legal Assistance Treaty On Behalf Of Mr. Sedaghaty And/Or To Issue Letters Rogatory* by Defendant Pirouz Sedaghaty. (Attachments: # 1 Exhibit A - C, # 2 Exhibit D (color), # 3 Exhibit E - F) (Wax, Steven) (Entered: 01/15/2010) |
| 01/15/2010 | 248 | Proposed Form of Order Submitted for Defendant Pirouz Sedaghaty (Wax, Steven) (Entered: 01/15/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/18/2010 10:43:00 | | | |
| **PACER Login:** | ll0016 | **Client Code:** | 311025-000002/05922 |
| **Description:** | Docket Report | **Search Criteria:** | 6:05-cr-60008-HO |
| **Billable Pages:** | 20 | **Cost:** | 1.60 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Al-RAJHI BANKING & INVESTMENT CORPORATION,** ) | |
| **Al-Aqaria Building 3** ) | |
| **Olaya Road, Riyadh** ) | |
| **Saudi Arabia** ) | |
|                 **Petitioner,** ) | |
| ) | |
|      **v.** ) | |
| ) | |
| **ERIC H. HOLDER, JR.,** ) | |
| **in his official capacity as Attorney General of** ) | |
| **the United States,** ) | |
| **950 Pennsylvania Avenue, NW, Room B-103** ) | |
| **Washington, DC  20530-0001** ) | |
| ) | **Misc. Action No.** |
| **TIMOTHY F. GEITHNER,** ) | |
| **in his official capacity as Secretary of the** ) | |
| **Treasury,** ) | **EXHIBIT D TO DECLARATION OF** |
| **1500 Pennsylvania Avenue, NW** ) | **TIMOTHY J. COLEMAN** |
| **Washington, DC  20220** ) | |
| ) | |
| **KENT S. ROBINSON,** ) | |
| **in his official capacity as Acting United** ) | |
| **States Attorney for the District of Oregon,** ) | |
| **1000 SW Third Avenue, Suite 600** ) | |
| **Portland, Oregon  97204** ) | |
| ) | |
| **and** ) | |
| ) | |
| **COLLEEN ANDERSON,** ) | |
| **in her official capacity as Special Agent for** ) | |
| **the Internal Revenue Service,** ) | |
| **960 Ellendale, Suite A** ) | |
| **Medford, Oregon  97504** ) | |
| ) | |
|                 **Respondents.** ) | |

**UNITED STATES ATTORNEY'S OFFICE**
**District of Oregon**



**PRESS ROOM**

08/04/05

### GOVERNMENT FILES MOTION TO DISMISS CASE AGAINST AL-HARAMAIN ISLAMIC FOUNDATION, INC. BECAUSE INTERNATIONAL FUGITIVES HAVE NOT BEEN APPREHENDED

Karin J. Immergut, United States Attorney for the District of Oregon, announces that the government has filed a motion to dismiss charges currently pending against the Al-Haramain Islamic Foundation, Inc., because two individual defendants who operated the charity have not been apprehended and the government does not want to proceed to trial piecemeal. If the motion is granted, the government would have the ability to re-indict the Al-Haramain Islamic Foundation if either of the two fugitives are apprehended.

In February 2005, a federal grand jury in Eugene, Oregon returned an indictment against the Al-Haramain Islamic Foundation, Inc., as well as two of the individuals who ran the charity in the United States from 1999-2003. Despite pending arrest warrants, those individual defendants, Perouz Sedaghaty and Soliman Al-But'he, have not been apprehended.

As alleged in the indictment, Perouz Sedaghaty and Soliman Al-But'he were two of the primary operators of the United States branch of the Al-Haramain Islamic Foundation, which was headquartered in Saudi Arabia. Sedaghaty departed the United States for Saudi Arabia during the criminal investigation in February 2003, has not returned to the United States, and is currently a fugitive living overseas. According to public records, Sedaghaty is the only remaining officer of the U.S. branch of the Al-Haramain Islamic Foundation.

Soliman Al-But'he is a citizen of Saudi Arabia. According to court filings, he has not been in the United States since 2001, and is currently believed to be a fugitive in Saudi Arabia. According to court documents, the actions of Sedaghaty and Al-But'he gave rise to the charges against the Al-Haramain Islamic Foundation, Inc.

Since Sedaghaty left the United States in February 2003, Al-Haramain has had no active operations in the United States and its properties are in the process of being sold by the U.S. Government. In June 2004, the Kingdom of Saudi Arabia dissolved the Al-Haramain Islamic Foundation.

In moving to dismiss the charges against the U.S. branch of Al-Haramain, the government stated that it would be an inefficient waste of resources to proceed against the shell corporation in this case until one of the individual defendants is apprehended, and that the criminal

1 of 2

investigation against Al-Haramain, Sedaghaty and Al-But'he is
continuing. All known assets of the Al-Haramain Islamic Foundation in
the United States have been frozen. A hearing on the motion is
currently scheduled for August 8, 2005 in Eugene.

For more information, contact Supervisory Assistant United States
Attorney Kent Robinson at 503-727-1000.

