KENT S. ROBINSON, OSB #09625
Acting United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
chris.cardani@usdoj.gov
Telephone: (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #91287
charles.gorder@usdoj.gov
**RYAN W. BOUNDS**, OSB #00012
ryan.bounds@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Ave., Suite 600
Portland, OR 97204
Telephone: (503) 727-1000
    Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-02-HO |
| v. | |
| **PIROUZ SEDAGHATY,** | **CERTIFICATE OF SERVICE** |
| **Defendant.** | |
| **In re AL RAJHI BANK SUBPOENA** | |
| **AL RAJHI BANKING & INVESTMENT CORP,** Real party in interest | |
| **Respondent.** | |

I hereby certify that on February 1, 2010, I caused copies of the following documents:

(1) Motion To Compel Compliance with July 17, 2009, Subpoena Issued Pursuant to 31 U.S.C. § 5318(k);

(2) Memorandum in Support of the Motion of the United States To Compel Compliance With July 17, 2009, Subpoena Issued Pursuant to 31 U.S.C. § 5318(k);

(3) Declaration of Christopher L. Cardani, together with Exhibits A, B, and C; and

(4) Declaration of Colleen Anderson,

to be served on the respondent herein, by electronic mail to: tcoleman@DeweyLeBoeuf.com, and that I also prepared said documents to go out by FedEx Priority Overnight on February 2, 2010, addressed as follows:

Timothy J. Coleman
Dewey & LeBoeuf LLP
1101 New York Avenue, NW
Washington, DC 20005-4213

Said documents were served by electronic notice on counsel for defendant Pirouz Sedaghaty.

Dated: February 1, 2010

    Respectfully submitted,

    KENT S. ROBINSON
    Acting United States Attorney


    *s/ Charles F. Gorder, Jr.*
    CHARLES F. GORDER, JR.
    CHRISTOPHER L. CARDANI
    RYAN W. BOUNDS
    Assistant United States Attorneys

**Page 2 - CERTIFICATE OF SERVICE**