RECVD '10 FEB 08 09:59 USDC-ORE

Mr. Kelly R. Beckley
kbeckley@beckley-law.com
Mr. Kevin W. Bons
kbons@beckley-law.com
BECKLEY LAW FIRM, P.C.
1257 High St., Suite #2
P. O. Box 11098
Eugene, OR  97440
Phone:  (541) 683-0888
Fax: (541) 683-0889

Attorneys for Respondent

FILED '10 FEB 08 16:03 USDC-ORE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff,　　　　　)<br>　vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>PIROUZ SEDAGHATY,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendant,　　　　)<br>　　　　　　　　　　　　　　　　)<br>In re AL RAJHI BANK SUBPOENA　 )<br>　　　　　　　　　　　　　　　　)<br>AL RAJHI BANKING &　　　　　　 )<br>INVESTMENT CORP,　　　　　　　 )<br>Real party in interest　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　Respondent.　　　) | CR No. 05-60008-02-HO<br><br>APPLICATION FOR SPECIAL<br>ADMISSION-*PRO HAC VICE* |

APPLICATION FOR
SPECIAL ADMISSION
- *PRO HAC VICE* Page - 1

BECKLEY LAW FIRM, P.C.
ATTORNEYS AT LAW
1257 HIGH STREET - P.O. BOX 11098  EUGENE, OR 97440-3298
541-683-0888 - FAX 541-683-0889
www.beckley-law.com

F:\CLIENTS\Al Rajhi Banking & Investment Corp\Application for Special Admission - Pro Hac Vice B. Green (05 FEB 10).frm



ORX60005175

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice*:

1. ***Pro hac vice* Attorney Certification.** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

(A) Personal Data:

1. Name: Boaz I. Green

2. Firm or Business Affiliation: Dewey & LeBoeuf, LLP

3. Mailing Address, City, State and Zip Code: 1101 New York Avenue, N.W., Washington, D.C. 20005.

4. Business E-mail Address: bgreen@dl.com

5. Business Telephone Number: (202) 346-8155

6. Fax Telephone Number: (202) 346-8102

(B) **Bar Admissions Information.** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

1. State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

a. New York Bar, admitted December 5, 2006, Bar Number 4460002.

b. District of Columbia Bar, admitted June 16, 2008, Bar Number 977520.

2. Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number. None.

APPLICATION FOR
SPECIAL ADMISSION
- *PRO HAC VICE* Page - 2

F:\CLIENTS\Al Rajhi Banking & Investment Corp\Application for Special Admission - Pro Hac Vice B. Green (05 FEB 10).frm

(C) **Certification of Disciplinary Proceedings.**

  _x_ I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency; or

  ___ I certify that I am now, or have been, subject to disciplinary action from a state or federal bar association or administrative agency (attach a letter of explanation to this application).

(D) **Certification of Professional Liability Insurance.** I have a professional liability insurance policy which is current that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(E) **Representation Statement.** I am representing the following parties in this case: Al Rajhi Banking & Investment Corporation.

(F) **CM/ECF Registration.** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. I also consent to electronically service pursuant to Fed.R.Civ.P. 5(b)(2)(D) and LR 100.2(c).

///

///

///

APPLICATION FOR
SPECIAL ADMISSION
- *PRO HAC VICE* Page - 3

BECKLEY LAW FIRM, P.C.
ATTORNEYS AT LAW
1257 HIGH STREET - P.O. BOX 11098  EUGENE, OR 97440-3298
541-683-0888 - FAX 541-683-0889
www.beckley-law.com

F:\CLIENTS\Al Rajhi Banking & Investment Corp\Application for Special Admission - Pro Hac Vice B. Green (05 FEB 10).frm

2. **Certification of Associated Local Counsel.** I certify the information contained in this application is true, that I am a member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

DATED this 8th day of February, 2010.

BECKLEY LAW FIRM, P.C.

By: /s/ 
Kelly R. Beckley
kbeckley@beckley-law.com
1257 High St., Suite #2
P. O. Box 11098
Eugene, OR 97440
Phone: (541) 683-0888
Fax: (541) 683-0889

DEWEY & LEBOEUF, LLP

By: /s/
Boaz Green
bgreen@dl.com
1101 New York Avenue, N.W.
Washington, D.C. 20005
Direct: (202) 346-8155
Fax: (202) 346-8102

## COURT ACTION

X  Application approved subject to payment of fees.

___ Application approved and fee waived.

___ Application denied.

DATED this 8th day of February, 2010.

/s/
United States District Judge

APPLICATION FOR
SPECIAL ADMISSION
- *PRO HAC VICE* Page - 4

BECKLEY LAW FIRM, P.C.
ATTORNEYS AT LAW
1257 HIGH STREET - P.O. BOX 11098  EUGENE, OR 97440-3298
541-683-0888 - FAX 541-683-0889
www.beckley-law.com

F:\CLIENTS\Al Rajhi Banking & Investment Corp\Application for Special Admission - Pro Hac Vice B. Green (05 FEB 10).frm