# EXHIBIT A

**Subject: Inquiry**
   **Date:** Tue, 11 Jan 2000 14:38:08 +0200
   **From:** s-elfeki <s-elfeki@click.com.eg>
      **To:** haramain@alharamain.org

Dear Brothers
As-salamu Alaikom Wa Rahmatu Allah Wa Barakatoh.

Throughout my Omra this Ramadan, I knew about arrangements being carried
out by a Saudi Committee to support our brothers in Chyshan, in which
your establishment participated, and had the following inquiry.

1) I would like to pay Zakat supporting our Muslim brothers in Chyshan,
and would be transferring the money from my account in London. Do you
have an account in London to which I can make the transaction?
2) If yes, what is the Zakat account details?
3) If not, can you provide me with the account details to which I would
be transferring the Zakat?
4) Would it be possible for you to send me any receipt or confirmation
after having already received my transaction?
5) In what disciplines are the Zakat account revenues spent?

I will be waiting for your kind response ASAP.
Jazakom Allah Khairan.
As-salamu Alaikom Wa Rahmatu Allah.

2572

002572

# EXHIBIT B

**Subject: Re: Inquiry**
**Date: Tue, 18 Jan 2000 07:34:27 +0300**
**From:** "haramain" <haramain@alharamain.org>
**Organization:** Alharamain Islamic Foundation
**To:** "s-elfeki" <s-elfeki@click.com.eg>

Dear Brother,

Assalamu Alaikum!

May Allah reward you for your noble intention and we beg of Him for you the
best of requests, the best of the prayers, the best of success, the best of
the deeds, the best of rewards, the best of life and the best of death. And
we also pray to Allah (SWT) that He may grant us wisdom and unite us with
the righteous and open the gates of His Mercy for us.

Concerning to your inquire about our Bank account in London, sorry brother
we don't have there but we have account for Chechnya relief fund and if you
wish you could make the transaction with this:

Our Account in Saudi Arabia (Head office) :

Account Name     :      Al Haramain Foundation.
Account Number   :   10600/3
Bank  Name       :      AL RAJHI BANKING & INVESTMENT CORPORATION.
Branch Information  :   Riyadh, Olaya Street, Branch 166.

Our Account in USA:
  Account Name      :      Al Haramain Foundation.
Account Number   :   28803 - 11561.
Bank  Name       :      BANK OF AMARICA.
Routing          :      323070380

Answering you inquiry No.4. Of course, it is pleasure for us to confirm you
after received your transaction. And your Zakat should be spent to the poor,
orphans and refuges Insha Allah.

May Allah (SWT) continues to keep you in the position to help in His cause
and we pray that Allah (SWT) also continues to bless you all and your family
in this life and the next.

Jazak Allah Khair,
Al Haramain Foundation.

**********************************************************************
***********************
Get your own Free Noble Qur'an
Visit: http://www.alharamain.org
**********************************************************************
***********************
" ... But if they seek your Aid in Religion, It is your Duty to Help them
... " [Surah 8: 72]
Help Your Brother and Sister in Need , Join the "Alharamain Kosovo Fund"
Visit for more details : http://www.alharamain.org
**********************************************************************
**************************

----- Original Message -----
From: s-elfeki <s-elfeki@click.com.eg>
To: <haramain@alharamain.org>
Sent: Tuesday, January 11, 2000 03:38 p
Subject: Inquiry


> Dear Brothers
> As-salamu Alaikom Wa Rahmatu Allah Wa Barakatoh.                2573

# EXHIBIT C

بسم الله الرحمن الرحيم

**DOCTOR**
*Mahmoud Talaat El - Feki*
Ph .D. Architecture

دكتور

دكتوراه الهندسة المعمارية

٢.٢٤٢.٢
فاكس ٢.٢٨١٧١

| Offic | Tel : 3024202 |
|  | Fax : 3028171 |

45 El - Batal Ahmed A - Aziz St. - Mohandessin

٤٥ شارع البطل أحمد عبد العزيز - المهندسين

فاكس 0044, 171, 935, 8 280

السيد ناصر عبد الحميد المحترم

بنك الكويت الدولي - لندن

تحية طيبة وبعد ، بنصلكم هذا ولكم تكن 280-303453-00-05
بتاريخ ٢٤ فبراير

رجير تعاون ودعمنا أرجو تحويل مبلغ ١٠٠,٠٠٠/- $ (مائة وخمسون ألف دولار)

إلى الحساب :— *VALUE 24 - 2 - 2000*

NAME : ALHARAMAIN FOUNDATION

ACC. No. 28803 - 11561

BANK NAME: BANK OF AMERICA

ROUTING: 323070 380

مع خالص تحياتي وتقديري واحترامي بهذا التحويل ، وننتظر اعتذار تأكيد الإتمام )

١٤/ ٢

وتقبلوا أرجوا أن يكتب في التحويل أنه مبادرة منه ، وصورة طبقت للعلم [

2574

# EXHIBIT D

**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh
General Manager Office

الحرمين الخيرية
نب الرئيس – الرياض
مكتب المدير العام

بسم الله الرحمن الرحيم

Ref. : ...............................

Date : ...............................

2 1 / 2 / 2 .......

Dear Brother Dr. Mahmoud T. Al-Fiki

As-Salaamu 'Alaikum Wa Rahmatullahi Wa Barakaatuhu,

On behalf of Al-Haramain Foundation management and staff, I would like to thank you for your generous donation of $150,000 (One hundred-fifty thousand dollars) as **zakaat**.

We appreciate your trust in Al-Haramain Islamic Foundation and assure you of our commitment to continue every possible effort to help ending the **Chechnyan** crisis.

We pray to Allah subhaanahu wa ta'aalaa to reward you and guide you to be amongst His devoted, pious servants.

**'Aqeel Abdul-Aziz Al-'Aqeel**
**General Manager**



2570

002570

Google Desktop Search: Re: Confirmation                                            Page 1 of 2

 Web  Images  Groups  News  Froogle  Local  **Desktop**  more »
Pete

Search Desktop     Desktop Pref
                   Remove ema

### Cached messages                          Message **5** of **5** in conversation

« Older | Newer »   View Entire Thread (5)   Reply | Reply to All | Compose

☑  Re: Confirmation

From: Alharamain <haramain@alharamain.org>
To: P <p@qf.org>
Date: Feb 22 2000 - 8:10am

No, I don't did you receive the money?

----- Original Message -----
From:
P
To: Alharamain
Sent: Monday, February 21, 2000 10:54
Ō
Subject: RE: Confirmation

Salam

Do
you know this brother?
i
like to also advertise in Aljumah and Islamic Horizen For Dawa work and
refugee relief fund InshaAllah.
Love
you
Salam
AU

-----Original Message----- From: Alharamain [ mailto:haramain@alharamain.org ]
Sent:
Sunday, February 20, 2000 10:15 PM To: Pete Subject: Fw:
Confirmation Importance: High
Please AboYunns chick it and update me soon.
Jazak Allah hair
Soliman

----- Original Message -----
From: s-elfeki

To: haramain
Sent: Sunday, February 20, 2000 03:53 ā
Subject: Confirmation
Dear Brothers
Al-Salamu Alaikom. May Allah bless your efforts supporting our muslim
brothers everywhere.
In regard to our previous correspondence, I have the pleasure informing
you that I have already asked my bank in London to make a transaction
to your USA account, using the details you provided in an earlier
e-mail, as Zakat in order to participate in your nobel support to our
muslim brothers in Chychnia , and here are the transaction details.
Donation made by
Dr. Mahmoud Talaat El-Fiki From his account
in Nation Bank of Kuwait

(Intenational) Plc. - London To your account
in Bank of America
Transferred amount US$150,000 (A Hundred
& Fifty Thousand US Dollars)
Value
24/2/2000
What I am asking you to do, is to kindly: 1) Confirm that this amount
would be used as ZAKAT 2) Inform me by e-mail as soon as you get
the transaction 3) Send me a letter (original document from your
establishment) confirming that the US$150,000 donation has been received
as Zakat from Dr. Mahmoud Talaat El-Fiki. Our mailing address is:
4 Ibn Kathir St. - Off Nile St. Suez Canal Tower - 24/1 12311
Dokki Giza - Cairo Egypt
Please contact for any further details. Your cooperation will be
highly appreciated. All the Best & Al-Salamu Alaikom Wa Rahmatu
Allah.

« Older | Newer »    **View Entire Thread (5)**    Reply | Reply to All | Compose

Pete                                        [ Search Desktop ]

Google Desktop Search Home - Privacy - Index Status - About - ©2005 Google

Case 6:05-cr-60008-AA    Document 267-2    Filed 02/12/10    Page 11 of 44

Google Desktop Search. Fw: Confirmation                                    Page 1 of 1



Web    Images    Groups    News    Froogle    Local    **Desktop**    more »
Pete                                          Desktop Prefe
                              Search Desktop    Remove ema

## Cached messages

Message **3** of **5** in conversation

« Older | Newer »    View Entire Thread (5)    Reply | Reply to All | Compose

✉  **Fw: Confirmation**

From: Alharamain <haramain@alharamain.org>
To: Pete <p@qf.org>
Date: Feb 21 2000 - 9:14am

Please AboYunns chick it and update me soon.
Jazak Allah hair
Soliman

––– Original Message –––
From: s-elfeki

To: haramain
Sent: Sunday, February 20, 2000 03:53 ā
Subject: Confirmation
Dear Brothers
Al-Salamu Alaikom. May Allah bless your efforts supporting our muslim
brothers everywhere.
In regard to our previous correspondence, I have the pleasure informing you
that I have already asked my bank in London to make a transaction to
your USA account, using the details you provided in an earlier e-mail,
as Zakat in order to participate in your nobel support to our muslim
brothers in Chychnia , and here are the transaction details.
Donation made by Dr.
Mahmoud Talaat El-Fiki From his account
in Nation Bank of Kuwait (Intenational)
Plc. - London To your account
in Bank of America
Transferred amount US$150,000 (A Hundred
& Fifty Thousand US Dollars)
Value
24/2/2000
What I am asking you to do, is to kindly: 1) Confirm that this amount
would be used as ZAKAT 2) Inform me by e-mail as soon as you get the
transaction 3) Send me a letter (original document from your
establishment) confirming that the US$150,000 donation has been received as
Zakat from Dr. Mahmoud Talaat El-Fiki. Our mailing address is: 4
Ibn Kathir St. - Off Nile St. Suez Canal Tower - 24/1 12311 Dokki
Giza - Cairo Egypt
Please contact for any further details. Your cooperation will be highly
appreciated. All the Best & Al-Salamu Alaikom Wa Rahmatu Allah.

« Older | Newer »    View Entire Thread (5)    Reply | Reply to All | Compose

Pete                                          Search Desktop

Google Desktop Search Home - Privacy - Index Status - About - ©2005 Google



**Subject: Confirmation**
   **Date:** Sun, 20 Feb 2000 14:53:28 +0200
   **From:** s-elfeki <s-elfeki@click.com.eg>
     **To:** haramain <haramain@alharamain.org>

Dear Brothers

Al-Salamu Alaikom.
May Allah bless your efforts supporting our muslim brothers everywhere.

In regard to our previous correspondence, I have the pleasure informing you that I have already asked **my bank in London** to make a transaction to **your USA account,** using the details you provided in an earlier e-mail, **as Zakat** in order to participate in your nobel support to our muslim brothers in Chychnia. and here are the transaction details.

| | |
|---|---|
| **Donation made by** | Dr. Mahmoud Talaat El-Fiki |
| **From his account in** | Nation Bank of Kuwait (Intenational) Plc. - London |
| **To your account in** | Bank of America |
| **Transferred amount** | US$150,000 (A Hundred & Fifty Thousand US Dollars) |
| **Value** | 24/2/2000 |

What I am asking you to do, is to kindly:
1) Confirm that this amount would be used as **ZAKAT**
2) Inform me by e-mail as soon as you get the transaction
3) Send me a letter (original document from your establishment) confirming that the US$150,000 donation has been received as **Zakat** from Dr. Mahmoud Talaat El-Fiki.
Our mailing address is:
4 Ibn Kathir St. - Off Nile St.
Suez Canal Tower - 24/1
12311 Dokki
Giza - Cairo
Egypt

Please contact for any further details.
Your cooperation will be highly appreciated.
All the Best & Al-Salamu Alaikom Wa Rahmatu Allah.

# EXHIBIT E

Google Desktop Search: ʀe: Confirmation                                                    Page 1 of 2


**Google** Desktop

| Web | Images | Groups | News | Froogle | Local | **Desktop** | <u>more »</u> |

Pete                    [ Search Desktop ]    <u>Desktop Prefs</u>
                                              <u>Remove ema</u>

### Cached messages                              Message **2** of **5** in conversation

<u>« Older</u> | <u>Newer »</u>    <u>View Entire Thread (5)</u>    <u>Reply</u> | <u>Reply to All</u> | <u>Compose</u>

✉   **Re: Confirmation**

From: Head Office <<u>headoffice@alharamain.org</u>>
To: s-elfeki <<u>s-elfeki@click.com.eg</u>>
BCC: <<u>m-alkadi@alharamain.org</u>>
Date: Feb 21 2000 - 9:12am

Dear Br. Dr. Mahmoud Talaat El-Fiki AlSalam Alaycom
Wa-rahmto Allah Wa Barakhato,

Jazak Allah Khair, for supporting us to help our
Muslim brother in Chechnya, and Insha-Allah your Zakat donation will goes
as you whish and as soon as we receive the money we will update you and
send a letterhead confirming that.
Jazak Allah Khair, in this would and in the dayafter.
Ameen

Yours
Soliman AlButhi
Internet committee Chairman


----- Original Message -----
From:
s-elfeki
To: haramain
Sent: Sunday, February 20, 2000 03:53
ā
Subject: Confirmation
Dear Brothers
Al-Salamu Alaikom. May Allah bless your efforts supporting our muslim
brothers everywhere.
In regard to our previous correspondence, I have the pleasure informing you
that I have already asked my bank in London to make a transaction to
your USA account, using the details you provided in an earlier
e-mail, as Zakat in order to participate in your nobel support to our
muslim brothers in Chychnia , and here are the transaction details.
Donation made by Dr.
Mahmoud Talaat El-Fiki From his account
in Nation Bank of Kuwait
(Intenational) Plc. - London To your account
in Bank of America
Transferred amount US$150,000 (A Hundred
& Fifty Thousand US Dollars)
Value
24/2/2000
What I am asking you to do, is to kindly: 1) Confirm that this amount
would be used as ZAKAT 2) Inform me by e-mail as soon as you get
the transaction 3) Send me a letter (original document from your
establishment) confirming that the US$150,000 donation has been received
as Zakat from Dr. Mahmoud Talaat El-Fiki. Our mailing address is:
4 Ibn Kathir St. - Off Nile St. Suez Canal Tower - 24/1 12311
Dokki Giza - Cairo Egypt
Please contact for any further details. Your cooperation will be highly

appreciated. All the Best & Al-Salamu Alaikom Wa Rahmatu Allah.

« Older | Newer »     View Entire Thread (5)     Reply | Reply to All | Compose

Pete                                          [ Search Desktop ]

Google Desktop Search Home - Privacy - Index Status - About - ©2005 Google

# EXHIBIT F

Google Desktop Search: Re: Money transferred                                      Page 1 of 1



| Web | Images | Groups | News | Froogle | Local | **Desktop** | more » |

money                                            Search Desktop          Desktop Prefe
                                                                          Remove ema

## Cached messages                                    Message **1** of **1** in conversation

Reply | Reply to All | Compose

✉  **Re: Money transferred**

From: Albuthi <soliman@albuthi.com>
To: P <p@qf.org>
Date: Feb 26 2000 - 8:45am

What do you mean by BOTH? Did you receive
the 150000 thousand and the 54000.

Soliman

----- Original Message -----
From:
P
To: Albuthi
Sent: Friday, February 25, 2000 03:59
ص
Subject: Re: Money transferred

As
Salamu Alaikum
Brother Soliman
Both
money are in our account
AU

Reply | Reply to All | Compose

money                                            Search Desktop

Google Desktop Search Home - Privacy - Index Status - About - ©2005 Google

# EXHIBIT G



**Subject: Donation Confirmation!!**
**Date:** Thu, 23 Mar 2000 10:38:20 +0200
**From:** s-elfeki <s-elfeki@click.com.eg>
**To:** haramain@alharamain.org

Dear Brothers

Al Salamu Alaikom Wa Wahmatu Allah, & Happy Eid.
Referring to my previous e-mail of 20 February 2000, in which I asked you to send me a confirmation of receiving my US$150,000 Zakat donation to our refugee brothers in Chechnya.
The transaction should have taken place on 24 February 2000 to your Bank of America account, which is an entire month today not having received anything from you.

The transaction details are below:
Donation made by        Dr. Mahmoud Talaat El-Fiki
From his account in      Nation Bank of Kuwait (International) Plc. - London
To your account in       Bank of America
Transferred amount      US$150,000 (A Hundred & Fifty Thousand US Dollars)
Value                           24/2/2000

I will appreciate your kind response to my simple requirements, that are listed below:
1) Confirm that this amount would be used as ZAKAT
2) Inform me by e-mail as soon as you get the transaction
3) Send me a letter (original document from your establishment) confirming that the US$150,000 donation has been received as Zakat from Dr. Mahmoud Talaat El-Fiki.

Our mailing address is:
   4 Ibn Kathir St. - Off Nile St.
   Suez Canal Tower - 24/1
   12311 Dokki
   Giza - Cairo
   Egypt

I have used your account details as advised in your e-mail of 18 January 2000, a copy of which is below:
   *"Our Account in USA:*
   *Account Name        :    Al Haramain Foundation.*
   *Account Number     :    28803 - 11561.*
   *Bank Name            :    BANK OF AMARICA.*
   *Routing                  :    323070380"*
If there has been something wrong with the account details, please advise so.

I confirm that there is nothing new in this e-mail, it is the same things I asked for a month ago. I do not even deny the extent to which I felt disappointed with your ignorance that long, having been on the contrary, extremely helpful in our previous contacts.
I will be looking forward to hearing your explanation, as well as the confirmations I asked for earlier, hoping that everything will be fine and Khair In Shaa Allah.

May Allah always bless your efforts.
All the best & Al Salamu Alaikom Wa Rahmatu Allah.

2576

# EXHIBIT H

# National Bank of Kuwait (International) PLC
بنـك الـكـويـت الـوطنـي (إنترناشـيونـال) بي.إل.سي



HEAD OFFICE: 13 George Street, London W1H 5PB          Telephone: 020 (7)224 2277          FAX: 02...

## CUSTOMER STATEMENT

| | |
|---|---|
| MAHMOUD T. EL FEKI &/OR KAMALAT M F DERGHAM &/OR SAMEH & RANIA & SHERIF 6 IBN MALEK ST KOBRI EL GAMAA GIZA EGYPT | BRANCH  NO. 280   NAME  PRIVATE BANKING |

| | |
|---|---|
| ACCOUNT NUMBER | 280 303453 03 01 |
| ACCOUNT TYPE | CURRENT ACCOUNT |
| ACCOUNT CURRENCY | US DOLLAR |

IF YOU NEED TO CONTACT YOUR BRANCH FOR FURTHER INFORM... PLEASE CALL   NASSER EID

| STATEMENT PERIOD | FROM 03/12/99 | TO 03/03/00 | ON TELEPHONE NUMBER  0171-224-2277 |
|---|---|---|---|

| PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | NEW BALANCE |
|---|---|---|---|---|---|
| | NUMBER | AMOUNT | NUMBER | AMOUNT | |
| 66.27 | 2 | 150,414.93 | 2 | 150,500.22 | 151 |

| DATE | TRANSACTION DETAILS | DEBIT | CREDIT | VALUE DATE | BALANCE |
|---|---|---|---|---|---|
| 240200 | OUTWARD TRANSFER OP/PB/4981 B AMERICA FAV AL HARAMAIN FOU | 150,040.00 | | | 149,973 |
| 290200 | INTEREST | 374.93 | | | 150,348 |
| 030300 | SUNDRY CREDIT DEBIT INT RETURNED 240200-030300 | | 500.22 | | 149,848 |
| 030300 | SUNDRY CREDIT TRANSFER FROM FIXED DEPOSIT | | 150,000.00 | | 151 |

2577

# EXHIBIT I

**National Bank of Kuwait (International) PLC**
بنك الكويت الوطني (انترناشيونال) بي.ال.سي



| 13 George Street, London, W1H 5PB | Tel: 0171 224 2277 | Fax: 0171 224 2101 |

13th April 2000

Mr. Mahmoud T. El Feki
6 Ibn Malek St
Kobri El Gamaa
Giza
Egypt.

Dear Mr. El Feki,

**Re: Account No. 280 303453**

With reference to your fax dated 5th April 2000 and our telephone conversation of today, please be advised that we have received confirmation from National Bank of Kuwait SAK, New York that the amount of USD150,000 has been credited to the beneficiary's account on 24th February 2000.

If I may be of any further assistance, please do not hesitate to contact me.

Yours sincerely,

Account Officer
**Private Banking Division**

2571

002571

In February, 2000, Al-Haramain contacted Islamic relief of Southern California and speaks with Anwar Kahn, about providing humanitarian supplies to Chechnya.

# EXHIBIT J

# Internal Revenue Service
# Criminal Investigation



# Memorandum of Interview

---

**In Re:**      Pirouz Sedaghaty              **Location:**   (818) 216-9723 cell phone

**Investigation #:**   930330039
**Date:**              November 2, 2004
**Time:**              12:10 p.m.
**Participant(s):**    Anwar Khan, Interviewee
                       Colleen C. Anderson, Special Agent

1. On the above date and time, I spoke with Anwar Khan, a representative of Islamic Relief in Southern California. During the conversation, Mr. Khan provided the following information:

2. Mr. Khan is from Pakistani decent, his parents are from Pakistan, but he grew up in England. He has been with the relief organization, Islamic Relief, since January of 1994. Mr. Khan does not know any individuals with Al Haramain. He once met a few persons from the Al Haramain organization in Riyadh in 1994 on a plane, but he does not know their names and did not speak with them because he does not know Arabic.

3. Mr. Khan stated that in the spring of 2000, Islamic Relief was actively raising funds for Chechnya. Islamic Relief is registered in Moscow with the Russian government and was working legally with the Russians to administer aid in Chechnya. Mr. Khan believes that Islamic Relief may have had its office in Chechnya established at that time also.

4. Mr. Khan recalls receiving a call from an individual in Oregon during this time period, early March of 2000, regarding donations for Chechnya. He cannot recall the name of the individual who called him and the names Pirouz Sedaghaty, Pete Seda, Abu Yunus, and Bilal are not familiar to him. The individual who called Mr. Khan said he was from Oregon and did not identify himself as an Al Haramain representative, so he just assumed the individual was from one of the two mosques in Portland, Oregon. Mr. Khan explained that one of the mosques in Portland is run by Arabs and they have been generous donators to Islamic Relief in the past.

5. The individual Mr. Khan spoke with sounded young, did not have an accent, and did not sound like an immigrant. The man told Mr. Khan that he had a lot of money available for Chechnya, approximately $250,000, if Mr. Khan would allow one of them to go with Islamic Relief to Chechnya. Mr. Khan told the man that Islamic Relief does not allow donors to come along to war zones such as Chechnya, but if the man's organization would like to donate money to Islamic Relief, they would receive reports as to how the funds are spent. Mr. Khan said the young man said that they had a specific project in mind.

6. Mr. Khan stated that he does not believe he ever heard from this individual again and does not believe Islamic Relief received any donations from the man's organization. Mr. Khan explained that he has received requests like this in the past and has always declined these requests. Mr. Khan does not want to jeopardize Islamic Relief's reputation by sending someone unknown to the organization to areas like Chechnya. Mr. Khan said Islamic Relief and their aide workers obey the laws of the country they are in and wherever they are going. Mr. Khan said Islamic Relief is very careful about who they send to administer relief in war zones like Chechnya because they do not want to jeopardize Islamic Relief's status with countries like Russia, which could hinder their relief efforts.

7. During the conversation, Mr. Khan also stated that Islamic Relief was audited by the Internal Revenue Service in December of 2001. Mr. Khan said that although Islamic Relief was not informed of any problems with Islamic Relief's books and records, they never received notice from the IRS that the audit was complete and that their were not issues to be addressed. Mr. Khan requested that his organization be notified as soon as possible by the IRS as to the outcome of the audit.

Colleen Anderson

Colleen C. Anderson
Special Agent

Page 1 of 1

**From:** The ARBORIST <pete@thearborist.com>
**To:** b@qf.org <b@qf.org>
**Date:** Sunday, February 20, 2000 11:56 PM

Salam

I like to also advertise in Aljumah and Islamic Horizen For Dawa work and refugee relief fund InshaAllah.
Call me asap
Love you
Salam
AU

*[handwritten notes:]*

Call Teacher

Ods
Chechneya

Ask sulaiman

General Dawud
invoker
Cheney-Kyyles
Community officers Abdul
have asg. what have we
Hajj credibility

Want to become an NGO
Non
Governmental
organization w/the UN

To be fully recognized and be able to
go overseas under the U.N.
We want to be recognized by the state Dept.
We want to be able to accommodate
- press pass - to overseas + U.S.
- Contact the UN

ANWAR from
ISLAMIC Relief
RETURNING YOUR CALL
818 238 9520
11:54 AM   3/2/2000

1741

300171

2/21/00

001741 GOV

Sometime after January 19, 2000, phone calls are made from Al-Haramain to Russian officials in New York, seeking permission to bring humanitarian relief to Chechnya.

# EXHIBIT K

Îïñòîýïÿíîâ ïðåàíôàâòîâ åÿñîñ__ Ðññèéí   Page 1 of 1

*[handwritten Russian:]* Ответственному Секретарю
ату Комиссии Совета Федерации
по Международному Техническому Гуманитар-
ному Сотрудни-
Александр Забейворота   честву.

об /Коран
Фаундайшен.

**Chairman of the Commission-Alexander Zabeivorota**

Mr. Alexander Zabeivorota is a Chairman of the Commission of the Council of Federation. He
is a member of the Council of Federation (senator) and at the same time - Chairman of Taimir
Duma, Deputy Chairman of the Committee of the Council of Federation on the Northern
Territories.

*[handwritten:]* 0117095/292-56-30   Морд.

His tel. In Moscow: (095)926-66-47; (095)292-57-18; (095)292-56-30; (95) 292-56-30 fax
Tel. In Dudinka-city: (39111)2-29-39; (39111) 2-54-38
For contacts and documents transfer it is possible to use E-mail of one of his external experts
for the Commission in Moscow
E-mail: pam@aha.ru

*[handwritten Russian:]*
Письмо На имя Георгия Мальцира
Описать в письме:
1) о себе
2) цели
3) проблемы
4) задачи

Письмо отправить
по факсу

Александр Забейворота
Совет федерации
292-5630

*[handwritten, mirror/reversed text]*

FPDUS0002034

*call them
2:30-5pm*
*call them 12:05*
*in*

консул 348-0.26
сбо N.y
*О наличетв*

9/08

**The ARBORIST**

Staff members of
foreign official missions
as well as their guests
are granted visas only
upon the authoriza-
tion from the Ministry
of Foreign Affairs
of the Russian
Federation
(FAX) 017095/292-5630

| | |
|---|---|
| From: | Daveed Gartenstein-Ross [deg223@is9.nyu.edu] |
| Sent: | Monday, January 17, 2000 9:11 AM |
| To: | P |
| Subject: | Re: FW: horrible condition |

Assalaamu 'alaykum, Br. Pete.

Thank you for sharing this with me. I think you have a beautiful idea, Brother, and as you know, I will do all I can to help you with this. I did a little preliminary research that I want to share with you. You can find information about the Russian Federation's UN representatives at http://www.un.int/russia/. The website lists three phone numbers and a fax number that I will give you.

The phone numbers are (212) 861-4900, (212) 861-4901, and (212) 861-4902. Their fax number is (212) 628-0252. Alhamdulillah, it is a local call for me because the UN is also located on Manhattan.

As you know, pretty much everything is closed today for Martin Luther King Day. InshaAllah, I will call the Russian representative tomorrow. I just wanted you to have this information in case it is useful.

Love you, Bro.

-dgr.

Conselar Deptm. of Forein Affaires 017095244-1705

Inform. Serv. at (212) 348-0926

(212) 348-0926

At 06:47 AM 01/17/2000 -0600, you wrote:
>
>
>-----Original Message-----
>From: P [mailto:p@qf.org]
>Sent: Saturday, January 01, 2000 1:46 PM
>To: Albuthi
>Subject: horrible condition
>
>
>As Salam alaikum
> my beloved brother Soliman Please give your best support & effort in
>exploring in the idea for me taking a large truck convoy of food and
>medicine to chechnya. goal is to enter and releeve grozny(wich by that time
>would be much worst and horrible condition) with UN sopport and evacuate the
>wounded inshallah
>if unsuccessful in entering grozny after several exhaustive attempts, second
>secret alternative is to take the convoy to relieve the worst of the refugee
>camps Inshallah and evacuate the wounded Inshallah.
>Urgent respond request
>As Salamu Alaikum.
>AbuYunus

(212)6931358
www.RUSCON.com
(21) 5753431
(FAX) (212) 5753434 entry visA
(212) 426-7029
Russian Embassy
017095753431
017 5753434
210 348 0926
www.RUSCON.com
212 693 13584

From late January through March, 2000 Pete Seda corresponds with Daveed
Gartenstein-Ross about finding avenues for humanitarian relief in Chechnya
through the Russian government and the United Nations..

# EXHIBIT L

**From:**    P <p@qf.org>
**To:**      b@qf.org <b@qf.org>
**Date:**    Monday, February 21, 2000 10:37 AM
**Subject:** FW: FW: horrible condition

-----Original Message-----
From: Daveed Gartenstein-Ross [mailto:deg223@is9.nyu.edu]
Sent: Monday, January 17, 2000 9:11 AM
To: P
Subject: Re: FW: horrible condition

Assalaamu 'alaykum, Br. Pete.

Thank you for sharing this with me. I think you have a beautiful
idea, Brother, and as you know, I will do all I can to help you with this. I
did a little preliminary research that I want to share with you. You can
find information about the Russian Federation's UN representatives at
http://www.un.int/russia/. The website lists three phone numbers and a fax
number that I will give you.

The phone numbers are (212) 861-4900, (212) 861-4901, and (212)
861-4902. Their fax number is (212) 628-0252. Alhamdulillah, it is a local
call for me because the UN is also located on Manhattan.

As you know, pretty much everything is closed today for Martin
Luther King Day. InshaAllah, I will call the Russian representative
tomorrow. I just wanted you to have this information in case it is useful.

Love you, Bro.

-dgr.

At 08:47 AM 01/17/2000 -0800, you wrote:
>
>
>-----Original Message-----
>From: P [mailto:p@qf.org]
>Sent: Saturday, January 01, 2000 1:46 PM
>To: Albuthi
>Subject: horrible condition
>
>
>As Salam alaikum
> my beloved brother Soliman Please give your best support & effort in

2/21/00

>exploring in the idea for me taking a large truck convoy of food and
>medicine to chechnya. goal is to enter and releave grozny(wich by that time
>would be much worst and horrible condition) with UN sopport and evacuate the
>wounded inshallah
>if unsuccessful in entering grozny after several exhaustive attempts, second
>secret alternative is to take the convoy to relieve the worst of the refugee
>camps Inshallah and evacuate the wounded Inshallah.
>Urgent respond request
>As Salamu Alaikum.
>AbuYunus

2/21/00

| | |
|---|---|
| **From:** | P |
| **Sent:** | Sunday, March 05, 2000 12:39 PM PST |
| **To:** | Daveed Gartenstein-Ross |
| **Subject:** | RE: I need your help! |

As-Salamu aleikum warahamtullah wabarakatu, dear brother Daveed,
 I was trying to obtain humanitarian visa from Russians. First we call to the Russian Council in USA they said that we should contact Ministry of Foreign Affairs which we did. We wrote them letter about our organization and what kind of humanitarian help we are trying to deliver for the refugees in Russian Federation. We faxed them letter two times for their request but again no result. The person who is in charge Kulishov Sergei Yevgenevich his e-mail: kmg@glasnet.ru ph. # 0117095 220-90-98. We are talking about Commission for International Technical and Humanitarian Cooperation of the Council of Federation of the RF Federal Assembly. Their address: B Dmitrovka 26, suit. 821 Moscow. Russia, 103426. Chairman of the Commission - Mr.Alexander Zabeivorota. For contact and document transfer it is possible to use E-mail of one of his external experts for the Commission in Moscow. E-mail: pam@aha.ru. Brother, please prepare same letter for UN WFP at www.wfp.org If you have any questions please call me. We have $200,000. sitting in the bank and innocent people in Chechnya are dying every day. I'm frustrating. Bro., please use all your skills & talent. Time is essence.
As-Salamu aleikum warahmatullah wabarakatu
Your brother Abu Yunus.

On March 1, 2000 contact is made with Catherine Granel of Doctors of the World in the United States, about providing humanitarian relief in Chechnya.

# EXHIBIT M

# MEMORANDUM

**TO:**    Catherine Granel                          **DATE:** March 1, 2000

**FROM:**    Bilal Abdul-Kareem

**SUBJECT:**    AID TO THE PEOPLE OF CHECHNYA

My name is Bilal Abdul-Kareem and I represent the Qur'an Foundation. We are a non-profit humanitarian organization. Recently I spoke with you in reference to the dire situation in Chechnya.

My organization is prepared to aid and assist the people of Chechnya with a sizeable humanitarian donation and supplies to the refugees. We are looking for an organization that can help to facilitate this affair. We also require that one of our representatives travel with your organization to Ingushetia to assist and witness in the distribution of the badly needed humanitarian supplies for the refugees.

Please contact me at my office in Ashland, Oregon. My telephone number is (541) 482-1116. Time is of the essence.

Thanking you in advance,


Bilal Abdul-Kareem

001996 GOV

# Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview



---

**In Re:**     Pirouz Sedaghaty          **Location:**  Phone
                                                            (212) 226-9890

**Investigation #:**  930330039
**Date:**             November 24, 2003
**Time:**            10:15 p.m.
**Participant(s):**   Thomas Dougherty, Executive Director
                     Doctors of the World USA, Interviewee
                     Colleen Anderson, Special Agent

1. On the above date and time, I spoke with Thomas Dougherty, the Executive Director of Doctors of the World USA. During the interview, Mr. Dougherty provided the following information:

2. Doctors of the World is an Non Governmental Organization comprised of twelve independent organizations from around the world. Although Catherine Granel was working with Doctors of the World in the United States, she actually worked for Doctors of the World in France.

3. Mr. Dougherty said he believes Doctors of the World France has assisted people in Chechnya since at least 1999 and they are the only NGO present in Chechnya. The general director for the French organization is Francois Dupre and his phone number is 01133144921483.

4. Mr. Dupre may be able to provide information pertaining to the organization's Chechnya operations. Mr. Dougherty believes the French organization would have provided health care and that they are funded through an organization named ECHO. He does not believe that the French organization is allowed to get assistance from US organizations.

*Colleen Anderson*
Colleen Anderson
Special Agent

001766 GOV

On March 4, 2000, Pete Seda communicates by email with the Enaam Arnaout of of Benevolence International Foundation, following a phone call with a Mr. Kahn of that organization, seeking advice about finding humanitarian supplies for Chechnya.

# EXHIBIT N

| | |
|---|---|
| **From:** | Q [q@qf.org] |
| **Sent:** | Saturday, March 04, 2000 8:31 PM |
| **To:** | enaam@yahoo.com |
| **Cc:** | mkan@benevolence.org |
| **Subject:** | Refugees |

Bismillah

May peace and blessing be upon the Messenger Muhammad

From:    Abu Yunus (Al Haramain Foundation)

To:    Brother Enaam

Date:    Thul Qa'dah 28, 1420 / March 4, 2000

Re:    Best service for refugees

As-Salaamo Alaykum

Dear Brother Enaam:

My name is Abu Yunus Seda. I am the director of Al-Haramain Islamic Foundation here in the USA. We are a non-profit humanitarian organization in Ashland, Oregon. There are some important issues that I would like to share with you, and ask for you valuable opinion.

As you know, our organisation works in the humanitarian field. We received considerable donations for refugees. Insha Allah, one of my long term goals is to eventually unite and coordinate all of the Islamic relief organizations globally. This is essential so that the Muslims can be most effective.

For now I have to keep all donations under our organizational banner in order to establish credibility and get further more donations for the refugees insha Allah. Recently, most contributions are for Chechnya. I spoke with Brother Khan at The Benevolence head office and the he informed me that I should contact you for advice on how and where to do this type of work most effectively, Fisibillilah.

We have a contribution in the amount of $200,000 and I want to buy food, essential medicines, and living necessities. Some of my questions are as folows:

1.  Where do you suggest that I purchase these materials. (eg. Russia, Moscow, Ukraine, Europe, Azerbaijan, or Georgia )
2.  How do you suggest we go about delivering the supplies directly to the refugees?
3.  What type of goods do you suggest are most needed?

1

1999

**001999 GOV**

4. Do you suggest donating some cash? If so what currency would be of maximum benefit.

If there are any questions or concerns, please let me know. Time is of the essence my Brother. May Allah reward you for you efforts.

Abu Yunus

2

002000 GOV

As Salamu Alaikum

Dear Brother Enaam;

My name is Perouz Seda. I am the director of Al Haramain Non profit Organization in Ashland, Oregon. There are some important issues that I would like to share with you and also ask your opinion about it.

As you know our organization, like yours, works in humanitarian fields. We receive lots of donations for needy Muslims. InshaAllah one of my goals is eventually unite with your organization in order to help all Muslims around the world, but for now I have to keep all donations under our banner in order to get more donations InshaAllah from Muslims all around the world.

Recently most contributions are for Chechnya. I talked to Benevolence office and they told me that I should contact you in order to get advice on how to do this work Fisabillilah, InshaAllah.

We have contribution of $200,000. And I want to buy some food and living necessities for Chechen Refugees.

My questions are:

1-  Where should I originally purchase these materials? From Moscow, Ukraine, Azerbaijan or some where else?
2-  How to deliver it to the hand of the most needy among the Refugees?
3-  What kind of goods is the most needed?

And any other questions that might be beneficial for me to know about it.

I urgently need your advice over this very critical issue.

Please point your views and InshaAllah we will talk about it in detail later.

Jazakullahu Khairan
As Salamu Alaikum Wa Rahmatullah

Your brother in Islam
Perouz Seda

enaam@yahoo.com
mkhan@benevolence.org

2001

In February, 2000, Seda is communicating with local public relations advisor Marla Cates, regarding identifying humanitarian relief organizations working in Chechnya.

# EXHIBIT O

| **From:** | P |
|---|---|
| **Sent:** | Tuesday, February 29, 2000 12:16 PM PST |
| **To:** | b@qf.org |
| **Subject:** | FW: web site |

-----Original Message-----
From: Marla Cates [mailto:mca@mind.net]
Sent: Thursday, February 24, 2000 9:11 AM
To: p@qf.org
Subject: web site

Pete -- Have you looked at amahelp.com?  This was a link through Chechen
Times.  It is the American Muslim humanitarian aid association (site has a
Chechnya section) ...they just delivered aid in January.  Check it out.

-- Marla

**From:**        Marla Cates
**Sent:**        Thursday, February 24, 2000 9:24 AM PST
**To:**          p@qf.org
**Subject:**     more

Another -- the U.N. has a website...reliefweb.int...has a directory of
humanitarian organizations.