# EXHIBIT  1



Exhibit 5
Page 1 of 1

**AL-HARAMAIN CHARITY FOUNDATION**
**Head Office**
**Financial Affairs – Riyadh**

**Call – knowledge - Work**

Date: 22/12/1420 H. (=3/28/2000)

RECEIPT OF MONEY
No. 263867

Riyal          Creditor's account                    Side/Item
479514              9889                                  Asia

Received from (brother): Office of al-Haramain in America

The sum of Saudi Riyals: Four hundred thousand and five hundred and fourteen.

In Cash/ Check No. _____     Date ____/____/____ Bank ____ Branch ____

In reference to: Donation for the Chechen Moslems/ the amount of  $127,700.

Accountant: 2866309   Received by: Signature.              Director

Seal of al-Haramain Charity Foundation
           Cash Register
           Financial Affairs

Kingdom of Saudi Arabia – P. O. Box 69606 – Riyadh 11557 –
Phone 4634414/4652210 – Fax 4623306 – Dammam – phone 8420220
Fax 8492007 – Jedda- Phone 9771843/9771101 – Fax 9932953 (unclear) –
Mecca – Phone 5580685 – Fax unclear) – Taif – Phone (unclear) – Fax (7442900?).

           Original copy for donor – copy for accounting – copy for the committee –
           Copy for the record.

(Translator's note: Several of abovementioned telephone and fax numbers are not clear)

# EXHIBIT  2



Exhibit 4
Page 1 of 1

AL-HARAMAIN CHARITY FOUNDATION
Head Office
Financial Affairs – Riyadh

Call – Knowledge – Work

Date: 8/12/1420 H. (=3/14/2000 AD)

Receipt No. 2 6 2 7 4 0

Riyal                                Creditor Account    Reference/Item

224000                               9889                Asia

Received from brother: al-Haramain Office in America    - delivered by brother Soliman
al-Buthi

The sum of Saudi Riyals: Two hundred and twenty four thousand

In Cash/ Check No.: By check – No. _____ Date _____ Bank/Branch _____

In reference to: (in respect of): Donation to the Muslims of the Chechens.

Cashier                  Received by:             Director
_____                    Signature                _____

Seal: Cash Register
(The rest of the language of the seal is not clear except for the word Financial)

Kingdom of Saudi Arabia – P. O. Box 69606 – Riyadh 11557 –
Phone 4634414/4652210 – Fax 4623306 – Dammam – phone 8420220
Fax 8492007 – Jedda- Phone 9771843/9771101 – Fax (unclear) –
Mecca – Phone 5580685 – Fax -558-3802 – Taif – Phone (7443800) – Fax-
7446900?

Original copy for donor – copy for accounting – copy for the committee –
     Copy for the record.

(Translator's note: Several of abovementioned telephone and fax numbers are not clear)

# EXHIBIT  3

**AL-HARAMAIN ISLAMIC FDN.**

Head Office - Riyadh

بسم الله الرحمن الرحيم

مؤسسة الحرمين الخيرية

المكتب الرئيس – الرياض

*Ref* : .................................

*Date* : .................................

الـرقـم ـــــــــ ٢م٧/٤٣٥

التاريخ : ـــــــــ ٧/٣/١٤٢٥هـ

الأخ الفاضل/ سليمان بن حمد البطحي          حفظه الله

السلام عليكم ورحمة الله وبركاته ..

أما بعد؛

فنسأل الله لنا ولكم مزيد العون والتوفيق،،

إشارة إلى طلبكم تأكيد توريدكم المبالغ الخاصة بالشيشان ، نؤكد أنه تم

توريد المبالغ المستلمة منكم وبيانها كالآتي:

| اليومية الوارد بها المبلغ | تاريخ السند | رقم السند | المبلغ بالريال |
|---|---|---|---|
| ١٤٢٠/١٢/٨هـ | ١٤٢٠/١٢/٨هـ | ٢٦٧٤٠ | ٢٢٤,٠٠٠ |
| ١٤٢٠/١٢/٢٣هـ | ١٤٢٠/١٢/٢٢هـ | ٢٦٣٨٦٧ | ٤٧٩,٥١٤ |

وتفضلوا بقبول وافر التحية .

خالد بن عبيد القاهري

مساعد المدير العام لشؤون المالية والإدارية



ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ – المملكة العربية السعودية – هاتف ٤٦٥٢٢١٠ – فاكس ٤٦٢٣٣٠٦ – بريد إلكتروني headoffice@alharamain.org
P.O.Box 69606 Riyadh 11557 - Saudi Arabia - Tel. 4652210 - Fax 4623306 - E-mail: headoffice@alharamain.org

In the Name of Allah Most Merciful Most Compassionate

# AL-HARAMAIN CHARITY FOUNDATION
## Head Office – Riyadh

### Al-Haramain Charity Foundation
### Call, knowledge, Work

Ref. No. 1M2/435
Date: 7/3/1425 H. (=4/27/2004 AD)

Dear Brother/Soliman Bin-Hamad al-Buthi; may God protect him.
Peace be with you, the merci of God and His blessings

Now to our topic:

We ask God to give you and us lots of help and success,

With regard to your request to confirm the transfer of the money designated to the Chechens, We would like to assure you that the money that was received from you has been transferred as follows:

| Amount in Riyal | Voucher # | Date of voucher | daily log in which Amount was recorded |
|---|---|---|---|
| 224,000 | 26740 | 8/12/1420 H (=3/14/2000 AD) | 8/12/1420 H (=3/14/2000 AD) |
| 479,514 | 263867 | 22/12/1420 H (= 3/28/2000 AD) | 23/12/1420 H (= 3/29/2000AD) |

With my best greetings.

Khalid Bin-'Ubayd al-Zahiri
Assistant Director For Finance and Administration
Signature

Stamp of al-Haramain Charity Foundation

P.O.Box 69606 Riyadh 11557 – Saudi Arabia – Tel. 4652210 – Fax 4623306 –
E-mail: headoffice@alharamain.org

# EXHIBIT  4



**RAMAIN ISLAMIC FDN.**

**Head Office - Riyadh**

مؤسسة الحرمين الخيرية

المكتب الرئيس – الرياض

الرقم :

التاريخ :

### افادة من مؤسسة الحرمين الخيرية

١. لقد بدأت مؤسسة الحرمين الخيرية حملة جمع تبرعات لإغاثة مسلمي الشيشان في عام ١٩٩٩م.

٢. عادة تجمع التبرعات النقدية والشيكات في الصندوق وفق الخطوات التالية:

   أ– تحرير سند قبض للمتبرع باستلام المبلغ.

   ب– تودع المبالغ النقدية والشيكات في الحساب الخاص بالمؤسسة في شــركة الراجحي المصرفية للاستثمار.

   ت– تُسلّم سندات الإيداع مع صورة من سند القبض للإدارة المالية بالمؤســـسة للتدقيق والمتابعة، وتُبلّغ اللجان العاملة بذلك لتنفيــذ ومتابعــة الأعمــال والإغاثية والإنسانية وفقاً لذلك.

٣. في شهر مارس من عام ٢٠٠٠م استلم الصندوق من سليمان بن حمد البطحي مداولة مبلغ نقدي قدره (٧٠٣٥١٤ ريال)، عبارة عن إجمالي قيمــة التبرعــات التي جمعت بواسطة مكتب المؤسسة في أمريكا لصالح إغاثة مسلمي الشيشان

٤. بناءً عليه تم إتباع الخطوات التي تم ذكرها أعلاه وحررت سندات قبض بـرقم (٢٦٢٧٤٠) ورقم ( ٢٦٣٨٦٧ ). وقد صرف المبلغ المـذكور فـي الأعمــال الإغاثية والإنسانية للاجئين الشيشانين.

٥. حرر في يوم الأحد الموافق ٣ مايو من عام ٢٠٠٤م

مساعد المدير العام للشئون المالية والإدارية

خالد بن عبيد الظاهري



ص.ب ٦٩٦٠٦ الرياض ١١٥٥٧ – المملكة العربية السعودية – هاتف ٤٦٥٢٢١٠ – ٤٦٣٤٤١٤ – ٤٦٢٤٩٠٨ – فاكس ٤٦٢٣٣٠٦

P. O. Box 69606  Riyadh 11557 – Saudi Arabia – Tel.: 4652210 – 4634414 – 4624908  Fax : 4623306

Exhibit 6
Page 3 of 3




مكتب

د. باسم عبد الله عالم

Translation Office of

**BASSIM A. ALIM, Esq.**

Date: 27/05/2004 AD
Ref.: 14274/01/01

التاريخ: ٠٨ ، ٠٤ ، ١٤٢٥ﻫ الموافق ٢٧/ ٠٥ /٢٠٠٤م
الرقم: ١٤٢٧٤/١٠/٠١

| | |
|---|---|
| **TRANSLATION** | ترجمـــــــــة |
| This document was translated for official use. | تمت هذه الترجمة لتقديمها للجهات الرسمية التي طلبتها. |
| This document consists of (3) pages as per the following sequence: - | وهـي مكونـة مـن (٣) صفحـات حسـب الترتيب أدناه: – |
| 1- This cover. | ١- صفحة الغلاف. |
| 2- The translation        (English). | ٢- الصفحة/الصفحات المترجمة    (إنجليزي)، |
| 3- The translated page/s   (Arabic). | ٣- الصفحة/الصفحات المترجم منها    (عربي)، |
| This translation is deemed to be complete provided that all the above documents are attached and intact. We testify to the accuracy of the translation without any responsibility for the contents. | ولا تعتبر هذه الترجمة كاملة إلا بوجود جميع الصفحات دون أي تعديل أو حذف أو إضافة، عا في ذلك صور الصفحات المترجم منها، كـما أن المكتب لا يتحمل أية مسؤولية عن صحة المحتويات. |



د. باسم عبد الله عالم
**Bassim A. Alim, Esq.**

This translation consists of (3) pages including this first page bearing the office seal as per page numbering.

dLX01/14274/080425H. 270504AD/AM

Exhibit 6
Page 1 of 3

With Al-Abd St., Myes Bldg. Sndl. No. E ، P.O. BOX 10361 Jeddah 21443 Kingdom of Saudi Arabia، Phone : ٦٦٠٤٤٦٤ Tel-Fax 6514664 Com. Reg. No. 4030088546




## AFFIDAVIT OF Al HARAMAIN ISLAMIC FOUNDATION

1. Al Haramain Foundation starts fundraising campaign for relief Muslim in Chechnya in 1999.

2. Normally the collection of the fundraise (Cash & Cheques)take the following steps:-

   a. To Issue a receipt voucher to the donor.

   b. Deposited all fundraise ( Cash & Cheques) in Al Haramain bank account at Al Rajhie banking & investment co.

   c. The cashier submit to the financial department all (cash/cheques) deposit receipts with copies of receipt vouchers for checking and ordination, then our department will give a notice to the committees to proceed and follow-up the relief and humanitarian works accordingly .

3. In March 2000 our Cashier received an amount of (SR.703.514.00) in cash from Soliman Bin Hamad Al Buthi. which is the total fundraise collected by Al-Haramain U.S. office for relief of Muslims in Chechnya.

4. Accordingly. we follow the steps mentioned above and issued a receipt voucher number (262740) and (263867). The money was spent in Humanitarian and relief work for Chechen refugees.

5. Executed on the 3rd of May. 2004. in the Kingdom of Saudi Arabia.

_____

**Khalid Bin Obaid Azzahri**

In his official capacity as the Financial & Administrative Manager

01/01 14274/08042511 270504 AD AM

page -2-

**Exhibit 6**
**Page 2 of 3**

# EXHIBIT  5

33 FAX 00966 1 4651343          LOBM - W&C LLP RIYADH.          NO.885   P.2          @003



الرقم .......................
التاريخ ....................
المرفقات ..................

برقية

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

" عاجلة "

صاحب السمو الملكي وزير الداخلية

نسخة لصاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء
ووزير الدفاع والطيران والمفتش العام

نسخة لصاحب السمو الملكي نائب رئيس الحرس الوطني

نسخة لصاحب السمو الملكي وزير الخارجية

نسخة لصاحب السمو الملكي رئيس الاستخبارات العامة

نسخة لمعالي وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد

نسخة لمعالي قنير الصحة ورئيس مجلس إدارة جمعية الهلال الأحمر السعودي

نسخة لمعالي وزير الإعلام

نسخة لمعالي وزير العمل والشؤون الاجتماعية

نسخة لمعالي وزير المالية والاقتصاد الوطني

نسخة لمعالي الأمين العام لرابطة العالم الإسلامي


اطلعنا على محضر اللجنة الوزارية العليا رقم (٨١) وتاريخ ١٤٢٠/٢/٢هـ المتخذ
بشأن دراسة موضوع الإغاثة التي تقدم من المملكة العربية السعودية على المستويين
الحكومي والشعبي للاجئين الألبان من كوسوفا.. والمتضمن التوصيات التالية : ـ
أولاً : حصر أعمال الأغاثة للاجئي كوسوفا في جمعية الهلال الأحمر السعودي وتكوين
لجنة برئاسة معالي رئيس الجمعية وعضوية مندوبين على مستوى رفيع من رئاسة الحرس
الوطني ووزارة الدفاع والطيران ووزارة الداخلية ووزارة الخارجية ورئاسة الاستخبارات العامة
ووزارة المالية والاقتصاد الوطني ووزارة الاعلام ووزارة العمل والشؤون الاجتماعية ومندوب
من كل جمعية ومؤسسة من الجمعيات والمؤسسات الخيرية السعودية المشاركة في أعمال
الأغاثة وهي :
ـ جمعية الأغاثة الأسلامية العالمية.
ـ الندوة العالمية للشباب الأسلامي.

KUFTA TRANSLATION

PUBLIC-AR 2116

33 FAX 00968 1 4951348      LOHN - W&C LLP RIYADH.      NO.003    P.3
05  14:00



الممــلكة العـربـيـة السـعوديـة

ديـوان رئاسـة مجلـس الـوزراء

الـرقـم ........................
التـاريخ ......................
المرفقـات ...................

بـرقيـه

- مؤسّسة الحرمين الخيرية.

- مؤسّسة الوقف الاسلامي.

ثانيا : تكون هذه اللجنة تحت اشراف صاحب السمو الملكي وزير الداخلية.

ثالثاً : تكون مهمة ومسؤولية هذه اللجنة على النحو التالي : -

١ ـ الإشراف على استحصال المساعدات والتبرعات النقدية والعينية واستلامها وفق
بيانات من جهاتها، وتنسيق استقبالها وتحديد نوعيتها وترتيب إرسالها وأُسلوب
توزيعها واتخاذ كافة الإجراءات اللازمة لذلك.

٢ ـ ابراز دور المملكة إعلاسياً خارج المملكة لإيضاح دورها الاغـاثي والانـسـاني
والتعاقد لهذا الغرض مع شركة إعلامية تتولى هـذا الـدور مـع ابـراز هـذا الـدور
إعلامياً للمواطن داخل المملكة ليطمئن إلى أن تبرعاته تصل إلى مستحقيها.

٣ ـ توثيق المساعدات التي تقدمها المملكة لدى المنظمات والهيئات الدولية.

رابعاً : أن تكون لهذه اللجنة صلاحية البت في كافة الأمور المتعلقة بالمساعدات للاجئي
كوسوفا، وترفع للمقام السامي ماتراه ضرورياً في ذلك لأخذ التوجيه اللازم.

ولموافقتنا على تلك التوصيات .. نرغب إليكم إكمال اللازم بموجبه. وقـد زودت
الجهات المعنية بنسخة من أمرنا هذا للاعتماد،،،،

فهد بن عبدالعزيز

رئيس مجلس الوزراء



In the name of God, the Compassionate, the Merciful

No. 7/B/1863

Date: 3/2/1420

*(Saudi Emblem)*

Kingdom of Saudi Arabia

Enclosures:

Diwan of Presidency of Council of Ministers

Urgent Telegram

His Royal Highness the Minister of Interior

CC: His Royal Highness the Second Deputy President of Council of Ministers, Minister of Defense and Aviation and Inspector General.

CC. His Royal Highness the Deputy President of the National Guard

CC: His Royal Highness the Minister of Foreign Affairs

CC: His Royal Highness the President of General Intelligence

CC: His Excellency the Minister of Islamic, Endowment, Call and Guidance Affairs

CC: His Excellency the Minister of Health and President of the Board of Directors of the Saudi Red Crescent Society

CC: His Excellency the Minister of Information

CC: His Excellency the Minister of Labor and Social Affairs

CC: His Excellency the Minister of Finance and National Economy

CC: His Excellency the Secretary General of the Muslim World League

  We have reviewed Ministerial Committee minutes of meeting No. (81) dated 2/2/1420 H. concerning the study of the subject of relief that is given by the Kingdom of Saudi Arabia, at the government and public levels, to Albanian refugees from Kosovo, which contained the following recommendations:

  First, to restrict relief work for Kosovo refugees to the Saudi Red Crescent

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

1/15/2003 1 40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]



Society and to form a Committee under the chairmanship of his Excellency the President of the Society and a membership of representatives of high rank from the Presidency of the National Guard, the Ministry of Defense and Aviation, the Ministry of Interior, the Presidency of General Intelligence, the Ministry of Finance and National Economy, the Ministry of Information, the Ministry of Labor and Social Affairs and a representative from each Saudi society or charitable foundation that participates in relief work, namely

- International Islamic Relief Organization
- World Assembly of Muslim Youth
- Al-Haramain Charitable Foundation
- Islamic Endowment Foundation

Second, this Committee shall be under the supervision of His Royal Highness the Minister of Interior.

Third, the objectives and responsibilities of this Committee shall be as follows

1-  To oversee the collection of assistance and in kind and cash contributions, their receipt according to manifests from the sources, coordination of receipt, determination of type, organization of delivery, method of distribution and the taking of all necessary arrangements for the foregoing.

2-  To make known the role played by the Kingdom in relief and humanitarian work outside the Kingdom and to contract with a public relations firm to undertake this task and publicize this role through the media so that citizens know that their contributions are delivered to the intended beneficiaries.

3-  To document the assistance that is provided by the Kingdom with International Organizations and Commissions.

Fourth, that this Committee shall have the authority to decide all matters relating to relief to Kosovo refugees, and report to the Presidency of the Council of Ministers as it sees necessary in this regard so that it may receive appropriate instructions.

Since we approve these recommendations we ask that you do what is necessary accordingly.   A copy of this Order has been provided to concerned parties for observance.


Fahad bin Abdulaziz

President of Council of Ministers



# EXHIBIT  6

FAX 00966 1 4651318    LOHM - WEC LLP RIYADH.    @006



بسم الله الرحمن الرحيم

الرقم ٤٧ .........
التاريخ .........
المرفقات .........

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

**برقية**

صاحب السمو الملكي وزير الداخلية
المشرف العام على اللجنة السعودية المشتركة لاغاثة شعب كوسوفا
نسخة لصاحب السمو الملكي وزير الخارجية
نسخة لمعالي وزير الأعـــلام
نسخة لمعالي وزير المالية والاقتصاد الوطني

اطلعنا على برقية سموكم الخطية رقم ٧٣٣/ر وتاريخ ١٤٢٠/٧/٢٢هـ المشار فيها إلى ماخلفته الحرب في الشيشان من آثار على المسلمين هناك إذ تركت وراءها أكثر من مائتي ألف لاجئ على الحدود الشيشانية مع انغوشيا وداغستان.

وماأوضحتموه - سموكم - من أنه قد اتصل باللجنة السعودية المشتركة لاغاثة شعب كوسوفا العديد من المواطنين والمؤسسات الاغاثية يؤكدون رغبتهم في تقديم المساعدات لإخوانهم المسلمين هناك ، وقد أيد ذلك كل من معالي وزير الشؤون الاسلامية والاوقاف والدعوة والارشاد ومعالي الأمين العام لرابطة العالم الاسلامي.. كما أن معالي رئيس جمعية الهلال الأحمر السعودي اجتمع مع سعادة السفير الروسي بالمملكة بناءً على طلب وموافقة سموكم على ذلك، وقد أكد السفير الروسي بأن الحكومة الروسية سوف ترحب بقبول المساعدات السعودية بل أنها ستؤكد على الصورة المشرقة لعطاء المملكة واسهاماتها الاغاثية الانسانية وتبدد الصورة التي تثيرها بعض وسائل الاعـلام في تشويه سمعة المملكة وعلاقاتها مع روسيا، كما أن المؤسسات الاغاثية قد بدأت تتواجد في الساحة لتقديم المعونات والمساعدات للمشردين الشيشان.. واقتراح سموكم السماح بتقديم المساعدات وأن يناط باللجنة السعودية المشتركة الإشراف على أعمال الاغاثة هذه وابراز ماتقدمه المملكة اعلامياً وتوثيق هذه المساعدات دولياً..

ونخبركم بموافقتنا على ذلك.. فأكملوا مايلزم بموجبه ،،،

عبدالله بن عبدالعزيز
نائب رئيس مجلس الوزراء







In the Name of Allah, Most Gracious Most Compassionate

Kingdom of Saudi Arabia                            No. 7/B/12089
Diwan of Presidency of Council of Ministers'       Date: 1/8/1420AH
                                                   Attachments:

## Telegraph

To: His Royal Highness Minister of Interior
    Supervisor of Saudi Joint Relief Committee (SJRC) for the Aid of the People of
    Kosovo

C.C. His Royal Highness Minister of Foreign Affairs

C.C. His Excellency Minister of Information

C C. His Excellency Minister of Finance and National Economy

We have read your telegraph No. 733/R, Dated 22/7/1420 H. in which Your Highness refers to the repercussions of the war in Chechnya on Muslims, where it displaced more than two hundred thousand people and made them refugees on Chechnya's borders with Angoshia and Dagestan.

Your Highness has also noted in your telegraph that many Saudi nationals and relief agencies have contacted the SJRC to express their desire to provide relief aid to their Muslim brethren there. This fact was supported by His Excellency Minister of Islamic, Endowment, Call & Guidance Affairs and His Excellency Secretary General of the Muslim World League. His Excellency the President of the Board of Directors of the Saudi Red Crescent Society had a meeting with His Excellency the Russian Ambassador to Riyadh at the request of the latter and the consent of Your Highness. In the meeting, the Russian Ambassador emphasized that the Russian government will accept and welcome Saudi relief aid, adding that this would underline the bright image of Saudi humanitarian relief aid and dismiss attempts in the media to distort the Saudi image and its ties with Russia. In fact, relief agencies have started to provide relief aid to the displaced Chechnyans  We noted the suggestion of Your Highness to send relief aid and assign the SJRC to oversee the relief work and underline the contributions of Saudi Arabia in the media and in the international arena.
Please be advised of our consent in this regard and you may proceed.

Abdullah bin Abdulaziz Al-Saud
Deputy Prime Minister

```
Official Seal
Diwan of Presidency Council of Ministers
Telegraphs
```



1/15/2025 1:40 PM (2K)
Jeddah 42959 v1 [42959_1.DOC]

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

# EXHIBIT  7

FAX #0966 1 4651348    LOHM - WAC LLP RIYADH.    ☒ 008



Joint Relief
ittee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

اوصوع

التاريخ





جمعيـة الهـلال الأحمـر السعـودي - هيئـة الإغاثـة الإسلاميـة العالميـة - الندوة العالميـة للشبـاب الإسلامـي
مؤسسـة الحرمين الخيريـة - مؤسسـة الوقف الإسلامـي - الرقم المجانـي ٢٤٤٨٨٨هـ - ٨٠ - البريد الإلكترونـي redcresent@zajil.net
المملكـة العربيـة السعوديـة - الريـاض - الرمز البريـدي ١١١٢٩

FAX 00966 1 4651348        LOHM - W&C LLP RIYADH.                     @009

int Relief
e For Kosova



اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : ..........

التاريخ : ..........

الموضوع : ..........

**الخلاصـــات**

**أولاً:** تشكيل اللجنة السعودية المشتركة:

(عضوية اللجنة – الأمانة العامة).

**ثانياً:** الأهداف.

**ثالثاً:** الوسائل.

**رابعاً:** اللائحة التنظيمية للجنة:

(مهام اللجنة واختصاصاتها – اجتماعات اللجنة – أحكام مالية – أحكام عامة)

**خامساً:** اللائحة الداخلية للجنة:

(جلسات اللجنة – الأمانة العامة – اجتماعات اللجان التنفيذية – أحكام عامة).

**سادساً:** الهيكل الإداري والتنظيمي للجنة المشتركة.





جمعية الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ٨٨٨٥٤٢١هـ – ٨٠ – البريد الإلكتروني redcrescent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

FX f0966 1 4651348      LOHM - W&C LLP RIYADH.                    ☑010

nt Relief
for Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفــا

الرقم : ....................

الموضوع : ..........      التاريخ : ......................

١

تم تشكيل اللجنة بناء على برقية المقام السامي الكريم ذي الرقم
٧/ب/١٨٦٣، وتاريخ ١٤٢٠/٢/٣هـ، المتضمنة الموافقة على محضر
محضر اللجنة الوزارية العليا رقم (٨١)، وتاريخ ١٤٢٠/٢/٢هـ، بشـأن
دراسة موضوع الإغاثة التي تقدم من المملكة العربية السعودية على
المستويين الحكومي والشعبي للاجئين الألبان من كوسوفا، والمتضمن: تكوين
لجنة برئاسة معالي رئيس جمعية الهلال الأحمر السعودي، وعضويـة
مندوبين على مستوى رفيع من عدد من القطاعات الحكومية، ومندوب عن
كل من المؤسسات الخيرية السعودية (تمت تسميتها في القرار)، وأن تكون
هذه اللجنة تحت إشراف صاحب السمو الملكي وزير الداخلية، وفق مهمات
ومسؤوليات محددة في القرار.

أ– عضوية اللجنة:

تضم اللجنة في عضويتها مندوبين، عن كل من:
١). رئاسة الحرس الوطني.
٢). وزارة الدفاع والطيران.
٣). وزارة الداخلية.
٤). وزارة الخارجية.
٥). رئاسة الاستخبارات العامة.
٦). وزارة المالية والاقتصاد الوطني.



جمعية الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ٤٨٨٨٢٤ هـ – ٨٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

FROM 00966 1 4651348          LOHM - W&C LLP RIYADH.                        @011



int Relief
ee For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـــا

الرقم : . .......... ..... ... .
التاريخ : . ... .... ... . ... .

موضوع : ....

٣

٧). وزارة الإعلام.

٨). وزارة العمل والشؤون الإجتماعية.

ومندوب عن كل من الجمعيات الخيرية التالية:

٩). هيئة الإغاثة الإسلامية العالمية.

١٠). الندوة العالمية للشباب الإسلامي.

١١). مؤسسة الحرمين الخيرية.

١٢). مؤسسة الوقف الإسلامي.

وتعقد اللجنة اجتماعاتها برئاسة معالي جمعية الهلال الأحمر السعودي.

ب – الأمانة العامة:

يكون مقر أمانة اللجنة في مدينة الرياض، وترتبط في أعمالها بمعالي رئيس جمعية الهلال الأحمر السعودي ويخصص لها العدد الكافي مـن الوظائف التي تفي بحاجتها.



جمعيـة الهـلال الأحـمر السـعودي – هيـئة الإغـاثة الاسـلامية العـالمية – الندوة العالمية للشباب الاسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ٨٨٨٥٠٢٤٥اصـ٨٠٠ – البريد الالكتروني redcresant@zajel.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١٤٢١

PUBLIC-AR 2134

LOHM - WBC LLP RIYADH.    @012

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

int Relief
p For Kosova

الموضوع : ..... ......

التاريخ : .. ..... .......

٣

**كيفيـا الأهـداف**

١). توحيد الجهـود الإغاثيـة السعوديـة على المستوى الحكومـي والشعبـي (الأفراد والمؤسسات)، وتوجيه الموارد لدى الأعضاء.

٢). تفعيل أنشطة الإغاثة السعودية، وتنسيق جهودها.

٣). إبراز جهود المملكة العربية السعودية في المساعدات الإغاثية والإنسانية لشعب كوسوفا.

٤). توفير الرعاية الطبية والإغاثية بوجه عام للآجنين والمهجرين.

٥). توفير المتطلبات الضروريـة للآجئين مـن: (المـواد الغذائيـة، الملابـس، والأدوات، وغيرها).

٦). بث روح الطمأنينة بينهم، وتوجيههم دينياً وثقافياً.

**كيفيـا التنفيذ**

١). إنشاء أمانة عامة للجنة، مقرها مدينة الرياض، وترتبط بعملهـا بمعالي رئيس جمعية الهلال الأحمر السعودي، رئيس اللجنة.

٢). إنشاء مكاتب خارجية تنفيذية حسب الحاجة.

٣). جمع المعلومـات والبيانـات عن أحوال وأعداد اللآجئيـن والمهجريـن واحتياجاتهم.

٤). وضع خطة إعلامية (استراتيجية) على المستويين الداخلي والخارجي.

٥). مباشرة تنفيذ الأعمال الإغاثية.



مؤسسة الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة شريان الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٤٨٨٨-٨٠٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٦

06/05/2005 1 4051345    LOHM - W&C LLF RIYADH.    ☎013

**Joint Relief**
**For Kosova**

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم : ...............

التاريخ : ...............

الموضوع : ...............

٤

**ثالثاً: اللجنة التنظيمية**

## مهام اللجنة المشتركة واختصاصاتها:

- المادة (١): تتولى اللجنة التخطيط والإشراف فيما يتصل بالأعمال الإغاثية في كوسوفا، ودراسة المشكلات المتعلقة بذلك.

- المادة (٢): دراسة واقتراح المساعدات الإغاثية، سواء الرسمية أو الشعبية، وتوجيهها.

- المادة (٣): وضع برامج إغاثة في كوسوفا وخططها وتحديد وسائل تنفيذها.

- المادة (٤): تحديد القواعد العامة لاختيار العاملين في الخارج؛ وصفاتهم وتدريبهم وتأهيلهم، وما يتصل بذلك من التعيين والإيفاد والنقل والمكافآت.

- المادة (٥): تحديد القواعد العامة للتعاون مع الجهات والأفراد العاملين في مجالات الإغاثة، والتنسيق في ذلك.

- المادة (٦): للجنة أن تطلب أية معلومات، أو دراسات، أو بيانات من أية جهة حكومية لغرض الاطلاع عليها أو الاستفادة منها في تأدية مهامها.

- المادة (٧): للجنة أن تتفق مع الجامعات والمعاهد والمؤسسات والأشخاص، لإجراء دراسات أو القيام ببحوث للاستفادة منها فيما هو داخل في حدود اختصاصها.

## اجتماعات اللجنة:

- المادة (٨): تعقد اللجنة جلساتها برئاسة معالي رئيس جمعية الهلال الأحمر السعودي، أو من ينيبه عند غيابه ويحضور أغلبية أعضائها وذلك

جمعية الهلال الأحمر السعودي - هيئة الإغاثة الإسلامية العالمية - الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية - مؤسسة الوقف الإسلامي - الرقم المجاني ٨٠٠ - ١٢٤٥٨٨٨م - البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية - الرياض - الرمز البريدي ١١١٢٩

1 09968 1 4651348          LOHM - W&C LLP RIYADH.              ☐014



‫nt Relief‬
‫or Kosova‬

‫اللجنة السعودية المشتركة‬
‫لإغاثة شعب كوسوفـــا‬

‫الموضوع : ............‬               ‫بشأن : ............‬
‫التاريخ : ............‬

‫بصفة دوريّة أسبوعية، ويجوز عقد جلسات استثنائية بدعوة من الرئيس،‬
‫أو بناء على طلب مكتوب يقدم إلى الرئيس من ثلاثة أعضاء، وتعقد‬
‫جلسات اللجنة في مدينة الرياض، ويجوز عقدها في أي مكان يحدده‬
‫الرئيس حسب مقتضى الحاجة.‬

‫- المادة (٩): تصدر قرارات اللجنة بالأغلبية المطلقة لأصوات الحاضرين،‬
‫وعند تساوي الأصوات يرجح الجانب الذي فيه الرئيس.‬

‫- المادة (١٠): ترفع اللجنة قراراتها ذات الأهمية للمشرف العام، كما ترفع‬
‫تقريراً دورياً عن أعمالها إلى رئيس مجلس الوزراء، بتوقيع المشرف‬
‫العام على اللجنة.‬

‫أحكام مالية:‬

‫- المادة (١١): يخصص للجنة ميزانية سنوية للصرف الإداري والفني،‬
‫تحت إشراف رئيس اللجنة السعودية المشتركة في حدود النسبة الموافق‬
‫عليها شرعاً.‬

‫- المادة (١٢): تصرف لكل عضو من أعضاء اللجنة مكافأة مقطوعة قدرها‬
‫(٥٠٠) ريال عن كل جلسة يحضرها خلال الدورات العادية أو‬
‫الاستثنائية، على أن لا يتجاوز مجموع المكافأة السنوية عشرين ألف ريال‬
‫لكل عضو وتتحمل كل جهة صرف مكافآت ممثليها.‬

‫جمعية الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي‬
‫مؤسسة الحرمين الخيرية – مؤسسة الوقت الإسلامي – الرقم المجاني ٢٤٤٨٨٨ـ ٨٠٠ – البريد الإلكتروني redcresent@zajil.net‬
‫المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩‬

00966 1 4651348    LOHM - W&C LLP RIYADH.    @015

t Relief
For Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفــا

مرقد ..... ........ ......

التاريخ ..... ........ ......

٦

– المادة (١٣): تصرف للأمين العام للجنة إذا كان غير متفرغ مكافأة شهرية
مقطوعة قدرها (            ) ألف ريال لقاء قيامه بأعمال الأمانة العامة
للجنة أثناء انعقاد الدورات وخارجها، وتصرف هذه المكافأة من ميزانيـة
اللجنة.

أحكام عامة:

– المـادة (١٤): يختـار رئيس اللجنة أمينـاً عامـاً، ويعاونــه فـي ممارسـة
لختصاصاته أجهزة فنية وإدارية يعين موظفوها ضمن ميزانية اللجنة.

– المادة (١٥): تضع اللجنة اللائحة الداخلية لعملها.

– المادة (١٦): يعمل بهذا النظام من تاريخ اعتماده.



جمــعيــة الهـلال الأحمــر السـعودي – هيئــة الإغـاثة الاسـلامية العـالميـة – النـدوة العـالميـة للشــباب الاسـلامي
مؤسـسة الحرمين الخيـرية – مؤسـسة الرقف الإسـلامي – الرقم المجاني ٢٤٤٨٨٨اهـ – ٨٠ – البريد الالكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

PUBLIC-AR 2139    P.15

IE 00906 1 4651348    LOHM - N&C LLP RIYADH.    @016



اللجنة السعودية المشتركة
لإغاثة شعب كوسوفــــا

...ln Relief
for Kosova

الرقم : .......
التاريخ : .......
الموضوع : .......

٧

**اختصاصات اللجنة الدائمة للجنة السعودية لإغاثة كوسوفا :**

– المادة (١): ينظم لكل جلسة جدول عمل تحدد فيه الموضوعات محل الدراسة بعد اعتمادها من رئيس اللجنة.

– المادة (٢): يجوز بحث الموضوعات الطارئة المقترحة من أحد الأعضاء بعد موافقة الرئيس وأغلبية الأعضاء.

– المادة (٣): توجه الدعوة لكل عضو لحضور اجتماع اللجنة، بحدد فيها موعد الاجتماع ومكانه، مرفق معها نسخة من جدول الأعمال قبل موعد الجلسة بثلاثة أيام على الأقل عن طريق الفاكس في الدورات العادية.

– المادة (٤): يحرر محضر لكل جلسة، تدون فيه قرارات اللجنة ويوقع من الرئيس والأعضاء الحاضرين.

– المادة (٥): تعقد اجتماعات اللجنة إذا حضرها أغلبية الأعضاء.

– المادة (٦): لا تجوز إنابة عضو عن عضو آخر في حضور الجلسات ولا في التصويت، إلا بتعميد رسمي من القطاع الذي يمثله العضو.

**الأمانة العامة :**

– المادة (٧): تقوم الأمانة العامة بتوفير كافة الترتيبات لاجتماعات اللجنة، وهي مسؤولة على وجه الخصوص عن الأمور التالية :

أ– التحضير والإعداد لاجتماعات اللجنة، وتدوين المناقشات، وتلخيص المقترحات، وإعداد المحاضر ومتابعة توقيعها.

مسمى البنك الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٤٨٨٨٠-٨٠٠ – البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

OHD88 1 4851348    LOEM - W&C LLP RIYADH.    ☒017

**Joint Relief**
**... For Kosova**



اللجنة السعودية المشتركة
لإغاثة شعب كــوسـو فـــا

الرقم ..........

التاريخ ..........

٨

ب– إعداد جدول أعمـال اجتماعـات اللجنــة، وإبلاغـه لأعضائهـا ودعـوة الأعضاء للاجتماعات وإبلاغهم بمكانها وزمانها.

جـ– اقتراح تشكيل لجان متخصصــة لدراسة موضوعات معنية، أو تكليف شخص أو أكثر لإعداد بحث أو دراسة في مجال معين مع اقتراح المكافأة لذلك.

د– متابعة تنفيذ قرارات اللجنة.

هـ– الإشراف على الأعمال الإدارية والمالية للجنة وأمانتها.

ر– الاتصال بالجهات والهيئات الحكومية والخاصة ووفق الأصـول الإدارية المتبعة في كل ما من شأنه تسهيل مهمات عمل اللجنة وأمانتها، فيما عدا إبلاغ القرارات أو تنفيذها فيتم بالتفاهم مع رئيس اللجنة.

ز– تزويد وسائل الإعلام بأخبـار اجتماعـات اللجنة ومقرراتها باستثناء ما تكون المصلحة في عدم نشره حسب ما يراه رئيس اللجنة.

ح– إعداد تقارير المتابعة والدراسات ورفعها لرئيس اللجنة.

ط– المهام التي ترى اللجنة أو رئيسها تكليف الأمانة بها.

– المادة (٨): يجوز الاستعانة بخبراء وموظفين يتم تكليفهـم بـالندب أو الإعارة أو بالمكافأة، وفق أنظمة الدولة، وغير موظفي الدولة يعاملون بموجب لائحة اللجنة.

– المادة (٩): يصدر رئيس اللجنة قراراً بتحديد صلاحيات الأمين العام الإدارية والمالية.

جـمـعـيـة إصـلاح الأخــــــــوي – مبـنــة الإقـاثـة الاسـلامـيـة العـالمـيـة – النـدوة العـالمـيـة للشـبـاب الإسـلامـي
مؤسـسـة الحـرمـين الخـيـرية – صـنـدوق الوقف الإسـلامـي – الرقـم المـجـانـي ٢٤٥٨٨٨٨هـ – ٨ – البـريـد الإلكـتـرونـي represent@zaji l.net
المـمـلكـة العـربـيـة السـعـوديـة – الريـاض – الرمـز البـريـدي ١١٤٢٦

LOHM - W&C LLP RIYADH.    @618



اللجنة السعودية المشتركة
لإغاثة شعب كوسوفـا

Join Relief
for Kosova

الرقم : ........ ........ ........
التاريخ : ........ ........ ........

الموضوع : ........

٩

اجتماعات اللجان التنفيذية:

– المادة (١٠): تعقد اللجان التنفيذية اجتماعاً كل أسبوع مرة، برئاسة رئيس اللجنة التنفيذية.

– المادة (١١): تقوم سكرتارية الأمانة العامة بمهمة سكرتارية اللجان، وتعنى على وجه الخصوص بالآتي:

أ– توفير كافة الترتيبات لاجتماعات اللجان التنفيذية، والإعداد والتحضير لذلك، وتدوين المناقشات والمقترحات وإعداد المحاضر ومتابعة توقيعها.

ب– إعداد جدول أعمال اجتماعات اللجان التنفيذية وإبلاغها لأعضائها ودعوتهم للاجتماع حسب الزمان والمكان المقررين.

جـ– رفع محاضر اجتماعات اللجان التنفيذية وما تتضمنها من توجيهات إلى الأمانة العامة تمهيداً لعرضها على اللجنة المشتركة.

د– إعداد تقارير المتابعة والدراسات ورفعها للأمين العام.

و– تكليف مقرر متفرغ لاجتماعات اللجان التنفيذية، يرتبط بالأمين العام، ويتولى متابعة أعمال اللجان.

– المادة (١٢): للجان التنفيذية أن تستعين بخبراء أو مختصين أو جهات أخرى للقيام بدراسات معينة، وفق الأنظمة المعمول بها، وبعد موافقة الرئيس أو الأمين العام.

– المادة (١٣): تصرف من ميزانية اللجنة لكل عضو من أعضاء اللجنة التنفيذية بما فيهم رؤساء اللجان مكافآت مقطوعة قدرها (        ) لكل عضو في العام، ويجوز صرفها على أربع دفعات.

جمعية الهلال الأحمر السعودي – وبعثة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ١٢٥٨٨٨–٨٠٠ – البريد الإلكتروني redcresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

04/06/2004 1 8861348    LOHM - W&C LLP RIYADH.    @018



Relief
for Kosova

اللجنة السعودية المشتركة
لإغاثة شعب كوسوفا

الرقم: .........  ..........  ...........

التاريخ: ..........  ..........  ...........

الموضوع: .............

١٠

أحكام عامة:

– المادة (١٤): ترتبط اللجان التنفيذية في أعمالها وشؤونها الإدارية بالأمين العام وفق التفصيل الوارد في هذه اللائحة.

– المادة (١٥): مالم ينص عليه في هذه اللائحة يرجع فيه للائحة التنظيمية للجنة السعودية المشتركة.

– المادة (١٦): يعمل بهذه اللائحة من تاريخ اعتمادها من اللجنة المشتركة.



جمعية الهلال الأحمر السعودي – هيئة الإغاثة الإسلامية العالمية – الندوة العالمية للشباب الإسلامي
مؤسسة الحرمين الخيرية – مؤسسة الوقف الإسلامي – الرقم المجاني ٢٤٥٨٨٨هـ–٨٠٠ – البريد الإلكتروني redresent@zajil.net
المملكة العربية السعودية – الرياض – الرمز البريدي ١١١٢٩

PUBLIC-AR 2142

# Kingdom of Saudi Arabia

## Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo

### Secretariat-General

## Organizational Charter of the SJRC for the Aid of the People of Kosovo

Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23



1/19/2005 1:49 PM OZO
Jeddah 42959 v1 (42959_1.DOC)

# Contents

**First: Establishment of SJRC**
- Membership of SJRC
- Secretariat-General

**Second: Objectives**

**Third: Means [of Achieving Objectives]**

**Fourth: Organizational Charter of the SJRC**
- Mission and Functions of the SJRC
- SJRC Meetings
- Financial Rules
- General Rules

**Fifth: Internal Bylaws of the SJRC**
- SJRC Meetings
- Secretariat-General
- Meetings of Executive Committees
- General Rules

**Sixth:  Management  and  Organizational  Structure  of  the SJRC**

Law Office of Hassan Mahassni - Translation Department - Translation License No. 23

# First:   Establishment of SJRC

The SJRC was established by High Order No. 7/B/1863, dated 3/2/1420 H., which included the approval of the Ministerial Committee minutes of meeting No. (81), dated 2/2/1420 H., regarding the study of the matter of aid from Saudi Arabia, including government agencies and individuals alike, for Albanian refugees from Kosovo. It included: constituting a committee under the chairmanship of His Excellency the President of the Board of Directors of the Saudi Red Crescent Society; membership of high-ranking officials from a number of government sectors; membership of representatives from each charitable organization (as named in the order); and, that the SJRC shall be under the supervision of His Royal Highness the Minister of Interior, in accordance with the specified responsibilities and objectives outlined in the order.

## A.    Membership

SJRC membership shall include representatives from each of the following:

1.  Presidency of National Guard
2.  Ministry of Defense and Aviation
3.  Ministry of the Interior
4.  Ministry of Foreign Affairs
5.  Presidency of General Intelligence
6.  Ministry of Finance and National Economy
7.  Ministry of Information
8.  Ministry of Labor and Social Affairs

and a representative from each of the following charitable organizations:

9.  International Islamic Relief Organization
10. World Assembly of Muslim Youth
11. Al-Haramain Charitable Foundation
12. Islamic Endowment Foundation

The SJRC shall meet under the chairmanship of his Excellency [President of the Board of Directors of the] Saudi Red Crescent Society.

## B.    Secretariat-General

The Secretariat-General of SJRC shall be headquartered in Riyadh. It shall be attached in its activities to His Excellency the President of the Board of Directors of the Saudi Red Crescent Society. The Secretariat-General shall have sufficient staff to perform its duties.

Law Office of Hassan Mahassen - Translation Department - Translation Licence No. 23

14/5/2005 1:40 PM (JK)
Jeddah 43959 v1 (43959_1 DOC)



## Second: Objectives

[The SJRC aims to:]

1. unify Saudi aid efforts, on the government and popular (individuals and companies) level, and make optimal use of resources;

2. promote and coordinate Saudi aid activities;

3. Highlight Saudi Arabia's efforts in providing the people of Kosovo with relief and humanitarian aid;

4. generally provide refugees and the displaced with medical care and relief aid;

5. provide refuges with their basic needs, including: food, clothes. equipment.. etc.;

6. comforting refugees and guiding them religiously and culturally.

## Third: Means [of Achieving Objectives]

[To achieve its objectives, the SJRC will:]

1. establish a secretariat-general for the SJRC, headquartered in Riyadh. It shall be attached in its activities with His Excellency the President of the Board of Directors of the Saudi Red Crescent Society and the Chairman of the SJRC;

2. set up executive offices abroad as necessary;

3. collect information and statistics on the numbers and circumstances of refugees and the displaced and their needs;

4. formulate a media strategy at national and international levels;

5. commence relief work.

## Fourth: Organizational Charter

### Mission and Functions of the SJRC

**Article I:**    The SJRC shall plan and oversee relief work in Kosovo and shall examine pertinent obstacles thereto.

**Article II:**    study, suggestion of direction of relief aid, either official or popular.

**Article III:**    formulation of relief programs and plans in Kosovo, and determination of the best methods of implementing them.

**Article IV:**    setting of general rules to hire employees abroad, and determining [their proper] credentials, training and preparation. And whatever is connected to that from appointment, secondment, transfer and compensation.

**Article V:**    setting of general rules for cooperation and coordination with organizations and individuals working in the area of [humanitarian] aid.

**Article VI:**    The SJRC may request any information, studies or data from any government bodies for the purpose of review or benefits therefrom in fulfilling its obligations.

**Article VII:**    The SJRC may [enter into] agree[ments] with universities, institutes, corporations and individuals to conduct studies or research to benefit therefrom in [the SJRC's] areas of competence.

1/25/2005 1:49 PM (JK)
Jeddah 43959 v1 [43959 1.DOC]

-6-

## SJRC Meetings

**Article VIII:** The SJRC shall hold weekly meetings under the chairmanship of His Excellency the President of the Board of Directors of the Saudi Red Crescent Society, or whomever is designated in his absence, with the attendance of the majority of [SJRC's] members. Extraordinary meetings may be held at the request of the Chairman or by a written request addressed to the Chairman by at least three members. Meetings shall be held in Riyadh, and they may be held at other venues as determined by the Chairman when deemed necessary.

**Article IX:** SJRC resolutions shall be passed by the absolute majority of present votes. If there are an equal number of votes, the Chairman shall have the casting vote.

**Article X:** The SJRC shall report its major decisions to the General Supervisor. It shall also submit a regular report of its activities, signed by the General Supervisor, to the President of Council of Ministers

## Financial Rules

**Article XI:** The SJRC shall be designated with an annual budget for administrative and technical expenditures. The budget shall be overseen by the Chairman and shall conform to the rules of *Sharia.*

**Article XII:** Each Member of the SJRC shall be paid an honorarium of (500) Saudi Riyals for each meeting attended, ordinary or extraordinary, provided that honorariums for each member do not exceed (20,000) Saudi Riyals per annum. Representatives of charity organization shall be paid by their respected organizations.

**Article XIII:** The Secretary-General, if hired on a part-time basis, shall receive a monthly honorarium of (          ) Saudi Riyals in exchange for his role as Secretary-General of the SJRC, to be paid out from the budget of SJRC.

## General Rules

**Article XIV:** The Chairman shall select a Secretary-General who will be assisted by technical and administrative staff whose salaries shall be paid out from the annual budget.

**Article XV:** The SJRC shall formulate its own internal bylaws.

**Article XVI:** This Organizational Charter shall go into effect on the day of its approval.

# Fifth: Internal Bylaws of the SJRC

## [SJRC Meetings]

**Article I:** An agenda shall be prepared for each meeting. The agenda shall set the matters for study after pre-approval by the Chairman.

**Article II:** Emergency issues suggested by a member may be discussed, after approval of the Chairman and a majority of the members.

LAW OFFICES OF HASSAN MAHASSNI
TRANSLATION DEPARTMENT
JEDDAH

**Article III:**    Members shall be notified of an ordinary meeting by fax at least three days prior to the meeting. Letters of notification shall include date and venue of the meeting. A copy of the meeting's agenda shall be attached to the letter of notification.

**Article IV:**    Minutes shall be taken at each meeting which shall include decisions taken at the meeting and shall be signed by the Chairman and present members.

**Article V:**    Meetings shall only be held if attended by a majority of members.

**Article VI:**    Members shall not be entitled to represent other members in meetings or vote for them in the absence of an official proxy.

## Secretariat-General

**Article VII:**    The Secretariat-General shall make all arrangements for the meetings. In particular, the Secretariat-General shall

- arrange for meetings, write down discussions, summarize proposals, take minutes and get them signed;
- prepare agendas of meetings and notify members of time and venue of such meeting;
- propose setting up specialized committees to examine certain issues, or assign one specialist or more to conduct a study in a certain area of interest and determine his honorarium;
- follow-up and carry out decisions taken by the SJRC;
- oversee administrative and financial aspects of the SJRC and its Secretariat-General;
- contact public and private entities through standard channels in order to facilitate the mission of the SJRC and its Secretariat-General. Reporting and executing decisions shall be coordinated with the Chairman;
- provide the media with news about the SJRC, its meetings and decisions., except for certain events in it which it would be best not to disclose, according to the discretion of the Chairman,
- prepare follow-up reports and studies and submit them to the Chairman;
- the Secretariat-General may be assigned by the SJRC or its Chairman to carry out other duties.

**Article VIII:** Experts and employees seconded from government agencies to the SJRC hall be governed by the public service bylaws. However, the bylaws of the SJRC shall govern non-government employees.

**Article IX:**    The Chairman shall issue a resolution concerning the administrative and financial authorities of the Secretary-General.

## Meetings of Executive Committees

**Article X:**    The head of each executive committee shall chair the weekly meeting of his committee.

**Article XI:**    The Secretariat-General shall do the following on behalf of the executive committees:

PUBLIC-AR 2129

- make all arrangements for meetings of executive committees, prepare for meetings, take down discussions and proposals, take minutes and get them signed;

- prepare agendas for meetings of executive committees and notify concerned members of time and venue of meetings;

- submit minutes of meetings of executive committees and related recommendations to the Secretariat-General and subsequently to the Joint Committee;

- prepare follow-up reports and studies and submit them to the Secretary-General;

- hire a full-time rapporteur (affiliated to the Secretary-General) to follow-up on meetings of executive committees;

**Article XII:** Executive committees may hire experts or specialists or enter into agreements with agencies to conduct studies, as per bylaws and at the discretion of the Chairman or the Secretary-General.

**Article XIII:** Heads and members of executive committees shall receive an honorarium of ( ) Saudi Riyals per annum. The honorarium shall be paid out from the budget of the SJRC and may be paid in four installments.

## General Rules

**Article XIV:** Executive committees shall be affiliated, as far as their administrative affairs are concerned, with the Secretary-General as detailed in the bylaws.

**Article XV:** Wherever these bylaws are silent, the Organizational Charter of the SJRC shall be in force.

**Article XVI:** The bylaws shall go into effect when approved by the SJRC.

Law Office of Hassan Mahasshi · Translation Department · Translation Licence Nº 23

01/17/2005 1:30 PM (2K)
jdd04 43959 v1 [43959_1.DOC]

