# EXHIBIT  8



7 FAX 00966 1 4651348    LOHN - W&C LLP RIYADH.    ⓐ021
5 14:00    NO.669    P.1

بسم الله الرحمن الرحيم

RECEIVED 0 5 JAN 2005

المملكة العربية السعودية

الرقم / ٢٢٨٦٨ /٩
التاريخ /
المرفقات /

ديوان رئاسة مجلس الوزراء

صورة

صاحب المعالي وزير المالية والاقتصاد الوطني

بعد التحية :

نشير الى خطاب صاحب السمو الملكي النائب الثاني لرئيس مجلس الوزراء ورئيس المجلس الأعلى للشؤون الإسلامية رقم ٢٠/١٦٠٧/س وتاريخ ١٤٢٠/٧/٢٨هـ وبشأنه محضر المجلس الأعلى للشؤون الإسلامية رقم ٥٠/م ت وتاريخ ١٤٢٠/٣/٢٢هـ المتضمن في الفقرة الحادية عشرة منه مايتعلق بموضوع دعم الطلاب الدارسين للعلوم الشرعية وغيرها من البان كوسوفا في خارج كوسوفا ليستمروا في دراستهم حيث أوصت اللجنة التحضيرية للمجلس بإحالة الموضوع الى اللجنة السعودية المشتركة لإغاثة شعب كوسوفا وتقديم دعم مالي قدره (٥،٠٠٠،٠٠٠) خمسة ملايين ريال من حكومة المملكة ليوضع تحت تصرف اللجنة المشتركة للصرف منه على الطلاب وأسرهم (زوجاتهم وأطفالهم) الذين انقطعت بهم السبل في خارج كوسوفا، وإلحاق زوجات وأطفال الطلاب الدارسين في جامعات المملكة بهم مدة دراستهم ورأي ممثل الوزارة في اللجنة التحضيرية أن يكون المبلغ المقترح مصادره اللجنة المشتركة من التبرعات التي جمعتها من المحسنين في المملكة.

ونرغب اليكم صرف المبلغ الذي أوصت به اللجنة التحضيرية للمجلس الأعلى للشؤون الإسلامية في محضرها المشار اليه وقدره خمسة ملايين ريال من المالية. فأكملوا مايلزم بموجبه،،،،

رئيس مجلس الوزراء

الأعلى للشؤون الإسلامية

نسخة للجنة السعودية المشتركة لإغاثة شعب كوسوفا (وزارة الداخلية)
نسخة لوزارة الخارجية
نسخة لوزارة التعليم العالي
نسخة لوزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد

Copy

To: His Excellency Minister of Finance and National Economy

We refer to the Letter of His Royal Highness the Second Deputy President of Council of Ministers and Chairman of the Supreme Council for Islamic Affairs No. 107/20/S, dated 28/7/1420AH and the minutes of the meeting of the Supreme Council for Islamic Affairs ("Council") No. 50/HT, dated 22/3/1420 and in particular to Clause 11 of the minutes concerning the financial support of Kosovan Albanians studying *shari' a* sciences abroad and the recommendation of the Preparatory Committee of the Council that this issue be passed to the Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo and that a sum of 5,000,000 Saudi Riyals be donated by the Saudi government and put at SJRC's disposal noting that this sum shall be used to support Kosovan Albanians studying abroad and their families (wives and children) and reunite Kosovan Albanians studying at Saudi universities with their families throughout their period of study; we also refer to the recommendation of the Ministry's representative in the Preparatory Committee that this sum be taken from donations collected by SJRC inside the Kingdom of Saudi Arabia.

We instruct the Ministry of Finance [and National Economy] to provide a sum of 5,000,000 Saudi Riyals as recommended by the Preparatory Committee of the Supreme Council for Islamic Affairs in the minutes of its meeting. You may take all steps deemed necessary in this regard⊙

**President of Council of Ministers**

CC:
- o Supreme Council for Islamic Affairs
- o Saudi Joint Relief Committee (SJRC) – (Ministry of the Interior)
- o Ministry of Foreign Affairs
- o Ministry of Higher Education
- o Ministry of Islamic, Endowment, Call & Guidance Affairs

Stamps:

- • **President of Council of Ministers**
  True Copy
- • **Ministry of the Interior**
  Office of the Minister/Communications
  No. 7165
  Date: 5/12/1420 AH
  Attachments:



# EXHIBIT  9



11:38 FAX 00966 1 4651345    LØHM - W&C LLP RIYADH.
AL-WANAHLYAH    @023    @001

بسم الله الرحمن الرحيم

RECEIVED 0 7 DEC 2003

الـــرقم : ١ / ١
التاريخ : ٢٥/١/٦هـ

بحـــــون اللـــه تعالـــــى

نحن فهـد بــــن عبدالعزيـــز آل مـــسعود

ملــــك المملكــة العربيــة الـــ

بعد الإطـلاع علـى مشـروع النظـام الأسـاسي للهيئـة السـعودية الأهليـة للإغاثـة والأعـ

الخيرية في الخارج .

وبناء على ما عرضه علينا صاحب السمو الملكي ولي العهد نائب رئيس مجلس الـوزراء رئيـ

الحرس الوطني .

أمرنا بما هو آت :ـ

أولا : الموافقة على تأسيـس هيئـة خيريـة تسـمى " الهيئـة السـعودية الأهليـة للإغاثـة والأعـمال
الخيرية في الخارج" طبقاً لنظامها الأساسي المرفق بأمرنا هذا .

ثانيا : إيقاف أعمـال جميـع الهيئـات والمؤسسـات والجمعيـات الخيريـة واللجـان والمبـرات سـواء
الحكوميـة أو الأهليـة أو الفرديـة السـعودية التـي تمـارس نشـاطات خيريـة
في الخارج ، وتوحيد جميع تلك الأعمال في الهيئة السعودية الأهلية للإغاثة والأعمـ
الخيرية ، على أن تباشر الهيئة تلك الأعمال من تاريخ تشكيل مجلسـها ، وذلـك ونتـ
برنامج تعده في هذا الشأن ، وللمجلس تشكيل لجنة يشترك فيها بعض العاملين بهذه
الهيئـات والمؤسسـات والجمعيـات واللجـان والمبـرات ، لتسـيير الأعمـال الضـرورية القائمـة
حالياً في الخارج ، وذلك بعد موافقة اللجنة المختصة .

ثالثا : قيام اللجنة المختصة بإعداد قائمة بأسماء المشرفين السـعوديين علـى أعمـال الهيئـات
والمؤسسـات والجمعيـات واللجـان والمبـرات القائمـة حالياً التـي تمـارس أنشـطة خيريـة فـي
الخارج ، وغيرهم من الأشخاص السعوديين المشهود لهم بالإسهام في الأعمال الخيريـة
وممن يتمتعون بالثقة ، وترشيح أعضاء مجلس الهيئة من هؤلاء المـذكورين ، والرفـع
عن ذلك

رابعا : منع أي جهة حكومية من تقديم تبرعات أو مسـاعدات أو أي نشـاط خيـري فـي الخـارج إلا
بعد الرفع لأخذ التوجيه اللازم .

من (٢)

خامساً : تنقل إلى الهيئة جميع الأصول والممتلكات المتعلقة بممارسة نشاطات
والمؤسسات والجمعيات واللجان والمبرات العينية والنقدية (المنقولة وغير المـ
الخارج ، ونقل حساباتها وجمعها في حساب واحد باسم الهيئة المذكورة ، وكـ
العاملين من السعوديين فيها بحسب احتياجات الهيئة .

سادسا : منع استخدام صناديق جمع التبرعات في الداخل نهائياً ، ومنع أي شخص ذ
طبيعية أو اعتبارية من جمع التبرعات للخارج إلا بإذن من الهيئة ويترخيص
منها ، ويعد موافقة اللجنة المختصة ، وكذلك منع أي جهة أهلية أو فردية من ممارس
نشاط خيري في الخارج أو تقديم تبرعات أو مساعدات عينية أو نقدية لجهات خارجـ
إلا عن طريق الهيئة ، وتحاسب الجهات المختصة كل من يخالف أياً من ذلـ
بحزم وشدة .

سابعا : تتولى اللجنة المختصة تنفيذ ما ورد في المادة (خامسا) أعلاه ، ووضع آلية معينة لتسوـ
أوضاع الهيئات والمؤسسات والجمعيات واللجان والمبرات القائمة حالياً التي تمارس
نشاطات خيرية في الخارج ، وضم تلك الأعمال للهيئة ، وذلك وفقاً لما أشير إلـ
سابقاً ، على أن يشترك مع هذه اللجنة عند بحث موضوع كل هيئة أو مؤسسة أو جمعية
أو لجنة أو مبرة معنية بالأمر المسؤول عنها ، ولهذه اللجنة الاستعانة بمحاسب قانوني أو
أكثر .

ثامناً : إلغاء جميع الهيئات والمؤسسات والجمعيات الخيرية واللجان والمبرات غير المرخص
بإنشائها نظاماً ، على أن تتولى اللجنة المختصة وضع الترتيبات اللازمة لذلك .

تاسعا : تتكون اللجنة المختصة ـ المنصوص عليها في النظام الأساسي للهيئة وهذا الأمر ـ من :
١ـ رئاسة الإستخبارات العامة .
٢ـ وزارة الداخلية .
٣ـ وزارة الخارجية .
٤ـ وزارة المالية .
٥ـ وزارة الشؤون الإسلامية والأوقاف والدعوة والإرشاد .

عاشرا : يبلغ أمرنا لهذا للجهات المختصة لاعتماده وتنفيذه .،،،

فهد بن عبدالعزيز



In the name of Allah, most merciful most gracious

Number.     A/1
Dated:      6/1/1425 H.

With Allah's grace, We, Fahad Bin Abdulaziz Al-Saud, King of the Kingdom of Saudi Arabia, after review of the bylaw for the National Committee for Aid and Charitable Work Abroad, and based on what was presented to us by His Royal Highness the Crown Prince, Deputy President of Council of Ministers and President of the National Guard, order as follows:

**First·**     Approval of the establishment of a charitable organization named the "Saudi National Committee for Aid and Charitable Work Abroad" in accordance with its bylaws, as attached.

**Second.**     The activities of all charitable organizations, corporations and societies as well as committees and foundations, whether public, private or of Saudi individuals, which participate in charitable activities abroad shall be stopped; and, unification of all those activities with the Saudi National Committee for Aid and Charitable Work Abroad, so that the Committee will commence those activities from the date of establishment of its council in accordance with a program that it prepares for this purpose. The council may, with the consent of the Specialized Committee, establish a sub-committee with participation from some of the workers at those [charitable] organizations, corporations, societies, committees and foundations in order for important current activities abroad to continue.

**Third:**     The Specialized Committee shall prepare a list of names of the Saudi supervisors of the activities of the organizations, corporations, societies, committees and foundations that are currently active and that engage in charitable activities abroad, as well as other Saudi individuals that contribute in charitable activities and who can be trusted. In addition, it shall nominate directors for the Committee from those mentioned [in the list].

**Fourth:**     Governmental authorities shall be prohibited from contributing donations, assistance or any other charitable activity abroad without first seeking proper direction.

**Fifth:**     All in-kind and cash (both transferable and non-transferable) assets and connected properties abroad that are associated with the activities of the organizations, corporations, societies, committees and foundations shall be transferred to the Committee. Likewise, all Saudi employees shall be transferred in accordance with the needs of the Committee.

**Sixth:**     The use of collection boxes inside [Saudi Arabia] shall be prohibited. All individuals, of personal or juristic status, shall be prohibited from collecting contributions for abroad [causes] without consent and an official license from the Committee, and after approval from the Specialized Committee. Additionally, any private or individual entity shall be prohibited from participating in any charitable activity abroad or supplying in-

PUBLIC-AR 2149

kind or cash contributions or assistance to foreign parties except through the Committee. The necessary authorities shall strictly and deliberately punish any violators of the above

**Seventh:** The Specialized Committee shall enforce what is referred to in the Fifth Article (above) and shall place the proper infrastructure to correct the affairs of the organizations, corporations, societies, committees and foundations that are currently active in charitable activities abroad and to merge their activities to the Committee in accordance with what is referenced above. The [Specialized] Committee may engage the help of a legal accountant or more.

**Eighth.** All unlicensed organizations, corporations, societies, committees and foundations shall be dissolved. The Specialized Committee shall institute the proper arrangements for [such dissolution]

**Ninth:** The Specialized Committee – which is referred to in the Committee bylaws and this order – shall consist of:

1. Presidency of General Intelligence
2. Ministry of Interior
3 Ministry of Foreign Affairs
4. Ministry of Finance [and National Economy]
5. Ministry of Islamic, Endowment, Call and Guidance Affairs

**Tenth:** Our order herein here shall be forwarded to the proper parties for its observance and execution.

Fahd Bin Abdulaziz
[Signature]



Law Office of Hassan Mahassni - Translation Department - Translation Licence No. 23

PUBLIC-AR 2150

# EXHIBIT  10



بسم الله الرحمن الرحيم

# AL-HARAMAIN HUMANITAR FDN.
## Office Georgia

Ref.: ............١/............

Date: ............١٤٢٥/............هـ

فضيلة المدير العام لمؤسسة الحرمين الخيرية    الشيخ /عقيل بن عبدالعزيز العقيل    سلمه الله

السلام عليكم ورحمة الله وبركاته    وبعد ،،

م : توزيع أول إغاثه للاجئين الشيشانيين في جورجيا

نسأل الله تعالى لنا ولكم التوفيق والسداد ..

بحمدالله عز وجل وتوفيقه تم إرسال حمولة شاحنة سبعة ٢٥ طن  حملة بالمواد الغذائية إلى اللاجئين الشيشانيين من قرى الأحدى التابعة لجورجيا وهذه المواد عبارة عن طحين ورز ومكرونة وزيته وصلصلة طماطم وسكر وملح ومواد تنظيف، واستفاد منها ٢٠٠٠ ألفي لاجئ تقريباً، وقد لاقت هذه الإعانات قبولاً طيباً من صفوف المسلمين في جورجيا بوجه عام، واللاجئين والمستأجرين الشيشانيين بوجه خاص .

وشاركت في توزيع هذه الإعانات نائب سفير الشيشان من جورجيا إضافة لبعض المستأجرين من جورجيا وبعض الرعاة الشيشانيين علماً بأن هذه الإعانات هي الأولى التي تصل للاجئين الشيشانيين في جورجيا .

نسأل الله تعالى أن يثيب أهل الخير وأصحاب الأيادي البيضاء كما نقوم حالياً بالإعداد لإرسال العديد من المساعدات الحملة بالمواد الغذائية والبطانيات إلى اللاجئين من داخل الشيشان ومن أنجوشيا وجورجيا بإذن الله تعالى .

والله يحفظكم ويسدد خطاكم .

صالح محمد الرحيم بشي

شعبة مؤسسة الحرمين الخيرية في القفقاد

١٤٢٥/٧/٥هـ

لحفظ (ملف)

In the Name of Allah, Most Merciful, Most Gracious

## AL–HARAMAIN HUMANITARIAN FDN.
### Office of Georgia

Ref. 1/20/2
Date: 25/7/1420 H. (= 11/4/1999 A.D.)

The Honorable the General Director of the al–Haramain Charity Foundation
Shaykh / Akil Bin Abd al–Aziz al–Akil, May God keep him safe
Peace be to you the mercy of God and His blessings,

Here is what I would like to say,

RE: The delivery of the first relief to the Chechen refugees in Georgia

We ask God the Sublime to give us and you success and the right
guidance.

Thanks to God, glory and greatness be to Him, and thanks to the success
granted by Him, a full truck of 20 tons capacity loaded with food
materials was sent to the Chechen refugees in the villages of al–Ahmadi of
Georgia; these components are flour, rice, spaghetti, oil, tomato sauce,
sugar, salt and cleaning materials. Approximately two thousand refugees
benefited from this aid. This relief was met with satisfaction amongst the
Moslems of Georgia in general, and the Chechen refugees and officials in
particular.

The Deputy of the Ambassador of the Chechens in Georgia, in addition to
some officials in Georgia, and some Chechen preachers participated in the
delivery of this aid. It is worth mentioning that such aid is the first to
arrive to the Chechen refugees in Georgia.

We ask God the Sublime to reward the good and beneficial people.
Currently we are preparing to send numerous trucks loaded with food
materials and blankets to the refugees inside Chechnya and in Ingushetia
and Georgia with the permission of God the Sublime.

May God keep you safe and to guide your steps.

Salih Mohammad al–Duhayshi
Representative of the al–Haramain Charity in the Caucasus
                Signature

25/7/1420 H.  (= 11/4/1999 A.D.)



            To keep        Keep  (for the record)

# EXHIBIT  11

المملكة العربية السعودية
ديوان رئاسة مجلس الوزراء

الرقم ١٧/ي ب/ ١٢٠٨٩
التاريخ ٢٢/٧/١٤٢٠هـ
المرفقات

برقيــه

صاحب السمو الملكي وزير الداخليـــــــة
المشرف العام على اللجنة السعودية المشتركة لاغاثة شعب كوسوفا
نسخة لصاحب السمو الملكي وزير الخارجيـة
نسخة لمعالي وزيـــــــر الأعـــــلام
نسخة لمعالي وزير المالية والاقتصاد الوطني

اطلعنا على برقية سموكم الخطية رقـم ٧٣٣/ر وتاريخ ٢٢/٧/١٤٢٠هـ المشار
فيها إلى ماخلفته الحرب في الشيشان من آثار على المسلمين هنالك إذ تركت وراءها
أكثر من مائتي ألف لاجئ على الحدود الشيشانية مع انفوشيا وداغستان.

ومأأوضحتموه ـ سموكم ـ من أنه قد اتصل باللجنة السعودية المشتركة لاغاثة شعب
كوسوفا العديـد مـن المواطنين والمؤسسات الاغاثيـة يؤكـدون رغبتـهم في تقديـم
المساعدات لإخوانهم المسلمين هنـاك، وقـد أيـد ذلك كـل مـن معـالي وزيـر الشـؤون
الاسلامية والاوقاف والدعوة والارشاد ومعالي الأمين العام لرابطة العالـم الأسـلامي.. كمـا
أن معالي رئيس جمعية الهلال الأحمر السعودي اجتمع مع سعادة السفير الروسي بالمملكة
بناءً على طلبه وموافقة سموكم على ذلك، وقد أكد السفير الروسي بأن الحكومـة الروسيـة
سوف ترحب بقبول المساعدات السعودية بـل أنها ستؤكد علـى الصـورة المشـرقة لعطـاء
المملكة واسهاماتها الاغاثية الانسانية وتبدد الصورة التي تثيرها بعض وسـائل الاعـلام في
تشويه سمعة المملكة وعلاقاتها مع روسيا، كما أن المؤسسات الاغاثية قد بدأت  تتواجـد
في الساحة لتقديم المعونات والمساعدات للمشردين الشيشان.. واقتـراح سموكم السـماح
بتقديم المساعدات وأن يناط باللجنة السعودية المشتركة الإشراف على أعمال الاغاثة هذه
وابراز ماتقدمه المملكة اعلامياً وتوثيق هذه المساعدات دولياً..،

ونخبركم بموافقتنا على ذلك.. فأكملوا مايلزم بموجبه،،،

عبدالله بن عبدالعزيز
نائب رئيس مجلس الوزراء



In the Name of Allah, Most Merciful, Most Gracious

KINGDOM OF SAUDI ARABIA
Office of the Prime Minister        No. 12089/B/7
                                   Date 1/8/1420 H (= 11/10/1999 A.D.)
                                   Enclosures: – – –

## TELEGRAM

His Royal Highness the Minister of the Interior
General Supervisor of the Saudi Joint Committee for aid to the people of
Kosovo

        Copy: His Royal Highness, the Minister of Foreign Affairs
              : His Excellency, the Minister of Information
              : His Excellency, the Minister of Finance and National Economy

        We have reviewed the written telegram No. 733/R of Your Highness
dated 22/7/1420 H (= 11/1/1999 A.D.) which pointed out the impact
that the war in Chechnya left on the Moslems over there, where more
than two hundred thousand refugees were displaced on the borders of
Chechnya with Ingushetia and Dagestan.
        And what Your Highness made clear was that numerous citizens and
relief institutions have contacted the Saudi Joint Committee expressing
their desire to provide support to their Moslem brothers there. This was
also assured by His Excellency the Minister of Islamic Affairs, Endowment
Call and Guidance, and His Excellency The Secretary General of the
Moslem World League. His Excellency the Director of the Saudi Red
Crescent Association had also met with the Honorable Russian
Ambassador in the Kingdom upon his request and the approval of Your
Highness; the Russian Ambassador had assured that the Russian
Government would welcome the Saudi Aid; it would also emphasize the
bright picture of the Kingdom's generosity and its humanitarian relief
contributions, and that it would remove the picture portrayed by some
media instruments that distorts the reputation of the Kingdom and its
relationship with Russia; he also mentioned that the relief organizations
started to provide assistance on the ground to the displaced Chechens.

I appreciate the suggestion of Your Highness to allow the provision of aid under the supervision of the Saudi Joint Relief Committee and to present what the Kingdom is offering in the media and to internationally document such aid.

    We inform you of our approval of that, therefore complete what needs to be done accordingly.

(Initials)

**Abdullah Bin Abdul Aziz
Deputy Prime Minster**

(Seal)

# EXHIBIT  12



لإغاثة دُ سوفا والشيشان

( لجنة الشيشان )

الرقم :                                    التاريخ : ٢٤ / ٦ / ١٤٢٠هـ

بسم الله الرحمن الرحيم

## إجتماع لجنة الشيشان
## السبت ٢٤/٩/١٤٢٠هـ - الأمانة العامة للجنة السعودية المشتركة

بدأ الإجتماع في تمام الساعة ٣٠: ٩ مساءً يوم السبت ٢٤/٩/١٤٢٠هـ. وقد تم استعراض جـــدول الأعمال واحتوى على النقاط التالية :

١-    الإطلاع على الرصيد المالي الموجود لدى المؤسسات والأمانة العامة لصالح الشيشان .

٢-    الإطلاع على ترتيبات الشحن للمواد العينية .

٣-    الإطلاع على ما تم حول الوفد المعتمد للعمل الميداني .

٤-    الإطلاع على الإجراءات المالية المعتمدة للمبالغ المالية المخصصة .

٥-    مناقشة خطة العمل والإطلاع على مسودة خطاب إلى السفارة الروسية ووزارة الطوارئ .

٦-    أي أعمال مستجدة .

وقد بدأ الإجتماع بما يلي :

١-    تم استعراض الأرصدة الموجودة في حسابات المؤسسات للشيشان وحسابات الأمانـــة العامة ، وهي كالتالي :

١ -  الأمانة العامة ٦٢,٥٢٣,٦٧١ ريال " اثنا وستون مليوناً وخمسمائة وثلاثـــة وعشرون ألفاً وستمائة وواحد وسبعون ريال " .

٢-    مؤسسة الحرمين الخيرية ١٣ مليون ريال .

٣    هيئة الإغاثة الإسلامية العالمية ١٤ مليون ريال .

٤-    الندوة العالمية للشباب الإسلامي ٦ ملايين ريال .

هيئة الإغاثة الإسلامية العالمية ٣/٨٤٢٩٧٥٨ .    افلال الأحمر السعودي ٢٧ - ٠١/٤٧٤٠ .    مؤسسة الوقف الإسلامي ٠١/٤٢٤٣٩٦٥ .

الندوة العالمية للشباب الإسلامي ٠١/٤٢٤٤١٦٦٣ .    مؤسسة الحرمين الخيرية ٠١/٤٦١١٥٢٤ .

الأمانة العامة الرياض هاتف : ٠١/٤٩٣٥٣٠ .    فاكس : ٠١/٤١٩٣٥٤٢ .

الحساب الموحد رقم ٤٨ للزكاة ٤٩-٣ للتبرعات العامة بـ شركة الراجحي المصرفية فرع المزروعه - البنك الأهلي التجاري للخدمات المصرفية الإسلامية



لإغاثة كـسوفا والشيشان

( لجنة الشيشان )

**B.I.R.C**

الرقم :                    التاريخ :    /    /    ١٤    هـ

٥ –    مؤسسة الوقف الإسلامي ٢ مليونا ريال .

٢ – تم تحديد مبلغ سلفة مالية لمدير المكتب مخصصة للطوارئ مقدارهـ ١٠٠,٠٠٠ دولار

" مائة ألف دولار " مع لبنية هذا المبلغ .

٣– تم تكليف مؤسسة الحرمين الخيرية يوضع نظام مالي للجنة الشيشان ويحال إلى منسق لجنة

الشيشان لدراسته مع الإدارة المالية بالأمانة العامة .

٤– يحدد المبلغ الإجمالي لرصيد لجنة الشيشان ٣٠,٠٠٠,٠٠٠ ريال " ثلاثون مليون ريـال "

خلال ثلاثة أشهر موزع على المؤسسات بالنسب التالية :

١ –    مؤسسة الحرمين الخيرية ٣٥% .

٢ –    هيئة الإغاثة الإسلامية العالمية ٣٥ % .

٣ –    الندوة العالمية للشباب الإسلامي ٢٥ % .

٤ –    مؤسسة الوقف الإسلامي ٥ % .

حسب الجدول الزمني التالي :

٥٠% فور التتاح الحساب من نسبة كل مؤسسة في موعد أقصاه ١٤٢٠/٩/٢٨هـ .

٢٥ % في موعد أقصاه ١٤٢٠/١١/١هـ .

٢٥ % في موعد أقصاه ١٤٢٠/١٢/١هـ .

٥ –    وافق المجتمعون على الأسماء المرشحة لفريق العمل وهم :

١ –    الأستاذ / عبدالله الزيدن        ( مسئول المكتب التنفيذي )

٢–    الأستاذ / صالح أحمد الخيباني    ( مسئول الخدمات الاجتماعية والإغاثة )

٣–    الأستاذ / عبدالله الحاوتي        ( المسئول الطبي )

٤–    الأستاذ / سليمان محمد تسلم    ( المسئول الإداري والمالي )

٥–    الأستاذ / ناصر عبدالرزاق العارضي    ( المسئول الإعلامي )

٦–    الأستاذ / عبدالله غانم الجهني .    ( مسئول الإحصاء والتوثيق )

هيئة الإغاثة الإسلامية العالمية ٧٥٥٧٥٩٨٤٢/٣ •    الهلال الأحمر السعودي ٤٧٥٧٠٠٢٧/١ •    مؤسسة الوقف الإسلامي ٤٦٤٦٩٩٦٥/١ •
الندوة العالمية للشباب الإسلامي ٤٦٤١٦٦٣/١ •    مؤسسة الحرمين الخيرية ٤٦٢١١٩٥٢٤/٩ •
الأمانة العامة الرياض هاتف : ٤٦٦٩٣٥٣٠/١ •    فاكس : ٤٦٩٣٥٤٢/١ •
الحساب الموحد رقم ٤٨ للزكاة ٦-٤٤ تخريجات العامة بـ شركة الراجحي المصرفية فرع الجرعه – البنك الأهلي التجاري للخدمات المصرفية الإسلامية



إغاثة ٠٠ سوفا والشيشان

( لجنة الشيشان )

٣

التاريخ : / / ١٤ هـ    الرقم :

٧ – الأستاذ / عبدالكريم محمد اليازجي    ( مسئول المستودعات والشحن )

٨ – الأستاذ / سليمان الغنيم

٦ – تم ترشيح الشيخ عقيل العقيل نائباً لرئيس لجنة الشيشان في حالة غياب سمو الأمير
تركي بن فهد بن جلوي آل سعود رئيس اللجنة .

٧ – تم تحديد يوم الأربعاء بعد صلاة المغرب موعداً أسبوعياً لإجتماع اللجنة في الإمارة
العامة .

## المجتمعون

| التوقيع | الاسم |
|---|---|
| ٢٦/٤/٨ | الشيخ / عقيل بن عبدالعزيز العقيل |
| | الأستاذ / علي بن عبدالله الجريس |
| | الأستاذ / عبدالإله بن يحيى الخيفي |
| | الأستاذ / إلياس بن طارق البحي |
| | الأستاذ / وائل بن عبدالعزيز العقيل |
| | الأستاذ / محمد بن حمد الحويدي |
| | رئيس لجنة الشيشان الأمير تركي بن فهد بن جلوي آل سعود |

تصديق معالي رئيس اللجنة السعودية المشتركة الدكتور عبدالرحمن السويلم

هيئة الإغاثة الإسلامية العالمية ٣/٨٤٢٩٧٥٨ •    الهلال الأحمر السعودي ٠١/٤٧٤٠٠٢٧ •    مؤسسة الوقف الإسلامي ٠١/٤٦٤٦٩٩٥
الندوة العالمية للشباب الإسلامي ٠١/٤٦٤١٦٦٣ •    مؤسسة الحرمين الخيرية ٠١/٤٤١١٥٢٤
الأمانة العامة الرياض هاتف : ٠١/٤١٩٣٥٣٠    فاكس : ٠١/٤١٩٣٥٤٢
الحساب الموحد رقم ٤٨ للزكاة ٤٩– للتبرعات العامة بـ شركة الراجحي المصرفية فرع الجزيرة ~ البنك الأهلي التجاري لخدمات المصرفية الإسلامية

# SAUDI JOINT RELIEF COMMITTEE FOR KOSOVO AND CHECHNYA (CHECHNYA COMMITTEE)

**(Page 1/1)**

Date 24/9/1420 H. (= 1/1/2000 A.D.)

In the Name of Allah, Most Gracious, Most Merciful

## MEETING OF THE CHECHNYA COMMITTEE

**Saturday 24/9/1420 H. (=1/1/2000 A.D.) – Secretariat General for the Joint Saudi Committee**

Meeting started at 9:30 PM on Saturday 24/9/1420 H. (= 1/1/2000 A.D.) – the agenda was reviewed and it included the following items:

1. Review of the financial report that is found at the institutions and the secretariat general for the benefit of the Chechens.

2. Review of the shipping arrangements of the physical materials.

3. Review of what was accomplished with regards to the authorized delegation for the fieldwork.

4. Review of the authorized financial measures for the designated amounts.

5. Discussion of the plan of action and review of the draft of a letter to the Russian Embassy and the Ministry of Emergencies.

6. Any new items.

The International Islamic Relief Organization 03/8429758  -      The Saudi Red Crescent 01/4740027 -      The Islamic Endowment Establishment 01/4646965            -      World Association of Islamic Youth 01/4641663   -      al-Haramain Charity Establishment   -      01/4611524

Secretariat General Riyadh Telephone: 01/4193530        Fax: 01/4193542

Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch     –      The Community Commercial Bank for Islamic Banking Services.

The meeting started with the following:

1.    Review of the balance available in the accounts of the foundations Chechnya and the accounts of the Secretariat General, and it is as follows:

    1.    The Secretariat General 62,523,671 Riyals (Sixty two million five hundred and twenty three thousand, six hundred and seventy one Riyals).

    2.    The al-Haramain Charity Organization: 13 million riyals.

    3.    The International Islamic Relief Organization: 14 million riyals.

    4.    World Association for Islamic Youth: 6 millions riyals.

**(Page 2)**

    5.    The Islamic Endowment Foundation: 2 million riyals.

2.    It was decided to establish a sum of money as an advance for the office director designated for emergencies with the amount of $100,000. (One hundred thousand dollars), with itemization of this amount.

3.    The al-Haramain Charity Foundation was asked to establish financial by-laws (order) for the Chechnya Committee to be assigned to the Chechnya Committee planner to study it with the financial administration of the Secretariat General.

4.    The total designated amount to be credited for the Chechnya Committee is 30,000,000 Riyals, (Thirty million Riyals), within three months divided among the organizations with the following percentages:

    1.    al-Haramain Charity Foundation (35%)

    2.    The International Islamic Relief Organization (35%)

    3.    World Association of Moslem Youth  (25%)

    4.    The Islamic Endowment Foundation   (5%)

=====================================================

The International Islamic Relief Organization 03/8429758  -        The Saudi Red Crescent 01/4740027 -        The Islamic Endowment Establishment 01/4646965        -        World Association of Islamic Youth 01/4641663   -        al-Haramain Charity Establishment    - 01/4611524

    Secretariat General Riyadh Telephone: 01/4193530        Fax: 01/4193542

Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch     –        The Community Commercial Bank for Islamic Banking Services.

According to the following time table:

> 50% immediately when the account has been opened, of the percentage of each organization, with the latest date as 28/9/1420 H. (=1/5/2000 A.D.)
>
> 25% with the latest date as 1/11/1420 H.  (=2/6/2000 A.D.)
> 25% with the latest date as 1/12/1420 H. (=3/7/2000 A.D.)

5.    The attendees agreed on the names of the candidates for the work team and they are:

1.    Mr. Abdullah al-Buraythin  (Supervisor of the Executive Office)

2.    Mr. Salih Ahmad al-Dhibani (Supervisor of social and relief services)

3.    Mr. Abdullah al-Harithi (Medical supervisor)

4.    Mr. Soliman Mohammad al-Musallam (or al-Muslim) (Financial and administrative supervisor)

5.    Mr. Nassir Abd al-Razzak al-'Aridi (Information/media supervisor)

6. Mr. Abdullah Ghanim al-Jahni (Supervisor of statistics and documentation)

**(Page 3)**

7.    Mr. Abd al-Karim Mohammad al-Yazaji (Warehouse and shipping supervisor)

8.    Mr. Soliman al-Ghanim

=================================================

The International Islamic Relief Organization 03/8429758 -       The Saudi Red Crescent 01/4740027 -       The Islamic Endowment Establishment 01/4646965       -       World Association of Islamic Youth 01/4641663   -       al-Haramain Charity Establishment   -   01/4611524
Secretariat General Riyadh Telephone: 01/4193530       Fax: 01/4193542
Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch   –       The Community Commercial Bank for Islamic Banking Services.

6. Shaykh Akil al-Akil was nominated as an authorized representative of the Chair of the Chechnya Committee, in the event of the absence of His Highness Emir Turki Bin Fahd Bin Jalawi Al Saud, the Chair of the Committee.

7. Wednesday after the prayer at sunset was designated as the weekly meeting time of the Committee at the Secretariat General.

## ATTENDEES

| Name | Signature |
|------|-----------|
| Shaykh Akil Bin Abd al-Aziz al-Akil | ----- 24/9/1420 H. (=1/1/2000 A.D.) |
| Mr. Ali Bin Abdullah al-Jrays | ----- |
| Mr. Abd al-Ilah Bin Yahya al-Hayfi | ----- |
| Mr. Iyas Bin Tarik al-Yahya | ----- |
| Mr. Wa'il Bin Abd al-Aziz al-Akil | ----- |
| Mr. Mohammad Bin Hamad al-Huwaydi | ----- |

Chair of the Chechnya Committee Emir Turki Bin Fahd Bin Jalawai Al Saud

---------------------------------------------------------------------------------

Approved by Dr. Abd al-Rahman al-Suwaylim, Chair of the Joint Saudi Committee.

==================================================

The International Islamic Relief Organization 03/8429758 - The Saudi Red Crescent 01/4740027 - The Islamic Endowment Establishment 01/4646965 - World Association of Islamic Youth 01/4641663 - al-Haramain Charity Establishment - 01/4611524
Secretariat General Riyadh Telephone: 01/4193530    Fax: 01/4193542
Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch – The Community Commercial Bank for Islamic Banking Services.

# EXHIBIT  13



لجنة كوسوفا والشيشان
( لجنة الشيشان )

الرقم : ٣ش / ١٢٢٢    التاريخ : ١٢/١٩/١٤٢١هـ

بسم الله الرحمن الرحيم

الحمد لله رب العالمين والصلاة والسلام على رسوله الأمين

**معالي الدكتور عبد الرحمن بن عبد العزيز السويلم** حفظه الله
**رئيس جمعية الهلال الأحمر السعودي**
**رئيس اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان**

السلام عليكم ورحمة الله وبركاته وبعد :

مرافق لمعاليكم تقريراً مختصراً عما تم إنجازه في لجنة الشيشان داخلياً وخارجياً .

وجزاكم الله خيراً
والسلام عليكم ورحمة الله وبركاته

وئيس لجنة الشيشان
المشرف على مكاتب الهيئة بالمنطقة الشرقية

تركي بن فهد بن تركي آل سعود

هيئة الإغاثة الإسلامية العالمية ٣/٨٤٢٨٧٥٨    الهلال الأحمر السعودي ٠١/٤٧٤٠٠٢٧    مؤسسة الوقف الإسلامي ٠١/٤٤٦٤٩٦٥
الندوة العالمية للشباب الإسلامي ٠١/٤٤٦٤١٦٦٣    مؤسسة الحرمين الخيرية ٠١/٤٤٦١١٥٧٤
الأمانة العامة بالرياض هاتف : ٠١/٤١٩٣٥٣٠    فاكس : ٠١/٤١٩٣٥٤٢
حساب التوحيد رقم ٤٨ للزكاة — ٤٩ للتبرعات العامة بـ شركة الراجحي المصرفية فرع المزرعة — البنك الأهلي التجاري للخدمات المصرفية الإسلامية



لإغاثة كوسوفا والشيشان

( لجنة الشيشان )

الرقم : ٣ش/١          التاريخ :   /   / ١٤ هـ

## تقرير مختصر عما تم إنجازه في لجنة الشيشان ( داخلياً )

منذ تشكيل لجنة الشيشان بقرار من مجلس اللجنة في اجتماعها الخامس عشر تم عقد اجتماعات يومية من السبت ١٩/٨/١٤٢٠هـ حتى الأربعاء ٢٣/٨/١٤٢٠هـ وبعد ذلك بشكل أسبوعي وتم الإتفاق على الأمور التالية :

١– وضع آلية لجمع التبرعات لصالح الشيشان بين المؤسسات تشتمل على التالي :

– إصدار بطاقات المتعاونين في جمع التبرعات تحمل شعار اللجنة والمؤسسة .

– صناديق التبرعات تحمل شعاري اللجنة والمؤسسة .

– عدم تكليف صغار السن لجمع التبرعات .

– الإلتزام بالتوزيع الجغرافي لنطاق جمع التبرعات بين المؤسسات .

– إيداع التبرعات في الحساب الموحد للجنة ٤٨ للزكاة و ٤٩ للتبرعات العامة .

٢– عقد اجتماع أسبوعي طوال أشهر رمضان لمناقشة ما يطرأ من سلبيات على جمع التبرعات في الميدان .

٣– الإطلاع على الأرصدة المالية الموجودة في المؤسسات لصالح الشيشان .

٤– اعتماد فرق العمل في الشيشان من منسوبي المؤسسات الأعضاء والدوائر الحكومية ذات الإختصاص .

٥– تم توزيع إعداد خطط العمل بين المؤسسات كالتالي :

– مؤسسة الحرمين الخيرية.                    اللائحة المالية – الإجتماعات الإجتماعية

– مؤسسة الوقف الإسلامي                     اللائحة الإدارية

– جمعية الهلال الأحمر السعودي               البرامج الضخمة

– الندوة العالمية للشباب الإسلامي            الخطة الإعلامية

– هيئة الإغاثة الإسلامية العالمية             خطة العمل الإغاثي

وتم تقديم جميع هذه الخطط في إجتماع اللجنة المنعقد يوم الخميس ٢٩ رمضان

هيئة الإغاثة الإسلامية العالمية ٠٣/٨٤٢٩٧٥٨        الهلال الأحمر السعودي ٠١/٤٧٤٠٠٢٧        مؤسسة الوقف الإسلامي ٥٦٦٦/١٤٢٦
الندوة العالمية للشباب الإسلامي ٠١/٤٤٢١٩٦٣        مؤسسة الحرمين الخيرية ٠١/٤٦١١٥٢٤
الأمانة العامة بالرياض هاتف : ٠١/٤١٩٣٥٣٠  فاكس : ٠١/٤١٩٣٥٤٢
الحساب الموحد رقم ٤٨ للزكاة – ٤٩ للتبرعات العامة بـ شركة الراجحي المصرفية لرع الزرعة – البنك الأهلي التجاري للخدمات المصرفية الإسلامية



لجنة كوسوفا والشيشان
( لجنة الشيشان )

الرقم : ٣ش /          التاريخ :  /  / ١٤٤هـ

٦- تم الإتفاق على فتح حساب للجنة الشيشان واستكمال الإجراءات على أن يكون
الرصيد ٣٠ مليون ريال موزعة كالتالي :

٣٥% هيئة الإغاثة الإسلامية العالمية          ١٠,٥٠٠,٠٠٠ ريال
٣٥% مؤسسة الحرمين الخيرية                ١٠,٥٠٠,٠٠٠ ريال
٢٥% الندوة العالمية للشباب الإسلامي          ٧,٥٠٠,٠٠٠ ريال
٥% مؤسسة الوقف الإعلامي                ١,٥٠٠,٠٠٠ ريال

ويتم إيداعها حسب البرنامج الزمني التالي :

٥٠% فور افتتاح الحساب ( وتم إيداع النسبة من كل مؤسسة )
٢٥ % يتم إيداعها في حساب لجنة الشيشان بتاريخ ١٤٢٠/١١/١هـ
( وقت تغطية المؤسسات للإيداع حسب الموعد وقد تم الإيداع من بعض
الأعضاء ).
٢٥% يتم إيداعها في حساب لجنة الشيشان بتاريخ ١٤٢٠/١٢/١هـ

٧- التعميم على جميع المؤسسات بآلية جمع التبرعات العينية والمواصفات اللازمة لإستقبالها .

٨- تحديد النسبة المئوية للمصاريف التشغيلية .

٩- تحويل مبلغ ٠٠٠,٠٠٠,١ ( مليون دولار ) إلى حساب بالسفارة السعودية في موسكو
لتكون بداية للعمل هناك إضافة إلى ٥٠٠,٠٠٠,١ مائة وألفين دولاراً ) مثّل نفقة الدفعة
الأولى من الوفد بصحبة الأمين العام والتي غادرت إلى المينان يوم الثلاثاء
١٤٢٠/١٠/١٨هـ .

١٠- اجتماع سمو رئيس لجنة الشيشان بفريق العمل للتأكيد على بعض الأمور التنظيمية
والمحاذير وتوقيع جميع أعضاء الوفد عليها .

١١- اجتماع سمو رئيس لجنة الشيشان ونائبين اللجنة المشتركة مع مسئولي السفارة الروسية .

١٢- عقد اجتماع بين سمو رئيس لجنة الشيشان مع القائم بالأعمال في السفارة الروسية
والسفير الروسي .



لإغاثة كوسوفا والشيشان

( لجنة الشيشان )

الرقم : ٣ ش /

التاريخ :  /  / ١٤هـ

١٣ـ عقد اجتماع بين سمو رئيس لجنة الشيشان ورئيس لجنة المتابعة والأمين العـــام ومديـــر مؤسسة الحرمين يوم الأحد ١٦/١٠/١٤٢٠هـ لإطلاع الجميع على آخر المستجدات .

١٤ـ عقد عدد اجتماعات تنظيمية وتنسيقية بين الأمين العام ورئيس لجنة الشيشان .

١٥ـ عقد اجتماع مع السفير الروسي بمقر السفارة بالرياض وكان الإجتماع حضر رأبــدت السفارة الروسية استعدادها لتذليل الصعوبات ولمسنا كل تعاون ورغبة في التعاون مـــع اللجنة السعودية المشتركة .

١٦ـ زيارة المستودع لعام للجنة والإطلاع على محتوياته وتوجيه مسئول المستودع لعمل جرد بمحتوياته تمهيداً لشحن المناسب منها إلى الشيشان عبر طائرتي الشحن وكان برفقة رئيس اللجنة مندوب من السفارة الروسية .

١٧ـ حصر الأدوية المتوفرة في المستودع وتصنيفها تمهيداً لشحنها .

١٨ـ إعداد خطاب بتوقيع معالي الرئيس بشأن الترتيبات اللازمة للعمل من قِبـــل الســـفارة السعودية في روسيا .

هيئة الإغاثة الإسلامية العالمية ٣/٨٤٢٩٧٥٨   الهلال الأحمر السعودي ٠٩/٤٧٤٠٠٢٧   مؤسسة الوقف الإسلامي ٠١/٤٦٤٦٦٦٥

الندوة العالمية للشباب الإسلامي ٠١/٤٦٤١٦٦٣   مؤسسة الحرمين الخيرية ٠١/٤٦١١٦٥٢٤

الأمانة العامة بالرياض هاتف : ٠١/٤١٩٣٥٣٠   فاكس : ٠١/٤١٩٣٥٤٢

الحساب الموحد رقم ٤٨ للزكاة ـ ٤٦ للتبرعات اتبعاته يـ شركة الراجحي المصرفية فرع المروعة ـ البنك الأهلي التجاري للخدمات المصرفية الإسلامية

# THE SAUDI JOINT RELIEF COMMITTEE
# FOR KOSOVO AND CHECHNYA
# (CHECHNYA COMMITTEE)

No. Ch3/1113                Date: 10/11/1420 H. (=2/15/2000A.D.)

**In the Name of Allah, Most Merciful, Most Gracious**
Thank God, the Lord of the human beings, and God Bless His Faithful Messenger and grant him salvation.

**The Honorable Dr. Abd al-Rahman Bin Abd al-Aziz al-Suwailim – May God keep him safe – Chairman of the Saudi Red Crescent Organization; Chairman of the Saudi Joint Relief Committee for Kosovo and Chechnya**

Peace be with you, the mercy of God, and His blessings,
Here is what I would like to say:

Enclosed, your honor, is a brief report regarding what the Chechnya Committee has achieved internally and abroad.

May God bless you for it.
Peace be with you, the Mercy of God, and His blessings.

### Chairman of the Chechnya Committee
### Supervisor of the Offices of the Organization in the Eastern Province
Signature
### Turki Bin Fahd Bin Jalawi Al Saud

---

The International Islamic Relief Organization 03/8429758 -        The Saudi Red Crescent 01/4740027 -        The Islamic Endowment Establishment 01/4646965        -        World Association of Islamic Youth 01/4641663    -        al-Haramain Charity Establishment    - 01/4611524

Secretariat General Riyadh Telephone: 01/4193530        Fax: 01/4193542

Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch        -        The Community Commercial Bank for Islamic Banking Services.

# SAUDI JOINT RELIEF COMMITTEE FOR KOSOVA AND CHECHNYA (CHECHNYA COMMITTEE)

No. Ch3                                    Date: / /14 - - H. (= )

## Brief Report of what the Chechnya Committee has achieved (internally)

Since the creation of the Chechnya Committee upon a decision by the council of the committee in its fifteenth meeting, daily meetings took place from Saturday 19/8/1420 H. (=11/28/1999 A.D.) till Wednesday 23/8/1420 H. (= 12/2/1999 A.D.) and weekly afterwards, and it was agreed upon on the following matters:

1. To establish an instrument to collect donations for Chechnya amongst the organizations entailing the following:
   - To issue I.D. cards for those who are working together in collecting the donations, that carries the emblem of the committee and the organization.
   - Donations boxes should carry the emblem of both the organization and the establishment.
   - Not to assign young persons to collect donations
   - To abide by the geographic division and the boundaries of the collection of donations amongst the organization.
   - To deposit the donations in the consolidated account of the committee 48 for almsgiving and 49 for general donations.

2. To hold a weekly meeting during the entire month of Ramadan to deal with negative emergencies with regard to collecting donations in the field.

The International Islamic Relief Organization 03/8429758  -        The Saudi Red Crescent 01/4740027  -        The Islamic Endowment Establishment 01/4646965        -        World Association of Islamic Youth 01/4641663   -        al-Haramain Charity Establishment   -        01/4611524

Secretariat General Riyadh Telephone: 01/4193530        Fax: 01/4193542

Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch      -        The Community Commercial Bank for Islamic Banking Services.

3.    To review the financial balance available in the establishment for the benefit of Chechnya (Chechens)

4.    To confirm the work team in Chechnya from the representatives of the member organizations and the relevant governmental offices.

5.    The work plans amongst the organizations were completed and divided as follows:

- Al-Haramain organization        (Financial order – Social services)

- The Islamic Endowment Establishment        (Administrative order)

- The Saudi Red Crescent Organization        (Health programs)

- The World Association of Moslem Youth        (Media plan)

- The International Islamic Relief Organization    (Relief work plan)

The delivery of the above mentioned plans was delivered in the Committee meeting held on Thursday 29 Ramadan (9th month).
                                                                                            (Initials)

6.    It was agreed to open an account for the Chechnya Committee and to complete the procedures, with a balance of 30 million Riyals divided as follows:

The International Islamic Relief Organization 03/8429758  -        The Saudi Red Crescent 01/4740027  -        The Islamic Endowment Establishment 01/4646965        -        World Association of Islamic Youth 01/4641663   -        al-Haramain Charity Establishment    - 01/4611524
        Secretariat General Riyadh Telephone: 01/4193530        Fax: 01/4193542
Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch    –        The Community Commercial Bank for Islamic Banking Services.

| 35% | The International Islamic Relief Organization | 10,500,000. Riyal |
| 35% | al-Haramain Charity Organization | 10,500,000. Riyal |
| 25% | World Association of Moslem Youth | 7,500,000. Riyal |
| 5% | The Moslem Endowment Foundation | 1,500,000. Riyal |

The amounts must be deposited according to the following schedule:
50% immediately when the account is opened (According to the percentage of each organization)

25% must be deposited in the account of the Chechnya Committee on 1/11/1420 H. (=2/6/2000 A.D.)

(The organizations were informed about the schedule of the deposit, and some member organizations have already completed the deposit).

25% must be deposited in the account of the Chechnya Committee on 1/12/1420 H. (=3/7/2000 A.D.)

7. To universalize amongst the organizations the method (instrument) by which to collect goods of material value and the necessary specifications to receive them.

8. To determine the percentage of operational expenses.

9. To transfer an amount of $1,000,000. (One million dollars) to the account of the Saudi Embassy in Moscow, to start the work there, and an additional amount of $100,000. (One hundred thousand dollars), as the first advance payment from the delegation accompanying the Secretary General, which left to the field on Tuesday 18/10/1420 H. (= 1/25/2000 A.D.)

======================================================

The International Islamic Relief Organization 03/8429758   -       The Saudi Red Crescent 01/4740027   -       The Islamic Endowment Establishment 01/4646965       -       World Association of Islamic Youth 01/4641663   -       al-Haramain Charity Establishment   -       01/4611524

Secretariat General Riyadh Telephone: 01/4193530       Fax: 01/4193542
Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch       -       The Community Commercial Bank for Islamic Banking Services

10. Meeting of His Highness the Chair of the Chechnya Committee with the team of workers to emphasize certain organizational matters and warnings and to have all the members of the delegation sign on it.

11. Meeting of His Highness the Chair of the Chechnya Committee and the Secretary of the Joint Committee with the representative of the Russian Embassy.

12. A meeting was held between His Highness the Chair of the Chechnya Committee, and the chargé d'affaires of the Russian Embassy, and with the Russian Ambassador.

13. To hold a meeting between His Highness the Chair of the Chechnya Committee, and the Chair of the Follow Up Committee and the Secretary General, and the Director of the al-Haramain Organization on Sunday 16/10/1420 H. (=1/23/2000 A.D.), to update all about the latest news.

14. To hold several organizational and coordination meetings between the Secretary General and the Chair of the Chechnya Committee.

15. A meeting was held with the Russian Ambassador in the embassy location in Riyadh and the meeting was useful, and the Russian Embassy expressed its willingness to remove the obstacles; we felt every cooperation and desire for cooperation with the Joint Saudi Committee.

==========================================================

The International Islamic Relief Organization 03/8429758    -        The Saudi Red Crescent 01/4740027    -        The Islamic Endowment Establishment 01/4646965        -        World Association of Islamic Youth 01/4641663    -        al-Haramain Charity Establishment    -        01/4611524

Secretariat General Riyadh Telephone: 01/4193530        Fax: 01/4193542

Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch    –        The Community Commercial Bank for Islamic Banking Services

16. A visit to the general warehouse of the committee and review of its contents, and to direct the warehouse supervisor to conduct an inventory in preparation to ship what is suitable of it to Chechnya via two cargo planes; a representative of the Russian Embassy accompanied the Chair of the Committee.

17. To compile a list of the medicines available in the warehouse and to divide it into categories in preparation of shipping it.

18. To prepare a letter with the signature of His Highness the Chair with regard to the needed preparations to be done by the Saudi Embassy in Russia.

Signature

The International Islamic Relief Organization 03/8429758  -       The Saudi Red Crescent
01/4740027 -       The Islamic Endowment Establishment 01/4646965        -       World
Association of Islamic Youth 01/4641663   -       al-Haramain Charity Establishment   -
        01/4611524
          Secretariat General Riyadh Telephone: 01/4193530       Fax: 01/4193542
Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and
Investments Corp at the Mazra'ah Branch    –       The Community Commercial Bank for Islamic
Banking Services

(Translator's note: Due to lack of short Arabic vowels on the abovementioned text, the tense of certain verbs was not clear whether it was past, or future).