# EXHIBIT  14



جماعته تواصوصا والفتيقتان
( لجنة الشيشان )

الرقم : ٣ش /

التاريخ : / / ١٤هـ

( تقرير مفصل عما تم إنجازه في لجنة الشيشان خارجياً )

١- طلبنا تعاون السفارة السعودية في النقاط التالية :

١- المشاركة في (إعادة صياغة الإتفاقية مع وزارة الطوارئ الروسية بشـــان فتح مكتب في أنغوشيا عوضاً عن فلادي قفقاز .

٢- الإكتفاء بممثل في فلادي قفقاز .

٣- مشاركة مندوب من السفارة السعودية في بداية توزيع المساعدات .

٤- الإستفادة عن ما يتوفر لدى السفارة بإستخدام السيارات الدبلوماسيـــة للمهام الرسمية .

٥- طلب مترجم من السفارة السعودية .

٢- زيارة الشركات وإجراء مسح على جميع الإحتياجات المطلوبة من مواد غذائية وإغاثيـــة وأدوية وتجهيزات وحددت الإجابات وجاري الترتيب لرفع التسعيرات لرئيـــس لجنــة الشيشان ومن ثم رفعها لمعالي الرئيس .

٣- ترتيب شراء سيارات كالتالي :

١- ٢ جيب .

٢- باص ( ١٤ راكب ) .

٣- سيارة ميدان .

٤- ٣ سيارات إسعاف كاملة التجهيزات .

٥- ٤ شاحنات للتوزيع .

سترفع التسعيرات حسب الإجراءات المتبعة .

هيئة الإغاثة الإسلامية العالمية ٨٤٢٣٧٥٨/٣٠    الهلال الأحمر السعودي ٢٧- ٤٧٤٠/٠١
الندوة العالمية للشباب الإسلامي ٤٢٤١٦٦٣/١    مؤسسة الوقف الإسلامي ٤٢٤٢٦٦٥/٠١
الأمانة العامة بالرياض هاتف : ٤١٩٣٥٣٠/٠١    فاكس : ٤١٩٣٥٤٢/٠١    مؤسسة الحرمين الخيرية ٤٢١١٥٢٤/٠١
الحساب الموحد رقم ٤٨ للزكاة – ٤٩ للتبرعات العامة بـ شركة الراجحي المصرفية فرع الورعة – البنك الأهلي التجاري للخدمات المصرفية الإسلامية



إغاثة كوسوفا والشيشان
( لجنة الشيشان )

الرقم : ٣ش /                                التاريخ : / / ١٤هـ

٤- تم الإتفاق على تعديل الشعار ليتناسب الوضع هناك ليكون اللجنة السعودية المشتركة للإغاثة وعدم ذكر كوسوفا والشيشان لحساسية الوضع هناك لما يترتب على ذلك من معايقات واستفزازات .

٥- الإجتماع مع الجهات المختصة لمناقشة الإعفاء من الضرائب وتنسيق جميع المتطلبات لخدمة العمل الميداني .

٦- تم إجراء مقابلات شخصية مع كثير من المتقدمين للعمل وسيتم اختيارهم بناءً على التخصص والخبرة .

٧- التنسيق مع وزارة الطوارئ الروسية لتوجيه فرع وزارة الطوارئ بأنغوشيا للتعاون .

٨- التنسيق مع وزارة الطوارئ حول المطار والمتطلبات لنزول الطائرات السعودية .

٩- الإجتماع مع السفارة السعودية وأخذ صور من المخاطبات السابقة وأي معلقات سابقة

١٠- تعديل مضمون الفقرة ( ١٢ ) من الإتفاقية بحيث يصبح مدير مكتب اللجنة أو نائبه في موسكو هو المسئول أمام وزارة الطوارئ وليس شخص بعينه .

١١- العمل على تنسيق استقبال المساعدات التي سيتم إرسالها من المملكة أما الأدوية والأجهزة الطبية لابد من ترتيب إجازتها من وزارة الصحة الروسية .

١٢- الإجتماع مع المدير الإقليمي لدار الفقيه في موسكو .

١٣- زيارة عدد من المؤسسات المحلية للتعرف على الأسواق المحلية لتغطية احتياجات تأثيث المكتب في موسكو والمكاتب الفرعية في أنغوشيا والشيشان مستقبلاً .

هيئة الإغاثة الإسلامية العالمية ٠٣/٨٤٢٩٧٥٨              الهلال الأحمر السعودي ٠٢٧٤٠٠٢٧ ٠٩/              مؤسسة الوقف الإسلامي ٠٣/٤٦٤٦٩٦٥
الندوة العالمية للشباب الإسلامي ٩/٤٦٤١٩٦٣              مؤسسة الحرمين الخيرية ٠١/٤٦٤١٥٢٤
الأمانة العامة بالرياض هاتف : ٩/٤٦١٩٣٥٣٠              فاكس : ٩/٤٦١٩٣٥٤٢
الحساب الموحد ولم ٤٨ للزكاة - ٤٩ للتبرعات العامة بـ شركة الراجحي المصرفية فرع الجوزة - البنك الأهلي التجاري للخدمات المصرفية الإسلامية

# SAUDI JOINT RELIEF COMMITTEE FOR KOSOVO AND CHECHNYA (CHECHNYA COMMITTEE)

No.: Ch3/                              Date: /    /14 - - H. (= )

## Brief Report of what the Chechnya Committee has achieved (Abroad)

1. We requested the cooperation of the Saudi Embassy with the following items:

   1 - To participate in revising the text of the agreement with the Russian Ministry of Emergency with regard to opening an office in Ingushetia instead of Fladii Caucasus.
   2 - It is sufficient to have one representative in Fladi Caucasus.
   3 - The participation of a representative from the Saudi Embassy at the beginning of the aid delivery.
   4 - To make use of what is available to the Embassy in using diplomatic cars for official tasks.
   5 - To ask for a translator/interpreter from the Saudi Embassy.

2. To increase the number of companies and to conduct a survey on all the needed food and relief items, medications, and equipment, to determine the needs, and to include the arrangements to present the prices to the Chair of the Chechnya Committee and then to submit it to His Excellency the Chair.

The International Islamic Relief Organization 03/8429758  -      The Saudi Red Crescent 01/4740027 -      The Islamic Endowment Establishment 01/4646965         -        World Association of Islamic Youth 01/4641663   -       al-Haramain Charity Establishment     -      01/4611524
Secretariat General Riyadh Telephone: 01/4193530       Fax: 01/4193542
Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch      –      The Community Commercial Bank for Islamic Banking Services

3.    To arrange to buy cars as follows:

    1 -    2 Jeeps
    2 -    Bus (14 passengers)
    3 -    Field car
    4 -    4 ambulances with complete equipment
    5 -    4 delivery trucks

    We will present the prices according to the followed measures.
                                    (Signature)

It was agreed to adjust the motto to be suitable to the conditions over there to be: The Joint Saudi Committee for Relief, and not to mention Kosovo and Chechnya due to the sensitive condition there, which can lead to harassment and incitement.

5.    To meet with the concerned authorities to discuss exemption from taxes and to coordinate all the needs of the field work service.
6.    Several personal interviews were conducted with many of those who applied for jobs and their selection will be completed based on their specialization and experience.
7.    To coordinate with the Russian Ministry of Emergency to direct the branch of the Ministry of Emergency in Ingushetia for cooperation.
8.    To coordinate with the Ministry of Emergency with regard to the airport and the requirements for the landing of the Saudi airplanes.

====================================================

The International Islamic Relief Organization 03/8429758  -       The Saudi Red Crescent 01/4740027 -      The Islamic Endowment Establishment 01/4646965        -        World Association of Islamic Youth 01/4641663  -       al-Haramain Charity Establishment  -   01/4611524
                  Secretariat General Riyadh Telephone: 01/4193530       Fax: 01/4193542
Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch   –       The Community Commercial Bank for Islamic Banking Services

9.   To meet with the Saudi Embassy and take copies of the previous communications and previous related matters.

10.   To amend the content of paragraph (12) of the agreement to make the Office Director of the Committee or his deputy in Moscow the responsible person with regards to the Ministry of Emergency, and not a particular person.

11.   To work on coordinating the receiving of the aid that will be sent from the Kingdom; as for the medications and medical equipment, it is necessary to obtain permission from the Russian Ministry of Health.

12.   To meet with the Regional Director of Dar al-Kimam (the Summit House) in Moscow.

13.   To visit a number of local organizations to be acquainted with the local markets, to cover the needs of the future furnishing of the office in Moscow, and the office branches in Ingushetia and Chechnya.

(Signature)

The International Islamic Relief Organization 03/8429758 -      The Saudi Red Crescent 01/4740027 -      The Islamic Endowment Establishment 01/4646965      -      World Association of Islamic Youth 01/4641663   -      al-Haramain Charity Establishment   -      01/4611524

Secretariat General Riyadh Telephone: 01/4193530      Fax: 01/4193542

Consolidated account No. 48 for charity – 49 for general donations in the al-Rajhi Banking and Investments Corp at the Mazra'ah Branch    –      The Community Commercial Bank for Islamic Banking Services

Memo of Accord\* between The Russian Ministry ior Civil Defense Affairs, Emergency and Removing Natural Disasters Sequences, and The Saudi Joint Relief Committee for Kosovo and Chechnya, about The Provision of Humanitarian Aids for the needy people in Northern Ququz

According to the needs of tens of thousands of people for humanitarian aids, and as per the Saudi desire to contribute in the mitigation of the sufferings, and because of the Russian understanding of the Saudi noble intentions, the two parties have reached an accord for providing humanitarian aids. This accord is to be signed between the Ministry of Emergency in the Federal Republic of Russia – here in after be referred to as the Ministry of Emergency- and The Saudi Joint Relief Committee for Kosovo and Chechnya- here in after be referred to as The Committee, about the procedures organizing the provision of relief aids as follows:

1. The Committee should organize its work in cooperation with the Ministry of Emergency and the relevant Federal agencies of the Russian authorities and in coordination with UN agencies in Russia.

2. The Committee should provide its humanitarian support to the poor in northern Ququz.

3. The Committee should assign a supervising team for the aids providing process.

4. The Ministry of Emergency will provide facilities such as transporting aids from the kingdom to Russia as well as tax – exempting, and the contribution in securing goods from the local market- if needed- beside value added and local tax-exemption.

5. The Committee will coordinate with The Ministry of Emergency and the local authorities and agencies in the reconstruction of mosques and other institutions in Dagestan and Chechnya, according to a survey conducted by the committee for estimating the needs for reconstruction.

---

\* Translated from the Arabic.

١

6. The Committee will coordinate with the Russian side to maintain media (press & TV) coverage for the process of providing aids.

7. The Committee undertakes to provide The Russian Ministry of Emergency and Ministry of Foreign Affairs (the Russian Embassy in Riyadh) with detailed data about the relief aids.

8. The Committee transports the aids to warehouses in its own expenses, but it can use the Ministry trucks to take aids to the affected areas, with a representing team, and it can put it's logos on the Ministry trucks.

9. The Committee can coordinate with The Ministry of Emergency to establish a camp for the displaced people or sponsor an available one with providing all needs of the camp.

10. The Committee will coordinate closely with The Ministry of Emergency to open an office for the committee in Moscow in order to carry out this Accord.

11. The Ministry of Emergency should help the committee to rent a suitable warehouse.

12. This Accord represents a legal guard for the committee team and its working programs.

13. This Accord has been prepared of two original copies in Arabic and Russian languages. Each part will keep a copy of each language; the two copies have equal legal power. Both sides will cooperate to carry out this noble work in honorific way to fulfill the intended goals.


For the Russian Ministry for Civil Defense Affairs, Emergency and Removing Natural Disasters Sequences
(The Ministry of Emergency)


For The Saudi Joint Relief Committee for Kosovo and Chechnya
Dr. Majid Abdul Aziz Al Turki,
Secretary General


٢

# EXHIBIT  15



بسم الله الرحمن الرحيم

الرقم : ١١٠/٢٥/٧
التاريخ : ١١/٢/١٤٤٢هـ
المشفوعات :

المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير

بَرْقِيَّة

سرية للغاية وعاجلة

فضيلة المدير العام لمؤسسة الحرمين الخيرية                وفقه الله

سلام عليكم ورحمة الله وبركاته ... أما بعد

فقد شكلت لجنة من عدة جهات لدراسة بعض الأمور المتعلقة بالهيئات والمؤسسات الخيرية ، وأقتراح ماتراه مناسباً لضمان تحقيق هذه المؤسسات للأهداف التي أنشئت من أجلها .

وقد أوصت بعدد من الأمور على النحو التالي :

**أولاً : توصيات تتعلق بالمؤسسة :**

١ –  حصر نشاط المؤسسة المتعلق بالشيشان عبر اللجنة السعودية المشتركة لإغاثة كوسوفا والشيشان ، وعدم إرسال أية مساعدات بطريق مباشر أو تحويل الأموال المخصصة للشيشان لأي أنشطة إغاثية ودعوية في أماكن أخرى .

٢ –  تسجيل ممتلكات المؤسسة المنقولة وغير المنقولة باسم المؤسسة بخطابات رسمية منا استناداً للتصريح الصادر للمؤسسة بموجب خطاب صاحب السمو الملكي وزير الداخلية رقم ٢/٢١٩٥/٢٩ش المؤرخ في ١٤١٦/٩/١٨هـ .

٣ –  ضرورة وجود محاسب قانوني خارجي لمراجعة حسابات المؤسسة وفروعها .

**ثانياً : توصيات تتعلق بجميع الهيئات والمؤسسات الخيرية :**

١ –  توحيد مسميات الهيئات الخيرية باللغتين العربية والإنجليزية ومنع تعددها أو اختلافها من دولة لأخرى .

٢ –  سعودة العاملين في الهيئات الخيرية وبخاصة في الوظائف القيادية والمالية وحسن اختيار العاملين وأن يكون هناك تنسيق مع الوزارة حولهم .

٣ –  تحديد المكاتب الخارجية والفروع الداخلية والخارجية وعدم التوسع والانتشار بدون إذن وترخيص مسبق .







٤ – تحري الدقة في اختيار العاملين في المكاتب في الخارج وأن يكونوا من المصرح لهم بالعمل وليس عليهم أي ملحوظات .

٥ – إلزام المكاتب الخارجية بتعيين محام لتقديم الاستشارات للمكتب حتى لايخالف القوانين الداخلية في الدول الأجنبية وكذلك يكون لديه مراجع حسابات خارجي .

٦ – الحرص في الأعمال والأنشطة وبخاصة في ظل الظروف الراهنة ، والاطلاع والمتابعة على مايصدر من إجراءات دولية تتعلق بالعمل الخيري .

٧ – التقليل من الاعتماد على العمل التطوعي ووضع ضوابط له .

٨ – عدم التعامل في الخارج مع منظمات خيرية أجنبية إلا بعد التحقق والعرض للجهات الحكومية ذات العلاقة والحرص في ذلك .

٩ – إحاطة السفارات السعودية بأنشطة الجهات في الخارج بهدف التنسيق والمتابعة لإبراز دور المملكة الخيرية ، وهذا لايعني ربط المكاتب بالسفارات إدارياً أو مالياً أو من خلال أنشطتها .

١٠ – التنسيق بين الجمعيات الخيرية في تقديم المساعدات داخلياً وخارجياً لمنع الازدواجية ولتحقيق أهدافها الخيرية .

١١ – تحديث الدورة المستندية والمحاسبية في الهيئات الخيرية وتحديث إجراءات فتح الحسابات وصلاحيات الصرف وكذلك الإجراءات المالية والسجلات المحاسبية حيث تكون واضحة وموحدة مع أهمية وجود محاسب قانوني ( مراجع حسابات قانوني ) .

١٢ – التعرف على الوسائل التي تساعد في منع وصول الأموال لغير المستفيدين.

١٣ – منع جمع التبرعات إلا بإذن من الجهات الحكومية ذات العلاقة .

١٤ – منع صناديق جمع التبرعات نهائياً في المحلات التجارية والأسواق وعدم وضع مراكز معينة لذلك في بعض الأحياء .





الرقم : ١ / ج / ٧٢٥
التاريخ : ١ / ٤ / ٤٤٢١هـ
المشفوعات :

**بَرقِيّة**

سريّة للغاية بمعاجلة

نأمل اعتماد ماذكر ، وتنفيذه بكل دقة ، بالإضافة إلى ماسبق أن تبلغتم به من تعليمات ، والإفادة بما يتم ، وقد زودنا سعادة وكيل الوزارة للشؤون الإسلامية بصورة من برقيتي هذه لتقوموا بالتنسيق مع سعادته حول هذا الموضوع .

راجياً من الله تعالى للجميع العون والتوفيق .

والسلام عليكم ورحمة الله وبركاته ،،،

وزير الشؤون الإسلامية والأوقاف والدعوة والإرشاد
المشرف العام على مؤسسة الحرمين الخيرية

صالح بن عبدالعزيز بن محمد آل الشيخ

بسم الله الرحمن الرحيم

**AL-HARAMAIN ISLAM..C FDN.**

Head Office - Riyadh

General Manager Office

مؤسسة الحرمين الخيرية

المكتب الرئيس – الرياض

مكتب المدير العام

Ref. : ..............

Date : ..............

الـرقم : ٢/٢٠/٢٦٥٥

التاريخ : ١٤٢٠/٩/٢٧هـ

نسخة مع السلام والتحية لمعالي المشرف العام

سمو الأمير / تركي بن فهد بن جلوي آل سعود          حفظه الله

رئيس لجنة الشيشان

السلام عليكم ورحمة الله وبركاته ...          أما بعـد ؛؛؛

إشارة إلى محضر اجتماع لجنة الشيشان المنعقد مساء السبت ١٤٢٠/٩/٢٤هـ القاضي بتوزيع ميزانية اللجنة للأشهر الثلاثة القادمة على المؤسسات الخيرية .

نود إحاطة سموكم بأنه تـم إيـداع مبلـغ ٥,٢٥٠,٠٠٠ ( فقط خمسة ملايين ومائتـان وخمسون ألف ريال ) في حساب اللجنة رقم ٦/٧٧٧٦ شركة الراجحي المصرفية للاستثمار فرع حي الملك فهد بالرياض . وذلك ٥٠% من حصة مؤسسة الحرمين الخيرية .

أمل الإحاطة وأسأل الله لكم العون والسداد .

والسلام عليكم ورحمة الله وبركاته ؛؛؛

المدير العام

عقيل بن عبد العزيز العقيل

○ صورة للنائب

○ "   للجنة آسيا

○ "   للمكتب/عماد

In the Name of Allah, Most Merciful, Most Gracious

KINGDOM OF SAUDI ARABIA
MINISTRY OF ISLAMIC AFFAIRS, ENDOWMENT, CALL, AND GUIDANCE
OFFICE OF THE MINISTER

No.: 715/?/715 (Unclear)
Date: 1/4/1424 H. (= 6/2/2003)
Enclosures: – – –

**TELEGRAM**

**Confidential and extremely urgent**

His Excellency the General Director of al–Haramain Charity,
May God grant him success.

Peace be with you, the mercy of God, and His Blessings,
Here is what I would like to say,

A committee representing various sides was formed to study some of the
matters related to organizations and charity establishments, to suggest
what it sees suitable to guarantee that such establishments realize the
goals for which they were founded.

It has recommended a number of matters as follows:

**First: Recommendations related to the establishment**:
1.  To limit the activities of the establishment related to the Chechens
    to the Saudi Joint Committee for Relief to Kosovo and Chechnya,
    and not to send any direct aid or to transfer money that belongs to
    the Chechens for any other relief and/or missionary activities in
    other places.
2.  To register all the movable and non–movable properties under the
    name of the establishment with official letters from us, according to
    the declaration issued to the establishment based on the letter of
    His Royal Highness the Minister of Foreign Affairs No. Sh2/2195/29
    dated 18/9/1416 H. (= 2/8/1996 A.D.)

3.   The necessity to have an independent Legal Audit to review the accounts of the establishment and its branches.

**Second: Recommendation related to all organizations and charity establishments**:

1.   To record? (Unclear word) the names of the charity organizations in both the Arabic and English languages, and to prohibit its multiplicity or dissimilarity from one country to another.

2.   Workers in the charity organizations are to be Saudis, especially in the leadership and financial positions, and to choose good workers and to have coordination with the ministry regarding them.

3.   To define (limit) the external offices and the internal and external branches and not to expand and spread out without prior permission and license.

4.   To inquire accurately in choosing the workers in the offices abroad and to make sure that they have permission to work and that they have clean records.

5.   To obligate the offices abroad to appoint a lawyer to offer legal advise to the office, in order not to violate the internal laws in the foreign countries, and that the office should have an independent financial audit.

6.   To be careful with work and activities particularly under the current conditions, and to review and follow all issued international measures with regard to charity work.

7.   To lower dependency on volunteer work and to lay down rules for it.

8.   Not to deal with charity organizations abroad, except after investigation and presenting (them) to the applicable government side, and to aspire (make sure) to that.

9.   To inform the Saudi Embassies abroad with regard to the activities of the charities (lit. sides) abroad, aiming at coordination and follow up to present the charity role of the Kingdom; however, this doesn't mean to connect the offices with the embassies administratively or financially or through its activities.

10.  Coordination between the charity organizations with regard to offering aid locally and abroad, to prevent duplication and to realize its charity goals.

11.  To modernize the documentation and accounting cycle in charity organizations and to modernize the measures of opening accounts and the right (authority) of spending, and also the financial

proceedings and the financial records, in order to make it clear and uniform, as to the importance of having a legal accountant (Legal audit).

12. To figure out the methods that help to prevent the arrival of money to people other than the beneficiaries.

13. To prohibit collecting donations without permission from the applicable government authorities.

14. To completely prohibit the donation money boxes at businesses and markets and to disallow designating specific stations for it in certain quarters (communities).

We hope to have confirmation of the above-mentioned, and to execute it With complete accuracy; this is in addition to the previous directions that you were informed of, and to inform us of what has been accomplished; we have provided His Excellency the Deputy of the Ministry of Islamic Affairs with a copy of this telegram of mine, in order for you to coordinate with him in regards to this matter.

I ask from God the Sublime help and success to all.

Peace be with you, the mercy of God and His Blessings.

(D. al-Haj)

Minister of Islamic Affairs, Endowment, Call, and Guidance
The General Supervisor of the al-Haramain Charity Foundation
Signature

**Salih Bin Abd al-Aziz Bin Mohammad Al al-Shaykh**

In the Name of Allah, Most Merciful, Most Gracious

**AL–HARAMAIN CHARITY FOUNDATION**
     Head Office – Riyadh
     General Manager's Office

             No.: 2/20/2655
             Date: 27/9/1420 H. (=  1/4/2000 A.D.)

A copy, with greetings to his Excellency the General Supervisor
His Royal Highness Emir / Turki Bin Fahed Bin Jalawi Al Saud
                              May God keep him safe
Chairman of the Chechen Committee

Peace be with you, the mercy of God and His Blessings

Here is what I would like to say,

This is in reference to minutes of the meeting of the Chechens Committee
that was held on Saturday evening 24/9/1420 H. (=1/1/2000 A.D.,
which requires the distribution of the Committee's budget for the coming
three months to the charity organizations.

We would like to inform Your Highness that the sum of 5,250,000. riyal
(Five million and two hundred and fifty thousand riyal) was deposited in
the Committee's account No. 6/7776 at the Al–Rajihi Banking &
Investment Corp. in the King Fahed Quarter Branch. That is 50% of the
share of the al–Haramain Charity Foundation.

I wish to let you know and ask God to grant you help and level
headedness.

Peace be with you, the mercy of God and His Blessings

General Director

**Akil bin Abd al–Aziz al–Akil**

Cc.   To the Deputy
      To Asia Committee
      To the Office/Support (or to Imad –  A proper name)

P. O. Box 69606 Riyadh 11557 – Kingdom of Saudi Arabia – Telephone
4624908/4652210/4634414/ – Fax 4623306

Ref # 7 /B/12089

Date : 1/8/1420 H[*]

To:       His Royal highness, Minister of Interior
           General Adviser, Saudi Joint Relief Committee for Kosovo and
           Chechnya
CC:       His Royal highness, Minister of Foreigner Affairs.
CC:       His Excellency, Minister of Information
CC:       His Excellency, Minister of Finance & National Economy

I have received your highness's written telegram No. 733/R dated in 22/07/1420H, which explained the war caused effects on Muslims in Chechnya, where more than two hundred thousand refugees were displaced to the border areas of Chechnya with Angoshya and Dagistan.

I have also informed that many citizens and relief institutions have called the Joint Relief Committee for Kosovo and Chechnya to express their desire to provide the required support for their Muslim brothers there. This was also assured by his Excellency Minister of Islamic Affairs, Endowment, Dawah and Guidance, and his Excellency the Secretary General of the Muslim World League. I was also informed that his Excellency the chairman of the Saudi Red Crescent Association called the Excellency of Russian ambassador to the kingdom as per his request and your kind approval, and that the Russian ambassador has assured that his government welcomes the Saudi support.

He also assured that his government will highlight the shining picture of the kingdom's generosity and humanitarian relief contributions, and that they will disperse the distorting picture against the kingdom being portrayed by the media and the attempts to deteriorate the Saudi-Russian relations. He also said that the relief organizations started to provide supports for the displaced Chechens.

I appreciate your suggestion that we should provide supports under the supervision of the Saudi Joint Relief Committee for Kosovo and Chechnya, and it should be reflected by the media and internationally documented.

I am informing you that I approved that.. So, proceed accordingly.


Abdullah Bin Abdul Aziz
**Deputy Prime Minister**


[*] Tuesday, 09 November 1999 A.D.

# EXHIBIT  16

بسم الله الرحمن الرحيم



المملكة العربية السعودية
وزارة الشؤون الإسلامية والأوقاف
والدعوة والإرشاد
مكتب الوزير

الرقم : ١/ج/١٦١
التاريخ : ١٤٢٥/١/٢٢هـ
المرفقات :

**برقية عاجلة جداً**

سعادة المدير العام لشركة الراجحي المصرفية للاستثمار          سلمه الله

سلام عليكم ورحمة الله وبركاته ، أما بعد ،

فـأشـيـر إلى كـتـابكم ذي الرقم ٦٢٣/ش ق/٢٠٠٤ المؤرخ في
١٤٢٥/١/٥هـ بشأن فتح حساب لمؤسسة الحرمين الخيرية .

وأخبركم بأن مؤسسة الحرمين الخيرية مأذون لها بممارسة العمل الخيري
ولامانع من فتح حساب لها في الشركة وفق تنظيمات وتعليمات مؤسسة
النقد العربي السعودي .

والسلام عليكم ورحمة الله وبركاته .

وزير الشؤون الإسلامية والأوقاف
والدعوة والإرشاد

صالح بن عبدالعزيز بن محمد آل الشيخ

In the Name of Allah, Most Merciful, Most Compassionate

# Kingdom of Saudi Arabia
# Ministry of Islamic Affairs and "wakf/awkaf" (Religious Endowments), Call and Guidance
# Office of the Minister

No.: 1/2/161 S
Date: 22/1/1425 H. (=3/14/2004)
Enclosures:  - - -

## VERY URGENT TELEGRAM

The Honorable General Director of the al-Rajhi Banking and Investment Corporation – May God keep him safe;

Peace be with you the Merci of God and His Blessings.

Now to our topic;

In reference to your letter No. 633/Sh Q/2004 of 5/1/1425 H. (= 2/26/2004), with regard to opening an account for the al-Haramain Charity Foundation.

I would like to inform you that the al-Haramain Charity Foundation is permitted to conduct charity work and there is nothing to prevent the opening of an account for it in your company in accordance with the regulations and the instructions of the Saudi Establishment of Arab Money.

Peace be with you the Mercy of God and His Blessings.

D. al-Haj (signature)

Minister of Islamic Affairs and "wakf/awkaf" (Religious Endowments), Call and Guidance

Signature

Salih Bin Abd-al-Aziz Bin Muhammad Al al-Shaykh

# EXHIBIT  17





أنا وزير العدل بالمملكة العربية
السعودية أؤكد أن الهيئات المذكورة
أدناه مؤسسة نظاميا في المملكة ولها
أن تعمل فيها حسب الأنظمة واللوائح.

I , the Minister of Justice of the Kingdom of Saudi Arabia confirm that , the following organizations are legally established in the Saudi Arabia and are permitted to operate under its laws and regulations ;

أ - رابطة العالم الإسلامي
ب - الندوة العالمية للشباب الإسلامي
ج - مؤسسة الحرمين الإسلامية
د - هيئة الإغاثة الإسلامية

    A. Muslim World League
    B. World Assembly of Muslim Youth
    C. Al-Haramain Islamic Foundation
    D. International Islamic Relief Organization; and

IN WITNESS WHEROF, in my capacity as Minister of Justice the foregoing has been executed in Riyadh on this 30/ 1 /1425H.(21/ 3 /2004)

إشهادا بذلك ، فإني بصفتي وزيرا
للعدل ،
تم التوقيع على هذا في الرياض
في
يوم ٢٥ / ١ / ١٤٢٥هـ. الموافق
٢٠٠٤ / ٣ / ٢١م

Minister of Justice of the Kingdom of Saudi Arabia

Name : Abdullah Mohammed Ibrahim Al Sheikh

وزير العدل بالمملكة العربية
السعودية

الاسم : عبدالله محمد ال شيخ

Signature

21/3/2004

التوقيع :

Stamp

الختم :

١٤٢٥ / ١ / ٢٠
٢٠٠٤ / ٢ / ٣١



In the Name of Allah, Most Merciful, Most Compassionate

Kingdom of Saudi Arabia
Ministry of Justice
Office of the Minister

No.: 72/S/S
Date: 30/1/1425 H. (=3/21/2004 AD)

I, the Minister of Justice of the Kingdom of Saudi Arabia confirm that the following organizations are legally established in the Kingdom and that they are permitted to operate in it in accordance with the laws and regulations.

A. Muslim World League
B. World Assembly of Muslim Youth
C. Al-Haramian Islamic Foundation
D. The Islamic Relief Organization,

I hereby testify to that in my capacity as Minister of Justice.
The foregoing was signed in Riyadh on 30/1/1425 H. (3/21/2004 AD).

**Minister of Justice of the Kingdom of Saudi Arabia**

Name: **Abdullah Mohammed Ibrahim Al Sheikh**

Signature

3/21/2004

30/1/1425
3/21/2004

Seal

Ministry of Justice
Office of the Minister
1400

# EXHIBIT  18

بسم الله الرحمن الرحيم

**AL-HARAMAIN ISLAMIC Fd.d.**
**Head Office - Riyadh**

مؤسسة الحرمين الخيرية
المكتب الرئيس – الرياض

*Ref.* : ....................

*Date* : ....................

الرقم : ....................

التاريخ : ....................

<u>إفادة من مؤسسة الحرمين الخيرية</u>

١. لقد بدأت مؤسسة الحرمين الخيرية حملة جمع تبرعات لإغاثة مسلمي الشيـشان
في عام ١٩٩٩م.

٢. عادةً تجمع التبرعات النقدية والشيكات في الصندوق وفق الخطوات التالية:
    أ– تحرير سند قبض للمتبرع باستلام المبلغ.

ب– تودع المبالغ النقدية والشيكات في الحساب الخاص بالمؤسسة في شـركة
الراجحي المصرفية للاستثمار.

ت– تُسلّم سندات الإيداع مع صورة من سند القبض للإدارة المالية بالمؤسسـة
للتدقيق والمتابعة، وتُبلّغ اللجان العاملة بذلك لتنفيـذ ومتابعـة الأعمـال
والإغاثية والإنسانية وفقاً لذلك.

٣. في شهر مارس من عام ٢٠٠٠م استلم الصندوق من سليمان بن حمد البطحـي
مناولة مبلغ نقدي قدرة (٧٠٣٥١٤ ريال)، عبارة عن إجمالي قيمـة التبرعـات
التي جمعت بواسطة مكتب المؤسسة في أمريكا لصالح إغاثة مسلمي الشيشان

٤. بناءً عليه تم إتباع الخطوات التي تم ذكرها أعلاه وحررت سندات قبض بـرقم
(٢٦٢٧٤٠) ورقم (٢٦٣٨٦٧). وقد صرف المبلغ المـذكور فـي الأعمـال
الإغاثية والإنسانية للاجئين الشيشانين.

٥. حرر في يوم الأحد الموافق ٣ مايو من عام ٢٠٠٤م

مساعد المدير العام للشئون المالية والإدارية

خالد بن عبيد الظاهري



In the Name of Allah, Most Merciful, Most Gracious

AL–HARAMAIN CHARITY FOUNDATION
        Head Office – Riyadh

Ref. No.: – – –
Date: – – –

## Statement From the Al–Haramain Charity Foundation

1. The al–Haramain Charity Foundation started a campaign to collect donations to help the Moslems of Chechnya in the year 1999 A.D.

2. Usually, the donations in cash and checks in the fund are collected according to the following steps:
        A. Issuing a receipt to the donor upon receiving the donated amount.
        B. The cash amounts and the checks are deposited in the fund's account in the al–Rajihi Banking and Investment Corp.
        C. The deposit receipts and a copy of the money receiving document is delivered to the financial administration in the establishment for audit and follow up. The active committees are then informed of to execute and continue the relief and humanitarian work accordingly.

3. In the month of March of the year 2000 A.D., the fund received from Soliman Bin Hamad al–Buthi a delivery of cash money with the value of (703,514. Riyal), equivalent to the total amount of the donations that was collected through the office of the foundation in America, for the sake (in the interest of) of relief to the Moslems of Chechnya.

4. Accordingly the abovementioned steps were followed, and receipts with the number of (262740) and number (263867) were issued. The aforementioned sum was spent in relief and humanitarian work for the Chechen refugees.

5. Issued on Sunday, 3 May 2004 A.D.

The Assistant of the General Director for Financial and Administrative Affairs

Signature

Khalid Bin Ubayd al Zahiri

Seal of al–Haramain Charity Foundation


P. O. Box 69606 Riyadh 11557 – Saudi Arabia – Tel.: 4652210 – 4634414 – 4624908  Fax : 4623306