UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 03 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>PIROUZ SEDAGHATY, AKA Pete Seda, AKA Perouz Seda Ghaty, AKA Abu Yunus,<br><br>   Defendant,<br><br>and<br><br>AL RAJHI BANKING & INVESTMENT CORPORATION,<br><br>   Real-party-in-interest - Appellant. | No. 10-30061<br><br>D.C. No. 6:05-cr-60008-HO-1<br>U.S. District Court for Oregon, Eugene<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., March 22, 2010** | Transcript shall be ordered. |
| **Wed., April 21, 2010** | Transcript shall be filed by court reporter. |

| | |
|---|---|
| **Tue., June 1, 2010** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., June 30, 2010** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Ephraim Belete
Deputy Clerk