DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
chris.cardani@usdoj.gov
Telephone: (541) 465-6771
**CHARLES F. GORDER, JR.**, OSB #91287
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204
charles.gorder@usdoj.gov
Telephone: (503) 727-1000
   Attorneys for United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-02-HO |
| v. | |
| **PIROUZ SEDAGHATY,** | GOVERNMENT'S SUBMISSION REGARDING DEFENDANT'S |
| **Defendant.** | QUESTIONS TO BE ASKED AT CLASSIFIED HEARING |

  Attached is the United States' submission regarding the questions defense counsel wishes to ask at a classified hearing on the defendant's motion to suppress evidence seized pursuant to a search warrant. Pursuant to the Court's December 8, 2009 request, the government submitted a letter to the Court regarding its position as to whether a classified hearing should be held (CR 246). The Court, at a hearing held on January 19, 2010, directed defense counsel to provide

the Court with a list of questions it intended to ask at such a classified hearing. Defense counsel submitted the questions to the Court by letter dated February 23, 2010. The government's reply to defense counsel's submission is attached hereto, and was provided to the Court and to defense counsel on March 4, 2010, via email and first class mail.

Dated this 4th day of March 2010.

        DWIGHT C. HOLTON
        United States Attorney


        /s/ Charles F. Gorder, Jr.
        CHARLES F. GORDER, JR.
        Assistant United States Attorney


        /s/ Christopher L. Cardani
        CHRISTOPHER L. CARDANI
        Assistant United States Attorney