Lawrence Matasar, OSB #74209
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone: (503) 222-9830
Fax: (503) 274-8575
Email: larry@pdxlaw.com

Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org
      Attorneys for Pirouz Sedaghaty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. CR 05-60008 |
| Plaintiff, | NOTICE OF COMMUNICATION TO THE COURT AND OPPOSING COUNSEL |
| vs. | |
| **PIROUZ SEDAGHATY** | |
| Defendant. | |

Defendant, by his attorneys, Lawrence Matasar and Steven T. Wax, hereby gives notice that the attached two letters were previously sent to The Honorable Michael R. Hogan, on the dated indicated on the letters.

RESPECTFULLY SUBMITTED this 8th day of March, 2010.

/s/ Steven T. Wax
Steven T. Wax
OSB No. 85012
Telephone: (503) 326-2123

/s/ Lawrence Matasar
Lawrence Matasar
OSB No. 74209
Telephone: (503) 222-9830

Attorneys for Defendant Pirouz Sedaghaty

PAGE 1 – NOTICE OF COMMUNICATION TO THE COURT AND OPPOSING COUNSEL