IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>PIROUZ SEDAGHATY,<br><br>         Defendant. | CR 05-60008<br><br>**ORDER GRANTING CONTINUANCE OF TRIAL DATE** |

  The question of the trial date having come duly before the Court for consideration, and good cause appearing therefor based on the complexity of the case and pendency of pre-trial motions, the Court does hereby

  ORDER that the presently scheduled trial date of November 30, 2009, is vacated and is rescheduled to June 7, 2010, at 9:00 a.m.;

  IT IS HEREBY FURTHER ORDERED that excludable time shall be recognized in this matter, in accordance with the terms of 18 U.S.C. §3161(h), from the date of this order to and including June 7, 2010, based on the complexity of the case and pendency of pretrial motions

  Dated this _____ day of March, 2010.

                           _____
                           Honorable Michael R. Hogan

Presented by:

/s/ Steven T. Wax
_____
Steven T. Wax, Attorney for Defendant