**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
**CHARLES F. GORDER, JR., OSB# 912874**
Assistant United states Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1117
charles.gorder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-CR-60008-HO |
| | ) | |
| v. | ) | **GOVERNMENT'S AMENDED** |
| | ) | **WITNESS LIST** |
| PIROUZ SEDAGHATY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, through its undersigned counsel, herein submits the following list of witnesses it may call in its case-in-chief.  A brief summary of expected testimony is also provided.  The government reserves the right to call additional witnesses as may become necessary during the course of trial.

| WITNESS NAME | TESTIMONY |
|---|---|
| Al-Haramain Islamic Foundation, Inc. Custodian of Records | Will authenticate records provided by the Al-Haramain Islamic Foundation, Inc., in response to a grand jury subpoena. |

PAGE 1 - GOVERNMENT'S AMENDED WITNESS LIST

| | |
|---|---|
| Al-Rajhi Bank, Custodian of Records | Will authenticate records provided by the bank |
| American Express Custodian of Records | Will authenticate American Express records and provide background testimony on travelers' checks. |
| Bank of America Custodian of Records | Will authenticate records provided by the Bank of America in response to a grand jury subpoena. |
| Barbara Cabral | Will testify amount observations made while attending functions at the Al-Haramain Islamic Foundation, Inc. in Ashland, Oregon. |
| Colleen Anderson, Special Agent IRS-CID | Will review bank records and evidence obtained through a search warrant served on the premises of the Al-Haramain Islamic Foundation, Inc. |
| Daveed Garenstein-Ross | A former employee of the Al-Haramain Islamic Foundation, Inc. Will testify about observations made during his employment. |
| Debra Ingram, Branch Manager Bank of America | Will testify concerning bank transactions with defendant Sedaghaty and Soliman Al-But'he. |
| Evan Kohlman | An expert on the conflict in Chechnya. He will provide background on the conflict, the role of the *mujahideen* in the conflict, and the funding of the *mujahideen* in Chechnya by the Al-Haramain Islamic Foundation. He will also introduce material promoted by the Al-Haramain Islamic Foundation on its website, and identify some of the items found on defendant Sedaghaty's computers. |
| FBI Arabic Translator | Will authenticate Arabic to English translations on government exhibits. |

PAGE 2 - GOVERNMENT'S AMENDED WITNESS LIST

| | |
|---|---|
| FBI Russian Translator | Will authenticate Russian to English translations on government exhibits. |
| FinCEN Custodian of Records | Will authenticate CMIR records. |
| First Escrow, Inc., Custodian of Records | Will authenticate records concerning a real estate transaction. |
| Gregory Wooten, Internal Revenue Service | An expert witness on tax exempt organizations in the United States. He will provide testimony concerning a return filed by defendant Sedaghaty on behalf of the Al-Haramain Islamic Foundation, Inc., as well as background testimony on the requirements of a tax exempt charity. |
| ICE Custodian of Records | Will authenticate I-94 records. |
| IRS Service Center Representative | Will authenticate returns filed with the Internal Revenue Service by defendant Sedaghaty on behalf of the Al-Haramain Islamic Foundation, Inc. |
| Jeremy Christianson, Computer Specialist | A computer forensic expert. He will testify about the work he did in retrieving information from computer hard drives seized during a search warrant from the Al-Haramain Islamic Foundation, Inc. |
| Linda Czemerys, Supervisory Special Agent IRS-CI | Will authenticate records and computer hard drives seized during a search warrant served on the Al-Haramain Islamic Foundation, Inc. |
| Radmila Balobina | Testimony is to be determined. |
| R.D. Kanan, Attorney at Law | Will provide testimony concerning a real estate transaction he engaged in on behalf of the Al-Haramain Islamic Foundation, Inc. |

| | |
|---|---|
| Richard Smith, Internal Revenue Service, Computer Investigative Specialist | Will provide testimony concerning computer hard drives seized during a search warrant from the Al-Haramain Islamic Foundation, Inc. |
| Sergey Ignatchenko, FSB Officer | Will testify about Al-Haramain Islamic Foundation's role in supporting the *mujahideen* in Chechnya and authenticate a conversation between the President of Al-Haramain and the commander of the *mujahideen* in Chechnya. |
| State of Oregon, Office of the Secretary of State, Corporation Division | Will authenticate records concerning the Al-Haramain Islamic Foundation, Inc. |
| Thomas Wilcox, CPA | Will testify that he was hired by defendant Sedaghaty to prepare returns to be filed by Al-Haramain with the Internal Revenue Service. He will further testify concerning information he received to prepare those returns, and conversations he had with defendant and others about financial transactions. |

DATED this 17th day of March, 2010.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney

*/s/ Christopher L. Cardani*
CHRISTOPHER L. CARDANI
Assistant United States Attorney

*/s/Charles F. Gorder, Jr.*
CHARLES F. GORDER, JR.
Assistant United States Attorney

PAGE 4 - GOVERNMENT'S AMENDED WITNESS LIST