Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PIROUZ SEDAGHATY,<br><br>    Defendant. | CR 05-60008 HO<br><br>MOTION TO COMPEL IMMEDIATE PRODUCTION |

Defendant Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby moves this Court to direct immediate production of the grand jury testimony of IRS Agent Colleen Anderson.  By order dated

July 1, 2009, this Court granted the portion of Mr. Sedaghaty's motion for discovery (CR 53) that sought pretrial production of the grand jury testimony. That testimony was independently discoverable pursuant to Fed. R. Crim. P. 26.2 for the suppression hearing that was held on July 13, 2009.

Several times in the past several months, counsel for Mr. Sedaghaty, Mr. Matasar with Mr. Cardani, and Mr. Wax with Mr. Gorder, have asked counsel for the government to produce the transcript. On each occasion, government counsel has stated that they will produce it closer to trial.

At the court hearing on February 16, 2010, counsel for Mr. Sedaghaty brought this issue to the attention of the Court. CR 270, p. 36, l. 11-21. The Court responded, "Okay." CR 270, p. 37, l. 5.

Ms. Anderson is currently scheduled to testify at the resumed suppression hearing on April 1. In order to avoid delay during the hearing, counsel needs that testimony in advance.

Moreover, the batch of discovery provided by the government on January 18, 2010, included handwritten notes of Ms. Anderson's of her interviews of a number of witnesses. Mr. Sedaghaty believes that those notes may, when compared with other matters, raise a significant legal issue. It was after receipt of those notes that Mr. Sedaghaty made a number of his requests for the government to comply with the Court's discovery order.

The Court having previously ordered production of the grand jury testimony, albeit without a production date, Mr. Sedaghaty hereby seeks an order from the Court that the grand jury testimony of Ms. Anderson be turned over to the defense forthwith.

RESPECTFULLY SUBMITTED on March 23, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/Lawrence Matasar
Lawrence Matasar