Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　　　Defendant. | CR 05-60008 HO<br><br><br><br>DEFENDANT'S INITIAL POTENTIAL WITNESS LIST AND MOTION FOR FURTHER DISCLOSURE FROM THE GOVERNMENT |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby submits the following list of potential witnesses. Mr. Sedaghaty cautions the government in its trial preparation that, at this time, this is only a potential list. He has not yet concluded his investigation and anticipates that there is a reasonable possibility that additional witnesses will be added and that witnesses whose names are on the list will not be called. He may also call no witnesses. As he makes decisions on additions and deletions before trial, he will advise government counsel. To the extent strategic decisions are made about the scope of the defense case during trial, Mr. Sedaghaty will make disclosures as appropriate consistent with his constitutional rights.

Mr. Sedaghaty further notes that it is his understanding that the government has only provided on its witness list people it intends to call in its "case in chief." What constitutes a defendant's "case in chief," is unclear. In some cases it could involve alibi or affirmative defense evidence. In most criminal cases, including this one, much of what the defense does is rebuttal or impeachment of the government's case. Thus, much of what Mr. Sedaghaty is providing here is in the nature of rebuttal and impeachment. As a result, the government should be directed at this time to provide the names of witnesses it has identified and is contemplating subpoenaing for a rebuttal case. Through this pleading, Mr. Sedaghaty seeks an order directing the government to do so.

An order requiring the government to provide its anticipated rebuttal and impeachment evidence is necessary due to the limitations on the Court's authority to require the defendant to provide any witness list. *See United States v. Hicks*, 103 F.3d

837, 841 (9th Cir. 1996), *United States v. W.R. Grace*, 526 F.3d 499 (9th Cir. 2008) (overruled that portion of *Hicks* holding that the Court could not order the government to disclose witness lists). In light of *Hicks* and *Grace*, *Wardius v. Oregon,* 412 U.S. 470 (1973) (a statute that does not provide for reciprocal discovery denies due process) requires that the government be required to disclose rebuttal and impeachment witness lists as well. Any lesser requirement imposed by the Court, in the face of it order to the defense, violates due process and defendant's right to counsel.

By this pleading, Mr. Sedaghaty also provides notice pursuant to 28 C.F.R. 16.23 that he is seeking the testimony of two FBI agents, Joseph Boyer and David Carroll, through the service of compulsory process. Mr. Sedaghaty has not, at this point, prepared a subpoena. He requests that the government advise him whether subpoenas will be necessary or whether the government will ensure the presence of the witnesses at trial. Counsel anticipates that Mr. Boyer will be asked about his interview of Mr. Sedaghaty on September 15, 2001, and any other investigative actions he took with respect to Mr. Sedaghaty and Al Haramain. Mr. Carroll will be asked about his meetings with Mr. Sedaghaty, his involvement in the investigation of this case, and his investigation of the intrusions into Mr. Sedaghaty's bank account in the late summer and fall of 2001.

| POTENTIAL WITNESS | TESTIMONY |
|---|---|
| Robert Young | Expert witness on computer forensics |
| Jeff Cone | Expert witness on accounting issues and data recovery |
| Cathy Matthews | Expert witness on accounting and work of Mr. Wilcox |
| Patrick Lang | Expert witness on terrorism, mujihadeen, Chechnya, Middle Eastern, and intelligence issues |

| | |
|---|---|
| Michael Bean | Expert witness on computer forensic work |
| Charitable Tax Expert (to be determined) | Expert witness on charitable tax laws and IRS form 990 |
| Islamic Expert (to be determined) | Expert witness on Islam |
| Expert Witness on CMIR matters (to be determined) | Discuss CMIR reporting requirements and the real world |
| FBI Agent Joseph Boyer | September 15, 2001, interview with Mr. Sedaghaty |
| FBI David Carroll | Testify to meetings with Mr. Sedaghaty and his involvement in the investigation of this case |
| Helen Moore | Bank transactions |
| Federal Defender Staff (to be determined) | Investigation, computer work, prisoner letter review and analysis, video review and analysis, surveillance |
| David Rodgers | Observations at Al Haramain, Ashland, Oregon and Saudi Arabia and Koran Foundation and willfulness |
| Rob Brown | Observations at Al Haramain, Ashland, Oregon and Koran Foundation and willfulness |
| Obdi Guled | Observations at Al Haramain, Ashland, Oregon and willfulness |
| George Arnold | Willfulness |
| Caren Caldwell | Willfulness |
| Ernest Ettlich | Willfulness |
| Jeff Golden | Willfulness |
| Carol Hwoschinsky | Willfulness |
| Mary Ann Jones | Willfulness |
| Rabbi David Zaslow | Willfulness |
| Rabbi Marc Sirinsky | Willfulness |
| Nabil Taha | Willfulness |
| Majdi Zaky | Willfulness |

Page 4  DEFENDANT'S INITIAL POTENTIAL WITNESS LIST AND MOTION FOR FURTHER DISCLOSURE FROM THE GOVERNMENT

| Witnesses from Springfield, Missouri (to be determined) | Willfulness |
|---|---|
| Recipients and Typists of various emails and letters (to be determined) | Preparation, sending, and receipt of emails and letters |

RESPECTFULLY SUBMITTED this 24th day of March, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar