# FILED

UNITED STATES COURT OF APPEALS

MAR 25 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30061 |
| Plaintiff - Appellee,, | D.C. No. 6:05-cr-60008-HO-1 District of Oregon, Eugene |
| v. | |
| AL RAJHI BANKING & INVESTMENT CORPORATION, | ORDER |
| Real-party-in-interest - Appellant. | |

The government's unopposed motion for expedition is granted.

The following briefing schedule shall govern: the opening brief is due April 9, 2010; the answering brief is due April 21, 2010; and the optional reply brief is due April 26, 2010.

This appeal shall be calendared as soon as possible.

Appellant remains obligated to comply with the March 11, 2010 order.


For the Court:

MOLLY C. DWYER
Clerk of the Court


Lorela Bragado-Sevillena
Deputy Clerk
   Ninth Circuit Rule 27-7/Advisory Note
   to Rule 27 and Ninth Circuit Rule 27-10

22Mar2010/LBS/Pro Mo