DWIGHT C. HOLTON, OSB# 09054
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov

FILED '10 MAR 29 13:45 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 05-CR-60008-HO |
| | ) | |
| v. | ) | RULE 6(e) *Ex Parte* MOTION FOR |
| | ) | RELEASE OF GRAND JURY |
| PIROUZ SEDAGHATY, | ) | TESTIMONY and Order |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through Dwight C. Holton, United States Attorney for the District of Oregon, and Christopher L. Cardani, Assistant United States Attorney, moves the Court pursuant to Fed.R.Crim.P. 6(e) for an order releasing to Federal Public Defender Steven Wax and Lawrence Matazar, attorneys for defendant Sedaghaty, the grand jury testimony of IRS Special Agent Colleen Anderson taken on February 17, 2005. This record of testimony is

///

///

///

///

///

necessary for adequate preparation for defendant's defense at trial which is scheduled for June 7, 2010.

    DATED this 29th day of March, 2010.

                                        DWIGHT C. HOLTON
                                        United States Attorney

                                        By: _____
                                        CHRISTOPHER L. CARDANI
                                        Assistant United States Attorney

IT IS SO ORDERED:

This 29th day of March, 2010.

                                        _____
                                        THOMAS M. COFFIN
                                        United States Magistrate Judge