Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 05-60008 HO |
| Plaintiff, | |
| v. | **DEFENDANT'S INITIAL POTENTIAL EXHIBIT LIST AND MOTION FOR FURTHER DISCLOSURE FROM THE GOVERNMENT** |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar

and Federal Public Defender Steven T. Wax, hereby submits the following list of potential exhibits. Mr. Sedaghaty cautions the government in its trial preparation that, at this time, this is only a potential list. He has not fully concluded his investigation and may well add or delete exhibits. If, and when, he determines that additional exhibits will be offered, he will submit a supplemental potential list. In addition, Mr. Sedaghaty notes that he has not included in this list all documents whose potential use is solely for cross-examination purposes and whose disclosure would materially harm his trial rights.

Mr. Sedaghaty further notes that it is his understanding that the government has only provided on its exhibit list items it intends to introduce in its "case in chief." What constitutes a defendant's "case in chief" is unclear. In some cases it could involve alibi or affirmative defense evidence. In most criminal cases, including this one, much of what the defense does is rebuttal or impeachment of the government's case. Thus, much of what Mr. Sedaghaty is providing here is in the nature of rebuttal and impeachment. As a result, the government should be directed at this time to provide the exhibits it has identified and is contemplating using in a rebuttal case. Through this pleading, Mr. Sedaghaty seeks an order directing the government to do so.

An order requiring the government to provide its anticipated rebuttal and impeachment evidence is necessary due to the limitations on the Court's authority as set out in *United States v. Hicks*, 103 F.3d 837, 841 (9th Cir. 1996). *See United States v. W.R. Grace*, 526 F.3d 499 (9th Cir. 2008) (overruling that portion of *Hicks* holding that the Court could not order the government to disclose witness lists). In light of *Hicks* and *Grace*, *Wardius v. Oregon,* 412 U.S. 470 (1973) (a statute that does not provide for

reciprocal discovery denies due process) requires that the government be required to disclose rebuttal and impeachment exhibit lists as well.  Any lesser requirement imposed by the Court, in the face of it order to the defense, violates due process.

| Exhibit No. | Description |
|---|---|
| 601 | Constitution of Al Haramain Islamic Foundation (Saudi Arabia) |
| 602(A) | Monthly Report and Statement of Purpose Declaration of Cooperation Statement between Qu'ran Foundation and Al Haramain Foundation |
| 602(B) | Signed Statement of Purpose Declaration of Cooperation Statement between Qu'ran Foundation and Al Haramain Foundation |
| 602(C) | Statement of Purpose and Declaration of Cooperation between Qu'ran Foundation and Al Haramain Islamic Foundation with printed signatures Solimon Al Buthe, Abu Yunus, Dawood Rodgers, and Robert L. Brown |
| 603 | Letter March 31, 1998, Qu'ran Foundation to Al Haramain Foundation |
| 604 | Email December 11, 1999, Abdul Qaadir to Qur'an and Sunnah Net Group; Jeddah-Net@muslimsonline.com |
| 605 | Email December 31, 1999, 10:29 a.m., Al Buthe to Pete Seda |
| 606 | Email January 1, 2000, 2:37 p.m. P to Al Buthe |
| 607 | Photograph Pete Seda and Solomon Al Buthe under tree |
| 608 | Photograph Pete Seda, Rob Brown, John Dunn and David Rodgers |
| 609 | Photograph including Rob Brown, David Rodgers and Pete Seda |
| 610 | Photograph of 3800 South Highway 99 with camel |
| 611 | Photograph of cultural tent at 3800 South Highway 99 |
| 612 | Photograph Al Haramain building |
| 613 | Photograph David Rodgers and King Abdullah |
| 614-627 | Reserved |
| 628 | December 2, 1999, article from NY TIMES "*McCain Urges Ending Aid To Russia In Wake Of Chechen Policy*" |

| Exhibit No. | Description |
|---|---|
| 629 | ABC News.com page, December 9, 1999, "*Yeltsin Lashes Out*" |
| 630 | THE INDEPENDENT web page December 11, 1999, "*In A Powerless, Frozen City Of No Food, The Blind Hear The Bombs And Know There Is No Escape; Sarah Richards Toured Chechnya's Capital As Russian Forces Closed In, And Was Among The Last To Leave.*" |
| 631 | TIME webpage December 13, 1999, "*Campaign 2000: Foreign Policy: Where McCain Hits Bush The Hardest*" |
| 632 | Doctors Without Borders webpage December 15, 1999, "*Chechnya: The Tracking of Civilians*" |
| 633 | CNN.com webpage December 16, 1999, "*Albright Delivering 'strong message' to Russia*" |
| 634 | CNN.com webpage December 18, 1999, "*Russian Bombardment Intensifies As Troops Close On Grosney*" |
| 635 | Webpage THE GAZETTE, February 6, 2000, "*Escape From Chechnya*" |
| 636(A) | Photographs Time.com photo essay, Russian Soldiers Rest in Downtown Grosny |
| 636(B) | Blinded and Bound, Chechen Civilians |
| 636(C) | Chechen Men in Pit |
| 636(D) | Chechen Boy in Cellar |
| 636(E) | Chechen Woman with Son |
| 636(F) | Fallen City |
| 637 | CNN web page February 16, 2000, "*NATO, Russia Relax Tense Relations*" |
| 638 | Email February 21, 2000, 11:34 p.m. from the Arborist to B@qf.org |
| 639 | Article RIA NOVOSTI February 28, 2000, "*Saudi Arabia to Provide Humanitarian Aid For Refugees*" |
| 640 | Human Rights Watch Report February 29, 2000, "*War Crimes In Chechnya And The Response Of The West*" |
| 641 | CNN.com February 21, 2000 Russia Chechnya webpage, *"EU Says International Observers Needed In Chechnya"* |

| Exhibit No. | Description |
|---|---|
| 642 | Pages, March 22-31, 2000, CNN.com website |
| 643 | United Nations Foundation U.N. wire April 26, 2000, "U.N. Seeks Inquiry Into Violations In Chechnya" |
| 644 | MSF-USA special report, November 22, 2000, *Chechnya, The Politics Of Terror* |
| 645 | United Nations High Commissioner for Human Rights Resolution 2001/24 |
| 646 | U.S. Senate Committee on Foreign Relations, Joseph R. Biden, February 12, 2004 |
| 647-656 | Reserved |
| 657 | Email December 28, 1999, 4:26 p.m. from Info to Info@irw.org |
| 658 | Email January 7, 2000, 3:48 p.m. Info to Info@irw.org |
| 659 | Email January 12, 2000, 5:43 p.m. Info to Info@irw.org |
| 660 | Email January 27, 2000, 10:08 a.m. Info to Info@irw.org |
| 661(A) | Email February 21, 2000, 10:49 a.m. Arborist to B@qf.org |
| 661(B) | Web page Medecins Sans Frontieres |
| 662(A) | Email February 21, 2000, 10:54 a.m. Arborist to B@qf.org |
| 662(B) | Web page United Nations |
| 663 | Email April 2, 2001, 9:58 a.m. CIC@cicnow.com |
| 664 | Email September 21, 2001, 9:25 a.m. P to CAIR |
| 665 | Email September 21, 2001, 9:33 a.m. P to CIC@cicnow.com |
| 666-668 | Reserved |
| 669 | Email January 11, 2000, 14:38:08 S-El Fiki to Haramain |
| 670 | Email January 18, 2000, 07:34:27 Haramain to S. El FIki |
| 671 | Email February 21, 2000, 9:12 a.m. head office to S. El Fiki |
| 672 | February 21, 2000, Letter Aqeel to El Fiki |
| 673 | February 24, 2000, Fax El Fiki to Nasir Eid National Bank of Kuwait |

| Exhibit No. | Description |
|---|---|
| 674 | English translation of February 24, 2000, Fax El Fiki to Nasir Eid National Bank of Kuwait |
| 675 | Declaration of Translation of February 24, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait |
| 676 | Email March 27, 2000, 8:36 a.m. Al Haramain to S. El Flki |
| 677 | Letter April 13, 2000, Mahmoud T. El Fiki from National Bank of Kuwait |
| 678 | Redacted FBI 302 interview report of Mahmoud Talaat El Fiki, investigation on January 31, 2005 |
| 679 | Kuwait Bank record for El Fiki |
| 680-684 | Reserved |
| 685(A) | Email December 30, 1999, 8:50 p.m. P to Al Buthe |
| 685(B) | Attachment to email Statement in Spanish and English from Ayuda Internacional Al Desplazado |
| 686 | Email January 22, 2000, 11:23 p.m. Ashland to Al Buthe |
| 687-691 | Reserved |
| 692 | Letter January 24, 2000, Pete Seda to Responsible Secretariet of Federation Committee for International Technical Humanitarian Cooperation |
| 693 | Email February 29, 2000, 12:16 p.m. P to B@qf.org |
| 694 | Memorandum March 1, 2000, Catherine Granel from Bilal Abdul-Kareem, "Aid to the People of Chechnya" |
| 695 | Email March 1, 2000, 12:22 a.m. P to B@qf.org |
| 696 | Email March 1, 2000, 10:55 a.m. Q to P@qf.org |
| 697 | Email March 1, 2000, 11:29 a.m. P to PJFlorin@jeffnet.org |
| 698(A) | Email March 1, 2000, 12:28 p.m. P to Q |
| 698(B) | Attachment to email, Memorandum to Catherine Granel, March 1, 2000 |
| 699-703 | Reserved |
| 704(A) | Al Haramain Islamic Foundation receipt #262740 |

| Exhibit No. | Description |
|---|---|
| 704(B) | English translation of Al Haramain Islamic Foundation receipt #262740 |
| 705(A) | Al Haramain receipt no. 263867 |
| 705(B) | English translation of Al Haramain receipt no. 263867 |
| 706(A) | Al Haramain log page of receipts no. 262740 & 263867 |
| 706(B) | English translation of Al Haramain log page of receipts no. 262740 & 263867 |
| 707(A) | Affidavit of Al Haramain Islamic foundation, executed May 3, 2004 |
| 707(B) | Certificate of translation of Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 |
| 707(C) | English translation Affidavit of Al Haramain Islamic foundation (707(A)) |
| 708-713 | Reserved |
| 714(A) | Diwan Presidency of Counsel of Ministers |
| 714(B) | English translation of Diwan Presidency of Counsel of Ministers |
| 715(A) | Diwan memo to His Royal Highness Minister of Interior re: Chechen Relief and SJRC |
| 715(B) | English translation of Diwan memo to His Royal Highness Minister of Interior re: Chechen Relief and SJRC |
| 716(A) | Kingdom of Saudi Arabia, Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo |
| 716(B) | English translation of Kingdom of Saudi Arabia, Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo |
| 717(A) | Memo to his Excellency Minister of Finance and National Economy |
| 717(B) | English translation of Memo to his Excellency Minister of Finance and National Economy |
| 718(A) | Order of King Fahad Bin Abdulaziz Al-saud |
| 718(B) | English translation of Order of King Fahad Bin Abdulaziz Al-saud |
| 719(A) | Al Haramain Humanitarian Foundation memorandum November 4, 1999 |
| 719(B) | English translation of Al Haramain Humanitarian Foundation memorandum |

| Exhibit No. | Description |
|---|---|
|  | November 4, 1999 |
| 720(A) | Telegram to the Minister of the Interior, re: Saudi Joint Committee November 10, 1999 |
| 720(B) | English translation of Telegram to the Minister of the Interior, re: Saudi Joint Committee November 10, 1999 |
| 721(A) | Minutes of meeting of the Chechnya Committee/Saudi Joint Relief Committee January 1, 2000 |
| 721(B) | English translation of Minutes of meeting of the Chechnya Committee/Saudi Joint Relief Committee January 1, 2000 |
| 722(A) | Memo from Al Haramain Charity Foundation January 4, 2000 |
| 722(B) | English translation of memo from Al Haramain Charity Foundation January 4, 2000 |
| 723(A) | Report of Saudi Joint Relief Committee for Kosovo and Chechnya (Chechnya Committee) February 15, 2000 |
| 723(B) | English translation of Report of Saudi Joint Relief Committee for Kosovo and Chechnya (Chechnya Committee) February 15, 2000 |
| 724(A) | Brief report what Chechnya Committee has achieved abroad |
| 724(B) | English translation of brief report what Chechnya Committee has achieved abroad |
| 725(A) | Declaration of Vladimir Matusevitch August 23, 2004 |
| 725(B) | Accord between Russian Ministry and Saudi Joint Relief Committee for Kosovo and Chechnya in Russian and Arabic |
| 725(C) | English translation from Arabic of Memo of Accord between Russian Ministry and Saudi Joint Relief Committee for Kosovo and Chechnya |
| 725(D) | English translation from Russian of Russian and Arabic language version of Accord between Russian Ministry and Saudi Joint Relief Committee for Kosovo and Chechnya |
| 725(E) | Russian language version of Certificate 9927 of the State Registration Chamber |
| 725(F) | English translation of Certificate 9927 of the State Registration Chamber |

| Exhibit No. | Description |
|---|---|
| 726(A) | Telegram regarding Al Haramain, Chechnya and Saudi Joint Relief Committee June 2, 2003 |
| 726(B) | English translation of telegram regarding Al Haramain, Chechnya and Saudi Joint Relief Committee June 2, 2003 |
| 727(A) | Telegram to Al Raji Banking and Investment Corporation March 14, 2004 |
| 727(B) | English translation of Telegram to Al Raji Banking and Investment Corporation March 14, 2004 |
| 728(A) | Confirmation from Minister of Justice regarding Al Haramain Islamic Foundation March 21, 2004 |
| 728(B) | English translation of Confirmation from Minister of Justice regarding Al Haramain Islamic Foundation March 21, 2004 |
| 729(A) | Statement from Al Haramain Charity Foundation May 3, 2004 |
| 729(B) | English translation of Statement from Al Haramain Charity Foundation May 3, 2004 |
| 730 | Unclassified summary regarding monies destined for needy Chechen families |
| 731-747 | Reserved |
| 748 | Handwritten document captioned "Wire Transfer" top line $2767 |
| 749(A) | Email December 30, 1999 8:20 a.m. Tom to Pete Seda |
| 749(B) | Proposal attachment to email: Letter Tom Wilcox to Pete Seda December 30, 1999 |
| 750 | Engagement letter from Tom Wilcox to Pete Seda |
| 751 | Handwritten list, top line 2/24/2000 Mahmoud T. El Fiki |
| 752 | Check #9733 June 23, 2000 |
| 753 | Check #9733 6/23/2000 |
| 754.1-? | Many of the documents in the file of Thomas Wilcox will be used as exhibit. Pursuant to agreement of the parties, this file was scanned by Pacific Legal Inc., and Bates numbered FPDUS0042234 - FPDUS0043706. The government has been provided with a complete copy of this file. |

| Exhibit No. | Description |
|---|---|
| 755.1-? | A series of recovered Quikbook files (the number is not yet determined). |
| 756 | Email January 2, 2000, 1:13 p.m. P to Ms. Katkhouda |
| 757 | Email January 6, 2000, 1:35 a.m. Al Buthe to P |
| 758 | Email January 6, 2000, 1:37 a.m. Al Buthe to P |
| 759 | Email February 26, 2000, 8:45 a.m. from Al Buthe to P@qf.org |
| 760-800 | Reserved |
| 801 | Email April 1, 2000, 2:07 p.m. P to Raya Shokatford |
| 802 | Letter Proposal April 11, 2000, Pete Seda |
| 803(A) | Email April 12, 2000, 11:57 a.m. PJFlorin@jeffnet.org to Pete Seda 3 |
| 803(B) | Draft greetings letter.doc attached to email |
| 803(C) | Draft public relations letter re Islam attached to email |
| 804(A) | Email April 18, 2000, 3:05 p.m. PJFlorin @jeffnet,org to Pete Seda 3 |
| 804(B) | Draft Jewish Community letter attached |
| 804(C) | Draft anti-terrorism letter to Sheik Aqeel attached to April 11, 2000, email |
| 805(A) | Email April 19, 2000 12:46 a.m. Ashland to Al Buthe |
| 805(B) | Attachment to email, Letter April 19, 2000, Pete Seda to Aqeel al Aqeel |
| 806 | Letter April 19, 2000, Pete Seda to Aqeel al Aqeel |
| 807 | Email July 5, 2000, 11:52 a.m. PJFlorin@jeffnet.org to Pete Seda and attachment |
| 808 | ASHLAND DAILY TIDINGS September 15, 2001 |
| 809 | Letter September 18, 2001, Al Haramain Foundation, signed by Pete Seda, to Office of Emergency Relief, City of New York |
| 810 | Letter September 18, 2001, Pete Seda to State Department |
| 811 | Letter September 18, 2001, Pete Seda to Office of Emergency Relief |
| 812 | Letter September 20, 2001, Pete Seda to My Dear Brothers and Sisters |
| 813 | Letter September 20, 2001, Secretary of Health and Human Services, |

| Exhibit No. | Description |
|---|---|
|  | Tommy Thompson, from Pete Seda |
| 814 | Mail Tribune article, September 20, 2001 |
| 815 | Letter to the Editor by Pete Seda, September 21, 2001 |
| 816 | Email September 21, 2001, 9:15 p.m. Marisa Petersen to Qu'ran Foundation |
| 817 | September 23, 2001, 10:59 a.m. A to letters@tucsoncitizen.com |
| 818 | September 23, 2001, 6:45 p.m. A to Oelrichs@rockymountainnews.com |
| 819 | September 23, 2001, 7:31 p.m. A to letters@washpost.com |
| 820(A) | September 26, 2001, 11:04 a.m. Florin to Pete Seda |
| 820(B) | Email September 26, 2001, Pete Seda to Senator Wyden |
| 821 | Letter October 2, 2001, Congressman Greg Walden to Pete Seda |
| 822 | Letter October 2, 2001, Pete Seda to Dear Spiritual Leader |
| 823 | Letter October 5, 2001, FBI Thomas J. Pickard to Pete Seda |
| 824 | Email October 7, 2001, 2:28 p.m. The Arborist to Traci Dow |
| 825 | Email October 7, 2001, 3:05 p.m. A to DBerger and attachment |
| 826 | Email October 14, 2001, 1:16 p.m. Scarlet Ledesma to Pete@the arborist.com |
| 827 | Reserved |
| 828 | Letter October 24, 2001, Department of the Army, Office of Chief of Chaplins, to Pete Seda |
| 829 | Letter November 19, 2001, Federal Bureau of Investigation to Pete Seda |
| 830 | Email November 27, 2001, 2:57 pm, from Peace House to recipient list |
| 831 | Email November 28, 2001, 7:58 am, Victoria Lane to P at QF.org |
| 832 | Announcement of community benefit concert Saturday, December 1, 2001 |
| 833 | Press releases March 2002 |
| 834 | Press Release March 11, 2002, by Al Haramain Islamic Foundation |

| Exhibit No. | Description |
|---|---|
| 835 | Letter March 15, 2002, Pete Seda to Senator Joseph Biden |
| 836(A) | Email October 14, 2002, from Florin to Pete Seda |
| 836(B) | Attachment to Email October 14, 2002, Florin to Pete Seda, Letter Pete Seda to scholars of the Ummah |
| 837 | Reserved |
| 838 | Letter November 4, 2002, Pete Seda to Brothers in Al Haramain Islamic Foundation |
| 839 | Letter 10th of Sha (ban 1423) (October 16, 2002) Pete Seda to Scholars of the Ummah |
| 840 | Memo January 28, 2003, Secretary of State Powell from Pete Seda |
| 841-51 | Reserved |
| 852 | Letter November 19, 2001, Barbara S. Wallace, Federal Bureau of Investigation, to Pete Seda |
| 853 | Letter February 14, 2002, United States Department of Justice, Criminal Division, to Pete Seda |
| 854 | Letter July 2, 2002, Pete Seda to Dave Carroll |
| 855(A) | Reserved |
| 855(B) | Reserved |
| 856 | Photograph of Pete Seda with United States Ambassador to United Arab Emirates, Michele J. Sison |
| 857-865 | Reserved |
| 866 | Letter April 22, 2002, Pete Seda to Israeli Embassy |
| 867 | Letter April 22, 2002, Pete Seda to Licensing Division, Office of Foreign Assets Control |
| 868(A) | Email April 22, 2002, P to Florin 4:43 pm |
| 868(B) | Attached letter to Israeli's 4/22/02 |
| 869 | Email 4/23/2002 8:19 am, Brett Schor to P |
| 870 | Letter May 2, 2002, Ambassador Kurtzer to Pete Seda |

| Exhibit No. | Description |
|---|---|
| 871 | Emails May 13,2002, PS to Benny Dagan |
| 872 | Letter May 14, 2002, Pete Seda to Lorraine Lanlor, Office of Foreign Assets Control |
| 873 | Letter May 14, 2002, Pete Seda to Compliance Division Office of Foreign Assets Control |
| 874(A) | Email May 28, 2002, PS to Florin |
| 874(B) | Letter May 28, 2002, Pete Seda to Earl Wall |
| 875 | Letter June 19, 2002, Office of Foreign Assets Control to Martin McMahon, Esquire |
| 876 | Letter July 1, 2002, Pete Seda to Richard Newcomb, Office of Foreign Assets Control |
| 877(A) | Email July 2, 2002, David Berger to Pete Seda |
| 877(B) | Letter July 2, 2002, to Chief Pete Flueter |
| 877(C) | Letter July 2, 2002, to Lieutenant Patten |
| 878 | Letter July 16, 2002, Pete Seda to Israeli Colonel Isaac Gurvich |
| 879 | Letter July 17, 2002, Pete Seda to Ambassador Kurtzer |
| 880 | Letter July 17, 2002, Pete Seda to United States Embassy, Economics Section, Ava Rogers |
| 881 | Letter July 17, 2002, Pete Seda to Deborah Schwartz, United States Embassy, Israel |
| 882 | Fax July 22, 2002, Ava Rogers, U.S. Embassy to Pete Seda |
| 883(A) | Email July 22, 2002, Florin to PS 11:24 am |
| 883(B) | Letter July 22, 2002, Pete Seda to Ava Rogers, U.S. Embassy |
| 884 | Letter July 23, 2002, Pete Seda to Ian Barukh, Israeli Foreign Ministry |
| 885 | Letter July 26, 2002, Rabbi Zaslow |
| 886(A) | Email July 30, 2002, PS to Asim.ghafoor 2:28 p.m. |
| 886(B) | Letter Israeli government July 28, 2002 |

| Exhibit No. | Description |
|---|---|
| 887 | Fax July 31, 2002, Leah Tesmel to Pete Seda |
| 888 | Letter Pete Seda to Ms. Orley, Israel Defense Forces |
| 889 | Email August 27, 2002, Florin to PS, with email from PS to Florin |
| 890-905 | Reserved |
| 906 | Email February 21, 2000, 8:50 p.m.wsra99@aol.com to P@qf.org, |
| 907 | Email March 29, 2000, 10:32 a.m. P to wsra99@aol.com |
| 908(A) | Email October 26, 2001, 4:48 p.m. Sandra Kay to Pete |
| 908(B) | Attached letter, October 26, 2001, to Steve Monroe at OFAC |
| 909(A) | Letter November 1, 2001, Pete Seda to Emily Clay at OFAC |
| 909(B) | Letter November 2, 2001, OFAC to Pete Seda |
| 910-924 | Reserved |
| 925 | Photo Pete Seda with truck |
| 926 | Article REGISTER GUARD, "*Fate of Big Leaf Maples in Whiteaker Up In The Air*" |
| 927 | Email January 20, 2000, 7:41 p.m. Brad and Rooney Riggs to P |
| 928 | Email February 11, 2000, 6:56 p.m. Jim Hartman to Pete |
| 929 | Ashland Watershed Partnership meeting notes March 28, 2000 |
| 930 | Email November 17, 2000, 3:08 p.m.: Swales to @mind.net |
| 931 | Email April 11, 2001, 11:56 a.m. Rose Hill to P@qf.org |
| 932 | Email June 24, 2001, 2:13 p.m. The Arborist to Colin Swales |
| 933(A) | Email October 17, 2001, Representative Greg Walden to Pete |
| 933(B) | Email December 6, 2001, Representative Greg Walden to Pete |
| 934 | Photograph Pete Seda cleaning Ashland |
| 935 | Pete Seda on ladder |
| 936 | Pete Seda cleaning with fire people |

Page 14  DEFENDANT'S INITIAL POTENTIAL EXHIBIT LIST AND MOTION FOR FURTHER
         DISCLOSURE FROM THE GOVERNMENT

| Exhibit No. | Description |
|---|---|
| 937 | Photograph of the arborist crew |
| 938 | Photograph of Pete Seda with Governor Kitzhaber |
| 939 | Photograph of Pete Seda cleaning downtown Ashland |
| 940-955 | Reserved |
| 956 | Photo Pete Seda with children |
| 957(A) | Email March 28, 2000, 3:25 p.m. Q to P@qf.org |
| 957(B) | March 28, 2000, letter Pete to Pastor |
| 958 | Email May 23, 2000, 3:20 p.m. B to P |
| 959 | Email October 22, 2000, 8:57 p.m. Kelly Bennett to Pete Sedaghaty |
| 960 | Email January 24, 2001, 12:14 a.m. P to Shalomrav@aol.com |
| 961 | Email February 23, 2001, 1:56 p.m. Stan Way to P@qf.org |
| 962 | Email May 11, 2001, 10:12 a.m. James Y. Horton to P@qf.org |
| 963 | Email May 21, 2001, 2:22 p.m. Pam Long to P@qf.org |
| 964 | Email May 22, 2001, 11:31 a.m. Peace House to Pete Seda et. al. |
| 965 | Email July 2, 2001, 12:53 a.m. Pete to BLJ_maj@yahoo.com |
| 966 | MAIL TRIBUNE article: *Class Tries To Bridge The Ignorance Gap*, October 10, 2001 |
| 967 | Photograph class at tent |
| 968 | Photograph multi-cultural fair |
| 969 | Photograph Religion Class at tent |
| 970 | Photograph presentation at church |
| 971 | Email Jane Claussen to P at QF.org, January 2, 2002 |
| 972(A) | Email January 21, 2002, 1:50 pm, P to Florin |
| 972(B) | Attachment letter for Peace House |
| 973 | Bi-line article: Islamic Show Intrigues RCC, February 2002 |

| Exhibit No. | Description |
|---|---|
| 974 | Email February 1, 2002, Drake, Tommy to P at QF.org, 10:47 am |
| 975 | Email February 5, 2002, Closter, Larry to Q. (six pages) |
| 976 | Photograph Pete Seda in church |
| 977 | Photograph of Pete Seda lecturing to students |
| 978-986 | Reserved |
| 987 | Email April 11, 2000, 8:13 a.m. B to P@qf.org |
| 988 | Email March 13, 2002, Stan Way to P |
| 989(A) | Email April 19,2002, P to Florin |
| 989(B) | Attached letter to Senators and Reps |
| 990 | Booklet Islam Is by Pete Seda |
| 991 | T-shirt |
| 992-1001 | Reserved |
| 1002 | Summary of seized videos and other media (to be created) |
| 1003 | Summary of review of prisoner letters (to be created) |
| 1004-1023 | Reserved |
| 1024 | Photograph of shrubbery |
| 1025(A) | Photograph of wire |
| 1025(B) | Photograph of wire |

| Exhibit No. | Description |
|---|---|
| 1026 | Photograph of former President George W. Bush with Saudi Crown Prince Abdullah |

RESPECTFULLY SUBMITTED this 30th day of March, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar