Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>           v.<br><br>PIROUZ SEDAGHATY,<br><br>                                    Defendant. | CR 05-60008<br><br>EXHIBIT TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS TO SUPPRESS EVIDENCE BASED ON *AL HARAMAIN ISLAMIC FOUNDATION, INC. v. OBAMA* |

Page 1 -    EXHIBIT TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS TO SUPPRESS EVIDENCE BASED ON *AL HARAMAIN ISLAMIC FOUNDATION, INC. v. OBAMA*

Defendant, Pirouz Sedaghaty, through his attorneys, Federal Public Defender Steven T. Wax, and Lawrence Matasar, hereby submits as an exhibit to his Supplemental Memorandum in Support of Motions to Suppress Evidence Based on *Al Haramain Islamic Foundation, Inc. V. Obama*, MDL No. 06-1791, Case No. C-07-0109, the opinion of Honorable Vaughn R. Walker, Chief Judge, United States District Court for the Northern District of California, dated March 31, 2010.

RESPECTFULLY SUBMITTED this 31st day of March, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar

Page 2 -    EXHIBIT TO DEFENDANT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS TO SUPPRESS EVIDENCE BASED ON *AL HARAMAIN ISLAMIC FOUNDATION, INC. v. OBAMA*