# Exhibit 9



FROM THE OFFICE OF PUBLIC AFFAIRS

February 19, 2004
JS-1183

**Treasury Announces Actions Against AL-Haramain**

The United States Attorney's Office for the District of Oregon announced a federal search warrant was executed yesterday against property purchased on behalf of the Al Haramain Islamic Foundation, Inc. in Ashland, Oregon.

The search was led by agents of the Internal Revenue Service-CI as part of a joint Federal Bureau of Investigation (FBI) and Department of Homeland Security (DHS)/Immigration and Customs Enforcement investigation.

This search was conducted pursuant to a criminal investigation into possible violations of the Internal Revenue Code, the Money Laundering Control Act and the Bank Secrecy Act. The suspected crimes relate to possible violations of the currency reporting and tax return laws by two officers of the Ashland Oregon office of Al Haramain Foundation, Inc.

In a separate administrative action today, the Treasury's Office of Foreign Assets Control (OFAC) has blocked pending investigation accounts of the Al Haramain Foundation, Inc. to ensure the preservation of its assets pending further OFAC investigation.

The parent of the Oregon Al Haramain Islamic Foundation is headquartered in Saudi Arabia, and is one of that country's largest Non Governmental Organizations, with worldwide reach.

In March 2002, the United States Treasury and the Kingdom of Saudi Arabia jointly designated the Bosnian and Somalia Branches of Al Haramain as supporters of terrorism. In December 2003, the reconstituted branch of Al Haramain in Bosnia, Vazir, was also designated by both governments as a supporter of terrorism. In January 2004, the Kingdom of Saudi Arabia and the U.S. Department of the Treasury jointly designated four additional Al Haramain branches -- Indonesia, Tanzania, Kenya and Pakistan -- as being supporters of terrorism. The United Nations has adopted these Al Haramain designations and imposed an asset freeze, travel ban and arms embargo pursuant to United Nations Security Council Resolutions 1267/1390/1455.