# Exhibit 10

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

APR 23 2004

Lynne Bernabei
Bernabei & Katz, PLLC
1773 T Street, NW
Washington, D.C. 20009-7139

Re: Al Haramain Islamic Foundation, Inc.

Dear Ms. Bernabei:

Based on the enclosed unclassified information and on classified documents that are not authorized for public disclosure, including disclosure to you or your client, the al Haramain Foundation, the Office of Foreign Assets Control ("OFAC") is considering designating the Al Haramain Foundation branch office in Oregon ("AHF") as a Specially Designated Global Terrorist pursuant to Executive Order 13224 and the International Emergency Economic Powers Act, 50 U.S.C. § 1701 *et seq.* Material covered by privilege as well as private information about government employees was redacted. If OFAC considers any additional unclassified material, it will forward that information to you for your review. Any material that AHF may wish to submit to OFAC in response to this letter must be received within 21 days of the date of this letter, to allow the agency an opportunity to evaluate that information prior to making the designation determination.

The response to this notice should be directed to R. Richard Newcomb, Director, Office of Foreign Assets Control, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, N.W., Annex, Washington, D.C. 20220. A copy of your response also should be provided to Ms. Cari Stinebower in Chief Counsel's Office (Foreign Assets Control). If you have any questions, please contact Cari Stinebower at (202) 622-2410.

Sincerely,

Richard Newcomb

R. Richard Newcomb
Director
Office of Foreign Assets Control

Enclosures

cc: Andrea Gacki