# Exhibit 11



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C. 20220

FAC No. SDG 229662

JUL 2 3 2004

Lynne Bernabei
Bernabei & Katz, PLLC
1773 T Street, NW
Washington, D.C. 20009-7139

Re: Al Haramain Islamic Foundation, Inc.

Dear Ms. Bernabei:

As a follow-up to my April 23, 2004 letter to you, I am informing you that the Office of Foreign Assets Control (OFAC) is considering (1) the attached additional unclassified material, (2) the material provided to you on April 23 or referenced in the April 23 letter, (3) additional classified information not being provided to you, (4) correspondence between OFAC and al Haramain Islamic Foundation, Inc. ("AHF"), and (5) material you have provided for inclusion in the record, in determining whether to designate AHF, as a Specially Designated Global Terrorist pursuant to Executive Order 13224 and the International Emergency Economic Powers Act, 50 U.S.C. §§ 1701-06. All of the information described in the April 23 letter and in this letter, any material that AHF submits to OFAC in response, and all correspondence between OFAC and AHF will constitute the administrative record upon which OFAC will make its designation determination. Any material that AHF may wish to submit to OFAC in response to this letter must be received within 7 days of the date of this letter, to allow the agency an opportunity to evaluate that information prior to making the designation determination.

The response to this notice should be directed to R. Richard Newcomb, Director, Office of Foreign Assets Control, U.S. Department of the Treasury, 1500 Pennsylvania Avenue, N.W., Annex, Washington, D.C. 20220. A copy of your response also should be provided to Ms. Cari Stinebower in Chief Counsel's Office (Foreign Assets Control). If you have any questions, please contact Cari Stinebower at (202) 622-2410.

Sincerely,

R. Richard Newcomb
Director
Office of Foreign Assets Control

Enclosures