Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>PIROUZ SEDAGHATY,<br><br>                    Defendant. | CR 05-60008<br><br>DEFENDANT'S CORRESPONDENCE TO HONORABLE MICHAEL R. HOGAN DATED APRIL 2, 2010 |

Page 1 -      DEFENDANT'S CORRESPONDENCE TO HONORABLE MICHAEL R. HOGAN DATED
              APRIL 2, 2010

Defendant, Pirouz Sedaghaty, by and through counsel, Federal Public Defender Steven T. Wax, and Lawrence Matasar, submits the attached correspondence to the Court.

RESPECTFULLY SUBMITTED this 2nd day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar