DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
CHARLES F. GORDER, JR., OSB# 912874
Assistant United states Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1117
charles.gorder@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  CR 05-60008-HO |
| | ) | |
| v. | ) | GOVERNMENT'S |
| | ) | RESPONSE TO DEFENDANT'S |
| | ) | CORRESPONDENCE TO |
| PIROUZ SEDAGHATY, | ) | HONORABLE MICHAEL R. |
| | ) | HOGAN DATED APRIL 2, 2010 |
| Defendant. | ) | |


The United States, through its undersigned counsel, herein responds

to "Defendant's Correspondence to Honorable Michael R. Hogan Dated

April 2, 2010 ,"  (CR 316), and submits the attached correspondence to the

Court.

DATED this 5th day of April, 2010.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney


*/S/ Christopher L. Cardani*
By: _____
CHRISTOPHER L. CARDANI
Assistant United States Attorney


*/s/ Charles F. Gorder, Jr.*
By: _____
CHARLES F. GORDER, JR.
Assistant United States Attorney

2 - Government's Response to Defendant's Correspondence to Honorable
Michael R. Hogan Dated April 2, 2010 (CR 316)