Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

FILED '10 APR 05 16:25 USDC-ORE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　　　　　Defendant. | CR 05-60008<br><br>DEFENDANT'S FIRST MOTION TO AMEND THE PROTECTIVE ORDER (CIPA) |

Defendant, by his attorneys, Lawrence Matasar and Steven T. Wax, hereby moves for an amendment to the protective order. Upon agreement of the parties and having been advised by the Court Security Officer that they have the necessary security

Page 1 -    DEFENDANT'S FIRST MOTION TO AMEND THE PROTECTIVE ORDER (CIPA)

clearances, ¶ 10(c) of the protective order in the above referenced case, entered by the Court on March 19, 2010, is hereby amended by adding Federal Defender staff Michelle Sweet, Research and Writing Attorney, and Lisa Powell, legal assistant, as authorized to have access to classified documents and information.

RESPECTFULLY SUBMITTED this 1st day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar

SO ORDERED this 5th day of April, 2010.

Honorable Michael R. Hogan
United States District Court