Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

FILED '10 APR 06 11:54 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　　　　　　　Defendant. | CR 05-60008<br><br>DEFENDANT'S SECOND MOTION TO AMEND THE PROTECTIVE ORDER (CIPA) |

Defendant, by his attorneys, Lawrence Matasar and Steven T. Wax, hereby moves for a second amendment to the protective order. Having been advised by the Court Security Officer that he has the necessary security clearance and pursuant to the

Page 1 -　　DEFENDANT'S SECOND MOTION TO AMEND THE PROTECTIVE ORDER (CIPA)

oral directive of the Court and the government's statement that it will accede to the order, the protective order in the above referenced case, entered by the court on March 19, 2010, is hereby amended by adding defense expert Col. W. Patrick Lang as authorized to have access to classified documents and information.

RESPECTFULLY SUBMITTED this 1st day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar


SO ORDERED this __6th__ day of April, 2010.

Michael R. Hogan
United States District Judge


Page 2 -    DEFENDANT'S SECOND MOTION TO AMEND THE PROTECTIVE ORDER (CIPA)