IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA, | CR 05-60008 |
|---|---|
| Plaintiff, | MEMORANDUM OF UNDERSTANDING |
| v. | |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

1. Having familiarized myself with the applicable laws, I understand that I have already received, and may be the future recipient of, information and documents that pertain to the national security of the United States, and which are the property of the United States, and that such documents and information, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2. I agree that I shall never divulge, publish or reveal, either by word, conduct, or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, or as otherwise ordered by this Court.

Page 1 -    MEMORANDUM OF UNDERSTANDING

3. I understand that this agreement will remain binding upon me after the conclusion of trial in United States v. Pirouz Sedaghaty, Criminal Case No. 05-cr-60008-02-HO, and any subsequent related proceedings including the appellate process.

4. I have received, read, and understand the Protective Order entered by the United States District Court for the District of Oregon in the above-styled case, and I agree to comply with the provisions contained therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____Lisa M. Powell_____
Lisa Powell, Supervisory Legal Assistant

_____April 7, 2010_____
Date

_____Sandra L. Shaward_____
Witness Name

_____(signature)_____
Witness Signature

Page 2 -    MEMORANDUM OF UNDERSTANDING