FILED '10 APR 14 12:56 USDC-ORE

DWIGHT C. HOLTON, OSB# 09054
United States Attorney
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
CHARLES F. GORDER, JR., OSB# 912874
Assistant United states Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1117
charles.gorder@usdoj.gov
        Of Attorneys for United States of America


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05-cr-60008-HO |
| | ) | |
| v. | ) | EX PARTE MOTION FOR ISSUANCE |
| | ) | OF TRIAL SUBPOENA AND SERVICE |
| PIROUZ SEDAGHATY, | ) | IN FOREIGN COUNTRY |
| | ) | |
| Defendant. | ) | |


        The United States, by Dwight C. Holton, United States Attorney for the District of

Oregon, through Christopher L. Cardani and Charles F. Gorder, Jr., Assistant United

States Attorneys for the District of Oregon, hereby moves this Court for the issuance of a

trial subpoena to Radmila Balobina, a national of the United States who resides overseas.

This motion is based upon Title 28, United States Code, Section 1783, Federal Rule of

Criminal Procedure 17(e)(2), and Federal Rule of Civil Procedure 4(f).

## I. BACKGROUND

Trial is currently set in this matter for June 7, 2010.  The Court is well aware of the factual allegations set forth in the indictment, as well as the charges.  Investigators have learned that Radmila Balobina, who is one of defendant Pirouz Sedaghaty's former wives, is currently residing at an unknown location in Egypt. Investigation has determined that Balobina, using the e-mail alias, "ptichka," was providing translation services for the website known as Qoqaz.com during the period relevant to the transaction in question in the Sedaghaty indictment.  It is believed that, when she was providing these services, Balobina was residing with defendant Sedaghaty in Ashland, Oregon.  The Qoqaz.com website was used by the mujahideen in Chechnya to deliver pro-mujahideen messages to interested followers around the world.  Balobina's testimony may be pertinent at trial because she may be able to provide insight to Sedaghaty's knowledge, intent and willfulness regarding the ultimate destination of the funds in question in the indictment.

If Balobina can be located, she may be called as a government witness at trial.  By this motion, the government seeks a court order issuing a trial subpoena on Balobina, and authorizing its service overseas.

## II. APPLICABLE LAW

### A.    <u>The Court Has Discretion to Order the Appearance of a United States Citizen Who Resides Outside the United States</u>

Federal Rule of Criminal Procedure 17(e)(2) provides that the service of trial subpoenas overseas on witnesses in criminal cases is governed by Title 28, United States Code, Section 1783.  Title 28, United States Code, Section 1783(a), provides in part as follows:

**PAGE 2 - EX PARTE MOTION FOR ISSUANCE OF SUBPOENA**

> A court of the United States may order the issuance of a
> subpoena requiring the appearance as a witness before it . . .
> of a national or resident of the United States who is in a foreign
> country . . . if the court finds that particular testimony . . . is
> necessary in the interest of justice . . . .

The issuance of a subpoena to a United States citizen overseas is committed to the

discretion of the court.  *In re Thompson*, 213 F. Supp. 372, 374 (S.D.N.Y. 1963).   Here,

as summarized above, it is believed that Balobina provided translation services for a pro-

mujahideen website while residing with defendant Sedaghaty.  This testimony would bear

on Sedaghaty's knowledge, intent and willfulness concerning the delivery of the funds in

Chechnya.  Her testimony, therefore, is in the interest of justice.

**B.**    **Service of the Subpoena**

Title 28, United States Code, Section 1783(b), provides in part as follows:

> The subpoena shall designate the time and place for the
> appearance . . . .   Service of the subpoena . . . shall be
> effected in accordance with the provisions of the Federal Rules
> of Civil Procedure relating to service of process on a person in
> a foreign country.  The person serving the subpoena shall
> tender to the person to whom the subpoena is addressed his
> estimated necessary travel and attendance expenses, the
> amount of which shall be determined by the court and stated
> in the order directing the issuance of the subpoena.

Federal Rule of Civil Procedure 4(f) governs the service of process on individuals in a

foreign country, providing a number of alternative means of service and including any

means directed by the Court which is not prohibited by international law.  The government

proposes that service of the subpoena be provided by a representative of the United States

Embassy in Egypt, and that the government be required to provide the witness with a round

trip air ticket and a $100 cash advance on expenses.  A proposed order is submitted

**PAGE 3 - EX PARTE MOTION FOR ISSUANCE OF SUBPOENA**

herewith.

### III. CONCLUSION

For the reasons stated above, the Court should authorize the issuance of a trial subpoena to Radmila Balobina.

**DATED** this 14th day of April, 2010.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney
District of Oregon

By: CHRISTOPHER L. CARDANI
Assistant United States Attorney

By: CHARLES F. GORDER, JR.
Assistant United States Attorney

**PAGE 4 - EX PARTE MOTION FOR ISSUANCE OF SUBPOENA**