**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CRIMINAL MINUTES**

CASE NO: CR 05-60008-02-HO                                      DATE: April 16, 2010

PRESIDING JUDGE: MICHAEL R. HOGAN

DEPUTY CLERK: Sheryl Nogelmeier

---

Order granting defendant's motions to compel #s 247, 251 and 271 to the extent that the court will issue the attached letter of rogatory. Defendant to submit Arabic translation of letter to present to the court for court signature. Defendant is responsible for directing letter to appropriate authority in Saudi Arabia.

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Chris Cardani/Charles Gorder |
| | Asst. U.S. Attorney |
| v. | |
| **Defendant:** | **DEFENDANT'S COUNSEL** |
| **PIROUZ SEDAGHATY** | Steven Wax/Larry Matasar |

**CRIMINAL MINUTES**              **DOCUMENT NO:** _____