UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 05-60008-02-HO |
| v. | |
| PIROUZ SEDAGHATY, | LETTERS ROGATORY TO KINGDOM OF SAUDI ARABIA |
| Defendant. | |

To:   The Judicial Authorities of the Kingdom of Saudi Arabia

The United States District Court for the District of Oregon presents its compliments to the judicial authorities of the Kingdom of Saudi Arabia and has the honor to request assistance in connection with the prosecution of Pirouz Sedaghaty, who is charged in the United States District Court for the District of Oregon with two offenses, each of which refer to Mr. Sedaghaty's involvement with the Al-Haramain Islamic Foundation in the Kingdom of Saudi Arabia.

A grand jury sitting in the District of Oregon returned an indictment on February 17, 2005, charging Mr. Sedaghaty with two serious felony offenses. Specifically, Mr. Sedaghaty is charged with the following offenses against the United States:

1. Conspiracy to Defraud the United States Government, in violation of Title 18, United States Code, Section 371, which is punishable by five years imprisonment and a $250,000 fine; and

2. False Return by Tax Exempt Organization in violation of Title 26, United States Code, Section 7206(1) and Title 18, United States Code, Section 2, which is punishable by three years imprisonment and a $250,000 fine.

The indictment alleges that in February 2000 an individual in Egypt (Mr. El Fiki) sought to donate $150,000 to Al-Haramain as zakat to be sent to Chechnya. These funds were wire transferred by Mr. El Fiki to a bank account in Ashland, Oregon, USA, converted into travelers checks and a cashier's check, and taken out of the United States by Mr. Sedaghaty's co-defendant, Mr. Soliman Al-Buthe in March 2000. The indictment also alleges that Mr. Sedaghaty and Mr. Al-Buthe intended that the funds be delivered to the Chechen mujahideen, and that they engaged in a conspiracy to prevent the United States Government from learning of the transaction by failing to fill out paperwork, as required by law, acknowledging the funds were leaving the United States, and by filing a tax return with the Internal Revenue Service which falsified how the donated funds were distributed by Al-Haramain Islamic Foundation, Inc. The Court has been informed by the attorney for Mr. Sedaghaty that the attorney believes that Mr. Sami 'Abd Al 'Aziz Al-Sanad is resident in the Kingdom of Saudi Arabia and has relevant testimony to offer in the trial of this case.

In connection with this trial the United States Court requests that the judicial authorities of the Kingdom of Saudi Arabia inquire of Mr. Sami 'Abd Al 'Aziz Al-Sanad by written

interrogatories whether Mr. Al-Sanad is willing to travel to Eugene, Oregon, USA, to waive his right against self-incrimination, and to testify voluntarily in the trial in June 2010. The travel expenses of the witness will be paid by the United States Government.

In the event that Mr. Al-Sanad is unwilling to come to the United States, the Court requests that the judicial authorities of the Kingdom of Saudi Arabia further inquire by written interrogatories if Mr. Al-Sanad is willing to waive his rights against self-incrimination and make himself available to be deposed by defense counsel and the government lawyers in this case.

The United States District Court for the District of Oregon assures the judicial authorities of the Kingdom of Saudi Arabia that the courts of the United States are authorized by statute, 28 U.S.C. §1782, *et seq.*, to assist foreign tribunals in the execution of similar requests.

Further, the Court respectfully requests that in view of the June 7, 2010, trial date, the judicial authorities in the Kingdom of Saudi Arabia consider this request for international judicial assistance to be time-sensitive and that the appropriate authorities respond no later than May 1, 2010.

_16 April 2010_
Date

_Michael C. Hogan_
Honorable Michael R. Hogan
United States District Court

Page 3