FILED '10 APR 16 11:48 USDC-ORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 05-CR-60008-HO |
| | ) | |
| v. | ) | **ORDER AUTHORIZING ISSUANCE** |
| | ) | **OF TRIAL SUBPOENA AND SERVICE** |
| **PIROUZ SEDAGHATY,** | ) | **IN FOREIGN COUNTRY** |
| | ) | |
| **Defendant.** | ) | |

Good cause appearing therefore, and pursuant to Title 28, United States Code, Section 1783, Federal Rule of Criminal Procedure 17(e)(2), and Federal Rule of Civil Procedure 4(f), the Court finds that Radmila Balobina is a United States citizen whose particular testimony in this matter is in the interest of justice. Therefore,

**IT IS HEREBY ORDERED** that the Plaintiff United States of America may issue and serve a trial subpoena in this matter for the testimony of Radmila Balobina.

**IT IS FURTHER ORDERED** that the subpoena may be served by any authorized representative of the United States Embassy in Egypt. The Government shall provide Ms. Balobina with a round trip ticket and a $100 cash advance for expenses before she leaves.

**Dated:** April _16_, 2010.

MICHAEL R. HOGAN
United States District Judge