Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>          v.<br><br>PIROUZ SEDAGHATY,<br><br>                                    Defendant. | CR 05-60008<br><br>*EX PARTE* MOTION TO SEAL |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and

Federal Public Defender Steven T. Wax, hereby moves this Court to seal the motion

submitted herewith on the ground that it involves attorney client matters.

RESPECTFULLY SUBMITTED this 16th day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 2 -    MOTION TO SEAL