IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　　　　　　Defendant. | CR 05-60008<br><br>ORDER GRANTING MOTION TO SEAL |

　　　This matter comes before the Court upon motion by the defendant, Pirouz Sedaghaty, for an order allowing his affidavit to be filed under seal because it contains attorney/client information and should not be available on the public record,

　　　IT IS HEREBY ORDERED that the defendant's Motion to Seal is hereby granted.

　　　ORDERED this _____ day of April, 2010.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Michael Hogan
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Presented by:

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 1 -　　　ORDER GRANTING MOTION TO SEAL