DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
chris.cardani@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
Telephone:  (541) 465-6771
Facsimile: (541) 465-6316
**CHARLES F. GORDER, JR.**, OSB #91287
Assistant United States Attorney
charles.gorder@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Telephone:  (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 05-cr-60008-02-HO |
| v. | |
| **PIROUZ SEDAGHATY,** | MOTION TO CONTINUE TIME TO FILE DAUBERT HEARING REQUEST |
| **Defendant.** | |

In its order of July 1, 2009, the Court granted the government's motion for reciprocal discovery which requested, inter alia, reports of examinations and tests done by defense witnesses and summaries of expert testimony.

On April 7, 2010, the defense delivered to counsel for the government a letter identifying seven potential defense experts for the upcoming trial in this matter. Those identified were W. Patrick Lang, Robert Young, Michael Bean, Marcus Owens, Professor Tugrul Keskin, Cathryn Matthews, and Jeffrey Cone. Attached as Exhibit 1 is a copy of the April 7, 2010, letter (without enclosures). Although this letter enclosed the curriculum vitae for these seven persons, with the exception of the brief descriptions set forth on page two of the letter, to date the government has not received anything which could be characterized as a report of examinations and tests or a summary of any of these witnesses' proposed exposed testimony.

Young and Bean have done computer forensic work for the defense and Matthews and Cone are CPAs. Lang is a former intelligence officer, Owens is a former IRS official, and Professor Keskin teaches in Middle East Studies at Portland State University. Due to the lack of any substantial information concerning the subject matter of any of these proposed witnesses' testimony, the government cannot evaluate whether any of these proposed experts should be the subject of pretrial hearings concerning their expertise or the relevance of specific aspects of their testimony.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Motion To Continue Time To File Daubert Hearing Request**　　　　　　　　　　**Page 2**

The government therefore reserves its right to challenge the qualifications of any of these proposed expert witnesses or the relevance of their testimony when the subject of their proposed testimony becomes apparent and requests leave to file Daubert motions at a later date. The government also renews its request for reciprocal discovery of this information.

Dated this 19th day of April 2010.

                                        Respectfully submitted

                                      DWIGHT C. HOLTON
                                      United States Attorney

                                      /s/ *Charles F. Gorder, Jr.*
                                      CHARLES F. GORDER, JR.
                                      Assistant United States Attorney

                                      /s/ *Christopher L. Cardani*
                                      CHRISTOPHER L. CARDANI
                                      Assistant United States Attorney