FILED

APR 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PIROUZ SEDAGHATY, a.k.a. Pete Seda, a.k.a. Perouz Seda Ghaty, a.k.a. Abu Yunus,<br><br>　　　　　Defendant,<br><br>　and<br><br>AL RAJHI BANKING & INVESTMENT CORPORATION,<br><br>　　　　　Real-party-in-interest - Appellant. | No. 10-30061<br><br>D.C. No. 6:05-cr-60008-HO<br>District of Oregon,<br>Eugene<br><br><br>ORDER |

Before: FISHER and M. SMITH, Circuit Judges.

　　Appellant's motion to stay the district court's February 26, 2010 order pending appeal is denied. *See Winter v. Natural Resources Def. Council, Inc.*, – U.S. –, 129 S. Ct. 365, 375-76 (2008); *Cal. Pharmacists Ass'n v. Maxwell-Jolly*, 563 F.3d 847, 849-50 (9th Cir. 2009) (order).

　　The briefing schedule established previously shall remain in effect.

KS/MOATT