Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                          **Plaintiff,**<br><br>                         v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                          **Defendant.** | CR 05-60008<br><br>***EX PARTE* MOTION TO SEAL** |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and Federal Public Defender Steven T. Wax, hereby moves this Court to seal the motion

Page 1 -     MOTION TO SEAL

submitted herewith on the ground that it involves attorney client matters.

RESPECTFULLY SUBMITTED this 22nd day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 2 -    MOTION TO SEAL