Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                   **Plaintiff,**<br><br>             v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                   **Defendant.** | CR 05-60008 HO<br><br>**FIRST ADDITION TO MOTION IN LIMINE** |

      Defendant Pirouz Sedaghaty, through his attorneys, Steven T. Wax and Lawrence Matasar, hereby adds to his Motion in Limine an order precluding the government from eliciting from Daveed Gartenstein-Ross any mention to the title of his book, "My Year

Inside Radical Islam." The government has stated that it is calling Ross as a fact witness. Any reference to "Radical Islam" is not a fact but an opinion. As a fact witness, Ross should not be permitted to offer an opinion about Islam and, in any event, has no expertise in that area.

      Submitted this 23rd day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar

Michelle Sweet
On the Motion