Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>         v.<br><br>PIROUZ SEDAGHATY,<br><br>                                    Defendant. | CR 05-60008<br><br>MOTION TO SEAL |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and

Federal Public Defender Steven T. Wax, hereby moves this Court to seal the motion

Page 1 -    MOTION TO SEAL

submitted herewith on the ground that it involves attorney client matters.

RESPECTFULLY SUBMITTED this 27th day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 2 -     MOTION TO SEAL