IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PIROUZ SEDAGHATY,<br><br>Defendant. | CR 05-60008 HO<br><br>ORDER GRANTING MOTION TO SEAL |
|---|---|

This matter comes before the Court upon motion by the defendant, Pirouz Sedaghaty, for an order allowing his affidavit to be filed under seal because it contains attorney/client information and should not be available on the public record,

IT IS HEREBY ORDERED that the defendant's Motion to Seal is hereby granted.

ORDERED this _____ day of April, 2010.

_____
Honorable Michael Hogan
U.S. District Court Judge

Presented by:

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 1 -   ORDER GRANTING MOTION TO SEAL