Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                    Defendant. | CR 05-60008 HO<br><br>NOTICE OF FILING OF CLASSIFIED MEMORANDUM IN SUPPORT OF THIRD SUPPLEMENT TO FIRST MOTION FOR DISCOVERY AND MOTION TO SUPPRESS |

Page 1 -    NOTICE OF FILING OF CLASSIFIED MEMORANDUM IN SUPPORT OF THIRD
              SUPPLEMENT TO FIRST MOTION FOR DISCOVERY AND MOTION TO SUPPRESS

Defendant hereby notifies plaintiff that it has, on April 27, 2010, filed through the Court Security Officer a pleading captioned Classified Memorandum in Support of Third Supplement to First Motion for Discovery and Motion to Suppress.

Respectfully submitted this 28th day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax, Federal Public Defender
Attorney for Defendant


/s/ Lawrence Matasar
Lawrence Matasar
Attorney for Defendant