Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 05-60008 HO |
| Plaintiff, | |
| v. | **NOTICE OF FILING OF DECLARATION OF WILLIAM TEESDALE, CHIEF INVESTIGATOR, FEDERAL PUBLIC DEFENDER'S OFFICE** |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

Page 1 -    NOTICE OF FILING OF DECLARATION OF WILLIAM TEESDALE, CHIEF INVESTIGATOR, FEDERAL PUBLIC DEFENDER'S OFFICE

Defendant hereby notifies plaintiff that it has, on April 27, 2010, filed through the Court Security Officer a pleading captioned Declaration of William Teesdale, Chief Investigator, Federal Public Defender's Office.

Respectfully submitted this 28^(TH) day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax, Federal Public Defender
Attorney for Defendant

/s/ Lawrence Matasar
Lawrence Matasar
Attorney for Defendant