Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>        v.<br><br>PIROUZ SEDAGHATY,<br><br>                           Defendant. | CR 05-60008 HO<br><br>NOTICE OF FILING OF CERTIFICATE OF SERVICE |

Page 1 -   NOTICE OF FILING OF CERTIFICATE OF SERVICE

Defendant hereby notifies plaintiff that it has, on April 27, 2010, filed through the Court Security Officer a pleading captioned Certificate of Service.

Respectfully submitted this 28th day of April, 2010.

/s/ Steven T. Wax
Steven T. Wax, Federal Public Defender
Attorney for Defendant


/s/ Lawrence Matasar
Lawrence Matasar
Attorney for Defendant