Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                                Plaintiff,<br><br>                    v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                                Defendant. | CR 05-60008 HO<br><br>**SECOND ADDITION TO MOTION IN LIMINE** |

       Defendant Pirouz Sedaghaty, through his attorneys, Steven T. Wax and Lawrence

Matasar, hereby adds to his Motion in Limine that the government should be prevented

from

Page 1  SECOND ADDITION TO MOTION IN LIMINE

1)     referring to anyone as a co-conspirator. This reference, if probative, is substantially outweighed by unfair prejudice and should not be made during trial. Fed. R. Evid. 403.

2)     The government should be prevented from referring to anyone or any organization as a designated terrorist. While the government has designated Soliman Al Buthe, Aqeel al Aqeel, several other Al Haramain officers, and several branches of Al Haramain as terrorists (including Al Haramain USA), these designations are irrelevant to the charges brought against Mr. Sedaghaty. F.R.E. 401 and 402. In addition, these designations took place many years after the events at issue in this case. Even if relevant, any probative value is substantially outweighed by unfair prejudice and the designations should be excluded from the evidence at trial. F.R.E. 403.

Submitted this 3rd day of May, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar