Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 05-60008 HO |
| Plaintiff, | |
| v. | **MOTION TO STRIKE OVERT ACT "A"** |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby moves the Court for an order

striking Overt Act "A" from the indictment.

In Count One of the indictment, the government alleges that a conspiracy to defraud the United States government took place from late 1999, through October 2001. In the government's alleged Overt Acts of the Conspiracy, the government includes one overt act that occurred before the defined time-frame of the conspiracy. Overt Act "A" is an act that occurred in February 1999. Because this falls outside of the defined time-frame of the conspiracy, this overt act should be stricken from the indictment. *Marshall v. United States*, 355 F.2d 999, 1004 (9th Cir. 1966) ("There is no question that the overt acts charged must effect the object to the conspiracy, and until the conspiracy comes into existence, no act occurring prior thereto can effect it.").

Mr. Sedaghaty respectfully requests that Overt Act "A" be stricken from the indictment.

RESPECTFULLY SUBMITTED this 4th day of May, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar