DWIGHT C. HOLTON, OSB# 09054
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
CHARLES F. GORDER, JR., OSB# 912874
Assistant United states Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1117
charles.gorder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                    )<br>          Plaintiff,                           )<br>                                                    )<br>     v.                                            )<br>                                                    )<br>                                                    )<br>PIROUZ SEDAGHATY,                    )<br>                                                    )<br>          Defendant.                         ) | Case No.  CR 05-60008-HO<br><br>GOVERNMENT'S **SECOND AMENDED** EXHIBIT LIST |

The United States, through its undersigned counsel, submits the following **second** amended list of exhibits it may introduce at trial.

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| IRS-1 | Certified copy of 2000 Form 990 signed by Pete Seda for Al-Haramain Islamic Foundation |
| IRS-2 | Withdrawn |
| IRS-3 | Certified copy of IRS Form 1023 Application for tax exempt status dated 12/31/99 for Al-Haramain Islamic Foundation, Inc. (missing page 10) |

| | |
|---|---|
| IRS-4 | Certified copy of IRS determination letter dated 12/7/2000 granting temporary charitable status to Al-Haramain Islamic Foundation, Inc. |
| JPM-1 | Withdrawn |
| AMX-1 | American Express Traveler's Checks,130 original checks signed by Soliman Al-But'he |
| AMX-2 | American Express trust receipt |
| AMX-3 | Translation of back of American Express Traveler's Checks |
| FE-1 | First Escrow settlement statement dated 6/23/2000 for purchase of 2151 E. Division, Springfield, MO |
| BOA-1 | Signature card for Al-Haramain's Bank of America account number 28803-11561 |
| BOA-2 | January 1999 through January 2000 bank statements, Al-Haramain account number 28803-11561 |
| BOA-3 | Two-page February 2000 bank statement, Al-Haramain account number 28803-11561 |
| BOA-4 | Two-page March 2000 bank statement, Al-Haramain account number 28803-11561 |
| BOA-5 | April 2000 through October 2001 bank statements, Al-Haramain account number 28803-11561 |
| BOA-6 | Check number 9264, dated 1/25/98, for $2,060, account number 28803-11561 |
| BOA-7 | Check number 9456, dated 3/10/00, for $131,300, account number 28803-11561 |
| BOA-8 | Bank of America check number 9624 dated 3/11/00 for $21,000 issued to Bank of America, Al-Haramain account number 28803-11561 |
| BOA-9 | Bank of America cashier's check number 1001040568 dated 3/11/00 for $21,000 issued to Soliman Al-But'he |

| | |
|---|---|
| BOA-9a | Translation of $21,000 Bank of America cashier's check |
| BOA-10 | Al-Haramain check # 9733 dated 6/23/00 for $318,291.74, account number 28803-11561 |
| BOA-11 | Wire transfer dated 9/19/00, for $4,000, Account number 28803-11561 |
| BOA-12 | May and June 2000 statements, Al Haramain account number 3473386549 |
| BOA-13 | Deposit of traveler's checks on May 18, 2000 totaling $275,000 |
| BOA-14 | Signature card for Bank of America account number 28804-07035 in the name of The Arborist |
| BOA-15 | April 1999 statement, Bank of America account number 28804-07035 |
| BOA-16 | Bank of America wire transfer dated 4/15/99 from The Arborist to Al-Haramain Islamic Foundation in Tirane, Albania |
| BOA-17 | Bank of America cashier's check Number 1001041224 dated 6/23/00 for $318,291.74 issued to First Escrow Inc. |
| BOA-18 | Signature card and corporate documents for Al-Haramain's Bank of America account number 003473386549 |
| BOA-19 | Bank of America wire transfer dated 1/16/01 from Pete Seda to David Rodgers at Bank Al Rajhi in Saudi Arabia |
| BOA-20 | Bank of America wire transfer dated 6/18/01 from Pete Seda to David Rodgers at Bank Al Rajhi in Saudi Arabia |
| ICE CBP-1 | Form I-94 admission/departure number 35584030208 showing entry of Soliman Al-But'he on March 7, 2000 and exit on March 12, 2000 |

| | |
|---|---|
| ICE-FinCEN-1 | Results of CMIR query |
| ICE-FinCEN-2a | CMIR dated 10/27/97 for $141,600 filed by Al-But'he |
| ICE-FinCEN-2b | CMIR dated 12/30/97 for $65,000 filed by Al-But'he |
| ICE-FinCEN-2c | CMIR dated 2/7/99 for $35,000 filed by Al-But'he |
| ICE-FinCEN-2d | CMIR dated 6/22/99 for $80,000 filed by Al-But'he |
| ICE-FinCEN-2e | CMIR dated 6/26/99 for $75,000 filed by Al-But'he |
| ICE-FinCEN-2f | CMIR Financial Data Base Information dated 5/16/00 for $300,520 filed by Al-But'he |
| ICE-FinCEN-2g | CMIR dated 8/13/00 for $15,900 filed by Al-But'he |
| ICE-FinCEN-2h | CMIR Financial Data Base Information dated 11/10/00 for $34,000 filed by Al-But'he |
| ICE-FinCEN-2i | CMIR dated 4/22/01 for $30,825 filed by Al-But'he |
| ICE-FinCEN-3 | Blank CMIR with instructions in effect in March 2000 |
| ICE-FinCEN-4 | CMIR Summary |
| RDK-1 | Letter dated 8/9/00 to Pete Seda with attached closing documents |
| RDK-2 | R.D. Kanan file |
| AHIF-1 | Copy of Bank of America cashier's check number 1001040568 for $21,000 |
| AHIF-1a | Translation of Bank of America cashier's check number 1001040568 for $21,000 |
| AHIF-2 | Agreement between Soliman and Abu Yunus |
| AHIF-3 | Agreement between Soliman and Abu Yunus |
| AHIF-4 | Springfield prayer house schedule of donors and payments |
| AHIF-5 | Springfield building agreement of sale and purchase |

4 - Government's **Second** Amended Exhibit List

| | |
|---|---|
| AHIF-6 | Springfield Settlement Statement |
| AHIF-7 | Springfield Warranty Deed by Corporation |
| AHIF-8 | El-Feki e-mail dated February 2000 |
| AHIF-9 | Letter dated 2/21/00 from Aqeel to Al-Fiki |
| AHIF-10 | Explanation by Pete Sedaghaty for Al-Haramain expenses |
| AHIF-11 | Correspondence pertaining to Al-Haramain books and records |
| AHIF-12 | Al-Haramain monthly summary reports for February and March 2000 |
| SW-1 | Two video tapes pertaining to Chechen mujahideen battles with Russian forces |
| SW-2 | Photo of Daveed Gartenstein-Ross |
| SW-3 | Photo of Daveed Gartenstein-Ross inside mosque |
| SW-4 | Photo of Abdul Qaadir |
| SW-5 | E-mail with attachment from Abdul-Qaadir dated 1/04/2000 at 1:00 a.m. |
| SW-6 | E-mail with attachment from Soliman Al-But'he to Ashland dated 1/04/00 at 2:32 p.m. |
| SW-7 | E-mail with attachment to undisclosed Recipient dated 1/5/2000 at 02:22 a.m. |
| SW-8 | E-mail from AQ to undisclosed-recipient with attached photos dated 1/14/00 at 9:56 p.m. |
| SW-9 | E-mail with attachment from Sunnah dated 1/16/00 4:50 a.m. |
| SW-10 | E-mail from Abdul Qaadir dated 1/20/00 at 07:58 p.m. |
| SW-11 | E-mail from Pete Seda to Al-But'he dated 1/22/00 at 3:00 p.m. |

| | |
|---|---|
| SW-12 | E-mail from Abdul-Qaadir dated 1/24/00 at 3:04 a.m. |
| SW-13 | E-mail to Sheeshaan group dated 1/24/00 at 10:35 p.m. |
| SW-14 | E-mail to Sheeshaan group dated 1/24/00 at 10:48 p.m. |
| SW-15 | Withdrawn |
| SW-16 | E-mail to Sheeshaan group dated 2/05/00 at 09:37 p.m. |
| SW-17 | E-mail from Qoqaz website to ptichka dated 2/06/00 at 1:06 p.m. |
| SW-18 | E-mail from P to Azzam.com dated 2/12/00 at 3:47 p.m. |
| SW-19 | Azzam.com Jihad in Chechnya site February 17, 2000 |
| SW-20 | E-mail from the Arborist to Azzam dated 2/17/00 at 1:07 a.m. |
| SW-21 | E-mail from Alshoumar to P dated 2/19/00 at 01:10 a.m. |
| SW-22 | E-mail from P to Alharamain dated 2/21/00 at 03:54 |
| SW-23 | E-mail from Al-But'he to Pete dated 2/23/00 at 3:23 p.m. |
| SW-24 | E-mail from the Arborist to Ferhad dated 2/25/00 12:42 a.m. |
| SW-25 | E-mail from Alshoumar to Ashland dated 2/25/00 10:59 p.m. |
| SW-26 | E-mail to Sheeshaan group dated 2/25/00 at 11:45 p.m. |
| SW-27 | E-mail to Sheeshaan group dated 2/29/00 at 08:01 a.m. |

6 - Government's **Second** Amended Exhibit List

| | |
|---|---|
| SW-28 | E-mail to Sheeshaan group dated 3/6/2000 at 05:53 a.m. |
| SW-29 | E-mail from the Arborist dated 3/8/00 at 1:31 p.m. |
| SW-30 | E-mail to Sheeshaan group dated 3/8/00 at 23:22:09 |
| SW-31 | E-mail to Sheeshaan group dated 3/22/00 at 10:23 p.m. |
| SW-32 | E-mail with attachment from P to Alshoumar dated 4/12/00 10:38 p.m. |
| SW-33 | E-mail to Sheeshaan group dated 5/28/00 at 09:31 p.m. |
| SW-34 | E-mail from Al-But'he to P dated 6/20/2000 at 2:41 a.m. |
| SW-35 | Withdrawn |
| SW-36 | E-mail from P to Sheeshaan dated 9/18/00 at 12:45 a.m. |
| SW-37 | E-mail to Sheeshaan group dated 9/20/00 at 12:51 a.m. |
| SW-38 | E-mail from P to Al-but'he dated 10/18/00 at 3:47 p.m. |
| SW-39 | E-mail from P to Alshouas dated 10/18/00 at 6:49 p.m. |
| SW-40 | E-mail to Sheeshaan group dated 11/17/00 at 04:57 a.m. |
| SW-41 | Withdrawn |
| SW-42 | E-mail to Sheeshaan group dated 9/4/01 at 7:14 a.m. |
| SW-43 | E-mail with attachments from Shoumar to Abo Yunus dated 9/29/01 at 3:28 a.m. |
| SW-44 | Photo of foreign fighters in Chechnya |
| SW-45 | Photo of leaders of foreign fighters in Chechnya |

7 - Government's **Second** Amended Exhibit List

| | |
|---|---|
| SW-46 | Photo of foreign fighters in the snow in Chechnya |
| SW-47 | Jihad in Chechnya banner |
| SW-48 | Photo of Kavkaz Institute |
| SW-49 | Jihad in Chehnya banner |
| SW-50 | Jihad in Chechnya banner |
| SW-51 | HTML file titled Help Jihad |
| SW-52 | Word document regarding question 6, interview with Khattab |
| SW-53 | Undated report to Brother Abdul Aziz |
| SW-54 | Azzam.com Jihad in Chechnya Russian language site |
| SW-55 | Azzam.com Jihad in Chechnya site requesting Russian translators |
| SW-56 | Azzam.com Jihad in Chechnya site, profile of Khattab |
| SW-57 | Azzam.com Jihad in Chechnya site links to profiles |
| SW-58 | Azzam.com Jihad in Chechnya site, maps of Chechnya |
| SW-59 | Map of battles in Grozny |
| SW-60 | Map of Mujahideen's tactical movements out of Grozny |
| SW-61 | Online Translator Service |
| SW-62 | E-mail from Shoumar to Abo Yunus dated April 2, 2001 at 2:41 a.m. |
| SW-63 | Withdrawn |
| SW-64 | Floor plan of 3800 S. Highway 99, Ashland, Oregon |
| SW-65 | E-mail to Sheeshaan group dated 2/15/00 at 9:22 p.m. |

| | |
|---|---|
| SW-66 | Photo of AHIF building at 3800 S. Highway 99, Ashland, Oregon |
| SW-67 | E-mail from P to Shoumar, Abdulaziz S dated 3/12/2001 at 1:56 a.m. |
| SW-68 | E-mail to Sheeshaan group dated 3/8/2000 at 10:21 p.m. |
| JC-1 | Withdrawn |
| JC-2 | Withdrawn |
| JC-3 | Withdrawn |
| JC-4 | Summary Report |
| RS-1 | Withdrawn |
| EK-1 | Al Haramain website article titled "The Latest News About The Jihaad In Chechnya" |
| EK-2 | Al-Haramain online newsletter dated February 2000, titled Jihaad |
| EK-3 | Al Haramain website article titled "Brotherhood" |
| EK-4 | Fatwa by al-Jibrin regarding Chechen Mujahideen from Al-Haramain website |
| EK-4a | Translation of fatwa by al-Jibrin regarding Chechen Mujahideen from Al-Haramain website |
| EK-5 | Question and statement by al-Uthaymin from Al-Haramain website |
| EK-5a | Translation of Question and statement by al-Uthaymin from Al-Haramain website |
| EK-6 | Al-Haramain website article about Kavkaz Institute |
| EK-6a | Translation of Al-Haramain website article about Kavkaz Institute |
| EK-7 | DVD of Kavkaz Institute |

9 - Government's **Second** Amended Exhibit List

| | |
|---|---|
| TW-1 | Al Haramain Islamic Foundation Transaction Detail by Account for reimbursed expenses, dated 9/19/01 |
| TW-2 | Al Haramain Islamic Foundation Transactions by Account for Springfield Building, dated 9/24/01 |
| TW-3 | Al Haramain Islamic Foundation Transaction Detail by Account for Contributions Income Unrestricted, dated 10/2/01 |
| TW-4 | Copy of check for $21,000 |
| TW-5 | Copy of check for $131,300 |
| FSB-1 | Letter from Y.V. Brazhnikov dated 9/03/2008 |
| FSB-1a | Translation of Letter from Y.V.Brazhnikov dated 9/03/2008 |
| FSB-2 | Interview report of Sergey Ignatchenko dated 12/03/2008 |
| FSB-2a | Translation of Interview report of Sergey Ignatchenko dated 12/03/2008 |
| FSB-3 | Documents seized by Russian authorities at Kavkaz Institute |
| FSB-3a | Translation of Documents seized by Russian authorities at Kavkaz Institute from Russian to English |
| FSB-3b | Translation of Documents seized by Russian Authorities at Kavkaz Institute from Arabic to English |
| OCC-1 | Assumed Business Name – New Registration Document |
| OCC-2 | Articles of Incorporation of Al Haramain Islamic Foundation, Inc. dated February 11, 1999 and March 8, 1999 |
| DGR-1 | Appendix IV "The Call to Jihad" pages 1224 -1245 |
| DGR-2 | Pages 130 and 133 from book entitled "Islamic Guidelines"   distributed by Al Haramain Foundation |

10 - Government's **Second** Amended Exhibit List

| | |
|---|---|
| DGR-3 | Picture of Soliman Al-Buthe |
| BC-1 | E-mail from Raya Shokatfard dated 10/24/00 |
| ALR-1 | Al-Rajhi Bank records for Soliman Al-Buthe's Account number 140608010109206 |

DATED this 7th day of May, 2010.

Respectfully submitted,
DWIGHT C. HOLTON
United States Attorney


*/s/ Christopher L. Cardani*
By: _____
CHRISTOPHER L. CARDANI
Assistant United States Attorney


*/s/ Charles F. Gorder, Jr.*
By: _____
CHARLES F. GORDER, JR.
Assistant United States Attorney

11 - Government's **Second** Amended Exhibit List