Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　　　　　Defendant. | No. CR 05-60008 HO<br><br>MOTION FOR JURY QUESTIONNAIRE |

　　　　Defendant, Pirouz Sedaghaty, by and through his attorneys, Federal Public Defender Steven T. Wax and Lawrence Matasar, respectfully moves the Court for a Jury Questionnaire.  The proposed questionnaire will be filed separately on May 11, 2010.  The

Page 1.　　　MOTION FOR JURY QUESTIONNAIRE

Court has discretion to utilize a questionnaire to facilitate the voir dire process. Questionnaires have proven to be helpful in cases involving complex or emotional issues.

Respectfully submitted this 7th day of May, 2010.

                                            */s/ Steven T. Wax*
                                            Steven T. Wax

                                            */s/ Lawrence Matasar*
                                            Lawrence Matasar

                                            Attorneys for Defendant