**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: steve_wax@fd.org**

**Lawrence Matasar, OSB No. 74209**
**621 SW Morrison Street, Suite #1025**
**Portland, OR 97205**
**Tel: (503) 222-9830**
**Email: larry@pdxlaw.com**

**Attorneys for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. CR 05-60008 HO** |
|         **Plaintiff,** | |
|     **v.** | **MOTION FOR INCREASED PEREMPTORY CHALLENGES IN VOIR DIRE** |
| **PIROUZ SEDAGHATY,** | |
|         **Defendant.** | ***[ORAL ARGUMENT REQUESTED]*** |

Defendant Pirouz Sedaghaty, through his attorneys, Steven T. Wax and Lawrence Matasar, respectfully moves the Court, pursuant to FED. R. CRIM. P. 24(b), to increase the number of peremptory challenges available to the defendant to fifteen (15).  This Court has

discretion to grant additional peremptory challenges in cases involving sensitive subject matter and highly charged issues.  *See Rosales-Lopez v. Untied States*, 451 U.S. 182 (1981) (discussing broad discretion of trial court in voir dire process); *United States v. Springfield*, 829 F.2d 860, 864 (9th Cir. 1987) (in a single defendant case the court held that "the award of additional peremptories is not mandatory, but permissive, and rests in the trial court's sound discretion").

The charges against Mr. Sedaghaty involve very sensitive cultural issues with regard to the practice of Islam.  The potential for bias among many potential jurors is great and may cause it to be particularly difficult to select a fair and impartial jury.  The highly charged atmosphere regarding such charges is likely to render the selection of a jury difficult.

Respectfully submitted this 7th day of May, 2010.


*/s/ Steven T. Wax*
Steven T. Wax


*/s/ Lawrence Matasar*
Lawrence Matasar

Attorneys for Defendant