Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                          Plaintiff,<br><br>                    v.<br><br>PIROUZ SEDAGHATY,<br><br>                                          Defendant. | CR 05-60008 HO<br><br>MOTION FOR INDIVIDUAL SEQUESTERED VOIR DIRE<br><br>*[ORAL ARGUMENT REQUESTED]* |

        Defendant Pirouz Sedaghaty, through his attorneys, Steven T. Wax and Lawrence

Matasar, respectfully moves the Court, pursuant to Federal Rule of Criminal Procedure 24,

for permission to conduct individual sequestered voir dire to ensure complete candor and impartiality.  This application is supported by a memorandum of law.

Respectfully submitted this 7th day of May, 2010.


/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar