**Steven T. Wax, OSB No. 85012**
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

**Lawrence Matasar, OSB No. 74209**
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 05-60008 HO |
| Plaintiff, | |
| v. | **MOTION FOR JURY QUESTIONNAIRE** |
| **PIROUZ SEDAGHATY,** | *[ORAL ARGUMENT REQUESTED]* |
| Defendant. | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Federal Public Defender Steven T. Wax and Lawrence Matasar, respectfully moves the Court for a Jury Questionnaire.  The proposed questionnaire will be filed separately on May 11, 2010.  The

Page 1.    MOTION FOR JURY QUESTIONNAIRE

Court has discretion to utilize a questionnaire to facilitate the voir dire process. Questionnaires have proven to be helpful in cases involving complex or emotional issues.

Respectfully submitted this 7th day of May, 2010.

*/s/ Steven T. Wax*
Steven T. Wax

*/s/ Lawrence Matasar*
Lawrence Matasar

Attorneys for Defendant