**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: steve_wax@fd.org**

**Lawrence Matasar, OSB No. 74209**
**621 SW Morrison Street, Suite 1025**
**Portland, OR 97205**
**Tel: (503) 222-9830**
**Email: larry@pdxlaw.com**

**Attorneys for Defendant**


# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. CR 05-60008 HO** |
| **Plaintiff,** | |
| **v.** | **DEFENDANT'S PROPOSED JURY QUESTIONNAIRE** |
| **PIROUZ SEDAGHATY,** | |
| **Defendant.** | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Federal Public Defender Steven T. Wax and Lawrence Matasar, respectfully moves the Court to adopt the attached juror questionnaire.  Given that the jury trial date in this matter has been

scheduled for June 7, 2010, and considering the high profile nature of this prosecution with its attendant media exposure, which may affect substantive and material issues involving jury selection, Mr. Sedaghaty reserves the right to amend the questionnaire.   Mr. Sedaghaty also reserves the right to move the Court to voir dire on sensitive issues identified from the questionnaire.

Respectfully submitted this 12th day of May, 2010.


/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar

Attorneys for Defendant

Name: _____

Juror #: _____

## JUROR QUESTIONNAIRE

The questions on this form are asked to help the Court and the attorneys learn about your views on issues that may be related to the case of *United States v. Pirouz Sedaghaty*. It is the first part of the process of jury selection, known as *voir dire*, which means to speak the truth. Its use will expedite the process of selecting a jury. The questions are not meant to invade your privacy. Your names and identifying information will not be made a matter of public record. Please answer the questions as honestly and completely as possible. There are no right or wrong answers; there are only truthful answers. It is important that you are completely candid as to your actual views and feelings. It is also important that your answers to the questionnaire be yours and yours alone. Do not discuss the questionnaire or your answers with anyone, including your family, court personnel, or, other prospective jurors. If you do not understand a question, say so on the questionnaire. If a question touches on an especially personal or sensitive matter, please answer "private" and you will be given the opportunity to discuss the matter in private at a later time. Write only on the front side of each page. There are extra pages at the back if you need more space to answer a question. Write "see back page" on your answer and on the back page or pages, be sure to include the question number to which you are responding.

**Please PRINT your answers in INK.**

**BACKGROUND INFORMATION**

1.    Gender: ____ Female    ____ Male    Age: ____

2.    What is your place of birth? _____

3.    In what area/neighborhood do you live? _____

4.    What other places have you lived (city, state, country, if outside the United States)?
      _____

5.    Marital status:
      _____ Single _____ Married for_____ years _____ Divorced _____ Separated
      _____ Widowed _____ Living with someone

6.    How far did you go in school? _____

      Major area(s) of study: _____

      _____
      Degrees or certificates: _____

      _____

7.      Are you:      ( )     Employed full-time        ( ) Retired
                      ( )     Employed part-time        ( ) Student
                      ( )     Homemaker                 ( ) Disabled & unable to work
                      ( )     Unemployed/laid off

        a.      Current occupation and employer:_____
                _____

        b.      How long have you worked in your current job? _____

        c.      If retired or unemployed, what was your primary vocation?
                _____

        d.      If homemaker or student, please tell us what jobs outside the home (if any)
                you have had in the past year: _____
                _____

8.      What is (was) your job title? _____

        a.      What are (were) your duties on that job? _____
                _____

        b.      Do (did) you supervise others in that job?

                ____ Yes ____ No      If Yes, how many? _____

9.      Do you have a second job?

        ____ Yes ____ No

        If Yes, what do you do? _____

10.     What other jobs have you held as an adult? _____
        _____
        _____
        _____

11.     Occupation of spouse/significant other: _____
        _____

12.     a.      What religion, if any, were you raised in? _____

        b.      What religion, if any, do you currently follow? _____

        c.      What religion, if any, are your children being raised with?

13.     a.      Do you, or your church, practice tithing as part of your religious or spiritual beliefs? ____Yes _____ No

        b.      If yes, do you regularly tithe? _____ Yes _____ No

14.     What civic, social, union, professional, fraternal, political, recreational, churches, synagogues, temples, mosques, or other religious organizations do you belong to or participate in, and what offices, if any, have you held in any of these organizations?_____

        _____

        _____

        _____

15.     a.      Have you ever donated money/goods to any charitable causes or organizations?

                ____Yes _____ No _____ I am not sure

                If "NO," SKIP to Question No. 16.

        b.      Have you ever contributed to a charity because you believe in its principles, even though others have criticized its activities? _____ Yes _____ No   If Yes, please describe the charity or charities. _____

                _____

                _____

        c.      Please list the causes or organizations to which you have donated money/goods or at which you have volunteered.

                _____

                _____

                _____

        d.      Did any of these organizations represent to you that they provided aid to people outside the United States?_____

                _____

                _____

                _____

16.     What are your hobbies or spare time activities? _____

        _____

17.    If you or any member of your family have had a bumper sticker, or a vanity license plate on a vehicle, please describe the language and symbols shown on the sticker(s) or vanity license plate. _____

_____

_____

18.    If you or any members of your family have ever had any signs, posters, flags, or other displays visible or posted on your property, please describe the language and symbols that were shown on the signs, posters, flags, or other display._____

_____

_____

**MILITARY BACKGROUND**

19.    Have your, your spouse, parents, or children ever served in the military? Yes _____ No _____ Branch and highest rank: _____

20.    Is any member of your family serving in the military at the present time? _____ Yes _____ No   If Yes, please explain who (relation to you), where, and duty:

_____

_____

_____

21.    Have you, any children or relatives, or anyone close to you, served in the recent war in Iraq, in Desert Storm or in military operations in Afghanistan and other areas of the Middle East?

Iraq:                  Yes _____ No _____ Branch and highest rank: _____
Desert Storm:     Yes _____ No _____ Branch and highest rank: _____
Afghanistan:       Yes _____ No _____ Branch and highest rank: _____

Other areas of the Middle East:

Yes _____ No _____ Location:_____
Branch and highest rank: _____

If Yes, where is, or was that person stationed?

_____

_____

_____

22.    Were any such persons ever in a combat situation? Yes _____ No _____ Don't Know _____

a.      Has anyone in your family been injured or killed while serving in a combat or military zone? _____ Yes _____ No   If Yes please explain who (relation to you), where, when and circumstances of injury or death: _____

_____

_____

23.    Have you, or anyone in your family, worked or volunteered in a civilian or nonmilitary government capacity anywhere in the Middle East? _____ Yes _____ No
If Yes, please explain who (relation to you), where, when and circumstances:

_____

_____

24.    Do you, or anyone in your family, have plans or orders to go to the Middle East, whether as a member of the military or as a civilian? ____ Yes ____ No
If Yes, please explain who (relation to you), where, when and for what purpose(s):

_____

_____

_____

**RACE AND RELIGION**

25.    What is your racial/ethnic background? _____

26.    When you were growing up, what was the racial and ethnic makeup of your neighborhood? _____
If there were people of other races in your neighborhood, did you associate or play with them?  Did you do so at their houses?  Did you have them over to your house?

_____

_____

27.    a.      Were either of your parents born outside of the United States?
_____ Yes _____ No

If yes, please tell us who, where were they born and what year did they come to the United States? _____

_____

b.      Were you, your spouse, your former spouse, or partner born outside of the United States? _____Yes _____No  If yes, please tell us who, where were they born and what year did they come to the United States?

_____

28.    Have you or any member of your family ever dated someone from a different race? If yes, when? _____

_____

29. Have you ever contributed any money to any minority-oriented charity such as the Urban League, United Negro College Fund, American Indian College Fund, etc.

_____

30. There are many times when a situation may arise where you may feel fear of another person, perhaps based on their actions, or because of the way that they look. While it is hard to admit to it, it is something that happens to a lot of people. Has there ever been a situation when you have experienced fear of a person because of their race or where they might be from? ____Yes_____No. If yes, please explain the situation. _____

_____
_____

31. Have you heard the phrase "racial profiling?" If yes, what does that phrase mean to you? How do you feel about it? _____

_____

32. Do you believe it is more difficult to identify a person from a racial group that is different than yours? _____

33. Are you a member of any group or organization that limits is membership based on race, ethnic origin, or gender? _____

34. Have you ever been present when another person made a statement or remark that you believe was anti-Muslim or anti-Arab, expressed religious or ethnic insensitivity, or was disparaging of **any** particular religion or race? _____ Yes _____ No If yes, how did you respond? _____

_____

Did you remain silent or did you confront the person who made the remark? ____

_____
_____

35. Have you, or has anyone close to you, been discriminated against in any way?
   _____ Yes, self
   _____ Yes, someone close
   _____ No
   If yes, please describe: _____

_____

36. Have you had any training or taken any courses or seminars in: (check all that apply)
   _____ Criminal law          _____ Middle Eastern Studies
   _____ Criminology           _____ Religion
   _____ Terrorism             _____ Islamic Law

37.   Do you speak, read, write or understand Arabic or any Arabic dialect?
      Yes_____ No_____ If yes, please describe your proficiency._____
      _____
      Any other languages: _____

38.   When you hear the words "Persian," "Muslim," or "Arab," what is the first thought
      that comes to your mind? _____
      _____

      a.    What is an Arab? _____
            _____

      b.    What is a Persian? _____
            _____

39.   What is your view of the Muslim or Islamic faith? _____
      _____
      _____

      a.    How did you come to that view? _____
            _____
            _____

40.   Is there anything about Islamic teachings or doctrine that is personally offensive to
      you? _____ Yes _____ No      If Yes, please explain. _____
      _____
      _____

41.   In what contexts have you had personal contact with people who are Muslims, or
      of Persian or Arab descent? (Please check all answers that apply.)
      _____ in the family
      _____ in the neighborhood
      _____ in organizations
      _____ through work/business
      _____ In place of worship
      _____ in school
      _____ none
      _____ other: _____

      a.    If you work with any people who are Muslims or of Persian or Arab descent,
            do you socialize with any of your co-workers outside of work? _____
            _____

      b.    If there are any people who are Muslim or of Persian or Arab descent who
            are living in your neighborhood, do you socialize with them?  If so, when is

**Page 7          DEFENDANT'S PROPOSED JURY QUESTIONNAIRE**

the last time you were in neighbor's house for a social event? When is the last time a Muslim or person of Persian or Arab descent was at your house for a social event? _____

42.  Have you had any experience(s) with Muslims, Persians or Arabs that prejudices you against them? ___ Yes _____ No  If Yes, please describe your experience(s) and the feelings you have. _____

_____

_____

_____

43.  Have you had any particularly pleasant experiences with Muslims, Persians, or Arabs, or associated organizations?
_____ Yes _____ No _____ I am not sure

If "Yes" or "I am not sure," please explain:

_____

_____

_____

44.  Do you believe that Muslims, Persians, or Arabs advocate or express violence more than individuals from other religious or ethnic groups?

Yes _____ No _____ If Yes, what gives you that impression?

_____

_____

_____

45.  Do you have any experiences, feelings or impressions about Arabs, Persians,  or Muslims that would make it difficult for you to listen to the evidence with an open mind and render a verdict based solely on the evidence presented in court when the case involves Arab, Persian, or Muslim men charged with various acts of terrorism?

Yes _____ No _____ If Yes, please explain:

_____

_____

_____

## MEDIA

46.  What are your primary sources of local and national news? _____

_____

_____

_____

47.   Do you read a newspaper, magazine, newsletter or web entities regularly (at least two or three times a week)?

Yes _____ No _____

If Yes, list the names of the newspaper, magazine, newsletter or web entities you read and indicate how often you read each news source.

Name of Media:_____
_____ Once a week
_____ 2-3 times a week
_____ More than 4 times a week
_____ Daily Sunday Only

48.   Do you watch any television newscasts on a regular basis?

Yes _____ No _____

a.    If Yes, which ones? _____

b.    Do you consider the television newscasts you watch to be:
_____ always biased
_____ sometimes biased
_____ not at all biased

Please explain the kind of bias you find and any concerns you have about those biases: _____
_____
_____

49.   Do you ever listen to political commentators on TV or "talk radio?"
_____ Yes _____ No    If Yes, what station(s) and show(s) do you listen to?
_____
_____
_____

50.   Do you use the internet as a source of news and information? _____ Yes _____ No
If Yes, which web pages do you view? _____
_____
_____

51.   Do you believe that information that is viewed and read about through the media or television, in newspapers, or on the internet, is protected free speech under the First Amendment of the United States Constitution?  _____ Yes _____ No How do you feel about that? _____

_____
_____

52.    Do you have a personal computer at home, or do you have daily access to a
       personal computer outside your home (e.g. at work, library, etc.)?

       _____ Yes, I have a computer at home
       _____ Yes, I have daily access outside my home
       _____ Yes, both
       _____ No

       How often do you log onto the internet?
       _____ Several times a day
       _____ At least once a day
       _____ At least two or three days a week
       _____ Once a week or less

       How much time do you spend on the internet daily?
       _____ More than five hours a day
       _____ Three to five hours a day
       _____ One to three hours a day
       _____ Less than one hour per day
       _____ Do not spend time on the internet daily

       Which of the following activities do you spend the *most* internet time on?

       **Please check all that apply:**
       _____ E-mail/Chatting/Instant messaging
       _____ Entertainment (games, cards, puzzles)
       _____ Shopping/Auctioning
       _____ Stock trading
       _____ Banking/Paying bills
       _____ Research/Information gathering
       _____ Reading the news/Current events
       _____ Fantasy sports
       _____ Gambling
       _____ Downloading music
       _____ Blogging
       _____ Other: **SPECIFY** _____
       _____ None

53.    Are you, or a member of your family or friends, members of any organization, or a
       recipient of any e-mail listserves, where you, or your family member or friend, does
       not agree with every aspect of that organization or Listserv? _____ Yes _____ No
       If yes, what organization or listserv are your referring to, and why do you, or your

family member or friend, continue to participate in that organization or receive e-mails from that listserv? _____

_____

_____

_____

54.    If you are selected as a juror in this case, the government will present evidence, in the form of e-mails sent to a list-serve, photos, and videos which describe and depict fairly gruesome scenes, including dead bodies, and violent events.  There is no question that viewing these images, and reading about the events is disturbing. Everyone who sits as a juror is entitled to the utmost respect.  It is quite normal for different people to have life experience that would make it particularly difficult for them to review this type of evidence. This Court and the parties do not want to cause anyone any significant discomfort by having to view this type of evidence. Please reflect on this and decide, do you feel that you would be affected by this type of evidence? _____ Yes _____ No If yes, please state why.  _____

_____

_____

_____

## TAXES

55.    Have you or your relatives or close friends ever been audited by the Internal Revenue Service?  _____ Yes _____ No    If Yes, please explain:

_____

_____

56.    Have you or your relatives or close friends ever been assessed a penalty by the Internal Revenue Service?  _____ Yes _____ No    If Yes, please explain:

_____

_____

57.    Have you or your relatives or close friends ever been the subject of an Internal Revenue Service or other federal investigation?  _____ Yes _____ No    If Yes, please explain:

_____

_____

58.    Do you prepare your own tax returns?  _____ Yes _____ No

59.    Have you ever hired an accountant or other professional to prepare your tax returns?  _____ Yes _____ No

60.    Are you self-employed (either full-time or part-time) or run your own business?  To those that answer affirmatively:

    a.     Do you keep your own books and records, or do you hire an accountant?

_____

_____

    b.     Do you have any employees?  Have you ever had any difficulty with payroll taxes, or with withholding and exemptions for those employees?
\_\_\_\_\_ Yes \_\_\_\_\_ No    If Yes, please explain:

_____

    c.     In general, have you had any difficulties with the Internal Revenue Service in your business? \_\_\_\_\_ Yes \_\_\_\_\_ No    If Yes, please explain:

_____

_____

61.    Do you have any particular training in or knowledge of accounting methods and procedures? \_\_\_\_\_ Yes \_\_\_\_\_ No   If Yes, please explain: _____

_____

_____

    a.     Have you worked for, applied to, or had training with any banking or financial institution? \_\_\_\_\_ Yes \_\_\_\_\_ No    If Yes, please explain:

_____

_____

## WORLD EVENTS

62.    How do you define terrorism?_____

_____

63.    How do you define mujahideen?_____

_____

64.    Do you believe all mujahideen are terrorists?\_\_\_\_If so, why?_____

_____

65.    Have you followed any criminal cases involving allegations of terrorism or support of terrorism? \_\_\_\_Yes \_\_\_\_ No   If Yes, please list the cases and what was or is of interest to you about these cases. _____

_____

_____

_____

66.     Have you or any family members or close friends had any personal experience with acts of terrorism? If Yes, please explain who (relation to you) and circumstances:

_____

_____

_____

## CASE KNOWLEDGE

67.     Do you know anything about the conflict between Russia and the Chechen people? _____ Yes _____ No  If yes, what?_____

_____

_____

     a.     Would it be difficult for you, as a juror, to listen with an open mind and render a fair and impartial verdict in a case where there will be evidence concerning the Chechen - Russian conflict? _____ Yes _____No    If Yes, please explain:

_____

_____

_____

68.     What have you seen, read or heard about the people and organizations involved in this case?

     a.     Pete Seda (Pirouz Sedaghaty):  _____

_____

_____

_____

     b.     Solomon Al Buthe:  _____

_____

_____

_____

     c.     Al Haramain:  _____

_____

_____

_____

69.     The U.S. Government is represented in this case by Assistant U.S. Attorney Charles Gorder and Christopher Cardani.  Do you or anyone close to you know or have any connection with either Mr. Gorder or Mr. Cardani? _____ Yes _____ No   If Yes, please explain: _____

_____

_____

70.     Do you or anyone close to you know or have any connection with any of the persons below who will be seated at the counsel table for the U.S. Government? (Please check name and indicate the connection in the space below)

_____  IRS Agent Colleen Anderson
_____  FBI Agent David Carroll

_____
_____

71.     Do you or anyone close to you know or have any connection with any of the defense counsel? (Please check name and indicate the connection in the space below)
_____  Federal Public Defender Steven T. Wax
_____  Lawrence Matasar

_____
_____

72.     The judge who will preside over this case is The Honorable Michael Hogan of the United States District Court for the District of Oregon.  Do you or anyone close to you know or have any connection with Judge Hogan or any of his staff?
\_\_\_\_\_ Yes  \_\_\_\_\_ No    If Yes, please explain: _____
_____

73.     Have you ever served as a juror? \_\_\_\_ Yes  \_\_\_\_No    If Yes, please check, as appropriate:

_____  Civil     Date(s): _____
Nature of case(s): _____

_____  Criminal    Date(s): _____
Nature of case(s): _____

_____  Grand Jury  Date(s): _____
Nature of case(s): _____

a.      Was there anything about your jury experience that would make it difficult to serve again? \_\_\_\_ Yes \_\_\_\_ No   If Yes, please explain: _____
_____
_____

74.     Have you ever been employed, appointed, or elected by a court or government agency?  If yes, please explain? _____
_____

75.     Have you or anyone close to you worked for, applied to or had training with: (check

all that apply)

    \_\_\_\_\_ a.    Any law enforcement, security or investigative agency, including but not limited to the FBI, CIA, INS, NSA, DOD, Department of Homeland Security and the Department of Justice?

    \_\_\_\_\_ b.    A prison, jail, detention center or probation services?

    \_\_\_\_\_ c.    Any city or town attorney, Attorney General, state or federal prosecutor, or court?

    \_\_\_\_\_ d.    Any law firm that practices criminal defense?

    \_\_\_\_\_ e.    Any accounting, banking, financial institutions?

    \_\_\_\_\_ f.    Any newspaper, radio, television, or other media outlet?

If "Yes" to any of the above, please state who (relation to you), where, when and circumstances.

_____

_____

_____

76. Are you a vendor or contractor for the United States Government or do work with one? \_\_\_\_ Yes \_\_\_\_ No

77. Have you or anyone close to you ever worked in an effort to change a law or the enforcement of a law?
Yes \_\_\_\_\_ No \_\_\_\_\_ If Yes, please briefly describe that effort and your level of participation: _____

_____

_____

78. Are you or any members of your family or close friends currently, or were formerly, employed by any law enforcement agency or correctional facility? If yes, please explain. _____

_____

79. Have you ever provided any information to the police about any criminal offense? If yes, please explain. _____

_____

If yes, please say whether you did so anonymously. _____

80. Do you belong to any neighborhood watch associations? If yes, please explain what you do. _____

_____

81. Do you have any home security system, security bars, guard dog(s), alarms, or weapons for self-protection? _____

82. Do you carry any weapons on your person, including mace, guns, or knives?  If yes, please explain.  _____

83. Have you ever testified, watched, or otherwise participated in a court proceeding?  If yes, in what court?  What were the circumstances?  What was your reaction to the experience?  _____
_____

84. Do you read about, watch, or listen to electronic information about criminal justice issues, including T.V. shows?  _____

85. Have you or anyone close to you ever been the victim of a crime of violence, reported or not?  _____ Yes  _____No    If Yes, please state who (relation to you), when and what happened.  _____
_____
_____

   a.    Was there an arrest?  ____Yes  _____ No

   b.    What was the outcome?  _____
_____

   c.    What feelings did you carry away from the experience?  _____
_____

86. Have you or anyone close to you ever been accused, arrested, charged or convicted of a crime, other than a traffic ticket?  ____ Yes  ____ No  If Yes, please state who (relation to you), when and what happened.  _____
_____
_____

87. Have you or anyone close to you ever been falsely accused of a crime?  ____ Yes  ____ No  If yes, please explain:  _____
_____
_____

88. How do you feel about the criminal justice system?  _____
_____
_____

89. Would you always believe a law enforcement officer over other witnesses?  ____ Yes  ____ No    Why or why not?  _____
_____
_____

90.    Under the U.S. Constitution, a person accused of a crime does not have to testify in his defense, and his silence many not be used against him. How do you feel about that? _____

_____

_____

91.    If a person does not tell his side of the story, do you feel he is more likely guilty? _____ Yes _____ No    Why or why not? _____

_____

_____

92.    What does the presumption of innocence mean to you? _____

_____

93.    Do you think that people should be found guilty based on criminal association? If yes, why?  If no, why not? _____

_____

94.    The United States has the burden of proving its case beyond a reasonable doubt. This burden never shifts to the defendant. He is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence presented in court, decides their guilt has been proved beyond a reasonable doubt.  Would you have any difficulty following this rule, where the allegations against the defendant include support of terrorism? _____ Yes _____ No

95.    At the conclusion of this case it is the Court's task and duty to charge you on the law and explain to you the elements of the crimes charged. Do you have any personal, religious, philosophical or other beliefs as to what the law is or should be that would make it difficult for you to follow the instructions of the Court? _____ Yes _____ No

       a.    If the law did not comport with your religious beliefs, could you set aside your religious beliefs and follow the law? _____ Yes _____ No

96.    Is there anything about the nature of the charges in this case that would affect your ability to fairly evaluate the evidence to determine whether or not the prosecution has proven the guilt of the defendant beyond a reasonable doubt? ___ Yes ___ No  If Yes, please explain: _____

_____

_____

97.    Have you consulted with anyone in completing this questionnaire?

       Yes_____ No _____

**Page 17**    **DEFENDANT'S PROPOSED JURY QUESTIONNAIRE**

98.  Is there any matter not covered by this questionnaire that you think is important to bring to the attention of the Court?  ____Yes ____ No
If Yes, please explain:_____
_____
_____

## JUROR'S OATH

I declare under penalty of perjury that the information, which I have provided in this questionnaire and any attachments, is true and correct. I further declare that my answers are my own, and I have completed this questionnaire without anyone's assistance.

_____          _____
          Juror Number                                             Date


Juror Number _____


**Use this space below to complete any answers, preceded by the number of the question.**