**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: steve_wax@fd.org**

**Lawrence Matasar, OSB No. 74209**
**621 SW Morrison Street, Suite #1025**
**Portland, OR 97205**
**Tel: (503) 222-9830**
**Email: larry@pdxlaw.com**

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 05-60008 HO** |
| **Plaintiff,** | |
| **v.** | **DEFENDANT'S FIRST ADDENDUM TO INITIAL POTENTIAL WITNESS LIST** |
| **PIROUZ SEDAGHATY,** | |
| **Defendant.** | |

**Page 1 DEFENDANT'S FIRST ADDENDUM TO INITIAL POTENTIAL WITNESS LIST**

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby adds the following to his Initial Potential Witness List:

Customs Expert        (to be determined)  To discuss CMIR issues

Pat Florin            willfulness and correspondence

Bill Gabriel          willfulness

Catherine Granel      willfulness

Abdul Qaadir          Observations at Al Haramain Ashland, Oregon, Saudi Arabia, emails
Abdul Khaaliq          and wilfulness

Anwar Khan            willfulness

Dr. David Long        Expert  Witness  on  Saudi Arabia and zakat and potentially other
                      issues.

Raya Shokatfard       Observations at Al Haramain, Ashland, Oregon and willfulness.

RESPECTFULLY SUBMITTED this 14th day of May, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar