Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PIROUZ SEDAGHATY,<br><br>        Defendant. | CR 05-60008 HO<br><br><br>DEFENDANT'S FIRST ADDENDUM TO INITIAL POTENTIAL WITNESS LIST |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby adds the following to his Initial Potential Witness List:

| | |
|---|---|
| Customs Expert | (to be determined) To discuss CMIR issues |
| Pat Florin | willfulness and correspondence |
| Bill Gabriel | willfulness |
| Catherine Granel | willfulness |
| Abdul Qaadir Abdul Khaaliq | Observations at Al Haramain Ashland, Oregon, Saudi Arabia, emails and wilfulness |
| Anwar Khan | willfulness |
| Dr. David Long | Expert Witness on Saudi Arabia and zakat and potentially other issues. |
| Raya Shokatfard | Observations at Al Haramain, Ashland, Oregon and willfulness. |

RESPECTFULLY SUBMITTED this 14th day of May, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar