IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>      v.<br><br>PIROUZ SEDAGHATY,<br><br>                            Defendant. | CR 05-60008<br><br>ORDER GRANTING CONTINUANCE OF TRIAL DATE |

      The question of the trial date having come duly before the Court for consideration, and good cause appearing therefor based on the complexity of the case and accident and subsequent medical condition of defense co-counsel's spouse, the Court does hereby

      ORDER that the presently scheduled trial date of June 7, 2010, is vacated and is rescheduled to August 30, 2010, at 9:00 a.m.;

      IT IS HEREBY FURTHER ORDERED that excludable time shall be recognized in this matter, in accordance with the terms of 18 U.S.C. § 3161(h)(7)(A), from the date of this order to and including August 30, 2010, based on the complexity of the case and accident and subsequent medical condition of defense co-counsel's spouse.

      Dated this _____ day of May, 2010.

 

                                                             Honorable Michael R. Hogan

Presented by:

/s/ Steven T. Wax
Steven T. Wax, Attorney for Defendant