Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com


Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                                    Plaintiff,<br><br>              v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                                    Defendant. | CR 05-60008 HO<br><br>*EX PARTE* MOTION FOR ISSUANCE OF ADDITIONAL SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE |

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, defendant

Pirouz Sedaghaty, who is indigent, applies for an Order allowing defendant to subpoena

up to fifteen additional witnesses and documents; costs and fees incurred to be paid as provided by 28 C.F.R. §§ 21.1 *et seq*. The Court previously authorized thirty subpoenas, which have been nearly used up. Defendant has identified additional witnesses, for whom subpoenas will need to be issued, and some documents.

    RESPECTFULLY SUBMITTED this 26th day of May, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar