IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | CR 05-60008 HO |
|---|---|
| Plaintiff, | |
| v. | *EX PARTE* ORDER FOR ISSUANCE OF ADDITIONAL SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

The Court finds that the defendant is indigent, therefore IT IS ORDERED that the Clerk issue fifteen subpoenas to defendant's counsel as requested to be served on behalf of defendant at government expense, the costs incurred by the process are to be paid in the same manner in which similar costs are paid in the case of witnesses subpoenaed on behalf of the government, as provided by 28 C.F.R. §§ 21.1 *et seq*.

DATED this _____ day of May, 2010.

_____
Honorable Michael Hogan
United States District Judge

Submitted By:

/s/ Steven T. Wax
Steven T. Wax
Attorney for Defendant