DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
chris.cardani@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, OR  97401
Telephone:  (541) 465-6771
Facsimile:  (541) 465-6316
**CHARLES F. GORDER, JR.**, OSB #91287
Assistant United States Attorney
charles.gorder@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 05-cr-60008-02-HO |
| v. | |
| **PIROUZ SEDAGHATY,** | |
| **Defendant.** | |

**NOTIFICATION TO DEFENDANT OF THE SIXTH** *IN CAMERA*,
*EX PARTE*, **UNDER SEAL FILING BY THE UNITED STATES
PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States hereby notifies the defendant that it has, on the 14th day of June, 2010, filed a sixth *in camera*, *ex parte*, under seal submission to the Court pursuant to Sections 3 and 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA") entitled "*Ex Parte* Government's Supplemental Response to Defendant's Third Supplement to First Motion for Discovery Filed Pursuant to CIPA §§ 3 and 4 and Rule 16(d)(1) and Government's Motion to Delete Items from Discovery."

Dated this 14th day of June 2010.

                                        DWIGHT C. HOLTON
                                        United States Attorney

                                        *s/ Charles F. Gorder, Jr.*
                                        CHARLES F. GORDER, JR.
                                        Assistant United States Attorney

                                        *s/ Christopher L. Cardani*
                                        CHRISTOPHER L. CARDANI
                                        Assistant United States Attorney