DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
chris.cardani@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, OR  97401
Telephone:  (541) 465-6771
Facsimile:  (541) 465-6316
**CHARLES F. GORDER, JR.**, OSB #91287
Assistant United States Attorney
charles.gorder@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 05-cr-60008-02-HO |
| v. | |
| PIROUZ SEDAGHATY, | |
| **Defendant.** | |

**NOTIFICATION TO DEFENDANT OF THE FILING OF THE
GOVERNMENT'S *IN CAMERA* RESPONSE TO DEFENDANT'S
THIRD SUPPLEMENT TO FIRST MOTION FOR DISCOVERY
PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States hereby notifies the defendant that it has, on the 14th day of June, 2010, filed its *In Camera* Response to Defendant's Third Supplement to First Motion for Discovery under seal with the Court Security Officer pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3 ("CIPA").

Dated this 14th day of June 2010.

        DWIGHT C. HOLTON
        United States Attorney


*s/ Charles F. Gorder, Jr.*
CHARLES F. GORDER, JR.
Assistant United States Attorney


*s/ Christopher L. Cardani*
CHRISTOPHER L. CARDANI
Assistant United States Attorney