DWIGHT C. HOLTON, OSB # 09054
United States Attorney
District of Oregon
**DAVID L. ATKINSON,** OSB #750217
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Email: david.atkinson@usdoj.gov
Telephone: (503) 727-1000
      Attorneys for United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 05-60008-HO |
| v. | **NOTICE OF WITHDRAWAL OF ASSISTANT U.S. ATTORNEY** |
| **PIROUZ SEDAGHATY, et al.,** | **DAVID L. ATKINSON** |
| Defendants. | |

Please be advised that undersigned counsel for the government hereby withdraws as an attorney of record in the above-captioned case. Please withdraw AUSA Atkinson from further service and electronic notices in this case.

Dated this 23rd day of June 2010.

                                            Respectfully submitted,

                                            DWIGHT C. HOLTON
                                            United States Attorney

                                            *s/ David L. Atkinson*
                                            DAVID L. ATKINSON
                                            Assistant United States Attorney