Mr. Kelly R. Beckley
kbeckley@beckley-law.com
Mr. Kevin W. Bons
kbons@beckley-law.com
BECKLEY LAW FIRM, P.C.
1257 High St., Suite #2
P. O. Box 11098
Eugene, OR 97440
Phone: (541) 683-0888
Fax: (541) 683-0889

Geoffrey H. Coll
*Pro hac vice*
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW
Washington, DC 20005-4213
Telephone: (202) 346-8000
Facsimile: (202) 346-8102

Attorneys for Respondent

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CR 05-60008-02-HO** |
| **v.** ) | |
| ) | **NOTICE OF APPEARANCE OF** |
| **PIROUZ SEDAGHATY** ) | **GEOFFREY H. COLL AS** |
| ) | **ATTORNEY OF RECORD AND** |
| **Defendant,** ) | **NOTICE OF WITHDRAWAL OF** |
| ) | **TIMOTHY J. COLEMAN AND** |
| **In re AL RAJHI BANK SUBPOENA** ) | **BOAZ I. GREEN AS ATTORNEYS** |
| ) | **OF RECORD** |
| **AL RAJHI BANKING &** ) | |
| **INVESTMENT CORP.,** ) | |
| **Real party in interest** ) | |
| **Respondent.** ) | |

Notice of Appearance and
Withdrawals - Page 1

To the Clerk of Court and all parties,

NOTICE IS GIVEN that Geoffrey H. Coll of Dewey & LeBoeuf LLP hereby enters his appearance as attorney of record for Al Rajhi Banking & Investment Corporation.

NOTICE IS GIVEN that Timothy J. Coleman is no longer an attorney with Dewey & LeBoeuf LLP, and, as such, is withdrawing as an attorney of record in this case.

NOTICE IS GIVEN that effective June 25, 2010 Boaz I. Green will no longer be an attorney with Dewey & LeBoeuf LLP, and, as such, is withdrawing as an attorney of record in this case.

Dated: June 23, 2010                     Respectfully submitted,

/s/ Kelly R. Beckley
Mr. Kelly R. Beckley
kbeckley@beckley-law.com
Mr. Kevin W. Bons
kbons@beckley-law.com
BECKLEY LAW FIRM, P.C.
1257 High St., Suite #2
P. O. Box 11098
Eugene, OR 97440
Phone: (541) 683-0888
Fax: (541) 683-0889

Geoffrey H. Coll
*Pro hac vice*
DEWEY & LEBOEUF LLP
1101 New York Avenue, NW
Washington, DC  20005-4213
Telephone: (202) 346-8000
Facsimile:  (202) 346-8102

ATTORNEYS FOR PETITIONER

Notice of Appearance and
Withdrawals - Page 2

BECKLEY LAW FIRM, P.C.
ATTORNEYS AT LAW
1257 HIGH STREET - P.O. BOX 11098  EUGENE, OR 97440-3298
541-683-0888 - FAX 541-683-0889
www.beckley-law.com