FILED

JUL 12 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30061 |
| Plaintiff - Appellee, | D.C. No. 6:05-cr-60008-HO-1<br>District of Oregon,<br>Eugene |
| v. | |
| PIROUZ SEDAGHATY, AKA Pete Seda, AKA Perouz Seda Ghaty, AKA Abu Yunus, | ORDER |
| Defendant, | |
| and | |
| AL RAJHI BANKING & INVESTMENT CORPORATION, | |
| Real-party-in-interest - Appellant. | |

Before: GOODWIN, PREGERSON and WARDLAW, Circuit Judges.

Al Rajhi Banking & Investment Corporation ("Bank") challenges the authority of the Attorney General to enforce an administrative subpoena issued to it pursuant to 31 U.S.C. § 5318(k). The Bank, however, has now fully complied with the challenged administrative subpoena and the Government has averred that no further steps will be taken to enforce it. Accordingly, we GRANT the parties' joint motion to dismiss, and DISMISS this appeal as moot. *See Enrico's, Inc. v.*

*Rice*, 730 F.2d 1250, 1254 (9th Cir. 1984). This order served on the district court shall constitute the mandate of this court.

DISMISSED AS MOOT.