# EXHIBIT 1

LAWRENCE MATASAR
OSB #74209
Email: larry@pdxlaw.com

KRISTA SHIPSEY
OSB #94385
Email: krista@pdxlaw.com
Lawrence Matasar, P.C.
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone: (503) 222-9830
Fax: (503) 274-8575
    Attorneys for Pirouz Sedaghaty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No. CR 05-60008 |
| ) | |
| Plaintiff, ) | DECLARATION OF |
| ) | ROBERT C. WEAVER |
| vs. ) | |
| ) | |
| **PIROUZ SEDAGHATY,** ) | |
| ) | |
| Defendant. ) | |

    I, Robert C. Weaver, declare that the following statements are true to the best of my knowledge, information and belief:

    1. I am a shareholder in the law firm of Garvey Schubert Barer, where I am the Chair of the Litigation Group.

    2. I was an assistant United States Attorney for the District of Oregon from 1979 to 1988, and served as the Chief of the Criminal Division from 1982 to 1988. Since 1989,

PAGE 1 – DECLARATION OF ROBERT C. WEAVER

I have practiced in the areas of business litigation and criminal defense.

3. Over the past 20 years, I have represented numerous individuals and organizations who have been served with grand jury subpoenas for documents in the District of Oregon. Subject to narrow confidential privileges, the person or entity subpoenaed must produce all records in their possession which are included in the language of the subpoena, whether or not such records meet the admissibility requirements of a business record under the Federal Rules of Evidence.

4. I have never heard of an unspoken quid pro quo stipulation agreement in this District, or in any other District, whereby the attorney producing records pursuant to a grand jury subpoena stipulates or is presumed to agree at trial that the records produced are authentic business records under Federal Rule of Evidence 803(6).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 19 day of July, 2010.

ROBERT C. WEAVER, OSB No. 80135

PAGE 2 – DECLARATION OF ROBERT C. WEAVER

# EXHIBIT 2

LAWRENCE MATASAR
OSB #74209
Email: larry@pdxlaw.com

KRISTA SHIPSEY
OSB #94385
Email: krista@pdxlaw.com
Lawrence Matasar, P.C.
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone: (503) 222-9830
Fax: (503) 274-8575
    Attorneys for Pirouz Sedaghaty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. CR 05-60008 |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | RONALD H. HOEVET |
| vs. | ) | |
| | ) | |
| **PIROUZ SEDAGHATY,** | ) | |
| | ) | |
| Defendant. | ) | |

    I, Ronald H. Hoevet, declare that the following statements are true to the best of my knowledge, information and belief:

    1. I am a shareholder of Hoevet, Boise and Olson, PC.

    2. From 1975 to 1977, I served as a trial attorney in the Criminal Section of the Tax Division for the U.S. Department of Justice. From 1977 to 1981 I was an Assistant United States Attorney for the District of Oregon. I have been in private practice in

PAGE 1 – DECLARATION OF RONALD H. HOEVET

Portland, Oregon focusing on criminal defense since 1981.

3. Over the past 29 [RHH] years, I have represented numerous individuals and organizations that have been served with grand jury subpoenas for documents in the District of Oregon. The grand jury is an investigative body, not bound by the Federal Rules of Evidence, and may subpoena and rely upon documents in making a charging decision that may not be admissible at trial. When an attorney who represents a grand jury target produces documents listed in a subpoena, the attorney does not concede their admissibility as business records or waive any objections at trial.

4. I have never heard of an unspoken quid pro quo stipulation agreement in this District, or in any other District, whereby the attorney producing records pursuant to a grand jury subpoena necessarily stipulates, or is presumed to agree at trial, that the records produced are authentic business records under Federal Rule of Evidence 803(6).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 20th day of July, 2010.

/s/ Ron Hoevet
RONALD H. HOEVET, OSB No. 75174

PAGE 2 – DECLARATION OF RONALD H. HOEVET