# EXHIBIT A

SITUATION ROOM
TOP STORIES
LIVE
CNN
UPDATE
Death toll rises in China floods
3:21 PM PT

