DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
CHARLES F. GORDER, JR., OSB# 912874
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1117
charles.gorder@usdoj.gov

FILED'10 JUL 27 11:53 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  CR 05-60008-HO |
| | ) | |
| v. | ) | Government's Notice to Offer |
| | ) | Evidence Under 18 U.S.C. § 3505 |
| | ) | |
| PIROUZ SEDAGHATY, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, through its undersigned counsel, herein provides

notice to the Court and the Defendant of its intent to submit evidence under 18 U.S.C. §

3505.

The United States Government has been provided bank records from the Al-

Rajhi Banking and Investment Corporation in Saudi Arabia.  Those records are

attached to this Notice as Batch 1 and Batch 2 and have been provided to the defense.

1 - Government's Notice to Offer Evidence Under 18 U.S.C. § 3505

Officials of the Bank submitted certifications consistent with the provisions of 18 U.S.C. § 3505(a)(1), attesting that the foreign records are authentic records of the Bank. The prosecution will submit a portion of these records and English translations as exhibits for trial.

DATED this 27th day of July, 2010.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney

By: _____
CHRISTOPHER L. CARDANI
Assistant United States Attorney

By: _____
CHARLES F. GORDER, JR.
Assistant United States Attorney

# Batch 1
## Al-Rajhi Banking and Investment Corporation Records
## CR 05-60008-HO

Al Rajhi Bank مصرف الراجحي 

## Certificate of authenticity of business records

I, **Anand Durai**, attest on penalty of criminal punishment for false statement or false attestation that I am employed by **Al Rajhi Banking and Investment Corporation** and that my official title is **GM Retail Banking** . I further state that each of the records attached hereto is duplicate of the original records in custody of **Al Rajhi Banking and Investment Corporation**.

I, **Iain Blacklaw**, attest on penalty of criminal punishment for false statement or false attestation that I am employed by **Al Rajhi Banking and Investment Corporation** and that my official title is **Chief Operating Officer** . I further state that each of the records attached hereto is duplicate of the original records in custody of **Al Rajhi Banking and Investment Corporation**.

We further state:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of these matters;

b) such records were kept in the course of a regularly conducted business activity;

c) the business activity made such records as a regular practice.

d) if such record is not the original, such record is a true and accurate duplicate of the original.



_____        19.04.10
Signature                                           Date

_____        19. April 2010
Signature                                           Date

Turki M. Al Bassam

Sworn to or affirmed before me, Ministry Of Justice A _____ ,
authorized under the laws of Saudi Arabia to take statements that, if knowingly false would subject the maker to criminal penalties.

_____19th_____ day of ____April____, 2010



شركة الراجحي المصرفية للاستثمار
ص ب 28 الرياض 11411 المملكة العربية السعودية
هاتف 6000 211 1 966+  تلكس 406317

Al Rajhi Banking & Investment Corp.
P O Box 28  Riyadh 11411  Kingdom of Saudi Arabia
Tel +966 1 2116000  Tlx 406317
www.alrajhibank.com.sa

Al Rajhi Bank مصرف الراجحي

## شهادة توثيق السجلات التجارية

أنا ، _____ دوري ، أشهد على أني قد أتعرض للعقاب الجنائي إذا صرحت ببيانات كاذبة أو قدمت بمصادقة كاذبة ، وأشهد أني أعمل في **شركة الراجحي المصرفية للاستثمار (مصرف الراجحي)** ، وأن مسماي الوظيفي **مدير عام المجموعة المصرفية للأفراد** ، وأنا أشهد كذلك على أن كل سجل مرفق هنا هو نسخة طبق الأصل من السجل الأصلي في عهدة شركة الراجحي المصرفية للاستثمار.

أنا ، إيان بلاك لو ، أشهد على أني قد أتعرض للعقاب الجنائي إذا صرحت ببيانات كاذبة أو قدمت بمصادقة كاذبة ، وأشهد أني أعمل في **شركة الراجحي المصرفية للاستثمار (مصرف الراجحي)** ، وأن مسماي الوظيفي **رئيس العمليات المصرفية** ، وأنا أشهد كذلك على أن كل سجل مرفق هنا هو نسخة طبق الأصل من السجل الأصلي في عهدة **شركة الراجحي المصرفية للاستثمار**.

ونقر أيضاً :

أ.   مثل هذه السجلات قد صدرت ، عند وقت حدوث أو بالقرب من وقت حدوث الموضوع المذكور ، عن طريق (أو من خلال معلومات مقدمة من) شخص له دراية بهذه المواضيع.

ب.  مثل هذه السجلات قد حُفظت وفق الطرق الاعتيادية للأعمال.

ت.  نشاط العمل المعني قد نفذ هذه السجلات بناء على أساليب عمل اعتيادية متبعة.

ث.  إذا كانت هذه السجلات غير أصلية ، هذا السجل / الوثيقة هي نسخة صحيحة ودقيقة طبق الأصل.


_____          _____
الإمضاء                                          التاريخ


_____          _____
الإمضاء                                          التاريخ


تم أداء القسم أو المصادقة أمامي: _____ ، _____

وهي جهة مسئولة بموجب قانون المملكة العربية السعودية وتتمتع بأخذ البيانات ، والتي إذا كان الشخص المُصرّح بتلك البيانات على علم أنها كاذبة ، هذه قد يعرضه إلى العقوبات الجنائية.

هذا _____ يوم _____ ، 2010

شركة الراجحي المصرفية للاستثمار
ص ب 28 الرياض 11411 المملكة العربية السعودية
هاتف 6000 211 1 966+   تلكس 406317

Al Rajhi Banking & Investment Corp.
P O Box 28  Riyadh 11411  Kingdom of Saudi Arabia
Tel +966 1 2116000  Tlx .406317
www.alrajhibank.com.sa

Al Rajhi Bank مصرف الراجحي 

**The Saudi Arabian Monetary Agency**

**Subpoena- 07-17-2009**

With reference to item (7) of the Administrative Subpoena- 07-17-2009 issued by United States Attorney's Office for the District of Oregon, we Al Rajhi Bank, state this day April 19th 2010 in Riyadh KSA that our records reflect no trade in cashiers' or travelers checks in the name of Soliman Al-But'he between 1st of February, 2000 and 30th of April, 2000 other than trading whose documents are already provided to you under other paragraphs of the subpoena.



**Anand Durai**

**GM Retail Banking**

**Iain Blacklaw**

**Chief Operating Officer**

شركة الراجحي المصرفية للاستثمار
ص ب 28 الرياض 11411 المملكة العربية السعودية
هاتف 6000 2116 1 966+ تلكس 406317

Al Rajhi Banking & Investment Corp.
P O Box 28  Riyadh 11411  Kingdom of Saudi Arabia
Tel +966 1 2116000  Tlx  406317
www.alrajhibank.com.sa

Al Rajhi Bank مصرف الراجحي

إلى : مؤسسة النقد العربي السعودي

بشأن: مذكرة الاستدعاء الصادرة في 2009/07/17م

بالإشـارة إلـى البنـد (7) مـن مـذكرة الاسـتدعاء الإداريـة الصـادرة فـي  2009/07/17م مـن مكتـب المدعي العام للولايات المتحدة بولاية أوريغون.

نشهد نحن  مصرف الراجحي ، في هذا اليوم الموافق 19 أبريل 2010 في مدينة الرياض بالمملكـة العربيـة السـعودية، بـأن سـجلاتنا تظهـر عـدم وجـود أي تعـاملات فـي الشـيكات المصـرفية أو السياحية باسم سليمان البطحي، في الفترة الزمنية من 1 فبراير 2000م إلى 30 أبريل 2000م باستثناء التعاملات التي تم إرفاق مستنداتها لكم ضمن نطـاق الفقرات الأخرى من نفس مذكرة الاستدعاء.

أناند دوري
مدير عام المجموعة المصرفية للأفراد

إيان بلاك لو
رئيس العمليات المصرفية

شركة الراجحي المصرفية للاستثمار
ص ب 28 الرياض 11411  المملكة العربية السعودية
هاتف 6000 211 1 966+   تلكس 406317

Al Rajhi Banking & Investment Corp.
P O Box 28  Riyadh 11411  Kingdom of Saudi Arabia
Tel  +966 1 2116000  Tlx  406317
www.alrajhibank.com.sa

AL RAJHI BANKING & INVESTMENT CORP.    شركة الراجحي المصرفية للإستثمار

DEBIT CHEQUES PURCHASED    مدين الأوراق المشتراه

BRANCH _____ الفرع    DATE _____ التاريخ

PURCHASE OF
TRAVELLERS CHEQUES
USE SEPARATE FORM FOR EACH CURRENCY    CURRENCY نوع العملة $

| المبلغ AMOUNT | العدد الفئة QTY. DENOMINATION | الرقم المسلسل SERIAL NUMBERS | البنك BANK |
|---|---|---|---|
| 2000 | 2 × 100 | RB 376 611 SJR 819 | American Express |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CURRENCY TOTAL اجمالي العملة

DATE التاريخ

Clerk الموظف

(Al Rajhi Bank stamp — الراجحي المصرفية — Branches Department)

١،٥٨٠،٠٠٠،٠٩٩ ١٨،٢٣٣ ٠٠٠،٣١٢ ٩٨٩١،١٣٣

**AL RAJHI BANKING & INVESTMENT CORP.**
Saudi Joint Stock Corp. - Capital S. R. 2,250,000,000
C. R. 96 - Head Office: P. O. Box 28 - Riyadh 11411

شـركـة الراجـحـي المصـرفـيـة للإسـتـثـمـار
شركة مساهمة سعودية - رأس المال ٢،٢٥٠،٠٠٠،٠٠٠ ريال
س.ت ٩٦ - المركز الرئيسي : ص.ب ٢٨ الرياض ١١٤١١

**BRANCH COPY**

BRANCH _____ 251 _____ الفرع    DATE ___ 13/3/2000 ___ التاريخ

نسخة الفرع

**PURCHASE OF
TRAVELLERS CHEQUES**
USE SEPARATE FORM FOR EACH CURRENCY

شـراء الشيكـات السـيـاحـيـة
يستخـدم نـمـوذج منفـصـل لكـل عـمـلـة

CURRENCY نوع العملة

| البـلـغ<br>AMOUNT | العدد x الفئة<br>QTY x DENOMINATION | الرقـم السـلـسـل<br>SERIAL NUMBERS | البـنـك<br>BANK |
|---|---|---|---|
| $2000 | 4 x 500 | GA023.432.532.535 | AMEX |
| | | | |
| | | | |

اجمالي العملة
CURRENCY TOTAL          ONLY

RATE السعر
**3.74**
ريال
S.R. **7480**          Clerk    الموظف المختص



AL RAJHI BANKING & INVESTMENT CORP.

شركة الراجحي المصرفية للاستثمار

Saudi Joint Stock Corp. – Capital S. R. 1500,000,000
C. R. 96 – Head Office: P. O. Box 28 – Riyadh 11411

شركة مساهمة سعودية - رأس المال ١٥٠٠,٠٠٠,٠٠٠ مليون ريال
سجل تجاري ٩٦ - المركز الرئيسي: ص.ب ٢٨ الرياض ١١٤١١

**BRANCH COPY**

نسخة الفرع

BRANCH الفرع _____

DATE التاريخ _____

**PURCHASE OF
TRAVELLERS CHEQUES**

USE SEPARATE FORM FOR EACH CURRENCY

CURRENCY نوع العملة

USD $

يا شــراء الشــيكات الســياحــية

يستخدم نموذج منفصل لكل عملة

| المبلغ<br>AMOUNT | العدد × الفئة<br>QT'X × DENOMINATION | الرقم المسلسل<br>SERIAL NUMBERS | البنك<br>BANK |
|---|---|---|---|
| 130 000 | 130 X 1000 | GB019-375-240-369 | AMERICAN EXPRESS |
| | | | |
| | | | |
| | | | |
| | | | |
| | ONLY | | فقط |

CURRENCY TOTAL

130 0000

RATE 3.745
S.R. ريال 486 850

Clerk الموظف المختص

Full Name الاسم بالكامل

بملء بواسطة العميل
TO BE COMPLETED BY CUSTOMER

FULL NAME

ADDRESS العنوان

TELEPHONE NUMBER رقم الهاتف

SIGNATURE التوقيع

بيانات اثبات الشخصية
DETAILS OF IDENTIFICATION

NUMBER الرقم

PLACE OF ISSUE/NATIONALITY مكان الاصدار / الجنسية

DATE OF EXPIRY تاريخ الانتهاء

See Notice O.L.

أنظر التنبيه خلف



٩١٠١٨٢/٨



**AL RAJHI BANKING & INVESTMENT CORP.**
Saudi Joint Stock Corp. – Capital S. R. 1500,000,000
C. R. 96 – Head Office: P. O. Box 28 – Riyadh 11411

شركة الراجحي المصرفية للاستثمار
شركة مساهمة سعودية - رأس المال ١٥٠٠,٠٠٠,٠٠٠ مليون ريال
س.ت ٩٦ – المركز الرئيسي: ص.ب ٢٨ الرياض ١١٤١١

نسخة الفرع

**BRANCH COPY**

BRANCH _____ الفرع          DATE ____١٤/٣/١٦٦٦ التاريخ

**PURCHASE OF**
**TRAVELLERS CHEQUES**
USE SEPARATE FORM FOR EACH CURRENCY

شراء الشيكات السياحية
يستخدم نموذج منفصل لكل عملة

| CURRENCY العملة نوع | |
|---|---|
| USD $ | |

| المبلغ AMOUNT | العدد x الفئة QTY x DENOMINATION | الرقم المسلسل SERIAL NUMBERS | البنك BANK |
|---|---|---|---|
| 130 000 | 130X1000 | GB019-375-240-369 | AMERICAN EXPRESS |
| | | | |

FORM 123 PART 1   نموذج ١٢٣ الجزء الأول

| B0000 | | ONLY فقط |
|---|---|---|
| | CURRENCY TOTAL | |

RATE السعر
**3-745**

ريال
S.R. **486850**

الموظف
المختص
Clerk

سانات اثبات الشخصية
**DETAILS OF IDENTIFICATION**

يملأ بواسطة العميل
**TO BE COMPLETED BY CUSTOMER**

NUMBER          الرقم

FULL NAME   الاسم بالكامل
علي بن محمد البحي

PLACE OF ISSUE/NATIONALITY   مكان الاصدار / الجنسية

ADDRESS   العنوان

TELEPHONE NUMBER   رقم الهاتف

DATE OF EXPIRY   تاريخ الانتهاء

SIGNATURE   التوقيع

See Notice O.L.          أنظر التنبيه خلفا



مصرف الراجحي
إدارة الفروع
Branches Department
Al Rajhi Bank



٣٥٢
٨/٤/٢٠٠١

أ.إ. لإدارة العامة
فتاة تلمتع بعد معرفة مصير الشيك

٥٢٨٢٨

**TO: HEAD OFFICE**
TO BE RETURNED TO BRANCH WHEN FATE KNOWN

BRANCH _____ الفرع          DATE _____ التاريخ

**COLLECTION OF**
**FOREIGN CURRENCY CHEQUES**
*USE SEPARATE FORM FOR EACH CURRENCY*

| العملة CURRENCY | |

تحصيل الشيكات بالعملة الاجنبية
يستخدم نموذج منفصل لكل عملة

| المبلغ بالاجنبي CURRENCY AMOUNT | DRAWEE BANK | البنك المسحوب عليه | رقم الشيك CHEQUE NUMBER |
|---|---|---|---|
| 250.000 | Bank Of America | | |

BRANCH ADVICE
Form 125 Part 3

السعر RATE

اجمالي الريال
SR. TOTAL

| CUSTOMER NAME AND ADDRESS | اسم العميل وعنوانه |

تدفع القيمة بالريال السعودي ما لم
تستلم تعليمات محددة بخلاف ذلك

**PROCEEDS WILL BE PAID IN SAUDI RIYALS**
**UNLESS SPECIFIC INSTRUCTIONS ARE RECEIVED**
**TO THE CONTRARY**

TELEPHONE NUMBER          رقم الهاتف

ACCOUNT NUMBER          رقم الحساب

نوافق على خصم أي مصاريف مستقطعة من قبل المراسل
**I HEREBY AGREE TO BE DEBITED WITH ANY CHARGES DEDUCTED**
**BY THE CORRESPONDENT.**

| SIGNATURE OF BRANCH OFFICIAL | توقيع المسؤول بالفرع |

CUSTOMER SIGNATURE          توقيع العميل

Al Rajhi Bank



ثانياً: المظلوبات التي تعتبر حتمية بسبب ارتباطها بحسابات المراسلين أو الشيكات السياحية أو الشيك المصرفي في الفقرات 2 – 6 من قرار محكمة أوريجون .

AL-RAJHI BANKING & INVESTMENT CORP.

**EXPRESS**

الحوالات الصادرة
**OUTWARD PAYMENT ORDERS**

| | |
|---|---|
| Number | Branch | DATE: |
| | | CORR. /٤٨ |

**BENEFICIARY DATA** — بيانات المستفيد

Full Name: The ARBoRIST Inc

Nationality:

ID Type & No.:

Address:

Tel. No.: 541/482-5411 (Banat 476)

Acc. No.: 2830407035

Beneficiary Bank: Bank of America

Branch Name & Address: Ashland Branch
2880

Value Date: 323070380

Rated Date: 2505 Ashland St.
Suite B Ashland
OR 97520 USA

| | |
|---|---|
| F.C. Amount | 27 000 $ |
| Rate | 3.75 |
| S.R. Amount | 101250 |
| The Charges | 65 |
| SR. TOTAL | 101315 |
| (F) | |
| () | |

For Bank's Use Only

Correspondent

| A-Code | Location | Corr. Code |
|---|---|---|
| | | |

**PAYMENT INSTRUCTIONS**

Debiting Account Number

**REMITTER DATA** — بيانات المحول

Al Rajhi Bank مصرف الراجحي 

| | |
|---|---|
| صفحة 1 | **Branch** Hajaz Road الفرع |

**Statement of Account**     كشف حساب

MR
SULIMAN HAMAD SULIMAN
ALBUTHI

P.O. BOX 092684
11663 فايرلد
Kingdom of Saudi Arabia

| رقم الحساب<br>140608010109206 | نوع الحساب<br>Current Account (CR) | عملة الحساب<br>Saudi Riyal | Duration الفترة<br>1420/11/08 – 1420/11/08<br>٢٠٠٠/٢/١٤ – ٢٠٠٠/٢/١٤ |
|---|---|---|---|
| Account Number | Account Type | Currency | |

| Balance الرصيد | Credit دائن | Debit مدين | Transaction Details تفاصيل العملية | Date التاريخ |
|---|---|---|---|---|
| 43,883.69 | | | BEGINNING BALANCE | |
| 28,961.19 | | 14,922.50 | Debit Note<br>2310000000تكسبية | 000214  11/08 |
| | | | | |
| 28,961.19 | 0.00 | 14,922.50 | GRAND TOTALS | |

يعتبر كشف الحساب صحيحاً وموافقاً عليه من قبلكم إذا لم تتسلم أي اعتراض على صحته خلال خمسة عشر يوماً من إرساله . فضلاً إبلاغنا فوراً بأي تغيير في العنوان

This balance is considered to be correct and approved by you if no objection is received by within 15 days from date of dispatch . Any change of address should be promptly advised to us .



Al Rajhi Bank مصرف الراجحي

| صفحة 1 | Branch | Hajaz Road | الفرع |

Statement of Account    كشف حساب

MR
SULIMAN HAMAD SULIMAN
ALBUTHI

P.O. BOX 092684
11663 فايريد
Kingdom of Saudi Arabia

| رقم الحساب | نوع الحساب | عملة الحساب | الفترة |
|---|---|---|---|
| 140608010109206 | Current Account (CR) | Saudi Riyal | Duration<br>1420/12/28 - 1420/12/28<br>٢٠٠٠/٠٤/٠٣ - ٢٠٠٠/٠٤/٠٣ |
| Account Number | Account Type | Currency | |

| Balance الرصيد | Credit دائن | Debit مدين | Transaction Details تفاصيل العملية | Date التاريخ |
|---|---|---|---|---|
| 200,906.29 | | | ████████ ██████ | |
| 195,921.29 | | | ████████ ██████ | |
| 192,421.29 | | | ████████ ██████ | |
| 187,421.29 | | | ████████ ██████ | |
| 86,106.29 | | 101,315.00 | Debit Note<br>2310000000 وموجة<br>تكسية | 000403 12/28 |
| | | | | |

يعتبر كشف الحساب صحيحاً وموافقاً عليه من قبلكم إذا لم نتسلم أي اعتراض على صحته خلال خمسة عشر يوماً من إرساله . فضلاً إبلاغنا فوراً بأي تغيير في العنوان

This balance is considered to be correct and approved by you if no objection is received within 15 days from date of dispatch . Any change of address should be promptly advised to us .



Al Rajhi Bank مصرف الراجحي

| | الفرع | Hajaz Road | Branch | صفحة 1 |
|---|---|---|---|---|

Statement of Account    كشف حساب

MR
SULIMAN HAMAD SULIMAN
ALBUTHI

P.O. BOX 092684
11663 فايرئد
Kingdom of Saudi Arabia

| رقم الحساب<br>140608010109206 | نوع الحساب<br>Current Account (CR) | عملة الحساب<br>Saudi Riyal | Duration الفترة<br>1421/01/03 - 1421/01/03<br>٢٠٠٠/٤/٠٨ - ٢٠٠٠/٤/٠٨ |
|---|---|---|---|
| Account Number | Account Type | Currency | |

| Balance الرصيد | Credit دائن | Debit مدين | Transaction Details تفاصيل العملية | Date التاريخ |
|---|---|---|---|---|
| 187,491.29 | | | BEGINNING BALANCE | |
| 266,220.29 | 78,729.00 | | Cash Deposit<br>تحميل خاريجي | 000408 01/0 |
| | | | | |
| 266,220.29 | 78,729.00 | 0.00 | GRAND TOTALS | |

يعتبر كشف الحساب صحيحاً وموافقاً عليه من قبلكم إذا لم نتسلم أي اعتراض على صحته خلال خمسة عشر يوماً من إرساله . فضلاً إبلاغنا فوراً بأي تغيير في العنوان

This balance is considered to be correct and approved by you if no objection is received by within 15 days from date of dispatch . Any change of address should be promptly advised to us .

```
DATE: 10/04/20                      FPC_USA_2000_rio_1
PROGRAM: FPBP921X           ALRAJHI BANKING AND INVESTMENT CORPORATION
0                                   TRANSMITTED THROUGH TELEX/SWIFT
        CORR :     260   CURR :    752   FROM DATE : 20000101   TO DATE : 20000510
--------------------------------------------------------------------------------------
-------------------
SLNO   PONNO    REM   NAME               BEN NAME                  AMOUNTFC        AMTSAR
    VALDATE   ENTDATE  BRN NO    BRN REF  USER     USERSYS
--------------------------------------------------------------------------------------
-------------------


005868 00815479 SOLIMAN  HAMED ALBUTHI    THE ARBORIST INC.           27,000.00      101,250.00
000404     000403  140   038186415  140P3G2
                                         TEL.NO.541/482-5411 BANTE 476
```



Al Rajhi Banking & Investment Corp.
P O Box 28 Riyadh 11411 Kingdom of Saudi Arabia
Tel +966 1 211 6000 Tlx 406517
www.alrajhibank.com.sa

Al Rajhi Bank مصرف الراجحي



```
                                      FPC_USA_2000_rio_1
    DATE: 10/04/20              ALRAJHI BANKING AND INVESTMENT CORPORATION
    PROGRAM: FPBP921X
0                                       TRANSMITTED THROUGH TELEX/SWIFT
        CORR :      260    CURR :    752   FROM DATE :  20000101   TO DATE : 20000510
-----------------------------------------------------------------------------------
------------------
SLNO    PONNO    REM   NAME                    BEN NAME                        AMOUNTFC        AMTSAR
  VALDATE   ENTDATE   BRN NO    BRN REF   USER     USERSYS
-----------------------------------------------------------------------------------
------------------

002658 00796944 SOLIMAN HAMED ALBUTHI       MR.NABIL ALRAJEH                  3,962.00      14,857.50
000215     000214  140   038186876  140T3G4
```



Al Rajhi Banking & Investment Corp.
P O Box 28 Riyadh 11411 Kingdom of Saudi Arabia
Tel +966 1 2116000  Tlx 406317
www.alrajhibank.com.sa

Al Rajhi Bank مصرف الراجحي

# Batch 2
## Al-Rajhi Banking and Investment Corporation Records
## CR 05-60008-HO

A! Rajhi Bank مصرف الراجحي 

## Certificate of authenticity of business records

I, **Anand Durai**, attest on penalty of criminal punishment for false statement or false attestation that I am employed by **Al Rajhi Banking and Investment Corporation** and that my official title is **GM Retail Banking** . I further state that each of the records attached hereto is duplicate of the original records in custody of **Al Rajhi Banking and Investment Corporation**.

I further state:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of these matters;

b) such records were kept in the course of a regularly conducted business activity;

c) the business activity made such records as a regular practice.

d) if such record is not the original, such record is a true and accurate duplicate of the original.

_____                    05.06.10
Signature                                                              Date

Sworn to or affirmed before me, _TURKI M. AL-BASBHAN_ A _MINISTRY OF JUSTICE_
authorized under the laws of Saudi Arabia to take statements that, if knowingly false would subject the maker to criminal penalties.

_Fifth_ _____ day of _JUNE____ , ٢٠١٠

| Page | صفحة | 1 | | Branch | Hajaz Road | الفرع |

Statement of Account     كشف حساب

SULIMAN HAMAD SULIMAN
ALBUTHI

P O. BOX 092604
11683 الرياض
Kingdom of Saudi Arabia

رقم الحساب | نوع الحساب | عملة الحساب | | الفترة Duration

408000010920a    Current Account (CR)    Saudi Riyal    1428/08/23 - 1428/12
7,,,7/,7/79 - 7,,,7/,7/7a

| Account Number | | Account Type | Currency | | |

| Balance الرصيد | Credit لكم | Debit عليكم | Description البيان | Date التاريخ | المرجع |
|---|---|---|---|---|---|
| 33,133.09 | 9,781.90 | | Sarie Inward Payments RIYADH MUNICIPALTY | 100201 | 10/25 |
| 32,509.69 | | 623.40 | ATM Withdrawal سحب SCP/ 1533931086536420 001 GAAS | 100205 | 10/25 |
| 31,009.69 | | 1,500.00 | ATM Withdrawal سحب MTA/ 1401031QLSIAYLO 001 GAAS | 100205 | 10/27 |
| 29,009.69 | | 2,000.00 | ATM Withdrawal سحب MTA/ 0310081QLimIHJAR 661 7955 | 100210 | 11/04 |
| 43,383.69 | 14,374.00 | | Cash Deposit 137000000000 | 100210 | 11/07 |
| 28,761.19 | | 14,722.50 | Debit Note 231000000000 | 100214 | 11/08 |
| 20,653.96 | | 8,107.23 | Debit - Credit Cards Transactions تخصم بطاقة حسابي المستحق | 100217 | 11/09 |
| 20,315.95 | | 338.01 | Debit - Credit Cards Transactions تخصم بطاقة حسابي المستحق | 100217 | 11/09 |
| 18,785.23 | | 1,730.72 | Debit Note رفض شك | 100217 | 11/11 |
| 17,390.23 | | 1,395.00 | ATM Withdrawal سحب SCP/ 9221041043406420 001 GAAS | 100217 | 11/11 |

تعتبر جميع الأرصدة صحيحة وموافقاً عليه من قبلكم إذا لم يصلنا أو اعتراض على مخالة خلال خمسة عشر يوماً من تاريخ ٢٨هـ٩١٤١١هـ٢٨ عنواني في أي تغير في العنوان

The balance is considered to be correct and approved by you if no objection is received by within 15 days from date of dispatch. Any change of address should be promptly advised to us

Hajar Road

| Page | صفحة | Branch | الفرع |

Statement of Account    كشف حساب

SULIMAN HAMAD SULIMAN
ALBUTHI

P. O. BOX 092684
11663   الرياض
Kingdom of Saudi Arabia

| رقم الحساب | نوع الحساب | عملة الحساب | المدة Duration |
|---|---|---|---|
| 140608010107206 | Current Account (CR)   Saudi Rigal | | 1420/11/23 - 1420/12/23 |
| Account Number | Account Type | Currency | |

| Balance | Credit | Debit | | Date |
|---|---|---|---|---|
| 11,390.23 | | 1,000.00 | ATM Withdrawal سحب /MTA<br>93100810LIMHJAR 380<br>9529 | |
| 190.23 | | 11,200.00 | Cheque Withdrawal<br>071000 ON GHC<br>RD | 000217 |
| 5,790.23 | 5,600.00 | | Collection Cheque<br>شيك7000000000 من ح/ص 6696 من الوزير | 000220 |
| 4,290.23 | | 1,500.00 | ATM Withdrawal سحب /MTA<br>47100810LIMHJAR 380<br>6838 | 000224 |
| 23,290.23 | 19,000.00 | | Cash Deposit<br>سليمان الضبطي5000000000 | 000225 |
| 22,012.23 | | 1,278.00 | Cheque Withdrawal<br>ابراهيم سالمين | 000225 |
| 20,124.23 | | 1,388.00 | Cheque Withdrawal<br>ابراهيم سالمين | 000225 |
| 18,624.23 | | 1,500.00 | ATM Withdrawal سحب /MTA<br>79100810LIMHJAR 380<br>6164 | 000227 |
| 18,624.23 | 49,255.90 | 53,982.94 | GRAND TOTALS | |

هذا كشف الحساب صحيح وموافقا عليه من قبلكم ما لم نستلم أي اعتراض على العنوان خلال خمسة عشر يوما من إرسالة. خصه أية تغيير في العنوان

This balance is considered to be correct and approved by you if no objection is received by within 15 days from date of dispatch. Any change of address should be promptly advised to us



| Page | صفحة 1 | Branch | Hajar Road | | الفرع |

Statement of Account    كشف حساب

MR
SULIMAN HAMAD SULIMAN
ALBUTHI

P.O BOX 092684
11663    العاصمة
Kingdom of Saudi Arabia



| رقم الحساب | نوع الحساب | عملة الحساب | Duration | الفترة |
| (0060601010920b | Current Account (CR) | Saudi Riyal | 1421/01/25 - 1430/11/24 | |
| **Account Number** | **Account Type** | **Currency** | | |

| Balance | Credit | Debit | Description | No. | Date |
|---|---|---|---|---|---|
| 14,367 44 | | 4,254.79 | Debit Note ف هاتف | 000001 | 11/24 |
| 24,151.34 | 9,781 90 | | Sariee Inward Payments YTLAPICINUM HDAYIR | 000002 | 11/25 |
| 23,151 34 | | 1,000.00 | ATM Withdrawal سحب MTA/ 7050011003122YL0 001 GAAS * | 000004 | 11/27 |
| 4,151 34 | | 19,000.00 | Cheque Withdrawal مدينة كايف التعاونية | 000004 | 11/27 |
| 2,151 34 | | 2,000.00 | ATM Withdrawal سحب MTA/ 20830510L5SUSKAT 001 GAAS * | 000005 | 11/28 |
| 1,676.34 | | 475.00 | ATM Withdrawal سحب SDF/ 1582541079430064 001 GAAS * | 000005 | 11/28 |
| 3,576.34 | 1,900.00 | | Cash Deposit 5000000000مصمد فأبيز | 000006 | 11/29 |
| 576 34 | | 3,000.00 | ATM Withdrawal سحب MTA/ 83100810L1-IHJAR 863 6456 | 000006 | 11/29 |
| 3,826 34 | 3,250 00 | | Cash Deposit 5000000000فهد الغانم | 000007 | 12/01 |
| 2,246 34 | | 1,580 00 | Cheque Withdrawal بر أهيم ياكان الخالد | 000007 | 12/01 |

يعتبر كشف الحساب صحيحاً وموافقاً عليه من قبلكم إذا لم تتسلم أي اعتراض على صحته خلال خمسة عشر يوماً من إرساله. كما أن أي تغيير في العنوان

This balance is considered to be correct and approved by you if no objection is received by within 15 days from date of dispatch. Any change of address should be promptly advised to us



| Page | صفحة | **Branch** | Hajar Road | | الفرع |
|------|------|-----------|------------|--|--------|

## Statement of Account   كشف حساب

MR
SULIMAN HAMAD SULIMAN
ALBUTHI

P. O. BOX 092684
فابرنا   11663
Kingdom of Saudi Arabia

| رقم الحساب | نوع الحساب | عملة الحساب | **Duration** الفترة |
|-----------|-----------|------------|---------|
| 14060801010920e | Current Account (CR) | Saudi Riyal | 1421/01/25 - 1420/11/29 |
| **Account Number** | **Account Type** | **Currency** | ۲۰۰۰/۰۴/۳۰ - ۲۰۰۰/۰۳/۰۶ |

| Balance الرصيد | Credit دائن | Debit مدين | Description البيان / Cheque بشيك / Ref رقم العملية | Date التاريخ |
|---|---|---|---|---|
| 17949.13 | | 760.21 | Debit - Credit Cards Transactions | | |
| 1,311.39 | | 234.74 | خصم مبايع / فيزا ؛ بستحق<br>Debit - Credit Cards Transactions | 000914 | 12/07 |
| 811.39 | | 500.00 | خصم مبايع / فيزا ؛ بستحق<br>ATM Withdrawal<br>سحب MTA/<br>03100610L1-IHJAR 661<br>1347 | 000321 | 12/15 |
| 311.39 | | 500.00 | ATM Withdrawal<br>سحب MTA/<br>24010310L52AYLU  001<br>GAAS   * | 000321 | 12/15 |
| 185,106.39 | 184,795.00 | | Cash Deposit<br>سالبان5000000000 | 000919 | 12/16 |
| 169,556.39 | | 15,550.00 | Cheque Withdrawal<br>سليمان البطحي | 000322 | 12/16 |
| 169,358.39 | | 198.00 | ATM Withdrawal<br>سحب SOP/<br>7924551023666420 001<br>GAAS    * | 000322 | 12/16 |
| 166,358.39 | | 3,000.00 | Cheque Withdrawal<br>صالح محمد<br>انصعودي | 000323 | 12/17 |
| 236,358.39 | 70,000.00 | | Cash Deposit<br>سحب5000000000 | 000327 | 12/21 |
| 232,521.39 | | 3,837.00 | Cheque Withdrawal<br>سليمان حمد<br>البطحي | 000323 | 12/22 |

تعتبر كشف الحساب صحيحا وموافقا عليه من قبلكم إذا لم يصلنا أي اعتراض على صحته بهذا من خلال خمسة عشر يوما من تاريخ الرسالة . حصة إبلاغنا فورا بأي تغيير في العنوان.

This balance is considered to be correct and approved by you if no objection is received by within 15 days from date of dispatch . Any change of address should be promptly advised to us

AlRajhi Bank مصرف الراجحي

| Page | صفحة 3 | | Branch | Hajar Road | | الفرع |

Statement of Account    كشف حساب

MR
SULIMAN HAMAD SULIMAN
ALBUTHI

P.O BOX 092684
11663 فنابراك
Kingdom of Saudi Arabia

| رقم الحساب 14060801010920b | نوع الحساب Current Account (CR) | عملة الحساب Saudi Riyal | Duration 1421/01/25 - 1420/11/24 الفترة ٢٠٠٠/٤/٢٣٠ - ٢٠٠٠/٢/٢٩ |
| Account Number | Account Type | Currency | |

| Balance الرصيد | Credit دائن | Debit مدين | Description بيان | Date التاريخ |
|---|---|---|---|---|
| 249,921.39 | | 9,515.00 | سحب MTA/ 7410081QL1-IHJAR 644 9416 | |
| 240,803.29 | 9,781.90 | | Sariee Inward Payments ERUTLYTLAPICINUM HDAYIN | 000401 12/26 |
| 235,803.29 | | 5,000.00 | Cheque Withdrawal رياض عبد البطحي | 000401 12/26 |
| 200,803.29 | | 35,000.00 | Cheque Withdrawal سليمان عبد البطحي | 000402 12/27 |
| 195,921.29 | | 4,882.00 | Cheque Withdrawal لامر عم | 000403 12/28 |
| 192,421.29 | | 3,500.00 | Cheque Withdrawal سينا ناييف البطحي | 000403 12/28 |
| 187,421.29 | | 5,000.00 | ATM Withdrawal سحب MTA/ 13200210L5692000 001 GAAS * | 000403 12/28 |
| 86,106.29 | | 101,315.00 | Debit Note حوالة2310000000 تلكسية | 000403 12/28 |
| 187,491.29 | 101,385.00 | | Cash Deposit تلكم تحويل من امر العمير السليمي | 000403 12/28 |
| 266,220.29 | 78,729.00 | | Cash Deposit تحويل تجاري | 000406 01/03 |
| 286,220.29 | 20,000.00 | | Cash Deposit قرق5000000000 البطحي | 000411 01/06 |
| 284,087.89 | | 2,132.40 | Debit - Credit Cards Transactions خصم مبالغ فيز 1 مستحق | 000412 01/10 |

يعتبر كشف الحساب صحيحا وموافقا عليه من قبلكم إذا لم يتسلم أو اعتراض على صحته خلال خمسة عشر يوما من إرسالة . لهذا الخطابا فورا رأي راو في العنوان
This statement is considered to be correct and approved by you if no objection is received by within 15 days from date of dispatch . Any change of address should be promptly advised to us.



Al Rajhi Bank مصرف الراجحي

| Page | صفحة | Branch | Hajar Road | | الفرع |
|------|------|--------|------------|--|-------|

## Statement of Account     كشف حساب

MR

SULIMAN HAMAD SULIMAN
ALBUTHI

P. O. BOX 092684
11683     مكاتب بريد
Kingdom of Saudi Arabia

| رقم الحساب | نوع الحساب | عملة الحساب | Duration | الفترة |
|------------|-----------|-------------|----------|--------|
| 140608010109206 | Current Account (CR) | Saudi Riyal | 1421/01/25 - 1420/11/25 | |
| Account Number | Account Type | Currency | | |

| Balance الرصيد | Credit دائن | Debit مدين | Transaction Detail تفاصيل العملية | Date التاريخ | رقم الشيك |
|----------------|-------------|------------|-----------------------------------|--------------|-----------|
| 2837,651.38 | | 488.00 | Transactions | | |
| 282,651.36 | | 1,000.00 | شلمان مبارع نبيل / مستحق<br>ATM Withdrawal سحب /MTA<br>28010410L5-ALOHS 001<br>GAAS * | 000418 | 01/10 |
| 277,651.56 | | 5,000.00 | ATM Withdrawal سحب /NTA<br>18210310L518NTM 001<br>GAAS * | 000417 | 01/12 |
| 217,651.36 | | 60,000.00 | Cheque Withdrawal<br>ثق عبد العزيز البطحي | 000422 | 01/12 |
| 212,651.36 | | 5,000.00 | ATM Withdrawal سحب /MTA<br>14210310L5DZARF 001<br>GAAS * | 000425 | 01/20 |
| 202,651.36 | | 10,000.00 | Cheque Withdrawal<br>سها ساريف<br>الجنتبي جي | 000427 | 01/12 |
| 198,958.11 | | 3,693.45 | Cheque Withdrawal<br>حوا لي | 000427 | 01/22 |
| 209,058.51 | 10,100.40 | | Sariee Inward Payments<br>YTLAPICINUM HDAYIR | 000430 | 01/25 |
| 208,008.51 | | 1,050.00 | ATM Withdrawal سحب /SDP<br>8188051034447520 001<br>GAAS * | 000430 | 01/25 |
| 208,008.51 | 489,723.20 | 300,338.92 | GRAND TOTALS | | |

يعتبر كشف الحساب صحيحاً وموافقاً عليه من قبلكم أو اعتراض أو ملاحظة على معننة خلال خمسة عشر يوماً من إرساله فضلاً بالإبلاغ فوراً باي تغيير في العنوان

This statement is considered to be correct and approved by you if no objection is received by within 15 days from date of dispatch. Any change of address should be promptly advised to us.

CERTIFICATE OF SERVICE

The undersigned certify that service was made of the foregoing

GOVERNMENT'S NOTICE TO OFFER EVIDENCE UNDER 18 U.S.C. § 3505 on the

following by hand-delivering in U.S. District Court this 27th day of July, 2010, a full, true,

and exact copy thereof:

Steven T. Wax
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
 Of Attorneys for Defendant Sedaghaty

Lawrence Matazar
Attorney at Law
621 SW Morrison Street, Suite 1025
Portland, OR 97205
 Of Attorneys for Defendant Sedaghaty


CHRISTOPHER L. CARDANI
Assistant United States Attorney


CHARLES F. GORDER, JR.
Assistant United States Attorney