Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>PIROUZ SEDAGHATY,<br><br>                              Defendant. | CR 05-60008 HO<br><br>DEFENDANT'S THIRD AMENDED POTENTIAL WITNESS LIST |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and

Page 1 DEFENDANT'S THIRD AMENDED POTENTIAL WITNESS LIST

Federal Public Defender Steven T. Wax, hereby submits the following list of potential witnesses. Mr. Sedaghaty cautions the government in its trial preparation that, at this time, this is only a potential list. He has not yet concluded his investigation and anticipates that there is a reasonable possibility that additional witnesses will be added and that witnesses whose names are on the list will not be called. He may also call no witnesses. As he makes decisions on additions and deletions before trial, he will advise government counsel. To the extent strategic decisions are made about the scope of the defense case during trial, Mr. Sedaghaty will make disclosures as appropriate consistent with his constitutional rights.

| POTENTIAL WITNESS | TESTIMONY |
| --- | --- |
| George Arnold | Willfulness |
| Michael Bean | Expert witness on forensic analysis of the hard-drives and email and other document recovery |
| FBI Agent Joseph Boyer | September 15, 2001, interview with Mr. Sedaghaty |
| Rob Brown | Willfulness and observations at Al Haramain, Ashland, Oregon and Qu'ran Foundation and willfulness |
| Caren Caldwell | Willfulness |
| FBI Agent David Carroll | Testify to meetings with Mr. Sedaghaty and his involvement in the investigation of this case |
| IRS Agent Kurt Charlton | Interview of Tom Wilcox |
| Jeff Cone | Expert witness on accounting issues and data recovery |
| Mark Cox | Expert witness on forensic analysis of the hard-drives and email and other document recovery |
| Sharon Cummings | Willfulness |
| Casey Daline, FPD employee | Video review and summary |
| Ernest Ettlich | Willfulness |

| | |
|---|---|
| Patricia Florin | Willfulness and documents |
| Mary Foster | Willfulness |
| Bill Gabriel | Willfulness |
| Abdi Guled | Observations at Al Haramain, Ashland, Oregon and willfulness |
| David Hafer | Observations at Al Haramain, Ashland, Oregon and willfulness |
| Carol Hwoschinsky | Willfulness |
| Mary Ann Jones | Willfulness |
| Prof. Tugrul Keskin | Expert witness on Islam Is. review of government exhibits EK 7A and SW |
| Abdul Quadir Abdul Khaliq | Willfulness, emails, Al Harmain |
| Anwar Khan, Islamic Relief USA | Willfulness and Chechnya relief |
| Col. Patrick Lang | Expert witness on terrorism, mujihadeen, Chechnya, Middle Eastern, and intelligence issues |
| Dr. David Long | Expert witness on legal, political and social history of the Kingdom of Saudi Arabia (KSA) and Islamic legal doctrines |
| Cathy Matthews | Expert witness on accounting and work of Mr. Wilcox |
| Marcus Owens | Expert witness IRS tax returns |
| David Rodgers | Observations at Al Haramain, Ashland, Oregon and Saudi Arabia and Koran Foundation and willfulness |
| Ben Searcy | Willfulness |
| Anita Sedaghaty | Willfulness |
| Raya Shokatfard | Willfulness |
| FPD Investigator James Strupp | Investigation, receipt and handling of exhibits |
| Nabil Taha | Willfulness |
| FPD Chief Investigator William Teesdale | Investigation, receipt and handling of exhibits |

Page 3 DEFENDANT'S THIRD AMENDED POTENTIAL WITNESS LIST

Case 6:05-cr-60008-AA    Document 410    Filed 08/17/10    Page 4 of 4

| | |
|---|---|
| Robert Young | Expert witness on forensic analysis of the hard-drives and email and other document recovery |
| Majdi Zaky | Willfulness |
| Rabbi David Zaslow | Willfulness |

RESPECTFULLY SUBMITTED this 17th day of August, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar

Page 4 DEFENDANT'S THIRD AMENDED POTENTIAL WITNESS LIST