**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: steve_wax@fd.org**

**Lawrence Matasar, OSB No. 74209**
**621 SW Morrison Street, Suite #1025**
**Portland, OR 97205**
**Tel: (503) 222-9830**
**Email: larry@pdxlaw.com**

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**PIROUZ SEDAGHATY,**<br><br>　　　　　　　　**Defendant.** | CR 05-60008 HO<br><br><br>**DEFENDANT'S FIRST ADDITION TO FIRST AMENDED POTENTIAL EXHIBIT LIST** |

　　　　Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence

Matasar and Federal Public Defender Steven T. Wax, hereby submits the

following additions to defendant's First Amended List of Potential Exhibits.

Exhibits 700(A) - (G) were produced from the Al Haramain office pursuant to subpoena in 2003. Exhibits 755.7 and 755.8 are derived form the QuickBooks program. Exhibits 1027 and 1028 were received by Federal Defender staff on August 19, 2010.

| Trial Ex. # | Exhibit Description |
|---|---|
| 700(A) | Web printout, World Food Program, Azerbaijan, printed February 29, 2000 |
| 700(B) | Web printout, World Food Program Delivers - The Balkans, printed February 29, 2000 |
| 700(C) | Web printout, World Food Program Bread Story - Kosovo, printed February 29, 2000 |
| 700(D) | Web printout, World Food Program Logistics Photo Gallery, picture of airplane dropping food, printed March 1, 2000 |
| 700(E) | Web printout, World Food Program Logistics Photo Gallery, picture of helicopter, printed March 1, 2000 |
| 700(F) | Web printout, World Food Program Logistics Photo Gallery, picture of truck convoy, printed March 1, 2000 |
| 700(G) | Web printout, World Food Program Logistics Photo Gallery, picture of loaded truck, printed March 1, 2000 |
| 755.7 | Jeff Cone, Audit Trail, January 1999 through December 2003 |
| 755.8 | Jeff Cone, Financial Statement Transactions: QuickBooks Audit Report Emulation |

1027   Copies of Receipt No. 418933 and Receipt No. 15881 written in Arabic

1028   Video report concerning activities of Al Haramain Medical Committee from 1999 (to be submitted under separate cover)

RESPECTFULLY SUBMITTED this 20th day of August, 2010.

          /s/ Steven T. Wax
          Steven T. Wax
          Federal Public Defender

          /s/ Lawrence H. Matasar
          Lawrence H. Matasar