Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              **Plaintiff,**<br><br>          v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                              **Defendant.** | CR 05-60008 HO<br><br><br><br>**DEFENDANT'S FIRST ADDITION TO THIRD AMENDED POTENTIAL WITNESS LIST** |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and

**Page 1 DEFENDANT'S FIRST ADDITION TO THIRD AMENDED POTENTIAL WITNESS LIST**

Federal Public Defender Steven T. Wax, hereby submits the following additions to his potential witness list. Both men were initially contacted this week.

| POTENTIAL WITNESS | TESTIMONY |
|---|---|
| Dr. Amr Jamal | Matters related to Al Haramain Saudi Arabia |
| Muhammad Nien Tai Sui | Matters related to Government Exhibit AHIF 3 |

RESPECTFULLY SUBMITTED this 20th day of August, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar