# GOVERNMENT'S RESPONSE TO DEFENDANT SEDAGHATY'S PROPOSED TRIAL EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 601 | Constitution of Al Haramain Islamic Foundation (Saudi Arabia) | | X | Lack of foundation and authentication; Inadmissible hearsay |
| 602 | Monthly report and statement of purpose (PF) | | X | Lack of foundation and authentication; Double hearsay |
| 602 A | Monthly Report and Declaration of Cooperation Declaration of Cooperation Statement between Qur'an Foundation and Al Haramain Foundation March 6, 1998 | | X | Lack of foundation and authentication; Inadmissible hearsay |
| 602 B | Signed Statement of Purpose Declaration of Cooperation Statement between Qur'an Foundation and Al Haramain Foundation | | X | Lack of foundation and authentication; Inadmissible hearsay |
| 602 C | Statement of Purpose and Declaration of Cooperation between Qur'an Foundation and Al Haramain Islamic Foundation with printed signatures Solimon Al Buthe, Abu Unus, Dawood Rodgers, and Robert L. Brown | | X | Lack of foundation and authentication; Inadmissible hearsay |
| 603 | Letter March 31, 1998, Qur'an Foundation to Al Haramain Foundation | | X | Lack of foundation and authentication; Inadmissible hearsay |
| 604-605 Reserved | | | | |
| 606 | Email January 1, 2000, 2:37 p.m. P to Al Buthe | X | | |
| 607 | Photograph Pete Seda and Solimon Al Buthe under tree | X | | |
| 608 | Photograph Pete Seda, Rob Brown, John Dunn and David Rodgers | X | | |
| 609 | Photograph including Rob Brown, David Rodgers and Pete Seda | X | | |
| 610 | Photograph of 3800 South Highway 99 with camel | X | | |
| 611 | Photograph of cultural tent at 3800 South Highway 99 | X | | |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 612 | Photograph AI Haramain building | X | | |
| 613 | Photograph of David Rodgers with King Abdullah | X | | |
| 614 | Email June 26, 2000 AQ to b@qf.org on his trip- and extremism | X | | |
| 614 A | Attachment to June 26 2000 email June 25, 2000 Albuthe to AQ | X | | |
| 615-627 Reserved | | | | |
| 628 | December 2, 1999, article from NY TIMES "McCain Urges Ending Aid To Russia In Wake Of Chechen Policy" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 629 | ABC News.com page, December 9, 1999, "Yeltsin Lashes Out" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 630 | THE INDEPENDENT web page December 11, 1999, "In A Powerless, Frozen City Of No Food, The Blind Hear The Bombs And Know There Is No Escape; Sarah Richards Toured Chechnya's Capital As Russian Forces Closed In, And Was Among The Last To Leave." | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 631 | TIME webpage December 13, 1999, "Campaign 2000: Foreign Policy: Where McCain Hits Bush The Hardest" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 632 | Doctors Without Borders webpage December 15, 1999, "Chechnya: The Tracking of Civilians" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 633 | CNN.com webpage December 16, 1999, "Albright Delivering 'strong message' to Russia" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 634 | CNN.com webpage December 18, 1999, "Russian Bombardment Intensifies As Troops Close On Grozny" | | X | In Computers but Rule of Completeness; Lack of foundation and authentication; ; Inadmissible hearsay |
| 635 | Webpage The Gazette, February 6, 2000, "Escape From Chechnya" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |

2

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 636 Reserved | | | | |
| 637 | CNN web page February 16, 2000, "NATO, Russia Relax Tense Relations" | | X | In Computers but Rule of Completeness; Lack of foundation and authentication ; Inadmissible hearsay |
| 638 Reserved | | | | |
| 639 | Article Ria Novosti February 28, 2000, "Saudi Arabia to Provide Humanitarian Aid For Refugees" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 640 | Human Rights Watch Report February 29, 2000, "War Crimes In Chechnya And The Response Of The West" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 641 | CNN.com February 21, 2000 Russia Chechnya webpage | | X | In Computers but Rule of Completeness; Lack of foundation and authentication, ; Inadmissible hearsay |
| 642 | CNN.com Website Pages March 22-31, 2000 | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 643 | UN Commission on Human Rights Resolution of April 25, 2000 | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 643 A | United Nations Foundation U.N. wire April 26, 2000, "U.N. Seeks Inquiry Into Violations In Chechnya" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 644 | MSF–USA special report, November 22, 2000, Chechnya, The Politics Of Terror | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 645 | United Nations High Commissioner for Human Rights Resolution 2001/24 | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 646 | U.S. Senate Committee on Foreign Relations, Joseph R. Biden, February 12, 2004 | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 647 | State Department Russia Country Report 1999 | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 648 | State Department Russa country Report 2000 | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 649 | State Department Russia Country Report 2001 | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 650 | NY Times 10/30/99 "Fears Rise for Chechen Refugees as Winter Nears" | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 651 Reserved | | | | |
| 652 | Congressional Research Service Report for Congress: Chechnya Conflict: Recent developments (May 3, 2000) | | | |
| 653 | News article U.S.: Chechen Officials Hold Talks at State Department (February 2, 2000) | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 654 | Time.com News Article, Why Russia May Keep Chechen Capital in Ruins (February 7, 2000) | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 655 | Exhibit Not Listed | | | |
| 656-663 Reserved | | | | |
| 664 | Email September 18, 2001 from Florin to Pete Seda plus attachment | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 664 A | September 21, 2001, 9:25 a.m. P to Council of American Islamic Relations plus attachment | | X | Lack of foundation and authentication; Inadmissible hearsay |
| 665 | Email September 21, 2001, 9:33 a.m. P to CIC@cicnow.com | | X | Lack of foundation and authentication; Inadmissible hearsay |
| 666-667 Reserved | | | | |
| 668 | Bank of America check and traveler's check purchase | X | | |
| 669 | Email January 11, 2000, 14:38:08 S-El Fiki to Haramain | X | | |
| 670 | Email January 18, 2000, Haramain to S. El Fiki | X | | |
| 671 | Email February 21, 2000, 9:12 a.m. head office to S. El Fiki | X | | |

4

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 672 | February 21, 2000, Letter Aqeel to El Fiki | X | | |
| 673 | February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait | X | | |
| 673 A | English translation of February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait | X | | |
| 673 B | Declaration of Translation of February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait | X | | |
| 674 | Email February 24, 2000 P to Al Buthe RE money transferred | X | | |
| 675 | Reserved | | | |
| 676 | Email March 27, 2000, 8:36 a.m. Al Haramain to S. El Fiki | X | | |
| 677 | Letter April 13, 2000, Mahmoud T. El Fiki from National Bank of Kuwait | X | | |
| 678 | Redacted FBI 302 interview report of Mahmoud Talaat El Fiki, investigation on January 31, 2005 | | X | Lack of foundation and authentication; Inadmissible hearsay; No witness |
| 679 | Kuwait Bank record for El Fiki | X | | |
| 680 A | Email Abdul Qaadir to Haramain May 11, 1999 Report of Committee on Albania | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 680 | Email May 11, 1999 Barhoush to Haramain et al Subject: Urgent Albanian Translation | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 681 | Email December 11, 1999, Abdul Qaadir to Qur'an and Sunnah Net Group; Jeddah-Net@muslimsonline.com | X | | |
| 682 | Email December 28, 1999, 4:26 p.m. from Info to Info@irw.org | | X | Lack of foundation and authentication; Inadmissible hearsay; No witness |
| 683 | Email December 30, 1999, 8:50 p.m. P to Al Buthe | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 683 A | Attachment to email Statement in Spanish and English from Ayuda Internacional Al Desplazado | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |

5

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 683 B | Email from Al buthe to P December 31, 1999 Human Help for Chechnya | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 683 C | Email January 1, 2000 P to Albuthe RE Horrible Condition | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 683 D | Email from Al Buthe to P, January 2, 2000 at 4:58 AM | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 684 | Email from Head Office to Bilal Ibrahim with cc to Pete, January 3, 2000 at 3:10 AM | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 685 | Email from Abdul-Qaadir to q@qf.org, January 4, 2000 at 1:00 AM | X | | |
| 685 A | Email attachment January 4, 2000 at 1:00 AM | X | | |
| 686 | Email January 6, 2000, 1:35 a.m. Al Buthe to P | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 686 A | Email January 6, 2000, 1:37 a.m. Al Buthe to P | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 686 B | Email January 7, 2000, 3:48 p.m. Info to Info@irw.org | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 686 C | Email January 12, 2000, 5:43 p.m. Info to Info@irw.org | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 687 | Email Daveed Gartenstein-Ross to P January 17, 2000 | X | | |
| 687 A | Email P to Daveed Gartenstein-Ross January 17, 2000 | X | | |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 687 B | Email Chain P to B February 21, 2000, including Daveed Gartenstein-Ross to P 1/17/2000 RE Horrible Condition and P to Al Buthe 1/1/2000 RE Horrible Condition | X | | |
| 687 C | Email P to Daveed Gartenstein-Ross January 18, 2000 plus attachment | X | | |
| 687 D | Email P to Daveed Gartenstein-Ross January 18, 2000 | X | | |
| 688 | Email Ashland to Al Buthe January 18, 2000 | X | | |
| 688 | | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; Lack of relevance |
| 688 A | Email January 22, 2000, 11:23 p.m., Ashland to Al Buthe | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 689 | Letter January 24, 2000, Pete Seda to Responsible Secretariat of Federation Committee for International Technical Humanitarian Cooperation | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 689 A | Email January 27, 2000, 10:08 a.m. Info to Info@irw.org | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 690 | Email AQ to Sheeshan February 3, 2000 | X | | |
| 691 | Email P to Daveed Gartenstein-Ross February 4, 2000 | X | | |
| 691 A | Email P to Daveed Gartenstein-Ross February 8, 2000 | X | | |
| 692 | Email AQ to February 12, 2000 | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; Attachments not relevant to e-mail |
| 692 A | Email from Q to Sunnah, February 12, 2000 with path to Time.com, Photo Essay RE: Grozny | | X | Lack of foundation and authentication; Inadmissible hearsay; Attachment not relevant to e-mail |
| 692 B | Photographs Time.com photo essay, Russian Soldiers Rest in Downtown Grozny | | X | Lack of Foundation and authentication; Inadmissible hearsay; Attachement not relevant to e-mail |

7

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 692 C | Blinded and Bound, Chechen Civilians | | X | Lack of Foundation and authentication; Inadmissible hearsay; Attachment not relevant to e-mail |
| 692 D | Chechen Men in Pit | | X | Lack of Foundation and authentication; Inadmissible hearsay; Attachment not relevant to e-mail |
| 692 E | Chechen Boy in Cellar | | X | Lack of Foundation and authentication; Inadmissible hearsay; Attachment not relevant to e-mail |
| 692 F | Chechen Woman with Son | | X | Lack of Foundation and authentication; Inadmissible hearsay; Attachment not relevant to e-mail |
| 692 G | Fallen City | | X | Lack of Foundation and authentication; Inadmissible hearsay; Attachment not relevant to e-mail |
| 693 | Email P to Al Buthe February 15, 2000 | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 693 A | Email The Arborist to Al Buthe February 17, 2000 | | X | Probably in computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 693 B | Email P to B February 19, 2000 | | X | Probably in computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 693 C | Email P to Al Haramain February 20, 2000 | X | | |
| 694 | Email February 20, 2000 The Arborist to B@qf.org | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay; |
| 694 A | Email P to MCA February 21, 2000 | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 694 B | Email February 21, 2000, 11:34 p.m. from the Arborist to B@qf.org | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 694 C | Email February 21, 2000, 10:54 a.m. The Arborist to B@qf.org | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 694 D | Email February 21, 2000, 5:48 p.m. The Arborist to B | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 694 E | Web page Medecins Sans Frontieres | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 694 F | Web page United Nations | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay; Lack of relevance |
| 695 | Email Chain P to B February 21, 2000 including P to Daveed Gartenstein-Ross /19/2000and Daveed Gartenstein-Ross to P 2/8/2000 RE: Chechnya | X | | |
| 696 | Email AO to Sheeshaan February 23, 2000 | X | | |
| 697 | Email February 29, 2000, 12:16 p.m. P to B@qf.org | | X | Florin document; Lack of foundation and authentication; Inadmissible hearsay |
| 697 A | Email Q to PJ Florin February 29, 2000 | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 697 B | Email P to B March 1, 2000 | | X | In computers but need a witness; Lack of foundation and authentication; Inadmissible hearsay; Lack of relevance |
| 698 | Memorandum March 1, 2000, Catherine Granel from Bilal Abdul-Kareem, "Aid to the People of Chechnya" | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 698 A | Email Q to Granel March 1, 2000 with Memo to Bilal | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 698 B | Web page Doctors of the World Staff 2000 | | X | Not in computers; Lack of Foundation and authentication; Inadmissible Hearsay |
| 698 C | Email March 1, 2000, 10:55 a.m. Q to P@qf.org | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 698 D | Email March 1, 2000, 11:29 a.m. P to PJFlorin@effnet.org | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 698 E | Letter March 1, 2000 Bilal to Catherine Granel RE: Aid to the people of Chechnya | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 698 F | Email March 1, 2000, 12:28 p.m. P to Q RE: Letter to Doctors | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |

9

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 698 G | Letter Attachment to March 1, 2000 email Subject: Aid to the People of Chechnya | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 698 H | Email Q to The Arborist March 3, 2000 | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 699 | Email P to Al Buthe March 3, 2000 | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 699 A | Email March 4, 2000 p to q@qf.org | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 699 B | Attachment to Email March 4, 2000 | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 700 | Email March 5, 2000 P to b@qf.org FW: I need your help! | | X | Need a witness; Lack of foundation and authentication; Inadmissible hearsay |
| 701 | Email March 15, 2000 from Info to Harith RE Eid Mubarak | | X | Lack of foundation and authentication; Inadmissible hearsay |
| 701 A | April 2, 2001, 9:58 a.m. CIC@cicnow.com | | X | Lack of foundation and authentication; Inadmissible hearsay |
| 702-703 Reserved | | | | |
| 704 A | | X | | |
| 704 A | Al Haramain Islamic Foundation receipt No. 262740 | | X | Need AHIF Saudi Arabia witness; Lack of foundation and authentication; Inadmissible hearsay |
| 704 B | English translation of Al Haramain Islamic Foundation receipt No. 262740 | | X | Need AHIF Saudi Arabia witness; Lack of foundation and authentication; Inadmissible hearsay |
| 705 A | Al Haramain receipt no. 263867 | | X | Need AHIF Saudi Arabia witness; Lack of foundation and authentication; Inadmissible hearsay |
| 705 B | English translation of Al Haramain receipt no. 263867 | | X | Need AHIF Saudi Arabia witness; Lack of foundation and authentication; Inadmissible hearsay |
| 706 A | Al Haramain log page of receipts no. 262740 & 263867 | | X | Need AHIF Saudi Arabia witness; Lack of foundation and authentication; Inadmissible hearsay |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 706 B | English translation of Al Haramain log page of receipts no. 262740 & 263867 | | X | Need AHIF Saudi Arabia witness; Lack of foundation and authentication; Inadmissible hearsay |
| 707 A | Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 | | X | Need AHIF Saudi Arabia witness; Lack of foundation and authentication; Inadmissible hearsay |
| 707 B | Certificate of translation of Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 | | X | Need AHIF Saudi Arabia witness; Lack of foundation and authentication; Inadmissible hearsay |
| 707 C | English translation of Certificate of translation of Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 | | X | Need AHIF Saudi Arabia witness; Lack of foundation and authentication; Inadmissible hearsay |
| 708-712 Reserved | | | | |
| 713 | Al Suwailem Declaration | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 714 A | Diwan Presidency of Counsel of Ministers | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 714 B | English translation of Diwan Presidency of Counsel of Ministers | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 715 A | Diwan memo to His Royal Highness Minister of Interior re: Chechen Relief and SJRC | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 715 B | English translation of Diwan memo to His Royal Highness Minister of Interior re: Chechen Relief and SJRC | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 716 A | Kingdom of Saudi Arabia, Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 716 B | English translation of Kingdom of Saudi Arabia, Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 717 A | Memo to his Excellency Minister of Finance and National Economy | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 717 B | English translation of Memo to His Excellency Minister of Finance and National Economy | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 718 A | Order of King Fahad Bin Abdulaziz Al-Saud | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 718 B | English translation of Order of King Fahad Bin Abdulaziz Al-Saud | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 719 A | Al Haramain Humanitarian Foundation memorandum November 4, 1999 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 719 B | English translation of Al Haramain Humanitarian Foundation memorandum November 4, 1999 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 720 A | Telegram to the Minister of the Interior, re: Saudi Joint Committee November 10, 1999 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 720 B | English translation of Telegram to the Minister of the Interior, re: Saudi Joint Committee November 10, 1999 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 721 A | Minutes of meeting of the Chechnya Committee/Saudi Joint Relief Committee January 1, 2000 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 721 B | English translation of Minutes of meeting of the Chechnya Committee/Saudi Joint Relief Committee January 1, 2000 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 722 A | Memo from Al Haramain Charity Foundation January 4, 2000 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 722 B | English translation of memo from Al Haramain Charity Foundation January 4, 2000 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 723 A | Report of Saudi Joint Relief Committee for Kosovo and Chechnya (Chechnya Committee) February 15, 2000 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 723 B | English translation of Report of Saudi Joint Relief Committee for Kosovo and Chechnya (Chechnya Committee) February 15, 2000 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 724 A | Brief report what Chechnya Committee has achieved abroad | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 724 B | English translation of brief report on what Chechnya Committee has achieved abroad | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 725 A | Declaration of Vladimir Matusevich August 23, 2004 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 725 B | Accord between Russian Ministry and Saudi Joint Relief Committee for Kosovo and Chechnya in Russian and Arabic | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 725 C | English translation from Arabic of Accord between Russian Ministry and Saudi Joint Relief Committee for Kosovo and Chechnya | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 725 D | English translation from Russian of Memo of Accord between Russian Ministry and Saudi Joint Relief Committee for Kosovo and Chechnya | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 725 E | Russian language version of Certificate 9927 of the State Registration Chamber | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 725 F | English translation of Certificate 9927 of the State Registration Chamber | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 726 A | Telegram regarding Al Haramain, Chechnya and Saudi Joint Relief Committee June 2, 2003 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 726 B | English translation of telegram regarding Al Haramain, Chechnya and Saudi Joint Relief Committee June 2, 2003 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 727 A | Telegram to Al Rajii Banking and Investment Corporation March 14, 2004 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 727 B | English translation of Telegram to Al Rajii Banking and Investment Corporation March 14, 2004 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 728 A | Confirmation from Minister of Justice regarding Al Haramain Islamic Foundation March 21, 2004 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 728 B | English translation of Confirmation from Minister of Justice regarding Al Haramain Islamic Foundation March 21, 2004 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 729 A | Statement from Al Haramain Charity Foundation May 3, 2004 | X | | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 729 B | English translation of Statement from Al Haramain Charity Foundation May 3, 2004 | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 730 | Unclassified summary regarding monies destined for needy Chechen families | | X | The government objects to this exhibit only as to form. |
| 731 | Al Haramain Website list of Al Haramain bank accounts | X | | |
| 732-747 Reserved | | | | |
| 748 | Handwritten document captioned "Wire Transfer" top line $2767 | X | | |
| 749 A | Email December 30, 1999 8:20 a.m. Tom to Pete Seda | X | | |
| 749 B | Proposal attachment to email: Letter Tom Wilcox to Pete Seda December 30, 1999 | X | | |
| 750 | Engagement letter from Tom Wilcox to Pete Seda | X | | |
| 751 | Handwritten list, top line 2/24/2000 Mahmoud T. El Fiki | X | | |
| 752 | Check #9733 June 23, 2000 | X | | |
| 753 | Check #9733 6/23/2000 | X | | |
| 754.42318 | 2000 Form 990 | X | | |
| 754.42335 | 2000 Stte CT-12 Return | X | | |
| 754.42477 | 2001 Form 990 | X | | |
| 754.42494 | 2001 State CT-12 Return | X | | |
| 754.42532 | Letter from Internal Revenue Service to Al Haramain dated September 2, 2002 | X | | |
| 754.42533 | Letter from Internal Revenue Service to Al Haramain dated February 20, 2002 | X | | |

14

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 754.42540 | Letter from OR DOJ to Al Haramain dated October 30, 2001 | X | | |
| 754.42659 | Letter from OR DOJ to Al Haramain dated June 19, 2001 | X | | |
| 754.42703 | Letter from OR Dept of Revenue to Al Haramain dated August 8, 2000 | X | | |
| 754.42810 | Letter from Internal Revenue Service to Al Haramain dated May 31, 2002 | X | | |
| 754.42895 | Letter from OR DOJ to Al Haramain dated February 22, 2001 | | | |
| 754.42896 | 1999 Form 990 | X | | |
| 754.43005 | 1998 Corporate Return Form 1120 | X | | |
| 754.43014 | Oregon Corporation excise tax return 1998 | X | | |
| 754.43075 | Letter from Internal Revenue Service to Al Haramain dated December 7, 2000 | X | | |
| 754.43104 | Letter from Internal Revenue Service to Al Haramain dated October 13, 2000 | X | | |
| 754.43111 | Letter form Tom Wilcox to OR DOJ dated September 22, 2000 | X | | |
| 754.43112 | Letter form OR DOJ to Al Haramain dated September 7, 2000 | X | | |
| 754.43127 | Letter from Tom Wilcox to Internal Revenue Service dated September 25, 2000 | X | | |
| 754.43129 | Letter form Internal Revenue Service to Al Haramain dated September 6, 2000 | X | | |
| 754.43156 | Letter from Tom Wilcox to Internal Revenue Service dated August 17, 2000 | X | | |
| 754.43158 | Letter from Internal Revenue Service to Al Haramain dated March 24, 2000 | X | | |
| 754.43193 | 1023 Application | X | | |

15

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 754.43219 | Letter from OR DOJ to Al Haramain dated January 14, 2004 | | X | Irrelevant 2004 tax year documents |
| 754.43220 | Letter from Internal Revenue Service to Al Haramain dated February 9, 2004 | | X | Irrelevant 2004 tax year documents |
| 754.43238 | Letter from Internal Revenue Service to Al Haramain dated March 16, 2000 | X | | |
| 754.43252 | Letter from OR DOJ to Al Haramain dated July 26, 2000 | X | | |
| 754.43257 | Letter from OR DOJ to Al Haramain dated April 11, 2000 | X | | |
| 754.43341 | Letter from OR DOJ to Al Haramain dated October 16, 2003 | X | | |
| 754.43340 | Letter from OR DOJ to Al Haramain dated November 21, 2003 | X | | |
| 754.43337 | Letter from Internal Revenue Service to Al Haramain dated December 22, 2003 | X | | |
| 754.43356 | Letter from OR DOJ to Al Haramain dated June 4, 2003 | X | | |
| 754.43360 | Letter from OR DOJ to Al Haramain dated April 4, 2001 | X | | |
| 754.43411 | Letter from OR DOJ to Al Haramain dated October 30, 2000 | X | | |
| 754.43433 | Letter from Tom Wilcox to Internal Revenue Service dated January 3, 2002 | X | | |
| 754.43434 | Letter from Internal Revenue Service to Al Haramain dated December 31, 2001 | X | | |
| 754.43437 | Letter from Tom Wilcox to Internal Revenue Service dated October 2, 2001 | X | | |
| 754.43438 | Letter from Internal Revenue Service to Al Haramain dated September 24, 2001 | X | | |
| 754.43447 | Letter from OR DOJ to Al Haramain dated August 24, 2001 | X | | |

16

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 754.43459 | 1999 State CT-12 Return | X | | |
| 754.43462 | Letter from Tom Wilcox to OR DOJ dated January 8, 2001 | X | | |
| 754.43487 | Letter from Internal Revenue Service to Al Haramain dated February 4, 2000 | X | | |
| 754.43512 | Letter from Internal Revenue Service to Al Haramain dated June 1, 2000 | X | | |
| 754.43660 | Letter from Internal Revenue Service to Al Haramain dated April 18, 2001 | X | | |
| 755.1 | Email from P to Tom Wilcox, May 14, 2001 | X | | |
| 755.2 | Attachment to 755.1 - QuickBooks File | X | | |
| 755.3 | Floppy Disk from Tom Wilcox, Labeled "Al Haramain 6/14/2001 ." | X | | |
| 755.4 | QuickBooks file located on 755.3 | X | | |
| 755.5 | Email January 7, 2002 form Tom Wilcox to P | X | | |
| 755.6 | Attachment to 755.5 - QuickBooks File | X | | |
| 755.7 | TBD | | X | Defense has not provided exhibit |
| 756 | Email January 2, 2000, 1:13 p.m. P to Ms. Katkhouda | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 757-758 Reserved | | | | |
| 759 | Email February 26, 2000, 12:45 a.m. from Al Buthe to P@qf.org | X | | |
| 760 | Email March 6, 2000 Al Shoumar to q@qf.org | X | | |
| 760 A | Attachment to Email March 6, 2000 Al Shoumar to q@qf.org | X | | |
| 761 | Email from Q to P March 7, 2000, Six months budget with attachment | X | | |

17

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 762 | Email form P to Shoumar January 3, 2001 RE springfield@alharamain.org | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 763-800 Reserved | | | | |
| 801 | Email April 1, 2000, 3:07 p.m. P to Raya Shokatford | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 802 | Letter Proposal April 11, 2000, Pete Seda | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 803 A | Email April 12, 2000, 11:57 a.m. PJFlorin@jetfnet.org to Pete Seda 3 | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 803 B | Draft public relations letter.doc attached to email | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 803 C | Draft public relations letter re Islam attached to email | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 803 D | Draft Greeting Letter (PF) | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 803 E | Draft greeting letter (short version) PF | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 803 F | Letter April 11, 2000 Public relation plan (PF) | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 804 A | Email April 18, 2000, 3:05 p.m. PJFlorin @jetfnet.org to Pete Seda 3 | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 804 B | Draft Jewish Community letter attached | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 804 C | Draft anti-terrorism letter to Sheik Aqeel attached to April 11, 2000, email | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 804 D | Letter to April 18, 2000 to Rabbi Zaslow (PF) | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 804 E | Letter April 18, 2000 to Rabbi Sirinski (PF) | | X | Florin document; Lack of Foundation and authentication; Inadmissible Hearsay |
| 805 A | Email April 19, 2000 12:46 a.m. Ashland to Al Buthe | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 805 B | Attachment to email, Letter April 19, 2000, Pete Seda to Aqeel al Aqeel | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 806 | Letter April 19, 2000, Pete Seda to Aqeel al Aqeel | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 807 | Email July 5, 2000, 11:52 a.m. PJFlorin@jefhet.org to Pete Seda plus attachment | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 807 A | Draft letter to Shiukh (PF) | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 808 | ASHLAND DAILY TIDINGS September 15, 2001 | | X | Inadmissible Hearsay |
| 809 | Letter September 18, 2001, Al Haramain Foundation, signed by Pete Seda, to Office of Emergency Relief, City of New York | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 809 A | Letter September 18, 2001 to NYC (PF) | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 810 | Letter September 18, 2001, Pete Seda to State Department | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 810 A | Draft September 2001 Justice for All (PF) | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 810 B | Draft September 2001 Justice for All (PF) | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 811 | Letter September 18, 2001, Pete Seda to Office of Emergency Relief | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 812 | Letter September 20, 2001, Pete Seda to My Dear Brothers and Sisters, Call for Islamic Outreach | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 812 A | Call For Islamic Outreach (PF) | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 813 | Letter to State Department 9/18/2001 (PF) | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 813 A | Letter September 20, 2001, Secretary of Health and Human Services, Tommy Thompson, from Pete Seda | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 814 | Mail Tribune article, September 20, 2001 | | X | Inadmissible Hearsay |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 815 | Letter to the Editor by Pete Seda | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 815 A | Press Release "From The Muslim Heart" (PF) | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 816 | Email September 21, 2001, 9:15 p.m. Marisa Petersen to Qu'ran Foundation | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 817 | Email September 23, 2001, 10:59 a.m. A to letters@tucsoncitizen.com | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 818 | Email September 23, 2001, 6:45 p.m. A to Oeirichs@rockymountainnews.com | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 819 | September 23, 2001, 7:31 p.m. A to letters@washpost.com | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 820 A | Email September 26, 2001, 11:04 a.m. Florin to Pete Seda | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 820 B | Letter September 26, 2001, Pete Seda to Senator Wyden | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 820 C | Letter Form: Educational Outreach Services (PF) | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 821 | Letter October 2, 2001, Congressman Greg Walden to Pete Seda | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 822 | Letter October 2, 2001, Pete Seda to Dear Spiritual Leader | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 823 | Letter October 5, 2001, Federal bureau of Investigation Thomas J. Pickard to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 824 | Email October 7, 2001, 2:28 p.m. The Arborist to Traci Dow | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 825 | Email October 7, 2001, 3:05 p.m. A to DBerger and attachment | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 826 | Email October 14, 2001, 1:16 p.m. Scarlet Ledesma to Pete@The Arborist.com | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 827 Reserved | | | | |

20

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 828 | Letter October 24, 2001, Department of the Army, Office of Chief of Chaplins, to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 829 | Letter November 19, 2001, Federal Bureau of Investigation to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 830 | Email November 27, 2001, 2:57 pm, from Peace House to recipient list | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 831 | Email November 28, 2001, 7:56 am, Victoria Lane to P | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 832 | Announcement of community benefit concert Saturday, December 1, 2001 | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 833 | Press releases March 2002 | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 833 A | Press Release - Six Month Anniversary of 9/11 (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 834 | Email Pete Seda To Pat Florin, March 12, 2002 Al Haramain Press Release (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 835 | Letter March 15, 2002, Pete Seda to Senator Joseph Biden | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 835 A | Letter to Biden, March 14, 2002 | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 836 A | Email October 14, 2002, from Florin to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 836 B | Attachment to Email October 14, 2002, Florin to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 836 C | Letter to Scholars Of The Ummah (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 837 Reserved | | | | |
| 838 | Letter November 4, 2002, Pete Seda to Brothers in Al Haramain Islamic Foundation | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 839 | Letter 10th of Sha'ban 1423 Pete Seda to Scholars of the Ummah | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |

21

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 840 | Memo January 28, 2003, Secretary of State Powell from Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 840 A | Letter January 28, 2003 from Pete Seda to Charles Mathews seeking fatwah on Bin Laden | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 840 B | Letter to Colin Powell, January 27, 2003 (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 840 C | Letter January 28, 2003 Pete Seda to David Carroll RE Islamic legal case against Osama Bin Laden | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 841-852 Reserved | | | | |
| 853 | Letter February 14, 2002, United States Department of Justice, Criminal Division, to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 854 | Letter July 2, 2002, Pete Seda to Dave Carroll | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 855 | Consent 10/3/01 for David Carroll to access Al Haramain Bank Account | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 856 | Photograph Pete Seda with United States UAE Ambassador Michele J. Sison | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 857-865 Reserved | | | | |
| 866 | Letter April 22, 2002, Pete Seda to Israeli Embassy | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 866 A | Email Pat Florin to Pete Seda, Re: Letter re Palestinian Aid (PF), plus attachment | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 867 | Letter April 22, 2002, Pete Seda to Licensing Division, Office of Foreign Assets Control | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 868 A | Email April 22, 2002, P to Florin 4:43 pm | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 868 B | Attached letter to Israeli Embassy April 22, 2002 | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |

22

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 869 | Email April 23, 2002 8:19 am, Brett Schor to P | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 870 | Letter May 2, 2002, Ambassador Kurtzer to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 871 | Emails May 13,2002, PS to Benny Dagan | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 872 | Letter May 14, 2002, Pete Seda to Lorraine Lanlor, Office of Foreign Assets Control | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 873 | Letter May 14, 2002, Pete Seda to Compliance Division Office of Foreign Assets Control | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 873 A | Letter to Office of Foreign Assets Control, Re: Humanitarian Aid For Palestinians (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 874 A | Email May 28, 2002, 1:25 pm P S to Florin | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 874 B | Letter May 28, 2002, Pete Seda to Earl Wall; attachment to May 28, 2002 letter | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 874 C | Letter To Earl Wall, CARE, May 28, 2002 (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 875 | Letter June 19, 2002, Office of Foreign Assets Control to Martin McMahon, Esquire | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 875 A | Email Pat florin to P.S. June 20, 2002, Benny Dagan (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 876 | Letter July 1, 2002, Pete Seda to Richard Newcomb, Office of Foreign Assets Control | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 877 A | Email July 2, 2002, 2:10 pm David Berger to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 877 B | Letter July 2, 2002, Pete Seda to Police Chief Scott Fleuter | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 877 C | Letter July 2, 2002, to Lieutenant Patten | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 878 | Letter July 16, 2002, Pete Seda to Israeli Colonel Isaac Gurvich | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |

23

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 879 | Letter July 17, 2002, Pete Seda to Ambassador Kurtzer | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 880 | Letter July 17, 2002, Pete Seda to United States Embassy, Economics Section, Ava Rogers | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 881 | Letter July 17, 2002, Pete Seda to Deborah Schwartz, United States Embassy, Israel | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 882 | Fax July 22, 2002, Ava Rogers, U.S. Embassy to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 882 A | Email Pete Seda to Pat Florin, July 22, 2003 With Ava Rogers.jpg (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 882 B | Attachment to Ex 882(A), "7 22 02 Ava Rogers.jpg" (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 883 A | Email July 22, 2002, Florin to P.S 11:24 am | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 883 B | Letter July 22, 2002, Pete Seda to Ava Rogers, U.S. Embassy | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 883 C | Letter July 22, 2002 Pete Seda to Ava Rogers United States Embassy Re: Humanitarian Aid in the West Bank and Gaza (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 884 | Letter July 23, 2002, Pete Seda to Ian Barukh, Israeli Foreign Ministry | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 885 | Letter July 26, 2002, Rabbi Zaslow | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 886 A | Email July 30, 2002, P.S to David Berger 2:28 p.m. | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 886 B | Letter Israeli government July 28, 2002 | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 887 | Fax July 31, 2002, Leah Tsemel to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 888 | Letter Pete Seda to Ms. Orley, Israel Defense Forces | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 889 | Email August 27, 2002, Florin to P.S, with email from P.S to Florin | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |

24

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 890 | Stained Peace of My Heart Aug 2002 (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 891-905 Reserved | | | | |
| 906 | Email February 21, 2000, 8:50 p.m wsra99@aol.com to P@qf.org, | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 907 | Email March 29, 2000, 11:32 a.m. P to wsra99@aol.com | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 907 A | Email March 30, 2000 P to Al Buthe FW: Agreement | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 907 B | Email March 30, 2000 P to Al Buthe FW: Agreement with attachment | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 908 A | Email October 26, 2001, 4:48 p.m. Sandra Kay to Pete Seda | | X | Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 908 B | Attached letter, October 26, 2001, to Steve Monroe at Office of Foreign Assts control | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 909 A | Letter November 1, 2001, Pete Seda to Emily Clay at Office of Foreign Assets Control | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 909 B | Letter November 2, 2001, Office of Foreign Assets Control to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 909 C | Letter November 1, 2001 Pete Seda to Emily Clay Office of Foreign Assets Control application for license to distribute food to Afhani refugees (PF) | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 910 | Email October 9, 2000 P to Al Buthe RE: Tajikistan | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 911 | Email October 23, 2001 P to Al Buthe RE make it work out -- with attachments | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 912-924 Reserved | | | | |
| 925 | Photo Pete Seda with truck | X | | |

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 926 | Article REGISTER GUARD, "Fate of Big Leaf Maples in Whiteaker Up In The Air" | | X | Irrelevant |
| 927 | Email January 20, 2000, 7:41 p.m. Brad and Rooney Riggs to P | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 928 | Email February 11, 2000, 6:56 p.m. Jim Hartman to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 929 | Ashland Watershed Partnership meeting notes March 28, 2000 | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 930 | Email November 17, 2000, 3:08 p.m.: Swales to @mind.net | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 931 | Email April 11, 2001, 11:56 a.m. Rose Hill to P@qf.org | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 932 | Email June 24, 2001, 2:13 p.m. The Arborist to Colin Swales | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 933 A | Email October 17, 2001, Representative Greg Walden to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 933 B | Email December 6, 2001, Representative Greg Walden to Pete Seda | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 934 | Photograph Pete Seda cleaning Ashland | | X | Irrelevant; Need witness; Lack of foundation and authentication; Inadmissible hearsay |
| 935 | Pete Seda on ladder | | X | Irrelevant |
| 936 | Pete Seda cleaning with fire people | | X | Irrelevant |
| 937 | Photograph The Arborist Crew | | X | Irrelevant |
| 938 | Photograph Pete Seda with Governor Kitzhaber | | X | Irrelevant |
| 939 | Photograph of Pete Seda cleaning downtown Ashland | | X | Irrelevant |
| 940-941 Reserved | | | | |
| 942 | Letter To Mayor Cathy Shaw, January 31, 2000 (PF) | | X | Inadmissible hearsay; Irrelevant |

26

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 943 Reserved | | | | |
| 944 | Hamrick Road Letter, April 20, 2000 (PF) | | X | Inadmissible hearsay; Irrelevant |
| 945 Reserved | | | | |
| 946 | 8/8/00 Letter to William Keller (PF) | | X | Inadmissible hearsay; Irrelevant |
| 947–955 Reserved | | | | |
| 956 | Photograph Pete Seda with children | | X | Irrelevant |
| 957 A | Email March 28, 2000, 3:25 p.m. Q to P@qf.org | | X | Irrelevant |
| 957 B | March 28, 2000, letter Pete to Pastor | | X | Need a witness |
| 958 | Email May 23, 2000, 3:20 p.m. B to P | | X | Need a witness; Irrelevant |
| 959 | Email October 22, 2000, 8:57 p.m. Kelly Bennett to Pete Sedaghaty | | X | Need a witness; Irrelevant |
| 960 | Email January 24, 2001, 12:13 a.m. P to Shalomrav@aol.com | | X | Need a witness; Irrelevant |
| 961 | Email February 23, 2001, 1:56 p.m. Stan Way to P@qf.org | | X | Need a witness; Irrelevant |
| 962 | Email May 11, 2001, 10:12 a.m. James Y. Horton to P@qf.org | | X | Need a witness; Irrelevant |
| 963 | Email May 21, 2001, 2:22 p.m. Pam Long to P@qf.org | | X | Need a witness; Irrelevant |
| 964 | Email May 22, 2001, 11:31 a.m. Peace House to Pete Seda et. al. | | X | Need a witness; Irrelevant |
| 965 | Email July 2, 2001, 12:53 a.m. Pete to BLJ_maj@yahoo.com | | X | Need a witness; Irrelevant |
| 966 | MAIL TRIBUNE article: Class Tries To Bridge The Ignorance Gap | | X | Inadmissible hearsay |
| 967 | Photograph class at tent | | X | Need a witness; Irrelevant |

27

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 968 | Photograph multi-cultural fair | | X | Need a witness; Irrelevant |
| 969 | Photograph Religion Class at tent | | X | Need a witness; Irrelevant |
| 970 | Photograph presentation at church | | X | Need a witness; Irrelevant |
| 971 | Email Jane Claussen to P at QF.org, January 2, 2002 | | X | Need a witness; Irrelevant; Inadmissible hearsay |
| 972 A | Email January 21, 2002, 1:50 pm, P to Florin | | X | Need a witness; Irrelevant; Inadmissible hearsay |
| 972 B | Attachment letter for Peace House | | X | Need a witness; Irrelevant; Inadmissible hearsay |
| 973 | Bi-line article; Islamic Show Intrigues RCC, February 2002 | | X | Need a witness; Irrelevant; Inadmissible hearsay |
| 974 | Email February 1, 2002, Drake, Tommy to P at QF.org, 10:47 am | | X | Need a witness; Irrelevant; Inadmissible hearsay |
| 975 | Email February 5, 2002, Closter, Larry to Q. | | X | Need a witness; Irrelevant; Inadmissible hearsay |
| 976 | Photograph Pete Seda in church | | X | Irrelevant |
| 977 | Photograph of Pete Seda lecturing to students | | X | Irrelevant |
| 978 | Photo- Pete Seda in Rabbi Zaslow's Temple | | X | Irrelevant |
| 979-986 reserved | | | | |
| 987 | Email April 11, 2000, 8:13 a.m. B to P@qf.org | | X | Need a witness; Irrelevant |
| 988 | Email March 13, 2002, Stan Way to P | | X | Need a witness; Irrelevant |
| 989 A | Email April 19,2002, P to Florin | | X | Need a witness; Irrelevant |
| 989 B | Attached letter to Senators and Reps | | X | Irrelevant; Inadmissible hearsay |
| 990 | Booklet Islam is by Pete Seda | | X | Need a witness; Inadmissible hearsay |
| 991 | Islamic T-shirt | | X | Irrelevant |
| 992-1001 Reserved | | | | |

28

| EXHIBIT NUMBER | DESCRIPTION | NO OBJECTION | OBJECTION | BASIS FOR OBJECTION |
|---|---|---|---|---|
| 1002 | Pete Seda Video Statistics | | | |
| 1002 A | Pete Seda Vido Compilation CD | X | | |
| 1002 B | Chechnya Video Compilation CD | | X | Has not been provided by defense |
| 1003 | Summary of review of prisoner letters (to be created) | | X | Has not been provided by defense |
| 1004 | Letter and Check $300 November 15, 1999 | X | | |
| 1005 | Check $50 November 20, 1999 | X | | |
| 1006 | Check $100.00 November 20, 1999 | X | | |
| 1007 | Check $100.00 December 1, 1999 | X | | |
| 1008 | Money order $300 December 6, 1999 | X | | |
| 1009 | Check $400.00 December 20, 1999 | X | | |
| 1010 | Check $200.00 January 1, 2000 | X | | |
| 1011 | Check and Envelope $600.00 January 5, 2000 | X | | |
| 1012 | Check $150.00 January 19, 2000 | X | | |
| 1013 | Check $68.00 January 22, 2000 | X | | |
| 1014 | Checks $50,000.00, $4,000, $196.75 January 21, 2000 | X | | |
| 1015 | Check and Deposit ticket February 23, 2000 | X | | |
| 1016-1023 Reserved | | | | |
| 1024 | Photograph of shrubbery | | X | Irrelevant |
| 1025 A | Photograph of wire | | X | Irrelevant |
| 1025 B | Photograph of wire | | X | Irrelevant |
| 1026 | Photograph of former President George W. Bush with Saudi Crown Prince Abdullah | | X | Irrelevant |