Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 05-60008 HO |
| Plaintiff, | |
| v. | **DEFENDANT'S SECOND ADDITION TO THIRD AMENDED POTENTIAL WITNESS LIST** |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and

**Page 1  DEFENDANT'S SECOND ADDITION TO THIRD AMENDED POTENTIAL WITNESS LIST**

Federal Public Defender Steven T. Wax, hereby submits the following addition to his potential witness list.

| POTENTIAL WITNESS | TESTIMONY |
| --- | --- |
| Marla Cates | Willfulness |

RESPECTFULLY SUBMITTED this 24th day of August, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar