Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>PIROUZ SEDAGHATY,<br><br>                      Defendant. | CR 05-60008 HO<br><br><br>**DEFENDANT'S SECOND ADDITION TO FIRST AMENDED POTENTIAL EXHIBIT LIST** |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence

Matasar and Federal Public Defender Steven T. Wax, hereby submits the

Page 1     DEFENDANT'S SECOND ADDITION TO FIRST AMENDED POTENTIAL EXHIBIT LIST

following additions to defendant's First Amended List of Potential Exhibits.

Exhibit 696, as it currently exists, contains the incorrect page and is withdrawn. Submitted herewith is the new Exhibit 696.

| Trial Ex. # | Exhibit Description |
|---|---|
| 696 | Former Exhibit 696 is withdrawn; new Exhibit 696 is submitted |
| 1029 | Patricia Florin document list |
| 1030 | Chase Bank deposit ticket dated March 25, 2000 |

RESPECTFULLY SUBMITTED this 25th day of August, 2010.


/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar