Bismillah
May prayers and peace be upon the Messenger Muhammad

This is an agreement bet Soliman and Abu Yunus. This agreement states, that Abu Yunus is turning all monies and responsibilities that were collected for the Brothers and Sisters in Chechnya over to Brother Soliman. Soliman states that he has received monies in the amount of $ 188 465.00, and he also fully relieves Abu Yunus of all responsibilites to the money.

X _____

X _____

Date: 4th of Thul Hijjah, 1420

Witness #1: _____

Witness #2: _____

AHIF 000601

AHIF 000601

101829 B&W

EXHIBIT C