Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 05-60008 HO** |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR CLARIFICATION OF MINUTE ORDER CONCERNING DEFENSE EXHIBIT 990** |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence

Matasar and Federal Public Defender Steven T. Wax, hereby moves the Court to clarify its minute order of August 26, 2010, CR 432.

The Court's Minute Order of August 26, 2010 (CR 432) indicated that the Court ruled that Def. Ex. 990 (Booklet Islam Is by Pete Seda) should not be received. According to the government's Def. Ex. spreadsheet, CR 421-1, the government's only objection to this exhibit was "need a witness, inadmissible hearsay." The defense requests that the Court reconsider its ruling on this exhibit.

Several defense witnesses, including Rabbi Zaslow, Patricia Florin and David Carroll, edited, reviewed, and/or received the booklet "Islam Is." Therefore, it appears that the government's objection is addressed and the exhibit should be received.

RESPECTFULLY SUBMITTED this 27th day of August, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar

**Page 2    DEFENDANT'S MOTION FOR CLARIFICATION OF MINUTE ORDER CONCERNING DEFENSE EXHIBIT 990**