**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: steve_wax@fd.org**

**Lawrence Matasar, OSB No. 74209**
**621 SW Morrison Street, Suite #1025**
**Portland, OR 97205**
**Tel: (503) 222-9830**
**Email: larry@pdxlaw.com**

**Attorneys for Defendant**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 05-60008 HO** |
| **Plaintiff,** | |
| **v.** | **DEFENDANT'S THIRD AMENDED POTENTIAL EXHIBIT LIST** |
| **PIROUZ SEDAGHATY,** | |
| **Defendant.** | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby submits the following Third Amended List of Potential Exhibits.

| Trial Ex. # | Exhibit Description |
|---|---|
| 0601 | Constitution of Al Haramain Islamic Foundation (Saudi Arabia) |
| 0602 | Monthly report and statement of purpose (PF) |
| 0602(A) | Monthly Report and Statement of Purpose Declaration of Cooperation Statement between Qu'ran Foundation and Al Haramain Foundation March 6, 1998 |
| 0602(B) | Signed Statement of Purpose Declaration of Cooperation Statement between Qu'ran Foundation and Al Haramain Foundation |
| 0602(C) | Statement of Purpose and Declaration of Cooperation between Qu'ran Foundation and Al Haramain Islamic Foundation with printed signatures Solimon Al Buthe, Abu Unus, Dawood Rodgers, and Robert L. Brown |
| 0603 | Letter March 31, 1998, Qu'ran Foundation to Al Haramain Foundation |
| 0604-0605 | Reserved |
| 0606 | Email January 1, 2000, 2:37 p.m. P to Al Buthe |
| 0607 | Photograph Pete Seda and Solomon Al Buthe under tree |
| 0608 | Photograph Pete Seda, Rob Brown, John Dunn and David Rodgers |
| 0609 | Photograph including Rob Brown, David Rodgers, and Pete Seda |

0610        Photograph of 3800 S Highway 99 with camel

0611        Photograph of cultural tent at 3800 South Highway 99

0612        Photograph Al Haramain building

0613        Photograph of David Rodgers with King Abdullah

0614        Email June 26, 2000 AQ to b@qf.org on his trip - and extremism

0614(A)     Attachment to June 26 2000 email June 25, 2000 Al Buthe to AQ

0615-0627   Reserved

0628        December 2, 1999, article from NY TIMES "McCain Urges Ending Aid To Russia In Wake Of Chechen Policy"

0629        ABC News.com page, December 9, 1999, "Yeltsin Lashes Out"

0630        THE INDEPENDENT web page December 11, 1999, "In A Powerless, Frozen City Of No Food, The Blind Hear The Bombs And Know There Is No Escape; Sarah Richards Toured Chechnya's Capital As Russian Forces Closed In, And Was Among The Last To Leave." **[replaced with different version]**

0631        TIME webpage December 13, 1999, "Campaign 2000: Foreign Policy: Where McCain Hits Bush The Hardest"

0632        Doctors Without Borders webpage December 15, 1999, "Chechnya: The Tracking of Civilians"

0633        CNN.com webpage December 16, 1999, "Albright Delivering 'strong message' to Russia"

0634        Email December 29, 1999 at 5:20 a.m., Raya Shokatfard to lz@qf.org, with CNN.com webpage December 18, 1999, "Russian Bombardment Intensifies As Troops Close On Grozny" **[replaced with a complete version]**

| | |
|---|---|
| 0635 | Webpage The Gazette, February 6, 2000, "Escape From Chechnya" **[replaced with different version]** |
| 0636 | Reserved |
| 0637 | Email February 17, 2000 at 1:02 a.m., Q to AQ with CNN webpage February 16, 2000, "NATO, Russian Relax Tense Relations" **[replaced with a complete version]** |
| 0638 | Reserved |
| 0639 | Article Ria Novosti February 28, 2000, "Saudi Arabia to Provide Humanitarian Aid For Refugees" |
| 0640 | Human Rights Watch Report February 29, 2000, "War Crimes In Chechnya And The Response Of The West" |
| 0641 | Email February 21, 2000 at 11:34 p.m. The Arborist to b at qf.org with CNN.com February 21, 2000 Russia Chechnya webpage **[replaced with a complete version]** |
| 0642 | CNN.com Website Pages March 22-31, 2000 |
| 0643 | UN Commission on Human Rights Resolution of April 25, 2000 |
| 0643(A) | United Nations Foundation U.N. wire April 26, 2000, "U.N. Seeks Inquiry Into Violations In Chechnya" |
| 0644 | MSF-USA special report, November 22, 2000, Chechnya, The Politics Of Terror |
| 0645 | United Nations High Commissioner for Human Rights Resolution 2001/24 |
| 0646 | U.S. Senate Committee on Foreign Relations, Joseph R. Biden, February 12, 2004 |
| 0647 | State Department Russia Country Report 1999 |
| 0648 | State Department Russia Country Report 2000 |

| | |
|---|---|
| 0649 | State Department Russia Country Report 2001 |
| 0650 | NY Times 10/30/99 "Fears Rise for Chechen Refugees as Winter Nears" |
| 0651 | Reserved |
| 0652 | Congressional Research Service Report for Congress: Chechnya Conflict: Recent developments (May 3, 2000) |
| 0653 | News article U.S.: Chechen Officials Hold Talks at State Department (February 2, 2000) |
| 0654 | Time.com News Article, Why Russia May Keep Chechen Capital in Ruins (February 7, 2000) |
| 0656-0663 | Reserved |
| 0664 | Email September 18, 2001 from Florin to Pete Seda plus attachment |
| 0664(A) | September 21, 2001, 9:25 a.m. P to Council of American Islamic Relations plus attachment |
| 0665 | Email September 21, 2001, 9:33 a.m. P to CIC@cicnow.com |
| 0666 - 0667 | Reserved |
| 0668 | Bank of America Check and traveler's check purchase |
| 0669 | Email January 11, 2000, 14:38:08 S. El Fiki to Haramain |
| 0670 | Email January 18, 2000, Haramain to S. El Fiki |
| 0671 | Email February 21, 2000, 9:12 a.m. head office to S. El Fiki |
| 0672 | February 21, 2000, Letter Aqeel to S. El Fiki |
| 0673 | February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait |

| | |
|---|---|
| 0673(A) | English translation of February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait |
| 0673(B) | Declaration of Translation of February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait |
| 0674 | Email February 24, 2000 P to Al Buthe RE money transferred |
| 0675 | Reserved |
| 0676 | Email March 27, 2000, 8:36 a.m. Al Haramain to S. El Fiki |
| 0677 | Letter April 13, 2000, Mahmoud T. El Fiki from National Bank of Kuwait |
| 0678 | Redacted Federal Bureau of Investigation 302 interview report of Mahmoud Talaat El Fiki, investigation on January 31, 2005 |
| 0679 | Kuwait Bank record for El Fiki |
| 0680 | Email May 11, 1999 Barhoush to Haramain et al Subject: Urgent Albanian Translation |
| 0680(A) | Email Abdul Qaadir to Haramain May 11, 1999 Report of Committee on Albania |
| 0681 | Email December 11, 1999, Abdul Qaadir to Qur'an and Sunnah Net Group; Jeddah-Net@muslimsonline.com |
| 0682 | Email December 28, 1999, 4:26 p.m. from Info to Info@irw.org |
| 0683 | Email December 30, 1999, 8:50 p.m. P to Al Buthe |
| 0683(A) | Attachment to email Statement in Spanish and English from Ayuda Internacional Al Desplazado |
| 0683(B) | Email from Al Buthe to P December 31, 1999 Human Help for Chechnya |

0683(C)     Email January 1, 2000 1:46 P to Al Buthe RE Horrible Condition

0683(D)     Email from Al Buthe to P, January 2, 2000 at 4:58 AM

0684        Email from Head Office to Bilal Ibrahim with cc to Pete, January 3, 2000 at 3:10 AM

0685        Email from Abdul-Qaadir to q@qf.org, January 4, 2000 at 1:00 AM

0685(A)     Email attachment January 4, 2000 at 1:00 AM

0686        Email January 6, 2000, 1:35 a.m. Al Buthe to P

0686(A)     Email January 6, 2000, 1:37 a.m. Al Buthe to P

0686(B)     Email January 7, 2000, 3:48 p.m. Info to Info@irw.org

0686(C)     Email January 12, 2000, 5:43 p.m. Info to Info@irw.org

0687        Email Daveed Gartenstein-Ross to P January 17, 2000

0687(A)     Email P to Daveed Gartenstein-Ross January 17, 2000

0687(B)     Email Chain P to B February 21, 2000, including Daveed Gartenstein-Ross to P 1/17/2000 RE Horrible Condition and P to Al Buthe 1/1/2000 RE Horrible Condition

0687(C)     Email P to Daveed Gartenstein-Ross January 18, 2000 plus attachment

0687(D)     Email P to Daveed Gartenstein-Ross January 18, 2000

0688        Email Ashland to Al Buthe January 18, 2000

0688(A)     Email January 22, 2000, 11:23 p.m. Ashland to Al Buthe

0689        Letter January 24, 2000, Pete Seda to Responsible Secretariet of Federation Committee for International Technical Humanitarian Cooperation

| | |
|---|---|
| 0689(A) | Email January 27, 2000, 10:08 a.m. Info to Info@irw.org |
| 0690 | Email AQ to Sheeshan February 3, 2000 |
| 0691 | Email P to Daveed Gartenstein-Ross February 4, 2000 |
| 0691(A) | Email P to Daveed Gartenstein-Ross February 8, 2000 |
| 0692 | Email Q to AQ February 12, 2000 |
| 0692(A) | Email from Q to Sunnah, February 12, 2000, with path to Time.com, Photo Essay RE: Grozny |
| 0692(B) | Photographs Time.com photo essay, Russian Soldiers Rest in Downtown Grozny |
| 0692(C) | Blinded and Bound, Chechen Civilians |
| 0692(D) | Chechen Men in Pit |
| 0692(E) | Chechen Boy in Cellar |
| 0692(F) | Chechen Woman with Son |
| 0692(G) | Fallen City |
| 0693 | Email P to Al Buthe February 15, 2000 |
| 0693(A) | Email The Arborist to Al Buthe February 17, 2000 |
| 0693(B) | Email P to B February 19, 2000 |
| 0693(C) | Email P to Al Haramain February 20, 2000 |
| 0694 | Email February 20, 2000 The Arborist to b@qf.org |
| 0694(A) | Email P to MCA February 21, 2000 11:40 |
| 0694(B) | Email February 21, 2000, 11:34 p.m. from The Arborist to B@qf.org |

| | |
|---|---|
| 0694(C) | Email February 21, 2000, 10:54 a.m. The Arborist to B@qf.org |
| 0694(D) | Email February 21, 2000 5:48 p.m. The Arborist to B **[replaced with different version]** |
| 0694(E) | Web page Medecins Sans Frontieres |
| 0694(F) | Web page United Nations |
| 0695 | Email Chain P to B February 21, 2000 including P to Daveed Gartenstein-Ross 2/19/2000 and Daveed Gartenstein-Ross to P 2/8/2000 RE: Chechnya |
| 0696 | Email AQ to Sheeshaan February 23, 2000 |
| 0697 | Email February 29, 2000, 12:16 p.m. P to B@qf.org |
| 0697(A) | Email Q to PJFlorin February 29, 2000 |
| 0697(B) | Email P to B March 1, 2000 |
| 0698 | Memorandum March 1, 2000, Catherine Granel from Bilal Abdul-Kareem, "Aid to the People of Chechnya" |
| 0698(A) | Email Q to Granel March 1, 2000 with Memo to Bilal |
| 0698(B) | Web Page Doctors of the World Staff 2000 |
| 0698(C) | Email March 1, 2000, 10:55 a.m. Q to P@qf.org |
| 0698(D) | Email March 1, 2000, 11:29 a.m. P to PJFlorin@jeffnet.org |
| 0698(E) | Letter March 1, 2000 Bilal to Catherine Granel RE: Aid to the people of Chechnya |
| 0698(F) | Email March 1, 2000 P to Q RE: Letter to Doctors |
| 0698(G) | Letter Attachment to March 1, 2000 email Subject: Aid to the People of Chechnya |
| 0698(H) | Email Q to The Arborist March 3, 2000 |

| | |
|---|---|
| 0699 | Email P to Al Buthe March 3, 2000 |
| 0699(A) | Email March 4, 2000 p to q@qf.org |
| 0699(B) | Attachment to Email March 4, 2000 |
| 0700 | Email March 5, 2000 P to b@qf.org FW: I need your help! |
| 700(A) | Web printout, World Food Program, Azerbaijan, printed February 29, 2000 |
| 700(B) | Web printout, World Food Program Delivers - The Balkans, printed February 29, 2000 |
| 700(C) | Web printout, World Food Program Bread Story - Kosovo, printed February 29, 2000 |
| 700(D) | Web printout, World Food Program Logistics Photo Gallery, picture of airplane dropping food, printed March 1, 2000 |
| 700(E) | Web printout, World Food Program Logistics Photo Gallery, picture of helicopter, printed March 1, 2000 |
| 700(F) | Web printout, World Food Program Logistics Photo Gallery, picture of truck convoy, printed March 1, 2000 |
| 700(G) | Web printout, World Food Program Logistics Photo Gallery, picture of loaded truck, printed March 1, 2000 |
| 0701 | Email March 15, 2000 from Info to Harith RE Eid Mubarak |
| 0701(A) | April 2, 2001, 9:58 a.m. CIC@cicnow.com |
| 0702 - 0703 | Reserved |
| 0704(A) | Al Haramain Islamic Foundation receipt No. 262740 |
| 0704(B) | English translation of Al Haramain Islamic Foundation receipt No. 262740 |

| 0705(A) | Al Haramain receipt no. 263867 |
| 0705(B) | English translation of Al Haramain receipt no. 263867 |
| 0706(A) | Al Haramain log page of receipts no. 262740 & 263867 |
| 0706(B) | English translation of Al Haramain log page of receipts no. 262740 & 263867 |
| 0707(A) | Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 |
| 0707(B) | Certificate of translation of Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 |
| 0707(C) | English translation of Certificate of translation of Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 |
| 0708 - 0712 | Reserved |
| 0713 | Al Suwailem Declaration |
| 0714(A) | Diwan Presidency of Counsel of Ministers |
| 0714(B) | English translation of Diwan Presidency of Counsel of Ministers |
| 0715(A) | Diwan memo to His Royal Highness Minister of Interior re: Chechen Relief and SJRC |
| 0715(B) | English translation of Diwan memo to His Royal Highness Minister of Interior re: Chechen Relief and SJRC |
| 0716(A) | Kingdom of Saudi Arabia, Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo |
| 0716(B) | English translation of Kingdom of Saudi Arabia, Saudi Joint Relief Committee (SJRC) for the Aid of the People of Kosovo |
| 0717(A) | Memo to His Excellency Minister of Finance and National Economy |

**Page 11   DEFENDANT'S THIRD AMENDED POTENTIAL EXHIBIT LIST**

0717(B)    English translation of Memo to His Excellency Minister of Finance and National Economy

0718(A)    Order of King Fahad Bin Abdulaziz Al-Saud

0718(B)    English translation of Order of King Fahad Bin Abdulaziz Al-Saud

0719(A)    Al Haramain Humanitarian Foundation memorandum November 4, 1999

0719(B)    English translation of Al Haramain Humanitarian Foundation memorandum November 4, 1999

0720(A)    Telegram to the Minister of the Interior, re: Saudi Joint Committee November 10, 1999

0720(B)    English translation of Telegram to the Minister of the Interior, re: Saudi Joint Committee November 10, 1999

0721(A)    Minutes of meeting of the Chechnya Committee/Saudi Joint Relief Committee January 1, 2000

0721(B)    English translation of Minutes of meeting of the Chechnya Committee/Saudi Joint Relief Committee January 1, 2000

0722(A)    Memo from Al Haramain Charity Foundation January 4, 2000

0722(B)    English translation of memo from Al Haramain Charity Foundation January 4, 2000

0723(A)    Report of Saudi Joint Relief Committee for Kosovo and Chechnya (Chechnya Committee) February 15, 2000

0723(B)    English translation of Report of Saudi Joint Relief Committee for Kosovo and Chechnya (Chechnya Committee) February 15, 2000

0724(A)    Brief report what Chechnya Committee has achieved abroad

| 0724(B) | English translation of brief report what Chechnya Committee has achieved abroad |
| 0725(A) | Declaration of Vladimir Matusevitch August 23, 2004 |
| 0725(B) | Accord between Russian Ministry and Saudi Joint Relief Committee for Kosovo and Chechnya in Russian and Arabic |
| 0725(C) | English translation from Arabic of Memo of Accord between Russian Ministry and Saudi Joint Relief Committee for Kosovo and Chechnya |
| 0725(D) | English translation from Russian of Russian and Arabic language version of Accord between Russian Ministry and Saudi Joint Relief Committee for Kosovo and Chechnya |
| 0725(E) | Russian language version of Certificate 9927 of the State Registration Chamber |
| 0725(F) | English translation of Certificate 9927 of the State Registration Chamber |
| 0726(A) | Telegram regarding Al Haramain, Chechnya and Saudi Joint Relief Committee June 2, 2003 |
| 0726(B) | English translation of Telegram regarding Al Haramain, Chechnya and Saudi Joint Relief Committee June 2, 2003 |
| 0727(A) | Telegram to Al Rajhi Banking and Investment Corporation March 14, 2004 |
| 0727(B) | English translation of Telegram to Al Rajhi Banking and Investment Corporation March 14, 2004 |
| 0728(A) | Confirmation from Minister of Justice regarding Al Haramain Islamic Foundation March 21, 2004 |
| 0728(B) | English translation of Confirmation from Minister of Justice regarding Al Haramain Islamic Foundation March 21, 2004 |

| | |
|---|---|
| 0729(A) | Statement from Al Haramain Charity Foundation May 3, 2004 |
| 0729(B) | English translation of Statement from Al Haramain Charity Foundation May 3, 2004 |
| 0730 | Unclassified summary regarding monies destined for needy Chechen families |
| 0731 | Al Haramain Website list of Al Haramain bank accounts |
| 0732 - 0747 | Reserved |
| 0748 | Handwritten document captioned "Wire Transfer" top line $2767 |
| 0749(A) | Email December 30, 1999 8:20 a.m. Tom to Pete Seda |
| 0749(B) | Proposal attachment to email: Letter Tom Wilcox to Pete Seda December 30, 1999 |
| 0750 | Engagement letter from Tom Wilcox to Pete Seda |
| 0751 | Handwritten list, top line 2/24/2000 Mahmoud T. El Fiki |
| 0752 | Check #9733 June 23, 2000 |
| 0753 | Check #9733 6/23/2000 |
| 754.42318 | 2000 Form 990 |
| 754.42335 | 2000 State CT-12 Return |
| 754.42477 | 2001 Form 990 |
| 754.42494 | 2001 State CT-12 Return |
| 754.42532 | Letter from Internal Revenue Service to Al Haramain dated September 2, 2002 |
| 754.42533 | Letter from Internal Revenue Service to Al Haramain dated February 20, 2002 |

| | |
|---|---|
| 754.42540 | Letter from OR DOJ to Al Haramain dated October 30, 2001 |
| 754.42659 | Letter from OR DOJ to Al Haramain dated June 19, 2001 |
| 754.42703 | Letter from OR Dept of Revenue to Al Haramain dated August 8, 2000 |
| 754.42810 | Letter from Internal Revenue Service to Al Haramain dated May 31, 2002 |
| 754.42895 | Letter from OR DOJ to Al Haramain dated February 22, 2001 |
| 754.42896 | 1999 Form 990 |
| 754.43005 | 1998 Corporate Return Form 1120 |
| 754.43014 | Oregon Corporation excise tax return 1998 |
| 754.43075 | Letter from Internal Revenue Service to Al Haramain dated December 7, 2000 |
| 754.43104 | Letter from Internal Revenue Service to Al Haramain dated October 13, 2000 |
| 754.43111 | Letter from Tom Wilcox to OR DOJ dated September 22, 2000 |
| 754.43112 | Letter from OR DOJ to Al Haramain dated September 7, 2000 |
| 754.43127 | Letter from Tom Wilcox to Internal Revenue Service dated September 25, 2000 |
| 754.43129 | Letter from Internal Revenue Service to Al Haramain dated September 6, 2000 |
| 754.43156 | Letter from Tom Wilcox to Internal Revenue Service dated August 17, 2000 |

| 754.43158 | Letter from Internal Revenue Service to Al Haramain dated March 24, 2000 |
| 754.43193 | 1023 Application |
| 754.43219 | Letter from OR DOJ to Al Haramain dated January 14, 2004 |
| 754.43220 | Letter from Internal Revenue Service to Al Haramain dated February 9, 2004 |
| 754.43238 | Letter from Internal Revenue Service to Al Haramain dated March 16, 2000 |
| 754.43252 | Letter from OR DOJ to Al Haramain dated July 26, 2000 |
| 754.43257 | Letter from OR DOJ to Al Haramain dated April 11, 2000 |
| 754.43337 | Letter from Internal Revenue Service to Al Haramain dated December 22, 2003 |
| 754.43340 | Letter from OR DOJ to Al Haramain dated November 21, 2003 |
| 754.43341 | Letter from OR DOJ to Al Haramain dated October 16, 2003 |
| 754.43356 | Letter from OR DOJ to Al Haramain dated June 4, 2003 |
| 754.43360 | Letter from OR DOJ to Al Haramain dated April 4, 2001 |
| 754.43411 | Letter from OR DOJ to Al Haramain dated October 30, 2000 |
| 754.43433 | Letter from Tom Wilcox to Internal Revenue Service dated January 3, 2002 |
| 754.43434 | Letter from Internal Revenue Service to Al Haramain dated December 31, 2001 |
| 754.43437 | Letter from Tom Wilcox to Internal Revenue Service dated October 2, 2001 |

| | |
|---|---|
| 754.43438 | Letter from Internal Revenue Service to Al Haramain dated September 24, 2001 |
| 754.43447 | Letter from OR DOJ to Al Haramain dated August 24, 2001 |
| 754.43459 | 1999 State CT-12 Return |
| 754.43462 | Letter from Tom Wilcox to OR DOJ dated January 8, 2001 |
| 754.43487 | Letter from Internal Revenue Service to Al Haramain dated February 4, 2000 |
| 754.43512 | Letter from Internal Revenue Service to Al Haramain dated June 1, 2000 |
| 754.43660 | Letter from Internal Revenue Service to Al Haramain dated April 18, 2001 |
| 755.1 | Email from P to Tom Wilcox, May 14, 2001 |
| 755.2 | Attachment to 755.1 - QuickBooks File |
| 755.3 | Floppy Disk from Tom Wilcox, Labeled "Al Haramain 6/14/2001" |
| 755.4 | QuickBooks file located on 755.3 |
| 755.5 | Email January 7, 2002 from Tom Wilcox to P |
| 755.6 | Attachment to 755.5 - QuickBooks File |
| 755.7 | Jeff Cone, Audit Trail, January 1999 through December 2003 |
| 755.8 | Jeff Cone, Financial Statement Transactions: QuickBooks Audit Report Emulation |
| 755.9 | Email March 13, 2001 from Tom Wilcox to Pete Sedda |
| 755.10 | Attachment to 755.9 - QuickBooks File |

| | |
|---|---|
| 0756 | Email January 2, 2000, 1:13 p.m. P to Ms. Katkhouda |
| 0757-0758 | Reserved |
| 0759 | Email February 26, 2000, 12:45 a.m. from Al Buthe to P@qf.org |
| 0760 | Email March 6, 2000 Al Shoumar to q@qf.org |
| 0760(A) | Attachment to Email March 6, 2000 Al Shoumar to q@qf.org |
| 0761 | Email from Q to P March 7, 2000, Six months budget with attachment |
| 0762 | Email from P to Shoumar January 3, 2001 RE springfield@Al Haramain.org |
| 0763-0800 | Reserved |
| 0801 | Email April 1, 2000, 3:07 p.m. P to Raya Shokatford |
| 0802 | Letter Proposal April 11, 2000, Pete Seda |
| 0803(A) | Email April 12, 2000, 11:57 a.m. PJFlorin@jeffnet.org to Pete Seda |
| 0803(B) | Draft greetings letter.doc attached to email |
| 0803(C) | Draft public relations letter re Islam attached to email |
| 0803(D) | Draft Greeting Letter (PF) |
| 0803(E) | Draft greeting letter (short version) PF |
| 0803(F) | Letter April 11, 2000 Public relation plan (PF) |
| 0804(A) | Email April 18, 2000, 3:05 p.m. PJFlorin @jeffnet,org to Pete Seda |
| 0804(B) | Draft Jewish Community letter attached |

Page 18    DEFENDANT'S THIRD AMENDED POTENTIAL EXHIBIT LIST

| | |
|---|---|
| 0804(C) | Draft anti-terrorism letter to Sheik Aqeel attached to April 11, 2000, email |
| 0804(D) | Letter to April 18, 2000 to Rabbi Zaslow (PF) |
| 0804(E) | Letter April 18, 2000 to Rabbi Sirinski (PF) |
| 0805(A) | Email April 19, 2000 12:46 a.m. Ashland to Al Buthe |
| 0805(B) | Attachment to email, Letter April 19, 2000, Pete Seda to Aqeel al Aqeel |
| 0806 | Letter April 19, 2000, Pete Seda to Aqeel al Aqeel |
| 0807 | Email July 5, 2000, 11:52 a.m. PJFlorin@jeffnet.org to Pete Seda plus attachment |
| 0807(A) | Draft letter to Shiukh (PF) |
| 0808 | ASHLAND DAILY TIDINGS September 15, 2001 |
| 0809 | Letter September 18, 2001, Al Haramain Foundation, signed by Pete Seda, to Office of Emergency Relief, City of New York |
| 0809(A) | Letter September 18, 2001 to NYC (PF) |
| 0810 | Letter September 18, 2001, Pete Seda to State Department |
| 0810(A) | Draft September 2001 Justice for All (PF) |
| 0810(B) | Draft September 2001 Justice for All (PF) |
| 0811 | Letter September 18, 2001, Pete Seda to Office of Emergency Relief |
| 0812 | Letter September 20, 2001, Pete Seda to My Dear Brothers and Sisters, Call for Islamic Outreach |
| 0812(A) | Call For Islamic Outreach (PF) |
| 0813 | Letter to State Department 9/18/2001 (PF) |

0813(A)        Letter September 20, 2001, Secretary of Health and
               Human Services, Tommy Thompson, from Pete Seda

0814           Mail Tribune article, September 20, 2001

0815           Letter to the Editor by Pete Seda

0815(A)        Press Release "From The Muslim Heart" (PF)

0816           Email September 21, 2001, 9:15 p.m. Marisa Petersen to
               Qur'an Foundation

0817           Email September 23, 2001, 10:59 a.m. A to
               letters@tucsoncitizen.com

0818           Email September 23, 2001, 6:45 p.m. A to
               Oelrichs@rockymountainnews.com

0819           Email September 23, 2001, 7:31 p.m. A to
               letters@washpost.com

0820(A)        Email September 26, 2001, 11:04 a.m. Florin to Pete Seda

0820(B)        Letter September 26, 2001, Pete Seda to Senator Wyden

0820(C)        Letter Form: Educational Outreach Services (PF)

0821           Letter October 2, 2001, Congressman Greg Walden to Pete
               Seda

0822           Letter October 2, 2001, Pete Seda to Dear Spiritual Leader

0823           Letter October 5, 2001, Federal Bureau of Investigation
               Thomas J. Pickard to Pete Seda

0824           Email October 7, 2001, 2:28 p.m. The Arborist to Traci
               Dow

0825           Email October 7, 2001, 3:05 p.m. A to DBerger and
               attachment

| | |
|---|---|
| 0826 | Email October 14, 2001, 1:16 p.m. Scarlet Ledesma to Pete@TheArborist.com |
| 0827 | Reserved |
| 0828 | Letter October 24, 2001, Department of the Army, Office of Chief of Chaplins, to Pete Seda |
| 0829 | Letter November 19, 2001, Federal Bureau of Investigation to Pete Seda |
| 0830 | Email November 27, 2001 2:57 pm, from Peace Hhouse to recipient list |
| 0831 | Email November 28, 2001 7:58 am, Victoria Lane to P |
| 0832 | Announcement of community benefit concert Saturday, December 1, 2001 |
| 0833 | Press release March 2002 |
| 0833(A) | Press Release - Six Month Anniversary of 9/11 (PF) |
| 0834 | Email Pete Seda To Pat Florin, March 12, 2002 Al Haramain Press Release (PF) **[replced with different document]** |
| 0835 | Letter March 15, 2002, Pete Seda to Senator Joseph Biden |
| 0835(A) | Letter To Biden, March 14, 2002 (PF) |
| 0836(A) | Email October 14, 2002, from Florin to Pete Seda |
| 0836(B) | Attachment to Email October 14, 2002, from Florin to Pete Seda |
| 0836(C) | Letter To Scholars Of The Ummah (PF) |
| 0837 | Reserved |
| 0838 | Letter November 4, 2002, Pete Seda to Brothers in Al Haramain Islamic Foundation |

| | |
|---|---|
| 0839 | Letter 10th of Sha'ban 1423 Pete Seda to Scholars of the Ummah |
| 0840 | Memo January 28, 2003, Secretary of State Powell from Pete Seda |
| 0840(A) | Letter January 28, 2003 from Pete Seda to Charles Matthews seeking Fatwah on Bin Laden |
| 0840(B) | Letter To Colin Powell, January 27, 2003 (PF) |
| 0840(C) | Letter  January 28, 2003 Pete Seda to David Carroll RE Islamic legal case against Osama Bin Laden |
| 0841 - 0852 | Reserved |
| 0853 | Letter February 14, 2002, United States Department of Justice, Criminal Division, to Pete Seda |
| 0854 | Letter July 2, 2002, Pete Seda to Dave Carroll |
| 0855 | Consent 10/3/01 for David Carroll to access Al Haramain Bank Account |
| 0856 | Photograph Pete Seda with United States UAE Ambassador Michele J. Sison |
| 0857 - 0865 | Reserved |
| 0866 | Letter April 22, 2002, Pete Seda to Israeli Embassy |
| 0866(A) | Email Pat Florin To Pete Seda, Re: Letter re Palestinian Aid (PF), plus attachment |
| 0867 | Letter April 22, 2002, Pete Seda to Licensing Division, Office of Foreign Assets Control |
| 0868(A) | Email April 22, 2002, P to Florin 4:43 pm |
| 0868(B) | Attached letter to Israeli Embassy April 22, 2002 |
| 0869 | Email April 23, 2002 8:19 am, Brett Schor to P |

| | |
|---|---|
| 0870 | Letter May 2, 2002, Ambassador Kurtzer to Pete Seda |
| 0871 | Emails May 13,2002, P.S to Benny Dagin |
| 0872 | Letter May 14, 2002, Pete Seda to Lorraine Lanlor, Office of Foreign Assets Control |
| 0873 | Letter May 14, 2002, Pete Seda to Compliance Division Office of Foreign Assets Control |
| 0873(A) | Letter To Office of Foreign Assets Control, Re: Humanitarian Aid For Palestinians (PF) |
| 0874(A) | Email May 28, 2002, 1:25 pm P.S to Florin |
| 0874(B) | Letter May 28, 2002, Pete Seda to Earl Wall; attachment to May 28, 2002 letter |
| 0874(C) | Letter To Earl Wall, CARE, May 28, 2002 (PF) |
| 0875 | Letter June 19, 2002, Office of Foreign Assets Control to Martin McMahon, Esquire |
| 0875(A) | Email Pat Florin to P.S, June 20, 2002, Benny Dagan (PF) |
| 0876 | Letter July 1, 2002, Pete Seda to Richard Newcomb, Office of Foreign Assets Control |
| 0877(A) | Email July 2, 2002, 2:10 pm David Berger to Pete Seda |
| 0877(B) | Letter July 2, 2002, Pete Seda to Police Chief Scott Fleuter |
| 0877(C) | Letter July 2, 2002, to Lieutenant Patten |
| 0878 | Letter July 16, 2002, Pete Seda to Israeli Colonel Isaac Gurvich |
| 0879 | Letter July 17, 2002, Pete Seda to Ambassador Kurtzer |
| 0880 | Letter July 17, 2002, Pete Seda to United States Embassy, Economics Section, Ava Rogers |

| | |
|---|---|
| 0881 | Letter July 17, 2002, Pete Seda to Deborah Schwartz, United States Embassy, Israel |
| 0882 | Fax July 22, 2002, Ava Rogers, U.S. Embassy to Pete Seda |
| 0882(A) | Email Pete Seda to Pat Florin, July 22, 2003 With Ava Rogers.jpg (PF) |
| 0882(B) | Attachment to Ex 882(A), "7 22 02 Ava Rogers.jpg" (PF) |
| 0883(A) | Email July 22, 2002, Florin to P.S 11:24 am |
| 0883(B) | Letter July 22, 2002, Pete Seda to Ava Rogers, U.S. Embassy |
| 0883(C) | Letter July 22, 2002 Pete Seda to Ava Rogers United States Embassy Re: Humanitarian Aid in the West Bank and Gaza (PF) |
| 0884 | Letter July 23, 2002, Pete Seda to Ian Barukh, Israeli Foreign Ministry |
| 0885 | Letter July 26, 2002, Rabbi Zaslow |
| 0886(A) | Email July 30, 2002, P.S. to David Berger 2:28 p.m. **[replaced with different document]** |
| 0886(B) | Letter Israeli government July 28, 2002 |
| 0887 | Fax July 31, 2002, Leah Tsemel to Pete Seda |
| 0888 | Letter Pete Seda to Ms. Orley, Israel Defense Forces |
| 0889 | Email August 27, 2002, Florin to P.S, with email from P.S to Florin |
| 0890 | Stained Peace of My Heart Aug 2002 (PF) |
| 0891 - 0905 | Reserved |
| 0906 | Email February 21, 2000, 8:50 p.m.wsra99@aol.com to P@qf.org |

| | |
|---|---|
| 0907 | Email March 29, 2000, 11:32 a.m. P to wsra99@aol.com |
| 0907(A) | Email March 30, 2000 P to Al Buthe FW: Agreement |
| 0907(B) | Email March 30, 2000 P to Al Buthe FW: Agreement with attachment |
| 0908(A) | Email October 26, 2001, 4:48 p.m. Sandra Kay to Pete Seda |
| 0908(B) | Attached letter, October 26, 2001, to Steve Monroe at Office of Foreign Assets Control |
| 0909(A) | Letter November 1, 2001, Pete Seda to Emily Clay at Office of Foreign Assets Control |
| 0909(B) | Letter November 2, 2001, Office of Foreign Assets Control to Pete Seda |
| 0909(C) | Letter November 1, 2001 Pete Seda to Emily Clay Office of Foreign Assets Control Application for license to distribute food to Afghani refugees (PF) |
| 0910 | Email October 9, 2000 P to Al Buthe RE; Tajikistan |
| 0911 | Email October 23, 2001 P to Al Buthe RE make it work out -- with attachments |
| 0912 - 0924 | Reserved |
| 0925 | Photograph Pete Seda with truck |
| 0926 | Article REGISTER GUARD, "Fate of Big Leaf Maples in Whiteaker Up In The Air" |
| 0927 | Email January 20, 2000, 7:41 p.m. Brad and Rooney Riggs to P |
| 0928 | Email February 11, 2000, 6:56 p.m. Jim Hartman to Pete Seda |

| | |
|---|---|
| 0929 | Ashland Watershed Partnership meeting notes March 28, 2000 |
| 0930 | Email November 17, 2000, 3:08 p.m.: Swales to @mind.net |
| 0931 | Email April 11, 2001, 11:56 a.m. Rose Hill to P@qf.org |
| 0932 | Email June 24, 2001, 2:13 p.m. The Arborist to Colonel Swales |
| 0933(A) | Email October 17, 2001, Representative Greg Walden to Pete Seda |
| 0933(B) | Email December 6, 2001, Representative Greg Walden to Pete Seda |
| 0934 | Photograph Pete Seda Cleaning Ashland |
| 0935 | Photograph Pete Seda On Ladder |
| 0936 | Photograph Pete Seda Cleaning with fire people |
| 0937 | Photograph The Arborist Crew |
| 0938 | Photograph Pete Seda with Governor Kitzhaber |
| 0939 | Photograph Pete Seda Cleaning Downtown Ashland |
| 0940-0941 | Reserved |
| 0942 | Letter To Mayor Cathy Shaw, January 31, 2000 (PF) |
| 0943 | Reserved |
| 0944 | Hamrick Road Letter, April 20, 2000 (PF) |
| 0945 | Reserved |
| 0946 | 8/8/00 Letter to William Keller (PF) |
| 0947-0955 | Reserved |

0956            Photograph Pete Seda with children

0957(A)         Email March 28, 2000, 3:25 p.m. Q to P@qf.org

0957(B)         March 28, 2000 letter Pete Seda to Pastor

0958            Email May 23, 2000, 3:20 p.m. B to P

0959            Email October 22, 2000, 8:57 p.m. Kelly Bennett to Pete
                Seda Sedaghaty

0960            Email January 24, 2001, 12:13 a.m. P to
                Shalomrav@aol.com

0961            Email February 23, 2001, 1:56 p.m. Stan Way to P@qf.org

0962            Email May 11, 2001, 10:12 a.m. James Y. Horton to
                P@qf.org

0963            Email May 21, 2001, 2:22 p.m. Pam Long to P@qf.org

0964            Email May 22, 2001, 11:31 a.m. Peace House to Pete Seda
                et. al.

0965            Email July 02, 2001, 12:53 a.m. Pete Seda to
                BLJ_maj@yahoo.com

0966            Photograph Class at Al Haramain **[replaced with a
                complete version]**

0967            Photograph class at tent

0968            Photograph multi-cultural fair

0969            Photograph Religion Class at tent

0970            Photograph presentation at church

0971            Email Jane Claussen to P at QF.org, January 2, 2002

0972(A)         Email January 21, 2002, 1:50 pm, P to Florin

| | |
|---|---|
| 0972(B) | Attachment letter for Peace House |
| 0973 | Bi-line article: Islamic Show Intrigues RCC, February 2002 |
| 0974 | Email February 1, 2002, Drake, Tommy to P at QF.org, 10:47 am |
| 0975 | Email February 5, 2002, Closter, Larry to Q. |
| 0976 | Photograph Pete Seda In Church |
| 0977 | Photograph of Pete Seda lecturing to students |
| 0978 | Photograph Pete Seda in Rabbi Zaslow's Temple |
| 0979-0986 | Reserved |
| 0987 | Email April 11, 2000, 8:13 a.m. B to P@qf.org |
| 0988 | Email March 13, 2002, Stan Way to P |
| 0989(A) | Email April 19, 2002, P to Florin |
| 0989(B) | Attached letter to Senators and Reps |
| 0990 | Booklet Islam Is by Pete Seda |
| 0991 | Islamic T-Shirt |
| 0992 - 1001 | Reserved |
| 1002 | Pete Seda Video Statistics |
| 1002(A) | Pete Seda Video compilation CD |
| 1002(B) | Chechnya video compilation CD |
| 1003 | Summary of prisoner letters (to be created) |
| 1004 | Letter and Check $300 November 15, 1999 |
| 1005 | Check $50 November 20, 1999 |

| | |
|---|---|
| 1006 | Check $100.00 November 20, 1999 |
| 1007 | Check $100.00 December 1, 1999 |
| 1008 | Money order $300 December 6, 1999 |
| 1009 | Check $400.00 December 20, 1999 |
| 1010 | Check $200.00 January 1, 2000 |
| 1011 | Check and Envelope $600.00 January 5, 2000 |
| 1012 | Check $150.00 January 19, 2000 |
| 1013 | Check $68.00 January 22, 2000 |
| 1014 | Checks $50,000.00, $4,000.00, $196.75 January 21, 2000 |
| 1015 | Check and Deposit ticket February 23, 2000 |
| 1016 - 1023 | Reserved |
| 1024 | Photograph of Shrubbery |
| 1025(A) | Photograph of wire |
| 1025(B) | Photograph of wire |
| 1026 | Photograph of former President George W. Bush with Saudi Crown Prince Abdullah |
| 1027 | Copies of Receipt No. 418933 and Receipt No. 15881 written in Arabic |
| 1028 | Video report concerning activities of Al Haramain Medical Committee from 1999 (to be submitted under separate cover) |

1029            Patricia Florin document list

1030            Chase Bank deposit ticket dated March 25, 2000


Respectfully submitted on August 27, 2010.


/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar