FILED'10 AUG 31 12:17 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 05-60008-02-HO

PIROUZ SEDAGHATY,

Defendant.

## ORDER TO RETAIN CUSTODY OF EXHIBITS

IT IS ORDERED that at the conclusion of the trial, counsel for the parties retain custody of their respective exhibits until such time as all need for the exhibits has terminated.

Dated: August 31, 2010.

_____
United States District Judge

SO STIPULATED.

Dated: August 31, 2010

_____
Attorney for Plaintiff

_____
Attorney for Defendant

## ORDER TO RETAIN CUSTODY OF EXHIBITS