IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


UNITED STATES OF AMERICA,    )
                             )
               Plaintiff,   ) No. 05-60008-2-HO
                             )
      v.                 ) August 30, 2010
                             )
PIROUZ SEDAGHATY, et. al.,  ) Eugene, Oregon
                             )
             Defendants.  )



TRANSCRIPT OF PROCEEDINGS

***EXCERPT***

OPENING STATEMENT FOR THE DEFENSE

BEFORE THE HONORABLE MICHAEL R. HOGAN

UNITED STATES DISTRICT COURT JUDGE




-:-



Jan R. Duiven, CSR, FCRR
Court Reporter
C&C Court Reporting
172 East 8th Avenue
Eugene, Oregon 97401
(541) 485-0111

APPEARANCES BY COUNSEL


FOR THE PLAINTIFF:          CHRISTOPHER L. CARDANI
                           United States Attorney's Office
                           405 E. 8th Avenue, Suite 2400
                           Eugene, OR 97401
                           (541) 465-6771
                           chris.cardani@usdoj.gov


                           CHARLES F. GORDER, JR.
                           United States Attorney's Office
                           1000 S.W. Third Avenue, Suite 600
                           Portland, OR 97204-2902
                           (503) 727-1021



FOR THE DEFENDANT:          LAWRENCE H. MATASAR
                           Lawrence Matasar, P.C.
                           621 S.W. Morrison Street
                           Suite 1025
                           Portland, OR 97205
                           (503) 222-9830
                           larry@pdxlaw.com

                           STEVEN T. WAX
                           MICHELLE SWEET
                           Federal Public Defender
                           101 S.W. Main Street, Suite 1700
                           Portland, OR 97204
                           (503) 326-2123
                           steve_wax@fd.org

Also present:              Agent Anderson
                           Agent Carroll

```
1                EUGENE, OREGON; MONDAY, AUGUST 30, 2010

2                          ***EXCERPT***

3

4        THE COURT:  Go ahead, Mr. Matasar.

5        MR. MATASAR:  Thank you, your Honor.  May it please the

6  Court, Mr. Seda, family, and counsel, and ladies and gentlemen of

7  the jury.

8            We agree with much of the evidence that Mr. Cardani

9  showed you is going to be what's going to come out in the trial,

10  but there's a lot more that you'll need to know and a different

11  way of looking at it.  And that's what I'm going to try to give

12  to you here today.

13           Let me begin by saying that the evidence will not show

14  that Pete Seda is some sort of evil fundamentalist conspiring

15  against the government to cheat on his taxes and to fund the

16  mujahideen in Chechnya.  The evidence will show in fact quite the

17  opposite.

18           He's the opposite of a secret conspirator.  He's open

19  in the community.  He did not keep a low profile.  He spoke out

20  for peace and for interfaith harmony throughout the southern

21  Oregon area consistently.

22           He went on TV.  He spoke in newspapers.  He was known

23  both for his work with trees -- he's an arborist.  I'll talk to

24  you about that in a minute.  And also for his work out in the

25  community for interfaith harmony:  Muslims, Christians, and Jews
```

1    in southern Oregon.

2              There was a close community.  You're going to hear from

3    some of those people.  You'll hear from a rabbi.  You'll hear

4    from a minister who will tell you the kind of man that Pete Seda

5    was.

6              Yes, he's interested in the affairs of the world.  Yes,

7    he's interested in what's going on in Chechnya.  He's deeply

8    concerned about what was going on, what the Russians were doing

9    to the Chechnyans, as he's been concerned about refugees in other

10   parts of the world, whether they be Afghanistan, Palestine,

11   whatever.  He's a concerned, good man.

12             As far as Chechnya is concerned, and I'll show you some

13   pictures about this later, nearly the entire world was on the

14   side of the Chechnyans.  Just like before when the Russians were

15   fighting in Afghanistan, nearly the entire world was on the side

16   of the Afghanistans fighting the Russians.

17             And one thing that's a theme to our case is that things

18   were different in 1999 and 2000 than they are today.  Both the

19   events of 9/11 and others have changed the perception and changed

20   what's going on in the world and that's a really important thing.

21   And yet -- and yet even now, post-9/11, in 2008, the

22   International -- as you'll hear as evidence, the International

23   Red Cross gives money to the Taliban and that is not illegal.

24             Certainly if you can give money to the Taliban in 2008,

25   you can give money to the Chechen mujahideen in the year 2000 for

1    the medicines, for the orphans, just as the things you saw were

2    being spoken about in the e-mails that Mr. Cardani showed you.

3              And that's what Pete Seda's concern was, to provide

4    help for suffering refugees, and he went to extraordinary

5    peaceful efforts to do just that.  And we believe, after you look

6    at all the evidence in the case, and that's what I'm going to

7    talk to you about, you'll see that the government's case was not

8    supported.  Simply what they have is the kind of guilt by

9    association.  You saw their chart.  That's what they're aiming

10   for.

11             The errors that they claim on the tax return are either

12   not errors at all -- and I'll tell you about some of the things

13   that we believe are correct in the tax return.  Much of it is

14   based on mistakes by the accountant and I'll show you some of

15   those.  And there's the -- as Mr. Cardani said, Pete Seda, when

16   he hired the accountant, he told him:  Get it right.  You do it.

17   In fact, the accountant that Pete Seda got was a former IRS agent

18   and a specialist on nonprofit corporations.  He tried to get the

19   best possible person to do the best possible job.

20             We're splitting up the case a bit on our side just as

21   they are.  You heard Mr. Wax talk mostly in jury selection.  He's

22   going to give the closing argument.  He and I and Mr. Casey will

23   all question some witnesses.

24             One thing that I want to urge you about my opening

25   statement here is that it's just our view of the evidence.  Not

1    only that, there may be things that I misspeak here today.  One

2    thing I sometimes do is I get April and August confused.  I may

3    say April when I mean August.  There are other things that we all

4    do when we're speaking for an hour and it's fine.  I think you'll

5    usually know what I mean.  The main thing I want to be concerned

6    about is that you don't hold it against my client if I misspeak

7    or say something wrong.  It's just me doing the best I can but

8    there will be a problem.

9            Now, I also have some visual aids here.  And I'm going

10   to show you some detailed tax returns and those sorts of

11   documents just to show you some of the way that we're going to

12   present that during the trial, but also I just want to tell you a

13   little bit about my client.

14           He moved to Ashland, Oregon from his birthplace in Iran

15   in the mid-70s.  He grew up in Iran in a middle-class home.  His

16   father was a colonel in the Shah's army.

17           Now, the U.S.-supported Shah was deposed by a violent

18   -- or not a violent but by a fundamentalist revolution.  Pete's

19   father got his children out.  Pete Seda's brothers came to

20   southern Oregon before him and then he came, attended college.

21           He worked a number of jobs, including at the Forest

22   Service.  He Americanized his name from Pirouz Sedaghaty to Pete

23   Seda.  He eventually founded his own company because he was so

24   interested in -- I think it's arbor culture or trees.  In the old

25   days, maybe they called it a tree surgeon.  Now it's called being

1    an arborist.  And his company was actually called the Arborist.

2         He became, as I said, known -- well known in the

3    community for his work.  He was a founding member of the State of

4    Oregon Urban Forestry Board.  He was on numerous local civic

5    groups.  He was highly visible, as I said, often written about in

6    the media.  And he became a United States citizen in 1994.  He's

7    an American.

8         In the late 1980s, Mr. Seda, who had been born Muslim,

9    became interested -- although not very religious, had got more

10   and more interested in Islamic outreach.  He opened his home as a

11   center for prayer in the southern Oregon community and set up

12   what he called the Qur'an Foundation, an organization that was

13   active both in southern Oregon and nationally.  Mostly what the

14   foundation was for was to give away the Holy Book and other holy

15   books.  And he funded that with his own money, the money that he

16   was making from the Arborist.

17        One of -- one of Mr. Seda's friends was another Ashland

18   man, David Rodgers.  Not a Muslim when they met.  David Rodgers

19   was a man interested in the environment, interested in horses,

20   and they both -- and Mr. Rodgers became involved in the Qur'an

21   Foundation as well.

22        And Mr. Rodgers got involved in Islam and ended up

23   moving to Saudi Arabia.  So David Rodgers goes to Saudi Arabia,

24   meets another man interested in the environment and trees.

25   That's one of the things that brings these people together as

1     much as anything else, and that's Soliman Al-But'he, who you've

2     heard about from Mr. Cardani.  Mr. Al-But'he is also an

3     environmentalist by occupation.  In fact, he was in charge of

4     landscaping for the General Department of Parks and

5     Beautification of the Municipal -- Municipality of Riyadh, Saudi

6     Arabia.  The head landscaper of a city of five million people.

7          Eventually he got promoted and had other higher duties,

8     including general manager of the entire Environmental Health

9     Department.  Soliman Al-But'he, along with his other work as an

10    environmentalist and landscaper for the city, was involved in

11    al-Haramain, the charity, with its headquarters in Riyadh.  It's

12    one of the largest charities in Saudi Arabia and it operates

13    under the auspices of a Saudi royal family.  And we'll have

14    witnesses talk to you in detail about the organization and the

15    work of al-Haramain.

16          As I said, Mr. Al-But'he, who knew -- they met David

17    Rodgers in Saudi Arabia, and David Rodgers introduced the two of

18    them, Al-But'he and Pete Seda.  So that's how all the three of

19    them, they all became friends.  They shared environmental

20    concerns, particularly about urban forestry.  And shortly

21    thereafter, al-Haramain Ashland was started.

22          Here you see Pete Seda, David Rodgers.  Here we have

23    another forestry picture.  You have David Rodgers.  This is

24    Soliman Al-But'he, Pete Seda, and some family members and others.

25    Ben Searcy, this man here, he's going to be testifying for us

1    later. (Displaying photos.)

2              And remember I said that David Rodgers moved to Saudi

3    Arabia in the '90s.  He's renowned, well known here before he

4    left as a horse trainer, sort of a horse whisperer, a real

5    talented, brilliant man dealing with horses.

6              And as you may know, the Saudi Arabians are very close

7    to horses.  Arabian horses are an important part of the society

8    and the culture.  And David Rodgers, this local southern Oregon

9    guy, not born a Muslim, ends up becoming the horse whisperer for

10   the king of Saudi Arabia.  This is David Rodgers and the king of

11   Saudi Arabia because he helps him with the horses.

12             Of course as Pete Seda started al-Haramain, he was

13   aware of the huge amount of money that was available to assist

14   with his work of giving away the Qur'an.  That's what al-Haramain

15   does as well.  It's almost as if you're operating a

16   Save-the-Whales, small -- Newport or somewhere on the coast for

17   Oregon, and then somehow your organization comes to the attention

18   of maybe the worldwide Swedish Save-the-Whales Foundation funded

19   by some bazillionaire (sic).

20             And, of course, Mr. Seda is looking forward to the

21   opportunity to fund his good work and to fund his literature

22   distribution, and really probably few people could be possibly

23   richer than the Saudi royal family to help with that.  So that is

24   clearly part of the operation, part of the hope.

25             So Mr. Seda registered al-Haramain Ashland with the

1    state of Oregon in October 1997.  And al-Haramain Saudi Arabia

2    became the primary funding source.  They continued much of the

3    work of the Qur'an Foundation distributing literature, gathering

4    and donating money, and both -- and for the humanitarian

5    purposes, both home and abroad.  Al-Haramain Saudi donated most

6    of the literature, including the Noble Qur'an and the other

7    items.

8         In late '97, al-Haramain Saudi Arabia donated money,

9    about $188,000, for a prayer house to be purchased in Ashland,

10   Oregon, allowing the community to move its services out of

11   Mr. Seda's house.  And I should note here that I'm not sure how

12   much this is all going to come up, and I'm not a true expert as

13   you will hear real experts in the religious doctrines in Islam,

14   but while Mr. Seda was brought up in the Shia tradition of Islam,

15   the tradition practiced in Iran, his practice in Ashland was

16   actually more Sunni but open to all.  It was pretty

17   nondenominational and very open.

18        Not only that, al-Haramain funded a prayer house in

19   Springfield, Missouri, for about $380,000.  So they were funding

20   organizations -- or funding the organization to a large amount.

21        While Pete Seda was pretty much the main force in

22   al-Haramain, it's important for you to know that there were a

23   number of other people working there, and this is one of the

24   things that we'll talk about with the accountant.  Pete Seda was

25   not in charge of the accounting.  He hired the best, straightest

1    accountant he could find, a former IRS agent.  And when he hired

2    his accountant, he told him -- told Mr. Wilcox:  I don't do a

3    detailed review of the books myself.  I expect you to do that.

4    And to train my bookkeepers.  We'll pay you extra for that.

5         And Wilcox did that analysis.  Worked on the

6    accounting.  He said Pete Seda told him he believes in

7    delegation, he just wants the stuff right.

8         So Mr. Seda's continuing his work in local outreach.

9    Sorry.  Speaking frequently -- this is actually -- I'm getting

10   ahead of myself but this is Pete Seda's truck, the Arborist.  His

11   organization grew and grew.  There were several employees.  And

12   they ended up with this gigantic truck, with the name of the

13   business there, putting in some trees.

14        But he continued his local outreach both -- frequently

15   in schools.  All of this work was addressing issues of tolerance

16   and religion, Muslims and Jews, Israelis and Palestines --

17   Palestinians.  But wait, he even bought a camel.  One of the

18   things that helped with the outreach in Ashland was they bought a

19   camel and the camel ended up being a fixture of the Fourth of

20   July parade.  Ashland has a big Fourth of July parade and the

21   camel was there every year.

22        As I said, he became a partner for peace with other

23   religious figures in southern Oregon.  Rabbi David Zaslow is one

24   of them and Minister Karen Caldwell who will be here.

25        Because the religion of Islam is important in this

1    case, I'm going to talk a minute or two about that.  The term

2    "Islam" means submission to God and the term "Muslim" is a person

3    who has submitted to God.  So we say that the religion of -- it's

4    the religion of Islam and the person who practices Islam is known

5    as a Muslim.  And it is one of the three Abrahamic religions:

6    Judaism, Christianity, and Islam.  All three are related in many

7    ways, common roots.

8         The central book is the Qur'an.  Unlike some religions,

9    there's no central hierarchy in Islam.  There's no pope.  There's

10   no central single central figure.

11        There are two primary branches, the Sunnis and the

12   Shia.  It's not really significant in this case but you should

13   know that the dispute essentially boils down to who's the

14   rightful successor to the prophet Mohammed.  About 87 percent of

15   the population of Muslims in the world are Sunnis.

16        It's important to know though that there's a high

17   amount of diversity within the religion just like there's a large

18   amount of diversity in Christianity.  We tend not to think of

19   that as far as Islam, but there's a huge amount of diversity in

20   both religions.  There is -- Islamic law can be interpreted one

21   way by some people, other ways by others.

22        Personal morality in Islam is conservative.  Strict

23   dietary laws.  Rules about no interest in financial transactions.

24   Heavy emphasis on hard work and industriousness, hospitality, and

25   respect for others.

1    Justice is an important issue in Islam.  And there's an

2  obligation to oppose injustice, which is consistent with Pete

3  Seda's approach to the war in Chechnya and all of his other --

4  other works.

5    There are what are known as the five pillars of Islam.

6  The first is is the confession of faith.  That there is only one

7  God and Mohammed is the prophet.  Second is Salah, the

8  requirement for prayer.  Five times a day.  And that is something

9  that Pete Seda follows.  He may be praying when we take breaks

10  from court during this trial.

11    The third pillar of Islam is Zakat or donations to the

12  poor.  I'll talk about that in a little bit more detail.

13    Fourth, there's the requirement for fasting during the

14  holy month of Ramadan which, this year, is August 11th through

15  September 9th.  Which means that many of the witnesses in the

16  case will be fasting during the day.

17    The fifth pillar is once in the life of a person who is

18  financially and physically able to do so, the person should make

19  a pilgrimage to Mecca.

20    There's some other terms that may come up in the trial:

21  Jihad.  Jihad is -- and, again, this is just a short summary.  We

22  will have experts talking about this.  It's the Islamic doctrine

23  of defending the faith.  The term means "struggle" and refers to

24  both the individual and collective struggle to uphold virtue and

25  prohibit vice.

1        The Qur'an has three kinds of giving of Islamic giving.

2   There's Zakat, one of the five pillars of Islam, which is the

3   religious charitable giving of a portion of one's disposable

4   income or assets.  The Qur'an lies out -- lays out the perimeters

5   -- parameters and detail.  It's supposed to be -- it's only

6   supposed to be used for humanitarian purposes and to assist the

7   poor and those in need.

8        There are special rules for it and all organizations

9   that gather and dispense Zakat funds are obligated to carry out

10  their activities to the letter of the law.  Not only are they

11  responsible to the donors and the recipients, they are

12  responsible to God.  It's an important part.

13       Zakat is another kind of Islamic charitable giving

14  mentioned in the Qur'an but it is not obligatory like Zakat.  And

15  while it includes much of the humanitarian activities, there's

16  more latitude in dispensing Zakat activities.  Lakh [phonetic

17  spelling] is another kind of giving.  It's a perpetual Islamic

18  charitable donation.

19       And in addition to talking about Islam, I think you

20  need to know a little bit about Saudi Arabia.  Saudi Arabia is

21  known as the cradle of Islam.  It's the site of the two holiest

22  places, Mecca and Medina.  The kingdom is closely allied with the

23  United States.  Throughout the last many years, the countries

24  have joined together when their strategic interests have allied.

25  Witnesses will talk a lot about that.

1          Saudi Arabia and the United States worked together, and

2     to a great degree, both in funding and tactics to assist

3     mujahideen in the fight against the Russians in Afghanistan and

4     in other places throughout the world.  Two close allies.

5          And the charitable organizations, such as al-Haramain,

6     are closely connected to the government of Saudi Arabia.  That's

7     important.  As I said, the royal family structure had -- they're

8     high royal family officials, Saudi officials.  They serve on the

9     board and in other official capacities.  They're almost

10    quasi-governmental organizations, the charities like al-Haramain.

11         The Saudi Ministry of Islamic Affairs was responsible

12    for overseeing the activities of Islamic charitable foundations.

13    And during this time, '99 and 2000, the Ministry did follow the

14    overall charitable activities, and their dispensing of aid to

15    Chechnya was specifically coordinated by one organization:  The

16    Saudi Joint Relief Committee.

17         This organization was set up not just by Saudi Arabia,

18    but with the cooperation and the agreement of Russia.  The

19    Russians and the Saudis joined together to create this committee

20    to assist refugees in Chechnya.

21         And the Saudi Joint Relief Committee, this

22    organization, would not have been allowed to participate in

23    transferring restricted Zakat funds to support nonhumanitarian

24    activities.

25         Chechnya is also an important part of this case.  While

1    Pete Seda was living a good life in southern Oregon, there was

2    trouble halfway around the globe in the Russian Republic of

3    Chechnya.  In the 1800s, the Chechens sought independence from

4    the tsars.  This struggle continued and continued, even against

5    the Soviet regimes, you know, starting from 1917 till the end of

6    the Soviet Union.

7          With the fall of the Soviet Empire in 1990, the

8    Chechens thought, finally, finally we can be independent.

9    Kazakhstan, Uzbekistan, Tajikistan, all we're allowed to be

10   independent.  But not Chechnya.  The Russians simply would not

11   release their hold.  A civil war developed in the '90s, and in

12   1995, it was resolved, it turns out, only temporarily with a

13   semi-autonomous state.

14          But war breaks out again, and the Russians fought back

15   with a vengeance.  And I'm going to show you some pictures about

16   that.  U.S. State Department reported that several thousand

17   refugees had been driven from their homes and were living in

18   desperate circumstances.  Grozny, the Chechen capital, was

19   virtually leveled.  For a time, the Russians had cut off

20   humanitarian aid.  And Pete Seda, like people throughout the

21   world, was concerned about this.  And it's important for you to

22   know that this concern, this state of mind, is driven by

23   mainstream media as much as anything else.

24          These are some of the stories that we -- you know,

25   you're going to see.  Here we see the Russian bombardment

1    intensifies as its troops close in on Grozny.  This is a story,

2    December 18th, 1999.  In this story:  We urgently need a

3    cease-fire otherwise there will be a bloodbath.  Again, remember

4    the time of the case here.

5            And the El-Fiki donation, for example, was in early

6    2000.  Pete Seda, starting at this time, before the El-Fiki

7    donation, is reading this and looking to raise money.  Here in

8    this story, again, 200,000 people have already fled the fighting

9    in Chechnya.

10           Another story from CNN.com where there now are these

11   disturbing reports about widespread human rights abuses at

12   detention camps controlled by the Russian security forces.

13   That's what people are reading about.  Not just on websites,

14   Islamic websites, but on CNN, Reuters.

15           Here's a photo essay on Time.com.  You see the

16   devastation of Grozny.  Here's a photo of some of the city, the

17   Russian soldiers setting up their table with tablecloths after

18   devastating the city.

19           Here's a horrifying photograph of a Russian policeman

20   standing guard over Chechnyans arrested for not carrying ID

21   documents.  You can't look at this picture and not be concerned

22   about what's going to happen to these men.

23           A picture of the devastation in the city, saying

24   Russians weren't even going to bother to rebuild it.  They were

25   just going to leave it there as a lesson.

1         And, of course, a picture -- here's a Chechnyan boy who

2    had to live on eating bread for two months.  And here's a

3    photograph from Time.com called:  "The refugees."  The Russian in

4    the background.  This poor Chechen widow whose husband died in

5    the fighting weeps as she carries her son from her home.

6    Thousands of civilians.

7         The plight of the Chechen people and the brutality of

8    the Russians brought condemnation not just from al-Haramain but

9    from United States and world leaders everywhere and the entire

10   Muslim community.  Al-Haramain Saudi sent out appeals for aid for

11   the refugees.  Many of the reports sent out through -- were sent

12   out through these e-mail lists or Listservs which are simply mass

13   e-mailings that Mr. Seda and others received.  Many of the

14   reports in these ListServs are just similar to this.

15        Both the government and the defense are going to put on

16   expert testimony about Chechnya.  I just wanted to talk a little

17   bit about these experts so that you know how to review their

18   testimony.  The government will present Evan Kohlmann.  He's a

19   young, engaging guy.  Calls himself a terrorism expert.  He's

20   never served in the military.  He'll tell you that the major,

21   major focus of what he does is studying websites on the Internet

22   relating to terrorism.  He's not fluent in Arabic.  He speaks

23   only what he calls broken Arabic.  That's Mr. Kohlmann's

24   background.

25        By contrast to Mr. Kohlmann, the defense is going to

1    produce Colonel Patrick Lang.  He was the former head of human

2    intelligence for the United States Department of Defense.  He

3    briefed Presidents Reagan and Bush in the White House.  He

4    started in the army as an officer in 1962, was a Green Beret, and

5    then he spent the entire rest of his long and distinguished

6    career in the army as an intelligence officer.  As I said,

7    eventually being in charge of intelligence for the Department of

8    Defense except, however, for three years where he was professor

9    of Arabic at West Point.  So his Arabic is good.

10           He's conducted operations against the KGB and foreign

11   guerilla movements, and Colonel Lang has won two awards from the

12   intelligence community.  He's a man with serious knowledge about

13   this part of the world and the way things really work from

14   personal experience.

15           A second expert for the defense is David Long, former

16   director of contra-terrorism for the Department of State, also a

17   man with serious background in important things related to this

18   case.

19           These witnesses will talk about the Russian-Chechnya

20   conflict.  They'll tell you about the agreement between the

21   Russian and Saudi governments, about the provision of aid that

22   ended up creating the committee that's the SJRC and al-Haramain's

23   role in it.

24           As I said, Pete Seda became very interested in aid to

25   the -- getting aid to the Chechnyans as he had been interested

1    before.  It's important though to remember that his concern,

2    remember, started in '99 when this bloodbath started to be

3    feared.  His concern predated the El-Fiki donation.  He was

4    trying to raise money for the Chechnyans even before El-Fiki's

5    money showed up, and he did actually.

6        He also tried to get the Saudis, through Soliman

7    Al-But'he, to get involved in that.  And you'll hear that Daveed

8    Gartenstein-Ross, the government's own witness, joined in the

9    efforts that Mr. Seda had to try to obtain a visa from the

10   Russian government so he could personally assist the refugees and

11   contacted other people.

12       Mr. Seda did receive a significant donation from the

13   Islamic Society of North America based in Toronto, about

14   3,600,000 -- sorry, $36,000.  This money -- I think it was

15   initially given as Canadian money so it may be like $50,000, but

16   it's $36,000.

17       As Pete Seda was trying to raise money, so was

18   al-Haramain Saudi trying to raise money.  And in January 2000, a

19   wealthy Egyptian, Mahmoud El-Fiki, made a donation to al-Haramain

20   Saudi Arabia.  Important distinction.  He knew that al-Haramain

21   Saudi was working with the committee and he -- and we'll show you

22   the e-mails that show exactly what happened with El-Fiki's money.

23       He wrote to Saudi Arabia.  He said:  I understand

24   you're working with a committee.  I want to give money for

25   Chechnya as Zakat.  Al-Haramain wrote him back and said,

1    essentially:  Thank you.  Yes, the money will go to the poor, the

2    orphans, and the refugees.  Dr. Long will tell you that that's

3    obligation when they say that, and anything else would be

4    illegal.

5            And it's important to know that the money that El-Fiki

6    sent was, again, to al-Haramain Saudi Arabia.  In his e-mails to

7    them, in the correspondence, he says:  I have a lot of my money

8    in London.  Do you have an account in London?  And they wrote

9    back and said:  No, we don't have an account in London.  But we

10   have an account in Ashland.  Okay.  Another western bank.

11           And so El-Fiki has no communication whatsoever with

12   anybody in Ashland.  He is communicating with al-Haramain Saudi

13   Arabia.  So he sends it to al-Haramain Saudi's account in the

14   U.S.  He doesn't know -- there's no evidence to show that he even

15   knew there was an organization in the United States.

16           So now that there's 150 -- so Mr. Seda knows about the

17   150, knows about the 36 that he got from ISNA.  He steps up his

18   efforts to get aid to Chechnya.  He's just trying and trying to

19   get aid to Chechnya and he's just ultimately unsuccessful.

20           Now, then early in March, Soliman Al-But'he comes to

21   the United States.  He came often though.  And he often would

22   bring a budget.  He'd bring money from Saudi Arabia to the U.S.

23   This time on a trip that he would normally bring the budget,

24   instead he came and he was taking the money, the El-Fiki money,

25   back to Saudi Arabia.

1          And before he left, the -- Mr. Seda and Mr. Al-But'he

2     wanted to make sure that the -- everything was all done on paper.

3     They wanted to make sure that there was a record, which may seem

4     a little different than a secret conspiracy, but they wanted to

5     make sure there was a record of the money that was going out.  So

6     they drafted an agreement and they made their best effort to

7     determine how much money al-Haramain Ashland had received for the

8     Chechnyan refugees.

9          They made several different calculations.  They

10    prepared one form that said $188,000.  Then they prepared another

11    form that said $186,000.  You'll see these acknowledgments of the

12    financial situation.  They were all done in writing.  And you

13    will hear that these documents, the 188, 186, were provided to

14    the government by Mr. Seda's lawyer.

15         So while -- because Mr. Al-But'he, as I said, was going

16    to bring the regular budget here, and didn't, they offset the

17    money.  And it's important to recall that the agreement

18    represents $186,000 in one, $188,000 in the other.  Al-But'he

19    only had $151,000 that he left with.  Okay?  The rest of it was

20    money that was offset that had come into al-Haramain, but it was

21    just money they weren't going to get from the Saudis because the

22    Saudis were going to use it -- all in the document.

23         So Mr. Seda and Mr. Al-But'he went to the Bank of

24    America branch together in Ashland to purchase traveler's checks.

25    They didn't get cash which, as you know, is all but impossible to

1   trace.  They got traveler's checks which are issued by American

2   Express.  And evidently it's hard to trace them but they're

3   clearly traceable not like cash.

4        They dealt with the branch manager.  You'll hear her,

5   Deb Ingram.  They called that day and said:  We're coming in.

6   They came in.  They got all the checks they -- that were there at

7   the bank, 130,000.  Ms. Ingram said:  Well, if you want, you can

8   go to other branches and they didn't do that.  They just came

9   back the next day and got $21,000 in the cashier's checks that

10  you saw.

11       After his return to Saudi Arabia, Mr. Al-But'he

12  fulfilled his obligations and -- obligations to Mr. Seda,

13  Mr. El-Fiki, ISNA, and the other donors, and deposited $187,000

14  with the al-Haramain office in Riyadh.

15       Now, when he left the United States, Mr. Al-But'he did

16  not declare the money.  You've heard the government say that's

17  part of the case, that he did not declare the money and he's

18  supposed to declare the money.  However, they have to prove that

19  he knew he had to declare the money.

20       And the important thing to know is I know -- and we'll

21  have evidence about this.  Anybody who's traveled internationally

22  will know that every time you're coming into the United States,

23  the flight attendants distribute these cards that ask you what

24  you're going to declare.  And you fill them out if you're

25  declaring money.  And that card says, among other things, you

1   know, it says what kind of things did you buy?  Did you buy

2   clothes or liquor or duty free or whatever?  There's a long list

3   of things.  And it also says, in text there:  Are you bringing in

4   more than $10,000?  Okay.

5       Nobody gets a form like that when they leave.  You

6   simply don't get it.  And Mr. Al-But'he, you will hear, came into

7   the United States many, many times with traveler's checks, and

8   every single time he came in, he reported.  We will urge to you

9   that there's no evidence that exists that Mr. Al-But'he or

10  certainly Mr. Seda knew that when you leave the country, you have

11  to declare more than $10,000.

12      Mr. Seda's efforts to get aid to the refugees is

13  consistent with his work.  You've heard Mr. Cardani even say that

14  in September and October, when the government alleges that this

15  conspiracy was happening, Mr. Seda was meeting with the FBI and

16  others, sometimes at the agent's request, speaking to them about

17  terrorism, expressing his horror about the events of

18  September 11th.

19      And he also spoke out in the community, Pete Seda did,

20  after 9/11.  He wrote to al-Haramain officials in Saudi urging

21  them to take a strong stance against terrorism.  And he -- as I

22  said, he spoke out in the community.

23      Here's a picture.  We got it out of the newspaper so --

24  and it's black-and-white newsprint, but this is an event that he

25  had with a high school teacher, a man named Bill Gabriel who's

1  going to be here today who will talk about how after 9/11, he

2  felt it was important for his high school kids to learn about

3  Islam, to learn about the world, and he took them to hear Pete

4  Seda talk.

5         Now, I want to talk to you about the accountant.  As

6  you know, this is not a terrorism case, this is an accountant

7  case and accounting is at the core of the case.  Tom Wilcox has

8  the best possible qualifications.  He -- Mr. Seda had businesses

9  in the past and he had accountants, but he wanted somebody that

10  knew about nonprofits.  He also ended up with somebody who was an

11  IRS agent.

12         And the plan was to trust Tom Wilcox with his work.  He

13  also knew it was a Muslim organization and the IRS' eyes would be

14  closely on him, even in the pre-9/11 era.

15         Tom Wilcox was hired at the end of '99, and he was

16  hired not just to do taxes -- and you'll see the engagement

17  letter that Mr. Wilcox wrote to Pete Seda which explains all the

18  things that Mr. Wilcox was going to do which went beyond the

19  typical accountant's obligations.  He was not just to do the

20  taxes, but to analyze and review al-Haramain's accounting system

21  to ensure its accuracy and reliability.  That was Tom Wilcox's

22  job.

23         Pete Seda told him he knew he was going to get audited

24  so he better do it right.  As I said before, he talked to him

25  about delegation.  And that Wilcox and the bookkeepers have to do

1   it because Pete Seda just doesn't look at it that carefully.

2          So Wilcox does this study.  He charges them for it.

3   First thing he's supposed to do, remember, is study how they do

4   their accounting.  He does the study.  He sees there's a lot of

5   things wrong, but -- like not entering deposits.  I'm not sure

6   how it works in a business that you don't enter your deposits but

7   they weren't entering their deposits.  And Tom Wilcox saw that,

8   mentioned it, it really never got fixed.  Wilcox ended up

9   entering the deposits a year and a half later.

10          But from the beginning in this accounting case, Tom

11   Wilcox got almost every accounting matter wrong.  He made mistake

12   after mistake after mistake and Pete Seda followed his advice.

13   And I'm going to show you some of the examples because the

14   accounting is key here.

15          First is a timeline to -- which talks about FUTA.  Now,

16   what FUTA is is Federal Unemployment Tax Act.  What happens when

17   you apply to be a nonprofit corporation, you get a letter -- if

18   you're successful, you get a letter from the IRS and that says

19   essentially:  Congratulations.  You're exempt from federal income

20   taxes.  And you also don't have to pay federal unemployment

21   taxes.  It's right in the letter.  And we'll show you the letter

22   -- I'm going to show Mr. Wilcox the letter, but I don't have it

23   here.

24          I just want to give you a timeline of the Federal

25   Unemployment Tax Act.  Mr. Wilcox -- what he did and how Pete

1    Seda responded to his accounting work, I think while not

2    involving a lot of dollars, it does show you both the care that

3    Mr. Wilcox took with this and Pete Seda's response.  And what

4    this is is a timeline of maybe 12 events that talk about what

5    happened.

6              Here, December 30th, Wilcox tells Pete Seda that one of

7    his specialties was nonprofits.  This is something that's in the

8    letter.  And so then they get the determination letter, okay, IRS

9    writes to al-Haramain, says:  You're exempt from income tax and

10   you are not liable for federal unemployment tax.

11             Then January 23rd, not a month and a half later, Tom

12   Wilcox tells al-Haramain to pay $56 for federal unemployment tax.

13   And what does Pete Seda do?  He pays the tax.  Because his

14   accountant tells him to pay it, writes out a check, pays the

15   check.

16             Then April 18th, IRS writes, again:  You're exempt from

17   federal unemployment tax.  We will send you a refund of the

18   amount that you mispaid us.  And so al-Haramain faxes the letter

19   a week later, and right after that, they get a refund check of

20   $56.

21             Then in October, not a few months later, Tom Wilcox

22   tells al-Haramain to pay the FUTA tax again.  And what does Pete

23   Seda do?  He pays $69.49.  And still when al-Haramain gets the

24   material, they fax the check back to Wilcox.  He knows they got

25   overpaid.

1          And, again, January 26th, he prepares yet another

2     federal unemployment tax.  This is the nonprofit expert.  And

3     then they tell him again:  We will send you a refund.  And they

4     get the letter.

5          July 9th, yet again, Wilcox is telling them to pay

6     something which he has documents saying:  You're exempt from

7     federal unemployment tax.  Do not pay federal unemployment tax.

8     He keeps telling Mr. Seda to pay the tax.  They send him another

9     letter about the overpayment which is faxed to Wilcox twice,

10    September 9th and then October 10th.  And, again, in 2002, he

11    pays the FUTA.

12         So the IRS starts investigating al-Haramain after 9/11.

13    They're investigating and they get all sorts of documents.  And

14    one of the things they see in the documents that they get is a

15    discrepancy about the value of the Springfield building, okay?

16    They obtain the escrow statement which is the sort of closing

17    statement from the title company, and what that says is the

18    building costs, say, $381,000.

19         And then they look at the tax return and they look at

20    Wilcox's papers, and it looks like they put on the tax return

21    $461,000.  Actually, the tax return has two separate numbers on

22    it.  At one point Wilcox puts 461 for the value of the house, of

23    the Springfield prayer house, another place he puts 465.  But, in

24    any event, it doesn't match up with the escrow statement and so

25    the IRS is concerned about that.

1    So she goes to interview Tom Wilcox.  And essentially:

2    What's up?  You've got the prayer house which -- here's the

3    escrow statement.  It says 381.  And you're saying on the tax

4    return it was a lot more.  This is the heart of the criminal case

5    here.  And so what Tom Wilcox says is when he sees this error, he

6    says:  It's not my fault.  It's not my fault.  He says:

7    Al-Haramain put the information into their computer and they just

8    gave me a piece of paper.  All I did was put the numbers on the

9    tax return.  Pete gave me the piece of paper.

10    Oh, I'm sorry.  I want to show you these other errors

11    before we do that.  The one percent error.  Before I get into the

12    Springfield building schedule, this is another short example of

13    Mr. Wilcox's -- of his work.  This is a simple one that you can

14    see.  This is the form, the very form in this case, schedule A,

15    form 990.  Here it says -- line 23.  This number, line 25 says:

16    Enter one percent of line 23.  This is the mistake that you or I

17    could make but Tom Wilcox should know that $17,000 is ten percent

18    not one percent.

19    And I wanted to show you something about -- before we

20    get to the key line on the tax return for this case, which is the

21    line 57-a, the value of the building, I want to show you how Tom

22    Wilcox valued buildings in the previous return.  This is a 1988

23    -- 1998 return.  There's several documents here, yet just as

24    we're going to try to do, both sides, throughout the case, try to

25    make sure that it's as clear as we can.

1          And I'm going to show you three important documents.

2     Again, the main point in this case is that the government claims

3     the building was overvalued on the tax return and that it was

4     Pete Seda's fault.  Okay?  And what I want to show you is the Tom

5     Wilcox approach.  This case is about the value of land and

6     buildings on the 2000 tax return, line 57-a.  The government says

7     that the error is a crime committed by Pete Seda.  This return

8     was prepared by Tom Wilcox and signed by Pete Seda.  What I want

9     to show you is the value of buildings on the '98 return, the

10    first one that Tom Wilcox did.

11          This is a serious error on the value of the buildings.

12    This form was prepared by Tom Wilcox, signed by Pete Seda, and

13    the error was made by Tom Wilcox.  No question.  You can't blame

14    Pete Seda for this one just like you can't blame him for the

15    other one.

16          And so this is a summary of these documents.  There's

17    two forms.  Tom Wilcox prepared the -- remember Mr. Cardani

18    showed it to you, the application for tax-exempt status.  It had

19    Pete Seda's signature on it and Tom Wilcox, preparer.  That form

20    had the value of the building that al-Haramain owns at $229,000

21    -- $229,831.  The tax return, called the form 1120 in that

22    period, had the value of the building at $10,000.  So this,

23    41 days later, has a completely different number, and I'll just

24    briefly show you the way that Wilcox got there.

25          Okay.  This is the 990, the return in this case.  You

1    can see the value -- this is the value of the buildings.  It

2    says:  685.  Of that, 481 or 485 is Springfield which is the key

3    line in our case.

4            This is the '98 tax return, okay?  Okay.  The

5    al-Haramain return.  You can see it's signed by Wilcox.  Prepared

6    by Wilcox.

7            So if you look at this return, it just shows the kind

8    of thinking and work that Wilcox uses in making these

9    preparations.  And you see here, the value of the building is

10   $10,000.  But the really odd thing about this return is that if

11   you look at it, it's got $3,000 for taxes.  And if you look at

12   what the taxes are for, it's property tax.  So we know that if

13   you pay $3,000 in property tax, you've got to own a building

14   that's worth more -- or own something that's worth more than

15   $10,000.

16           And indeed -- and, here, these are the two parts of the

17   return:  Property tax, $3,000, and yet, building, $10,000.  So

18   this should have been one clue to Mr. Wilcox that the return was

19   wrong.  Even Ashland, they don't have 30 percent a year for

20   property taxes.

21           And so the important thing is when he prepared the '98

22   return on February 11th, Wilcox knew that they owned this

23   building.  And that's -- that's what I'll show you here.

24           This is the 1023 that Mr. Cardani showed you.  Remember

25   Pete Seda's signature?  However, we note -- we don't think

1    Mr. Wilcox will deny that he prepared this.  We think he will say

2    that he will -- that he did prepare it.  But one of the documents

3    that we have in this file is his invoice that he submitted to

4    al-Haramain on January 3rd.  Remember, it was filed on

5    December 31st, and he's billing al-Haramain for preparation of

6    form 1023.

7           So he clearly admits that he did it.  And on that form,

8    at that point they were applying to be a church.  And it asks:

9    Does the organization have an established place -- established

10   place of worship?  And Mr. Wilcox writes:  Al-Haramain Islamic

11   Foundation owns the prayer house.  He writes in this form, filled

12   out 41 days before he does his taxes:  $229,831.

13          Again, $229,831.  He knows the difference.  So what's

14   he going to say?  What can we trust about what he says in the

15   other return?

16          The government -- we don't dispute that there are

17   inconsistent values about the building.  But the important part

18   of the case is that, as I told you before, the government noticed

19   that the tax return has a different number than the books that

20   Wilcox had.  Tax return has the building at 460, the government

21   says that what they're doing is burying the money to Chechnya and

22   pretending that the building costs more.  They're trying to blame

23   al-Haramain for that.

24          And this is, in our view, the key document in this

25   case.  I'm almost done with my argument.  I want to talk to you

Opening Statement for the Defense

1    about this is the key document in the case.

2            So Colleen Anderson, the special IRS agent, comes to

3    Wilcox.  She says:  There's this mistake.  What happened?  Wilcox

4    blames Mr. Seda because this is the number that got into the

5    return.  And what happens is -- let me talk to you for a minute

6    about entering information.

7            What happens in QuickBooks, and we have a really good

8    QuickBooks expert to explain this to you, but on one line on a

9    computer program, you enter a bunch of information.  You will

10   enter whether it's a check.  You will enter the date of the

11   check.  You will enter the number of the check.  You will enter

12   the name of the payee, the amount, and what the check is for.

13   Okay?  That's how the program works.  Relatively simple.  Okay.

14           And so what this piece of paper seems to say is that

15   somebody entered that -- or what it does say is that somebody

16   entered that information and put this check, this 131,300, as

17   part of the Springfield building, okay?

18           So when Colleen Anderson went to Tom Wilcox, what he

19   said is -- he said:  Al-Haramain coded the checks.  Seda provided

20   the scheduling.  Okay?  This is what he tells her:  Not my fault.

21   They coded the checks.  They gave me the schedule.

22           She goes to see him again November 18th, 2003.  Again,

23   this is important because he's trying to explain why the tax

24   return has a different number than the escrow statement, why

25   they're overvaluing it.  And he says:  They just gave me this.

 1    It's Pete's fault.  He put the numbers in there and then he gave

 2    me this piece of paper.

 3            Colleen -- in the case, eventually Ms. Anderson says,

 4    Pete told her:  Seda provided a financial summary to an

 5    accountant detailing how the building was purchased.  And she

 6    tells the grand jurors when they're indicting the case:  This

 7    accounting was false.  She says to the grand jury:  This -- this

 8    was the form that Seda provided to his accountant.  Seda said the

 9    131 went to the Springfield building schedule -- went to the

10    Springfield building.  Seda told Wilcox that and that's why

11    Seda's committed a crime, because he lied and said the 131 was

12    for Springfield.

13            She says to the grand jurors:  This was a form

14    generated by al-Haramain.  They had their own accounting program

15    within the prayer house and they would print these out and they

16    would give them to Wilcox.  So, of course, under that scenario,

17    it's not Wilcox's fault that he puts 461 for the value of the

18    Springfield building.  They told him to do so.

19            So Pete Seda gets indicted and the defense team is

20    formed.  And we hire a computer guy, he's both a computer whiz

21    and a CPA.  And this guy, Jeff Cone, he knows a lot about

22    QuickBooks.  He knows how to get into it and find data in there

23    that is maybe not as obvious as it would be to anybody else.

24            Again, what Jeff Cone determines after looking at

25    QuickBooks is that Pete Seda coded all these checks.  I'm sorry.

Opening Statement for the Defense

1    I'm sorry.  This is one of my April-August mistakes.  He

2    determines that Tom Wilcox coded the checks.  Okay?  Wilcox had

3    said that Pete gave me this.  It wasn't my fault.  But really we

4    find out that Tom Wilcox himself puts these checks in there and

5    Tom Wilcox prints out this statement himself.

6         Pete Seda doesn't -- remember, as I said, Wilcox said:

7    Al-Haramain coded the checks, Seda provided the schedule.

8    Al-Haramain coded the checks, Seda provided the schedule.  Well,

9    really we could have -- you could have just figured that out.  We

10   didn't really need the super-duper expert for the printing it out

11   because we see it was printed out, and this is going to come up

12   in other aspects of this case.  We see it was printed out on

13   9-24-2001, and we know through his billing records that Tom

14   Wilcox already had the file and was doing the work.  So it was

15   obvious just from looking at this piece of paper really that Tom

16   Wilcox printed this document.

17        So what happens after this?  So we go talk to Wilcox.

18   Mr. Wax and I, Jim Strupp, our investigator, go talk to

19   Mr. Wilcox and Colleen Anderson is with us and we ask him a whole

20   bunch of questions about the case.  This is much, much later,

21   May 22nd, 2009.

22        And by then, he is starting to perhaps see -- maybe he

23   saw the 9-24-01, but he's starting to tell a different story:

24   Al-Haramain coded the checks.  I printed the schedule.  So Wilcox

25   is starting to tell a different story.

1          Then after this, after May 29th, 2009, Colleen Anderson

2    sends Wilcox some documents, and what she sends them are two

3    documents.  One is called the audit trail.  And that proves to

4    Wilcox that he -- he coded the checks, it shows him that he's

5    wrong, and it shows him that he printed the schedule.  So she

6    sends him these documents which prove that and she sends him one

7    other piece of paper which is important.  I'll show it to you

8    during the trial.  She sends him his time sheets for when he was

9    working in September of 2001.

10          So what he then says is -- he admits, as he has to,

11    because he sees the documents:  I coded the checks.  I printed

12    the schedule.

13          And that is also something that she -- that he says to

14    her is:  You know, I'm looking at these records and, you know,

15    Pete Seda told me to do it and he told me to do it on

16    September 25th, 2001.  He says something -- remember, he's first

17    talked to in June 2003.  Now he's saying, for the very first

18    time, that Pete Seda told me to do it.  We had this -- we had

19    this meeting on September 25th, 2001, and that's when it all went

20    down.  Well, we don't think there was a meeting on

21    September 25th, 2001.

22          We will show you documents where whenever Mr. Wilcox

23    bills his client, he lists what it's for.  All good professionals

24    are supposed to do that.  And certainly you're going to note to

25    your client when you have a meeting.  And we'll show you paper

1    after paper after paper when he bills for meetings.

2    September 25th, 2001, says nothing about a meeting.  He's working

3    on the taxes.

4            Criminal case.  Some other -- a few more things about

5    the line one and line 22.  In order for the -- a tax mistake, if

6    you will, an error to be a crime, as Mr. Cardani explained to

7    you, you need to prove not just that there's a mistake on the

8    taxes.  I think we all would agree that it shouldn't -- couldn't

9    be a crime if there's just a mistake on your tax return, okay.  A

10   lot of us would be in big trouble if any error on your tax return

11   was a crime.

12           What they have to show is, in this case, they've

13   alleged line one was contributions that came in was understated;

14   line 22 grants and allocations, money going out, understated;

15   and, again, the value of the buildings overstated.

16           Also, in this case, their errors are all related to the

17   El-Fiki donation.  That's the only real issue here.  We're not

18   going to be combing through the tax return for any sort of

19   errors.  It all has to be concerning that.  And the judge is

20   going to tell you that -- talk about material.  We have no real

21   quarrel about what Mr. Cardani said.  It's a -- material is a

22   "kind of" important.  Willful is a "kind of."  Intentional.  So

23   they've got to prove an important error that was intentional with

24   line one and line 22.

25           Now, one thing that's important about line one and line

1   22, in our view, is they're not understated.  This money was

2   given to al-Haramain Saudi Arabia.  El-Fiki had no idea there was

3   even such an organization as al-Haramain actually.  He sent it to

4   al-Haramain Saudi's account.  That's the term that was used.

5           And we will have a man testifying, a man named Marcus

6   Owens.  He was the head of the Internal Revenue Service

7   Department of Tax-Exempt Organizations for years.  He's now a

8   lawyer in Washington, D.C.  He was the man who was in charge of

9   all of that.

10          He will tell you that when money is given in this way

11  to one organization, also earmarked for a certain purpose, that

12  it is not income -- not income, not a contribution to al-Haramain

13  U.S.A.  So it shouldn't even be on the return.  Same thing with

14  line 22, money going out.  He didn't know it was al-Haramain

15  U.S.A.

16          The other thing he's going to tell you is about line

17  57-a.  First of all, we admit it's wrong.  There's no question

18  that it's wrong.  There's an error on the return.  The escrow

19  statement that you will see says 381.  The tax return says 461 or

20  4665.  Both -- there's an error.  In our view, apart from whether

21  it's willful -- and really much of the case, all the Chechnya

22  photos and all this go to whether the error was willful.  And so

23  I need not speak about that in any more detail.  That's what was

24  going on in Mr. Seda's mind was he trying to do this conspiracy,

25  trying to do this false tax return.

1          But what Marcus Owens will also tell you is that it's

2     not material.  The government does not care whether the value of

3     a building that is listed on a nonprofit corporation tax return

4     is $80,000 off or not.  It's simply not at all material to their

5     tax status.

6          All the government -- there's no duty to report

7     anything other than it went for aid.  There's no indication, no

8     rule, that you have to say anything about where it went even if

9     it went where they said it went.  In our view, it did not.  It

10    went for Chechnyan refugees.  But all you need to say is it went

11    for aid.  There's no need to be specific.

12         So when all is said and done, the tax return was not --

13    lines one and 22 were correct.  Line 57-a was neither a material

14    error nor a willful error.  There was no intent to not file a

15    cash transaction reporting form.  Tom Wilcox made the error,

16    started this whole thing by blaming Pete Seda, saying it was all

17    his fault.  It was not.

18         We believe by the time we're done with this case the

19    evidence will show that Pete Seda is not a criminal.  He's a good

20    man.  He's a good American.  And we'll ask you to find him not

21    guilty.  Thank you.

22         THE COURT:  Thank you, Mr. Matasar.

23         Members of the jury, you're excused until 9:00 tomorrow

24    morning.  Thank you.

25                    (Jury exits courtroom.)

1          THE COURT:  A couple things.  Mr. Cardani, with regard

2    to a letter you gave me about the witness, I think the matter

3    should be disclosed to the defense.  I'm not saying it's usable,

4    but it should be disclosed.

5          MR. CARDANI:  Yes, your Honor.

6          THE COURT:  I'm referring to Exhibit BOA-6.  That's the

7    check with "PowerMac" written on it.  Was that a check alleged --

8    I can look back in the briefs, but was it a check having to do

9    with unemployment taxes?

10          MR. GORDER:  Your Honor, it's a check to

11    Mr. Gartenstein-Ross who will testify it was salary.  But it says

12    on it it's for the purchase of a computer.

13          THE COURT:  All right.

14          MR. GORDER:  So it was used to disguise itself.

15          THE COURT:  I think I said at the time the door could

16    be opened in a number of ways.  Everyone should know, I'm

17    considering whether the opening statement about federal

18    unemployment tax opened the door.  And so I am not deciding that

19    right now.

20          What is the purpose of the computers and the printer in

21    the back of the courtroom?  Is that a printer?  What is it?

22          MR. WAX:  Yes, it is, Your Honor.  In case we need to

23    have something that is not currently identifiable as an exhibit,

24    available to show a witness.

25          THE COURT:  Well, we haven't even had any exhibits, and

1    people have been busy back there.  I find it distracting.

2              MR. WAX:  I'm sorry, Your Honor, we will --

3              THE COURT:  Thank you.  Let's eliminate it.  Thank you.

4    I'll see you in the morning.

5                   (The proceedings recessed at 5:00 p.m.)

1                    **C E R T I F I C A T E**

2

3

4

5    STATE OF OREGON      )
                          )
6    County of Lane       )

7

8          I, JAN R. DUIVEN, Certified Shorthand Reporter for the

9    State of Oregon, in and for the County of Lane, do hereby certify

10   that the foregoing pages comprise a true and correct **TRANSCRIPT**

11   **EXCERPT**, to the best of my ability, of the proceedings held in

12   the above-entitled matter on MONDAY, AUGUST 30, 2010.

13

14         DATED AT EUGENE, OREGON, THIS 3RD DAY OF SEPTEMBER, 2010.

15

16         _____

17         JAN R. DUIVEN, CSR, FCRR

18         OFFICIAL COURT REPORTER

19

20

21

22

23

24

25

## $

**$10,000** [6] - 24:4, 24:11, 30:22, 31:10, 31:15, 31:17
**$151,000** [1] - 22:19
**$17,000** [1] - 29:17
**$186,000** [2] - 22:11, 22:18
**$187,000** [1] - 23:13
**$188,000** [3] - 10:9, 22:10, 22:18
**$21,000** [1] - 23:9
**$229,000** [1] - 30:20
**$229,831** [3] - 30:21, 32:12, 32:13
**$3,000** [3] - 31:11, 31:13, 31:17
**$36,000** [2] - 20:14, 20:16
**$380,000** [1] - 10:19
**$381,000** [1] - 28:18
**$461,000** [1] - 28:21
**$50,000** [1] - 20:15
**$56** [2] - 27:12, 27:20
**$69.49** [1] - 27:23
**$80,000** [1] - 39:4

**'**

**'90S** [2] - 9:3, 16:11
**'97** [1] - 10:8
**'98** [3] - 30:9, 31:4, 31:21
**'99** [3] - 15:13, 20:2, 25:15

## 0

**05-60008-2-HO** [1] - 1:5

## 1

**1000** [1] - 2:7
**101** [1] - 2:16
**1023** [2] - 31:24, 32:6
**1025** [1] - 2:12
**10TH** [1] - 28:10
**1120** [1] - 30:21
**11TH** [3] - 13:14, 24:18, 31:22
**12** [1] - 27:4
**130,000** [1] - 23:7
**131** [2] - 34:9, 34:11
**131,300** [1] - 33:16
**150** [2] - 21:16, 21:17

**1700** [1] - 2:16
**172** [1] - 1:24
**1800S** [1] - 16:3
**186** [1] - 22:13
**188** [1] - 22:13
**18TH** [3] - 17:2, 27:16, 33:22
**1917** [1] - 16:5
**1962** [1] - 19:4
**1980S** [1] - 7:8
**1988** [1] - 29:22
**1990** [1] - 16:7
**1994** [1] - 7:6
**1995** [1] - 16:12
**1997** [1] - 10:1
**1998** [1] - 29:23
**1999** [2] - 4:18, 17:2

## 2

**200,000** [1] - 17:8
**2000** [6] - 4:18, 4:25, 15:13, 17:6, 20:18, 30:6
**2001** [5] - 36:9, 36:16, 36:19, 36:21, 37:2
**2002** [1] - 20:18
**2003** [2] - 33:22, 36:17
**2008** [2] - 4:21, 4:24
**2009** [2] - 35:21, 36:1
**2010** [4] - 1:6, 3:1, 42:12, 42:14
**22** [6] - 37:5, 37:14, 37:24, 38:1, 38:14, 39:13
**222-9830** [1] - 2:13
**22ND** [1] - 35:21
**23** [2] - 29:15, 29:16
**23RD** [1] - 27:11
**2400** [1] - 2:3
**25** [1] - 29:15
**25TH** [4] - 36:16, 36:19, 36:21, 37:2
**26TH** [1] - 28:1
**29TH** [1] - 36:1

## 3

**3,600,000** [1] - 20:14
**30** [4] - 1:6, 3:1, 31:19, 42:12
**30TH** [1] - 27:6
**31ST** [1] - 32:5
**326-2123** [1] - 2:17
**36** [1] - 21:17
**381** [2] - 29:3, 38:19
**3RD** [1] - 32:4
**3RD** [1] - 42:14

## 4

**405** [1] - 2:3
**41** [2] - 30:23, 32:12
**460** [1] - 32:20
**461** [3] - 28:22, 34:17, 38:19
**465** [1] - 28:23
**465-6771** [1] - 2:4
**4665** [1] - 38:20
**481** [1] - 31:2
**485** [1] - 31:2
**485-0111** [1] - 1:25

## 5

**503** [3] - 2:8, 2:13, 2:17
**541** [2] - 1:25, 2:4
**57-A** [4] - 29:21, 30:6, 38:17, 39:13
**5:00** [1] - 41:5

## 6

**600** [1] - 2:7
**621** [1] - 2:11
**685** [1] - 31:2

## 7

**727-1021** [1] - 2:8

## 8

**87** [1] - 12:14
**8TH** [2] - 1:24, 2:3

## 9

**9-24-01** [1] - 35:23
**9-24-2001** [1] - 35:13
**9/11** [4] - 4:19, 24:20, 25:1, 28:12
**97204** [1] - 2:16
**97204-2902** [1] - 2:8
**97205** [1] - 2:12
**97401** [2] - 1:24, 2:4
**990** [2] - 29:15, 30:25
**9:00** [1] - 39:23
**9TH** [3] - 13:15, 28:5, 28:10

## A

**ABILITY** [1] - 42:11
**ABLE** [1] - 13:18
**ABOVE-ENTITLED** [1] - 42:12
**ABRAHAMIC** [1] - 12:5
**ABROAD** [1] - 10:5
**ABUSES** [1] - 17:11
**ACCOUNT** [5] - 21:8, 21:9, 21:10, 21:13, 38:4
**ACCOUNTANT** [11] - 5:14, 5:16, 5:17, 10:24, 11:1, 11:2, 25:5, 25:6, 27:14, 34:5, 34:8
**ACCOUNTANT'S** [1] - 25:19
**ACCOUNTANTS** [1] - 25:9
**ACCOUNTING** [11] - 10:25, 11:6, 25:7, 25:20, 26:4, 26:10, 26:11, 26:14, 27:1, 34:7, 34:14
**ACCURACY** [1] - 25:21
**ACKNOWLEDGMENTS** [1] - 22:11
**ACT** [2] - 26:16, 26:25
**ACTIVE** [1] - 7:13
**ACTIVITIES** [6] - 14:10, 14:15, 14:16, 15:12, 15:14, 15:24
**ADDITION** [1] - 14:19
**ADDRESSING** [1] - 11:15
**ADMIT** [1] - 38:17
**ADMITS** [2] - 32:7, 36:10
**ADVICE** [1] - 26:12
**AFFAIRS** [2] - 4:6, 15:11
**AFGHANISTAN** [3] - 4:10, 4:15, 15:3
**AFGHANISTANS** [1] - 4:16
**AGENT** [4] - 5:17, 11:1, 25:11, 33:2
**AGENT** [2] - 2:18, 2:19
**AGENT'S** [1] - 24:16
**AGREE** [2] - 3:8, 37:8
**AGREEMENT** [4] - 15:18, 19:20, 22:6, 22:17
**AHEAD** [2] - 3:4, 11:10

**AID** [1] - 15:14, 16:20, 18:10, 19:21, 19:24, 19:25, 21:18, 21:19, 24:12, 39:7, 39:11
**AIDS** [1] - 6:9
**AIMING** [1] - 5:9
**AL** [16] - 8:1, 8:2, 8:9, 8:16, 8:18, 8:24, 20:7, 21:20, 22:1, 22:15, 22:18, 22:23, 23:11, 23:15, 24:6, 24:9
**AL** [52] - 1:7, 8:11, 8:15, 8:21, 9:12, 9:14, 9:25, 10:1, 10:5, 10:8, 10:18, 10:22, 15:5, 15:10, 18:8, 18:10, 19:22, 20:18, 20:19, 20:20, 20:25, 21:6, 21:12, 21:13, 22:7, 22:20, 23:14, 24:20, 25:20, 27:9, 27:12, 27:18, 27:22, 27:23, 28:12, 29:7, 30:20, 31:5, 32:4, 32:5, 32:10, 32:23, 33:19, 34:14, 35:7, 35:8, 35:24, 38:2, 38:3, 38:4, 38:12, 38:14
**AL-BUT'HE** [16] - 8:1, 8:2, 8:9, 8:16, 8:18, 8:24, 20:7, 21:20, 22:1, 22:15, 22:18, 22:23, 23:11, 23:15, 24:6, 24:9
**AL-HARAMAIN** [49] - 8:11, 8:15, 8:21, 9:12, 9:14, 9:25, 10:1, 10:5, 10:8, 10:18, 10:22, 15:5, 15:10, 18:8, 18:10, 20:18, 20:19, 20:20, 20:25, 21:6, 21:12, 21:13, 22:7, 22:20, 23:14, 24:20, 27:9, 27:12, 27:18, 27:22, 27:23, 28:12, 29:7, 30:20, 31:5, 32:4, 32:5, 32:10, 32:23, 33:19, 34:14, 35:7, 35:8, 35:24, 38:2, 38:3, 38:4, 38:12, 38:14
**AL-HARAMAIN'S** [2] - 19:22, 25:20
**ALLEGED** [2] - 37:13, 40:7
**ALLEGES** [1] - 24:14

**ALLIED** [2] - 14:22, 14:24
**ALLIES** [1] - 15:4
**ALLOCATIONS** [1] - 37:14
**ALLOWED** [2] - 15:22, 16:9
**ALLOWING** [1] - 10:10
**ALMOST** [4] - 9:15, 15:9, 26:11, 32:25
**AMERICA** [2] - 20:13, 22:24
**AMERICA** [1] - 1:4
**AMERICAN** [3] - 7:7, 23:1, 39:20
**AMERICANIZED** [1] - 6:22
**AMOUNT** [7] - 9:13, 10:20, 12:17, 12:18, 12:19, 27:18, 33:12
**ANALYSIS** [1] - 11:5
**ANALYZE** [1] - 25:20
**ANDERSON** [6] - 2:18, 33:2, 33:18, 34:3, 35:19, 36:1
**APART** [1] - 38:20
**APPEALS** [1] - 18:10
**APPEARANCES** [1] - 2:1
**APPLICATION** [1] - 30:18
**APPLY** [1] - 26:17
**APPLYING** [1] - 32:8
**APPROACH** [2] - 13:3, 30:5
**APRIL** [4] - 6:2, 6:3, 27:16, 35:1
**APRIL-AUGUST** [1] - 35:1
**ARABIA** [23] - 7:3, 8:6, 8:12, 8:17, 9:3, 9:10, 9:11, 10:1, 10:8, 14:20, 15:1, 15:6, 15:17, 20:20, 20:23, 21:6, 21:13, 21:22, 21:25, 23:11, 38:2
**ARABIAN** [1] - 9:7
**ARABIANS** [1] - 9:6
**ARABIC** [4] - 18:22, 18:23, 19:9
**ARBOR** [1] - 6:24
**ARBORIST** [5] - 3:23, 7:1, 7:16, 11:10
**AREA** [1] - 3:21
**ARGUMENT** [2] - 5:22, 32:25
**ARMY** [3] - 6:16, 19:4, 19:6

**ARRESTED** [1] - 17:20
**ASHLAND** [13] - 6:14, 7:17, 8:21, 9:25, 10:9, 10:15, 11:18, 11:20, 21:10, 21:12, 22:7, 22:24, 31:19
**ASPECTS** [1] - 35:12
**ASSETS** [1] - 14:4
**ASSIST** [5] - 9:13, 14:6, 15:2, 15:20, 20:10
**ASSOCIATION** [1] - 5:9
**AT** [1] - 42:14
**ATTENDANTS** [1] - 23:23
**ATTENDED** [1] - 6:20
**ATTENTION** [1] - 9:17
**ATTORNEY'S** [2] - 2:3, 2:7
**AUDIT** [1] - 36:3
**AUDITED** [1] - 25:23
**AUGUST** [5] - 1:6, 6:2, 6:3, 13:14, 35:1
**AUGUST** [2] - 3:1, 42:12
**AUSPICES** [1] - 8:13
**AUTONOMOUS** [1] - 16:13
**AVAILABLE** [2] - 9:13, 40:24
**AVENUE** [3] - 1:24, 2:3, 2:7
**AWARDS** [1] - 19:11
**AWARE** [1] - 9:13

**B**

**BACKGROUND** [3] - 18:4, 18:24, 19:17
**BANK** [3] - 21:10, 22:23, 23:7
**BASED** [2] - 5:14, 20:13
**BAZILLIONAIRE** [1] - 9:19
**BEAUTIFICATION** [1] - 8:5
**BECAME** [8] - 7:2, 7:6, 7:9, 7:20, 8:19, 10:2, 11:22, 19:24
**BECOMING** [1] - 9:9
**BEFORE** [1] - 1:14
**BEGIN** [1] - 3:13
**BEGINNING** [1] - 26:10
**BELIEVES** [1] - 11:6
**BEN** [1] - 8:25

**BERET** [1] - 19:4
**BEST** [7] - 5:19, 6:7, 10:25, 22:6, 25:8, 42:11
**BETTER** [1] - 25:24
**BETWEEN** [1] - 19:20
**BEYOND** [1] - 25:18
**BIG** [2] - 11:20, 37:10
**BILL** [1] - 24:25
**BILLING** [2] - 32:5, 35:13
**BILLS** [2] - 36:23, 37:1
**BIRTHPLACE** [1] - 6:14
**BIT** [5] - 5:20, 6:13, 13:12, 14:20, 18:17
**BLACK** [1] - 24:24
**BLACK-AND-WHITE** [1] - 24:24
**BLAME** [3] - 30:13, 30:14, 32:22
**BLAMES** [1] - 33:4
**BLAMING** [1] - 39:16
**BLOODBATH** [2] - 17:3, 20:2
**BOA-6** [1] - 40:6
**BOARD** [2] - 7:4, 15:9
**BOILS** [1] - 12:13
**BOMBARDMENT** [1] - 16:25
**BOOK** [2] - 7:14, 12:8
**BOOKKEEPERS** [2] - 11:4, 25:25
**BOOKS** [3] - 7:15, 11:3, 32:19
**BORN** [2] - 7:8, 9:9
**BOTHER** [1] - 17:24
**BOUGHT** [2] - 11:17, 11:18
**BOY** [1] - 18:1
**BRANCH** [2] - 22:24, 23:4
**BRANCHES** [2] - 12:11, 23:8
**BREAD** [1] - 18:2
**BREAKS** [2] - 13:9, 16:14
**BRIEFED** [1] - 19:3
**BRIEFLY** [1] - 30:24
**BRIEFS** [1] - 40:8
**BRILLIANT** [1] - 9:5
**BRING** [4] - 21:22, 21:23, 22:16
**BRINGING** [1] - 24:3
**BRINGS** [1] - 7:25
**BROKEN** [1] - 18:23
**BROTHERS** [1] - 6:19
**BROUGHT** [2] - 10:14, 18:8

**BRUTALITY** [1] - 18:7
**BUDGET** [3] - 21:22, 21:23, 22:16
**BUILDING** [20] - 28:15, 28:18, 29:12, 29:21, 30:3, 30:20, 30:22, 31:9, 31:13, 31:17, 31:23, 32:17, 32:20, 32:22, 33:17, 34:5, 34:9, 34:10, 34:18, 39:3
**BUILDINGS** [6] - 29:22, 30:6, 30:9, 30:11, 31:1, 37:15
**BUNCH** [2] - 33:9, 35:20
**BURYING** [1] - 32:21
**BUSH** [1] - 19:3
**BUSINESS** [2] - 11:13, 26:6
**BUSINESSES** [1] - 25:8
**BUSY** [1] - 41:1
**BUT'HE** [16] - 8:1, 8:2, 8:9, 8:16, 8:18, 8:24, 20:7, 21:20, 22:1, 22:15, 22:18, 22:23, 23:11, 23:15, 24:6, 24:9
**BUY** [2] - 24:1
**BY** [1] - 2:1

**C**

**C&C** [1] - 1:23
**CALCULATIONS** [1] - 22:9
**CALDWELL** [1] - 11:24
**CAMEL** [4] - 11:17, 11:19, 11:21
**CAMPS** [1] - 17:12
**CANADIAN** [1] - 20:15
**CAPACITIES** [1] - 15:9
**CAPITAL** [1] - 16:18
**CARD** [1] - 23:25
**CARDANI** [2] - 2:2, 40:5
**CARDANI** [10] - 3:8, 5:2, 5:15, 8:2, 24:13, 30:17, 31:24, 37:6, 37:21, 40:1
**CARDS** [1] - 23:23
**CARE** [2] - 27:2, 39:2
**CAREER** [1] - 19:6
**CAREFULLY** [1] - 26:1
**CARRIES** [1] - 18:5

**CARROLL** [1] - 2:19
**CARRY** [1] - 14:9
**CARRYING** [1] - 17:20
**CASE** [36] - 4:17, 5:6, 5:7, 5:20, 12:1, 12:12, 13:16, 15:25, 17:4, 19:18, 23:17, 25:6, 25:7, 26:10, 29:4, 29:14, 29:20, 29:24, 30:2, 30:5, 30:25, 31:3, 32:18, 32:25, 33:1, 34:3, 34:6, 35:12, 35:20, 37:4, 37:12, 37:16, 38:21, 39:18, 40:22
**CASEY** [1] - 5:22
**CASH** [3] - 22:25, 23:3, 39:15
**CASHIER'S** [1] - 23:9
**CEASE** [1] - 17:3
**CEASE-FIRE** [1] - 17:3
**CENTER** [1] - 7:11
**CENTRAL** [4] - 12:8, 12:9, 12:10
**CERTAIN** [1] - 38:11
**CERTAINLY** [3] - 4:24, 24:10, 36:24
**CERTIFIED** [1] - 42:8
**CERTIFY** [1] - 42:9
**CHANGED** [2] - 4:19
**CHARGE** [4] - 8:3, 10:25, 19:7, 38:8
**CHARGES** [1] - 26:2
**CHARITABLE** [6] - 14:3, 14:13, 14:18, 15:5, 15:12, 15:14
**CHARITIES** [2] - 8:12, 15:10
**CHARITY** [1] - 8:11
**CHARLES** [1] - 2:6
**CHART** [1] - 5:9
**CHEAT** [1] - 3:15
**CHECHEN** [4] - 4:25, 16:18, 18:4, 18:7
**CHECHENS** [2] - 16:3, 16:8
**CHECHNYA** [17] - 3:16, 4:7, 4:12, 13:3, 15:15, 15:20, 15:25, 16:3, 16:10, 17:9, 18:16, 19:19, 20:25, 21:18, 21:19, 32:21, 38:21
**CHECHNYAN** [3] - 18:1, 22:8, 39:10
**CHECHNYANS** [5] - 4:9, 4:14, 17:20, 19:25, 20:4
**CHECK** [13] - 27:14,

27:15, 27:19, 27:24, 33:10, 33:11, 33:12, 33:16, 40:7, 40:8, 40:10
**CHECKS** [15] - 22:24, 23:1, 23:6, 23:9, 24:7, 33:19, 33:21, 34:25, 35:2, 35:4, 35:7, 35:8, 35:24, 36:4, 36:11
**CHILDREN** [1] - 6:19
**CHRIS.CARDANI@ USDOJ.GOV** [1] - 2:5
**CHRISTIANITY** [2] - 12:6, 12:18
**CHRISTIANS** [1] - 3:25
**CHRISTOPHER** [1] - 2:2
**CHURCH** [1] - 32:8
**CIA** [1] - 19:12
**CIRCUMSTANCES** [1] - 16:18
**CITIZEN** [1] - 7:6
**CITY** [5] - 8:6, 8:10, 17:16, 17:18, 17:23
**CIVIC** [1] - 7:4
**CIVIL** [1] - 16:11
**CIVILIANS** [1] - 18:6
**CLAIM** [1] - 5:11
**CLAIMS** [1] - 30:2
**CLASS** [1] - 6:15
**CLEAR** [1] - 29:25
**CLEARLY** [3] - 9:24, 23:3, 32:7
**CLIENT** [4] - 6:6, 6:13, 36:23, 36:25
**CLOSE** [4] - 4:2, 9:6, 15:4, 17:1
**CLOSELY** [3] - 14:22, 15:6, 25:14
**CLOSING** [2] - 5:22, 28:16
**CLOTHES** [1] - 24:2
**CLUE** [1] - 31:18
**CNN** [1] - 17:14
**CNN.COM** [1] - 17:10
**COAST** [1] - 9:16
**CODED** [9] - 33:19, 33:21, 34:25, 35:2, 35:7, 35:8, 35:24, 36:4, 36:11
**COLLECTIVE** [1] - 13:24
**COLLEEN** [5] - 33:2, 33:18, 34:3, 35:19, 36:1
**COLLEGE** [1] - 6:20
**COLONEL** [3] - 6:16,

19:1, 19:11
**COMBING** [1] - 37:18
**COMING** [2] - 23:5, 23:22
**COMMITTED** [2] - 30:7, 34:11
**COMMITTEE** [6] - 15:16, 15:19, 15:21, 19:22, 20:21, 20:24
**COMMON** [1] - 12:7
**COMMUNICATING** [1] - 21:12
**COMMUNICATION** [1] - 21:11
**COMMUNITY** [9] - 3:19, 3:25, 4:2, 7:3, 7:11, 10:10, 18:10, 24:19, 24:22
**COMPANY** [3] - 6:23, 7:1, 28:17
**COMPLETELY** [1] - 30:23
**COMPRISE** [1] - 42:10
**COMPUTER** [5] - 29:7, 33:9, 34:20, 40:12
**COMPUTERS** [1] - 40:20
**CONCERN** [4] - 5:3, 16:22, 20:1, 20:3
**CONCERNED** [8] - 4:8, 4:9, 4:11, 4:12, 6:5, 16:21, 17:21, 28:25
**CONCERNING** [1] - 37:19
**CONCERNS** [1] - 8:20
**CONDEMNATION** [1] - 18:8
**CONDUCTED** [1] - 19:10
**CONE** [2] - 34:21, 34:24
**CONFESSION** [1] - 13:6
**CONFLICT** [1] - 19:20
**CONFUSED** [1] - 6:2
**CONGRATULATION S** [1] - 26:19
**CONNECTED** [1] - 15:6
**CONSERVATIVE** [1] - 12:22
**CONSIDERING** [1] - 40:17
**CONSISTENT** [2] - 13:2, 24:13
**CONSISTENTLY** [1] - 3:21
**CONSPIRACY** [3] - 22:4, 24:15, 38:24

**CONSPIRATOR** [1] - 3:18
**CONSPIRING** [1] - 3:14
**CONTACTED** [1] - 20:11
**CONTINUED** [4] - 10:2, 11:14, 16:4
**CONTINUING** [1] - 11:8
**CONTRA** [1] - 19:16
**CONTRA-TERRORISM** [1] - 19:16
**CONTRAST** [1] - 18:25
**CONTRIBUTION** [1] - 38:12
**CONTRIBUTIONS** [1] - 37:13
**CONTROLLED** [1] - 17:12
**COOPERATION** [1] - 15:18
**COORDINATED** [1] - 15:15
**CORE** [1] - 25:7
**CORPORATION** [2] - 26:17, 39:3
**CORPORATIONS** [1] - 5:18
**CORRECT** [3] - 5:13, 39:13, 42:10
**CORRESPONDENC E** [1] - 21:7
**COSTS** [2] - 28:18, 32:22
**COUNSEL** [1] - 2:1
**COUNSEL** [1] - 3:6
**COUNTRIES** [1] - 14:23
**COUNTRY** [1] - 24:10
**COUNTY** [2] - 42:6, 42:9
**COUPLE** [1] - 40:1
**COURSE** [4] - 9:12, 9:20, 18:1, 34:16
**COURT** [11] - 1:1, 1:15, 3:4, 39:22, 40:1, 40:6, 40:13, 40:15, 40:25, 41:3, 42:18
**COURT** [1] - 13:10
**COURT** [3] - 1:23, 1:23, 3:6
**COURTROOM** [2] - 39:25, 40:21
**CPA** [1] - 34:21
**CRADLE** [1] - 14:21
**CREATE** [1] - 15:19

**CREATING** [1] - 19:22
**CRIME** [5] - 30:7, 34:11, 37:6, 37:9, 37:11
**CRIMINAL** [3] - 29:4, 37:4, 39:19
**CROSS** [1] - 4:23
**CSR** [2] - 1:22, 42:17
**CULTURE** [2] - 6:24, 9:8
**CUT** [1] - 16:19

# D

**D.C** [1] - 38:8
**DATA** [1] - 34:22
**DATE** [1] - 33:10
**DATED** [1] - 42:14
**DAVEED** [1] - 20:7
**DAVID** [12] - 7:18, 7:23, 8:16, 8:17, 8:22, 8:23, 9:2, 9:8, 9:10, 11:23, 19:15
**DAY** [1] - 42:14
**DAYS** [3] - 6:25, 30:23, 32:12
**DEALING** [1] - 9:5
**DEALT** [1] - 23:4
**DEB** [1] - 23:5
**DECEMBER** [3] - 17:2, 27:6, 32:5
**DECIDING** [1] - 40:18
**DECLARE** [6] - 23:16, 23:17, 23:18, 23:19, 23:24, 24:11
**DECLARING** [1] - 23:25
**DEEPLY** [1] - 4:7
**DEFENDANT** [1] - 2:10
**DEFENDANTS** [1] - 1:8
**DEFENDER** [1] - 2:15
**DEFENDING** [1] - 13:23
**DEFENSE** [7] - 18:15, 18:25, 19:2, 19:8, 19:15, 34:19, 40:3
**DEFENSE** [1] - 1:13
**DEGREE** [1] - 15:2
**DELEGATION** [2] - 11:7, 25:25
**DENY** [1] - 32:1
**DEPARTMENT** [7] - 8:4, 8:9, 16:16, 19:2, 19:7, 19:16, 38:7
**DEPOSED** [1] - 6:17
**DEPOSITED** [1] - 23:13

**DEPOSITS** [4] - 26:5, 26:6, 26:7, 26:9
**DESPERATE** [1] - 16:18
**DETAIL** [4] - 8:14, 13:12, 14:5, 38:23
**DETAILED** [2] - 6:10, 11:3
**DETAILING** [1] - 34:5
**DETENTION** [1] - 17:12
**DETERMINATION** [1] - 27:8
**DETERMINE** [1] - 22:7
**DETERMINES** [2] - 34:24, 35:2
**DEVASTATING** [1] - 17:18
**DEVASTATION** [2] - 17:16, 17:23
**DEVELOPED** [1] - 16:11
**DIED** [1] - 18:4
**DIETARY** [1] - 12:23
**DIFFERENCE** [1] - 32:13
**DIFFERENT** [9] - 3:10, 4:18, 22:4, 22:9, 30:23, 32:19, 33:24, 35:23, 35:25
**DIRECTOR** [1] - 19:16
**DISCLOSED** [2] - 40:3, 40:4
**DISCREPANCY** [1] - 28:15
**DISGUISE** [1] - 40:14
**DISPENSE** [1] - 14:9
**DISPENSING** [2] - 14:16, 15:14
**DISPLAYING** [1] - 9:1
**DISPOSABLE** [1] - 14:3
**DISPUTE** [2] - 12:13, 32:16
**DISTINCTION** [1] - 20:20
**DISTINGUISHED** [1] - 19:5
**DISTRACTING** [1] - 41:1
**DISTRIBUTE** [1] - 23:23
**DISTRIBUTING** [1] - 10:3
**DISTRIBUTION** [1] - 9:22
**DISTRICT** [3] - 1:1, 1:2, 1:15
**DISTURBING** [1] - 17:11

**DIVERSITY** [3] - 12:17, 12:18, 12:19
**DOCTRINE** [1] - 13:22
**DOCTRINES** [1] - 10:13
**DOCUMENT** [4] - 22:22, 32:24, 33:1, 35:16
**DOCUMENTS** [15] - 6:11, 17:21, 22:13, 28:6, 28:13, 28:14, 29:23, 30:1, 30:16, 32:2, 36:2, 36:3, 36:6, 36:11, 36:22
**DOLLARS** [1] - 27:2
**DONATED** [2] - 10:5, 10:8
**DONATING** [1] - 10:4
**DONATION** [7] - 14:18, 17:5, 17:7, 20:3, 20:12, 20:19, 37:17
**DONATIONS** [1] - 13:11
**DONE** [5] - 22:2, 22:12, 32:25, 39:12, 39:18
**DONORS** [2] - 14:11, 23:13
**DOOR** [2] - 40:15, 40:18
**DOWN** [2] - 12:13, 36:20
**DR** [1] - 21:2
**DRAFTED** [1] - 22:6
**DRIVEN** [2] - 16:17, 16:22
**DUIVEN** [2] - 42:8, 42:17
**DUIVEN** [1] - 1:22
**DUPER** [1] - 35:10
**DURING** [6] - 6:12, 13:10, 13:13, 13:16, 15:13, 36:8
**DUTIES** [1] - 8:7
**DUTY** [2] - 24:2, 39:6

## E

**E-MAIL** [1] - 18:12
**E-MAILINGS** [1] - 18:13
**E-MAILS** [3] - 5:2, 20:22, 21:6
**EARLY** [2] - 17:5, 21:20
**EARMARKED** [1] - 38:11
**EAST** [1] - 1:24

**EATING** [1] - 18:2
**EFFORT** [1] - 22:6
**EFFORTS** [4] - 5:5, 20:9, 21:18, 24:12
**EGYPTIAN** [1] - 20:19
**EITHER** [1] - 5:11
**EL** [12] - 17:5, 17:6, 20:3, 20:4, 20:19, 20:22, 21:5, 21:11, 21:24, 23:13, 37:17, 38:2
**EL-FIKI** [10] - 17:5, 17:6, 20:3, 20:19, 21:5, 21:11, 21:24, 23:13, 37:17, 38:2
**EL-FIKI'S** [2] - 20:4, 20:22
**ELIMINATE** [1] - 41:3
**EMPHASIS** [1] - 12:24
**EMPIRE** [1] - 16:7
**EMPLOYEES** [1] - 11:11
**END** [2] - 16:5, 25:15
**ENDED** [6] - 7:22, 11:12, 11:19, 19:22, 25:10, 26:8
**ENDS** [1] - 9:9
**ENGAGEMENT** [1] - 25:16
**ENGAGING** [1] - 18:19
**ENSURE** [1] - 25:21
**ENTER** [2] - 26:6, 29:16, 33:9, 33:10, 33:11
**ENTERED** [2] - 33:15, 33:16
**ENTERING** [4] - 26:5, 26:7, 26:9, 33:6
**ENTIRE** [5] - 4:13, 4:15, 8:8, 18:9, 19:5
**ENTITLED** [1] - 42:12
**ENVIRONMENT** [2] - 7:19, 7:24
**ENVIRONMENTAL** [2] - 8:8, 8:19
**ENVIRONMENTALIS T** [2] - 8:3, 8:10
**ERA** [1] - 25:14
**ERROR** [14] - 29:5, 29:11, 30:7, 30:11, 30:13, 37:6, 37:10, 37:23, 38:18, 38:20, 38:22, 39:14, 39:15
**ERRORS** [5] - 5:11, 5:12, 29:10, 37:16, 37:19
**ESCROW** [5] - 28:16, 28:24, 29:3, 33:24, 38:18

**ESSAY** [1] - 17:15
**ESSENTIALLY** [4] - 12:13, 21:1, 26:19, 29:1
**ESTABLISHED** [2] - 32:9
**ET** [1] - 1:7
**EUGENE** [2] - 3:1, 42:14
**EUGENE** [3] - 1:7, 1:24, 2:4
**EVAN** [1] - 18:18
**EVENT** [2] - 24:24, 28:24
**EVENTS** [3] - 4:19, 24:17, 27:4
**EVENTUALLY** [4] - 6:23, 8:7, 19:7, 34:3
**EVERYWHERE** [1] - 18:9
**EVIDENCE** [10] - 3:8, 3:13, 3:16, 4:22, 5:6, 5:25, 21:14, 23:21, 24:9, 39:19
**EVIDENTLY** [1] - 23:2
**EVIL** [1] - 3:14
**EXACTLY** [1] - 10:22
**EXAMPLE** [2] - 17:5, 29:12
**EXAMPLES** [1] - 26:13
**EXCEPT** [1] - 19:8
**EXCERPT** [3] - 1:12, 3:2, 42:11
**EXCUSED** [1] - 39:23
**EXEMPT** [6] - 21:9, 27:9, 27:16, 28:6, 30:18, 38:7
**EXHIBIT** [2] - 40:6, 40:23
**EXHIBITS** [1] - 40:25
**EXISTS** [1] - 24:9
**EXITS** [1] - 39:25
**EXPECT** [1] - 11:3
**EXPERIENCE** [1] - 19:14
**EXPERT** [7] - 10:12, 18:16, 18:19, 19:15, 28:2, 33:8, 35:10
**EXPERTS** [3] - 10:13, 13:22, 18:17
**EXPLAIN** [2] - 33:8, 33:23
**EXPLAINED** [1] - 37:6
**EXPLAINS** [1] - 25:17
**EXPRESS** [1] - 23:2
**EXPRESSING** [1] - 24:17
**EXTRA** [1] - 11:4
**EXTRAORDINARY** [1]

- 5:4
**EYES** [1] - 25:13

## F

**FACT** [3] - 3:16, 5:17, 8:3
**FAITH** [2] - 13:6, 13:23
**FALL** [1] - 16:7
**FALSE** [2] - 34:7, 38:25
**FAMILY** [6] - 3:6, 8:13, 8:24, 9:23, 15:7, 15:8
**FAR** [2] - 4:12, 12:19
**FASTING** [2] - 13:13, 13:16
**FATHER** [2] - 6:16, 6:19
**FAULT** [8] - 29:6, 30:4, 33:20, 34:1, 34:17, 35:3, 39:17
**FAX** [1] - 27:24
**FAXED** [1] - 28:9
**FAXES** [1] - 27:18
**FBI** [1] - 24:15
**FCRR** [2] - 1:22, 42:17
**FEARED** [1] - 20:3
**FEBRUARY** [1] - 31:22
**FEDERAL** [11] - 26:16, 26:19, 26:20, 26:24, 27:10, 27:12, 27:17, 28:2, 28:7, 40:17
**FEDERAL** [2] - 2:15
**FELT** [1] - 25:2
**FEW** [3] - 9:22, 27:21, 37:4
**FIFTH** [1] - 13:17
**FIGHT** [1] - 15:3
**FIGHTING** [4] - 4:15, 4:16, 17:8, 18:5
**FIGURE** [1] - 12:10
**FIGURED** [1] - 35:9
**FIGURES** [1] - 11:23
**FIKI** [10] - 17:5, 17:6, 20:3, 20:19, 21:5, 21:11, 21:24, 23:13, 37:17, 38:2
**FIKI'S** [2] - 20:4, 20:22
**FILE** [3] - 32:3, 35:14, 39:14
**FILED** [1] - 32:4
**FILL** [1] - 23:24
**FILLED** [1] - 32:11
**FINALLY** [2] - 16:8
**FINANCIAL** [3] - 12:23, 22:12, 34:4
**FINANCIALLY** [1] -

13:18
**FINE** [1] - 6:4
**FIRE** [1] - 17:3
**FIRST** [7] - 13:6, 26:3, 26:15, 30:10, 36:16, 36:17, 38:17
**FIVE** [4] - 8:6, 13:5, 13:8, 14:2
**FIXED** [1] - 26:8
**FIXTURE** [1] - 11:19
**FLED** [1] - 17:8
**FLIGHT** [1] - 23:23
**FLUENT** [1] - 18:22
**FOCUS** [1] - 18:21
**FOLLOW** [1] - 15:13
**FOLLOWED** [1] - 26:12
**FOLLOWS** [1] - 13:9
**FOR** [4] - 1:2, 1:13, 2:2, 2:10
**FORCE** [1] - 10:21
**FORCES** [1] - 17:12
**FOREGOING** [1] - 42:10
**FOREIGN** [1] - 19:10
**FOREST** [1] - 6:21
**FORESTRY** [3] - 7:4, 8:20, 8:23
**FORM** [15] - 22:10, 22:11, 24:5, 29:14, 29:15, 30:12, 30:19, 30:21, 32:6, 32:7, 32:11, 34:8, 34:13, 39:15
**FORMED** [1] - 34:20
**FORMER** [4] - 5:17, 11:1, 19:1, 19:15
**FORMS** [1] - 30:17
**FORWARD** [1] - 9:20
**FOUGHT** [1] - 16:14
**FOUNDATION** [4] - 7:12, 7:21, 10:3, 32:11
**FOUNDATION** [2] - 7:14, 9:18
**FOUNDATIONS** [1] - 15:12
**FOUNDED** [1] - 6:23
**FOUNDING** [1] - 7:3
**FOURTH** [3] - 11:19, 11:20, 13:13
**FREE** [1] - 24:2
**FREQUENTLY** [2] - 11:9, 11:14
**FRIENDS** [2] - 7:17, 8:19
**FULFILLED** [1] - 23:12
**FUND** [3] - 3:15, 9:21
**FUNDAMENTALIST**

[2] - 3:14, 6:18
**FUNDED** [3] - 7:15, 9:18, 10:18
**FUNDING** [4] - 10:2, 10:19, 10:20, 15:2
**FUNDS** [2] - 14:9, 15:23
**FUTA** [4] - 26:15, 26:16, 27:22, 28:11

## G

**GABRIEL** [1] - 24:25
**GARTENSTEIN** [2] - 20:8, 40:11
**GARTENSTEIN-ROSS** [2] - 20:8, 40:11
**GATHER** [1] - 14:9
**GATHERING** [1] - 10:3
**GENERAL** [2] - 8:4, 8:8
**GENERATED** [1] - 34:14
**GENTLEMEN** [1] - 3:6
**GIGANTIC** [1] - 11:12
**GIVEN** [3] - 20:15, 38:2, 38:10
**GLOBE** [1] - 16:2
**GOD** [4] - 12:2, 12:3, 13:7, 14:12
**GORDER** [3] - 2:6, 40:10, 40:14
**GOVERNMENT** [15] - 3:15, 15:6, 18:15, 18:18, 20:10, 22:14, 23:16, 24:14, 30:2, 30:6, 32:16, 32:18, 32:20, 39:2, 39:6
**GOVERNMENT'S** [2] - 5:7, 20:8
**GOVERNMENTAL** [1] - 15:10
**GOVERNMENTS** [1] - 19:21
**GRAND** [3] - 34:6, 34:7, 34:13
**GRANTS** [1] - 37:14
**GREAT** [1] - 15:2
**GREEN** [1] - 19:4
**GREW** [3] - 6:15, 11:11
**GROUPS** [1] - 7:5
**GROZNY** [3] - 16:18, 17:1, 17:16
**GUARD** [1] - 17:20
**GUERILLA** [1] - 19:11
**GUILT** [1] - 5:8
**GUILTY** [1] - 39:21

**GUY** [4] - 9:9, 18:19, 34:20, 34:21

## H

**HALF** [2] - 26:9, 27:11
**HALFWAY** [1] - 16:2
**HARAMAIN** [49] - 8:11, 8:15, 8:21, 9:12, 9:14, 9:25, 10:1, 10:5, 10:8, 10:18, 10:22, 15:5, 15:10, 18:8, 18:10, 20:18, 20:19, 20:20, 20:25, 21:6, 21:12, 21:13, 22:7, 22:20, 23:14, 24:20, 27:9, 27:12, 27:18, 27:22, 27:23, 28:12, 29:7, 30:20, 31:5, 32:4, 32:5, 32:10, 32:23, 33:19, 34:14, 35:7, 35:8, 35:24, 38:2, 38:3, 38:4, 38:12, 38:14
**HARAMAIN'S** [2] - 19:22, 25:20
**HARD** [2] - 12:24, 23:2
**HARMONY** [2] - 3:20, 3:25
**HEAD** [3] - 8:6, 19:1, 38:6
**HEADQUARTERS** [1] - 8:11
**HEALTH** [1] - 8:8
**HEAR** [10] - 4:2, 4:3, 4:22, 10:13, 20:7, 22:13, 23:4, 24:6, 25:3
**HEARD** [4] - 5:21, 8:2, 23:16, 24:13
**HEART** [1] - 29:4
**HEAVY** [1] - 12:24
**HELD** [1] - 42:11
**HELP** [2] - 5:4, 9:23
**HELPED** [1] - 11:18
**HELPS** [1] - 9:11
**HEREBY** [1] - 42:9
**HIERARCHY** [1] - 12:9
**HIGH** [4] - 12:16, 15:8, 24:25, 25:2
**HIGHER** [1] - 8:7
**HIGHLY** [1] - 7:5
**HIMSELF** [3] - 18:19, 35:4, 35:5
**HIRE** [1] - 34:20
**HIRED** [5] - 5:16, 10:25, 11:1, 25:15, 25:16

**HOGAN** [1] - 1:14
**HOLD** [2] - 6:6, 16:11
**HOLIEST** [1] - 14:21
**HOLY** [3] - 7:14, 13:14
**HOME** [4] - 6:15, 7:10, 10:5, 18:5
**HOMES** [1] - 16:17
**HONOR** [5] - 3:5, 40:5, 40:10, 40:22, 41:2
**HONORABLE** [1] - 1:14
**HOPE** [1] - 9:24
**HORRIFYING** [1] - 17:19
**HORROR** [1] - 24:17
**HORSE** [3] - 9:4, 9:9
**HORSES** [5] - 7:19, 9:5, 9:7, 9:11
**HOSPITALITY** [1] - 12:24
**HOUR** [1] - 6:4
**HOUSE** [9] - 10:9, 10:11, 10:18, 19:3, 28:22, 28:23, 29:2, 32:11, 34:15
**HUGE** [2] - 9:13, 12:19
**HUMAN** [2] - 17:11, 19:1
**HUMANITARIAN** [4] - 10:4, 14:6, 14:15, 16:20
**HUSBAND** [1] - 18:4

## I

**ID** [1] - 17:20
**IDEA** [1] - 38:2
**IDENTIFIABLE** [1] - 40:23
**ILLEGAL** [2] - 4:23, 21:4
**IMPORTANT** [25] - 4:20, 9:7, 10:22, 11:25, 12:16, 13:1, 14:12, 15:7, 15:25, 16:21, 19:17, 20:1, 20:20, 21:5, 22:17, 23:20, 25:2, 30:1, 31:21, 32:17, 33:23, 36:7, 37:22, 37:23, 37:25
**IMPOSSIBLE** [1] - 22:25
**IN** [1] - 1:1
**INCLUDES** [1] - 14:15
**INCLUDING** [3] - 6:21, 8:8, 10:6
**INCOME** [5] - 14:4, 26:19, 27:9, 38:12

**INCONSISTENT** [1] - 32:17
**INDEED** [1] - 31:16
**INDEPENDENCE** [1] - 16:3
**INDEPENDENT** [2] - 16:8, 16:10
**INDICATION** [1] - 39:7
**INDICTED** [1] - 34:19
**INDICTING** [1] - 34:6
**INDIVIDUAL** [1] - 13:24
**INDUSTRIOUSNESS** [1] - 12:24
**INFORMATION** [4] - 29:7, 33:6, 33:9, 33:16
**INGRAM** [1] - 23:5
**INGRAM** [1] - 23:7
**INJUSTICE** [1] - 13:2
**INSTEAD** [1] - 21:24
**INTELLIGENCE** [3] - 19:2, 19:6, 19:7
**INTENSIFIES** [1] - 17:1
**INTENT** [1] - 39:14
**INTENTIONAL** [2] - 37:22, 37:23
**INTEREST** [1] - 12:23
**INTERESTED** [10] - 4:6, 4:7, 6:24, 7:9, 7:10, 7:19, 7:24, 19:24, 19:25
**INTERESTS** [1] - 14:24
**INTERFAITH** [2] - 3:20, 3:25
**INTERNAL** [1] - 38:6
**INTERNATIONAL** [2] - 4:22
**INTERNATIONALLY** [1] - 23:21
**INTERNET** [1] - 18:21
**INTERPRETED** [1] - 12:20
**INTERVIEW** [1] - 29:1
**INTRODUCED** [1] - 8:17
**INVESTIGATING** [2] - 28:12, 28:13
**INVESTIGATOR** [1] - 35:18
**INVOICE** [1] - 32:3
**INVOLVED** [4] - 7:20, 7:22, 8:10, 20:7
**INVOLVING** [1] - 27:2
**IRAN** [3] - 6:14, 6:15, 10:15
**IRS** [9] - 5:17, 11:1, 25:11, 26:18, 27:8,

27:16, 28:12, 28:25, 33:2
**IRS'** [1] - 25:13
**ISLAM** [18] - 7:22, 10:13, 10:14, 11:25, 12:2, 12:4, 12:6, 12:9, 12:19, 12:22, 13:1, 13:5, 13:11, 14:2, 14:19, 14:21, 25:3
**ISLAMIC** [11] - 7:10, 12:20, 13:22, 14:1, 14:13, 14:17, 15:11, 15:12, 17:14, 20:13, 32:10
**ISNA** [2] - 21:17, 23:13
**ISRAELIS** [1] - 11:16
**ISSUE** [2] - 13:1, 37:17
**ISSUED** [1] - 23:1
**ISSUES** [1] - 11:15
**ITEMS** [1] - 10:7
**ITSELF** [1] - 40:14

## J

**JAN** [2] - 42:8, 42:17
**JAN** [1] - 1:22
**JANUARY** [4] - 20:18, 27:11, 28:1, 32:4
**JEFF** [2] - 34:21, 34:24
**JEWS** [2] - 3:25, 11:16
**JIHAD** [2] - 13:21
**JIM** [1] - 35:18
**JOB** [2] - 5:19, 25:22
**JOBS** [1] - 6:21
**JOINED** [3] - 14:24, 15:19, 20:8
**JOINT** [2] - 15:16, 15:21
**JR** [1] - 2:6
**JUDAISM** [1] - 12:6
**JUDGE** [1] - 37:19
**JUDGE** [1] - 1:15
**JULY** [3] - 11:20, 28:5
**JUNE** [1] - 36:17
**JURORS** [2] - 34:6, 34:13
**JURY** [4] - 3:7, 5:21, 34:7, 39:23
**JURY** [1] - 39:25
**JUSTICE** [1] - 13:1

## K

**KAREN** [1] - 11:24
**KAZAKHSTAN** [1] -

16:9
**KEEP** [1] - 3:19
**KEEPS** [1] - 28:8
**KEY** [5] - 26:14, 29:20, 31:2, 32:24, 33:1
**KGB** [1] - 19:10
**KIDS** [1] - 25:2
**KIND** [8] - 4:4, 5:8, 14:13, 14:17, 24:1, 31:7, 37:22
**KINDS** [1] - 14:1
**KING** [2] - 9:10
**KINGDOM** [1] - 14:22
**KNOWLEDGE** [1] - 19:12
**KNOWN** [7] - 3:22, 7:2, 9:3, 12:4, 13:5, 14:21
**KNOWS** [6] - 21:16, 21:17, 27:24, 32:13, 34:21, 34:22
**KOHLMANN** [2] - 18:18, 18:25
**KOHLMANN'S** [1] - 18:23

## L

**LADIES** [1] - 3:6
**LAKH** [1] - 14:16
**LAND** [1] - 30:5
**LANDSCAPER** [2] - 8:6, 8:10
**LANDSCAPING** [1] - 8:4
**LANE** [2] - 42:6, 42:9
**LANG** [2] - 19:1, 19:11
**LARGE** [2] - 10:20, 12:17
**LARGEST** [1] - 8:12
**LARRY@PDXLAW. COM** [1] - 2:13
**LAST** [1] - 14:23
**LATE** [2] - 7:8, 10:8
**LATITUDE** [1] - 14:16
**LAW** [2] - 12:20, 14:10
**LAWRENCE** [1] - 2:10
**LAWRENCE** [1] - 2:11
**LAWS** [1] - 12:23
**LAWYER** [2] - 22:14, 38:8
**LAYS** [1] - 14:4
**LEADERS** [1] - 18:9
**LEARN** [2] - 25:2, 25:3
**LEAVE** [3] - 17:25, 24:5, 24:10
**LEFT** [4] - 9:4, 22:1, 22:19, 23:15
**LESSON** [1] - 17:25

**LETTER** [13] - 14:10, 25:17, 26:17, 26:18, 26:21, 26:22, 27:8, 27:18, 28:4, 28:9, 40:2
**LEVELED** [1] - 16:19
**LIABLE** [1] - 27:10
**LIED** [1] - 34:11
**LIES** [1] - 14:4
**LIFE** [2] - 13:17, 16:1
**LINE** [19] - 29:15, 29:16, 29:20, 29:21, 30:6, 31:3, 33:8, 37:5, 37:13, 37:14, 37:24, 37:25, 38:14, 38:16, 39:13
**LINES** [1] - 39:13
**LIQUOR** [1] - 24:2
**LIST** [1] - 24:2
**LISTED** [1] - 39:3
**LISTS** [2] - 18:12, 36:23
**LISTSERVS** [2] - 18:12, 18:14
**LITERATURE** [3] - 9:21, 10:3, 10:6
**LIVE** [1] - 18:2
**LIVING** [2] - 16:1, 16:17
**LOCAL** [4] - 7:4, 9:8, 11:8, 11:14
**LONDON** [3] - 21:8, 21:9
**LOOK** [9] - 5:5, 17:21, 26:1, 28:19, 31:7, 31:11, 40:8
**LOOKING** [6] - 3:11, 9:20, 17:7, 34:24, 35:15, 36:14
**LOOKS** [1] - 28:20
**LOW** [1] - 3:19

## M

**MAHMOUD** [1] - 20:19
**MAIL** [1] - 18:12
**MAILINGS** [1] - 18:13
**MAILS** [3] - 5:2, 20:22, 21:6
**MAIN** [1] - 2:16
**MAIN** [3] - 6:5, 10:21, 30:2
**MAINSTREAM** [1] - 16:23
**MAJOR** [2] - 18:20, 18:21
**MAN** [14] - 4:4, 4:11, 7:18, 7:19, 7:24, 8:25, 9:5, 19:12,

19:17, 24:25, 38:5, 38:8, 39:20
**MANAGER** [2] - 8:8, 23:4
**MARCH** [1] - 21:20
**MARCUS** [2] - 38:5, 39:1
**MASS** [1] - 38:12
**MATASAR** [2] - 2:10, 3:5
**MATASAR** [3] - 2:11, 3:4, 39:22
**MATCH** [1] - 28:24
**MATERIAL** [6] - 27:24, 37:20, 37:21, 39:2, 39:4, 39:13
**MATTER** [3] - 26:11, 40:2, 42:12
**MEAN** [2] - 6:3, 6:5
**MEANS** [3] - 12:2, 13:15, 13:23
**MECCA** [2] - 13:19, 14:22
**MEDIA** [2] - 7:6, 16:23
**MEDICINES** [1] - 5:1
**MEDINA** [1] - 14:22
**MEETING** [5] - 24:15, 36:19, 36:20, 36:25, 37:2
**MEETINGS** [1] - 37:1
**MEETS** [1] - 7:24
**MEMBER** [1] - 7:3
**MEMBERS** [2] - 8:24, 39:23
**MEN** [1] - 17:22
**MENTIONED** [2] - 14:14, 26:8
**MET** [2] - 7:18, 8:16
**MICHAEL** [1] - 1:14
**MICHELLE** [1] - 2:15
**MID-70S** [1] - 6:15
**MIDDLE** [1] - 6:15
**MIDDLE-CLASS** [1] - 6:15
**MILITARY** [1] - 18:20
**MILLION** [1] - 8:6
**MIND** [2] - 16:22, 38:24
**MINISTER** [2] - 4:4, 11:24
**MINISTRY** [2] - 15:11, 15:13
**MINUTE** [3] - 3:24, 12:1, 33:5
**MISPAID** [1] - 27:18
**MISSOURI** [1] - 10:19
**MISSPEAK** [2] - 6:1, 6:6
**MISTAKE** [8] - 26:11, 26:12, 29:16, 33:3,

37:5, 37:7, 37:9
**MISTAKES** [2] - 5:14, 35:1
**MOHAMMED** [2] - 12:14, 13:7
**MONDAY** [2] - 3:1, 42:12
**MONEY** [38] - 4:23, 4:24, 4:25, 7:15, 9:13, 10:4, 10:8, 17:7, 20:4, 20:5, 20:14, 20:15, 20:17, 20:18, 20:22, 20:24, 21:1, 21:5, 21:7, 21:22, 21:24, 22:5, 22:7, 22:17, 22:20, 22:21, 23:16, 23:17, 23:18, 23:19, 23:25, 32:21, 37:14, 38:1, 38:10, 38:14
**MONTH** [2] - 13:14, 27:11
**MONTHS** [2] - 18:2, 27:21
**MORALITY** [1] - 12:22
**MORNING** [2] - 39:24, 41:4
**MORRISON** [1] - 2:11
**MOST** [1] - 10:5
**MOSTLY** [2] - 5:21, 7:13
**MOVE** [1] - 10:10
**MOVED** [2] - 6:14, 9:2
**MOVEMENTS** [1] - 19:11
**MOVING** [1] - 7:23
**MR** [6] - 3:5, 40:5, 40:10, 40:14, 40:22, 41:2
**MUJAHIDEEN** [3] - 3:16, 4:25, 15:3
**MUNICIPAL** [1] - 8:5
**MUNICIPALITY** [1] - 8:5
**MUSLIM** [7] - 7:8, 7:18, 9:9, 12:2, 12:5, 18:10, 25:13
**MUSLIMS** [3] - 3:25, 11:16, 12:15

## N

**NAME** [3] - 6:22, 11:12, 33:12
**NAMED** [2] - 24:25, 38:5
**NATIONALLY** [1] - 7:13
**NEARLY** [2] - 4:13,

4:15
**NEED** [10] - 3:10, 14:7, 14:20, 17:2, 35:10, 37:7, 38:23, 39:10, 39:11, 40:22
**NEVER** [2] - 18:20, 26:8
**NEWPORT** [1] - 9:16
**NEWSPAPER** [1] - 24:23
**NEWSPAPERS** [1] - 3:22
**NEWSPRINT** [1] - 24:24
**NEXT** [1] - 23:9
**NOBLE** [1] - 10:6
**NOBODY** [1] - 24:5
**NONDENOMINATIO NAL** [1] - 10:17
**NONHUMANITARIA N** [1] - 15:23
**NONPROFIT** [4] - 5:18, 26:17, 28:2, 39:3
**NONPROFITS** [2] - 25:10, 27:7
**NORMALLY** [1] - 21:23
**NORTH** [1] - 20:13
**NOTE** [3] - 10:11, 31:25, 36:24
**NOTHING** [1] - 37:2
**NOTICED** [1] - 32:18
**NOVEMBER** [1] - 33:22
**NUMBER** [9] - 6:21, 10:23, 29:15, 30:23, 32:19, 33:4, 33:11, 33:24, 40:16
**NUMBERS** [3] - 28:21, 29:8, 34:1
**NUMEROUS** [1] - 7:4

## O

**OBLIGATED** [1] - 14:9
**OBLIGATION** [2] - 13:2, 21:3
**OBLIGATIONS** [3] - 23:12, 25:19
**OBLIGATORY** [1] - 14:14
**OBTAIN** [2] - 20:9, 28:16
**OBVIOUS** [2] - 34:23, 35:15
**OCCUPATION** [1] - 8:3
**OCTOBER** [4] - 10:1,

24:14, 27:21, 28:10
**ODD** [1] - 31:10
**OF** [5] - 1:2, 1:4, 1:11, 42:5, 42:14
**OFFICE** [1] - 23:14
**OFFICE** [2] - 2:3, 2:7
**OFFICER** [2] - 19:4, 19:6
**OFFICIAL** [1] - 42:18
**OFFICIAL** [1] - 15:9
**OFFICIALS** [3] - 15:8, 24:20
**OFFSET** [2] - 22:16, 22:20
**OFTEN** [3] - 7:5, 21:21
**OLD** [1] - 6:24
**ONCE** [1] - 13:17
**ONE** [40] - 4:17, 5:24, 6:1, 7:17, 7:25, 8:12, 10:23, 11:17, 11:23, 12:5, 12:20, 13:6, 14:2, 15:15, 22:10, 22:18, 27:6, 28:14, 28:22, 29:11, 29:13, 29:16, 29:18, 30:10, 30:14, 30:15, 31:18, 32:2, 33:8, 35:1, 36:3, 36:6, 37:5, 37:13, 37:24, 37:25, 38:11, 39:13
**ONE'S** [1] - 14:3
**OPEN** [3] - 3:18, 10:16, 10:17
**OPENED** [3] - 7:10, 40:16, 40:18
**OPENING** [2] - 5:24, 40:17
**OPENING** [1] - 1:13
**OPERATES** [1] - 8:12
**OPERATING** [1] - 9:15
**OPERATION** [1] - 9:24
**OPERATIONS** [1] - 19:10
**OPPORTUNITY** [1] - 9:21
**OPPOSE** [1] - 13:2
**OPPOSITE** [2] - 3:17, 3:18
**OR** [4] - 2:4, 2:8, 2:12, 2:16
**ORDER** [1] - 37:5
**OREGON** [4] - 1:2, 3:1, 42:5, 42:14
**OREGON** [16] - 1:7, 1:24, 3:21, 4:1, 6:14, 6:20, 7:4, 7:11, 7:13, 9:8, 9:17, 10:1, 10:10, 11:23, 16:1, 42:9
**ORGANIZATION** [13] -

7:12, 8:14, 9:17, 10:20, 11:11, 15:15, 15:17, 15:22, 21:15, 25:13, 32:9, 38:3, 38:11
**ORGANIZATIONS** [5] - 10:20, 14:8, 15:5, 15:10, 38:7
**ORPHANS** [2] - 5:1, 21:2
**OTHERWISE** [1] - 17:3
**OUTREACH** [4] - 7:10, 11:8, 11:14, 11:18
**OVERALL** [1] - 15:14
**OVERPAID** [1] - 27:25
**OVERPAYMENT** [1] - 28:9
**OVERSEEING** [1] - 15:12
**OVERSTATED** [1] - 37:15
**OVERVALUED** [1] - 30:3
**OVERVALUING** [1] - 33:25
**OWENS** [2] - 38:6, 39:1
**OWN** [6] - 6:23, 7:15, 20:8, 31:13, 31:14, 34:14
**OWNED** [1] - 31:22
**OWNS** [2] - 30:20, 32:11

**P**

**P.C** [1] - 2:11
**P.M** [1] - 41:5
**PAGES** [1] - 42:10
**PALESTINE** [1] - 4:10
**PALESTINES** [1] - 11:16
**PALESTINIANS** [1] - 11:17
**PAPER** [10] - 22:2, 29:8, 29:9, 33:14, 34:2, 35:15, 36:7, 36:25, 37:1
**PAPERS** [1] - 28:20
**PARADE** [2] - 11:20
**PARAMETERS** [1] - 14:5
**PARKS** [1] - 8:4
**PART** [9] - 9:7, 9:24, 14:12, 15:25, 19:13, 23:17, 32:17, 33:17
**PARTICIPATE** [1] - 15:22

**PARTICULARLY** [1] - 8:20
**PARTNER** [1] - 11:22
**PARTS** [2] - 4:10, 31:16
**PAST** [1] - 25:9
**PATRICK** [1] - 19:1
**PAY** [9] - 11:4, 26:20, 27:12, 27:14, 27:22, 28:5, 28:7, 28:8, 31:13
**PAYEE** [1] - 33:12
**PAYS** [4] - 27:13, 27:14, 27:23, 28:11
**PEACE** [2] - 3:20, 11:22
**PEACEFUL** [1] - 5:5
**PEOPLE** [12] - 4:3, 7:25, 8:6, 9:22, 10:23, 12:21, 16:20, 17:8, 17:13, 18:7, 20:11, 41:1
**PERCENT** [6] - 12:14, 29:11, 29:16, 29:17, 29:18, 31:19
**PERCEPTION** [1] - 4:19
**PERHAPS** [1] - 35:22
**PERIMETERS** [1] - 14:4
**PERIOD** [1] - 30:22
**PERPETUAL** [1] - 14:17
**PERSON** [5] - 5:19, 12:2, 12:4, 13:17, 13:18
**PERSONAL** [2] - 12:22, 19:14
**PERSONALLY** [1] - 20:10
**PETE** [50] - 3:14, 4:4, 5:3, 5:15, 5:17, 6:19, 6:22, 8:18, 8:22, 8:24, 9:12, 10:21, 10:24, 11:6, 11:10, 13:2, 13:9, 16:1, 16:20, 17:6, 19:24, 20:17, 24:19, 25:3, 25:17, 25:23, 26:1, 26:12, 26:25, 27:3, 27:6, 27:13, 27:22, 29:9, 30:4, 30:7, 30:8, 30:12, 30:14, 30:19, 31:25, 34:4, 34:19, 34:25, 35:3, 35:6, 36:15, 36:18, 39:16, 39:19
**PETE'S** [2] - 6:18, 34:1
**PHONETIC** [1] - 14:16

**PHOTO** [2] - 17:15, 17:16
**PHOTOGRAPH** [2] - 17:19, 18:3
**PHOTOS** [2] - 9:1, 38:22
**PHYSICALLY** [1] - 13:18
**PICTURE** [5] - 8:23, 17:21, 17:23, 18:1, 24:23
**PICTURES** [2] - 4:13, 16:15
**PIECE** [6] - 29:8, 29:9, 33:14, 34:2, 35:15, 36:7
**PILGRIMAGE** [1] - 13:19
**PILLAR** [2] - 13:11, 13:17
**PILLARS** [2] - 13:5, 14:2
**PIROUZ** [1] - 1:7
**PIROUZ** [1] - 6:22
**PLACE** [3] - 28:23, 32:9, 32:10
**PLACES** [2] - 14:22, 15:4
**PLAINTIFF** [1] - 1:5
**PLAINTIFF** [1] - 2:2
**PLAN** [1] - 25:12
**PLIGHT** [1] - 18:7
**POINT** [4] - 19:9, 28:22, 30:2, 32:8
**POLICEMAN** [1] - 17:19
**POOR** [4] - 13:12, 14:7, 18:4, 21:1
**POPE** [1] - 12:9
**POPULATION** [1] - 12:15
**PORTION** [1] - 14:3
**PORTLAND** [3] - 2:8, 2:12, 2:16
**POSSIBLE** [3] - 5:19, 25:8
**POSSIBLY** [1] - 9:22
**POST-9/11** [1] - 4:21
**POWERMAC** [1] - 40:7
**PRACTICE** [1] - 10:15
**PRACTICED** [1] - 10:15
**PRACTICES** [1] - 12:4
**PRAYER** [8] - 7:11, 10:9, 10:18, 13:8, 28:23, 29:2, 32:11, 34:15
**PRAYING** [1] - 13:9
**PRE-9/11** [1] - 25:14

**PREDATED** [1] - 20:3
**PREPARATION** [1] - 32:5
**PREPARATIONS** [1] - 31:9
**PREPARE** [1] - 32:2
**PREPARED** [8] - 22:10, 30:8, 30:12, 30:17, 31:5, 31:21, 32:1
**PREPARER** [1] - 30:19
**PREPARES** [1] - 28:1
**PRESENT** [3] - 2:18, 6:12, 18:18
**PRESIDENTS** [1] - 19:3
**PRETENDING** [1] - 32:22
**PRETTY** [2] - 10:16, 10:21
**PREVIOUS** [1] - 29:22
**PRIMARY** [2] - 10:2, 12:11
**PRINT** [1] - 34:15
**PRINTED** [6] - 35:11, 35:12, 35:16, 35:24, 36:5, 36:11
**PRINTER** [2] - 40:20, 40:21
**PRINTING** [1] - 35:10
**PRINTS** [1] - 35:5
**PROBLEM** [1] - 6:8
**PROCEEDINGS** [1] - 1:11
**PROCEEDINGS** [2] - 41:5, 42:11
**PRODUCE** [1] - 19:1
**PROFESSIONALS** [1] - 36:23
**PROFESSOR** [1] - 19:8
**PROFILE** [1] - 3:19
**PROGRAM** [3] - 33:9, 33:13, 34:14
**PROHIBIT** [1] - 13:25
**PROMOTED** [1] - 8:7
**PROPERTY** [4] - 31:12, 31:13, 31:17, 31:20
**PROPHET** [2] - 12:14, 13:7
**PROVE** [4] - 23:18, 36:6, 37:7, 37:23
**PROVES** [1] - 36:3
**PROVIDE** [1] - 5:3
**PROVIDED** [6] - 22:13, 33:19, 34:4, 34:8, 35:7, 35:8
**PROVISION** [1] -

19:21

**PUBLIC** [1] - 2:15
**PURCHASE** [2] - 22:24, 40:12
**PURCHASED** [2] - 10:9, 34:5
**PURPOSE** [2] - 38:11, 40:20
**PURPOSES** [2] - 10:5, 14:6
**PUT** [6] - 18:15, 28:20, 29:7, 29:8, 33:16, 34:1
**PUTS** [4] - 28:22, 28:23, 34:17, 35:4
**PUTTING** [1] - 11:13

# Q

**QUALIFICATIONS** [1] - 25:8
**QUARREL** [1] - 37:21
**QUASI** [1] - 15:10
**QUASI-GOVERNMENTAL** [1] - 15:10
**QUESTIONS** [1] - 35:20
**QUICKBOOKS** [4] - 33:7, 33:8, 34:22, 34:25
**QUITE** [1] - 3:16
**QUR'AN** [9] - 7:12, 7:20, 9:14, 10:3, 10:6, 12:8, 14:1, 14:4, 14:14

# R

**RABBI** [1] - 4:3
**RABBI** [1] - 11:23
**RAISE** [4] - 17:7, 20:4, 20:17, 20:18
**RAMADAN** [1] - 13:14
**READING** [2] - 17:7, 17:13
**REAGAN** [1] - 19:3
**REAL** [4] - 9:4, 10:13, 37:17, 37:20
**REALLY** [12] - 4:20, 9:22, 12:12, 19:13, 26:8, 31:10, 33:7, 35:3, 35:9, 35:10, 35:15, 38:21
**REBUILD** [1] - 17:24
**RECEIVE** [1] - 20:12
**RECEIVED** [2] - 18:13, 22:7

**RECESSED** [1] - 41:5
**RECIPIENTS** [1] - 14:11
**RECORD** [2] - 22:3, 22:5
**RECORDS** [2] - 35:13, 36:14
**RECRUITMENT** [1] - 19:12
**RED** [1] - 4:23
**REFERRING** [1] - 40:6
**REFERS** [1] - 13:23
**REFUGEES** [11] - 4:9, 5:4, 15:20, 16:17, 18:3, 18:11, 20:10, 21:2, 22:8, 24:12, 39:10
**REFUND** [3] - 27:17, 27:19, 28:3
**REGARD** [1] - 40:1
**REGIMES** [1] - 16:5
**REGISTERED** [1] - 9:25
**REGULAR** [1] - 22:16
**RELATED** [3] - 12:6, 19:17, 37:16
**RELATING** [1] - 18:22
**RELATIVELY** [1] - 33:13
**RELEASE** [1] - 16:11
**RELIABILITY** [1] - 25:21
**RELIEF** [2] - 15:16, 15:21
**RELIGION** [5] - 11:16, 11:25, 12:3, 12:4, 12:17
**RELIGIONS** [3] - 12:5, 12:8, 12:20
**RELIGIOUS** [4] - 7:9, 10:13, 11:23, 14:3
**REMEMBER** [10] - 9:2, 17:3, 20:1, 20:2, 26:3, 30:17, 31:24, 32:4, 35:6, 36:16
**RENOWNED** [1] - 9:3
**REPORT** [1] - 39:6
**REPORTED** [2] - 16:16, 24:8
**REPORTER** [1] - 42:18
**REPORTER** [2] - 1:23, 42:8
**REPORTING** [1] - 39:15
**REPORTING** [1] - 1:23
**REPORTS** [3] - 17:11, 18:11, 18:14
**REPRESENTS** [1] - 22:18

**REPUBLIC** [1] - 16:2
**REQUEST** [1] - 24:16
**REQUIREMENT** [2] - 13:8, 13:13
**RESOLVED** [1] - 16:12
**RESPECT** [1] - 12:25
**RESPONDED** [1] - 27:1
**RESPONSE** [1] - 27:3
**RESPONSIBLE** [3] - 14:11, 14:12, 15:11
**REST** [2] - 19:5, 22:19
**RESTRICTED** [1] - 15:23
**RETURN** [38] - 5:11, 5:13, 23:11, 28:19, 28:20, 28:21, 29:4, 29:9, 29:20, 29:22, 29:23, 30:3, 30:6, 30:7, 30:9, 30:21, 30:25, 31:4, 31:5, 31:7, 31:10, 31:17, 31:18, 31:22, 32:15, 32:19, 32:20, 33:5, 33:24, 37:9, 37:10, 37:18, 38:13, 38:18, 38:19, 38:25, 39:3, 39:12
**RETURNS** [1] - 6:10
**REUTERS** [1] - 17:14
**REVENUE** [1] - 38:6
**REVIEW** [3] - 11:3, 18:17, 25:20
**REVOLUTION** [1] - 6:18
**RICHER** [1] - 9:23
**RIGHTFUL** [1] - 12:14
**RIGHTS** [1] - 17:11
**RIYADH** [3] - 8:5, 8:11, 23:14
**RODGERS** [12] - 7:18, 7:20, 7:22, 7:23, 8:17, 8:22, 8:23, 9:2, 9:8, 9:10
**ROLE** [1] - 19:23
**ROOTS** [1] - 12:7
**ROSS** [2] - 20:8, 40:11
**ROYAL** [4] - 8:13, 9:23, 15:7, 15:8
**RULE** [1] - 39:8
**RULES** [2] - 12:23, 14:8
**RUSSIA** [1] - 15:18
**RUSSIAN** [9] - 16:2, 16:25, 17:12, 17:17, 17:19, 18:3, 19:19, 19:21, 20:10
**RUSSIAN-CHECHNYA** [1] -

19:19
**RUSSIANS** [10] - 4:8, 4:14, 4:16, 15:3, 15:19, 16:10, 16:14, 16:19, 17:24, 18:8

# S

**S.W** [3] - 2:7, 2:11, 2:16
**SALAH** [1] - 13:7
**SALARY** [1] - 40:11
**SAUDI** [36] - 7:23, 8:5, 8:12, 8:13, 8:17, 9:2, 9:6, 9:10, 9:11, 9:23, 10:1, 10:5, 10:8, 14:20, 15:1, 15:6, 15:8, 15:11, 15:16, 15:17, 15:21, 18:10, 19:21, 20:18, 20:20, 20:21, 20:23, 21:6, 21:12, 21:22, 21:25, 23:11, 24:20, 38:2
**SAUDI'S** [2] - 21:13, 38:4
**SAUDIS** [4] - 15:19, 20:6, 22:21, 22:22
**SAVE** [2] - 9:16, 9:18
**SAVE-THE-WHALES** [2] - 9:16, 9:18
**SAW** [5] - 5:1, 5:9, 23:10, 26:7, 35:23
**SCENARIO** [1] - 34:16
**SCHEDULE** [9] - 29:12, 29:14, 33:21, 34:9, 35:7, 35:8, 35:24, 36:5, 36:12
**SCHEDULING** [1] - 33:20
**SCHOOL** [2] - 24:25, 25:2
**SCHOOLS** [1] - 11:15
**SEARCY** [1] - 8:25
**SECOND** [2] - 13:7, 19:15
**SECRET** [3] - 3:18, 22:4
**SECURITY** [1] - 17:12
**SEDA** [63] - 3:6, 3:14, 4:4, 5:15, 5:17, 6:23, 7:8, 8:18, 8:22, 8:24, 9:12, 9:20, 9:25, 10:14, 10:21, 10:24, 11:6, 13:9, 16:1, 16:20, 17:6, 18:13, 19:24, 20:9, 20:12, 20:17, 21:16, 22:1, 22:23, 23:12, 24:10, 24:15, 24:19, 25:4,

25:8, 25:17, 25:23, 26:1, 26:12, 27:1, 27:6, 27:13, 27:23, 28:8, 30:7, 30:8, 30:12, 30:14, 33:4, 33:19, 34:4, 34:8, 34:10, 34:19, 34:25, 35:6, 35:7, 35:8, 36:15, 36:18, 39:16, 39:19
**SEDA'S** [15] - 5:3, 6:19, 7:17, 10:11, 11:8, 11:10, 13:3, 22:14, 24:12, 27:3, 30:4, 30:19, 31:25, 34:11, 38:24
**SEDAGHATY** [1] - 1:7
**SEDAGHATY** [1] - 6:22
**SEE** [18] - 5:7, 8:22, 16:25, 17:15, 22:11, 25:16, 28:14, 29:14, 31:1, 31:5, 31:9, 33:22, 35:11, 35:12, 35:22, 38:19, 41:4
**SEEM** [1] - 22:3
**SEES** [3] - 26:4, 29:5, 36:11
**SELECTION** [1] - 5:21
**SEMI** [1] - 16:13
**SEMI-AUTONOMOUS** [1] - 16:13
**SEND** [3] - 27:17, 28:3, 28:8
**SENDS** [6] - 21:13, 36:2, 36:6, 36:8
**SENT** [5] - 18:10, 18:11, 21:6, 38:3
**SEPARATE** [1] - 28:21
**SEPTEMBER** [9] - 13:15, 24:14, 24:18, 28:10, 36:9, 36:16, 36:19, 36:21, 37:2
**SEPTEMBER** [1] - 42:14
**SERIOUS** [3] - 19:12, 19:17, 30:11
**SERVE** [1] - 15:8
**SERVED** [1] - 18:20
**SERVICE** [1] - 38:6
**SERVICE** [1] - 6:22
**SERVICES** [1] - 10:10
**SET** [2] - 7:11, 15:17
**SETTING** [1] - 17:17
**SEVERAL** [4] - 11:11, 16:16, 22:9, 29:23
**SHAH** [1] - 6:17
**SHAH'S** [1] - 6:16
**SHARED** [1] - 8:19

**SHEETS** [1] - 36:8
**SHIA** [2] - 10:14, 12:12
**SHORT** [2] - 13:21, 29:12
**SHORTHAND** [1] - 42:8
**SHORTLY** [1] - 8:20
**SHOW** [28] - 3:13, 3:16, 4:12, 5:14, 6:10, 6:11, 16:15, 20:21, 20:22, 21:14, 26:13, 26:21, 26:22, 27:2, 29:10, 29:19, 29:21, 30:1, 30:4, 30:9, 30:24, 31:23, 36:7, 36:22, 36:25, 37:12, 39:19, 40:24
**SHOWED** [5] - 3:9, 5:2, 20:5, 30:18, 31:24
**SHOWS** [3] - 31:7, 36:4, 36:5
**SIC)** [1] - 9:19
**SIDE** [3] - 4:14, 4:15, 5:20
**SIDES** [1] - 29:24
**SIGNATURE** [2] - 30:19, 31:25
**SIGNED** [3] - 30:8, 30:12, 31:5
**SIGNIFICANT** [2] - 12:12, 20:12
**SIMILAR** [1] - 18:14
**SIMPLE** [2] - 29:13, 33:13
**SIMPLY** [5] - 5:8, 16:10, 18:12, 24:6, 39:4
**SINGLE** [2] - 12:10, 24:8
**SITE** [1] - 14:21
**SITUATION** [1] - 22:12
**SJRC** [1] - 19:22
**SMALL** [1] - 9:16
**SOCIETY** [2] - 9:7, 20:13
**SOLDIERS** [1] - 17:17
**SOLIMAN** [5] - 8:1, 8:9, 8:24, 20:6, 21:20
**SOMETIMES** [2] - 6:2, 24:16
**SOMEWHERE** [1] - 9:16
**SON** [1] - 18:5
**SORRY** [6] - 11:9, 20:14, 29:10, 34:25, 35:1, 41:2
**SORT** [4] - 3:14, 9:4, 28:16, 37:18

**SORTS** [2] - 6:10, 28:13
**SOUGHT** [1] - 16:3
**SOURCE** [1] - 10:2
**SOUTHERN** [8] - 3:20, 4:1, 6:20, 7:11, 7:13, 9:8, 11:23, 16:1
**SOVIET** [3] - 16:5, 16:6, 16:7
**SPEAKING** [3] - 6:4, 11:9, 24:16
**SPEAKS** [1] - 18:22
**SPECIAL** [2] - 14:8, 33:2
**SPECIALIST** [1] - 5:18
**SPECIALTIES** [1] - 27:7
**SPECIFIC** [1] - 39:11
**SPECIFICALLY** [1] - 15:15
**SPELLING** [1] - 14:17
**SPENT** [1] - 19:5
**SPLITTING** [1] - 5:20
**SPOKEN** [1] - 5:2
**SPRINGFIELD** [10] - 10:19, 28:15, 28:23, 29:12, 31:2, 33:17, 34:9, 34:10, 34:12, 34:18
**STANCE** [1] - 24:21
**STANDING** [1] - 17:20
**STARTED** [6] - 8:21, 9:12, 19:4, 20:2, 39:16
**STARTING** [5] - 16:5, 17:6, 35:22, 35:23, 35:25
**STARTS** [1] - 28:12
**STATE** [1] - 42:5
**STATE** [6] - 7:3, 10:1, 16:13, 16:16, 16:22, 19:16
**STATE** [1] - 42:9
**STATEMENT** [9] - 5:25, 28:16, 28:17, 28:24, 29:3, 33:24, 35:5, 38:19, 40:17
**STATEMENT** [1] - 1:13
**STATES** [3] - 1:1, 1:4, 1:15
**STATES** [12] - 2:3, 2:7, 7:6, 14:23, 15:1, 18:9, 19:2, 21:15, 21:21, 23:15, 23:22, 24:7
**STATUS** [2] - 30:18, 35:9
**STEPS** [1] - 21:17
**STEVE_WAX@FD.**

**ORG** [1] - 2:17
**STEVEN** [1] - 2:14
**STILL** [1] - 27:23
**STORIES** [1] - 16:24
**STORY** [6] - 17:1, 17:2, 17:8, 17:10, 35:23, 35:25
**STRAIGHTEST** [1] - 10:25
**STRATEGIC** [1] - 14:24
**STREET** [2] - 2:11, 2:16
**STRICT** [1] - 12:22
**STRONG** [1] - 24:21
**STRUCTURE** [1] - 15:7
**STRUGGLE** [3] - 13:23, 13:24, 16:4
**STRUPP** [1] - 35:18
**STUDY** [3] - 26:2, 26:3, 26:4
**STUDYING** [1] - 18:21
**STUFF** [1] - 11:7
**SUBMISSION** [1] - 12:2
**SUBMITTED** [2] - 12:3, 32:3
**SUCCESSFUL** [1] - 26:18
**SUCCESSOR** [1] - 12:14
**SUFFERING** [1] - 5:4
**SUITE** [4] - 2:3, 2:7, 2:12, 2:16
**SUMMARY** [3] - 13:21, 30:16, 34:4
**SUNNI** [1] - 10:16
**SUNNIS** [2] - 12:11, 12:15
**SUPER** [1] - 35:10
**SUPER-DUPER** [1] - 35:10
**SUPPORT** [1] - 15:23
**SUPPORTED** [1] - 5:8
**SUPPOSED** [5] - 14:5, 14:6, 23:18, 26:3, 36:24
**SURGEON** [1] - 6:25
**SWEDISH** [1] - 9:18
**SWEET** [1] - 2:15
**SYSTEM** [1] - 25:20

**T**

**TABLE** [1] - 17:17
**TABLECLOTHS** [1] - 17:17
**TACTICS** [1] - 15:2

**TAJIKISTAN** [1] - 16:9
**TALENTED** [1] - 9:5
**TALIBAN** [2] - 4:23, 4:24
**TALKS** [1] - 26:15
**TAX** [42] - 5:11, 5:13, 6:10, 26:16, 27:9, 27:10, 27:12, 27:13, 27:17, 27:22, 28:2, 28:7, 28:8, 28:19, 28:20, 28:21, 29:3, 29:9, 29:20, 30:3, 30:6, 30:18, 30:21, 31:4, 31:12, 31:13, 31:17, 32:19, 32:20, 33:23, 37:5, 37:9, 37:10, 37:18, 38:7, 38:19, 38:25, 39:3, 39:5, 39:12, 40:18
**TAX** [1] - 26:25
**TAX-EXEMPT** [2] - 30:18, 38:7
**TAXES** [12] - 3:15, 25:16, 25:20, 26:20, 26:21, 31:11, 31:12, 31:20, 32:12, 37:3, 37:8, 40:9
**TEACHER** [1] - 24:25
**TEAM** [1] - 34:19
**TEMPORARILY** [1] - 16:12
**TEN** [1] - 29:17
**TEND** [1] - 12:18
**TERM** [4] - 12:1, 12:2, 13:23, 38:4
**TERMS** [1] - 13:20
**TERRORISM** [6] - 18:19, 18:22, 19:16, 24:17, 24:21, 25:6
**TESTIFY** [1] - 40:11
**TESTIFYING** [2] - 8:25, 38:5
**TESTIMONY** [2] - 18:16, 18:18
**TEXT** [1] - 24:3
**THE** [14] - 1:1, 1:2, 1:13, 1:14, 2:2, 2:10, 3:4, 39:22, 40:1, 40:6, 40:13, 40:15, 40:25, 41:3
**THEME** [1] - 4:17
**THEREAFTER** [1] - 8:21
**THEY'VE** [2] - 37:12, 37:23
**THINKING** [1] - 31:8
**THIRD** [1] - 13:11
**THIRD** [1] - 2:7
**THIS** [1] - 42:14
**THOUSAND** [1] -

16:16
**THOUSANDS** [1] - 18:6
**THREE** [6] - 8:18, 12:5, 12:6, 14:1, 19:8, 30:1
**THROUGHOUT** [5] - 3:20, 14:23, 15:4, 16:20, 29:24
**TIME.COM** [2] - 17:15, 18:3
**TIMELINE** [3] - 26:15, 26:24, 27:4
**TITLE** [1] - 28:17
**TODAY** [4] - 3:12, 4:18, 6:1, 25:1
**TOGETHER** [5] - 7:25, 14:24, 15:1, 15:19, 22:24
**TOLERANCE** [1] - 11:15
**TOM** [26] - 25:7, 25:12, 25:15, 25:21, 26:7, 26:10, 27:11, 27:21, 29:1, 29:5, 29:17, 29:21, 30:4, 30:8, 30:10, 30:12, 30:13, 30:17, 30:19, 33:18, 35:2, 35:4, 35:5, 35:13, 35:15, 39:15
**TOMORROW** [1] - 39:23
**TOOK** [2] - 25:3, 27:3
**TORONTO** [1] - 20:13
**TRACE** [2] - 23:1, 23:2
**TRACEABLE** [1] - 23:3
**TRADITION** [2] - 10:14, 10:15
**TRAIL** [1] - 36:3
**TRAIN** [1] - 11:4
**TRAINER** [1] - 9:4
**TRANSACTION** [1] - 39:15
**TRANSACTIONS** [1] - 12:23
**TRANSCRIPT** [2] - 1:11, 42:10
**TRANSFERRING** [1] - 15:23
**TRAVELED** [1] - 23:21
**TRAVELER'S** [3] - 22:24, 23:1, 24:7
**TREE** [1] - 6:25
**TREES** [4] - 3:23, 6:24, 7:24, 11:13
**TRIAL** [5] - 3:9, 6:12, 13:10, 13:20, 36:8
**TRIED** [2] - 5:18, 20:6
**TRIP** [1] - 21:23

**TROOPS** [1] - 17:1
**TROUBLE** [2] - 16:2, 37:10
**TRUCK** [2] - 11:10, 11:12
**TRUE** [2] - 10:12, 42:10
**TRUST** [2] - 25:12, 32:14
**TRY** [4] - 3:11, 20:9, 29:24
**TRYING** [9] - 20:4, 20:17, 20:18, 21:18, 32:22, 33:23, 38:24, 38:25
**TSARS** [1] - 16:4
**TURNS** [1] - 16:12
**TV** [1] - 3:22
**TWICE** [1] - 28:9
**TWO** [11] - 8:17, 12:1, 12:11, 14:21, 15:4, 18:2, 19:11, 28:21, 30:17, 31:16, 36:2
**TYPICAL** [1] - 25:19

## U

**U.S** [3] - 16:16, 21:14, 21:22
**U.S.-SUPPORTED** [1] - 6:17
**U.S.A** [2] - 38:13, 38:15
**ULTIMATELY** [1] - 21:19
**UNDER** [2] - 8:13, 34:16
**UNDERSTATED** [3] - 37:13, 37:14, 38:1
**UNEMPLOYMENT** [11] - 26:16, 26:20, 26:25, 27:10, 27:12, 27:17, 28:2, 28:7, 40:9, 40:18
**UNION** [1] - 16:6
**UNITED** [3] - 1:1, 1:4, 1:15
**UNITED** [12] - 2:3, 2:7, 7:6, 14:23, 15:1, 18:9, 19:2, 21:15, 21:21, 23:15, 23:22, 24:7
**UNLIKE** [1] - 12:8
**UNSUCCESSFUL** [1] - 21:19
**UP** [20] - 5:20, 6:15, 7:11, 7:22, 9:9, 10:12, 10:14, 11:12, 11:19, 13:20, 15:17,

17:17, 19:22, 20:5, 21:17, 25:10, 26:8, 28:24, 29:2, 35:11
**UPHOLD** [1] - 13:24
**URBAN** [2] - 7:4, 8:20
**URGE** [2] - 5:24, 24:8
**URGENTLY** [1] - 17:2
**URGING** [1] - 24:20
**USABLE** [1] - 40:3
**USES** [1] - 31:8
**UZBEKISTAN** [1] - 16:9

## V

**VALUE** [14] - 28:15, 28:22, 29:21, 30:5, 30:9, 30:11, 30:20, 30:22, 31:1, 31:9, 34:17, 37:15, 39:2
**VALUED** [1] - 29:22
**VALUES** [1] - 32:17
**VENGEANCE** [1] - 16:15
**VICE** [1] - 13:25
**VIEW** [5] - 5:25, 32:24, 38:1, 38:20, 39:9
**VIOLENT** [2] - 6:17, 6:18
**VIRTUALLY** [1] - 16:19
**VIRTUE** [1] - 13:24
**VISA** [1] - 20:9
**VISIBLE** [1] - 7:5
**VISUAL** [1] - 6:9

## W

**WAIT** [1] - 11:17
**WANTS** [1] - 11:7
**WAR** [3] - 13:3, 16:11, 16:14
**WASHINGTON** [1] - 38:8
**WAX** [2] - 5:21, 35:18
**WAX** [3] - 2:14, 40:22, 41:2
**WAYS** [3] - 12:7, 12:21, 40:16
**WEALTHY** [1] - 20:19
**WEBSITES** [3] - 17:13, 17:14, 18:21
**WEEK** [1] - 27:19
**WEEPS** [1] - 18:5
**WEST** [1] - 19:9
**WESTERN** [1] - 21:10
**WHALES** [2] - 9:16, 9:18

**WHATSOEVER** [1] - 21:11
**WHISPERER** [2] - 9:4, 9:9
**WHITE** [2] - 19:3, 24:24
**WHIZ** [1] - 34:20
**WHOLE** [2] - 35:19, 39:16
**WIDESPREAD** [1] - 17:11
**WIDOW** [1] - 18:4
**WILCOX** [61] - 11:2, 11:5, 25:7, 25:12, 25:15, 25:17, 25:18, 25:25, 26:2, 26:7, 26:8, 26:11, 26:22, 26:25, 27:3, 27:6, 27:12, 27:21, 27:24, 28:5, 28:9, 28:22, 29:1, 29:5, 29:17, 29:22, 30:5, 30:8, 30:10, 30:12, 30:13, 30:17, 30:19, 30:24, 31:5, 31:6, 31:8, 31:18, 31:22, 32:1, 32:10, 32:20, 33:3, 33:18, 34:10, 34:16, 35:2, 35:4, 35:5, 35:6, 35:14, 35:16, 35:17, 35:19, 35:24, 36:2, 36:4, 36:22, 39:15
**WILCOX'S** [4] - 25:21, 28:20, 29:13, 34:17
**WILLFUL** [4] - 37:22, 38:21, 38:22, 39:14
**WITNESS** [3] - 20:8, 40:2, 40:24
**WITNESSES** [5] - 5:23, 8:14, 13:15, 14:25, 19:19
**WON** [1] - 19:11
**WORKS** [3] - 13:4, 26:6, 33:13
**WORLD** [11] - 4:6, 4:10, 4:13, 4:15, 4:20, 12:15, 15:4, 16:21, 18:9, 19:13, 25:3
**WORLDWIDE** [1] - 9:18
**WORSHIP** [1] - 32:10
**WORTH** [2] - 31:14
**WRITES** [5] - 27:9, 27:14, 27:16, 32:10, 32:11
**WRITING** [1] - 22:12
**WRITTEN** [2] - 7:5, 40:7

**WROTE** [5] - 20:23, 20:25, 21:8, 24:20, 25:17

## Y

**YEAR** [5] - 4:25, 11:21, 13:14, 26:9, 31:19
**YEARS** [3] - 14:23, 19:8, 38:7
**YOUNG** [1] - 18:19

## Z

**ZAKAT** [8] - 13:11, 14:2, 14:9, 14:13, 14:14, 14:16, 15:23, 20:25
**ZASLOW** [1] - 11:23