FILED'10 SEP 09 19:29USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05-CR-60008-HO |
| | ) | |
| Plaintiff, | ) | VERDICT |
| | ) | |
| vs. | ) | |
| | ) | |
| PIROUZ SEDAGHATY, | ) | |
| a/k/a Pete Seda, Perouz Seda Ghaty and Abu Yunus | ) | |
| | ) | |
| Defendant. | ) | |

We the jury, duly empaneled, find the Defendant, PIROUZ SEDAGHATY, a/k/a Pete Seda, Perouz Seda Ghaty and Abu Yunus:

### Count One - Conspiracy to Defraud the United States

As to Count 1 of the Indictment charging Conspiracy to Defraud the United States.

        X
    ─────────           ─────────
     Guilty              Not Guilty

If guilty on Count One, did you unanimously find that an object of the conspiracy was to defraud the Internal Revenue Service?   (Yes)   No

If guilty on Count One, did you unanimously find that an object of the conspiracy was to defraud the United States Customs Service?   Yes   No

You may answer yes to both questions if you find that both objects were a proven part of the conspiracy.

VERDICT - *United States v. Pirouz Sedaghaty*

### Count Two - False Return by Tax Exempt Organization

As to Count 2 of the Indictment charging False Return by Tax Exempt Organization.

__X__          _____
Guilty         Not Guilty

DATED this __9__ day of September, 2010.

s/ PRESIDING JUROR

PRESIDING JUROR

VERDICT - *United States v. Pirouz Sedaghaty*