1            IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF OREGON

3

4   UNITED STATES OF AMERICA,   )

5             Plaintiff,        )

6      v.                       ) No. 05-60008-2-HO

7   PIROUZ SEDAGHATY, et al.,   )

8             Defendants.       )

9

10      PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS

11       BEFORE THE HONORABLE MICHAEL R. HOGAN,

12    UNITED STATES DISTRICT COURT JUDGE, AND A JURY

13       DAY 2, P.M. SESSION - PAGES 123 - 298

14

15                      -:-

16

17

18

19

20

21

22            Deborah M. Bonds, CSR-RPR

23               Court Reporter

24               541/485-0111

25

```
 1                   APPEARANCES OF COUNSEL

 2   FOR THE PLAINTIFF:    CHRISTOPHER L. CARDANI
                           United States Attorney's Office
 3                         405 E. 8th Avenue, Suite 2400
                           Eugene, OR 97401
 4                         541/465-6771
                           Chris.cardani@usdoj.gov
 5
                           CHARLES F. GORDER, JR.
 6                         United States Attorney's Office
                           1000 S.W. Third Avenue, Suite 600
 7                         Portland, OR 97204-2902
                           503/727-1021
 8
     FOR THE DEFENDANT:    LAWRENCE H. MATASAR
 9                         Lawrence Matasar, P.C.
                           621 S.W. Morrison Street
10                         Suite 1025
                           Portland, OR 97205
11                         503/222-9830
                           Larry@pdxlaw.com
12
                           STEVEN T. WAX
13                         BERNARD CASEY
                           MICHELLE SWEET
14                         Federal Public Defender
                           101 S.W. Main Street, Suite 1700
15                         Portland, OR 97204
                           503/326-2123
16                         Steve_wax@fd.org

17   Also Present:         Agent Anderson
                           Agent Carroll
18                         Pirouz Sedaghaty

19

20

21

22

23

24

25
```

INDEX

WITNESS........................................PAGE

EVAN KOHLMANN

    DIRECT EXAMINATION (Cont'd) BY MR. GORDER   126

    CROSS-EXAMINATION BY MR. CASEY   184

    CROSS-EXAMINATION (Cont'd) BY MR. CASEY   251

    REDIRECT EXAMINATION BY MR. GORDER   263

BARBARA CABRAL

    DIRECT EXAMINATION BY MR. GORDER   266

    CROSS-EXAMINATION BY MR. WAX   287

    REDIRECT EXAMINATION BY MR. GORDER   295

```
 1                    (Jury enters courtroom at 1:01 p.m.)

 2                    THE COURT:  Mr. Gorder.

 3                    MR. GORDER:  Thanks, Your Honor.

 4

 5                    DIRECT EXAMINATION

 6    BY MR. GORDER:

 7        Q.    Mr. Kohlmann, when we recessed, we were

 8    about the 1995 era during the formation of the

 9    Islamic Army Caucasus.  Was there a particular

10    institution that was formed in Chechnya by these

11    folks in connection with their role there as

12    mujahideens?

13        A.    Yes.   When Ibn-ul-Khattab and his

14    advisors and fellow commanders first arrived in

15    Chechnya, they arrived at the very end of the first

16    phase of the conflict, which ended -- or began in

17    approximately 1995, early 1996, when the Russians

18    withdrew.

19                    As a result they felt the need to prepare

20    the Chechens along the jihadi framework along a kind

21    of militant religious framework in order to fight

22    the Russians again once the conflict restarted.  In

23    order to propagate those ideals, in order to

24    propagate their sectarian view of Islam, in order to

25    propagate their world view, they established
```

1    something that was known as the Caucasus Foundation

2    or the Kavkaz Foundation also known as the Kavkaz

3    Institute.

4             Essentially, what this was, was a small

5    institution in the town of Serzhenyurt,

6    S-E-R-Z-H-E-N-Y-U-R-T, which was a school, per se.

7    It's like an academy.  And the idea behind the

8    academy was to -- it was a Dawah academy.  Dawah

9    means missionary work.  And by the definition of

10   Ibn-ul-Khattab and his advisors, missionary work

11   included teaching Chechen Muslims about the proper

12   way of practicing Islam along their view -- again,

13   their sectarian view of Islam which ran counter to

14   the traditional Sufi Islamic Caucasus, and as well

15   to prepare them physically for combat, to give them

16   combat training to teach them what the Arab Afghans

17   had learned during the Soviet Afghan war about the

18   Russian Army, the tactics that they could use to

19   defeat the Russians the same way that the Afghans

20   had defeated the Russians.

21       Q.    I'd like to show you what's been

22   introduced as SW-48.  If we could blow that up a

23   little bit.

24             Do you recognize that?

25       A.    Yes, I do.

1    Q.    And it's a little blurry.  We learned

2    earlier this morning that it was an image found in

3    the computers in Ashland.  What is that?

4    A.    This is a still image from a video of the

5    Caucasus Institute, where you see -- it's difficult

6    to see this, but these people right here are

7    fighters who are in camouflage who are marching in

8    formation out of the front of Caucasus Institute.

9    And you can see this white sign right here, which is

10   the entrance to the Caucasus Institute, the Caucasus

11   Foundation, and the logo for the Caucasus Foundation

12   is right -- I'm sorry.  I just concealed this.  It's

13   actually right there in the center.

14   Q.    And you say that was part of a video.

15   What was the video?

16   A.    The video recording itself was a

17   propaganda video recording which was produced in

18   approximately 1997 or 1998, which was designed to

19   advertise the work of the Kavkaz Institute, the

20   Kavkaz Foundation, to show the kind of work that the

21   Kavkaz Institute or Kavkaz Foundation was doing and

22   to help recruit others to both join the movement and

23   also to finance the movement.

24        It took money to establish this academy.

25   It took money to pay for the ammunition.  It also

1    took money to pay for the trainers.  These were

2    trainers, the trainers at this academy had families.

3    They had expenses to pay, they had bills to pay, and

4    somebody had to pay their salaries, somebody had to

5    pay their living expenses.  So by producing video

6    recordings like this, the idea was to gather

7    donations and gather recruits for the cost.

8         Q.    Now, you have provided the Government with

9    a copy of that video.

10        A.    Yes, I have.

11        Q.    And where did you find the video?

12        A.    I have seen the video recording in

13   numerous locations.  When it was first recorded or

14   first distributed, it was a fairly rare video

15   because of the fact that internet technology had not

16   developed to the point where people could easily

17   distribute high resolution video recordings over the

18   internet.  However in recent years with the advent

19   of better communication technology and cheaper

20   communication technology, within the past two years,

21   this same video recording has reappeared.

22             The copy that I provided to the U.S.

23   Government was the latest highest resolution copy

24   that I have encountered which was obtained from a

25   jihadist discussion forum, an internet social

1   networking forum which is known Ansar al-Mujahideen,

2   A-N-S-A-R, A-L, dash, M-U-J-A-H-I-D-E-E-N, which

3   translates to partisans or supporters of the

4   mujahideen.  In other words, it's a social

5   networking forum for supporters of the mujahideen

6   and they distribute videos like this.

7              MR. GORDER:  Your Honor, at this time

8   we'd like to play some clips from that video to give

9   the jury an understanding of the Kavkaz Institute.

10  There's translations underneath.

11              (Video played from 1:07 to 1:16.)

12  BY MR. GORDER:

13      Q.    Okay.  Mr. Kohlmann, and that's just a

14  part of this particular video.  Is that correct?

15      A.    Yes.  This is all excerpts from the same

16  video about the Kavkaz Institute and its various

17  fighters and their exploits in Chechnya.

18      Q.    You indicated that it was designed to do

19  fund-raising.  Whether because of this video or

20  otherwise, did the Kavkaz Institute appear to be

21  well-financed?

22      A.    Relatively well-financed.  Obviously, the

23  Caucasus is a very poor region.  There is very few

24  foreign sponsors of Chechens other than for the

25  mujahideen.  As a result, it seemed to be fairly

1    well-financed.  They were getting money.  They were

2    getting equipment.  They were getting ammunition,

3    weapons, and, as well, they had a fairly interesting

4    cadre of instructors that they were paying for,

5    including instructors from Saudi Arabia, North

6    Africa, and elsewhere, very experienced individuals

7    who had a long track record in training for this

8    stuff.  So it was fairly well-financed or at least

9    comparatively well-financed.

10        Q.    Can we see Exhibit EK-9 at this point.

11              Mr. Kohlmann, do you recognize the

12    individual that's in this picture?

13        A.    Yes, I do.

14        Q.    And who is that?

15        A.    The real name of the individual shown in

16    this photo is Muhammad bin Abdulla al-Jaber al-Saif,

17    S-A-I-F.  Jaber is J-A-B-E-R.  But this individual

18    is better known by his kunya, his combat pseudonym.

19    His combat pseudonym is Abu Umar, A-B-U U-M-A-R,

20    al-Saif, the sword, A-L, dash, S-A-I-F.

21        Q.    And what was Abu Umar's role at the Kavkaz

22    Institute?

23        A.    Abu Umar was an Arab Afghan, an Arab

24    Afghan disciple, in other words, one of those who

25    had seen the struggle at Afghanistan as the

1    beginning of a major global struggle, but in

2    contrast to his peers he also had the credentials of

3    an imam, or the cleric.

4             He served as the head, the de facto head

5    of the Kavkaz Institute.  He was also the head of

6    the Sharia, the court system established by the

7    Kavkaz Institute, in order to supplant sectar --

8    excuse me -- in order to supplant secular court

9    systems and secular law enforcement, these

10   individuals attempted to set up their own Islamic

11   law and Islamic law enforcement system, and that was

12   the Sharia Council and the Sharia court system

13   headed by Abu Umar al-Saif.

14   Q.    I'd like to move on to late 1999.  At that

15   point did the nature of this conflict in Chechnya

16   change?

17   A.    Yes.  The conflict went from a state of

18   relative cease-fire back into open conflict.

19   Q.    And if we could go back to Exhibit EK-8.

20   And could you explain a little bit what happened in

21   that regard?

22   A.    Yes.  Like-minded Islamists, local

23   Islamists, in Dagestan, which is right here, just to

24   the east of Chechnya decided at a certain point that

25   they wanted to set up their own Sharia court system,

1  that they wanted to set up their own Sharia governed

2  area, and they kicked out local police and local

3  judges and whatnot.  As a result, the Russians

4  decided that they couldn't let another republic fall

5  from their control, and so they entered forces into

6  Dagestan to try to prop up order and to try to prop

7  up the government there.

8          Ibn-ul-Khattab and his fighters decided

9  that they couldn't let this happen.  In their view

10  that by doing so the Russians were preparing

11  themselves to reenter Chechnya.  As Ibn-ul-Khattab

12  once said, Some people blamed us for restarting the

13  conflict, and, you know, what were we supposed to

14  do?  We had to invade.  But they more or less

15  acknowledged the fact that they restarted the

16  conflict.  Essentially what happened was, is that

17  Ibn-ul-Khattab, Shamil Basayev and a cadre of

18  various fighters -- maybe up to a thousand fighters

19  -- crossed over from Chechnya into Dagestan with the

20  idea of expanding the conflict and using their

21  resources now to not only defend their Muslim

22  community inside of Chechnya, but also inside of

23  Dagestan.

24          So they began launching aggressive

25  guerrilla operations targeting Russian forces in

1    Dagestan including armored columns, including

2    aircraft, et cetera, et cetera, and in other words,

3    attempting to expand the guerrilla conflict in

4    Chechnya outwards into Dagestan.

5        Q.    And did the conflict become much more

6    serious or -- at that point?

7        A.    Yes.  The Russians decided again that they

8    could not allow this to happen, that if they allowed

9    Dagestan to fall under the control of foreign

10   mujahideen, along with Shamil Basayev, that would be

11   a serious security risk, not only to the neighboring

12   republics of Ingushetia, et cetera, but also to

13   themselves.

14         In August of 1999 there was a series of

15   mysterious apartment bombings in Moscow, the capital

16   of Russia.  Bombings that were blamed on

17   Ibn-ul-Khattab and his fighters.  Ibn-ul-Khattab

18   never explicitly declared credit, but he did say

19   that for us, you know, there's no difference between

20   the American Army and Russian army.  They've

21   occupied Russian lands and -- they've occupied

22   Muslim lands and we're justified in doing whatever

23   we need to to liberate them.

24         As a result.  The Russians now felt that

25   there was a threat not only to their control in the

1    Caucasus, but that it was actually a security threat

2    to Russia itself.  They entered Dagestan and

3    reentered Chechnya with a massive military invasion.

4    At that point the Russian military had gotten a

5    little bit more organized than it had been

6    immediately after the collapse of the Soviet Union.

7              They quickly moved in, and within a few

8    months of August 1999, when the conflict began, they

9    had once again pushed forward and controlled most of

10   Dagestan and Chechnya; however, the guerrilla

11   conflict continued on.  Ibn-ul-Khattab and his

12   fighters, even though they were pushed back into the

13   mountains and into rough terrain, they continue to

14   launch devastating strikes on the Russian military,

15   everywhere from Grozny, the capital of Chechnya,

16   into Dagestan farther south into the mountains.  It

17   became an extended civil war.  A civil war that

18   continues to this day.

19        Q.    I'd like to at this point move to Exhibit

20   SW-13.  And if we could at the beginning just blow

21   up -- this is an email that has been introduced from

22   the computers in Ashland.  It's from an Abdul-Qaadir

23   to the Sheeshaan group in January of 2000.  And it

24   says "Welcome to Ansar Al-Mujahideen."

25        A.    That's correct, yes.

1    Q.    Now, I take it that's not the website that

2  you got this video we just saw.

3    A.    No.  It's not the website, but it actually

4  is the same thing in Arabic.  It means supporters or

5  partisans of the mujahideen.

6    Q.    And just a little bit below --

7    A.    Excuse me.  I should just add Sheeshaan

8  means Chechnya.

9    Q.    In Arabic?

10    A.    Yes.  In, I think, actually also in

11  Chechnyan, but yes, Sheeshaan is just a reference to

12  Chechnya.

13    Q.    And this particular email, if we could go

14  a little bit towards the bottom, the third paragraph

15  here, there's a reference to "Remember to make du'aa

16  for the mujahideen and the innocent Muslim families

17  and others who have been displaced."  What is du'aa?

18    A.    Du'aa is prayer, make prayers for the

19  mujahideen and the innocent Muslim families,

20  et cetera, et cetera.

21    Q.    Then if we could go to Exhibits 44 and 46

22  -- 44 through 46, and start with 44.  And again,

23  this is a picture that was found in the computers.

24  Do you recognize the picture?

25    A.    Yes, I do.

1    Q.    And where did that picture come from?

2    A.    Well, this picture was posted -- at least

3    the version that I saw was posted on a website known

4    as Qoqaz.net, Q-O-Q-A-Z dot net.  And the picture

5    itself features a number of foreign mujahideen

6    fighters including Ibn-ul-Khattab.

7    Q.    And Qoqaz, what does that mean, if you

8    know?

9    A.    Qoqaz in Arabic is actually Chechnya or

10   the Caucasus -- excuse me.  The Qoqaz, the Kavkaz,

11   Caucasus -- it's all one thing.  It's just different

12   ways of transliterating it in different languages.

13   Q.    And then Exhibit 45.  And we had already

14   talked about this one.  Did this one come from

15   Qoqaz.net also?

16   A.    I believe this was also on Qoqaz.net.  You

17   can actually see -- this is when Shamil Basayev was

18   wounded.  You can see his leg here is bandaged up,

19   and I believe this is part of a news update

20   regarding the condition of Basayev and that he was

21   still alive and still planning operations with the

22   foreign mujahideen fighters.

23   Q.    And Exhibit SW-46.  And what is this -- do

24   you recognize this particular picture?

25   A.    Yes.  This is Ibn-ul-Khattab right here on

1   horseback, and the rest of these fighters are a

2   mixed group of foreign and local fighters.  And I

3   believe this was also posted on Qoqaz.net.

4       Q.    Yeah.  Could you tell us a little bit more

5   about Qoqaz.net?  What was that?

6       A.    When the conflict in the Caucasus

7   restarted in August of 1999, the Islamic Army of the

8   Caucasus, both the Chechens and the foreigners

9   needed a way of broadcasting news about their

10  struggle out to the outside world.  Now, naturally,

11  Chechnya doesn't have a lot of television stations,

12  it doesn't have a lot of radio stations, and

13  certainly, any of the radio stations or television

14  stations there were, were not under the control of

15  the mujahideen.

16      As a result they had to find alternative

17  media outlets to put this information out because if

18  you want to raise money, if you want to draw in

19  recruits, you have to broadcast news of the struggle

20  beyond the borders of Chechnya.  So they turned to a

21  developing area of technology, communications

22  technology, which was the internet.  The internet is

23  fairly democratic, which means anyone can set up a

24  website, so it was a good way for them to distribute

25  information about their cause.

1    There were several prominent websites
2    associated with the Islamic Army, the Caucasus.
3    There was one website which was primarily Russian,
4    which was created by the Chechens, the Chechen
5    fighters.  And then there was another series of
6    websites created by the foreign mujahideen, by the
7    foreign fighters, along with Shamil Basayev, the
8    individual you saw in the middle of that picture
9    with Khattab and Abu Waleed.
10        The websites that were created by that
11   group were known under the name of Sawt al-Qoqaz
12   S-A-W-T A-L, dash, Q-O-Q-A-Z.  Sawt al-Qoqaz means
13   voice of the Caucasus.  Sawt al-Qoqaz, the website,
14   was made available in a variety of different
15   languages.  The idea being that they wanted to try
16   to appeal to as wide an audience as possible.  So
17   the first website that was created was Qoqaz.com.
18   Qoqaz.com was the Arabic language website for
19   information about the Islamic Army and the Caucasus.
20        Then in addition to that, there was also
21   an English language website created to disseminate
22   this information.  The English language website was
23   Qoqaz.net.  A very similar name, again they're both
24   Sawt al-Qoqaz, and the difference is in Arabic and
25   one is English.  The English language website was

1   run and maintained by a group of individuals located
2   primarily in the United Kingdom who called
3   themselves Azzam Publications.  A-Z-Z-A-M
4   Publications.  The Qoqaz.net website, the English
5   language website, the Islamic Army and Caucasus was
6   actually fully contained on the Azzam Publications
7   website.  It was like a folder, a separate folder
8   within there.  But if you went to Qoqaz.net it would
9   look like its own website.
10        Q.    Now, what was Azzam Publications?
11        A.    Azzam Publications was an organization
12   started in 1996 by veterans of Arab Afghan conflicts
13   in Afghanistan in Bosnia-Herzegovina, et cetera, who
14   much like the Chechens realized that they needed to
15   broadcast news or reports or information about the
16   Arab Afghan movement, and they didn't have access to
17   conventional or traditional media like television or
18   radio.
19            So as a result they created a website
20   Azzam.com whose purpose was to disseminate
21   information about jihad and the mujahideen from the
22   mouths of the mujahideen themselves.  In other
23   words, the propaganda outlet for the mujahideen in
24   order to encourage others to join the movement, to
25   contribute money to the movement, and to support the

1    movement, particularly those within the global

2    Islamic community, not just in Afghanistan or in

3    Saudi Arabia, but because Azzam Publications was

4    primarily in English, to broadcast news of that out

5    to the Islamic community in the west, to the United

6    States, the United Kingdom and other western

7    countries.

8         Q.    If we could go to SW-56, and if we could

9    go to the very top here.  At the very top of the

10   page -- do you recognize this particular page, by

11   the way?

12        A.    Yes, I do.

13        Q.    And where does it come from?

14        A.    This was originally posted up on the

15   English language Qoqaz.net website operated by Azzam

16   Publications.

17        Q.    And at the very top it's the Jihad and

18   Chechnya by Azzam Publications?

19        A.    Yes.

20        Q.    Now, was this a real interview or profile

21   of Ibn-Khattab?

22        A.    Yes.  These were original interviews being

23   done by Azzam Publications correspondents in the

24   field.  Azzam Publications actually dispatched their

25   members out to the Caucasus to operate as fighters

1   within the Islamic Army of the Caucasus, but also to

2   help spread the news.  In other words, they'd fight

3   with Ibn-ul-Khattab and his crew, but at the same

4   time they would operate as combat correspondents,

5   and they would send back information over the

6   internet to Azzam Publications headquarters in the

7   U.K., interviews with Ibn-ul-Khattab, interviews

8   with the other senior leaders of the Islamic Army of

9   the Caucasus, reports about various battles that

10  were taking place, even video recordings were sent

11  out from the Caucasus to London, and then made

12  available on the Azzam Publications website.

13       Q.   And turning to page 6 of this particular

14  exhibit, this question 6 about asking Mr. Khattab,

15  "Do you need any support?  What support in

16  particular do you need?"

17            And his answer, generally that they need

18  support from Islamic charities.  Do you remember

19  seeing that on the internet?

20       A.   Yes, I do.

21       Q.   And that's an authentic comment from

22  Ibn-Khattab?

23       A.   100 percent, yes.  Ibn-ul-Khattab was

24  actually profiled in a video recording released by

25  Azzam Publications.  In the video recording

1  Ibn-ul-Khattab says directly, If you want to support

2  us, if you want to contact us, if you want to

3  understand what we're doing and what we need, you

4  need to go to our friends, our brothers, at Azzam

5  Publications in the United Kingdom, who are in

6  direct contact with us, and they can arrange

7  everything.

8      Q.    Now, if you could go to SW-11, and this is

9  an email that the jury has heard was found in the

10  computers in Ashland dated January 26 -- or 22,

11  2000.  And it appears to be transmitting the exact

12  same question and answer, Mr. Khattab to somebody

13  named Albuthi.  Is that correct?

14     A.    That is correct.  You can see at the top

15  the very specific dating format used by Azzam

16  Publications, 20 November 1999, and is verbatim,

17  exactly what was posted on the Azzam Publications

18  website.

19     Q.    Now, let's move to SW-12.  If we can get

20  to the title of this.  This is an email that the

21  jury has heard was in the Ashland computers from

22  Abdul-Qaadir Abdul-Khaaliq about frequently asked

23  questions about the jihad and Chechnya.

24         Do you recall -- have you seen this

25  particular wording before?

1    A.    Yes.  This verbatim wording, yes, sir.

2    Q.    And where does it come from?

3    A.    Once again, this is a document taken from

4  Qoqaz.net, the Azzam Publications website about the

5  jihad in Chechnya.

6    Q.    So it appears that what this Abdul-Qaadir

7  fellow did was just take what he found on the Qoqaz

8  website and sent it out himself.

9    A.    Yeah.  As far as I can tell --

10            MR. CASEY:  Objection, Your Honor,

11  leading.

12            THE COURT:  Sustained.

13    A.    As far as I can tell, this is an exact.

14            THE COURT:  Excuse me, sir.  I'm

15  sorry.  I sustained the objection.  Go to the next

16  question.

17  BY MR. GORDER:

18    Q.    Does this appear to be an exact copy of

19  what was on the website?

20            MR. CASEY:  Same objection.

21            THE COURT:  Overruled.

22    A.    It does appear to be an exact verbatim

23  copy of what was on the website, yes.

24  BY MR. GORDER:

25    Q.    Now, there's a couple of subjects that are

1    discussed in this particular email, No. 1:  I want

2    to go and fight in Chechnya.  How do I get there?

3        A.    That's correct, yes.

4        Q.    And, No. 2:  How do I send donations to

5    the Muslims in Chechnya?

6        A.    That's correct.  Yes.

7        Q.    And, No. 3:  How can we help the

8    mujahideen in Chechnya?

9        A.    That's correct.  These are the kind of

10   questions that Azzam Publications was getting most

11   frequently from their visitors, their viewers.

12       Q.    I'd like to move down to answer 1D, where

13   it says, "Azzam Publications is only a news outlet.

14   We do not help or sponsor people to go to jihad,"

15   what does that mean to you?

16       A.    Well, it's a legal disclaimer.  It's

17   important to remember that Azzam Publications was an

18   organization based in the United Kingdom and thus

19   subject to UK law.  At the time to sponsor actively

20   individuals going abroad to fight and to claim to

21   have done so was a very unadvisable strategy because

22   it would have most likely resulted in you being

23   arrested by Scotland Yard, and potentially, being

24   prosecuted by the Crown Prosecution Service.

25   However, we also know that this is not actually true

1  because of the fact that we know specific

2  individuals who were sponsored by Azzam Publications

3  and sent to jihad in Chechnya, one of whom was named

4  Xavier Jaffo, X-A-V-I-E-R J-A-F-F-O.

5          Xavier Jaffo was an individual from London

6  who became an Azzam Publications correspondent in

7  the field with the mujahideen in Chechnya.  He was

8  sent over there and help set up the mujahideen's

9  first computer center, their computer learning

10  center, and he also used that technology then to

11  send videos and updates about the jihad back to

12  Azzam Publications.  Jaffo was eventually killed in

13  April of 2000 in combat with Russian forces in

14  Chechnya.

15      Q.    Now, moving to page 3, and I guess it's --

16  the answer is E I'm interested in here -- "If you

17  worked for or know someone who works in a reputable

18  aid organization, inform them that the mujahideen

19  are in urgent need of doctors, medical personnel,

20  and medical supplies."

21          What can you tell us about this particular

22  item and the significance to you?

23      A.    Well, we know from other sources at the

24  time, including documents that were recovered from

25  Islamic charitable organizations actively in the

1    Caucasus in Chechnya, one of the major needs that
2    mujahideen had was for first aid equipment:  mobile
3    x-ray machines, doctors who could perform surgeries
4    on wounded fighters.  These were the kind of things
5    that could relatively easily be smuggled in by
6    humanitarian organizations because they don't have a
7    specific military-related purpose, but they were --
8    the mujahideen were in desperate need of this.
9              There are no hospitals to mujahideen in
10   Chechnya, getting in and out of Chechnya is, No. 1,
11   extremely difficult, No. 2, exceptionally dangerous,
12   so for wounded fighters, there wasn't always an
13   ability to bring them out to a hospital.  They had
14   to have the medical aid be done literally on the
15   frontline.
16             For instance, Xavier Jaffo, the individual
17   who I just spoke of stepped on a mine and was very
18   badly injured but conditioned to fight with the
19   mujahideen because he couldn't be withdrawn from the
20   field very easily for medical treatment.
21       Q.    Okay.  Let's move on to Exhibit SW-27.
22   This appears to be another email from AQ to the
23   Sheeshaan group, "How can I train myself for jihad?"
24   dated February 29, 2000.  Have you seen this
25   particular email before?

1       A.      On numerous occasions, yes.

2       Q.      And the text of it, do you recognize?

3       A.      Yes, I do.

4       Q.      And what is that?

5       A.      "How can I train myself for jihad?" was a

6   manual produced by Azzam Publications and

7   distributed on Azzam Publications Qoqaz.net website.

8   The manual itself has reappeared since then in

9   numerous other locations, and it has been an exhibit

10  in a number of criminal trials both here in the

11  United States and abroad; however, this again

12  originally was created by Azzam Publications and

13  distributed via Qoqaz.net.

14      Q.      And the subject matter of this particular

15  email is military training, physical training,

16  martial arts, that sort of thing?

17      A.      That's correct.  The purpose of this was

18  to give people as much an education as possible that

19  could be conveyed over the internet to help them get

20  an idea for the lessons and the essential skills

21  they would need to fight in jihad.  Obviously, it's

22  not the same as attending a jihadi training course,

23  but one of the problems that the Islamic Army of the

24  Caucasus was having was that foreign volunteers

25  would arrive in Chechnya with no military experience

1   whatsoever, with no military skills, with no

2   understanding of combat, and thus they weren't very

3   much use to Ibn-ul-Khattab to Shamil Basayev.

4           The idea behind a manual such as this is

5   so that at least by the time the fighters arrive in

6   the Caucasus, they have at least some basic

7   knowledge of the strategy, the tactics of the modus

8   operandi of the Islamic Army of the Caucasus and

9   other jihadi-style paramilitary movements.

10  Q.    And down just a little bit on this page

11  there's another disclaimer similar to the one that

12  you talked about earlier.

13  A.    That's correct, yes.  Once again, it's

14  important to understand that distributing a jihadi

15  training manual from an organization based in the

16  United Kingdom is an exceptional risky thing to do.

17  It was -- apparently, the purpose behind this was to

18  make sure that anyone who read this would have

19  difficulty attempting to find a criminal prosecution

20  wording behind it, in other words, it would be

21  difficult to level criminal sanctions against the

22  individuals who created and distributed this

23  training manual, despite the fact that it talks

24  about the paramilitary training.

25           MR. CASEY:  Your Honor, move to strike

```
 1    the last answer.  By his own admission, it was
 2    apparently.  He's speculating, it's clear.
 3                 THE COURT:  Well, are you saying
 4    things that you know or --
 5                 THE WITNESS:  I know this to be the
 6    case because, in fact, the individual who created
 7    this is currently facing criminal sanction in the
 8    United Kingdom because of this.
 9                 THE COURT:  Overruled.
10    BY MR. GORDER:
11        Q.    Now, let's turn to SW-17, and this is a
12    web-based email the jury saw earlier this morning
13    from the defendants' computers.  Why don't you take
14    a look at the address that it's going to and where
15    it's coming from.  Can you identify those for us?
16        A.    Yes.  This email -- it's actually a
17    response being -- this is actually an email from
18    Qoqaz.net.  You can see the email address,
19    Qoqaznet@Yahoo.co.UK labeled Qoqaz website.  This
20    was an email -- contact email address on Qoqaz.net.
21    In other words, if you wanted information -- more
22    information that was on the website, if you had
23    questions, if you had comments, you could write in
24    to Azzam Publications, Qoqaz.net, and you could
25    communicate with them.
```

1          This initially was a letter written from

2   Qoqaz.net to an individual using the address

3   Ptichka1@Hotmail.com and this -- what you're looking

4   at here is Ptichka sending back a reply to Azzam

5   Publications at this Qoqaz.net website.  So in other

6   words, there's an exchange of emails going on here

7   between an individual at the Ptichka1@Hotmail.com

8   with Qoqaz.net, Azzam Publications.

9       Q.    Now, Exhibit SW-61, and I'd like to turn

10  to the second page of the exhibit.  If you could

11  highlight the -- do you recognize this particular

12  exhibit?

13      A.    I recognize the text in the top box, yes.

14      Q.    Okay.  And what is that?

15      A.    The text that you see in the top box is an

16  excerpt that was taken from the Azzam Publications

17  Qoqaz.net website.  This was a biography of the

18  individual who I was discussing before, Abu Umar

19  al-Saif, Abu Umar, the sword, who was the head of

20  the Sharia courts for the Islamic Army of the

21  Caucasus.

22      Q.    Now, and finally Exhibit SW-26, do you

23  recognize this particular email?

24      A.    Yes.

25      Q.    At the top it appears from AQ@Yahoo to the

1  Sheeshaan group in February of 2000?

2      A.    That's correct, yes.

3      Q.    And it indicates it's a thank you from

4  field commander Shamil Basayev and field commander

5  Khattab?

6      A.    From the Qoqaz.net website, yes.

7      Q.    And they're thanking people for their help

8  and support for the mujahideen in Chechnya?

9      A.    Yes.  It's important to understand that in

10  order to broadcast this message out, Azzam

11  Publications attempted to recruit as many people as

12  possible to create alternative versions of Qoqaz.net

13  in alternative languages, in other words, there's an

14  Arabic website now, there's an English website, but

15  we need to broadcast this out to a much wider

16  audience, including people who speak neither Arabic

17  nor English, so Azzam Publications coordinated with

18  various other individuals around the world to create

19  alternative language versions of the Qoqaz.net

20  website in such languages as Bahasa Indonesian,

21  German, Swedish, Russian, et cetera, et cetera, to

22  try to broadcast this message and this appeal out to

23  as many people as possible in as many countries as

24  possible.

25      Q.    And about two-thirds of the way down

1    below, there's a reference to Sister Ptichka for

2    working on the Russian website.  Is that correct?

3        A.    That is correct, yes.

4        Q.    And based on your studies, this is an

5    authentic thank you from the mujahideen in Chechnya?

6        A.    Yeah.  I've seen this on numerous

7    occasions and, in fact, we attempted to determine

8    the identities of several of the individuals who

9    were mentioned here because it was of interest to us

10   who was working with Azzam Publications in order to

11   spread news about the jihad in Chechnya.

12            For instance, two lines -- or three lines

13   up you see Brother Wael and the Latin American

14   Muslim Unity.  This is a group of individuals based

15   in San Diego and Los Angeles.  So we were very

16   interested particularly in individuals who might be

17   located in the U.S. who were engaged in either

18   fund-raising or providing other forms of material

19   support to the mujahideen in Chechnya.

20       Q.    Now, moving to SW-47 and the jury has seen

21   this from the computers in Ashland.  Do you

22   recognize this?

23       A.    Yes.

24       Q.    What is this?

25       A.    This is an icon, a button, that was on the

1    Azzam Publications Qoqaz.net website.  If you

2    clicked on this button, it brought you to the French

3    language translation of Qoqaz.net.  In other words,

4    when you opened up Qoqaz.net, it had different

5    buttons in different languages so if you speak this

6    local language, you click on this button and it

7    brings you to the particular language version.  This

8    is the French language version button.

9        Q.    SW-49, is this a similar one?

10       A.    Yes.  This is another button used on the

11   Qoqaz.net website created by Azzam Publications.

12       Q.    And finally, Exhibit 50.

13       A.    Yes.  Same thing.  Once again, another

14   image that was used -- a button -- to press a button

15   on the Qoqaz.net website.

16       Q.    Now, I just wanted to run quickly through

17   a few other exhibits to see if you can tell us

18   whether they contain text from the Qoqaz website.

19   SW-8?

20       A.    Yes.  This is again a news update.  Again,

21   you can see that the traditional naming and a format

22   of the dates that Azzam Publications uses with the

23   day, the date, the month, and the year, written out

24   just like that.  And then you can see a link below

25   if you want to see original pictures from combat

1    operations in the days of Eid, a Muslim holiday of

2    Eid.  You can actually see these images.  In fact, I

3    believe the images are actually attached to this

4    email, as well.

5         Q.    Okay.  Exhibit 11.

6         A.    Yes.  Again -- this is again an excerpt

7    from the November 1999 exclusive interview with

8    Ibn-ul-Khattab that was featured on the Azzam

9    Publications Qoqaz.net website.

10        Q.    SW-14.

11        A.    Once again, here is another exclusive

12   interview done by the Azzam Publications Qoqaz.net

13   website and you can see, actually, if you read the

14   top line, "All brothers and sisters should address

15   any questions to the following email address,

16   Azzam2000@email.com, in other words, Azzam

17   Publications.

18        Q.    Exhibit 19 -- or SW-19.  Sorry.

19        A.    Yes.  Once again, Qoqaz.net.  You can see

20   at the top the label "Jihad and Chechnya Exclusive

21   Section by Azzam Publications.  The Source of

22   Authentic News about the Mujahideen."

23              You can see "Exclusive Site by Azzam

24   Publications," and they also list some of the

25   alternative language versions.  You can see

1    Qoqaz.de, for instance, on here.  Qoqaz.de was the

2    German language version of the Qoqaz.net website.

3    And right here is a link for Qoqaz in Arabic,

4    Qoqaz.com.

5        Q.    Exhibit SW-24, which is from the Ashland

6    computers.

7        A.    Yes.  I mean you can actually see here the

8    URL, Qoqaz.net, and biographies of Turkish

9    mujahideen martyred in Chechnya, 1999, 2000.  Once

10   again, another document taken from Qoqaz.net.  And I

11   believe in this case it was reposted on another

12   website, Tevhid.de.

13       Q.    Could you explain what martyred means in

14   this context?

15       A.    Martyred means to be killed in combat, to

16   become a shahid, to become a martyr.

17       Q.    Exhibit SW-28, is this also from the Qoqaz

18   website?

19       A.    Yes.  You can see again what I was

20   discussing before, the very, very traditional dating

21   format where you have the day, the date, the month,

22   and the year just like that.  And yeah, once again,

23   this is a news update delivered from the field by

24   the Islamic Army of the Caucasus to Azzam

25   Publications and broadcast via Qoqaz.net.

1      Q.    Exhibit SW-31, another email from the

2   computers?

3      A.    Yes.  This was a call to all Muslims.

4   This was an appeal that was published on Qoqaz.net

5   urging Muslims all over the world to contribute

6   money, material, prayers, recruits, anything that

7   they could to the conflict in the Caucasus, in other

8   words, we're up against the wall, we need your help,

9   it's a call from your brothers in Chechnya.

10     Q.    Exhibit SW-33.  Was this from the Qoqaz

11   website?

12     A.    Yes.  Again, you can see this was an

13   exclusive report from Azzam Publications in concert

14   with Shamil Basayev.  Shamil Basayev again, is the

15   Chechen guy who runs his side of the Islamic Army of

16   the Caucasus.  You can see "The commander of

17   mujahideen forces, field commander Shamil Basayev,

18   has confirmed to Qoqaz.net that the mujahideen are

19   enjoying high morale and fighting well."

20     Q.    Exhibit SW-37, did that also come from the

21   Qoqaz website?

22     A.    Yes.  Again, this is from the Sheeshaan

23   email list, the Chechnyan email list, but this was

24   simply reprinted or copied from Azzam Publications.

25   And you can see right there again, the same dating

1   format as before and this is again an exclusive

2   report from Qoqaz.net.

3       Q.    Exhibit SW-40?

4       A.    Yes.  This is a document that was

5   published on Qoqaz.net in -- I believe in 2000,

6   shortly after the Islamic Army of the Caucasus began

7   carrying out suicide bombings, targeting bases in

8   Chechnya.  A number of individuals carrying out

9   suicide truck bombings, and as a result, the

10  website, because it was broadcasting images of those

11  bombings, images of bombers and glorifying the

12  attacks, they felt the need to justify the idea of

13  suicide bombings.  So they distributed a document

14  which you can see here, the title of which is "The

15  Islamic Ruling on the Permissibility of Martyrdom

16  Operations."

17      Q.    Now, Exhibit 44 -- SW-44, I think we

18  covered as coming from Qoqaz.net.  Is that --

19      A.    That's correct.  That's correct.  Right

20  there.  You can see it at the top right there.

21      Q.    Okay.  52.

22      A.    Once again, this is another excerpt from

23  the same page on the exclusive interview with

24  Ibn-ul-Khattab that was broadcast on Qoqaz.net.

25      Q.    SW-56 is the profile we've already

1  discussed?

2      A.    That's correct.  It's the same profile --

3  again, you can see jihad and Chechnya by Azzam

4  Publications.

5      Q.    Now, you've indicated that you've studied

6  Islamic charities in connection with your work.  Can

7  you tell us about what the concept of zakat is?

8      A.    Yes.  Zakat is a religiously mandated

9  tithe.  It's like a Muslim version of tithe.  The

10  idea is, is that you're mandated to contribute a

11  certain amount of your income, a certain amount of

12  the money you're taking in, in order to provide

13  charity to fellow Muslims.

14          Zakat means to provide charity to

15  suffering Muslims, the Muslims who are in a

16  difficult position.  Although the traditional

17  definition of zakat applies to poor people or

18  orphans, whatnot, the same way that some people

19  considered dawah, or missionary work, equally

20  providing support to the orphans and also providing

21  support to Muslim fighters.

22          Zakat can also be, depending on your view

23  of Muslim, depending on your sectarian perspective,

24  zakat can also be distributed to Muslim fighters who

25  are fighting a larger opponent.

1    Q.    And is it something you've seen in your

2    studies where zakat is diverted to those kinds of

3    activities --

4                    MR. CASEY:  Objection.  Leading.

5                    THE COURT:  Sustained.

6    BY MR. GORDER:

7    Q.    Can you describe for us any examples

8    you've found of zakat being diverted to fighting

9    activity?

10    A.    Yeah.  I mean there's numerous examples of

11    this.  There is of course the Benevolence

12    International Foundation, which was initially a

13    charity founded in Saudi Arabia and moved to the

14    United States which distributed zakat calculation

15    sheets to donors here in the United States, but was

16    using that money equally to support the muhajireen,

17    the refugees, and the mujahideen, the fighters in

18    the field.

19                    We know this because of the fact that BIF

20    has been shut down here in the United States and

21    numerous documents have been seized from its

22    headquarters which lay out the fact that zakat money

23    was diverted to support mujahideen.

24                    In Boston, Massachusetts, another charity,

25    which went under the name Care International,

1    C-A-R-E International, likewise distributed zakat

2    calculation sheets to local Muslims saying that the

3    money was going to support the struggle and going to

4    support the orphans, but in fact was actually going

5    to mujahideen fighters in Bosnia-Herzegovina and

6    Chechnya and Afghanistan.

7        Q.    How would people get money into war zones

8    like this?

9        A.    Well, it's not easy.  Particularly in a

10   place like Chechnya, I suppose I don't have to say

11   this, but there are no regular banking systems.

12   Certainly not at this time.  There was no regular

13   banking system, particularly not one available to

14   foreign fighters or paramilitary groups.

15           In the absence of a formal financial

16   system, the only way to get the money in was by

17   hand, was bringing it by hand.  And you don't want

18   to bring a check into Chechnya because there's no

19   way to cash it.  So these individuals would bring in

20   large sums of cash in suitcases.

21           What would normally happen was a foreign

22   national, in other words, a nonChechen national,

23   would travel with a suitcase of between 100 and

24   $500,000, would bring it to a country nearby to

25   Chechnya, particularly either Georgia or Azerbaijan.

1    From there the money would be couriered across the

2    border into the Caucasus in Chechnya and would be

3    distributed to help support the mujahideen in the

4    field, as well as orphans or anyone else.  The idea

5    being that the money is there to support the cause,

6    the struggle, it goes to whoever needs it.

7              But the point is, is that the money would

8    have to be brought in by hand.  It would be

9    extracted from a bank account or banking system, as

10   close as possible to the conflict, either somewhere

11   in the Middle East, in Pakistan, et cetera, and then

12   brought by hand.

13       Q.    Now, you mentioned earlier, and we watched

14   the video that was involved in fund-raising for the

15   Islamic Army for Caucasus.  The jury has heard that

16   two videos were seized at the Ashland al-Haramain

17   premises by the IRS agents in 2004.  Have you had an

18   opportunity to look at those two videos?

19       A.    Yes, I have.

20       Q.    And there are -- there's one that's

21   produced by a certain organization.  Is that

22   correct?

23       A.    That's correct, yes.

24              MR. GORDER:  Your Honor, we'd like to

25   first play that video, excerpts from it.

1          THE COURT:  You may.

2          MR. GORDER:  This is SW-1.

3          (Video playing from 2:00 to 2:01 p.m.)

4   BY MR. GORDER:

5      Q.    Mr. Kohlmann, now, this is just a small

6   part of that particular video.  Is that correct?

7      A.    That's correct, yes.

8      Q.    Now, before you had seen the video that

9   was seized in this case in Ashland, had you seen

10  this video before?

11     A.    Yes.

12     Q.    What is the American Islamic Group?

13     A.    The American Islamic group is a former

14  organization that was once based in San Diego,

15  California.  It was started by an individual by the

16  name of Muhammad Zaky, Z-A-K-Y.  Muhammad Zaky is

17  also known as Abu Omar, A-B-U O-M-A-R, al-Masri.

18  Zaky was a veteran of the Arab Afghan movement of

19  the 1980s.  He was at the Massada Camp in

20  Afghanistan along with Ibn-ul-Khattab, the other

21  Arab Afghan commanders.  He was bringing them

22  equipment, he was bringing them supplies.  He was an

23  Egyptian American.  So he would bring things like

24  satellite telephones, equipment to the mujahideen up

25  in the mountains.

1          After the end of the Soviet Afghan war

2    Zaky continued to travel to jihadi hot spots with

3    the idea of participating in combat.  He went to

4    Bosnia-Herzegovina in 1992 and participated in

5    combat there.  He then eventually went on to

6    Chechnya and was killed in Chechnya in 1995 trying

7    to shoot down a Russian aircraft.

8          In order to help him raise money for the

9    cause, raise money for jihad, raise money for

10    mujahideen, he created an organization here in the

11    United States which is known as the American Islamic

12    Group.  The organization was comprised primarily of

13    individuals who were veterans of what is known as

14    Makhtab al-Khidmat, M-A-K-H-T-A-B A-L, dash,

15    K-H-I-D-M-A-T, the mujahideen services office.

16          These individuals were very close to the

17    commanders, the jihadi commanders in the field, and

18    felt that there was a need to distribute their

19    propaganda around the world and help raise money for

20    them.  The video recording that you're looking at

21    here was initially created, I believe, in 1995, just

22    about the time of Muhammad Zaky's death in Chechnya.

23          The idea or purpose behind this video was

24    to raise money and to recruit fighters and to gather

25    material from here in the United States to help

1    support the individual in the chart over there,

2    Ibn-ul-Khattab.

3        Q.    Now, there was a second video seized at

4    the same location.  We'd like to play some short

5    excerpts from that.

6                (Video played from 2:04 p.m. to 2:05 p.m.

7    BY MR. GORDER:

8        Q.    Mr. Kohlmann, these two videos we just saw

9    some excerpts from, they're not the highest quality

10   technical production.  How were they produced?

11       A.    This was mostly just cobbled together from

12   recording other documentary films or other material

13   that was demonstrating -- this is all material from

14   the Chechen war.  This is all material from

15   primarily the period of 1991 to 1995.  It's

16   important to understand that up until 1995, there

17   weren't a lot of foreign mujahideen fighters in

18   Chechnya, and there wasn't any aggressive effort to

19   document what was taking place.

20                So in order to raise money for people to

21   support Chechnya, they didn't have video of foreign

22   fighters.  They didn't have high resolution video of

23   original combat because there was no one there to

24   film it.

25                So instead, at least in the very

1    beginning, in '95 and '96, these folks had to

2    recycle video recordings that were distributed in

3    Turkish documentaries about the Chechen cause, about

4    video that filtered out into the media.  It wasn't

5    exactly the best, but the point was, is to get

6    people inculcated with the idea there is a jihad in

7    Chechnya, it is Islam versus nonMuslims, and these

8    people need your support, and they're fighting a

9    military cause.

10           So it wasn't the best, certainly not high

11   quality, but it served its purpose.  I mean these

12   videos were played for audiences here in the United

13   States and abroad with a specific purpose of raising

14   money and drawing in recruits for the Chechen

15   movement.

16       Q.    Now, I'd like to turn to the al-Haramain

17   organization in Saudi Arabia.  Have you studied it?

18       A.    Yes.  I have studied the al-Haramain

19   Islamic Foundation.

20       Q.    And I'd like to start out by showing you

21   Exhibit BOA-16 that's in evidence.  This is a wire

22   transfer document showing the wire transfer of

23   $2,000, April 15, 1999, from an organization called

24   The Arborist.  And it's going to the Banco Italo

25   Albanese -- if I can pronounce that right -- in

1    Albania?

2        A.    Yes.  That's right.  The Albanian Italian

3    bank.

4        Q.    And it indicates that the beneficiary is

5    the al-Haramain Foundation, although it gives an

6    Ashland address rather than Albania.  Was there an

7    office of al-Haramain in Albania at that time?

8        A.    Yes, there was.  At the time there was a

9    conflict going on in the neighboring province of

10   Kosovo, between Kosovoan Muslims and the government

11   of Serbia.  The government of Serbia was attempting

12   to forcibly prevent Kosovo from separating off.  As

13   a result, there was a large number of refugees and

14   obviously conflict taking place so the Al-Haramain

15   Islamic Foundation, as part of its mission,

16   established a base of operations inside neighboring

17   Albania to help promote its position with regards to

18   that conflict.

19       Q.    If you were trying to get money to the

20   mujahideen in Kosovo, would this have been a place

21   to send it?

22       A.    The Al-Haramain Islamic Foundation in

23   Albania has been accused of laundering money that

24   was sent to the mujahideen in -- not just in

25   Albania, but also in Bosnia-Herzegovina.  Documents

1    recovered from the Bosnia-Herzegovina military

2    security service indicate that the Al-Haramain

3    Islamic Foundation was one of the most important and

4    largest sponsors of foreign mujahideen in this

5    region from approximately the period of 1992 to

6    2000.

7        Q.    And I just want to make sure.  That would

8    include fighters in Kosovo.

9        A.    That's correct.  Kosovo and

10   Bosnia-Herzegovina are very close to each other.  A

11   number of the same fighters that participated in the

12   Bosnian conflict between 1991 and 1995 again

13   participated in the conflict between 1998 and 2000

14   in neighboring Kosovo.

15       Q.    Have you ever heard of an organization in

16   Saudi Arabia called a Saudi Joint Relief Committee?

17       A.    Yes.  The SJRC.

18       Q.    What can you tell us about that?

19       A.    The Saudi Joint Relief Committee, the

20   SJRC, was founded in approximately 1999 in reaction

21   to the new emergence of conflicts in Kosovo and

22   Chechnya, the idea being that during the Bosnian war

23   there were a number of Saudi charities that were

24   funneling quite a bit of money into

25   Bosnia-Herzegovina but it wasn't well-coordinated.

```
1    After the end of that war, there was a decision made
2    by the Saudis that they should better coordinate the
3    flow of funding from Saudi Arabia to these conflict
4    zones.  As a result, the SJRC emerged.
5              The SJRC was supposed to be an umbrella
6    organization that looked after the interest of
7    various Saudi charities active in Kosovo and
8    Chechnya, including the Al-Haramain Islamic
9    Foundation, the International Islamic Relief
10   Organization, I believe also Al-Muwafak.  There were
11   several different groups that operated under the
12   aegis or the umbrella of the SJRC.
13        Q.    Now, were there problems with the SJRC?
14        A.    Yes.  There were very serious problems
15   with SJRC almost immediately upon its creation.  The
16   first director general of the SJRC was an individual
17   -- who was appointed to that position was an
18   individual whose name is Wail Jalaidan, W-A-I-L
19   J-A-L-A-I-D-A-N.  Jalaidan is also known as Abul
20   Hassan al-Madani, A-B-U-L H-A-S-S-A-N A-L, dash,
21   M-A-D-A-N-I.  Jalaidan, otherwise known Abul Hassan
22   was an old friend of Osama bin Laden who had fought
23   in the Soviet Afghan war of the 1980s.
24              In fact, he had been one of the very, very
25   first foreign fighters to arrive in 1986 in
```

1    Afghanistan with the purpose of supporting the

2    mujahideen.  Later, about ten years later, Osama bin

3    Laden was featured in an Al Jazeera video interview

4    and he explained that at that time we were all in

5    one boat together, myself, the sheikh of Azzam,

6    A-Z-Z-A-M, and our Brother Wail Jalaidan.  Jalaidan

7    discussed about the various military operations that

8    were taking place and his role in them.

9             Following the end of the Soviet Afghan war

10   Jalaidan occupied a position that was more akin to a

11   supporter, in other words, a financial supporter.

12   He helped organize on Islamic charitable

13   organizations and others to provide money and

14   support to the mujahideen.  His role continued all

15   the way until approximately 2001 or 2002.  As late

16   as 2000 he was reported to be traveling between

17   Pakistan and Afghanistan to meet with senior Arab

18   Afghan leaders and bring support to them, courier

19   support to them.

20            In September of 2002 Jalaidan was subject

21   to joint criminal sanctions by both the governments

22   of the United States and Saudi Arabia.  It was only

23   the second time that that had ever happened, where

24   both governments agreed to freeze Jalaidan's bank

25   accounts and impose criminal sanctions on him for

1  his alleged role in financing paramilitary and other

2  organizations.

3       Q.    Were there other problems with SJRC

4  personnel --

5       A.    Yes.

6       Q.    -- in Bosnia or --

7       A.    In Albania, in Kosovo.  In 1999 a

8  Pakistani national working for the SJRC, Muhammad

9  Sadik Kathun (phonetic) was expelled from Albania by

10 the Albanian government for engaging in,

11 quote/unquote, extremist activity.

12            In 1999 and 2000 SJRC employees were

13 caught by K-4 Kosovo peacekeepers, in other words,

14 NATO peacekeepers in Kosovo attempting to surveil

15 diplomatic facilities in Kosovo, in Albania, with

16 the apparent purpose of attempting to carry out

17 terrorist attacks on those facilities.  As a result

18 in April of 2000, the SJRC's offices in Albania and

19 Kosovo were raided by Italian K-4 peacekeepers who

20 were searching for evidence of potential terrorist

21 activity by the members of SJRC and the leaders of

22 SJRC.

23      Q.    Now, I'd like to turn to the al-Haramain

24 organization's website WWW.al-Haramain.org?

25      A.    That's correct, yes.

1    Q.    And have you spent a lot of time going to

2    the website and researching what's there?

3    A.    I have to say it was one of my favorite

4    websites for a long period of time.

5    Q.    Okay.  I'd like to show you what's been

6    introduced as EK-1.  And could you tell us what that

7    is?

8    A.    This is a document recovered from the

9    al-Haramain website.  You can see the Al-Haramain

10   Islamic Foundation logo at the top left and the

11   title of this document in English is "The Latest

12   News about the Jihad in Chechnya," and you can see

13   the letterhead below al-Haramain Foundation Chechnya

14   Update No. 5 or News Report No. 5.

15   Q.    And this was on the website of the

16   al-Haramain organization?

17   A.    That's correct, yes.  It's actually a

18   letter addressed to the president of the Asian

19   committee of al-Haramain.

20   Q.    And this date, 2 Rajab 1420, do you have

21   any idea?

22   A.    It's approximately about 12 years ago, so

23   it would have been about 1999.

24   Q.    Okay.  And down at the bottom -- or

25   actually No. 3, I guess.

1    A.    Yes.    Again, here you have an update about

2    exactly what's going on with the latest news about

3    the jihad in Chechnya and you can see Russian forces

4    and the mujahideen engage in battle in the Tarek

5    River region.    These are again news updates similar

6    to what was posted on Qoqaz.net about the mujahideen

7    in Chechnya.

8    Q.    Okay.    At the very bottom of the second

9    page, it indicates there is an al-Haramain

10   representative in Chechnya.    Is that correct?

11   A.    That's correct, yes.

12   Q.    Yeah.    Now, at the top of the first page

13   there's a reference "click here for the latest

14   updates"?

15   A.    Yeah.    Click here for latest updates from

16   Chechnya and how to help them.    My recollection is

17   that if you clicked on that, it simply was -- it

18   didn't do anything.    You were still on the

19   al-Haramain website.

20   Q.    Now, moving to EK-3.    This was on the

21   al-Haramain website from Saudi Arabia?

22   A.    That's correct.    This is another English

23   language document.    This is part of the al-Haramain

24   newsletter.    On the al-Haramain website al-Haramain

25   had an English language newsletter which they

1   released approximately every month, including

2   various different columns on various aspects of the

3   charitable work and Islam, in general.  This --

4   actually what you're looking at here is an article

5   that was published in the newsletter, Volume 4,

6   Issue No. 2, in January of 2000, and the title of

7   this editorial or article is "Brotherhood."

8       Q.    Now, a little bit down the page there's a

9   prayer that you're requested to do.

10      A.    Yes.  The prayer indicates -- this is

11  actually the same prayer that was shown at the

12  beginning of the clip from the video of Kavkaz

13  Institute that we watched earlier.

14          You can see here, "Defeat Russia.  Oh,

15  Allah, we ask you that they be scattered -- their

16  fire -- Shake the earth beneath their feet.  Strike

17  fear in their hearts.  Cripple their limbs,"

18  et cetera, et cetera.

19          This is verbatim, the exact same Qur'an

20  quotation that was contained in the video of the

21  Kavkaz Institute we watched.

22      Q.    Now, EK-2.  Is this another page that you

23  found on the al-Haramain website?

24      A.    Yes.  This is again, another article from

25  the online al-Haramain newsletter published at

1   al-Haramain.org.  This is from Volume 4, Issue No.

2   3, February of 2000, and it's part of a running

3   series in the newsletter titled Sister's Pens, in

4   other words, articles from female Muslims and

5   articles from women.

6           And the title of this article is "Jihad"

7   and the author is Sister A. Mosher.

8       Q.    Now, a bit down the page there's a

9   reference to, "The third stage came and the Muslims

10  were ordered to fight the unbelievers and to

11  initiate the fighting"?

12      A.    Right.  Yes.

13      Q.    And then down below that, there's a

14  paragraph where it says "Jihad is a religious

15  obligation in Islam"?

16      A.    That's correct, yes.

17      Q.    "Its aim is to fight oppression and

18  justice and remove obstacles which prevent the

19  spread of Islam"?

20      A.    That's correct, yes.

21      Q.    "This is accomplished either by weakening

22  or destroying the disbelieving prevalent political

23  powers so that Muslims can prevent anyone from

24  persecuting their brother Muslims wherever they may

25  be."

1        A.      Yes.

2        Q.      And that was on the al-Haramain website in

3   February 2000?

4        A.      Yeah.   I mean it was on there for several

5   years frankly because I recovered it at least a year

6   after it was initially posted, but yes, it was on

7   the al-Haramain.org website in English.

8        Q.      I'd like to move to EK-6.   Do you

9   recognize this?

10       A.      Yes, I do.

11       Q.      Is this something that you got off of the

12  al-Haramain website?

13       A.      Yes.   This is the Arabic portion of the

14  al-Haramain.org website.   In fact, this specifically

15  comes from the Arabic section of al-Haramain.org

16  that is in reference to the Chechnya relief fund, in

17  other words, this is the section of the al-Haramain

18  website in Arabic that is particularly talking about

19  al-Haramain's activities in the Caucasus in

20  Chechnya.

21       Q.      Now, if we could look at EK-6A, which is

22  the translation of that particular page.   And it's

23  titled "The Main Activities of the Al-Haramain

24  Foundation in Chechnya"?

25       A.      That's correct, yes.

1    Q.    And in the second paragraph it indicates

2    what?

3    A.    It says "The foundation" -- in other

4    words, the Al-Haramain Islamic Foundation --

5    "sponsored teachers at the Caucasus Institute" --

6    the Kavkaz Institute, the Kavkaz Foundation, the

7    same organization that you saw profiled in the video

8    earlier -- "25 judges for the Islamic courts -- the

9    Sharia courts headed by Abu Umar al-Saif -- and

10   three missionaries who were graduates of Saudi

11   Islamic universities.  Moreover, the foundation

12   sponsored six Islamic courts that were later turned

13   over, et cetera, et cetera.

14         In other words, here al-Haramain is

15   announcing the fact that it is providing support for

16   the Kavkaz Institute run by Abu Umar al-Saif and

17   Ibn-ul-Khattab.

18   Q.    Mr. Kohlmann, what is a fatwa?

19   A.    A fatwa is a religious edict in Islam.  It

20   doesn't have to be religious.  It could be

21   political, but it is the equivalent of a ruling on a

22   particular issue regarding Islam or Muslims, and it

23   is incumbent upon anyone who follows the person

24   issuing the fatwa to follow the advice given.  So if

25   you follow a particular cleric and the cleric issues

1   a fatwa saying that a certain thing is forbidden or

2   a certain thing is permissible, than you are

3   obligated then, if you want to be considered to be a

4   true believer, to follow the edicts laid out in

5   those fatwas.

6       Q.    Now, I show you Exhibit EK-4.  Do you

7   recognize that particular exhibit?

8       A.    Yes, I do.

9       Q.    And is this a fatwa by someone by the name

10  of al-Jibrin?

11      A.    That's correct.  Abdallah bin Jibrin.

12      Q.    And who is Mr. Jibrin?

13      A.    Sheikh Abdallah bin Jibrin is a senior

14  cleric -- a very, very senior cleric, very

15  influential cleric from Saudi Arabia.

16      Q.    And was this found on the al-Haramain

17  website?

18      A.    Yes.  The al-Haramain website contained a

19  copy of this, an original copy of this fatwa as you

20  see here.  In other words, it wasn't just written

21  out.  It was actually a scanned copy of the original

22  document which was posted on al-Haramain.org.

23      Q.    Now, going to EK-4A, is this a translation

24  of the exhibit?

25      A.    I believe it is, yes.

1    Q.    Indicates that it's by Mr. al-Jibrin?

2    A.    That's right.  You see his name at the

3    top, Abdallah bin Abd-al-Rahman bin Abdallah bin

4    al-Jibrin, is dated October 26, 1999.  And the title

5    of this fatwa is the "State of the Mujahideen and

6    the Obligation of Muslims Toward Them."

7    Q.    Now, down the page a bit, it indicates

8    what is obligatory upon Muslims.  Is that correct?

9    A.    That's correct.  This follows into my

10   description of what a fatwa is.  And if you follow

11   Abdallah bin Jibrin, if you respect Jibrin's

12   authority as a cleric, it's incumbent upon you to

13   follow his advice as to what is obligatory upon

14   Muslims.

15   Q.    And first, to "Pray for their brothers in

16   those countries to achieve victory, gain strength

17   and support, and repel their enemies' deception."

18   A.    That's correct, yes.

19   Q.    And second?

20   A.    No. 2, "Supply them with weapons and

21   material support which they would utilize to

22   struggle and fight those who fight them."

23   Q.    And third?

24   A.    "Support them financially as they are in

25   dire need for food and clothing.  Strengthen them to

1   ward off the pain of striving" -- striving is

2   struggling -- "and enable them to treat their

3   wounded or injured."

4       Q.   And then the last paragraph indicates "We

5   ask God to lead Islam to victory, advance his word,

6   grant the mujahideen victory in every land"?

7       A.   Yes.  "Make firm their foothold and direct

8   their fire, direct their shots."

9       Q.   Now, and then at the very bottom, it was

10   apparently signed by Mr. Jibrin.

11       A.   That's correct.  And you see here at the

12   bottom it's issued from his P.O. Box in Riyadh in

13   the kingdom of Saudi Arabia.

14       Q.   Now, I just want you to briefly compare

15   this English translation of the fatwa with SW-30.

16       A.   Yes.  It appears that what you're looking

17   at here is actually another translation of the same

18   fatwa, and as you can see, they indicate that the

19   fatwa originally was posted on WWW.fatwaonline.com.

20       Q.   And there's some minor differences in the

21   translation, but pretty much the same thing?

22       A.   I'm not aware of any other fatwa issued

23   that would have mirrored this language that closely,

24   not about this particular subject, not about this

25   time period.

1    Q.    Okay.  Next Exhibit EK-5.  And do you

2    recognize this?

3    A.    Yes.  This is another fatwa, which was

4    reproduced in its original format -- its original

5    content, by scanning it and then putting it on the

6    al-Haramain.org website in the section about jihad

7    and Chechnya.

8    Q.    And if you could go to EK-5A, who wrote

9    this particular fatwa?

10    A.    The author of this fatwa is another very,

11    very prominent and influential conservative Saudi

12    cleric by the name of Sheikh Mohammad bin Salih

13    al-Uthaymin.

14    Q.    And this particular one asks "What is the

15    ruling on getting sadaqah and zakat to the Muslims?

16    A.    Yes.

17    Q.    And the region referring to Chechnya?

18    A.    That's correct, yes.

19    Q.    What is sadaqah?

20    A.    Sadaqah is another form of charitable

21    support.  Zakat is obligatory.  Sadaqah is not

22    obligatory.  It's recommended.  In other words, you

23    know, you're supposed to do more than the bare

24    minimum.  Sadaqah is another form of religious

25    tithes to support struggling Muslims, orphans,

1    widows, and depending on your sectarian view, also

2    potentially, Muslim fighters.

3        Q.    And moving down to the answer that the

4    Sheikh gave to the question, he indicates that

5    giving sadaqah is a tithe to the Muslims and the

6    land of the Caucasus.

7        A.    It's permissible.  Again, according to

8    al-Uthaymin's sectarian view on this that sadaqah

9    and zakat are able to be given, and in fact, should

10   be given to both the muhajireen, the refugees, and

11   the mujahideen, the fighters in the field.

12       Q.    And he indicates that zakat would be given

13   to the mujahideen and the poor, while sadaqah is of

14   a wider scope?

15       A.    Yeah.  Again, because you fit it into the

16   idea that sadaqah is kind of like the bonus, where

17   zakat is kind of like the element, the base.  And

18   once you've taken care of the base, then you can

19   worry about other secondary needs.

20       Q.    And again, this was found on the

21   al-Haramain website?

22       A.    Yes.  Again, it was the Arabic version,

23   but it was -- the original scanned copy of this

24   fatwa was on the Chechnyan Relief Fund section of

25   the al-Haramain website.

1              MR. GORDER:  May I have a moment, Your

2  Honor?

3              THE COURT:  Yes.

4  BY MR. GORDER:

5     Q.    Let me show you what's been marked SW-68

6  or is in evidence, and this is another email from

7  the computers in Ashland.  And does this appear to

8  be the same fatwa in English?

9     A.    Yeah.  Again, there may be slight

10  differences in terms of the transliteration of

11  Arabic, in other words, the way that you take words

12  and you spell them from Arabic to English, but this

13  again appears to be the statement of fatwa of Ibn

14  al-Uthaymeen, and I can say that I am not familiar

15  with any other fatwa from this time period that

16  would have been issued from Sheikh al-Uthaymeen that

17  had this content.  There was only one fatwa like

18  this, as far as I'm aware.

19              MR. GORDER:  No further questions,

20  Your Honor.

21              THE COURT:  All right.  Members of the

22  jury, let's stand and stretch.

23              (A discussion was had off the record.)

24  / / /

25  / / /

```
 1                    CROSS EXAMINATION
 2   BY MR. CASEY:
 3        Q.    Hello, Mr. Kohlmann, we met briefly
 4   before.  I'm Bernie Casey.  You went to Georgetown
 5   University?
 6        A.    That's correct, yes.
 7        Q.    A college with which I am quite familiar.
 8   You graduated in 2001.  Correct?
 9        A.    May of 2001.
10        Q.    At what age, sir?
11        A.    You mean when I graduated Georgetown?
12        Q.    Yeah.
13        A.    I think 22.
14        Q.    And you graduated with a degree from the
15   Edward A. Walsh School of Foreign Service.  Correct?
16        A.    That's correct, yes.
17        Q.    And your degree was in international
18   politics?
19        A.    Yes.  With a focus on international
20   security studies.
21        Q.    That is a very sort of famous school, a
22   lot of famous people associated with it, isn't it?
23        A.    Yeah, like many universities, but yeah,
24   sure.
25        Q.    Well, I mean didn't President Clinton go
```

1    there?

2         A.    I believe he did.

3         Q.    Graduated from there?

4         A.    I believe he did.

5         Q.    And among your faculty over the years

6    includes Henry Kissinger?

7         A.    Well, he wasn't a faculty member when I

8    was there, but I believe he was there at some point,

9    that's correct.

10        Q.    Madeleine Albright?

11        A.    Again, she wasn't there when I was there.

12   She, I believe, was serving as secretary of state at

13   the time, but yeah.

14        Q.    Jean Fitzpatrick, former U.N. ambassador?

15        A.    I actually didn't meet Jean Fitzpatrick.

16   I was there, but once again, she was not teaching

17   there when I was there.

18        Q.    My question was:  They were members of the

19   faculty.  And I think the answer is yes.  Is that

20   correct?

21        A.    Well, yes, but not when I was there, not

22   when --

23        Q.    Understood.

24        A.    -- I was a student.

25        Q.    Understood.  You also attended, when you

```
1   were there, the Center for Christian Muslim
2   Understanding.  Is that correct?
3       A.    The Prince Alwaleed bin Talal Center for
4   Muslim Christian Understanding, that's correct.
5       Q.    Now, you received a certificate from that
6   -- what would you call it?  Organization?
7   Institution?  School?  Or --
8       A.    Institution.  It's a separate institution
9   within the school of foreign service.
10      Q.    They do provide for a master's program.
11      A.    That's correct, they do.
12      Q.    You did not pursue that.
13      A.    No.  I decided at that point that I would
14  -- I had done most of my studies to that point in
15  substantive areas of Islam, and I thought that it
16  would be appropriate to expand my knowledge to legal
17  areas, so I went to law school instead.
18      Q.    John Voll, he was your mentor?
19      A.    Yes.
20      Q.    Professor there?
21      A.    Yes.  I've just been talking to him in the
22  last couple days.
23      Q.    And Dr. Esposito, was he the founding
24  director of the center?
25      A.    Yes, although he didn't teach me.
```

1    Q.    Do you know anything about him?

2    A.    Dr. Esposito is the editor of the Oxford

3    Encyclopedia of Islam.  He's the author of a book --

4    I believe called The Islamic Threat -- something

5    like that.  It's not -- it's meant to be a facetious

6    title, but he is a fairly well-known expert in

7    Islam.

8    Q.    Right.  He's written 35 books on the

9    subject?

10    A.    That's -- I mean I would -- it's been a

11    number, but I don't know the exact number.

12    Q.    Right.  Do I understand correctly that the

13    basic organizing principal, as it were, of the

14    Center for Muslim Christian Understanding from which

15    you received a certificate, is to essentially

16    puncture the stereotypes, right, that all Muslims

17    are terrorists?

18    A.    That's correct, yes.

19    Q.    In fact, their purpose, essentially, is to

20    build bridges of understanding between the Muslim

21    world and the western world or the Christian world,

22    call it as you will.

23    A.    I think it's actually verbatim their

24    purpose, their stated purpose.

25    Q.    Right.  And of course Dr. Esposito agrees

1    with that.  He's the founding director.  John Voll,

2    your mentor, agrees with that, and I believe, based

3    on what I've read, sir, in your background, you

4    certainly believe in that principle.

5        A.    I do 100 percent, yes.

6        Q.    You would consider yourself an

7    understanding moderate -- Strike that.

8              An understanding person with respect to

9    Islam?

10        A.    Yes.  I mean Muslims have the right to

11   pray and practice just like anyone else.

12        Q.    You are on record, are you not, in several

13   forums, saying that Muslims don't come in all

14   stripes, do they?  They come in many stripes and

15   they have many interpretations of basic Qur'anic

16   principles?

17        A.    Yeah.  Just like Christianity, there are

18   various different schools of Islam.  There are

19   various different views of Islam.  I've already

20   described two different schools here today, sufi

21   school versus more the selefi, or wahhabi school.

22   These schools don't always share everything in

23   common with each other.  In fact, sometimes these

24   schools are as diametrically opposed to each other

25   as they are to any other faith.

1      Q.    Right.  As a matter of fact, as I

2   understand it, you have taken the position publicly

3   that even within the ranks of the mujahideen, there

4   are conflicting views on matters of jihad and other

5   basic Islamic principles.  Isn't that right?

6      A.    Yes.  I mean, for instance, you have a

7   group like the Palestinian Hamas Movement, which is

8   a mujahideen movement, but which is organized along

9   the lines of the Muslim brotherhood, where as you

10   have other jihadi movements, which are organized

11   along the lines of selefi extremism.  Hamas and

12   these groups, even though they're both jihadi

13   movements, even though they're both mujahideen

14   organizations, they not only don't agree with each

15   other, they're sometimes exceptionally hostile to

16   each another.

17      Q.    And in fact, you have called upon the

18   United States government to enter into dialogue with

19   the mujahideen, have you not?

20             MR. GORDER:  Your Honor, I think we're

21   getting beyond the scope of the testimony.

22             MR. CASEY:  No.  This is

23   precisely with --

24             THE COURT:  I don't like speaking

25   objections.

```
 1              MR. CASEY:  I'm sorry.

 2              THE COURT:  Objection is overruled.

 3       A.   I think when you say the mujahideen it

 4  sounds -- what I said is that there are particular

 5  mujahideen movements which are not necessarily

 6  diametrically opposed to the United States or the

 7  existence of the United States, and those

 8  organizations, if they are not violently opposed to

 9  the United States, then much the same way that the

10  U.S. negotiated with China during the Cold War, it

11  would perhaps be beneficial to at least have an open

12  dialogue with the groups, if not necessarily

13  negotiate, because I don't think that you can

14  necessarily negotiate with some of the groups, but

15  you can at least have an open dialogue where views

16  can be expressed back and forth.

17  BY MR. CASEY:

18       Q.   And that would be a good thing, wouldn't

19  it?

20       A.   Depending on the mujahideen movement.

21  There are certain mujahideen movements which, again,

22  are diametrically opposed to the United States.

23  There are others which I don't believe that a

24  dialogue is necessarily going to have any fruitful

25  outcome.
```

1    Q.    Understood.  And you have taken that

2    position publicly.  In fact, in panel discussion, in

3    the Rayburn House office building in Washington,

4    D.C.  Am I right?

5    A.    Numerous occasions.  I mean you have to be

6    very careful to judge people by their actions and

7    their words and, you know, not by rumor or --

8    Q.    Or broad brush.  You don't want to paint

9    with a broad brush.

10   A.    That's reasonable.

11   Q.    And in point of fact from what I've read,

12   you have not?

13   A.    I try to avoid that, yes.  I mean again, I

14   -- you know, it's important to view this as

15   subjectively as possible, and it's also important to

16   recognize that, you know, the United States has

17   limited -- has a limited degree of power on the

18   world, and fighting everyone is not necessarily a

19   great idea.  But again, it depends on the particular

20   movement, because while there are several mujahideen

21   organizations which are perhaps -- you could have

22   the dialogue with them, maybe not negotiation, but a

23   dialogue.  Many of these groups -- their world view

24   is such that they simply -- their world view is

25   incompatible with the idea of the United States

1    existing as it does today, at least in terms of a

2    world power.

3        Q.    You discussed earlier in your testimony

4    today the principle of zakat.  Sometimes it's

5    spelled with a T on the end, sometimes with an h,

6    sometimes maybe something else, as far as I know.

7    But I think we're talking about one of the basic

8    pillars of Islam, are we not?

9        A.    That is one of the pillars of Islam.

10       Q.    And as I understood what you said, zakat

11   is an obligation on the part of good Muslims to

12   provide charity to other suffering Muslims.

13       A.    That's correct, yes.

14       Q.    And I believe you said in some cases, that

15   would even include the mujahideen people?

16       A.    Depending on your sectarian view, yes.

17       Q.    Okay.  And I think -- I don't think you

18   would dispute, would you, the fact that there was an

19   enormous need for charity and humanitarian

20   assistance in Chechnya during the '90s, and most

21   particularly, in 1999 and 2000?

22       A.    Certainly.  There is a serious

23   humanitarian crisis in the Caucasus, among other

24   places, but yes.

25       Q.    And you told us a little bit about

1   Chechnya.  As I understand it, it isn't -- it's a

2   small area in Southeastern Europe.  Is that --

3        A.   I think it would be more appropriate --

4   it's not really in Europe.  It's really part of the

5   Caucasus, but yeah.

6        Q.   That's right.  And the people there, you

7   said they're Muslims.  They're not going back over

8   the centuries, I think their origin is mostly

9   Turkish, is it not?

10       A.   Yes.  Again, it's --

11       Q.   And not Arabic.

12       A.   No, no, no.  And the traditional form of

13  Islam practice in the Caucasus is sufi Islam.  It is

14  a sectarian form of Islam, which originates really

15  primarily in Turkey.  It's elsewhere in the Muslim

16  world, but at least the form of its practice in

17  Chechnya generally comes from Turkey.

18       Q.   Yes.

19       A.   Unfortunately, though, since 1995, sufi

20  Islam has been increasingly supplanted by selefi

21  Islam, which was imported from Saudi Arabia.

22       Q.   Okay.  But in point of fact the Chechens

23  have been battling for their independence, battling

24  to keep up with invaders from neighboring countries

25  for centuries?

1    A.    That's right.

2    Q.    Because I mean including Egyptians and

3    Greeks and Romans and Arabs and Russians, they've

4    been fighting for their independence for centuries.

5    A.    That's correct, yes.

6    Q.    And during the 18th century, as I

7    understand it, Russia began expanding its territory

8    inhibitions and reached into Chechnya and since

9    then, I think it's fair to say, that the

10   relationship between Russia and Chechnya has been

11   exceptionally acrimonious.  Is that fair?

12   A.    Yes, although it's -- I think the critical

13   period, at least in the contemporary period starts

14   with around the time of Stalin and the creation of

15   the USSR in the early 20th century.

16   Q.    And the Russians have been using their

17   overwhelming might to brutally beat back any effort

18   by Chechens to maintain their independence.

19   A.    Well, brutally is a -- it's an assessment.

20   I guess it's a reasonable assessment, but they have

21   used their more -- they have used their overwhelming

22   force with an attempt to keep Chechnya within the

23   borders of Russia.

24   Q.    I mean I think the term brutally is one

25   that you've used in this precise context many times.

1    A.    Yeah.  Again, it's a subjective term and

2    it depends on the particular phase of the conflict

3    that you're talking about.  I would certainly say

4    that the tactics that were used by Stalin during the

5    '30s were quite brutal.  I would say that some of

6    the conflict that took place during the 1990s was

7    exceptionally brutal, but it was brutal -- it was

8    certainly brutal on all sides.  I mean the Chechens

9    were outmanned and outgunned, but there were

10   brutalities that were inflicted upon all sides.  And

11   the Russians had lost a tremendous number of

12   casualties in Chechnya, not just in the current

13   conflict, but for literally over 100 years.

14   Q.    Well, in this testimony today, though, I'm

15   picking up a very different tone concerning the

16   Russian versus the Chechnyan culpability, as it

17   were, in this context.

18         You have written extensively about this

19   conflict, have you not?

20   A.    Well, it was one of the chapters in my

21   thesis.

22   Q.    It was indeed.  You have a thesis before

23   in the book that should be at your desk.  I'd ask

24   you to turn to Exhibit I.  This is not in evidence,

25   but just for a point of reference for frame of

1    reference for these questions.

2              Turn, if you would, to page 71?

3         A.    71, I believe you said.  That's correct?

4    Excuse me?  Did you say 71?

5         Q.    Yes.

6         A.    Okay.

7         Q.    Midway down the first paragraph, you are

8    talking about Chechen -- or Russian resistance to

9    Chechnya attempt for independence.  And you say

10   "This resistance has continued unabated, despite

11   cruel and repeated retribution at the hands of the

12   Russian Army."

13        A.    That's correct.

14        Q.    Okay.  And this was written in 2001.  Is

15   that correct?

16        A.    That's correct.  Yeah.

17        Q.    So this was written after the time that is

18   at issue in this lawsuit, which is 1999 and 2000?

19        A.    It was written just about the same time.

20   I -- keep in mind that this was my thesis, which was

21   published in April of 2001; however, I began writing

22   this thesis in November of 2000 -- or no -- yeah,

23   November of 2000.  Excuse me.  So it would have been

24   right at the time where some of the material that

25   we've been discussing was taking place.

1          Q.    And at that time you were saying that the

2    Russian's claims here to Chechnya and to expanding

3    its rule over the Chechens is an illegitimate claim.

4    Basically you said it's a dubious claim, I believe?

5          A.    Yeah.  It's not my business to judge what

6    is legitimate and illegitimate --

7          Q.    But it says "dubious" --

8          A.    It's --

9                    THE COURT:  Excuse me.

10                   MR. CASEY:  Yes, sir.

11                   THE COURT:  You're both wonderfully

12   enthusiastic.  If you keep it up, Ms. Bonds, who is

13   helping us this afternoon will be taking my name in

14   vain.

15                   MR. CASEY:  I'm sorry, Your Honor.

16   I'll slow down.

17                   THE WITNESS:  I apologize, Your Honor.

18   BY MR. CASEY:

19         Q.    Now, page 79, talking about the Russian

20   claim.  You say "This claim, however, is ultimately

21   quite dubious."  That's in the second full

22   paragraph?

23         A.    Yeah.  Again, it is dubious.  I mean the

24   Russians have fought over this territory, this

25   disputed territory, and their claim over it,

1   depending on your view of whether or not Chechnya is

2   part of the Russian control, part of the Caucasus,

3   it's dubious because of the fact that it's --

4   there's been continuous level of resistance there

5   against Russian occupation.  However, on the other

6   hand, Chechnya, as far as I'm aware, except the

7   period of 1991 and 1995 has never really experienced

8   any lengthy period of independence.  So dubious,

9   yes.  I mean they have a dubious claim to it, but as

10  part of international law, it has been part of

11  Russia.  It has been a recognized part of Russia for

12  a very long period of time, at least by

13  international legal standards.

14      Q.    I believe you had said in the past anyway,

15  that the Russians' attempt in the 1990s, both in the

16  early 1990s and later in the second iteration of the

17  war in the late '90s, their objective basically was

18  to erase Islam from the Chechen territory --

19      A.    Well --

20      Q.    -- and to annihilate the Chechens.  I mean

21  you have said that, have you not?

22      A.    Well, I think their purpose -- and again,

23  this is something that I wrote nine or ten years ago

24  -- but I think the purpose of what they did was not

25  necessarily annihilate Islam or to annihilate the

1    Chechen people.  It was designed to try to keep

2    Chechnya from breaking away.

3         The Russians both in the 19th century and

4    also today tend to see Islam as an organizing

5    principle that the Chechens are using to promote

6    resistance.  So what the Russians have done and what

7    the Soviets before them have done is try to take

8    control of the administration of Islam in the

9    Caucasus.  What they've done is they've tried to

10   make sure that there haven't been mosques -- there

11   are plenty of mosques even in Russian parts of the

12   Caucasus in Chechnya.

13        But what they've tried to do is to make

14   sure that the clergy and that the mosques are not

15   broadcasting messages which are antithetical to

16   their presence or which are overtly political.  In

17   other words, as long as the sufi mosque and as long

18   as they're talking about peace, love, and

19   understanding, and as long as they're talking about

20   the principles of Islam, that's fine.

21        But what the Russians are concerned about

22   is the idea of these mosques becoming politicized,

23   in other words, the imams, the clerics, becoming

24   leaders of armed resistance movements.  The reason

25   that they're concerned about this is because there

1    is a history of that happening.  Imam Shamil, the

2    very, very famous Chechen guerrilla commander from

3    time immemorial nearly over 100 years ago was a

4    cleric.  He was an imam, so that's why the Russians

5    do it.  They don't forbid the mosque --

6                    MR. CASEY:  Your Honor, I believe the

7    witness is running well beyond the scope of my

8    question.

9                    THE COURT:  Ask your next question.

10   BY MR. CASEY:

11        Q.    Your explanation today stands a little

12   neutral to me and -- you know, it's on the one hand

13   and on the other hand, whereas in the past, is it

14   not   true that you were considerably less neutral

15   in your perspective with respect to the Russians'

16   involvement in this war with Chechnya?  For example,

17   turn, if you would, sir, to page 80 of your thesis,

18   which is Exhibit I.

19                    You say:  It is not surprising that this

20   singular Russian obsession with erasing the

21   Chechens' religious identity has only made them even

22   more stubbornly resistant to assimilation.

23                    Skipping on down -- you did say that, did

24   you not?

25        A.    Yes.  But that's again referring to not

1    the recent events.  That's referring to the history

2    of the Caucasus.  And in particular, what I was

3    referring to here, was the Stalinists tactics that

4    were used during the 1930s.

5         Q.    Sir, I don't see that in your thesis.

6    Could you -- where is that specified?

7         A.    I don't know if I specified that.

8         Q.    I don't think you did, sir.

9         A.    But I'm telling you.  That's what I -- in

10   order to do this study, what I had to do first of

11   all was examine the history of Chechnya.  That's the

12   basis of the comparative study, is to see how

13   Chechen history impacted the role of the Arab

14   Afghans that came later.  One of the important

15   aspects of this was understanding how Stalinist

16   purges and forced expulsions through Chechnya during

17   the 1930s and '40s had reinforced the idea that the

18   Russians were attempting to eradicate Islam from

19   Chechnya.

20              I don't believe that my views have

21   changed.  I do consider myself to try to be as

22   neutral as possible because in this conflict there

23   is no good guy.  There is no --

24        Q.    Sir, is it because if I could -- you're

25   going on, sir, if I may.  Your effort to be neutral,

```
1   sir, does that have anything to do with your
2   becoming a professional witness for the government?
3        A.    No --
4                 MR. GORDER:  Objection, Your Honor.
5                 THE COURT:  Sustained.
6   BY MR. CASEY:
7        Q.    All right, sir.  Turn to page 79.  I mean
8   it's not just once that you've said that the
9   Russians' objective was to rid the territory of
10  Islam.  You say at page 79:  Rather than investing
11  money into building economic and political
12  infrastructure, Russia has devoted much of its
13  attention in Chechnya to ridding the territory of
14  the Islamic faith.
15                Those are your words, sir.
16       A.    Yeah, but you have to read the next
17  sentence, which is that I'm referring to the period
18  of 1957 to 1967, when Chechnya was part of the USSR
19  and where the official policy of the USSR was to
20  eradicate religion as a potential threat to the
21  unification of the country.  Again, I --
22       Q.    But then, sir -- excuse me.  But then you
23  go on, do you not, at the bottom of page 80 to say:
24  Simply put, Moscow has given the Chechens no choice
25  but to ally with anyone who will stand together with
```

1    them outside -- against outside aggression.

2         A.    That's correct.

3         Q.    The Russian Army -- I'm quoting now, sir

4    -- The Russian Army has conducted itself in a

5    horrible fashion.  It has engaged in a repeated

6    strategy of unabashedly attempting to annihilate the

7    Chechens.  Bosnia, a city once distinctly European

8    in character, is in total ruins after ten years of

9    constant warfare.  You're not talking about 1957

10   there, sir.  You're talking about the 1990s.

11        A.    This paragraph, yes.

12        Q.    Yes.  Which continues immediately from the

13   preceding paragraph that I just quoted.  You go on

14   to say, do you not:  The infamous scorched earth

15   tactics of the Russian Army have completely

16   destroyed most of Chechnya leaving vocal guerrillas

17   little choice but to fight alongside the Afghan

18   militants.  You did say that, did you not?

19        A.    Yes.

20        Q.    Now, in your testimony today you spent a

21   lot of time, based on my interpretation of what

22   you're saying, demonizing the mujahideen,

23   differentiating between them and so-called

24   nonmujahideen Chechens?

25        A.    Well --

1          MR. GORDER:  Objection, Your Honor.

2   Argumentative.

3          THE COURT:  The objection is

4   sustained.

5   BY MR. CASEY:

6      Q.    Did you not devote a lot of your direct

7   testimony talking about the intervention of the

8   so-called Afghan mujahideen in the war against

9   Russia?

10     A.    Yes.  But the Arab Afghan mujahideen and

11   the Chechen mujahideen are two separate things.

12   When I was talking about the tactics of the Arab

13   Afghans, I wasn't talking about the Chechens.  I was

14   talking about the foreign fighters.  I don't think I

15   was trying to demonize anyone.  I think I was just

16   reporting on exactly what happened.  Again, there's

17   no good guys in this conflict.  There are no clean

18   hands in this conflict.

19          There's certainly a lot of -- there are a

20   lot of criminal activities that go around, but I

21   don't think I've ever exonerated the Arab Afghans

22   because the Arab Afghans, what they've done in

23   Chechnya has been horrific.  I don't know if you can

24   compare it on the same scale as what the Russians

25   have done, but it is equally horrific.  They have

1    beheaded people.  They have taken hostages.  They've

2    carried out suicide bombings.  They've massacred

3    children.  I don't consider any of that to be -- I

4    don't consider that demonization.  That's just

5    facts.

6        Q.    Sir, why didn't you put all those facts

7    into your 2001 treatise on this very situation?

8        A.    Well, because of the fact that I was doing

9    the research for this chapter in January of 2001

10   when the information that we've just covered here

11   was just coming out.  I mean this was brand-new

12   information.  It had just emerged.  The conflict had

13   just begun.  It had begun again.  So I mean in terms

14   of what you're saying -- I understand what you're

15   saying, but we didn't know that much about the

16   suicide bombings, the beheadings, et cetera,

17   et cetera, up until about late 2001.

18       Q.    Sir, we being who?  "We" did not know --

19       A.    Excuse me.  I did not know.

20       Q.    You did not know.

21       A.    I did not know.

22       Q.    We knew, didn't we?  CIA knew?

23              MR. GORDER:  Objection, Your Honor.

24              THE COURT:  Sustained.

25              MR. CASEY:  Strike that.  Withdrawn.

```
 1    BY MR. CASEY:
 2        Q.    You conclude that chapter of your thesis
 3    by saying:  If Moscow wishes to conclude the
 4    possibility of the emergence of fanatically
 5    antiRussian Chechen taliban, it would be well
 6    advised to withdraw its forces from the province.
 7    As long as they are there, Chechens have little
 8    choice but to rely on the Afghans for support in
 9    their long running battle for survival against
10    foreign encroachment.
11            That was Mr. Kohlmann in 2001.  It sounds
12    like a very different Mr. Kohlmann that I've heard
13    today.
14        A.    Well, I would disagree with that, but
15    there is one point here that I no longer agree with,
16    which is that it would be well-advised to withdraw
17    its forces from the province.  I think one of the
18    lessons we've learned in retrospect about looking
19    what happened in the period from 1997 to 1999 is, is
20    that while certainly the presence of Russian troops
21    in Chechnya have not facilitated peace or love or
22    understanding, that the withdrawal of Russian forces
23    from Chechnya did not do that either.
24            And what we know now from video recordings
25    like the video recording that you saw earlier is
```

1    that essentially what happened between 1997 and 1999

2    while Russian troops had withdrawn from Chechnya is

3    that the Arab Afghans and their local lives simply

4    took this as an opportunity to build up their

5    forces, to build up their weapons, and eventually

6    launch an aggressive conflict, or aggressive

7    guerrilla war into Dagestan.

8             So the reality is that there is no silver

9    bullet at this point.  Russian troops being in

10   Chechnya, not a good thing.  Russian troops being

11   out of Chechnya, not a good thing either.  There has

12   to be another solution worked out where we can get a

13   government in Chechnya that is democratic, that

14   represents the Chechen people as a whole, and that

15   is responsible.  What we've learned is that simply

16   withdrawing from the province and letting it fall

17   apart is not an answer either.

18       Q.    Sir, you are being paid $300 an hour for

19   your testimony today?

20       A.    That's correct, yes.

21       Q.    All right.  And it's -- the United States

22   government is paying that fee, I take it?

23       A.    That's correct, yes.

24       Q.    And in point of fact you have been a

25   witness for the United States government in how many

1    cases?

2         A.     I believe 18 cases at the moment.   18

3    cases in federal court.

4         Q.     In fact, you have -- to the extent that

5    you have always -- to the extent that you have

6    testified on issues such as this, which I understand

7    is more than 20 times.   Correct?

8         A.     If you include Guantanamo Bay military

9    commissions, it's over 20 times.

10        Q.     And in every such case you have testified

11   on behalf of the prosecution.

12        A.     In the criminal cases, that's correct,

13   yes.

14        Q.     All right.   And the criminal cases are

15   virtually all the cases, are they not?

16        A.     No.   I've also testified in civil trials.

17        Q.     For whom?

18        A.     On behalf of victims, the families of

19   victims of terrorism.

20        Q.     How many times?

21        A.     I believe twice.

22        Q.     Where?

23        A.     In the District of Columbia.

24        Q.     What's the case?

25        A.     It is Gates v. Syria.

1    Q.    And when was that?

2    A.    That was a year and a half ago.  It was

3    the District of Columbia.  I can't remember --

4    Q.    Which court?

5    A.    District of Columbia.  I was in the

6    federal court.

7    Q.    Federal court?

8    A.    Yeah.

9    Q.    District court?

10    A.    Yeah.

11    Q.    Okay.  Any other cases?

12    A.    I'm about to testify in another case right

13    now, but it hasn't actually gone to trial yet.

14    Q.    So one civil case, and the rest are all

15    criminal cases?

16    A.    That is correct, yes.

17    Q.    And in the criminal cases -- all the

18    criminal cases which are over 20, I think you said,

19    it's all for the prosecution.

20    A.    At least so far, yes.

21    Q.    Right.  And all of these opportunities for

22    you have occurred since you graduated from

23    Georgetown and written this thesis?

24    A.    I don't know if they were -- I don't know

25    if they had anything to do with my thesis.  I think

1    it had more -- I was working on --

2        Q.    That wasn't my question, sir.  All of

3    these opportunities have arisen after the date of

4    this thesis and after you graduated from Georgetown.

5        A.    That's correct.

6        Q.    Okay.  You've also testified to some

7    considerable extent today about the use of websites

8    and you were examined on direct examination about

9    several things that were extracted from the

10   al-Haramain websites.  Right?

11       A.    That's correct.  Yes.

12       Q.    First of all, those documents from the

13   al-Haramain websites that you talked about and the

14   newsletters that were posted on the website, they're

15   from Saudi Arabia.  Right?  Not from Ashland, as far

16   as you know.

17       A.    No.  They're from Ashland.

18       Q.    They're from Ashland?

19       A.    They were marked with, I believe, an

20   Ashland address.

21       Q.    Well, I'd like to pursue that with you.

22   Do you have those documents in front of you?

23       A.    I don't think so.  Not unless --

24       Q.    Okay.  What is your basis for saying

25   they're from Ashland?

```
 1        A.    My recollection of viewing the web pages.

 2        Q.    Well, I'd like to see some documentation.

 3   Do you have documentation?

 4        A.    Not on me at the moment.

 5        Q.    You don't.  Well, if I told you that those

 6   all emanated from Saudi Arabia and not from Ashland,

 7   I assume that would surprise you.

 8        A.    I believe there is at least one document

 9   with an Ashland address on it --

10        Q.    At least one document?

11        A.    At least -- well, I can recall --

12        Q.    Not all the documents?

13        A.    You'd have to look at the webpages again.

14   I can't recall that.

15        Q.    Well, what is your testimony, sir?  Were

16   these documents from Ashland or Saudi Arabia?  What

17   is your testimony?

18        A.    My testimony is that they were placed on a

19   website, Al-Haramain.org, which was registered to a

20   Ashland address.

21        Q.    It's registered to an Ashland address?

22        A.    Again --

23        Q.    How do you know that, sir?

24        A.    Again, I recall at least one document that

25   had the Ashland address on there.
```

1      Q.     What document is that, sir?

2      A.     I don't have it in front of me.  I'd have

3  to -- if you like, I can research it and I can --

4      Q.     This is an important point.

5                 THE COURT:  Counsel --

6                 MR. CASEY:  Withdraw my comment, Your

7  Honor.

8                 THE COURT:  It's not the questions.

9  It's that you're making it impossible for the court

10  reporter by walking on the witness.

11                 MR. CASEY:  I see.  I see.  I'm sorry.

12  BY MR. CASEY:

13      Q.     Moving on.  Some of the material that you

14  looked at appeared on computers in Ashland.

15  Correct?

16      A.     I believe so, yes.

17      Q.     And some of that material came from

18  websites that you yourself regard as Chechen or

19  mujahideen propaganda, Kavkaz, for example.

20      A.     That's correct, yes.

21      Q.     Right?  Azzam?

22      A.     Azzam Publications, that's correct.

23      Q.     Right.  And I think you are on record in

24  many, many places calling those websites basically

25  propaganda.

1        A.     You could describe it as that, yes.

2        Q.     Yeah.  Okay.  But also these are websites

3   that you rely on considerably, don't you?

4        A.     I rely on them to understand what it is

5   the message that's trying to be propagated by the

6   mujahideen and their commanders.

7        Q.     And you find it tremendously helpful to

8   rely on it for that purpose, don't you?

9        A.     If you're engaged in a study of mujahideen

10  and jihad, the best place to go to look for

11  information about mujahideen and jihad is from --

12  again, from the horse's mouth.

13       Q.     Exactly.  And you pass on that information

14  to various mainstream media.  NBC, for one.

15  Correct?

16       A.     Depending on whether or not it's relevant

17  to what the media is doing.

18       Q.     But you have done that and you will

19  continue to do it if you assume it's reliable

20  information?

21       A.     If it's relevant to a story that they're

22  working on, perhaps, but it would -- it depends on

23  the case.  I don't -- we collect a tremendous amount

24  of information and only a very small portion of it

25  is ever released publicly because most of it is not

1    really appropriate for media.  A lot of the

2    information we collect deals with aspects of jihad

3    and mujahideen which are way beyond the interest of

4    media and are way too specific to be broadcast.

5           We -- for instance, we collect videos

6    every day of this material, but we don't

7    redistribute them because of the fact that we're

8    concerned that by redistributing them, we might fall

9    into the trap of helping spread jihad's propaganda.

10      Q.    In this particular case, you have passed

11   on the information that you have derived from these

12   propaganda websites to the United States Government

13   for the purpose of assisting them in prosecuting

14   this case.

15      A.    That's correct yes.

16      Q.    All right.  As a matter of fact, the

17   report that you filed, as I understand it -- and you

18   have a copy in front of you at Exhibit A, if you

19   like.

20              THE COURT:  Tab A, please.

21              MR. CASEY:  Tab A, please.  Yes.

22   That's right, Your Honor.  Thank you.

23   BY MR. CASEY:

24      Q.    That report contains 120 footnotes, does

25   it not?

1              MR. GORDER:  Your Honor, could we wait

2      until I get a copy of the exhibit?

3              THE COURT:  Yes.

4      BY MR. CASEY:

5          Q.    Would it surprise you, sir, that of the

6      120 footnotes, almost half come from websites that

7      you have termed to be sources of propaganda?

8          A.    That wouldn't surprise me, no.

9          Q.    Okay.  And even more than that, if you

10     include other sources that you consider to be

11     sympathetic with the jihadist view of Islam?

12         A.    What sources would that be?

13         Q.    Well, there are -- you wrote it, sir, but

14     they're in there, and I could get them out for you,

15     but I'll withdraw the question.

16             The point I'm trying to make, sir, is that

17     not everything one reads on these websites is true.

18     Right?

19         A.    I don't think I've ever said that.

20         Q.    No.  I don't think you have, but answer my

21     question.  Yes or no?

22         A.    I imagine there are -- I mean that's what

23     we're trying to do is we're trying to take this

24     material and break it down into pieces and trying to

25     take the pieces out so --

1    Q.    Sir, do you know how to answer a question

2  yes or no?

3                    MR. GORDER:  Objection, Your Honor.

4                    THE COURT:  Sustained.

5    A.    We're taking this material and we're

6  breaking it down into discrete sections so that we

7  can take the information out of here that we deem to

8  be relevant versus what is simply mere propaganda

9  and use that information to better our understanding

10  of the movement.

11  BY MR. CASEY:

12    Q.    Okay.  And you're not the only one that

13  does that.  I mean the New York Times looks at these

14  websites and BBC and CNN and MS-NBC -- they're all

15  -- all mainstream media look at these websites if

16  they want to get information that might not

17  otherwise be available concerning such issues as the

18  Chechen war, don't they?

19    A.    Well, I mean I only work for one media

20  company, which is NBC, and NBC relies on me to do

21  this.  So I can't speak for other media companies.

22  I have seen materials such as this cited by other

23  media sources from time to time.

24    Q.    You have indeed.  You have indeed, sir.

25  You cite them yourself.

1      A.    I know.  And like I said, it's from time

2   to time, but I'm not aware whether or not other

3   media companies have dedicated projects to studying

4   this stuff over a long period of time.

5      Q.    Whether you're aware or not, it wouldn't

6   surprise you if people were interested in getting a

7   different slant on the situation in the Middle East

8   and Chechnya -- that they might look at websites

9   such as this?  That wouldn't surprise you, would it?

10     A.    It's possible.

11     Q.    Sure.  Nor would it surprise you, would

12  it, that Muslims -- people in the Muslim community

13  who are looking for information about the struggle

14  in Chechnya by their Muslim perhaps relatives,

15  perhaps family members, who are either engaged in

16  the struggle or who are victimized by the struggle,

17  that they might look to sources such as Qoqaz and

18  Azzam?

19     A.    Well, I would be surprised if Chechens

20  would.  Others, perhaps, but people that are

21  Chechens wouldn't have to rely on Azzam Publications

22  for news about what's going on in Chechnya.

23  Outsiders, perhaps.  It's possible.

24     Q.    You've also spent time on direct

25  examination talking about the funding of the

1    struggle as it were by charities, Saudi Arabian

2    charities.  Right?  You consider yourself an expert

3    on charities that emanate from the Gulf area, don't

4    you?

5         A.    I consider myself a researcher on

6    charities.

7         Q.    Do you consider yourself an expert on it?

8         A.    I consider myself a researcher.  An expert

9    -- I consider myself an expert for court, but I

10   don't really -- I don't proffer myself on television

11   as an expert.  I consider myself a student.

12        Q.    Still a student?

13        A.    I think you're always a student with this

14   material.  There's always something new to learn.

15        Q.    Right.  But I think you'd agree with me

16   that -- let's talk about al-Haramain.  And I can

17   talk about the other charities, but I suspect it

18   probably applies equally to many of the charities,

19   that many of them have devoted enormous amounts of

20   their resources to provide legitimate humanitarian

21   assistance.

22        A.    I think the way to describe it is, is that

23   a significant proportion of the aid provided by

24   these charities almost certainly does go to

25   legitimate causes, widows, orphans, refugee camps.

1    The pattern of behavior by the charities is simply

2    that money is skimmed off the top.  Up to a third of

3    the money that's collected is skimmed off and

4    diverted to other causes, including providing

5    salaries for foreign fighters who are serving as the

6    representatives -- the local representatives of

7    these charities in foreign conflict zones.

8         Q.    Well, I think with respect to al-Haramain

9    -- let's just talk about that one for a minute.  You

10   yourself have acknowledged that, first of all, it

11   has presences and it's in 50 different countries.

12   That's 5-0 different countries.

13        A.    All around the world.

14        Q.    And in 1999 alone, the year in question

15   here, al-Haramain provided $61 million on good

16   humanitarian projects worldwide.  I think you've

17   admitted that.  And if you have any question about

18   that --

19        A.    I don't believe I used the word "good

20   humanitarian causes."  I believe I did say they

21   spent $61 million, but we really don't know how much

22   of that money went to what.  There's significant

23   evidence that at least some of it went to genuine

24   humanitarian causes, but we have no way of knowing

25   what the exact percentage is --

1    Q.    We being who, sir?  Excuse me.

2    A.    Myself and any other researchers that I've

3    engaged with or talked to about this issue.  Nobody

4    that I know has a firm figure on the exact amount of

5    money that was diverted.  We know that a significant

6    amount of money was diverted thanks to sources from,

7    for instance, the Bosnia Muslim Military

8    Intelligence Service, from documents posted on the

9    al-Haramain website where they talk about sponsoring

10   the Kazkav Institute.  We know that some money was

11   diverted.  How much money and what percentage it is,

12   we can only estimate.

13         By the documents that have been recovered

14   from Arab Afghan commanders in the field, we do know

15   that the number, in terms of how much money was

16   diverted, is in the hundreds of thousands, if not

17   millions of dollars.  As a total percentage I don't

18   really know how much of a percentage that is.

19   Q.    Okay.  So you'd be guessing basically if

20   you --

21   A.    It's a significant proportion of money but

22   we don't know.

23   Q.    Understood.  Understood.

24   A.    We don't know.

25   Q.    Actually, you have written -- you

1    mentioned the book that you wrote.  I think it's

2    called "Al-Qaeda's Jihad in Europe"?

3        A.    That's correct.  That's my book.

4        Q.    And that was published in 2004?

5        A.    That's right, yes.

6        Q.    You said today in your direct testimony it

7    was published by the Berg -- I'm sorry -- by Oxford

8    Press was your words.

9        A.    That's right.  It's -- Berg is an imprint

10    of Oxford Press.

11        Q.    I'm sorry?

12        A.    I think Berg is an imprint of Oxford

13    Press.

14        Q.    Oh, well, I have the book here, and it

15    says published by Berg, which has offices in New

16    York, in Oxford, but not the Oxford Press.

17        A.    No.  Okay.  There's -- there's two

18    different Oxford presses.  There's Oxford University

19    Press and there's Oxford Press.

20            My understanding is that Berg is part of

21    Oxford Press, not Oxford University Press, but here

22    in the United States, most likely the copy that

23    you're looking at was actually printed by their

24    partner here in the U.S., which is Paul Gray

25    MacMillan.

1    Q.    Oh, so there's another iteration of this

2    that was published by somebody else?

3    A.    No, no.  It's the same book.  It was first

4    published in London and then Paul Gray MacMillan,

5    which is Berg's partner here in the United States,

6    published the same book on their behalf here in the

7    U.S.

8    Q.    Well, there's a certain cache with the

9    word "Oxford," isn't there, that might not be

10   associated with Berg?

11   A.    I mean let me be very clear.  My book has

12   nothing to do with Oxford University.  It has

13   nothing to do with Oxford College.  It has to do

14   with Oxford Press.

15   Q.    Thank you for clarifying that.  In any

16   case, a chapter in this book -- an entire chapter is

17   devoted to Islamic charities, is it not?

18   A.    That is correct, yes, sir.

19   Q.    And this was published in 2004?

20   A.    Yes, although the majority of writing was

21   done between 2001 and 2002.

22   Q.    Okay.  But in any case, it does cover the

23   span of time that's in issue in this case,

24   1999/2000?

25   A.    The book?

```
1      Q.      Yeah.

2      A.      The book is primarily focused on the time

3  period of 1992 to 1996 so --

4      Q.      And I think that's primarily -- because it

5  does cover -- when you're talking about Islamic

6  charities, it covers the time in question, does it

7  not?

8      A.      It runs to approximately 1999 or 2000.

9      Q.      All right, sir.  That was my question.

10     A.      Well, again - --

11     Q.      That's a yes or no answer, sir.

12     A.      -- the book is about the Bosnia --

13             MR. GORDER:  Your Honor --

14             THE COURT:  That's impossible for the

15  court reporter.  We're going to take a short recess.

16             (Jury exits courtroom at 3:14 p.m.)

17             (Recess:  3:14 to 3:30 p.m.  Jury

18              absent.)

19  BY MR. CASEY:

20     Q.      So one of the chapters in your book,

21  sir --

22             MR. CASEY:  Your Honor, do you mind if

23  I stand every now and then?

24             THE COURT:  No.  That's fine.

25             MR. CASEY:  All right.
```

```
1    BY MR. CASEY:

2         Q.    One of the chapters in your book is titled

3    "The Role of the Islamic Charities."  Right?

4         A.    That's correct, yes.

5         Q.    Okay.  And I believe -- and we met before,

6    right, in the so-called Daubert hearing here --

7         A.    Yes.

8         Q.    And that was in May of this year?

9         A.    That's correct, yes.

10        Q.    And the purpose of the Daubert hearing

11   is --

12                   THE COURT:  Counsel --

13                   MR. GORDER:  I object --

14                   MR. CASEY:  Okay.  I just want to get

15   some background but we'll pass on it.

16   BY MR. CASEY:

17        Q.    But you did have an opportunity to testify

18   at that hearing.

19        A.    Yes, I did.

20        Q.    And I believe you said that this book was,

21   in your words, very in-depth.

22        A.    I was as in-depth as my editors would

23   allow me.

24        Q.    Well, that's what you say today.  What you

25   said then was "It was very in-depth, very detailed,
```

1    and I have written a whole chapter on Islamic

2    charities."  That sounds familiar, doesn't it?

3         A.    I don't -- one is not incompatible with

4    the other.  It's very detailed, but I had a lot more

5    than my editors forced me to cut out.

6         Q.    I see.  And I guess that would be during a

7    process of peer review?

8         A.    No, no, no.

9         Q.    Just the editors?

10        A.    The editors decided that there was

11    material which just in the end, it was too much for

12    ordinary readers to read.  It was reading case study

13    after case study after case study.  Some of the

14    materials was cut out.

15        Q.    Well, they didn't cut out a lot, did they?

16    I mean you've got 872 footnotes in 230 pages.  They

17    didn't cut a lot, did they?

18        A.    You don't know how long the original draft

19    was.  It was maybe an additional 30 pages.

20        Q.    But you've got to admit there are lots of

21    details in here.

22        A.    Definitely.

23        Q.    Right?

24        A.    Yes.

25        Q.    Okay.  And in the chapter on the Islamic

1    charities, you point the finger at lots and lots of

2    charities.  You name -- and just bear with me as I

3    go through these -- and I may not pronounce them all

4    correctly -- Lajnat al-Birr --

5                MR. CASEY:  (To reporter) And I will

6    get the spellings to you later.

7    BY MR. CASEY:

8        Q.    Lajnat al-Birr, the Benevolence

9    International Foundation, the Al-Kifah Refugee

10   Center, the International Islamic Relief

11   Organization, the Muslim World League, the

12   Al-Muwafak Foundation, the Croatian Islamic Center,

13   the Third World Relief Agency, the Sudanese National

14   Islamic Front, the Egyptian Human Relief Agency.

15   I'm not sure I got them all --

16       A.    You did include, though, two that are not

17   charities.  The National Islamic Front is a

18   political party.

19       Q.    Okay.

20       A.    And the Croatian Islamic Center is a

21   mosque.

22       Q.    Thank you.  But it was in this chapter of

23   the book, I believe, was it not?

24       A.    Yes.  Because the Third World Relief

25   Agency is a creature or it's a subentity of the

1    National Islamic Front, and the Croatian Islamic

2    Center, which is a mosque was used for fund-raising

3    for a few different charities.

4        Q.    Thank you for pointing that out, but the

5    thrust of the chapter is to discuss the role of

6    Islamic charities in funding basic -- what would you

7    call it jihad?

8        A.    Paramilitary groups, yes.

9        Q.    Paramilitary groups.  Okay.  And those are

10   the charities and the political parties that you

11   mentioned in that particular context.

12       A.    That's --

13       Q.    Right?

14       A.    Well, those are the ones that I was able

15   to squeeze in the chapter anyway, yes.  I had other

16   material about other charities, but because of

17   various different reasons, in the end it was cut out

18   by editors.

19       Q.    But you didn't mention al-Haramain, did

20   you?

21       A.    Not in the final -- well, in the final

22   draft, it wasn't in there, no.

23       Q.    So is it your testimony under oath today,

24   sir, that you did include discussions about

25   al-Haramain in drafts?

1    A.    Yeah.  In initial drafts but --

2    Q.    Do you have copies of those drafts?

3    A.    Not on me at the moment but --

4    Q.    And did --

5    A.    Can I just finish?

6    Q.    Yes, please.

7    A.    At the time that I had to put -- my

8    editors asked me to take the charities for which I

9    had the most compelling evidence.  At the time the

10    most compelling evidence I had was against the

11    charities that -- or most of the charities that

12    you've just named; however, obviously in subsequent

13    research, I've come across other documents and I've

14    been given access to other materials, which also

15    expose the role of a variety of other charities.

16    Q.    I see.

17    A.    At least ten other charities which were

18    not named, at least not in that chapter.

19    Q.    Okay.  Now -- and by that I assume you

20    mean to imply that if you had a chance to discuss

21    these issues after this point in time, 2004, or

22    after you wrote this book, you would have included

23    al-Haramain?

24    A.    Well, I mean, for instance, I just

25    testified in front of the Senate Judiciary Committee

1   and one of the charities I testified about in my

2   testimony there was al-Haramain.

3       Q.   That was on July 14, 2010, just some three

4   weeks or so before this trial began.  Right?

5       A.   That's correct, yeah.

6       Q.   Okay.  In the meantime, however, you have

7   gone on record how many times talking about Islamic

8   charities?  Let me just point to -- go to Tab M in

9   my book.  You testified before the house committee

10  on financial services subcommittee on OSI and

11  investigations in March of 2003, did you not?

12      A.   Yeah, but this was -- this is

13  substantively the same material that's in my book.

14  This was -- essentially the material that I

15  contributed in this testimony was taken from

16  research in my book, so yeah, I mean the material

17  that's in here would obviously reflect what's in my

18  book.

19      Q.   So did you actually appear before the

20  committee on this occasion?

21      A.   No.  I authored -- this testimony I

22  coauthored, but the testimony was delivered by the

23  other coauthor.  They only allowed one of us --

24      Q.   That's Matthew Epstein?

25      A.   That's correct, yes.

1     Q.    And you helped him write this?

2     A.    I didn't help him write it.  We co-wrote

3 it.

4     Q.    You co-wrote it.

5     A.    Yeah.

6     Q.    Okay.  Choose your words.  Okay.  The

7 testimony includes 28 pages, single spaced, 177

8 footnotes.

9     A.    That's right, yes.

10    Q.    "Arabian Gulf Financial Sponsorship of

11 Al-Qaeda via U.S. banks, corporations, and

12 charities."

13    A.    That's correct.

14    Q.    And you never mentioned al-Haramain, did

15 you?

16    A.    Again at the time when I wrote this --

17    Q.    Did you, yes or no, sir, and then you can

18 explain if you want.

19    A.    As far as --

20    Q.    Yes or no, sir?

21          MR. GORDER:  Your Honor, can the

22 witness be allowed to explain his answer?

23          THE COURT:  Yes.

24    A.    As far as I'm aware, al-Haramain is not

25 directly referenced in here, but again, it's for the

1    same reason as the book, which is at the time when

2    this was written in 2003, the most compelling

3    original sources that we had dealt with particular

4    charities.  I wouldn't write about a particular

5    charity unless I had compelling original sources

6    which I believe showed the role that the charity

7    played.  I was certainly aware in 2003 of

8    al-Haramain.  I certainly was aware of its role in

9    allegedly providing financing to paramilitary

10   figures, but frankly, we just didn't have the

11   original sources that would have made it a

12   compelling case for congressional testimony.

13          Since then, as a result of field work that

14   I have done in Bosnia-Herzegovina and elsewhere, I

15   have come across other sources which have laid out

16   the case against al-Haramain in much greater detail

17   than was available in 2003.

18   BY MR. CASEY:

19       Q.   Sir, you testified before the -- I believe

20   it was the Southern District of New York in the

21   matter of In re: Terrorist Attacks on September

22   11th.  Right?

23       A.   I have not testified yet in that case.

24       Q.   You have provided a sworn affirmation --

25       A.   Yes.

1     Q.    -- in connection with that litigation?

2     A.    That's correct, yes.

3     Q.    And that affirmation consists of 28 pages.

4 Turn if you would to Tab O.

5     A.    That's correct, yes.

6     Q.    And the affirmation was submitted on April

7 22nd, 2010, this year.

8     A.    That's correct, yes, sir.

9     Q.    Correct.  And the subject matter of the

10 affirmation concerned the funding of jihad by

11 Islamic charities.

12     A.    Yes, but I was asked to specifically focus

13 on particular charities that were involved in the

14 particular aspect of this affirmation affidavit.

15     Q.    You never mentioned al-Haramain, did you?

16     A.    I wasn't asked to cover al-Haramain by the

17 client.  I was asked to cover specific charities.

18 Al-Haramain was not one of them.

19     Q.    I believe you have listed 17 different

20 publications on your resume.  Does that sound about

21 right?

22     A.    Publications?  You mean things that I've

23 written?

24     Q.    Yes.

25     A.    I'd have to see which edition of my resume

1    you're talking about.

2        Q.    If you'd just accept that for what it was,

3    would it surprise you that those -- the -- if one

4    could get 13 of those online, which I will proffer

5    that we did, that in none of those statements, none

6    of those publications do you ever mention

7    al-Haramain?

8        A.    I mean I -- there's a lot of things I

9    don't necessarily write about or don't publish

10   about, but that's -- again, I don't -- a lot of the

11   things that you're referring to that are in my CV

12   have nothing to do with Islamic charities.

13       Q.    In the May hearing that we had here where

14   you testified, it was brought to your attention by

15   Mr. Wax that your book did not mention al-Haramain.

16   Right?

17       A.    That's correct, yes.

18       Q.    Okay.  And since that time -- and that was

19   in May of this year.  And since that time you have

20   had an opportunity to prepare testimony on the same

21   subject matter.

22       A.    That's correct, yes.

23       Q.    And that is in connection with the

24   testimony that was given on -- excuse me -- bear

25   with me for a second -- July 14, 2010, about three

1    weeks ago.

2         A.    That's -- yeah.   That's one document I've

3    worked on, yes.

4         Q.    And the paper that I'm looking at that you

5    apparently prepared was the role of -- it's entitled

6    "The Role of Saudi Arabian State-Sponsored

7    Charitable Fronts in Providing Material Support to

8    Foreign Paramilitary and Terrorist Organizations.

9         A.    That's correct, yes.

10        Q.    And did you actually appear before the

11   committee?

12        A.    I did indeed.

13        Q.    And did you have occasion to talk to

14   anybody in -- to -- let's say, Government counsel,

15   in this case about this testimony?

16        A.    The first that the Government counsel was

17   aware of this testimony was about 24, 48 hours ago.

18        Q.    Well, I received it from Government on

19   Friday, so that would be --

20        A.    Excuse me.   Three days ago.   They were --

21   before Friday, as far as I'm aware, the government

22   wasn't even aware that I had done that testimony.

23        Q.    But it was -- in any case, it was after

24   Mr. Wax brought to your attention that your book did

25   not mention al-Haramain in this context.

1    A.    Yeah.  That's correct.

2    Q.    And in this testimony, toward the end of

3  it, you do mention al-Haramain, don't you?

4    A.    Yes.  Because I'm talking about the SJRC

5  in Kosovo, which was the umbrella group for the

6  different charities.

7    Q.    And at the time that you wrote this

8  testimony, you were aware that you'd be here

9  testifying about this subject matter?

10    A.    Yeah.

11    Q.    Right.  Did it occur to you that you

12  needed to fill in some historical gaps in --

13    A.    No --

14              MR. GORDER:  Objection, Your Honor.

15              THE COURT:  Sustained.

16  BY MR. CASEY:

17    Q.    The thrust of this testimony as I have

18  read it, and in fact, I haven't had a chance to

19  really study it, but as I best understand it, the

20  thrust of this testimony -- correct me if I'm wrong

21  -- focuses on the role of the Saudi Arabian

22  government, its role with respect to these charities

23  and with respect to the distribution of charities in

24  places like Chechnya.

25    A.    No.  I do explain the role that the Saudis

1    play in managing the charities, but my point was

2    more to that the charities themselves, despite the

3    fact that they carry the veneer of Saudi state

4    sponsorship had nonetheless been involved in

5    apparently illicit activities.

6        Q.    You mention the Saudi High Commission.

7        A.    I do, yes.

8        Q.    And I think you said that that was

9    established sometime in 1999 to help provide

10   humanitarian assistance to Bosnia to Muslims in

11   Bosnia.  Is that right?

12       A.    No.  Let's be clear.  The Saudi High

13   Commission for Bosnia-Herzegovina was founded in

14   1992 to support the Muslims in Bosnia-Herzegovina.

15       Q.    So 1992.  Okay.

16       A.    Okay.

17       Q.    All right.  Good.  And then you talk about

18   the Saudi Joint Relief Committee?

19       A.    That's correct, yes.

20       Q.    And we've referred to that as the SJRC?

21       A.    Yes.

22       Q.    Okay.  That was formed in 1999.  Right?

23       A.    That's correct, yes.

24       Q.    I misread my notes here.  Okay.  And the

25   purpose of the SJRC was to help coordinate aid

1  initially to Kosovo and then it was expanded into

2  Chechnya.  Is that right?

3      A.    Yeah.  I think actually when it was

4  created, it was created for both the purposes of

5  Kosovo and Chechnya, but the first elements of aid

6  that were provided were to Kosovo.

7      Q.    And just to give us a frame of reference,

8  in the 1990s there was a great deal of upset in

9  Bosnia and Kosovo.  The United States Government

10  itself actually intervened, not only financially,

11  but militarily on behalf of the Muslim cause there.

12  Correct?

13      A.    That's correct.  The U.S. military

14  launched air strikes against targets inside Serbia

15  and against the Serbian military in Kosovo with the

16  intent of forcing Serbian forces to withdraw from

17  Kosovo.

18      Q.    Now, I don't think you've got this

19  document in your book because I just got it, but if

20  need be, I can show you what I have but we may not

21  need to do that.  The purpose of the SJRC, as I

22  understand it, was to help coordinate the

23  distribution of charities.  Right?

24      A.    That's correct, yes.

25      Q.    And that was established by the Saudi

government.

A.    It was established by individuals within

the kingdom -- the royal family --

Q.    The royal family of Saudi Arabia itself.

A.    Yes.

Q.    And the director of -- or at least at some

point in time is the minister of interior.  Is that

right?

A.    Prince Nayef bin Abdul Aziz, right.

Q.    Okay.  And its composition included high

ranking government officials.

A.    That's correct, yes.

Q.    And the heads of various Saudi charities.

A.    That's also correct, yes.

Q.    Including al-Haramain.

A.    Yes.

Q.    Right?  And so you have this government

established institution called the SJRC that is

basically overseeing the distribution of charity by

these Saudi Arabian charities.

A.    It's supposed to be overseeing.

Q.    Supposed to be.  Right?

A.    That's the purpose of it.  That's the

stated purpose of it.  That was the intended purpose

of it anyway.

1    Q.    Yes.  It was set up by the kingdom itself,

2    the members of the royal family?

3    A.    That's correct, yes.

4    Q.    And the employees of the SJRC, they're

5    Saudi civil servants?

6    A.    Where?

7    Q.    They are governed by Saudi civil

8    servants --

9    A.    No.  I mean employees where.

10    Q.    Employees in Saudi Arabia.

11    A.    It's true that there were employees in

12    Saudi Arabia, but it's important to understand that

13    the employees outside of Saudi Arabia were not Saudi

14    nationals other than Wail Jalaidan, most of the

15    people running the charity --

16    Q.    That wasn't my question at all.  I didn't

17    ask if there was Saudi nationals or not.  I'm asking

18    if the employees -- and I do -- I did amend my

19    question to say in Saudi Arabia were Saudi civil

20    servants.

21    A.    Yeah.  Just to be clear, the ones in Saudi

22    were -- at least the ones that I'm familiar with

23    were working as Saudi civil servants, yes.

24    Q.    All right.  And at the time in 1999 when

25    the SJRC was created by the Saudi government, the

1    Saudi government was working closely with the United
2    States of America in connection with the
3    distribution of aid to various parts of the world.
4        A.    I'm not in a position to be able to talk
5    about that.  I have no idea if that's the case or
6    not.  I have never worked for the U.S. government in
7    a formal capacity so I don't -- and certainly not in
8    this capacity so there's no way I can say about the
9    degree to which the U.S. government worked with the
10   Saudi government to coordinate aid efforts.
11       Q.    So you don't know?
12       A.    I have no idea.
13       Q.    Okay.  But you do know that they were
14   working closely -- that is to say the government for
15   Saudi Arabia was working closely with the Russian
16   government, and in fact, they came to terms with the
17   Russian government with a written agreement which
18   allowed the distribution of humanitarian assistance
19   by these charities in to places such as -- well, in
20   to Chechnya.
21       A.    And my response would be the same.  I've
22   never worked in any official capacity with the
23   Russian government either so I don't know the degree
24   to which the Russian government did or did not work
25   with the Saudis in terms of coordinating financing.

1    Q.    In any case, you do agree, do you not,

2    that a large portion of the financial humanitarian

3    assistance and other charities was provided by

4    leading members of the royal family who were also

5    responsible for overseeing the distribution of these

6    funds in to places like Chechnya?

7    A.    Supposed to be overseeing, but yes.  Yes.

8    Q.    Well --

9    A.    I know you just quoted --

10    Q.    You did not say supposed to be.  You said

11    were responsible.  Right?  Those are your words.

12    A.    Yeah, I understand, but what I'm

13    explaining to you is, is that I can't say the degree

14    to which they actually did oversee this.  They were

15    supposed to oversee it.  That is an oversight on my

16    part.  I should have put the words "supposed to."

17    Q.    You should have in your testimony?

18    A.    I should have put the words "supposed to,"

19    yes.

20    Q.    But you didn't?

21    A.    No, I did not.

22    Q.    So you're correcting the record now.

23    A.    Yes.

24    Q.    Okay.  So in your testimony today, sir --

25    moving on, you did refer to a number -- as I said, a

1    number of emails that appeared on the al-Haramain

2    Ashland website -- right? -- not Ashland website --

3    Ashland computers?

4        A.    You're referring to the emails that were

5    shown to me by the government.  Correct?

6        Q.    Uh-huh.

7        A.    Yes.

8        Q.    And in forming your testimony and whatever

9    opinions or inferences that you have conveyed to us

10   in your testimony, it was important that you had

11   seen those documents.  Right?  At least insofar as

12   you were testifying about the documents, I think it

13   should go without saying that it was important that

14   you had seen those documents.  Right?

15       A.    Yes.  Certainly.

16       Q.    Okay.  You've mentioned that it's your

17   custom to -- when you're testifying or preparing

18   reports or other publications, it's important to

19   differentiate between primary, second, and tertiary

20   sources.

21       A.    Yeah.  That's a reasonable statement, yes.

22       Q.    And primary sources are the best sources

23   of information, aren't they?

24       A.    If you can get them, yes, they are.

25       Q.    Hard to get but --

1      A.      They're exceptionally hard to -- well,

2   depends --

3      Q.      Particularly --

4              THE COURT:  No.  Sorry, sorry.  You

5   just can't -- impossible.

6      A.      In this field it is difficult to get

7   primary sources.  They're still -- it's still -- you

8   know, that's the gold standard if you can get them,

9   but when you're dealing with paramilitary groups,

10  when you're dealing with underground organizations

11  and you're dealing with illicit financing networks,

12  it is sometimes difficult to get firsthand accounts.

13  You know, it's difficult to get someone who is

14  accused of criminal financing to come to you and

15  then admit to you that they've been involved in

16  criminal financing.

17  BY MR. CASEY:

18     Q.      Right.  And a primary source would be a

19  face-to-face interview.

20     A.      That's correct, yes.

21     Q.      Right.  Or actually personally having

22  witnessed an event.

23     A.      Yeah.  The exchange of bad money or

24  something, yeah, right.

25     Q.      And in your testimony today, you're not

1    relying on any primary sources.

2        A.    I'm relying on general primary sources in

3    terms of my understanding of what al-Haramain and

4    similar charities were doing, but I don't have any

5    particular footnotes that are referring to

6    particular facts from primary sources.  I think you

7    could say that everything that I write about this is

8    informed with the interviews that I've done with

9    various commanders, for instance, when I've talked

10   with --

11       Q.    I'm sorry.  Who?  Who in this case?

12       A.    Okay.  When I talked to Abu Hamza -- Abu

13   Hamza described for me how he obtained exit visas

14   from Pakistan for Ibn-ul-Khattab on his way to

15   Chechnya, so in terms of that it is important to

16   understand Ibn-ul-Khattab's travel patterns, and I

17   got direct knowledge of that from Abu Hamza

18   al-Masri.

19       Q.    Okay.  So we've got Khattab's travel

20   patterns.  That's based on a primary source.  Is

21   that what you're saying?

22       A.    Yes.  That's correct.

23       Q.    Anything else?

24       A.    Well, in Bosnia-Herzegovina, I've actually

25   gone out and visited the headquarters of al-Haramain

1    and the former headquarters of al-Haramain.  I

2    visited the headquarters of the Saudi High Committee

3    for Relief.

4        Q.    Sir, if you could allow me -- because

5    you're going on many different things, I'll just --

6                MR. GORDER:  Your Honor, the witness

7    needs to be given an opportunity to explain his

8    answers.

9                MR. CASEY:  He can, Your Honor, but --

10                THE COURT:  Now you're interrupting

11   me, Counsel.

12                MR. CASEY:  I'm sorry.  If I could

13   just -- when he says Bosnia-Herzegovina --

14                THE COURT:  Ask a question, please.

15   BY MR. CASEY:

16        Q.    What does the al-Haramain site in

17   Bosnia-Herzegovina have to do with the issues in

18   this case insofar as you're aware?

19        A.    Well, one of the issues that I was asked

20   to testify about was the Al-Haramain Islamic

21   Foundation, the background of al-Haramain, the

22   history of al-Haramain, and the role of al-Haramain

23   in providing financing to both humanitarian and

24   nonhumanitarian causes.

25        Q.    Anything else, sir, on primary sources?

1  Primary source again, just so we're clear, so I'll

2  remind the jury -- the ladies and gentlemen of the

3  jury -- it's a face-to-face interview.  Right?

4       A.   I've also interviewed Randall Royer,

5  otherwise known as Ismal Royer, who is an American

6  combatant who was in Bosnia-Herzegovina, and I asked

7  him about the role of various charities in providing

8  financing to the mujahideen, among which, one of the

9  charities I asked him about was al-Haramain.

10      Q.   All right.  Did you interview anybody in

11 connection with providing aid specifically to

12 Chechnya?

13      A.   Not that I can recall off the top of my

14 head, no.

15      Q.   All right, sir.  So with respect to that

16 issue, you have no primary sources?

17      A.   With regards to al-Haramain providing aid

18 to Chechen insurgents, my primary source -- my

19 primary source of knowledge is a secondary source.

20 Excuse me.

21      Q.   I understand.  So you're relying basically

22 on secondary sources.  Right?

23      A.   Yeah.  In large part, yes.

24      Q.   Now, there are also tertiary sources.

25      A.   That's correct, yes.

1    Q.    And tertiary sources would consist of

2  newspaper articles, books, TV reports from reputable

3  sources --

4    A.    That's --

5    Q.    -- they're not official websites of any

6  particular organization.

7    A.    Yeah.  Exactly.  Like Newsweek or the

8  Washington Post or whatnot.

9    Q.    Okay.  So on those matters, you don't rely

10  on those except for background and only in cases

11  where the tertiary source is itself supported by

12  either primary or secondary sources?

13    A.    Yeah, exactly.  If the Washington Post did

14  an interview with Ibn-ul-Khattab, that would

15  obviously be significant to me because it's an

16  original interview with Ibn-ul-Khattab.  If Newsweek

17  happens to publish a report where they explain kind

18  of some of the background behind something that

19  happened that I had original sources or secondary

20  sources about, then I use that to help fill in the

21  context, the background.

22         But tertiary sources for me are just more

23  kind of to fill in the edges.  They're not something

24  that you would base -- they're not something you

25  would base an entire line of study or research on.

1    Q.    Okay.  So I heard you testify today about

2    certain things that appeared on the al-Haramain

3    website.  Correct?

4    A.    Yes.

5    Q.    And best of my recollection -- correct me

6    if I'm wrong -- most, if not all of them had to do

7    with the al-Haramain newsletter that was published

8    on the website?

9    A.    Those that we talked about today?

10    Q.    Yeah.

11    A.    For the most part, yeah.

12    Q.    Okay.  And it was a newsletter that had

13    posted within it or at least included within it,

14    articles or commentary by other people.  Right?

15    A.    When you say other people, do you --

16    Q.    Well, let's take the fatwas, for example.

17    The fatwas from the two sheikhs that you mentioned.

18    A.    That's correct.

19    Q.    They were published by somebody else.

20    They were written by somebody else and it was

21    published in the newspaper, basically.

22    A.    The newsletter, that's correct, yes.

23    Q.    Would you hear it on the website?

24    A.    Actually, the fatwas were not published in

25    the newsletter.  The fatwas were published on the

1    Chechnya Relief Fund section of the al-Haramain

2    website.

3        Q.    Understood.  So it was published on --

4    what is it?  Chechnya what?

5        A.    Chechnya Relief Fund section of the

6    al-Haramain website.

7        Q.    And al-Haramain in turn posted that on its

8    website?

9        A.    They -- okay.  Let me be very clear.  The

10   fatwas were initially published by the clerics in

11   Saudi Arabia.  Then al-Haramain took those fatwas

12   and posted them on their Chechnya Relief Fund, the

13   Chechnya Relief Fund section of their website.

14       Q.    So that's the al-Haramain connection with

15   these fatwas, as far as you're concerned.  Is that

16   right?

17       A.    Yes, exactly.

18       Q.    Okay.  And I assume as a guy who's very

19   conversant with computers and reads them all the

20   time, you would understand that not everything that

21   appears on someone's website represents the views of

22   the host of the website.

23       A.     I -- it really depends what kind of a

24   website it is --

25       Q.    Let me give you an example, for example.

1    Let's say -- give you an example, for example.

2    Let's say you're looking at a website, say,

3    published by or hosted by the University of

4    Pennsylvania Law School.  Okay.  And they publish an

5    article written by somebody who says the Iraq War is

6    illegal.  Right?  And that President Bush would be

7    put in jail or whatever because of it.  Well, that's

8    the author's opinion.  It's not necessarily the

9    University of Pennsylvania's opinion, is it?

10        A.    Yeah.  That's correct.  But the University

11   of Pennsylvania is an academic institution whose

12   specific purpose is to set up to allow for the

13   dissemination of a variety of different viewpoints.

14            I've never seen the International Red

15   Cross or another organization like that with a

16   website put up something that didn't reflect their

17   official line.  Now, it may have been written by

18   contributors, but I've never seen something posted

19   on the International Red Cross website that the

20   International Red Cross would then disavow.  It just

21   depends on the particular type of website you're

22   talking about.  Organizations --

23        Q.    Excuse me, if I could, sir --

24            MR. GORDER:  Your Honor, he keeps

25   interrupting the witness when he's trying to explain

1    his answer.

2              MR. CASEY:  I have a follow-up

3    question, Your Honor.

4              THE COURT:  Go ahead.

5

6              CROSS-EXAMINATION (Continued)

7    BY MR. CASEY:

8        Q.    But you do see it all the time, don't you,

9    where websites, newspapers, or whatever publishing

10   points of view --

11       A.    Yeah, but --

12       Q.    Just a second.

13       A.    Go ahead.  I'm sorry.

14       Q.    -- with which they don't agree?

15       A.    Yes, but a newspaper is one thing.  A

16   newspaper, the idea is that it's an open venue for a

17   lot of different viewpoints.  A newspaper versus the

18   website for an organization are two different

19   things.  When a newspaper puts up an article on its

20   website, the whole idea is that it's supposed to be

21   a news -- a collective news source.

22              When an organization publishes stuff on

23   their website, they do take a certain legal and

24   political liability by putting that stuff online.

25   If the Red Cross put up something on their website,

1    which endorsed a very particular political view, the

2    Red Cross would more than likely be held liable for

3    that political view.  It just depends on the nature

4    of the website.

5              If it's a social networking website that

6    is specifically set up to engender a variety of

7    discussions, variety of different viewpoints, that's

8    one thing, but the al-Haramain website was set up by

9    people who had exclusive control over it.  So I

10   don't think the al-Haramain website is exactly a

11   newspaper website.  The newsletter was edited by

12   al-Haramain.

13        Q.   Right, but it's a newsletter.  Right?  How

14   many of -- have you read a lot of these newsletters

15   from al-Haramain?

16        A.   Yes.  I believe I've read every single one

17   off their website.

18        Q.   And so you think everything that is posted

19   in this newsletter on this website reflects an

20   official al-Haramain position?

21        A.   I don't --

22        Q.   Is that your testimony?

23        A.   I don't know if it reflects the official

24   position, but once again, when an organization puts

25   stuff on their website like this, they do take on a

1    certain political legal liability.  If someone was

2    to put up something crazy on the International Red

3    Cross website, more than likely the IRC would be

4    held liable for that.

5        Q.    Okay.

6        A.    It just depends on the nature of the

7    website.  It depends on the purpose of the website

8    and it depends on the contributors to the website.

9    I don't think you can say that you just put up

10   anything on your website, and you can disavow

11   liability for it.

12       Q.    We all understand that, sir.  Let's take a

13   concrete example.  The so-called fatwas that you

14   referred to by Sheikh Jibrin and Sheikh somebody

15   else.  I can't remember.  They appeared in the

16   newsletter.

17       A.    No.

18       Q.    They appeared on the website.

19       A.    They appeared on the al-Haramain Chechnya

20   Relief Fund section of the website.

21       Q.    So the fatwa itself in this sense, then,

22   would be -- would that be considered a tertiary

23   source?

24       A.    You mean from my perspective as a

25   researcher or their perspective as a website?

1    Q.    It's not an original interview.  Right?

2    A.    No.  That would be a secondary source

3  because it's a scanned document.  It's the original

4  document.  It's not a copy -- rather it's a copy,

5  but it's an exact scanned copy.  In other words,

6  it's the exact document with Imam Jibrin and Imam

7  Uthaymin's signatures on it, that's a fairly

8  credible source.  That's not a tertiary source.

9  That's a secondary source.

10    Q.    So, first of all, fatwa is -- I missed

11  your definition on direct examination when you said

12  -- when you defined it, I was taking a note and I

13  missed it, but my understanding is that's not

14  necessarily obligatory unless you happen to be a

15  Muslim who holds these sheikhs in a position of

16  where they are giving you -- defining your specific

17  personal obligations.

18    A.    I mean the idea is it is obligatory, but

19  you're correct that if you don't follow the clerics,

20  if you disavow the clerics, if you say, Well,

21  they're not -- they're apostates or they're this or

22  they're that, you wouldn't follow their fatwas.

23    Q.    Right.  And you don't personally know the

24  sheikhs, do you?

25    A.    No, I don't.

1    Q.    You haven't --

2    A.    I think Abdulla al-Jibrin is actually dead

3  now, but no.

4    Q.    But they're -- what they were -- the

5  essence of what they're looking for was to ask for

6  prayers, money, and assistance, military assistance

7  to fight communist aggression.

8    A.    Well, they don't say communist aggression

9  anywhere in the fatwa.

10    Q.    Check the exhibit, sir.  I checked --

11    A.    I don't have the -- are they in this

12  book --

13    Q.    No.

14    A.    They specifically --

15    Q.    They are --

16          THE COURT:  Counsel, it's impossible

17  for her.

18  BY MR. CASEY:

19    Q.    It's an exhibit that you saw, sir, and if

20  I can refer to the number -- do you happen to have

21  the number?  It's one of the --

22          MR. GORDER:  Would it be 4A or 6A --

23          MR. CASEY:  Yes.  4A, yes.

24  BY MR. CASEY:

25    Q.    Do you have it on the screen, sir?

1          A.    Yes, I do.

2          Q.    Okay.  The second paragraph:  It's no

3     secret that the recent events --

4                    THE COURT:  That's way too fast.

5                    MR. CASEY:  It was indeed, Your Honor.

6     I'm sorry.

7     BY MR. CASEY:

8          Q.    (Reading):  It is no secret that the

9     recent events which occurred in the two republics of

10    Chechnya and Dagestan, in terms of the communist

11    aggression brought about killing, displacement, and

12    destruction.  So they did use those terms.

13         A.    Excuse me.  And you're correct.  I didn't

14    recall them using the word "communist."

15                    MR. CASEY:  Susan, Could you please

16    put up Exhibit 6-A?

17    BY MR. CASEY:

18         Q.    Now, this is another reference.  Is this a

19    reference that appeared on the al-Haramain website?

20         A.    Yeah.  This has nothing to do with any

21    fatwa, though.

22         Q.    Oh, I understand that.  We're moving on.

23         A.    Yeah.  Okay.  I just wanted to make sure.

24    This was something that was taken from the

25    al-Haramain website, that's correct.

1    Q.    Right.

2    A.    In its original Arabic form.  This is an

3  English translation of the Arabic.

4    Q.    Right.  And I believe the third sentence

5  of that reads (reading):  When the Chechnya conflict

6  emerged, the foundation opened an office in

7  Azerbaijain and sent hundreds of tons in relief aid

8  that included food, clothing, and blankets.

9  Additionally, the Foundation -- this is the

10  al-Haramain Foundation -- supported the refugees and

11  immigrants in neighboring countries.

12    You don't dispute that, do you?

13    A.    No, not at all.

14    Q.    So at the prior hearing you had an

15  opportunity to meet Colonel Lang -- or did you meet

16  him?

17    A.    I don't think I actually -- I maybe shook

18  hands with him.  We didn't discuss -- we didn't chat

19  about anything.

20    Q.    Okay.  Did you hear him testify?

21    A.    I heard him present his credentials, but I

22  don't believe I heard any substantive testimony

23  beyond just his credentials.

24    Q.    Okay.  And Colonel Lang is an expert

25  witness that the defense team expects to present in

1    this case.  Correct?

2        A.    If you say so.

3        Q.    I should know.  You shouldn't know.

4        A.    I accept that.

5        Q.    I will throw that out there, and you if

6    you don't have any problem --

7                THE COURT:  Counsel, do you intend to

8    go into his credentials?

9                MR. CASEY:  No, sir, I do not.

10   BY MR. CASEY:

11       Q.    Let me ask you about your credentials,

12   though.  So unlike Colonel Lang, you don't have any

13   military training, do you?

14       A.    No, I don't.

15       Q.    You don't have any military service of any

16   kind.

17       A.    No.

18       Q.    You have not worked with -- as an employee

19   of any intelligence or counter --

20               THE COURT:  Excuse me.  Don't answer

21   the question.

22               The jury is excused for a few moments.

23               (Jury exits courtroom at 4:10 p.m.)

24               THE COURT:  I need to see counsel with

25   security clearance in the other room.

```
 1                    (Recess:  4:11 to 4:22 p.m.  Jury

 2                 absent.)

 3                 THE COURT:  Members of the jury, if

 4     you were here often, you would know that I don't

 5     interrupt to send juries out very often to chat with

 6     other folks because I think your time is too

 7     important, but I may do it from time to time and

 8     don't worry about it.  Don't consider why.  I'll

 9     talk to you about it after the verdict to the extent

10     I can, if you're interested.  And in fact, sometimes

11     lawyers may ask for that, and I would say no.  Don't

12     hold it against them.  I pretty much know what's

13     coming up, and I may have already made my mind up,

14     frankly.  It's a little bit stubborn but --

15                 All right.  Go ahead, Mr. Casey.

16                 MR. CASEY:  Thank you, Your Honor.

17     BY MR. CASEY:

18        Q.    So as I understand it, you don't have any

19     civilian intelligence service.

20        A.    No.  I've never worked as a formal part of

21     any intelligence agency or military --

22        Q.    Well, formal or informal.  You never were

23     an employee of the CIA, the FBI, or Homeland

24     Security or --

25        A.    I provide contract services to the FBI,
```

1    the Department of Justice, and other U.S. government

2    agencies, but I have never acted as a formal

3    employee, no.

4        Q.    Okay.  And you've never lived or worked

5    for any substantial period of time in the Middle

6    East or in a Muslim country?

7        A.    Well, I did field work in

8    Bosnia-Herzegovina, which is a Muslim country.  I

9    was there for weeks at a time.

10       Q.    The question was not whether you did field

11   work, but whether you lived there.  I think you know

12   what I mean.

13       A.    You mean for like months?

14       Q.    Yeah.

15       A.    Not months at a time, but I was just in

16   Bosnia less than eight months ago.

17       Q.    Okay.  And you never taught a course in

18   international relations and national security?

19       A.    That's correct.

20       Q.    And you have no graduate degrees in

21   religious studies, Islam, national security, or

22   terrorism?

23       A.    My law degree has a focus in national

24   security and terrorism, but it's a law degree so --

25       Q.    So let me ask you about that, the law

1    degree that focuses on -- what did you say?

2    International --

3         A.    My studies at the University of

4    Pennsylvania focused primarily on national security

5    law, on terrorism, and on cyber security.

6         Q.    Well, sir, I have transcript here of your

7    law school record.  In the first year of law school

8    you studied civil procedure, contracts, torts,

9    property, legal writing, constitutional law,

10   criminal law, American legal history, and

11   administrative law.  That's your first year.

12        A.    That's correct, yes.

13        Q.    No concentration on --

14        A.    Well, the first year of study is a

15   standard year.  It's the second --

16        Q.    Well --

17              THE COURT:  Counsel, please let him

18   finish.

19              MR. CASEY:  Counsel, I really

20   apologize, Your Honor.  I don't mean to do that.

21        A.    It is the second and third year in which I

22   had the opportunity to take classes both in cyber

23   security, in terrorism, and then outside of law

24   school in Afghanistan Islamism.

25   BY MR. CASEY:

1    Q.    Well, my question was -- had to do with

2    what you studied in law school, and you said you

3    focused on international security -- I believe

4    that's what you said.

5    A.    On criminal law?

6    Q.    So let's talk about second year.  We

7    talked about first year.  Let's talk about second

8    year.  There are three years of law school.

9    A.    That's correct, yes.

10    Q.    Let's talk about the second year.  You

11    studied tax, evidence, professional responsibility,

12    criminal procedure, copyright, corporations, topics

13    in defamation, law, and the holocaust, and in

14    addition, you have one course in terrorism and

15    democracy.

16    A.    That's correct.

17    Q.    So far you've got two years down and

18    you've had one course in law school relating to the

19    subject matter in which you said you focused.

20    A.    No.  I mean you've covered already two

21    classes in criminal law which have direct

22    relationship to the study of national security and

23    criminal law.

24    Q.    Excuse me, sir.  I'm a criminal lawyer --

25                MR. GORDER:  Objection, Your Honor --

1          MR. CASEY:  Withdrawn.

2    BY MR. CASEY:

3        Q.    Third year, you studied death penalty and

4    habeas corpus, trial advocacy, advanced criminal

5    law, free speech, and then there's one other course

6    in Afghanistan and Islamism.  Is that correct?

7        A.    That's correct.

8        Q.    Did I nail those pretty well?

9        A.    I believe that's everything, yes.

10          MR. CASEY:  Nothing further, Your

11    Honor.

12          THE COURT:  Thank you.  Redirect?

13          MR. GORDER:  Just a couple of areas,

14    Your Honor.  If we could have SW-5 up.

15

16                  REDIRECT EXAMINATION

17    BY MR. GORDER:

18        Q.    Mr. Kohlmann, this is an exhibit that was

19    found in the computers in Ashland.  Have you seen

20    this before?

21        A.    I don't recall that I have.

22        Q.    Okay.  If you go to the next big

23    attachment, and have you seen this before?

24        A.    Yes.  This I've seen.

25        Q.    Okay.  Now, you had mentioned seeing

1    something that you thought had the Ashland address

2    on it from the website.

3        A.    Yes, along with bank account numbers,

4    that's correct.

5        Q.    Okay.  And is this what you were talking

6    about?

7        A.    This is exactly the webpage I was

8    referring to.  You can see the Siskiyou Boulevard,

9    Ashland, Oregon address.  This is exactly the

10   webpage I was referring to.

11       Q.    Okay.  And then down below there's a list

12   of bank accounts?

13       A.    Yes.  And these are the bank accounts I

14   was just referring to.  You can see Ashland branch,

15   Bank of America, Al-Haramain Foundation.

16       Q.    Okay.  You were asked about case studies

17   on al-Haramain, whether you had done any.  Are you

18   familiar that the 9/11 Commission did a case study

19   on al-Haramain?

20       A.    I believe they did.

21       Q.    All right.  And what was that about?

22       A.    It was about the role of al-Haramain in

23   providing financing to paramilitary and terrorist

24   organizations in relation to the September 11

25   terrorist attacks in the United States.

1              MR. GORDER:  Nothing further, Your

2    Honor.

3              MR. CASEY:  Your Honor, may I have a

4    minute to consult with counsel on a subject that

5    just came up on redirect?

6              THE COURT:  Yes.

7              (A discussion was had off the record.)

8              MR. CASEY:  Nothing further, Your

9    Honor.

10             THE COURT:  Thank you.  You may step

11   down.

12             MR. GORDER:  Your Honor, is this

13   witness excused?

14             THE COURT:  Yes.

15             MR. GORDER:  Thank you.

16             Our next witness is Barbara Cabral.

17

18             BARBARA CABRAL,

19   having been first duly sworn to testify the truth,

20   the whole truth, and nothing but the truth, was

21   examined and testified as follows:

22

23             THE CLERK:  Please step forward.

24   Watch your step.  Please have a seat.  Please state

25   your full name for the record and spell your name

1    for the record.

2                    THE WITNESS:  Barbara Cabral,

3    B-A-R-B-A-R-A C-A-B-R-A-L.

4

5                    DIRECT EXAMINATION

6    BY MR. GORDER:

7        Q.    Ma'am, could you tell the jury a little

8    bit about your background, where you live, and what

9    you do for a living?

10        A.    I live in White City, Oregon.  I work for

11    JCPenney's.  I'm the master stylist there.

12        Q.    And that's in the Southern Oregon area?

13        A.    Yes.

14        Q.    Did you have a husband by the name of

15    Richard?

16        A.    Yes, I did.

17        Q.    He's now deceased.

18        A.    Yes.

19        Q.    Okay.  How long were you married?

20        A.    Thirty-five years.

21        Q.    And approximately when did your husband

22    pass away?

23        A.    He passed away March the 21st, 2008.

24        Q.    Okay.  Do you know the defendant in this

25    case, Mr. Sedaghaty?

1          A.     Yes.

2          Q.     Could you point him out just for the

3    record?

4          A.     He's right over there (indicating).

5                     MR. GORDER:  Your Honor, can the

6    record reflect she's identified the defendant?

7                     THE COURT:  Yes.

8    BY MR. GORDER:

9          Q.     Would you tell the jury how you met him?

10         A.     My husband contacted him because he had

11   a --

12                    MR. WAX:  Your Honor, excuse me.  I'm

13   going to object to the hearsay.

14                    THE COURT:  Were you talking about

15   something your husband was doing or --

16                    THE WITNESS:  Well, my husband is the

17   one that contacted him because he wanted to --

18                    MR. WAX:  Excuse me, Your Honor.  I'm

19   going to object to any hearsay about the husband.

20   What she knows, what she sees, it's --

21                    THE COURT:  What you can tell us is

22   what you saw.  And there's some things that you can

23   tell us that you've heard, but not for the truth of

24   them.

25                    THE WITNESS:  Okay.  My husband was

1  visually handicapped.  He could not read any papers

2  so I'm the one that had to give the phone number for

3  him to contact Mr. Seda.

4             THE COURT:  All right.  That's fine.

5  BY MR. GORDER:

6      Q.    And approximately when was that?

7      A.    I'm going to say that's -- to my

8  recollection it was 1991.

9      Q.    And what happened when you met

10  Mr. Sedaghaty?

11     A.    He came over with his brother and they

12  brought us Qur'ans and spoke with us about the

13  religion and invited us to a -- I guess you might

14  call it like a service, but it was a prayer -- what

15  they call prayer, Friday prayer.

16     Q.    And did you ultimately decide to go to the

17  Friday prayers?

18     A.    Well, I couldn't go at first because there

19  was no facilities for the sisters.  So when --

20     Q.    When you say the sisters, you mean women?

21     A.    The women, yes.

22     Q.    Okay.

23     A.    So I would meet at one of the sister's

24  houses while the men were praying.

25     Q.    Did you and your husband get interested in

1    the Islamic religion?

2         A.    Yes, we did.

3         Q.    How did that develop?

4         A.    Well, because of his not being able to

5    read, I'm the one that had to read all the Qur'ans,

6    and I read probably at least seven or eight of them

7    to him from front -- from cover to cover.

8         Q.    Was there a period of time where you began

9    to attend services or go to a location at 3800

10   Southwest Highway 99 in Ashland?

11        A.    Yes.

12        Q.    If we could have Exhibit 66.  Yes.  SW-66

13   -- excuse me.  Do you recognize that picture?

14        A.    Yes, I do.

15        Q.    And that's the location on Highway 99?

16        A.    Yes.

17        Q.    Now, you say that -- you referred to the

18   sisters.  Who -- could you identify some of the

19   people that were women who attended this mosque?

20        A.    Yes, I can.

21        Q.    Okay.

22        A.    Do you want me to give their names?

23        Q.    Yes, please.

24        A.    There was -- I don't know the last names,

25   but there was Azizi, there was a Mary, Laleh,

1  Safiyah, Brya, some -- there was -- we had a big

2  turnover, too, so I don't remember all their names.

3      Q.    Okay.  I want to focus on Safiyah for a

4  moment.  What can you tell us about her?

5      A.    Well, the first time I met Safiyah she was

6  working for her aunt and uncle in Medford in a

7  restaurant, a Russian restaurant.  And when my

8  husband and I would go in there, she was -- she

9  waited on us a couple of times.  And then I didn't

10 see her again for a while, and then when I went to

11 prayer, she was there.

12     Q.    What can you tell us about her, her

13 background?

14     A.    Other than she told me that --

15          MR. WAX:  I'm going to object on

16 grounds of relevancy.

17          MR. GORDER:  Your Honor, I'm getting

18 into her language abilities.

19          THE COURT:  Overruled.  Then ask about

20 that.

21          MR. GORDER:  Okay.

22 BY MR. GORDER:

23     Q.    Did she speak Russian?

24     A.    Yes.

25     Q.    Did anybody else, to your knowledge,

```
 1   amongst the sisters speak Russian?
 2        A.    No.
 3        Q.    Now, if we could look at Exhibit SW-64.
 4   You've seen this exhibit before?
 5        A.    Yes.
 6        Q.    Okay.  And this is a diagram of the floor
 7   plan on Highway 99?
 8        A.    Yes.
 9        Q.    And this particular page says lower level.
10   Do you recognize that?
11        A.    Yes, I do.
12        Q.    Okay.  Can you tell us, when you would go
13   to this location, where did you normally attend
14   services?
15        A.    Downstairs.
16        Q.    Okay.  On this lower level?
17        A.    Yes.  At the -- in the -- I guess it would
18   be the living room.
19        Q.    Okay.  And what were the nature of the
20   services?
21        A.    They were what we call khutbahs.  They're
22   like when you go to church and you have a preacher
23   that gives sermons, it would be like that.  And they
24   had it set up so that there was a speaker so we
25   could hear whoever was doing it that Friday from
```

1    upstairs.

2        Q.    Okay.  So the sermon was upstairs, and you

3    and the other women were downstairs?

4        A.    Yes.

5        Q.    Now, do you see on the diagram there's a

6    -- just above the living room there's an office, a

7    Room X?

8        A.    Yes.

9        Q.    When you were worshipping downstairs, was

10   that an office?

11       A.    No.  That was a bedroom.

12       Q.    Okay.  Was there a point in time where at

13   some point you moved upstairs for services?

14       A.    Yes, we did.  When Pete moved in to the

15   downstairs, then we went upstairs.

16       Q.    Okay.  Could we go to the second page.

17             And you recognize this as a diagram of the

18   upper level of the house?

19       A.    Yes.

20       Q.    Okay.  Now, perhaps you could show us

21   where the services were conducted and where you

22   were.  And if you touch the screen, it will make a

23   little line.

24       A.    Okay.  The prayer for the brothers or the

25   men was here, and the ladies were on this side.

1    Q.    Okay.  And was there any kind of

2    separation?

3    A.    Yes.

4    Q.    And what was that?

5    A.    Well, there was a curtain drawn where the

6    stairs are to where the -- to where it says wood

7    stove there.  There's a -- there was an opening

8    right there, and we had a curtain across there, and

9    also there was a curtain across where the kitchen

10   was, also.

11   Q.    Now, did you also visit this location at

12   other times besides just Friday services?

13   A.    Yes.  We had potlucks or like meetings

14   where we discussed the Qur'an and that type of

15   thing.

16   Q.    And did you do any work at the -- at this

17   location?

18   A.    Yes.  Several of us helped pack Qur'ans

19   and information to prisoners, but it depended on

20   what -- we had like these little lists that said

21   what went to who, so you would just -- if they

22   didn't need a Qur'an, you didn't put one in there.

23   They just had literature, Islamic literature, that

24   was put in there.

25   Q.    So you would help package things up?

1      A.     Right.  Well, because it was too hard for

2  one or two people to do.  It was better if there was

3  more.

4      Q.     Okay.  Who was in charge of the house?

5      A.     Who was in charge of the house?

6      Q.     Yeah.  And the organization?

7      A.     Pete.

8      Q.     What did he say or do that you saw that

9  leads you to that conclusion?

10     A.     Well, it was just taken for granted that

11 he was in charge.

12     Q.     Did you notice any changes in the services

13 or the operation when al-Haramain became involved?

14     A.     Yes.

15     Q.     When approximately, if you recall, was

16 that?

17     A.     I'm not real positive on that, when they

18 actually took over, other than it was my

19 understanding that they were the ones that bought

20 the house.

21     Q.     So when you say there was a change, it was

22 about the time the house was bought?

23     A.     Yes.

24     Q.     How did the change manifest itself besides

25 a new house?

1    A.    Well, at first it was really -- it was

2    good at first because everybody was glad to have a

3    permanent place to go because we'd been -- peoples'

4    houses and stuff like that, so it was just really

5    nice to have this permanent location.

6    Q.    And did then did it change for the worse?

7    A.    Well, not really, not until after we went

8    to hajj, when we came back from hajj.

9    Q.    Okay.  Let's talk about that then.  When

10   you say you went to hajj, could you explain to the

11   jury what the hajj is?

12   A.    That's like a pilgrimage that the Muslims

13   do.  You have -- you go to Saudi Arabia and you go

14   to Mecca.  We also -- and then you do the -- I can't

15   think of the word, but anyway, you go around at

16   the -- gosh, I can't think of the name of it -- at

17   the -- the name of the mosque.

18          Anyway, you do so many circles around and

19   there's different things that you have to do.  And

20   we went to Madinah.  And we also came back and it

21   was -- there's just certain traditions that you have

22   to do to finalize the -- this hajj.

23   Q.    When did you go on the hajj?

24   A.    It was 1999 and it was like March.

25   Q.    And how did it get organized, this trip?

```
 1        A.     Well, all I know is my husband came home
 2   and he told me -- he told me -- he says --
 3                MR. WAX:  Objection, Your Honor.
 4                THE WITNESS:  Whoop --
 5                MR. GORDER:  It's preliminary, Your
 6   Honor.
 7                THE WITNESS:  Okay.  Well, I had to
 8   pay the bill to go so, so I had to know what was
 9   going on.  Laleh called and confirmed that we were
10   going to be -- have a chance to go with him on the
11   hajj and that we'd be represented by the
12   al-Haramain.  They were the ones that were going to
13   sponsor us.
14   BY MR. GORDER:
15        Q.     And this was you and your husband?
16        A.     Yes.
17        Q.     And another group of people?
18        A.     And there was other people.
19        Q.     And you say you had -- can you just give
20   the jury some understanding of what's involved in --
21   putting together a trip for the hajj?
22        A.     Okay.  I had to have a passport done, and
23   I had to wear an hijab which covers your hair
24   because they just felt it would be better because
25   they don't allow nonMuslims in the area, so my
```

1    passport had me with an hijab.  I had to write a

2    letter stating that I was a Muslim and that this was

3    part of my religion so that they would okay me to be

4    able to get a passport.

5              And then you had to apply for a Visa to be

6    able to go there.  We had to pay a certain amount of

7    money for the Eid over there where they sacrifice

8    lambs, so each person has to pay so much money for

9    that.  We also had to pay for government

10   transportation because they try to keep this really

11   as strict as possible so that not everybody can --

12   you know, can do this.  So that's basically what I

13   had to go through.

14      Q.    I take it you had to pay your airfare,

15   too?

16      A.    We did, but Laleh talked to a --

17              MR. WAX:  Objection.

18              THE COURT:  Well, I'm going to let her

19   answer, but not for the truth of it.

20              Go ahead.

21      A.    It's just that she set us up with a person

22   to get us flight for a group so that we could fly

23   over there.  So she just arranged our flights.

24   BY MR. GORDER:

25      Q.    And you paid for yours?

1    A.    Oh, yeah.

2    Q.    Now, when you got to Saudi Arabia, what

3 happened?

4    A.    Well, when we finally got to our first

5 destination, we were all pretty washed out because

6 we had been up for -- it felt like two days.  We

7 were taken into a flat.  And if I'm not mistaken, I

8 think it was in Mina because it would be close to

9 where we had to do all the things that we had to do.

10 And we were taken care of very well.  The

11 al-Haramain was the mother's and father's flat and

12 so when the mother -- and I think it was an aunt

13 that took care of us and they brought their

14 housekeeper to pick up.

15    Q.    And whose mother was this that took care

16 of you?

17    A.    It was Soliman, and I think his brother is

18 -- I can't think of his name.  There was like two

19 brothers and their -- and his son -- there was

20 somebody's son there.  And that was the one that

21 took care of my husband for me.

22    Q.    If we could see DJR-3.  When you say

23 Soliman, is that the person?

24    A.    I think it was his brother.  I don't think

25 it was him.  I think he had an older brother.

1    Q.    Okay.  Was --

2    A.    But he was there with them.

3    Q.    Was it Soliman al-But'he?

4    A.    Well, whoever this is.  I'm sure that's

5    who it was.  I'm almost positive.

6    Q.    You're certain about the name Soliman.

7    A.    Yes.

8    Q.    And you stayed with his parents?

9    A.    Yes.

10    Q.    Now, after the -- you were done doing the

11    hajj, you're ready to go back to the United States,

12    I guess.  What kind of a process did you have to go

13    through to leave Saudi Arabia?

14    A.    Well, we had to go up to a room at the

15    airport because we had to get our passports back

16    because they take your passports.  And we had to get

17    our passports back.  And the person that was in the

18    room told my husband and I that since we didn't use

19    the transportation there, that we were getting this

20    -- I think it was like $200 -- I don't know if it

21    was in American money or riyal, but it was 200

22    apiece, and so they gave us this money.

23          And when we came out, we were approached

24    by Pete to give him the money because he said since

25    they took care of us, and that it would also help

```
 1   send blankets and food and help the mujahideen in
 2   Chechnya.
 3            Well, my husband and I didn't think
 4   anything of it.  We were so gracious that everybody
 5   had taken care of us so well that, you know, we gave
 6   them the money.  I personally didn't want to give
 7   them the money, but we gave them the money.
 8        Q.    Now, after you returned from the hajj, you
 9   indicated that things changed at al-Haramain.  How
10   is that?
11        A.    Well, it -- I felt it got more strict.  I
12   think they wanted things to be closer to the way
13   they were in Saudi Arabia.
14        Q.    Did you listen to someone name Hassan
15   Zabady?
16        A.    Yes.
17        Q.    And what was he?  Who was he?
18        A.    He was -- we just called Sheikh Hassan.
19   And he was very negative.  He suggested that all of
20   us -- because everybody could hear when we talked
21   because we did have speakers, and he suggested that
22   we should all move to an Islamic country, that we
23   shouldn't live here.  This was the devil's land
24   basically, and that we shouldn't live here.
25        Q.    And where did you hear this?
```

1    A.    I heard that at the house.

2    Q.    Was this during the Friday services?

3    A.    Well, he would come and give like

4  lectures, and it wasn't necessarily a Friday, you

5  know, prayer time.  It could have been at nighttime.

6  We used to get together on Saturday nights, too.  So

7  it was not any real set -- it was just when he was

8  in town.

9    Q.    Okay.  Did you ever hear any antisemetic

10  things --

11    A.    Yes.

12    Q.    -- from Sheikh Hassan?

13    A.    Yes.  As a matter of fact, I have -- one

14  of the ladies walked out of his lecture because he

15  was so down on Jewish people so -- and she said, "I

16  just can't listen to this anymore" because it was

17  always the -- like it felt like it was the same

18  thing all the time.

19    Q.    And how did Mr. Seda treat Sheikh Hassan?

20    A.    I'm assuming that he --

21        MR. WAX:  Excuse me.  Objection to

22  assuming.

23        THE WITNESS:  Oh, I can't assume.

24  Sorry.

25        I'm going to say he -- he thought

1    something of him or he would not have had him in the

2    house giving us lectures.  And that's --

3    BY MR. GORDER:

4        Q.    Did he ever ask you to wait for him?

5        A.    They asked us one time to wait --

6                MR. WAX:  Objection to a "they," Your

7    Honor.

8                THE COURT:  Sustained.  You need to

9    say who.

10       A.    We would told to wait for Sheikh Hassan to

11   come to the house for prayer.  And my husband is

12   very adamant about prayer time.  And he said, "No,

13   we should not wait."

14   BY MR. GORDER:

15       Q.    Okay.  Was Sheikh Hassan married to

16   anybody?

17       A.    I know he was married to Raya.

18       Q.    And that was one of the women who was

19   occasionally there?

20       A.    Uh-huh.

21       Q.    Is that Raya Shokatfard?

22       A.    Yes.

23       Q.    Did Raya Shokatfard hold fund-raisers for

24   the mujahideen at the al-Haramain?

25                MR. WAX:  Objection to leading, Your

```
 1    Honor.
 2                    THE COURT:  Sustained.
 3    BY MR. GORDER:
 4        Q.    Do you recall a jewelry sale?
 5        A.    Yes, we did have a sale.
 6        Q.    Can you tell us how the jewelry sale came
 7    about, how you learned about it?
 8        A.    Raya asked us ladies if we could bring our
 9    jewelry -- old jewelry that we didn't wear and we
10    could have a -- like a -- I don't know.  I thought
11    she was going to have like an auction thing, but it
12    was just like you bring the jewelry, and then if you
13    see somebody's jewelry that you liked, you could buy
14    it, and all the funds were to go for the mujahideen
15    in Chechnya.  And that's what I was told by her that
16    the funds were going for.
17        Q.    And did you give some money for that or
18    buy some jewels?
19        A.    Yes.
20        Q.    And how much, if you recall?
21        A.    I think I spent like five dollars.
22        Q.    Where was the jewelry sale?
23        A.    It was in the downstairs at the house.
24        Q.    Okay.  If we could have SW-64 again.  Is
25    this what you're referring to as the downstairs?
```

```
 1        A.    Yes.  The downstairs living room.

 2        Q.    Okay.  And who all was present, if you

 3   recall?

 4        A.    Let's see.  There was Mary.  There was a

 5   Mary Foster.  There was Anita Seda.  Let's see.

 6   Raya was there, of course.  Laleh, Safiyah.  There

 7   might have been a couple more people, but I'm not

 8   real sure what --

 9        Q.    Okay.  Did you ever -- were you ever told

10   that the money had successfully gotten there?

11        A.    I had an email from Raya stating that --

12   how much money that she had received and as far as

13   what the email read, it was successfully sent.

14        Q.    If we could have Exhibit BC-1.  And is

15   this -- if you look at the screen, is this the email

16   that you were referring to?

17        A.    Yes.

18        Q.    (Reading):  Subject:  News about the

19   sisters fund-raiser?

20        A.    Yes.

21        Q.    And this is dated October 24th, 2000?

22        A.    Uh-huh.

23        Q.    And it says it's from Raya Shokatfard.

24   And do you recognize the names of the various people

25   on the "To" line?
```

1      A.     Yes.

2      Q.     Okay.  Mary Foster?

3      A.     Yeah.  Mary Foster.  Oh, Sharon, yes.  I

4  forgot about Sharon.  She was somebody that was with

5  us for a while.  And then they had me listed as the

6  Salmah.

7      Q.     Okay.  You're Salmah?

8      A.     Yes.  That's my -- that was my Arabic

9  name.

10     Q.     And Anita Seda?

11     A.     Uh-huh.

12     Q.     And Ms. Safi Yah, is that Safiyah?

13     A.     Yes.

14     Q.     And then who is the last person?

15     A.     Sabah?  I don't think she was with us for

16  very long.  I'm not -- I'm not picturing her.

17     Q.     Okay.  And the emails says (reading):

18  Looking for the right door to open, and yesterday

19  $1,763 was sent.

20     A.     Uh-huh.

21     Q.     And this was collected for the brothers

22  and sisters in Chechnya.  Is that correct?

23     A.     Right.

24     Q.     And then down below, is there a prayer?

25     A.     Yes, there is.

1    Q.    Okay.  And a little bit farther down,

2  there is a prayer for the support of the mujahideen?

3    A.    Uh-huh.

4    Q.    Okay.  And you received that after -- at

5  some point after the fund-raiser?

6    A.    Right.

7    Q.    Do you recall about how long after the

8  fund-raiser you got the email?

9    A.    I don't think it was too, too long after.

10  I think we had done it maybe in a summer, you know,

11  like just a few months before.

12    Q.    Okay.  So maybe July/August?

13    A.    Somewhere around in there.

14          MR. GORDER:  One moment, Your Honor.

15          THE COURT:  Members of the jury, I

16  know I'm keeping you a few minutes extra, but I

17  would like to finish the witness if we could.

18  BY MR. GORDER:

19    Q.    Ms. Cabral, do you know, was Safiyah ever

20  married to the defendant?

21          MR. WAX:  Objection.

22          THE COURT:  Overruled.

23    A.    Yes.

24  BY MR. GORDER:

25    Q.    And she's the one that spoke Russian?

1        A.    Yes.

2                    MR. GORDER:  No further questions,

3   Your Honor.

4                    THE COURT:  Cross?

5                    MR. WAX:  Thank you, Your Honor.

6

7                    CROSS-EXAMINATION

8   BY MR. WAX:

9        Q.    Good evening, Ms. Cabral.  A few

10  questions, please.

11       A.    Uh-huh.

12       Q.    In terms of the fund-raiser and the timing

13  of it, you're not quite sure of the time?

14       A.    Not really.  I think it was like maybe a

15  couple of months before I got that email.

16       Q.    Do you remember -- you have spoken with

17  the government agents a number of times about this

18  matter, have you not?

19       A.    Yes.

20       Q.    And do you recall them coming to you at

21  one point and showing you an email to see if they

22  could help you straighten out just when this thing

23  supposedly occurred?

24       A.    No.

25       Q.    You don't remember them coming and showing

1   you anything?

2        A.    No.  I gave them that email.  That was an

3   email that I had.  That was sent to me.

4        Q.    Do you recall that the government agents

5   in April discussed with you your recollection of the

6   timing?

7        A.    Oh, yes.

8        Q.    Thank you.  And do you recall in that

9   conversation you shifted the timing back a few

10  months from what you had originally told them?

11       A.    Yes.

12       Q.    Okay.  Would it help refresh your

13  recollection even more to know that there are emails

14  which the government has apparently not shown you

15  discussing the fund-raiser back in the winter and

16  spring of 2000?

17       A.    That would help.

18       Q.    Okay.  The bottom line is that today your

19  recollection is vague on when precisely this

20  occurred?

21       A.    Yes.

22       Q.    Now, in terms of what you recall the

23  fund-raiser being for, if I heard you correctly on

24  direct examination you said that Raya said this was

25  for the mujahideen.  Did I hear you correctly?

1          A.      Yes, you did.

2          Q.      Do you recall Raya saying that this was

3    for the brothers and sisters in Chechnya?

4          A.      She said that, too.

5          Q.      Do you recall Raya saying that it was for

6    blankets and food?

7          A.      Yes.  She mentioned that.

8          Q.      Okay.  Now, in terms of the Exhibit BC-1,

9    if we could have that up again because there's a

10   word I'd like to ask you about, please.  If you

11   could focus in, Ms. Cooke, on the last paragraph

12   after the greeting after the word "Sisters" the word

13   "ummah" that appears.

14                 MR. WAX:  May I step over there, Your

15   Honor?

16                 THE COURT:  Yes.

17         A.      Oh, okay.

18   BY MR. WAX:

19         Q.      Okay.  Could you please, Ms. Cabral, if

20   you know, explain what the word "ummah" means?

21         A.      That's like the whole Islamic people,

22   everybody.

23         Q.      Okay.  So in this email there is reference

24   to organizations having been shut down and having

25   taken Ms. Shokatfard some time for her to find a way

1    to send the money.  Do you recall that?

2        A.    She mentioned it when she first had all

3    the money collected.  I remember she had mentioned

4    it.

5        Q.    Would you look, please, at the paragraph

6    above the word "ummah."  We'll get back to that in

7    a moment.  Second sentence (reading):  Some

8    organizations have shut down and some are still

9    active.

10             Do you recall that?

11       A.    Yes.

12       Q.    Okay.  And then going back to ummah, what

13   she's saying there is she's thanking people for the

14   efforts and those who purchased them with the

15   intention of helping our ummah, and that, because

16   you've just told us, is the general collective of

17   Muslims.

18       A.    Right.

19       Q.    Thank you.  All right.  I'd like to ask

20   you about this Sheikh Hassan.  Do you recall that he

21   would come, he'd give a talk, then he'd be gone for

22   months and then maybe he'd appear again?

23       A.    Yes.

24       Q.    So he was not a, you know, weekly --

25       A.    No.

1    Q.    -- person there.

2    A.    No.

3    Q.    Periodic?

4    A.    Right.

5    Q.    And sporadic?

6    A.    Yes.

7    Q.    Now, you've told us that he was negative

8  about Muslim involvement in American society.  I

9  heard that correctly?

10    A.    Yes.

11    Q.    Now, you heard that from him on one

12  occasion or more than one occasion?

13    A.    Every lecture he gave had the comment in

14  it.

15    Q.    Okay.  Now, do you recall whether he

16  started showing up periodically before al-Haramain

17  even existed?

18    A.    No.

19    Q.    You don't recall that?

20    A.    I don't recall.

21    Q.    All right.  Regardless, he came

22  periodically over a several-year period?

23    A.    Yes.  Probably over a couple years.

24    Q.    Okay.  And in that period with him

25  expressing his views, are you aware that Mr. Seda

1    continued his active involvement running his

2    arborist business?

3        A.    Yes.

4        Q.    Are you aware that notwithstanding Sheikh

5    Hassan's expression of his views, Mr. Seda continued

6    involvement in the community in Ashland?

7        A.    Yes.

8        Q.    You're aware that he would give speeches?

9        A.    Yes.

10       Q.    4th of July parade, he and the camel were

11   fixtures in it in Ashland, weren't they?

12       A.    Yes.

13       Q.    He would give talks at colleges?

14       A.    Yes.

15       Q.    High schools?

16       A.    Uh-huh, yes.

17       Q.    You're aware that high school kids would

18   often come and meet with Mr. Seda and some other

19   people in the tent that was on the property?

20       A.    Yes.

21       Q.    So Hassan was saying one thing, and

22   Mr. Seda was doing something different.

23       A.    Yes.

24       Q.    Now, you mentioned hearing some

25   antisemetic comments, and those were from Sheikh

1    Hassan.

2        A.    Yes.

3        Q.    Are you aware that Mr. Seda was very much

4    involved with two of the Rabbis in Ashland?

5        A.    Yes, I was.

6        Q.    Rabbi Sirinsky?

7        A.    Yes.

8        Q.    And Rabbi Zaslow?

9        A.    Yes.

10       Q.    Are you aware that he continued his work

11   with them notwithstanding Sheikh Hassan's views of

12   Jewish people?

13       A.    Yes.

14       Q.    Now, you were asked here about the hajj,

15   and you described a conversation that you say took

16   place at the end of the hajj with respect to the

17   money that hadn't been spent.

18       A.    Yes.

19       Q.    You've already told us that you have

20   spoken with the government agents on a number of

21   occasions over the years.

22       A.    Yes.

23       Q.    Do you recall the first time speaking with

24   them with an Agent Shawna Carroll back in September

25   of 2004?

294

1       A.      Yes.

2       Q.      You made no reference to that at all in

3  that conversation with Agent Shawna Carroll?

4       A.      Probably because they were there to talk

5  to my husband, not me.

6       Q.      They spoke with you, did they not,

7  Ms. Cabral?

8       A.      They only spoke to me because I was in the

9  room with my husband.

10      Q.      Ms. Cabral, did you speak personally with

11 Agent Shawna Carroll?

12      A.      I probably spoke to her maybe once or

13 twice.

14      Q.      Okay.  If I had a report that has been

15 provided to me by the government that is not signed

16 by, but has her name on it as the investigating

17 agent describing a conversation that she had with

18 you on September 28th, 2004, would you agree that

19 Agent Carroll probably had a conversation with you

20 on that day?

21      A.      I would say yes.

22      Q.      And if there's no reference to any such

23 conversation in this report?

24      A.      I have -- I haven't -- I don't remember

25 the total conversation with her so --

1          MR. WAX:  Thank you.

2          Just a moment, please, Your Honor.

3  Thank you very much.  I have no further questions.

4          THE COURT:  Redirect?

5          MR. GORDER:  Just one, Your Honor.

6

7          REDIRECT EXAMINATION

8  BY MR. GORDER:

9     Q.    To your knowledge, did Mr. Seda invite the

10  rabbis to listen to Sheikh Hassan?

11    A.    No.

12    Q.    Were they ever there --

13    A.    Not to my knowledge.

14    Q.    Were they ever there when Sheikh Hassan

15  was speaking?

16    A.    Not to my knowledge.  Because the women

17  and the men were separate, so a lot of times we

18  didn't -- you know, we weren't allowed to know -- we

19  weren't allowed to see each other.  We were kept

20  separate.

21          MR. GORDER:  Nothing further.

22          MR. WAX:  Nothing further.

23          THE COURT:  You may step down.

24  Thanks.

25          THE WITNESS:  Thank you.

1              THE COURT:  All right.  Jurors, thank

2    you for hanging in there with us today, and I'll see

3    you in the morning at nine o'clock.  All right.

4              MR. CARDANI:  Excuse me, Judge, one

5    more thing.  Would you ask them not to look at any

6    media accounts.

7              THE COURT:  That's right.  You

8    remember I told you don't watch the media.  If

9    somebody tries to hold it up, why don't you just

10   turn your head and say, "No, I don't look at that

11   stuff."  Okay.  Good.

12              (Jury exits courtroom at 5:14 p.m.)

13              THE COURT:  Counsel, I apparently

14   didn't make myself clear yesterday.  There will be

15   no open computers in the back of the courtroom

16   through the remainder of this trial.  And I want to

17   confirm that none of the computers that are at

18   counsel table are hooked to any outside media

19   source.  All right?  Thank you.

20              MR. CARDANI:  Judge, I'd just like to

21   give you an update, we're making good progress, in

22   terms of our prediction.

23              THE COURT:  I'm not shocked.

24              MR. CARDANI:  So it looks like we're

25   going to be done sometime early on Friday.

```
1                    THE COURT:  Yeah.

2                    MR. WAX:  Your Honor, we are still

3    planning on flying some witnesses in to take off on

4    Friday, if that is still what we should do.

5                    THE COURT:  Sure.  You can bring them

6    to my tailgate party on Saturday if they need

7    something to do.  I'll feed them.  Everyone is

8    invited.

9                    THE CLERK:  This court is in recess.

10                   (The proceedings were adjourned at

11                    5:15 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   STATE OF OREGON      )
                          )   ss.
 2   County of Lane       )

 3

 4        I, Deborah M. Bonds, CSR-RPR, a Certified

 5   Shorthand Reporter for the State of Oregon, do

 6   hereby certify that at the time and place set forth

 7   in the caption I reported all testimony and other

 8   oral proceedings in the foregoing matter; that the

 9   foregoing transcript consisting of 301 pages

10   contains a full, true and correct transcript of the

11   proceedings reported by me to the best of my ability

12   on said date.

13        IN WITNESS WHEREOF, I have set my hand and CSR

14   seal this 1st day of September 2010, in the City of

15   Eugene, County of Lane, State of Oregon.

16

17

18

19

20

21

22

23   /s/ Deborah M. Bonds

24   Deborah M. Bonds, CSR-RPR

25   CSR No. 01-0374
```