Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-60008 |
| Plaintiff, | |
| v. | MOTION FOR DECLASSIFICATION REVIEW OF CLOSED SESSION TRANSCRIPTS |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Defendant, Pirouz Sedaghaty, through his attorneys, Steven T. Wax and

Lawrence Matasar, respectfully requests declassification review of the transcripts

Page 1      MOTION FOR DECLASSIFICATION REVIEW OF CLOSED SESSION
            TRANSCRIPTS

of the multiple closed sessions that took place during trial.  On a number of occasions, counsel for the defense, counsel for the government, the government's case agent, and the Court met outside the jury and outside the public forum. These discussions were on the record and raise issues that will be raised in post-conviction motions, sentencing, and the appeal.  Counsel is aware of only one discussion that may have raised any matter that may have been classified.  The rest of the discussions should not raise any concern of a classified nature.  There were other discussions that were ex parte and should be reviewed and declassified for purposes of providing them in a form that would allow for unhindered review by the Ninth Circuit.

Counsel requests that these transcripts be declassified as soon as possible, and certainly well prior to sentencing, which is currently scheduled for November 23, 2010.

Respectfully submitted on September 20, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar