DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
chris.cardani@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, OR 97401
Telephone:  (541) 465-6771
Facsimile: (541) 465-6316
**CHARLES F. GORDER, JR.**, OSB #91287
Assistant United States Attorney
charles.gorder@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204
Telephone:  (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**PIROUZ SEDAGHATY,**<br><br>        Defendant. | Case No. 05-cr-60008-02-HO<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DECLASSIFICATION REVIEW OF TRANSCRIPTS** |

The United States of America, by and through Dwight C. Holton, United States Attorney for the District of Oregon, and Charles F. Gorder, Jr. and Christopher L. Cardani, Assistant United States Attorneys, has no opposition to defendant Sedaghaty's Motion for Declassification Review

of Closed Session Transcripts (CR 476). Regardless of the classification status after review, however, those sessions which were ex parte should remain ex parte. The government suggests that the Court request that the review be concluded within 30 days from the date of the Court's order.

Dated this 24th day of September 2010.

        Respectfully submitted,

        DWIGHT C. HOLTON
        United States Attorney


        /s/ *Charles F. Gorder, Jr.*
        CHARLES F. GORDER, JR.
        Assistant United States Attorney


        /s/ *Christopher L. Cardani*
        CHRISTOPHER L. CARDANI
        Assistant United States Attorney