DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
CHARLES F. GORDER, JR., OSB# 912874
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1117
charles.gorder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PIROUZ SEDAGHATY, ) <br> ) <br> Defendant. ) | Case No.  CR 05-60008-HO <br><br> GOVERNMENT'S MOTION FOR <br> EXTENSION OF TIME (UNOPPOSED) |

The United States of America, through its undersigned counsel, herein moves this Court for an extension of time to file responses to defendant's Motion for New Trial (CR 477) and Motion for Judgment of Acquittal (CR 478) to and including October 25, 2010.  Lawrence Matasar and Steven Wax, counsel for defendant Sedaghaty, do not

oppose this request.

DATED this 29th day of September 2010.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney

*/s/ Christopher L. Cardani*
By: _____
CHRISTOPHER L. CARDANI
Assistant United States Attorney

/s/ Charles F. Gorder, Jr.
By: _____
CHARLES F. GORDER, JR.
Assistant United States Attorney

2 - Government's Motion for Extension of Time (Unopposed)