
**Perouz Sedaghaty**
aka Pete Seda & Abu Yunus

Defendant


**Soliman Al-Buthe**
aka Brother Soliman

Co-defendant


**Ibn-ul-Khattab**


**Abdulaziz Al-Shoumar**


**Abdul Qaadir**
aka AQ