

**Perouz Sedaghaty**
aka Pete Seda & Abu Yunus

Defendant



**Soliman Al-Buthe**
aka Brother Soliman

Co-defendant



Ibn-ul-Khattab



Abdulaziz Al-Shoumar



**Abdul Qaadir**
aka AQ