Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>          v.<br><br>PIROUZ SEDAGHATY,<br><br>                            Defendant. | CR 05-60008 HO<br><br>MOTION TO EXTEND DEADLINE FOR FILING REPLIES TO MOTION FOR NEW TRIAL AND MOTION FOR ACQUITTAL |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby moves this Court to

Page 1 -    MOTION TO EXTEND DEADLINE FOR FILING REPLIES TO MOTION FOR
            NEW TRIAL AND MOTION FOR ACQUITTAL

continue the deadline for filing a reply to the government's responses to Motion for New Trial and Motion for Acquittal to and including November 8, 2010. Counsel continues to work on the replies.

      AUSA Chris Cardani has been contacted and does not oppose this request.

      RESPECTFULLY SUBMITTED this 29th day of October 2010.

      /s/ Steven T. Wax
      Steven T. Wax
      Federal Public Defender