Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              Plaintiff,<br><br>              v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                              Defendant. | CR 05-60008<br><br>**MOTION FOR LEAVE TO FILE UNDER SEAL** |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar, and Federal Public Defender Steven T. Wax, hereby moves this Court to seal the exhibits in support of the Motion for New Trial and supporting declaration submitted herewith.

RESPECTFULLY SUBMITTED this 8th day of November, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender