IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>      v.<br><br>PIROUZ SEDAGHATY,<br><br>                              Defendant. | CR 05-60008 HO<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |

       This matter comes before the Court upon motion by the defendant, Pirouz Sedaghaty, for an order allowing counsel's declaration in support of the Motion to Seal as well as the exhibits in support of his Reply to Government's Response to Motion for New Trial be filed under seal.

       IT IS HEREBY ORDERED that the defendant's Motion to Seal is hereby granted.

       ORDERED this _____ day of November, 2010.

                                                   Honorable Michael Hogan
                                                   U.S. District Court Judge

Presented by:

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 1 -    ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL