FILED '10 NOV 10 12:18 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　　　　　　　Defendant. | CR 05-60008 HO<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |

　　　　This matter comes before the Court upon motion by the defendant, Pirouz Sedaghaty, for an order allowing counsel's declaration in support of the Motion to Seal as well as the exhibits in support of his Reply to Government's Response to Motion for New Trial be filed under seal.

　　　　IT IS HEREBY ORDERED that the defendant's Motion to Seal is hereby granted.

　　　　ORDERED this __10th__ day of November, 2010.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael Hogan
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Presented by:

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Page 1 -　　ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL