Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    **Plaintiff,**<br><br>           v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                    **Defendant.** | CR 05-60008 HO<br><br><br>**DEFENDANT'S MOTION TO UNSEAL REDACTED UNCLASSIFIED VERSIONS OF CLASSIFIED FILINGS** |

Defendant Pirouz Sedaghaty, through counsel, Lawrence Matasar and

**Page 1    DEFENDANT'S MOTION TO UNSEAL REDACTED UNCLASSIFIED VERSIONS OF CLASSIFIED FILINGS**

Federal Public Defender Steven T. Wax, hereby moves this Court to unseal redacted, unclassified version of pleadings.

On April 28, 2010, the defense filed six notices of filing of pleadings and declarations filed from the Secure Facility in Crystal City, Virginia.  CR 351-56.  On August 27, 2010, the defense received, via e-mail, a copy of the redacted version of these filings.  *See* Ex. A.  The defense requests that the redacted (unclassified) version of these filings be unsealed and entered on the docket.

Respectfully submitted this 17th day of November, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar