

**Fw: REDACTED version of Defense Filing of April 27, 2010**
William Teesdale   to: Michelle Sweet                     11/17/2010 01:22 PM

William J. Teesdale
Federal Public Defender
101 S.W. Main St., Suite 1700
Portland, OR 97204
Tel. 503-326-2123
Fax 503-326-5524

----- Forwarded by William Teesdale

| | |
|---|---|
| From: | "Slade, Scooter" |
| To: | "Gorder Charles" . "Cardani, Chris" "'Steve Wax'" "William Teesdale" "'Christy_Weller'" "David_Baker" |
| Cc: | "'MaryPat_Piazza' <Christine.E.Gunning> |
| Date: | 08/27/2010 10:24 AM |
| Subject: | REDACTED version of Defense Filing of April 27, 2010 |

All –

Please see attached redacted (unclassified) version of the Defense Filing of April 27, 2010. I apologize for the delay in getting this to the Court.

While the document has been reviewed by the relevant intelligence agencies, and their redactions have been provided and subsequently deleted from this document, I will leave it to the Court's discretion as to whether it remains "Under Seal" for purposes of the Court's docket. Nonetheless, these documents may now be accessed and stored sans classified document security handling procedures, and at minimum, the same as other materials under seal.

Thanks for everyone's patience, please don't hesitate to contact me if you should have any questions – otherwise I will see you all next week.

**W. Scooter Slade**
Litigation Security Group
U.S. Department of Justice



US v Sedaghaty REDACTED Defense Filing of 4.27.10.pdf