# Sentencing Exhibit 4

# Ignatchenko Witness Report with Exhibits FSB 4 - FSB 11

File Number:
Date:          01/26/2009

## Witness Interview Report

Moscow                                      December 3, 2008

Interview started at 10:30
Interview ended at 13:00

Based on the Letters Rogatory received from the US Department of Justice, Deputy Chief of the 3rd Department of Russian FSB Investigative Division, Lieutenant Colonel of Justice V.V. Romanovskiy conducted an interview of a witness at 1/3 Bolshaya Lubyanka St., Room # 207, Moscow, in accordance with Articles 189 and 190 of Russian Federation Criminal Procedural Code. [The information about the witness is as follows:]

1. Last, first, patronymic name: IGNATCHENKO, Sergey Nikolayevich

2. Date of birth: September 02, 1961

3. Place of birth: Moscow

4. Place of residency and registration: 2 Bolshaya Lubyanka, apt.# 326, Moscow; phone:

5. Citizenship: Russian Federation

6. Education: college degree

7. Marital Status: married

8. Employer or Educational Institution: Russian Federal Security Service [FSB] employee phone:

9. Military service status: draft eligible

10. Previous convictions: none

11. Passport or other identification document: identity attested

12. Other information about the witness: none.

Witness ____[Illegible signature]____
                    (signature)

[Illegible signature]

Prior to the interview I was explained my rights and responsibilities as a witness according to Russian Federation Criminal Procedural Code, Article 56, part 4:

2288

File Number:
Date:          01/26/2009

*1) Refuse to testify against myself, my spouse or other close relatives whose circle is delineated by Russian Federation Criminal Procedural Code, Article 5, part 4. Upon my agreement to testify I was informed that everything I say can be used as evidence in a criminal case even if I renounce my testimony later on;*

*2) Testify in my native language or in a language that I speak fluently;*

*3) Use an interpreter at no charge;*

*4) Reject an interpreter participating in an interview;*

*5) File petitions and/or complaints about actions taken by an interviewer, investigator, prosecutor, court, or lack thereof;*

*6) Have an attorney present at an interview, in conformity with Russian Federation Criminal Procedural Code, Article 189, part 5;*

*7) Ask for security measures specified in Russian Federation Criminal Procedural Code, Article 11, part 3 to be applied;*

*I have been advised that perjury (according to Russian Federation Criminal Code, Article 307) or refusal to testify (according to Russian Federation Criminal Code, Article 308) may result in criminal sanctions against me.*

Witness                          ___[Illegible signature]___
                                       (signature)



<u>I can report the following information pertaining to the criminal case:</u>

In the late 1990s - early 2000s I worked as a Russian Federal Security Service [FSB] operative and investigated activities of various charitable foundations within the Russian Federation, including the international Islamic charitable organization Al-Haramain (Islamic Foundation of Two Holy Shrines, ***Al-Haramein*** [sic] ***Islamic Foundation***). During my investigation I learned that this organization was founded back in the early 1980s to support mujahidins who fought against USSR military forces in Afghanistan. Later, the foundation supported extremist Islamic movements around the world. It still provides financial aid to such movements and has representation (nearly 70 offices) in Albania, Macedonia, Croatia, Kosovo, Pakistan, Bangladesh, Kenya, Somalia, Georgia, Azerbaijan and other countries. In the late 1990s - early 2000s this organization was actively conducting illegal activities in Russia - in the Chechen, Ingush and Dagestan Republics.

At that time Sheikh 'Aqil bin 'Abd-al-'Aziz al-'Aqil  was the director general of Al-Haramain; the head office was located in Riyadh, Kingdom of Saudi Arabia.

According to the data we obtained in 1997, Al-Haramain actively provided financial support to Dagestani, Chechen and Ingush religious extremist groups, followers of Wahhabi ideology. These groups were aiming to overthrow the existing constitutional system in those republics, secede from Russia and create a so-called Islamic state in the North Caucasus region of the Russian Federation.

[Illegible signature]

We found out that large sums of money in the form of foreign currency were received by

4

File Number:
Date:            01/26/2009

one of the main centers of Wahhabi ideology in Dagestan located in the city of Makhachkala, in the village of Karamakhi, Buynak region, and by the so-called Kavkaz Islamic Institute (village of Serzhen-Yurt, Chechen Republic). The money was received through one of the branches of the foundation, located in the city of Baku (Azerbaijan). In the meantime, Al-Haramain established a new foundation to support Chechnya - *Foundation Regarding Chechnya*. The branch of this organization opened in late 1999 in Azerbaijan and used the services of Al-Barakah bank. Subsequently, the foundation sent 25 operatives to the Chechnya border regions to establish ways of supplying the gangs with weapons and ammunition.

Despite the fact that officially the funds were intended for religious events of Muslim holiday celebrations, the money was used to support terrorist organizations -- to purchase weapons, uniforms, medicine, communication devices, vehicles, and to pay religious extremists' salaries.

According to our data, some of the money obtained through charitable donations (so-called zakat) was stolen and sent outside of Russia to the personal accounts of warlords, such as Amir Khattab and Shamil Basayev. Families of these individuals were relocated to UAE and other countries of the Near and Middle East, and are supported by charitable donations of Muslims.

The following individuals played active roles in Al-Haramain operations in Dagestan and Chechnya, such as military resistance against Federal Forces:

- Nationals of the Kingdom of Saudi Arabia: Al-'Arabi Ra'id, born in 1972; Al-Khumaydi Salih, born in 1974 (also known as Al-Ghumaydi Salih Ali, born on November 30th, 1974); Mu'ammar 'Abd-al-Wahhab Tupkiy [sic], born on August 11th, 1970 in Kuwait, Kuwait, resident of Riyadh, Kingdom of Saudi Arabia (also known as Mu'ammar al-Turki'Abd-al-Wahhab);
- Citizens of Yemen: Jamal Mura'i, born in 1970; Al-Akhmer Khalid, born in 1972; Muhammad Salih 'Umar, born in 1968 in Mecca, also known as 'Umar Muhammad Salih Khadish, born in 1967;
- Citizen of Syrian Arab Republic 'Ali Nasir, born in 1973;
- Citizen of Iraq Salih Fawzi Sahir, born in 1967.

Maskhadov's regime and its armed opposition groups came under special care of the Al-Haramain foundation from the very beginning. The following individuals were working as the foundation emissaries on the staff of militant gang commanders and leaders of the most active opposition groups: Nationals of the Kingdom of Saudi Arabia 'Abd-al-Latif bin 'Abd-al Karim al-Dar'an (on Maskhadov's staff), Abu-'Umar Muhammad al-Sayf (on staff of Basayev and Khattab); as well as Abu-Thabit, Abu-Salman Muhammad, Abu-'Abdalla, Salih bin Muhammad al-Dahshi and others.

[Illegible signature]

File Number:
Date:            01/26/2009

According to the information we obtained, the same individuals provided financing for Chechen extremists, arranged ways to supply weapons, food and medicines, and ensured medical treatments for wounded militants. For example, in November of 1999 one million US dollars designated for purchase of weapons for armed insurgents were transferred into International Islamic Bank account #0150239640, the name on the account - 'Imran Ahmad 'Ali al-'Uways. Furthermore, Chechen separatists received 480 thousand riyal through Al-Haramain channels from someone by the name of Mansur bin Abd-al-Rahman Al-Qadi.

We found out that emissaries of Al-Haramain and Taliban fighters in Pakistan reached an agreement to purchase 500 units of heavy weaponry for Chechen opposition groups. In order to deliver these weapons and to recruit mercenaries and explosives experts, an activist of the International Islamic organization, Abu-Sayd traveled to Pakistan. The plan was to transfer the weapons, money, and military equipment to Chechnya through Turkey and Georgia.

Al-Haramain emissaries diligently collected intelligence in Chechnya, helped militants to fight not only the "shooting" war with Russia, but the informational war as well. According to the data we obtained, the following message was sent from Chechnya to Saudi Arabia in late November of 1999: "We set up centers and points of distribution of fuel and food up in the mountains. [We have] more than 200 tons of food, 100 tons of diesel fuel and gasoline. Russians will never find the locations of these points."

In a message to his superiors in Saudi Arabia someone by the name of Abu-Sarah promised to make some "big story" on Chechnya public and use it for propaganda in foreign media. Also, Abu-Sarah reports that he ". . . took part in an interrogation of a captured Russian soldier. As a result of the interrogation we are getting ready to ambush a Federal [Forces] unit." In December of 1999 an Al-Haramain operative reported to the headquarters: "I visited several organizations today. There is a potential for cooperation and brothers that are here can provide cover for our work. Perhaps, it will be a correspondence office. We can bring everything we had in Georgia over here. And whatever we write can go through Internet. . ."

In January of 2000, Salih-al-Din from Riyadh had an urgent request - he asked to provide information about "Russian activities in Groznyy, particularly in the vicinity of Minutka square". Provide the names or the identifying numbers of military units and subunits conducting the warfare." Later he explained to his partner in conversation: "BBC and CNN are willingly using the materials you presented. Even these infidels in America say that they want to help Chechens fight Russians when they watch our footage." In February of 2000 an emissary from Chechnya (name unknown) informed Sheikh 'Aqil bin 'Abd-al-'Aziz al-'Aqil about preparing major terrorist operations against Russian troops during the presidential elections campaign. "Tomorrow night you will receive a fax from us with the outlines of "Argun" and "Groznyy" operations. Review and discuss it. . ."

[Illegible signature]

File Number:
Date:         01/26/2009

February of 2000. From the message sent to Abd-al-Tajem Abu-Usamah in Saudi Arabia:
". . .The situation is really bad indeed. The Russian Army is everywhere now. Only hard-to-reach
mountain regions remain. In the past, we were fighting the Communist Army of Afghanistan and
the Serbian Army - there was nothing to it. This time we are up against a powerful army. They are
able to reach us everywhere. We are waiting for the roads [to open up]. People are sleeping in the
mountains."

Al-Haramain took special care of wounded militants, and provided medical treatments to
have them back on the front lines as soon as possible. To make this happen hospitals were set up,
money, medical professionals and medications were sent to Chechnya and countries bordering
Russia. In December of 1999, a message sent from Riyadh to Chechnya was intercepted: "On
behalf of Sheikh Jamal we are sending three surgeons and their assistants - Pakistani and Turkey
nationals. The airplanes took off, they should land in Georgia in two to three hours." At the same
time, the following message from Al-Haramain representative Abdallah Latif was intercepted:
"We need hospitals to be set up,
medications and medical equipment to be delivered, and the wounded to be transferred to Georgia.
By our estimate it will take one million dollars. Arranging medical treatments for wounded in
Georgia and Turkey will take another million dollars. Money will be transferred through Turkey to
Georgia and Chechnya".

Later the organization representative in Georgia reported personally to the director general
of Al-Haramain: "Officers of the Georgian government and employees of the Chechen Embassy in
Georgia are aware of the activities conducted by our office here. The work we do is highly
regarded and accepted by everyone. . ."

Successful Federal Forces operations in the Northern Caucasus disrupted many plans of
international extremists, including leaders of Al-Haramain. The leaders didn't want to expose their
improper activities, but did not decline the cooperation of Chechen militants either. This message
sent to Chechnya in February of 2000 provides a good illustration: Al-Haramain will provide
assistance in small installments to avoid accusations of supporting Jihad. . ." Several days later - a
new message: "Right now Al-Haramain has 50 million dollars designated specifically for
mujahidins. This amount will be distributed by Sheikh Abu-Malik." According to information sent
by someone named Abu-Salih from Chechnya, the insurgents will start using "the southward road"
around May or June to deploy reinforcements from Georgia, set up training camps in the
mountains, as well as prepare to defend the Shatoy region which is strategically important for them
(dig trenches, set up a hospital, secure finances). To accomplish these tasks Al-Haramain plans to
allocate 50 million US dollars and deploy UAE and Kuwaiti experts with Bosnian and Kosovan
operational backgrounds.

We intercepted a message from abroad that, according to our data, was sent by 'Aqil Bin-
'Abd-al-'Aziz al-'Aqil to Taj (warlord Khattab): ". . .The cargo is ready to be shipped: RPGs and
rounds of ammunition for them, along with rounds for other systems; machine guns, Kalashnikov
assault rifles, sniper rifles. We purchased 1000 rounds of ammunition, AGS, one PTUR "Fagot",
500 [bulletproof] vests. . ." In response, Khattab asks to immediately send 500 sets of summer and
winter weight uniforms, sleeping bags and shoes: ". . .I don't care how much you have to pay -
1000, 2000 or 5000. Make an urgent delivery by car. . . We are in dire need of tents".

[Illegible signature]

File Number:
Date:          01/26/2009

     I have to mention that according to Russian FSB standards that are currently in effect, recordings of various communications that were not used for preliminary or court hearings are erased after 5 years. Therefore, the communications I referred to are retained only as hard copies (text). However, I have an audiotape of recordings made after 2001 and I can provide it to our American counterparts. I can assure you that the deciphered communications I mentioned in this interview are original and I quoted them almost verbatim.

     Investigator: Are you sure that 'Aqil bin 'Abd-al-'Aziz al-'Aqil was the head of the Al-Haramain foundation during the time period you described?

     Witness: Yes, I am sure. However, after certain measures taken by FSB, including exposure of the Al-Haramain activities by the media, 'Aqil Bin-'Abd-al-'Aziz al-'Aqil was removed from the leadership position of the foundation. I can state that I was directly involved in the production of a series of informational programs, including one broadcasted by Channel 1 of the Russian Televison on July 25th of 2000. Leonid Grozin was the designated author of the program. Release of the information I provided for this program was authorized by the Russian FSB administration.

Witness                                    <u>[Illegible signature]</u>
                                                   (signature)

The witness <u>did not make</u> [handwritten] any statements prior to, during or after the interview.

Witness                                    <u>[Illegible signature]</u>
                                                   (signature)

        Report reviewed   <u>personally  [handwritten]</u>
        Comments     <u>no   [handwritten]</u>

Witness                                        <u>[Illegible signature]</u>
                                                   (signature)

Deputy Chief of the 3rd Department
Russian FSB Investigative Division
Lieutenant Colonel of Justice       [Illegible signature]      V.V. Romanovskiy

8

مؤسسة الحرمين الخيرية

مكتب بـاكسـو

سند صرف

رقم 0581

التاريخ : ٢٧ / ٨ / ١٤١٨ هـ

الموافق ٢٧ / ١٢ / ١٩٩٧ م

المستلم : محمد شياني       الجهة : امثال البيات

المبلغ : (9000) بسعة الاف دولار امريكي

المشروع : تتمة امثال البيات لجبهة جمهورية داغستان لعام ١٤١٨ هـ

مدير المكتب

المحاسب

---

مركز القوقاز الإسلامي

محج قلعة

سند صرف رقم [      ]

التاريخ : / / 141 هـ       الموافق : ٢٢ / ١٢ / 1997م

المستلم : بدر الدين بن سلاب       الجهة :

المبلغ : رقما 3000 #    كتابة ثلاثة الاف دولار امريكي

المشروع : إعطاء الصائغين في القرية كرما في امام ١٤١٨ هـ

الاعتماد

توقيع المستلم

مؤسسة الحرمين الخيرية

مكتب بساكسو

سند صرف

رقم: ٥٢٤

التاريخ: ١٨ / ٧ / ١٤١٨هـ    الموافق: ٨ / ١١ / ١٩٩٧م

المستلم: عبد السلام

الجهة: مكتب داغستان (عزل)

المبلغ: (2780) ألفين سبعمائة وثمانون دولار امريكي

المشروع: رواتب مركز الشيشان لمدة لنبايتهم لسبيلات الفتم مرة مكفولة في الميزانية الشيشانية

من رواتب ثلاثة مدد تتبع الشهر ميلادي لشهر جمادي الاولى ١٤١٨هـ

المحاسب    مدير المكتب

مركز القوقاز الإسلامي

محج قلعة

سند صرف رقم [ ]

التاريخ: ١٤١٨ / ٩ / ٥ هـ    الموافق: 1993 / 1 / 3 م

المستلم: أبو عمر    الجهة:

المبلغ: رقما 2000 ﷼    كتابة (ألفين دولار)

المشروع: رواتب الشيشان لشهر 6 – 9

توقيع المستلم    الاعتماد

## Al-Haramain Charitable Foundation
Baku Office



### Disbursement Voucher
Number: 0581

Date: 27 December 1997

Payee: Muhammad Shafi                          Party: Meals for fasting persons

Amount: Nine thousand dollars ($9000)

Project: Meals for fasting persons in the Republic of Dagestan in the year 1418 hijri

Accountant                                     Office Manager
[Signed]                                       [Signed]

---

## Kavkaz Islamic Center
Makhachkala



### Disbursement Voucher Number (        )

Date: 22 December 1997

Payee: Badr-al-Din bin Salu                    Party:

Amount in numerals: $3000                      In writing: Three thousand dollars

Project: Meals for fasting persons in Karamakhi for the year 1418 Hijri

Signature of the Payee                         Approval
[Signed]                                        [Signed]

## Al-Haramain Charitable Foundation
Baku Office



### Disbursement Voucher
Number: 0524

Date: 8 November 1997

Payee: Muhammad Shafi                    Party: Dagestan Branch Office

Amount: Two thousand seven hundred and eighty dollars ($2780)

Project: Salaries for the Kavkaz Center minus the salary of the recordings employee, which was paid by mistake in the last budget. Salaries for Karamakhi, [IL] and Bliji for the months of Jamada Al-Ula and Jamada Al-Akhira of 1418 hijri.

Accountant                               Office Manager
[Signed]                                 [Signed]

## Kavkaz Islamic Center
Makhachkala



### Disbursement Voucher Number (        )

Date: 3 January 1998

Payee: Abu-Harun Baha'-al-Din Muhammad Al-Dagestani        Party:

Amount in numerals: $2000                In writing: Two thousand dollars

Project: Four-month salary 6 – 9

Signature of the Payee                   Approval
[Signed]



[Handwritten] An Enlarged Circuit for Two Detonations in Special Services (Kenwood) [crossed out] Code.

[Handwritten] (plus batteries in Mukhabara building)



(1st floor)
(2nd floor)

[Handwritten] The second explosion occurs when we press and hold the code for a few seconds.
[Handwritten] The polarity of the batteries is crucial.

GOVERNMENT EXHIBIT FSB 5
RUSSIAN TRANSLATION

Page 2

An Amplification Circuit with Two Detonations per Contact (Kenwood)



1. First blasting cap
2. Second blasting cap

The second explosion occurs when we press and hold the last digit in the code for a few seconds (until the explosion occurs.)
As we can see in this circuit, the negative electrode of the detonator battery (9 volt) should not be connected to the negative electrode of the communication battery (12 volt.)



[Handwritten] A Timer Circuit



[Handwritten] (The circuit for a nuclear explosive device with a detonator). Written with mistakes, not by an Arab.

( Схема ядерного взрывного устройства )
писал не Араб, с ошибками.



An Amplification Circuit with Two Detonations per Contact (Kenwood)



1. First blasting cap
2. Second blasting cap

The second explosion occurs when we press and hold the last digit in the code for a few seconds (until the explosion occurs.)

As we can see in this circuit, the negative electrode of the detonator battery (9 volt) should not be connected to the negative electrode of the communication battery (12 volt.)

بسم الله الرحمن الرحيم
استمارة الشهداء والأيتام



الصورة الشمسية

| ملاحظات | البيانات | البنود |
|---|---|---|
| | | الاسم أو الكنية |
| | | تاريخ الميلاد |
| | | مكان الميلاد |
| | | الحالة الاجتماعية |
| | | عدد أفراد الأسرة |
| | | دوره في الجهاد |
| | | المسؤول المباشر عنه |
| | | موقع الجبهة |
| | | القدر |

توقيع أمير مجموعة خطاب ( رحمه الله )



الختم الرسمي

التاريخ

\    1425\ هجرية
\    2004\ ميلادية

GOVERNMENT EXHIBIT FSB 7

**In the Name of God, the Most Merciful, Most Compassionate**
**Martyrs and Orphans Form**

Photograph

| Items | Information | Remarks |
|---|---|---|
| Name or Alias | | |
| Date of birth | | |
| Place of birth | | |
| Marital status | | |
| Number of family members | | |
| His role in jihad | | |
| His direct superior | | |
| Battle front location | | |
| Fate | | |

Signature of the commander of Khattab (may God rest his soul) Group

Date   /   / 1425 Hijri
       /   / 2004 C.E.



Official Seal

Бланк шахидов и их сирот

Фотография

Пункты:
1. имя или кличка
2. дата рождения
3. месторождения
4. семейное положение
5. количество людей в семье
6. роль в джихаде
7. кто руководитель
8. местонахождение группы
9. возможности

Подпись - Амир группировки Хаттаба

Печать, дата

Martyrs and Orphans Form

Photograph

Items:
1. Name or Alias
2. Date of birth
3. Place of birth
4. Marital status
5. Number of family members
6. Role in jihad
7. Direct superior
8. Location of the group
9. Capabilities

Signature of the Khattab group commander

Seal, date

18

Перевод с арабского языка

Порядок главенства эмиров в группе Хаттаба

1. Главный эмир - Абу Хафс.
2. Первый заместитель - Абу Кутейба.
3. Второй заместитель - Абу Рабия.
4. Третий заместитель - Абу Джабер.
5. Четвертый заместитель - Абу Джихад.

Во всех случаях обязательно постоянное наличие четырех заместителей. В случае гибели одного из заместителей происходит автоматическая ротация (на ступеньку выше). Указанный порядок согласован со всеми упомянутыми лицами и необходим для бесперебойности процесса управления.

---

بسم الله الرحمن الرحيم

ترتيب الأمارة في مجموعة خطاب { رحمه الله }

1. الأمير العام : أبو حفص .
2. النائب الأول : أبو قتيبة .
3. النائب الثاني : أبو ربيعة .
4. النائب الثالث : أبو جابر .
5. النائب الرابع : أبو جهاد .

- في كل الأحوال لا بد من وجود أربع نواب بإستمرار , فإن قتل أحد من الاخوة المذكورين أعلاه يتم تعويض النقص , وذلك تحسبا لأي طارئ ويكونون على إطلاع ودراية بمجريات الأمور ...
- هنالك شرح مفصل في المادة المرفقة بهذا الموضوع .

Translated from Arabic

Chain of Command in the Khattab group

1. General Commander: Abu-Hafs
2. First deputy: Abu-Qutaybah
3. Second deputy: Abu-Rabi'ah
4. Third deputy: Abu-Jabir
5. Fourth deputy: Abu-Jihad

In all cases and at all times there have to be four deputies. In case one of the deputies is killed, a step-up automatic replacement occurs. This procedure is confirmed with all the aforementioned persons and is necessary for the continuity of the management process.

6

In the Name of God, the Merciful, the Compassionate

Chain of Command in the Khattab (may God rest his soul) Group

1. General commander: Abu-Hafs
2. First deputy: Abu-Qutaybah
3. Second deputy: Abu-Rabi'ah
4. Third deputy: Abu-Jabir
5. Fourth deputy: Abu-Jihad

- In all cases and at all times there has to be four deputies. If any of the abovementioned brothers is killed, a replacement should be appointed in anticipation of any emergencies. The deputies should be aware of what is happening
- There is a detailed explanation in the attached text.

مصاريف متفرقة

| الموضوع (السبب) | المبلغ | التاريخ | اضافات و تفصيلات | المجموع |
|---|---|---|---|---|
| شامل(رفق الله أمر) | 400+500 | 7\ 2003 | للبحث عنه . قضاء دين له | $900 |
| المصار (تقبله الله) | 100 | 2004\1 | للتجهيز للانطلاق الى العملية | $100 |
| ابو عمار | 300 | 2004\1 | طلبوا لامورد العائلية | $300 |
| زبير | 150 | 2004\3 | التجهيز للانطلاق الى ارض الحرم | $150 |
| مراسيليني | 50+50 | 2004\4 | دورة تعلم كمبيوتر | $100 |
| البروفسر | 300 | 2004\4 | المساعدة الشهرية لثلاثة اشهر | $300 |
| عمتي | 150+100+100 | 2003 | مساعدة اجتماعية | $350 |
| مجموعة الالبام | 3300 | صيف 2003 | شراء سيارة مصاريف اخرى | 3300 |
| الهواتف المجموعة | 1000 | على مدى عام | (اجهزة)غالبها يستخدم الى الان | $1000 |
| شاحنة (كمان) | 8600 | 2003 | لا تعمل | $8600 |
| سيارتي الاولى | 200+4000 | صيف 2003 | ممسكت مع شامل ال200 للتصليحات | $4200 |
| سيارتي الثانية | 2600+ (950) | خريف2003ورشتاء 2004 | موجودة في الخدمة 950صرف على ثلاث دفعات عند تغيرها (3 مرات) | $3550 |
| جرارات | 1000+1800+2000+250+3000+350 | على مدى عام | سبعة جرارات بعضها اصبح غير صالح | $8400 |
| شراء(دينكتون) | 50 | 2004\2 | موجود في الخدمة | $50 |
| لباس للشتاء | 50+100+200 | شتاء 2004 | على دفعات إلى ر لاسرتي و للمرابطين | $350 |
| شراء ذخيرة | 100 | 2004\3 | قذائف بتستونيك | $100 |
| زواج علي(رحمه الله) | 500+150 | 2004\2 | مهر ولباس وتجديد الجوز للعروس | $650 |
| زواج ادريس | 150+500 | 2004\4 | 500مهر ولباس 50ادوات منزلية | $650 |
| ارملة علي(رحمه الله) | 50+200 | 2004\3 | مساعدة لها | $250 |
| شراء اسلحة | 300+200 | 2004\5 | 2اشتاف | $500 |
| شراء ذخيرة | 700اريال | 2004\5 | 3صناديق بيكا | $60 |
| شراء ذخيرة | 2000 | 2004\4 | 50طلقة مسدس غلوك | $70 |

2

Miscellaneous Expenses

| Subject (Reason) | Amount | Date | Additional Detail | Total |
|---|---|---|---|---|
| Shamil (May God end his imprisonment) | 400 + 500 | 7/ 2003 | To search for him -- To pay off a debt he had | $900 |
| Ansar (May God accept him as a martyr) | 100 | 1/ 2004 | To prepare to set out for the operation | $100 |
| Abu-'Ammar | 300 | 1/ 2004 | He requested it for family matters | $300 |
| Zubayr | 150 | 3/ 2004 | To prepare to go to Ard Al-Humr | $150 |
| My reporters | 50 + 50 | 4/ 2004 | Computer training course | $100 |
| The professor | 300 | 4/ 2004 | Monthly stipend for three months | $300 |
| My aunt | 100 + 100 + 150 | 2003 | Social assistance | $350 |
| Mine Group | 3300 | Summer of 2003 | Purchasing a car – Other expenses | 3300 |
| Mobile phones | 1000 | For the period of a year | 7 handsets, most of which are still in use | $1000 |
| Truck (Kamaz) | 8600 | 2003 | No comment | $8600 |
| My first car | 4000 + 200 | Summer 2003 | It was captured with Shamil The 200 is for repairs | $4200 |
| My second car | 2600+ (950) | Fall of 2003 and winter of 2004 | It is still in service. The 950 was paid in three installments when it was changed (three times.) | $3550 |
| Passports | 1000+1800+2000+250+3000+350 | Throughout the period of a year | Seven passports, some of which are no longer valid | $8400 |
| Purchase of a [IL] | 50 | 2/ 2004 | Still in service | $50 |
| Winter clothing | 50+100+200 | Winter of 2004 | In installments. For me, my family and the reporters | $350 |
| Purchasing ammunition | 100 | 3/ 2004 | [IL] projectiles | $100 |
| 'Ali's wedding (May God rest his soul.) | 150+500 | 2/ 2004 | Dowry, clothing and renewing the bride's passport | $650 |
| Idris's wedding | 500 + 150 | 4/ 2004 | 500 in dowry and clothing. 150 in household items | $650 |
| 'Ali's widow (may God rest his soul) | 200 + 50 | 3/ 2004 | Financial assistance for her | $250 |
| Purchasing weapons | 200 + 300 | 5/ 2004 | 2 Assault rifles | $500 |
| Purchasing ammunition | 1700 rubles | 5/ 2004 | Three PK cases | $60 |
| Purchasing ammunition | 2000 | 4/ 2004 | 50 Glock rounds | $70 |

| Тема (причина) | Сумма | Дата | Замечания |
|---|---|---|---|
| Шамиль (помоги Аллах в его проблемах) | 900 долларов США (500+400) | Июль 2003 г. | У него были долги |
| Ансар (прими душу его Аллах) | 100 долларов США | Январь 2004 г. | Для его подготовки к «движению» |
| Абу Омар | 300 долларов США | Январь 2004 г. | Верховный приказ |
| Зубейр | 150 долларов США | Март 2004 г. | Для его подготовки к переправке в г. Химар (КСА) |
| Курьеры | 100 долларов США (50+50) | Апрель 2004 г. | Курсы по изучению компьютера |
| Профессор | 300 долларов США | Апрель 2004 г. | Ежемесячные выплаты (за три месяца) |
| Моя тетя | 350 долларов США (150+100+100) | 2003 г. | Социальная помощь |
| Группа Ильхама | 3300 долларов США | Лето 2003 г. | Покупка машины, другие расходы |
| Мобильные телефоны | 1000 долларов США | За прошлый год | 7 аппаратов, большинство используется до сих пор |
| Груз (Камаз) | 8600 долларов США | 2003 г. | Отложено |
| Моя первая машина | 4200 долларов США (200+4000) | Лето 2003 г. | Осталась у Шамиля, 200 долларов на оружие |
| Моя вторая машина | 3550 долларов США (950+2600) | Осень 2003 - зима 2004 г. | Используется в работе, 950 разделено на три части (три раза) |
| Паспорта | 8400 долларов США (350+3000+250+ 2000+1800+1000) | За прошлый год | Семь паспортов, некоторые не Пригодны |
| Покупка диктофона | 50 долларов США | Февраль 2004 г. | Используется в работе |
| Зимняя одежда | 350 долларов США (200+100+50) | Зима 2004 г. | Для меня, моей семьи, курьеров |
| Покупка боеприпасов | 100 долларов США | Март 2004 г. | Снаряды «Битиситуник» (танковые или артиллерийские снаряды) |
| Женитьба Али (дай Аллах) | 650 долларов США (150+500) | Февраль 2004 г. | Калым, одежда, разрешение свадьбы для невесты |
| Женитьба Идриса | 650 долларов США (150+500) | Апрель 2004 г. | 500 - калым и одежда, 150 - аренда помещения. |
| Вдова Али (дай Аллах) | 250 долларов США (50+200) | Март 2004 г. | Помощь ей |
| Покупка оружия | 500 долларов США (300+200) | Май 2004 г. | 2 автомата |
| Покупка боеприпасов | 1700 рублей (или 60 долларов) | Май 2004 г. | 3 коробки «Бика» (м.б. тротил) |
| Покупка боеприпасов | 2000 рублей (или 70 долларов) | Апрель 2004 г. | 50 пистолетных патронов дополнительно |

1

| Subject (Reason) | Amount | Date | Notes |
|---|---|---|---|
| Shamil (May God help with his problems) | 900 USD (500+400) | 7/ 2003 | He had debts |
| Ansar (May God accept his soul) | 100 USD | 1/ 2004 | To prepare him for The Move |
| Abu-'Ammar | 300 USD | 1/ 2004 | As directed from above |
| Zubayr | 150 USD | 3/ 2004 | To prepare him for the move to Ard Al-Humr (Saudi Arabia) |
| Couriers | 100 USD (50 + 50) | 4/ 2004 | Computer training courses |
| The professor | 300 USD | 4/ 2004 | Monthly stipend for three months |
| My aunt | 350 (150 + 100 + 100) USD | 2003 | Social aid |
| Ilkham's Group | 3300 USD | Summer of 2003 | Purchase of a car, other expenses |
| Mobile phones | 1000 USD | For last year | 7 handsets, most are still in use |
| Cargo (Kamaz) | 8600 USD | 2003 | Postponed |
| My first car | 4200 USD (200 +4000) | Summer of 2003 | Left with Shamil, 200 USD - for weapons |
| My second car | 3550 USD (950+2600) | Fall of 2003 - winter of 2004 | Used for work, 950 divided into three parts (three times.) |
| Passports | 8400 USD (350+3000+250+ 2000+1800+1000) | For last year | Seven passports, some of which are no longer valid |
| Purchase of a voice recorder | 50 USD | 2/ 2004 | Used for work |
| Winter clothing | 350 USD (200+100+50) | Winter of 2004 | For me, my family and the couriers |
| Purchase of ammunition | 100 USD | 3/ 2004 | Bitisitunik projectiles, (tank or artillery) |
| 'Ali's wedding (In the name of God) | 650 USD (150+500) | 2/ 2004 | Dowry, clothing and permission for the bride to marry |
| Idris's wedding | 650 USD (150+500) | 4/ 2004 | 500 in dowry and clothing, 150 for accommodations |
| 'Ali's widow (In the name of God) | 250 USD (50+200) | 3/ 2004 | Aid for her |
| Purchase of weapons | 500 USD (300+200) | 5/ 2004 | 2 assault rifles |
| Purchase of ammunition | 1700 rubles (or 60 USD) | 5/ 2004 | Three boxes of Bika (could be trinitrotoluene) |
| Purchase of ammunition | 2000 rubles (or 70 USD) | 4/ 2004 | 50 additional pistol rounds |

7

Административные выплаты за апрель 2004 года

| Имя, причины выплат | Сумма | Дата |
|---|---|---|
| Зейд, покупка машины, боеприпасов | 4000$ | 01.04.04 |
| Ибрагим Мартан, покупка боеприпасов | 2000$ | 02.04.04 |
| Покупка пяти видиокамер для групп | 2000$ | 15.04.04 |
| Дышно, покупка машины | 1000$ | 16.04.04 |
| Исмаил, покупка машины | 3000$ | 18.04.04 |
| Шабаб, оружие и боеприпасы | 5000$ | 19.04.04 |
| Нурельдин | 10000 $ | 21.04.04 |
| Мурад, зарубежная работа | 10000 евро | 26.04.04 |
| Шабаб, покупка машины | 2000$ | 26.04.04 |
| Талибан, расходы на мастерскую | 1000 $ | 28.04.04 |
| Сопровождение свадьбы | 500$ | 28.04.04 |
| Талибан, освобождение пленных, лечение 2 раненных | 1500 евро | 30.04.04 |
| Юсеф, паспорт | 700$ | 30.04.04 |
| Дышно, расходы на строительство | 500$ | 30.04.04 |
| Дышно, покупка упаковок и оборудования на поездку | 1500 евро | 30.04.04 |
| Сейф Ислам, расходы на поездку с близкими | 1500 евро | 30.04.04 |

بسم الله الرحمن الرحيم
الصرفيات الإدارية لشهر 2004\4 م

| التاريخ | سبب الصرف | المبلغ |
|---|---|---|
| 2004\4\1 م | زيد ، شراء سيارة وتجهيزات معسكر . | S 4000 |
| 2004\4\2 م | إبراهيم مرتان ، تجهيزات عسكرية ومعسكرات . | S 2000 |
| 2004\4\15 م | شراء خمسة كمرات للمجموعات . | S 2000 |
| 2004\4\16 م | دشنو ، شراء سيارة . | S 1000 |
| 2004\4\18 م | إسماعيل ، شراء سيارة . | S 3000 |
| 2004\4\19 م | شباب ، أسلحة تجهيزات عسكرية . | S 5000 |
| 2004\4\21 م | نور الدين . | S 10000 |
| 2004\4\26 م | مراد ، العمل الخارجي . | U 10000 |
| 2004\4\26 م | شباب ، سيارة . | S 2000 |
| 2004\4\28 م | طالبان ، الورشة . | S 1000 |
| 2004\4\28 م | زواج رفقي . | S 500 |
| 2004\4\30 م | طالبان ، إطلاق أسير وعلاج 2 جرحى . | U 1500 |
| 2004\4\30 م | يوسف ، جواز . | $ 700 |
| 2004\4\30 م | دشنو ، أجرة بناء . | $ 500 |
| 2004\4\30 م | دشنو ، شراء أبواب ، وتجهيز للسفر . | U 1500 |
| 2004\4\30 م | سيف الإسلام ، مصروف السفر مع القروب . | U 1500 |

Administrative Payments, April of 2004

| Name, Reason for Expense | Amount | Date |
|---|---|---|
| Zayd: Purchase of a car and ammunition | 4000 USD | 1 April 2004 |
| Ibrahim Martan: purchase of ammunition | 2000 USD | 2 April 2004 |
| Purchase of five video cameras for the groups | 2000 USD | 15 April 2004 |
| Dyshno: Purchase of a car | 1000 USD | 16 April 2004 |
| Isma'il: Purchase of a car | 3000 USD | 18 April 2004 |
| Shabab: Weapons and ammunition | 5000 USD | 19 April 2004 |
| Nur-al-Din | 10000 USD | 21 April 2004 |
| Murad: Foreign operations | 10000 EUR | 26 April 2004 |
| Shabab: Purchase of a car | 2000 USD | 26 April 2004 |
| Taliban: Workshop expenses | 1000 USD | 28 April 2004 |
| Wedding escort | 500 USD | 28 April 2004 |
| Taliban: Freeing prisoners and treatment for two wounded | 1500 EUR | 30 April 2004 |
| Yusuf: Passport | 700 USD | 30 April 2004 |
| Dyshno: Construction expenses | 500 USD | 30 April 2004 |
| Dyshno: Purchasing packaging and equipment for travel | 1500 EUR | 30 April 2004 |
| Sayf' Al-Islam: Expenses of traveling with relatives | 1500 EUR | 30 April 2004 |

5

In the Name of God, the Merciful, the Compassionate
Administrative Expenses for the Month of 4/ 2004

| Amount | Reason for Expense | Date |
|---|---|---|
| $4000 | Zayd: Purchasing a car and equipment for a military camp | 1 April 2004 |
| $2000 | Ibrahim Martan: Military equipment and military camp | 2 April 2004 |
| $2000 | Purchasing five cameras for the groups | 15 April 2004 |
| $1000 | Dyshno: Purchasing a car | 16 April 2004 |
| $3000 | Isma'il: Purchasing a car | 18 April 2004 |
| $5000 | Shabab: Weapons and military equipment | 19 April 2004 |
| $10000 | Nur-al-Din | 21 April 2004 |
| U10000 | Murad: External Operations | 26 April 2004 |
| $2000 | Shabab: Car | 26 April 2004 |
| $1000 | Taliban: Workshop | 28 April 2004 |
| $500 | Rifqi's wedding | 28 April 2004 |
| U1500 | Taliban: Freeing a prisoner and treatment for two wounded | 30 April 2004 |
| $700 | Yusuf: Passport | 30 April 2004 |
| $500 | Dishnu: Construction cost | 30 April 2004 |
| U1500 | Dishnu: Purchasing boots and preparing for travel | 30 April 2004 |
| U1500 | Sayf-al-Islam: Expenses of traveling with the group | 30 April 2004 |

Административные выплаты за июнь 2004 года

| Имя, причины выплат | Сумма | Дата |
|---|---|---|
| Ахмад Автуры, покупка 4 автоматов и остаток суммы на машину | 2000 евро | 03.06.04 |
| Компенсация хозяев жилья убитым в нем (три человека) | 1000$ | 07.06.04 |
| Помощь пленным | 200$ | 07.06.04 |
| Сейхан, покупка оружия и военного оборудования | 2000 евро | 07.06.04 |

بسم الله الرحمن الرحيم

الصرفيات الإدارية لشهر 2004\6 م

| المبلغ | سبب الصرف | التاريخ |
|---|---|---|
| U 2000 | احمد أفتري ، شراء 4 أطمات ، وباقي قيمة سيارة . | 2004\6\3 م |
| S 1000 | تعويض لأصحاب المنزل قتل فيه { 3 شهداء } | 2004\6\7 م |
| S 200 | مساعدة لأهل الأسير ... | 2004\6\7 م |
| U 2000 | سيخان ، شراء أسلحة وتجهيزات عسكرية . | 2004\6\7 م |
| | | |
| | | |

Administrative Payments, June of 2004

| Name, Reason for Expense | Amount | Date |
|---|---|---|
| Ahmad Aftari: Purchase of 4 sub-machine guns, and the remaining balance on a car | 2000 EUR | June 3, 2004 |
| Compensation for the owners of a house in which three people were killed | 1000 USD | June 7, 2004 |
| Aid to prisoners | 200 USD | June 7, 2004 |
| Sikhan: Purchase of weapons and military equipment | 2000 EUR | June 7, 2004 |

4

In the Name of God, the Merciful, the Compassionate

Administrative Expenses for the Month of 6/ 2004

| Amount | Reason for Expense | Date |
|---|---|---|
| U 2000 | Ahmad Aftari: Purchasing 4 rifles, and paying off the remaining balance of the price of a car | 3 June 2004 |
| $1000 | Compensation for the owners of a house in which three martyrs were killed | 7 June 2004 |
| $200 | Aid to the family of a prisoner | 7 June 2004 |
| U2000 | Sikhan: Purchasing weapons and military equipment | 7 June 2004 |

# <u>Sentencing Exhibit 5</u>

# Richard Cabral Interview Report

# Internal Revenue Service
# Criminal Investigation

## Memorandum of Interview



---

**In Re:**     Pirouz Sedaghaty                 **Location:**   3750 Avenue H
                                                                White City, OR  97503


**Investigation #:**   930330039
**Date:**              December 3rd and 6th, 2004
**Time:**              11:10 a.m. & 10:00 a.m.
**Participant(s):**    Richard Cabral, Interviewee
                       Barbara Cabral, Interviewee
                       Shawna Carroll , FBI Special Agent
                       Colleen C. Anderson, IRS-CI Special Agent

1. On the above dates and times, FBI Special Agent Shawna Carroll and I spoke with Richard and Barbara Cabral.  During the first meeting on December 3rd, I served Richard and Barbara with grand jury subpoenas for documents and information pertaining to Soliman AL-BUTHE, Pirouz SEDAGHATY, and the AL HARAMAIN ISLAMIC FOUNDATION, INC.  In response to the subpoena, Barbara Cabral provided an e-mail that she possessed pertaining to the collection of funds for the Chechen mujahideen (attached); however Richard Cabral did not have any documents in his possession relative to the subpoena.

2. During the interview, Richard and Barbara Cabral provided the following information:

3. The Cabrals became Muslim in the early 1990's.  The Cabrals first met Pete Seda (Pirouz Sedaghaty) when Mrs. Cabral found the Quran Foundation in the phone book and they contacted the organization.  The Quran Foundation was an organization that handed out Qurans and Islamic literature. Seda controlled the Quran Foundation and David Rogers was the Imam.  When Mr. Cabral first went to prayer in Ashland, Seda had set up a place for men to pray on East Main Street in Ashland, Oregon.

4. Male attendees at the prayers included Rob Brown, John Dunn, a Palestinian named Mohammed Ibrahim who was a student at Southern Oregon University (SOU) in Ashland and went on to Texas where he started working for the Holy Land Foundation, and several other students from SOU.

U.S. Treasury Criminal Investigation

5. At one point, prior to the existence of Al Haramain in Ashland, a female member of the Muslim community, Raya Shokatford, contacted an individual to exorcise the demons or gins from her sick mother. Shokatford contacted Sheikh Hassan to do prayers for her mother and ended up marrying the Sheikh. Sheik Hassan really knew the Qur'an, converted some non Muslims including Phillip Rand, and was well liked by David Rogers. However, he was radical and talked bad about Jews during lectures. On one occasion, a female attendee named Mary Guled called and complained to SEDA about the lectures Hassan gave. Mrs. Cabral said she believes Shokatford was always taking trips to Atlanta, Georgia, but she was not sure what the purpose of these trips were and did not think they were related to Sheikh Hassan.

6. The Cabrals said the Ashland prayer group had the idea of starting a non profit religious organization called the Masjid al-Taweed, prior to the Saudi based group Al Haramain establishing themselves in Ashland. Richard believes that David Rogers was in Saudi Arabia handing out literature when a deal was made with Al Haramain to purchase a prayer house in Ashland, Oregon. The Cabrals believe Soliman AL-BUTHE was the Al Haramain official in charge of purchasing the prayer house and that Rogers introduced AL-BUTHE to SEDA.

7. The Cabrals received a Noble Qur'an from Seda on October 28, 1994. They provided the Qur'an for my review. The Qur'an did not appear to have a jihad appendix inserted into it and when asked, the Cabrals stated that they had not seen a Noble Qur'an with an appendix calling for physical jihad. The Cabrals said they had not received any other Qur'ans from SEDA, other than the one shown to me nor did they ask for an additional Qur'an once SEDA became involved with Al Haramain because they use the one given to them in 1994. They were unaware that some of the Qur'ans sent out by SEDA and Al Haramain had a jihad appendix. The Cabrals said they were aware however that Al Haramain Riyadh provided SEDA with Islamic literature and Qur'ans that the Ashland office staff and two of SEDA'S wives, Laleh and Summer, used to send out to prisoners.

8. Mr. Cabral stated that he does not recall hearing any talk about physical jihad while attending prayer in Ashland and could not recall SEDA asking for money for a mujahideen in Kosovo. However, on one occasion when SEDA owned a brick house on Valley View road in Ashland, Mr. Cabral went to visit SEDA and found SEDA was showing a video about Chechen mujahideen to an unknown Caucasian male and SEDA'S youngest son Joseph. Mr. Cabral explained that SEDA had some trailers set up in his yard and in one travel trailer he was using for an office, SEDA had a television and VCR set up. While showing the videotape, SEDA talked about wanting to go to Chechnya and fight. Although Mr. Cabral is legally blind, he did see a small portion of the tape up close which, he described as follows:

U.S. Treasury Criminal Investigation

The tape had a bunch of Russians standing around, laughing and smoking and then all of a sudden they were all lying on the ground and someone else was holding the camera. Then there were pictures of an armored carrier being attacked by mujahideen.

9. In March 1999, eleven members of the Muslim community attending prayer at the Al Haramain prayer house went on Haj in Saudi Arabia and returned on approximately April 4th. The members paid for their own flights; however Al Haramain Riyadh paid for their food and transportation and sponsored them into the country. The Cabrals said the group received special treatment because they were associated with Al Haramain and they never heard anything anti-American said while they were in Saudi Arabia. The following members attended Haj:

(1) Richard Cabral
(2) Barbara Cabral
(3) Rob Brown
(4) David Hafer
(5) Bijan Seda (SEDA"S brother)
(6) Anita Seda
(7) Pete SEDA
(8) Laleh (One of SEDA'S wives)
(9) Sofia  (One of SEDA'S wives)
(10) Jonah (SEDA'S oldest son)
(11) Joseph (SEDA'S youngest son)

10. While leaving Saudi Arabia on their return from Haj, the Cabrals said each of the eleven members were asked to give the $200 in transportation money they received from the Saudi government to SEDA. Since Al Haramain Riyadh provided their transportation, they had not spent the transportation funds. SEDA told them that he was going to use the funds for the people of Chechnya. The Cabrals believe SEDA handed the money over to Soliman AL-BUTHE because they did not see him with the cash during the trip home.

11. After returning to the United States, the Cabrals said Al Haramain, Riyadh seemed to want to keep things more discreet, or closer to their vest and started letting the Ashland office staff go. The Cabrals believe that SEDA fired Rob Brown, David Hafer, and John Dunn shortly after returning from Haj. A little later, Al Haramain, Riyadh sent over an individual by the name Abdul Kadir to participate in a video about how American's become Muslim.

12. Later that same year, SEDA brought in new staff which included several brothers from New York. The brothers included Bilal Abdul Kareem, Eisa Alsten, and one brother known to the Cabrals as Yusuf. After Bilal came, the Cabrals and some other members of the Muslim community had a falling out with SEDA and Al Haramain. Some members thought that some of the prayers Bilal conducted were prejudice and they started praying elsewhere.

13. The Cabrals started a prayer group of their own under the nonprofit organization they created named Masjid al-Taweed. Part of the reason for the split was also that the members wanted more control over their prayer house.

14. Mrs. Cabral stated that around October of 2000, Raya Shokatford told several female members of the Muslim community that she was collecting jewelry to auction off.  The money from the jewelry was to be given to the Chechen mujahideen.  Mrs. Cabral said that Shokatford was still married to Sheik Hassan and was very vocal about her cause and made it very clear that the funds were going to the mujahideen.

15. Mrs. Cabral provided to me, pursuant to a grand jury subpoena, an e-mail dated October 24, 2000 that she received from Raya Shokatford.  The e-mail pertains to the collection of funds for "our brothers and sisters in Chechnia" and says that $1763 was sent.  Shokatford goes on to say in the e-mail to,"communicate this information to other sisters without the computer."  Mrs. Cabral believes all the women she knows that are listed as recipients of the e-mail, including her, donated jewelry to Shokatford.  The women listed in the e-mail include the following:

     Mary Foster- married to Abdi Guled

     Laleh- one of SEDA'S wives

     Sharon- Sharon Cummings, the wife of Rob Brown

     Salmah- this is Mrs. Cabrals Muslim name

     Anita Seda - the wife of Bijan Seda, Pete's brother

     Safi Yah - known as Sofia, was Russian and had been married to SEDA before she divorced him and moved to Seattle.

     Sabah Hashim - unknown

Colleen C. Anderson
Special Agent