# EXHIBIT  4

| | |
|---|---|
| **From:** | abdqaadir |
| **Sent:** | Tuesday, January 04, 2000 2:02 AM PST |
| **To:** | Undisclosed-Recipient:; |
| **Subject:** | News From The Mujaahideen As of Jan. 2, 2000 |
| **Attachments:** | db7.jpg |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Sunday 2nd January 2000 Russian Special Forces Entered a Village...
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Russian Special Forces entered a village called Kaarfankah in the outskirts
of the capital, where they did not find anyone except the aged and incapable
from amongst the Muslims. These Forces set out to slaughter 15 from them
with knives, as a revenge for their killed ones in the battles during the
last two days.

A Picture of Today's Severe Bombardment [see attachment]

The bombardment does not cease to continue with the severity that has no
likeness in the past upon the district of Shatoi and the city of Khanti, as
many of the buildings have been destroyed as a result of random bombardment,
and many have been killed and injured.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Saturday 1st January 2000 Allah Will be Sufficient For Them
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Military convoys were witnessed carrying sealed containers, from northern
territories approaching the eastern hills of the capital. As these
containers arrived on the outskirts of the city, a herald came to the
Mujahideen and informed them that those containers contact chemical
material, which Russia intends to make use of against them after waiting for
an appointed time. We ask Allah to make their plans go against them.

They were given their horses and infantry, but Allah failed them...

Very fierce battles took place in the districts of Shatoi and Vedeno. In the
district of Vedeno, in the village of Dabor-Yurt, Allah humiliated the
Russian Army. A humiliation similar to this had not come before. The forces
and their motorised units advanced from everywhere under the cover of heavy
artillery and missiles. But Allah favoured the Mujahideen by making them
able to repel the attack, which happened under the leadership of Abul-Waleed
al-Ansaari. They destroyed 6 motorised units, and captured 2, as well as
some amount of reserves and a platform for Milan missiles. They killed more
than 60 Russian soldiers, and the injured were many in number amounting to
tens, so the Russians quickly evacuated them from the battlefield.

Pictures From Today's Battle

Do not be weakened or saddened, as you are high above them...

In Vedeno, Russian motorised units advanced followed by the infantry, in
order to take control over the peak of Shormolaam which is 1701 metres high.
Very fierce battles took place, where Mujahideen destroyed 5 motorised
units, and killed tens. The huge number of the Russians and the intensity of

**041352 Email**

bombardment upon the Mujahideen had a great impact on the events of the battles, which made difficult for them to continue defending the peak. After the battle was prolonged, Russia took control over the peak, we ask Allah to turn the Russians back to where they came from as losers. 3 Mujahideen were killed in this battle, and one of them was from the foreign Mujahideen.

The Mujahideen do not cease to be the men of action in the capital...

In the east of the capital, Grozny, the Mujahideen were able to destroy a motorised unit called the Betaayer and 10 Russian soldiers were killed during the reconnaissance of enemy positions. The capital does not cease to be under the control of the Mujahideen.

Farewell! O brave men!

Three foreign Mujahideen met up with the caravans of martyrs, and they are: Abul-Mundhir al-Imaraati (from Emirates), Abu Dujaanah al-Yamaani (from Yemen) and Abu 'Abdullah al-Labnaani (from Lebanon) and 3 from the Chechens. We hope that Abul-Mundhir falls under the statement of the Messenger of Allah – may Salaah and Salaam be upon him: "Verily Allah is amazed at the man who plunges his bare hands in the enemy, and does not look back at his companions". As he – may Allah have mercy upon him – attacked the enemy defences on his own and massacred them, after which they sought to kill him amongst their motorised units, so congratulations to him upon martyrdom.

**041353 Email**

| | |
|---|---|
| **From:** | Abdul-Qaadir |
| **Sent:** | Thursday, January 06, 2000 2:25 AM PST |
| **To:** | Undisclosed-Recipient:; |
| **Subject:** | News From the Mujaahideen As of Monday 3rd January 2000 |

Monday 3rd January 2000 The Mujahideen Surprise the Russians With Shamil's Attack

The daring Mujahideen launched an attack on the two cities of Kankalah and Yarmolak this morning from several cores, under the leadership of Field Commander's Shamil Basayev, 'Arabi and Jihaad, may Allah preserve them. With the help of Allah, they were able to drive out the occupying Russian Forces, and inflict upon them heavy losses in lives and equipment, reaching more than 64 soldiers and the destruction of 21 motorised units; from them 15 lorries and army personnel carriers and six armoured vehicles. The Mujahideen captured two Kamaaz lorries, a fuel tank, a quantity of various reserves and a portion of light Klashnikov weapons. Three brave Chechen Mujahideen were killed in this battle. O Allah! Accept them from the martyrs.

They Were Not Successful in Disassembling the Siege...

The Mujahideen surrounded a group from the Russian Forces in the city of Yarmolak and asked them to surrender. The Russians took the initiative to send a support group of infantry to them, lead by four motorised vehicles. The Mujahideen became engaged with the group and destroyed two motorised vehicles, whilst most of the soldiers ran away. Then the Mujahideen attacked the surrounded group, killed four and took the rest as captives.

Destruction of the Russian Leadership....

The Mujahideen launched an attack on the village of Najr-Yurt, which is on the Grozny-Russian route, and fierce battles took place there. The Mujahideen destroyed the headquarters of the Russian Leadership in the village. More than 25 soldiers from the enemy were killed, three were captured, one of them a Commander. Likewise, in this battle; the Mujahideen destroyed two army personnel carriers, a movable Shalacher, captured two Tanks, two BMP vehicles and a lot of ammunition. No one from the Mujahideen was killed, except four who suffered small injuries.

The Cowards Rebelled...

The Russian soldiers announced their disobedience to their leaders, when they wanted them to enter the village of Dabor-Yurt, in which the Russians suffered heavy losses in the past two days. The Mujahideen heard a conversation via radio communications between the Army generals and the soldiers, who were attempting to persuade them to enter the village, but without any success.

| | |
|---|---|
| **From:** | Abdul-Qaadir Abdul-Khaaliq |
| **Sent:** | Wednesday, January 12, 2000 7:24 PM PST |
| **To:** | Jeddah-Net |
| **Subject:** | News From The Mujaahideen As Of Jan. 10, 2000 |

*********************************************************************
Monday 10th January 2000 A Number From the Mujahideen and Ansaar are
Martyred
*********************************************************************
The operation of the attack upon Russian Forces in Argun and its
surrounding areas resulted in the Martyrdom of 10 Mujahideen. Five from
Chechnya, Three from Dagestan, and Two from the Ansaar (foreign helpers) and
they were: Abu-Habeeb An-Najdi and Abu-Yaasir An-Nashmi. We ask Allah that
they are accepted from amongst the Martyrs and that to the Eternal Paradise
is their abode forever. Main News from Today: - The Mujahideen attack the
centre of Russian Military Police in Shali. Result: 24 of the Russian
Military are killed, Two Army vehicles destroyed. - 120 Russian Soldiers
killed and 18 Military vehicles destroyed in the Battle raging around the
city of Argun and Maskar-Yurt today. - Support from the people of Chechnya
for the operations of the Mujahideen: After the liberation of Argun from the
hands of the Russian Abusers, the inhabitants of the city offered all types
of help to the Mujahideen, by treating their wounded, burying their killed
and offering food to them. - The Russians enter the city of Vedeno in an
attempt to overpower it: After the previous loss of the Russian Forces in
Vedeno, they had concentrated on the peak of a mountain overlooking the
city. They were able to enter Vedeno and now they are concentrating within
it. The Mujahideen have prepared a surprise for them, which will result in
their shattered corpses, If Allah- Mighty and Magestic - Wills.

*********************************************************************
Sunday 9th January 2000 Russian is Bombing Argun Without Leniency
*********************************************************************
Russian aircraft set out with random continuous bombardment of Argun and the
villages surrounding it. The Mujahideen destroy the Operations Base of the
Russian Forces in Argun, and kill a major and a group of commanders: After
the attack of the Mujahideen on the Russian Military Operations base in
Argun, they demanded from the commanders present inside to surrender
themselves and their weapons, but they refused to surrender, and took the
initiative to open fire on the Mujahideen. So the brave soldiers of Allah
finished them off and killed them all. There number was eight commanders and
the leader of the Base at the rank of Major. Allahu-Akbar! Allahu-Akbar!
Allahu-Akbar! ........` There is no victory except from Allah, the
All-Mighty, All-Wise. `

*********************************************************************
Sunday 9th January 2000 The Day of Conquests
*********************************************************************
The Mujahideen were able to attack the city of Argun and the village
surrounded by it this morning, and their full control on the city was
accomplished, and the city was cleansed off Russia. The city is that third
important city in Chechnya. The results of this operation was the
destruction of 20 motorised vehicles, and a number close to 155 Russians
killed and tens were captured. The destruction of a convoy was accomplished
that was on its way to Argun in order to back up the Russian Forces based
there. The convoy composed of soldiers, reserves and motorised vehicles, so

**041597 Email**

its complete destruction was accomplished that was the destruction of 15 motorised vehicles and 70 Russian soldiers and praise be to Allah. The Russian convoy tried to escape from the city of Argun, which was then resisted by the daring soldiers of Allah, who set out to completely destroy the convey, and most of the soldiers in it were killed and the rest were captured. There were 12 motorised vehicles and 35 Russian soldiers and praise be to Allah.

In a strange incident that proves the measure of confusion, dismay and the failure that exists amongst the ranks of the Russian Forces, the Russian Forces set out to bombard the Russian soldiers and their motorised vehicles with aircrafts, as they decided to leave Argun, so that they do not end up in the hands of the Mujahideen, so praise be to Allah from before the incident and after. We have not been able to calculate the results of this bombardment until now, with the knowledge that we can see the smoke rising from the coffins of motorised vehicles. The Mujahideen were able to cut off a meaningful route of supplies for places where the brutal Russian Forces are based in the east of Grozny, Serzhen-Yurt, Shali and the way of Shatoi, after taking control of the city of Argun and the village surrounded by it, introduced by the retaking of the city of Gudremes Insha`Allah.

At this moment, fierce battles are taking place around it with the Russian Forces based inside. The Mujahideen negate what the Russian News Agencies announced about the control of the Russian Forces over the city of Vedeno. What has actually happened is their entry to some of the outskirts of the city only, and the expulsion of their bodies and the shredded limbs, from it will be accomplished Insha`Allah. The daring Mujahideen captured a group from the motorised vehicles and five carriers carrying reserves and some medium and light weapons. So far two Mujahideen from the Chechens have been martyred and one from the Foreign Arab who is ³Abul-Ansaar ash-Shimaali².

The battles do not cease to continue fiercely until now. We ask Allah to honour His soldiers.

*********************************************************************
Thursday 6th January 2000 O Allah! O Destroyer of the Armies, Destroy Them!
*********************************************************************
(Main points)
- Calmness spread throughout all the frontlines from yesterday evening until today. This was due to thick cloud and fog, which made it impossible for anyone to move within this. - Extreme cold conditions made the Russian Forces descend from the top of a peak they had previously concentrated to, to one with less harsh conditions. - One thing well worth mentioning was that many of the Russian Forces became sick and left the places they had concentrated upon, in search for food and respite from the cold! - Chechen Field Commander `Arabi continues to exercise control over the regions which had been completely taken from the enemy forces. These are the regions of Khankala and Yarmolak. - Chechen Field Commander Abdul-Rahman regained health after being injured in the Battle of Dabor-Yurt and returned to his position as Commander.

*********************************************************************
Wednesday 5th January 2000 Russian Forces do Not Cease to Undertake Losses
*********************************************************************
(Main points) - A battle erupted today in
the village of Karwali on the road of Khankala and Urus-Martan.

**041598 Email**

- The Mujahideen caused heavy losses in both lives and equipment upon the Russian Forces. - 20 Russian soldiers killed. Two Tanks, 2 Canons (1 of them SPG-9) and no injuries amongst the ranks of the Mujahideen and All Praises are to Allah, Mighty and Majestic. - Russian Forces bombarded the village of Maakhaakati in the district of Vedeno, killing 12 from the residing inhabitants and refugees. In the same day, a rocket fell in a market and killed 3 civilians. - Continuous bombardment does not cease to continue upon the majority of villages.

- The Russian Forces entered the outskirts of Shamil-Kotar in the district of Vedeno.  Tuesday 4th January 2000 Indeed Allah Defends Those who Believe The Mujahideen observed a failed operation, in which Allah turned the enemy plots against them. This operation was meant to comb the trenches of the Mujahideen in the front of Serzhen-Yurt. The enemy Infantry Forces advanced, headed by two armoured vehicles and two tanks. These armoured vehicles were carrying missiles (which are highly explosive). These missiles are fired from the armoured vehicle which drops behind it a rod with its skin full of RDX, which is highly explosive. The length of this rod is about 300 m, and by merely falling on the ground the rod explodes which is spread across the ground, and causes destruction on a large magnitude on both sides of the rod. As they began to make use of this weapon against the trenches of the Mujahideen, an accident occurred which heals the hearts of the Mujahideen. Which is that when one of the armoured vehicles fired a missile, it did not leave the platform and exploded in the heart of the armoured vehicle full of other explosives and reserves. So the armoured vehicle exploded with whoever was in it, resulting from it the destruction of the other armoured vehicle and the two tanks. With that all of the soldiers who were present in the place were killed, and their number was more than 35 soldiers. -- May Allah bless and protect those who follow His guidance. Ameen

**041599 Email**

| | |
|---|---|
| **From:** | Abdul-Qaadir Abdul-Khaaliq |
| **Sent:** | Thursday, January 27, 2000 5:54 AM PST |
| **To:** | sheeshaan@eGroups.com |
| **Subject:** | [sheeshaan] FW: jeddah: Fw: Independent | News |Russian agents 'blew up Moscow flats' |

From: "Jeddah (Saudi Arabia) Area Network" <jeddah@muslimsonline.com>
To: <jeddah-net@muslimsonline.com>
Subject: jeddah: Fw: Independent | News |Russian agents 'blew up Moscow flats'
Date: Thu, 6 Jan 2000 21:17:54 +0300

**********************************************
Bismi Allah ArRahamMan ArRahim
In the name of Allah, The Compassionate, The Merciful
**********************************************

NOW THE TRUTH COMES OUT - AFTER THOUSANDS OF CHECHEN WERE KILLED BY FALSE ACCUSATION.

http://www.independent.co.uk/news/World/Russia/rusagent060100.shtml

The Independent has obtained a videotape on which a Russian officer, captured by the Chechens, "confesses" that Russian special services committed the Moscow apartment-block bombings that ignited the latest war in Chechnya and propelled Vladimir Putin into the Kremlin.

On the video, shot by a Turkish journalist last month before Grozny was finally cut off by Russian forces, the captured Russian identifies himself as Alexei Galtin of the GRU (Russian military intelligence service). The bearded captive acknowledges as his own papers displayed by the Chechens that identify him as a "Senior Lieutenant, Armed Special Services, General Headquarters for Special Forces of the Russian Federation".

The Ministry of Defence was checking yesterday whetherthere was indeed such a GRU officer. "Even if he exists, you understand what methods could have been used on him in captivity," said a junior officer, who asked not to be named.

Colonel Yakov Firsov of the Ministry of Defence said on the record: "The (Chechen) bandits feel their end is near and so they are using all manner of dirty tricks in the information war. This is a provocation. This is rubbish. The Russian armed forces protect the people. It is impossible that they would attack their own people."

**042078 Email**

On the video, Lieutenant Galtin said he was captured at the border between Dagestan and Chechnya while on a mine-laying mission. "I did not take part in the explosions of the buildings in Moscow and Dagestan but I have information about it. I know who is responsible for the bombings in Moscow (and Dagestan). It is the FSB (Russian security service), in cooperation with the GRU, that is responsible for the explosions in Volgodonsk and Moscow." He then named other GRU officers.

Nearly 300 people died when four multi-storey apartment blocks were destroyed by terrorist bombs in September. The attacks provoked Mr. Putin, appointed prime minister the month before, to launch a new war in Chechnya.

Sedat Aral, a photographer with ISF News Pictures, said he shot the video in a bunker in Grozny, where he met Abu Musayev, head of Chechen rebel intelligence. Mr Musayev said the Chechens could prove they were not responsible for the apartment-block bombings.

The Russian public backs the "anti-terrorist campaign" in Chechnya, which has so boosted the popularity of its author, Mr Putin, that Boris Yeltsin has retired early to make way for his chosen successor.

However the war started, the beneficiary is clearly Mr Putin. The former head of Russia's domestic intelligence service is now poised to realise his presidential ambitions.

---

Do You Yahoo!?

Talk to your friends online with Yahoo! Messenger.

http://im.yahoo.com

--------------------------------------------------------------------
To Post a message, send it to:  sheeshaan@eGroups.com

To Subscribe Users send an e-mail to sheeshaan-subscribe@egroups.com

To Unsubscribe, send a blank message to: sheeshaan-unsubscribe@eGroups.com

Members only can view all posted messages at:http://www.egroups.com/list/sheeshaan/

------------------------------------------------------------------------
GET A NEXTCARD VISA, in 30 seconds! Get rates as low as 0.0%

Intro or 9.9% Fixed APR and no hidden fees.  Apply NOW!
http://click.egroups.com/1/911/0/_/335351/_/948982743/


eGroups.com home: http://www.egroups.com/group/sheeshaan
http://www.egroups.com - Simplifying group communications

**042080 Email**

| | |
|---|---|
| **From:** | AQ at Yahoo |
| **Sent:** | Tuesday, February 15, 2000 9:23 PM PST |
| **To:** | sheeshaan@eGroups.com |
| **Subject:** | [sheeshaan] Tuesday 15 February 2000: Russian Forces Repeat Bosnia and Kosova Atrocities in Chechnya |

Tuesday 15 February 2000: Russian Forces Repeat Bosnia and Kosova Atrocities in Chechnya

Russian Forces have gone on rampage across much of Chechnya, and have re-enacted the atrocities committed by their Serb brethren against the Muslims of Bosnia and Kosova. Mujahideen sources confirm that the enemy is committing wide-spread and indiscriminate killing of men, women and children, in addition to the complete destruction of buildings, the pollution of the environment and the pillage of property.

In Grozny, Russian troops rounded-up unarmed male civilians and killed them in groups and individually. In the town of Gheki-Chu in the Province of Urus-Martan, the enemies of Allah launched a savage and cowardly attack against the civilian population simply because the Mujahideen had bypassed the village during their withdrawal from Grozny. The Russians are confirmed to have caused the destruction of much of the town, having burnt down homes and shelters. Atrocities against the civilian population included the mass-arrests of men, many of whom were machine-gunned, while others were sent to undisclosed locations and to an uncertain fate.

In other villages across Chechnya, the Russian Military has continued to launch attacks against civilian populations. Mujahideen sources confirm that helicopters, fighter-bombers, heavy artillery, 1,500 kg bombs and other weapons of mass-destruction are being used to target the defenseless civilian population of Chechnya.

It is clear beyond a shadow of a doubt that Russia and its military are waging this war with the aim of exterminating the Chechen population, and to terrorize the Chechen people in hopes of disuading them from providing any form of support to the Mujahideen who may come across their villages. This policy will not succeed, and will only lead to the strengthening of the people's faith and reliance on Allah, and to their increased support for the Mujahideen.

It must be asked at this point, where are the voices and actions of 1.5 billion Muslims against this cowardly war of extermination? Are the people of Chechnya no longer considered brothers? Are they no longer part of the Ummah? Why is the Islamic World indulging in a self-defeating slumber?

Meanwhile, the Western World openly condemns the Russian actions, yet continues to provide financial support to Russia (On Saturday, the world community agreed to 'forgive' Russia of more than US$20 billion in foreign debts and to extend new credit!) These moves clearly show the true intentions of the "New World order" when it comes to Muslims. What separates Chechnya from East Timor? Why should one cause be supported and not the other. The reasons are clear to anyone who seeks the truth: Muslims are being fought militarily and financially from every corner, that they may not realize their aspirations to live in freedom according to the light of Allah's Shariah. Truly:

**042587 Email**

"They seek to put out the light of Allah, but Allah will spread His light
even if the infidels hate it."
[Quran 9:32]

May Allah bless those who follow His guidance.

_____

Do You Yahoo!?

Talk to your friends online with Yahoo! Messenger.

http://im.yahoo.com

_____
To Post a message, send it to:   sheeshaan@eGroups.com

To Subscribe Users send an e-mail to sheeshaan-subscribe@egroups.com

To Unsubscribe, send a blank message to: sheeshaan-unsubscribe@eGroups.com

Members only can view all posted messages at:http://www.egroups.com/list/sheeshaan/

_____
WANT FREE MAGAZINES?
Sample over 500 magazines in 30 categories-- all for FREE at
FreeShop.com, your source for thousands of free and trial offers!
http://click.egroups.com/1/1610/0/_/335351/_/950678577/

eGroups.com home: http://www.egroups.com/group/sheeshaan
http://www.egroups.com - Simplifying group communications

**042588 Email**

**From:**     AQ at Yahoo
**Sent:**     Friday, February 18, 2000 11:02 PM PST
**To:**       sheeshaan@eGroups.com
**Subject:**  [sheeshaan] Wednesday 16 February 2000: Russian Forces Expand Terror Campaign
              Against Civilian Population

Wednesday 16 February 2000: Russian Forces Expand Terror Campaign Against
Civilian Population

The Russian Military has routinely bombarded civilian areas, and has
systematically murdered, raped and imprisoned thousands of Muslims all
across Chechnya. In the past few days, this campaign of targeting civilians
took a turn for the worse, with the enemy imposing curfews, blocking
civilian movement, and continuing with a broad range of crimes against
humanity.

Russian Forces Seal-off Grozny:

Russian forces have declared Grozny an "out of bounds" area, and have not
allowed any civilians to return to the city. The enemy claimed they were
obliged to take this decision because the city was heavily mined by the
Mujahideen This is not so; Mujahideen sources confirm that the Russian
actions are part of an overall strategy to keep all populated centers empty
of their original inhabitants until Russian forces conclude their operations
in the southern mountains of Chechnya. It is also part of the enemy's effort
to keep the Mujahideen out of the Capital. Both strategies will not succeed,
Insha-Allah.

Russians Block Civilian Movements:

Under the guise of banning "illegal" congregations, the Russian Military has
banned the Muslims of Chechnya from the basic rights of freedom of movement
and assembly. Mujahideen sources confirm that the enemy has banned people
from moving freely between towns and villages. This includes banning
children from going to school, and for adults to conduct routine civilian
work. Worst of all, the Russians are not allowing families to bury their
loved ones in graveyards. This has forced the people to bury their dead in
the yards and gardens of their homes. This Russian strategy re-enacts the
crimes committed by the Russians against the Chechen population during the
Stalinist and Soviet era in 1944.

Torture, Mass-arrests Continue Unabated:

Thousands of Chechens have been arrested and sent to concentration camps in
Chechnya and in Russia. The Russian campaign of mass-arrests increased its
tempo recently with large numbers of young men being detained under the
false pretense of collaboration with the Mujahideen. These Muslims were sent
to the "Near" concentration camp in the North of Chechnya. Eye witnesses
have confirmed that the Muslims in these camps are suffering from
indiscriminate killings and some of the most horrible methods of torture.
May Allah hasten their release and may He bestow His Mercy upon those who
have died.

Russia Continues to Bomb "Liberated" Villages:

**042680 Email**

With no justification other than the clear yet unofficial goal of exterminating the Muslim population of Chechnya, Russian forces have maintained their cowardly bombardment of Chechen villages. What baffles the mind and goes against all logic is that many of the targeted villages have already been captured by Russian forces, and are known not to host any Mujahideen. In an attempt to stop the bombing, the elders of these towns approached Russian officers and asked them to spare the villages. The elders, whose methods were full of dignity and fairness, were met by Russians who beat them, humiliated them and warned them that they would be killed unless they stopped 'complaining.'

Frigid Temperatures Claim the Lives of Civilians:

Russian forces had cut off all electricity and gas supplies to Chechen cities, towns and villages since the beginning of the war. More recently, Russian soldiers have also banned Chechens from cutting wood for the basic uses of heating and cooking. This has led to several deaths amongst the civilian population, and has forced survivors to use the little amounts of wood in their homes to meet their basic necessities.

ON THE BATTLEFIELD: Russian forces are building up their strength in preparation for an offensive against Mujahideen positions in the mountains. This would be at least the eighth major attack launched by the enemy against the area. All previous attempts have failed with disastrous consequences for the enemy. Insha-Allah, this time the Russians will find something even more special than defeat waiting for them.

May Allah bless those who follow His guidance.

---

Do You Yahoo!?

Talk to your friends online with Yahoo! Messenger.

http://im.yahoo.com

---

To Subscribe Users send an e-mail to sheeshaan-subscribe@egroups.com

To Unsubscribe, send a blank message to: sheeshaan-unsubscribe@eGroups.com

Members only can view all posted messages at:http://www.egroups.com/list/shceshaan/

---

-- 20 megs of disk space in your group's Document Vault
-- http://www.egroups.com/docvault/sheeshaan/?m=1

**042681 Email**

# EXHIBIT  5

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    02/14/2005

    (U) On 1/31/05, Mahmoud Talaat Hasan El Fiki, date of birth, 5/9/32, was interviewed at the Nasr City, Egypt offices by SSIS Major Muhammad. El Fiki was interviewed at a remote location in the facility and was observed from a conference room via closed circuit television. Internal Revenue Service-Criminal Investigations(IRS-CI) SA Colleen Anderson and FBI Cairo ALAT Nael Sabha were also present in the conference room observing the interview, as was SSIS Major Ahmed Maher who acted as translator during the interview. El Fiki was previously interviewed by the SSIS pursuant to receiving questions via EC from Portland FBI.  On 1/30/05, a meeting was held at SSIS' downtown offices to discuss the specific questions that would be posed to El Fiki by SSIS investigators.

    (U) During the aforementioned meeting, the SSIS advised they conducted extensive investigation into El Fiki's finances. They advised El Fiki has donated upwards of approximately 35 million Egyptian Pounds(converted to U.S. dollars using conversion rate of 5.87 Egyptian pounds to the dollar, is equivalent to approximately $5.9 million), during his lifetime to various charitable causes throughout Egypt. He has been primarily involved in the construction of, and the purchase of equipment for hospitals in Egypt. He prefers to use his money to build facilities or to purchase specific equipment as opposed to donating cash.

    (U) El Fiki has no interest in seeking publicity for his philanthropy and deflects inquiries about his charitable works. He has never had a hospital named after him. He typically directs hospital administrators in charge of naming their facilities to use the names of honored deceased individuals to name the buildings. Earlier in his life El Fiki donated approximately 10% of his income to Zakat. Investigation conducted by SSIS revealed that later in life El Fiki donates approximately 80% of his income to charity.

    (U) El Fiki is an engineer who received a Ph.D in Engineering from Sofia University in Sofia, Bulgaria. El Fiki owns and operates the Cairo Construction Company(CCC). CCC was, and continues to be a prominent builder of hospitals in Egypt. The company has been involved numerous large building projects throughout Egypt.

---

| | | |
|---|---|---|
| Investigation on | 1/31/05 | at Nasr City, Egypt |
| File # 315N-PD-45427 | | Date dictated 2/9/05 |
| by SA David A. Carroll | | |

DEFENDANT'S EXHIBIT
678

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

000041

000041 GOV

FD-302a (Rev. 10-6-95)

315N-PD-45427

Continuation of FD-302 of ____Mahmoud Talaat El Fiki_____, On __1/31/05__, Page __2__

    (U) El Fiki maintains money in bank accounts in CIB, Egypt, as well as in various institutions in Cairo, Alexandria, Egypt, the Bank of Kuwait in London, England and the United Arab Emirates (UAE).

    (U) El Fiki advised he became aware of Al Haramain Islamic Foundation through his son, Sharif El Fiki. S. El Fiki attended the Hajj in Saudi Arabia in 2000. Upon S. El Fiki's return to Egypt he was carrying flyer's prepared by the Al Haramain Islamic Foundation soliciting donations for providing humanitarian aid to Chechnyan widows, orphans and refugees. El Fiki advised his son showed him the flyer when he came home from the Hajj. The flyer depicted various photos of conditions in Chechnya and included photos of women and children.

    (U) El Fiki checked with his contacts in Saudi Arabia to determine AHF's reputation. He also consulted with his friend and employee, Mohammed Salat, about AHF's reputation. Salat had contacts in Saudi Arabia and made inquiries about the foundation. Salat reported to El Fiki that the foundation had a good reputation for providing humanitarian aid and recommended making the contribution. El Fiki's other associates in Saudi Arabia also vouched for Al Haramain as being a reputable organization.

    (U) After seeing the flyer, consulting his associates and accessing AHF's website, El Fiki made the decision to donate $150,000 to the cause of supporting widows, orphans and refugees in Chechnya.  After making the decision, he contacted AHF via email through their website, AlHaramain.Org., and advised the foundation of his desire to donate $150,000. El Fiki received a response via email indicating the foundation's appreciation for his financial support. In AHF's responding email, El Fiki was provided two bank accounts as an alternative for submission of the donation.

    (U) The first option was an AHF account at the Bank of America (BOA) in Ashland, Oregon. The second was an AHF account at Al Rajhi Banking & Investment Corporation in Riyadh, Saudi Arabia. Subsequent to the completion of El Fiki's interview, the SSIS investigators allowed the interviewing agents the opportunity to view El Fiki's email to AHF indicating his desire to donate to the widows, orphans and refugees in Chechnya. They also presented for display the AHF responding email thanking El Fiki for his support and directing him to wire the money to one of the two aforementioned accounts. The SSIS advised the FBI would be provided with copies of these documents at a later date.

FD-302a (Rev. 10-6-95)

315N-PD-45427

Continuation of FD-302 of  ___Mahmoud Talaat El Fiki_____ , On __1/31/05_____ , Page ___3____

     (U) El Fiki advised he chose to send his donation to the Bank of America account provided in AHF's response because the bank was more well known and he had more confidence in the United States banking system than the banks in Saudi Arabia. El Fiki contacted the Bank of Kuwait in London, England and directed them to wire transfer $150,000 to the aforementioned AHF account at the BOA in Ashland, Oregon. In directing the Bank of Kuwait to wire the money, El Fiki requested, and received a receipt, indicating the cost of the transaction was $40.00. SSIS also presented this receipt for review by writer and SA Anderson.

     (U) El Fiki advised the donation was for Zakat to support widows and orphans. After making the donation, a month passed and El Fiki had not received an acknowledgment from AHF indicating the foundation received the money.

     El Fiki did not know Albuthe and had never heard of him. This disturbed El Fiki and he therefore sent another email requesting acknowledgment of the donation. In response to El Fiki's inquiry about the delay in AHF's acknowledging his donation, the foundation sent him an email directing him to contact Salat. El Fiki was told Salat had the receipt for the donation.

     (U) El Fiki advised he never had any telephonic contact with anyone at AHF, nor has ever spoken with anyone employed by the foundation. AHF did not return any of the money to him and questioned the interrogator as to why would they return money to him. El Fiki had no idea how his donation was actually spent. He advised he had no method or means to determine how the money was specifically spent. El Fiki was unaware if the money was spent on Chechnyan mujahedin. He reiterated that he would have no way of knowing how the money was actually spent.

     (U) SSIS personnel indicated El Fiki provided the following time line of events regarding his contact with AHF.

     January 11, 2000 - El Fiki's first contact with AHF via email through their website.

     Approximately within a week's time of 1/11/00, AHF responded providing the two choices of bank accounts available to receive donations.

FD-302a (Rev. 10-6-95)

315N-PD-45427

Continuation of FD-302 of ___ Mahmoud Talaat El Fiki ___ , On 1/31/05 ___ , Page 4 ___

    Approximately within a week after receipt of response from AHF, El Fiki directs his bank to wire the money to the BOA in Ashland, Oregon.

    February 20, 2000 - El Fiki's follows up with an email to AHF inquiring as to why he has not received acknowledgment of his donation.

    March 23, 2000 - El Fiki resends his email asking for a receipt for his donation.

    Thereafter, El Fiki received a letter from his bank confirming the transfer.

    El Fiki subsequently received an AHF receipt through Salat indicating the cash was received by the foundation.

    El Fiki's last contact with AHF was the March 23, 2000 email seeking confirmation and acknowledgment that his donation was received.

    (U) El Fiki described another charity he provided money to during the period 1997-2000. The organization employed approximately 250 people. El Fiki's accountant told him his contributions to this charity were being wasted on unnecessary employees and not properly spending the money on children as promised. The information provided by his accountant caused him to more closely scrutinize to whom he provided financial support. This information also showed him how difficult it is to monitor funds donated to any organization. El Fiki ultimately stopped giving to his particular charity because it was abusing his trust and donations.

    (U) El Fiki advised he donated $150,000.00 in three separate installments of $50,000.00 each to the Islamic Center of Southern California(ICSC), located at 434 South Vermont Ave, Los Angeles, California. These funds were also sent to an account maintained at the Bank of America. These donations occurred in February and April, 1995. This money went towards establishing a new school at the facility. The school was known as "The Straight Path." El Fiki's connection to the ICSC was through his association with Dr. Hassan Hatout. El Fiki knew Hatout from their time together in Kuwait. Hatout is a gynecologist practicing in Los Angeles. El Fiki last donated money to the ICSC in 1996. El Fiki

000044 GOV

FD-302a (Rev. 10-6-95)

315N-PD-45427

Continuation of FD-302 of ___Mahmoud Talaat El Fiki_____ , On _1/31/05____ , Page ___5___

remains in contact with Hatout and described meeting him once a year in Kuwait.

(U) El Fiki donated money to an Islamic Center in Cairo that is run by Dr. Abdul Gafar(phonetic). El Fiki recalled an Egyptian student named Mohammad Turki that solicited him for donations for a mosque in the United States. Turki called in approximately mid-2001 after the events of 9/11/01. Turki's father worked with El Fiki in Kuwait. El Fiki had doubts about what the money would be used for and declined to donate. He has never heard from Turki since that time.

000045

000045 GOV

# EXHIBIT  6



**Havurah Shir Hadash**
חבורת שיר חדש
P.O. Box 1262
Ashland, OR 97520

To:       Judge Thomas Coffin
Re:       Pete Seda
Date:     August 14, 2007
From:     Rabbi David Zaslow
          Havurah Shir Hadash Synagogue
          www.havurahshirhadash.org
          (541) 621-0782

Dear Judge Coffin:

I have been the rabbi and spiritual leader of one of the three synagogues in Ashland, Oregon since 1995, and have known Pete Seda since the early days of my rabbinic studies in the late 1980's. I realize the task before you today is to assess if Mr. Seda is a flight risk, and if he might pose any danger to the community if he is free on bail.

I can tell you unconditionally that Mr. Seda would not have returned to face our judicial system if he were a flight risk, and I unconditionally believe that he will pose no danger whatsoever if you permit him to be free on bail while he prepares for his trial.

From the time I was ordained until several years after September 11, 2001 Pete Seda was my peace partner in bringing a bit of hope to both the Jewish and Muslim communities of southern Oregon. He spoke passionately against violence, Islamic terrorism, and for reconciliation with the Jewish community. He took some personal risk not only to associate himself with the Jewish community here, but to proclaim a very positive, public view about Israel.

I do not write these words lightly. In regard to the charges I have no personal knowledge of Pete's guilt or innocence. I am a strong supporter of our nation's War on Terrorism, and our alliance with Israel. At the same time, it was Muslim-American leaders like Pete Seda who were able to bring a measure of comfort and hope to communities across American after September 11. I have absolutely no doubt that Pete Seda will be a model citizen as he awaits trial should you grant his bail request.

Please do not hesitate to call me on my cell phone at the number above if you have any questions whatsoever.

Sincerely,
Rabbi David Zaslow