# EXHIBIT  8

**Defense Exhibit List Index** [1]
**11-17-2010**

| Trial Ex. # | Exhibit Description |
|---|---|
| 0601 | Constitution of Al Haramain Islamic Foundation (Saudi Arabia) |
| 0602 | Monthly report and statement of purpose (PF) |
| 0602(A) | Monthly Report and Statement of Purpose Declaration of Cooperation Statement between Qu'ran Foundation and Al Haramain Foundation March 6, 1998 |
| 0602(B) | Signed Statement of Purpose Declaration of Cooperation Statement between Qu'ran Foundation and Al Haramain Foundation |
| 0602(C) | Statement of Purpose and Declaration of Cooperation between Qu'ran Foundation and Al Haramain Islamic Foundation with printed signatures Solimon Al Buthe, Abu Unus, Dawood Rodgers, and Robert L. Brown |
| 0603 * | Letter March 31, 1998, Qu'ran Foundation to Al Haramain Foundation |
| 0604-0605 | Reserved |
| 0606 | Email January 1, 2000, 2:37 p.m. P to Al Buthe |
| 0607 | Photograph Pete Seda and Solomon Al Buthe under tree |
| 0608 | Photograph Pete Seda, Rob Brown, John Dunn and David Rodgers |

---

[1] The "*" indicates that a copy of the exhibit will be provided on a CD following the submission of the Sentencing Memorandum in Mr. Sedaghaty's case. In general, the exhibits included on the CD are ones that were not admitted at trial.

| | |
|---|---|
| 0609 | Photograph including Rob Brown, David Rodgers, and Pete Seda |
| 0610 | Photograph of 3800 S Highway 99 with camel |
| 0611 | Photograph of cultural tent at 3800 South Highway 99 |
| 0612 | Photograph Al Haramain building |
| 0613 | Photograph of David Rodgers with King Abdullah |
| 0614 | Email June 26, 2000 AQ to b@qf.org on his trip - and extremism |
| 0614(A) | Attachment to June 26 2000 email June 25, 2000 Al Buthe to AQ |
| 0615-0627 | Reserved |
| 0628 * | December 2, 1999, article from NY TIMES "McCain Urges Ending Aid To Russia In Wake Of Chechen Policy" |
| 0629 * | ABC News.com page, December 9, 1999, "Yeltsin Lashes Out" |
| 0630 * | THE INDEPENDENT web page December 11, 1999, "In A Powerless, Frozen City Of No Food, The Blind Hear The Bombs And Know There Is No Escape; Sarah Richards Toured Chechnya's Capital As Russian Forces Closed In, And Was Among The Last To Leave." |
| 0631 * | TIME webpage December 13, 1999, "Campaign 2000: Foreign Policy: Where McCain Hits Bush The Hardest" |
| 0632 * | Doctors Without Borders webpage December 15, 1999, "Chechnya: The Tracking of Civilians" |
| 0633 * | CNN.com webpage December 16, 1999, "Albright Delivering 'strong message' to Russia" |

0634            Email December 29, 1999 at 5:20 a.m., Raya Shokatfard to lz@qf.org, with CNN.com webpage December 18, 1999, "Russian Bombardment Intensifies As Troops Close On Grozny"

0635 *        Webpage The Gazette, February 6, 2000, "Escape From Chechnya"

0636 *        Reserved

0637            Email February 17, 2000 at 1:02 a.m., Q to AQ with CNN webpage February 16, 2000, "NATO, Russian Relax Tense Relations"

0638*         Reserved

0639 *        Article Ria Novosti February 28, 2000, "Saudi Arabia to Provide Humanitarian Aid For Refugees"

0640 *        Human Rights Watch Report February 29, 2000, "War Crimes In Chechnya And The Response Of The West"

0641 *        Email February 21, 2000 at 11:34 p.m. The Arborist to b at qf.org with CNN.com February 21, 2000 Russia Chechnya webpage

0642 *        CNN.com Website Pages March 22-31, 2000

0643 *        UN Commission on Human Rights Resolution of April 25, 2000

0643(A) *     United Nations Foundation U.N. wire April 26, 2000, "U.N. Seeks Inquiry Into Violations In Chechnya"

0644 *        MSF-USA special report, November 22, 2000, Chechnya, The Politics Of Terror

0645 *        United Nations High Commissioner for Human Rights Resolution 2001/24

0646 *        U.S. Senate Committee on Foreign Relations, Joseph R. Biden, February 12, 2004

| | |
|---|---|
| 0647 * | State Department Russia Country Report 1999 |
| 0648 * | State Department Russia Country Report 2000 |
| 0649 * | State Department Russia Country Report 2001 |
| 0650 * | NY Times 10/30/99 "Fears Rise for Chechen Refugees as Winter Nears" |
| 0651* | Reserved |
| 0652 * | Congressional Research Service Report for Congress: Chechnya Conflict: Recent developments (May 3, 2000) |
| 0653 * | News article U.S.: Chechen Officials Hold Talks at State Department (February 2, 2000) |
| 0654 * | Time.com News Article, Why Russia May Keep Chechen Capital in Ruins (February 7, 2000) |
| 0656-0663 | Reserved |
| 0664* | Email September 18, 2001 from Florin to Pete Seda plus attachment |
| 0664(A) * | September 21, 2001, 9:25 a.m. P to Council of American Islamic Relations plus attachment |
| 0665 * | Email September 21, 2001, 9:33 a.m. P to CIC@cicnow.com |
| 0666 - 0667 | Reserved |
| 0668 | Bank of America Check and traveler's check purchase |
| 0669 | Email January 11, 2000, 14:38:08 S. El Fiki to Haramain |
| 0670 | Email January 18, 2000, Haramain to S. El Fiki |
| 0671 | Email February 21, 2000, 9:12 a.m. head office to S. El Fiki |
| 0672 | February 21, 2000, Letter Aqeel to S. El Fiki |

| 0673 | February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait |
| 0673(A) | English translation of February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait |
| 0673(B) | Declaration of Translation of February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait |
| 0674 | Email February 24, 2000 P to Al Buthe RE money transferred |
| 0675 | Reserved |
| 0676 * | Email March 27, 2000, 8:36 a.m. Al Haramain to S. El Fiki |
| 0677 * | Letter April 13, 2000, Mahmoud T. El Fiki from National Bank of Kuwait |
| 0678 * | Redacted Federal Bureau of Investigation 302 interview report of Mahmoud Talaat El Fiki, investigation on January 31, 2005 |
| 0679 * | Kuwait Bank record for El Fiki |
| 0680 * | Email May 11, 1999 Barhoush to Haramain et al Subject: Urgent Albanian Translation |
| 0680(A) | Email Abdul Qaadir to Haramain May 11, 1999 Report of Committee on Albania |
| 0681 | Email December 11, 1999, Abdul Qaadir to Qur'an and Sunnah Net Group; Jeddah-Net@muslimsonline.com |
| 0682 | Email December 28, 1999, 4:26 p.m. from Info to Info@irw.org |
| 0683 | Email December 30, 1999, 8:50 p.m. P to Al Buthe |
| 0683(A) | Attachment to email Statement in Spanish and English from Ayuda Internacional Al Desplazado |

**Page 5    DEFENDANT'S FOURTH AMENDED POTENTIAL EXHIBIT LIST**

| | |
|---|---|
| 0683(B) | Email from Al Buthe to P December 31, 1999 Human Help for Chechnya |
| 0683(C) | Email January 1, 2000 1:46 P to Al Buthe RE Horrible Condition |
| 0683(D) | Email from Al Buthe to P, January 2, 2000 at 4:58 AM |
| 0684 * | Email from Head Office to Bilal Ibrahim with cc to Pete, January 3, 2000 at 3:10 AM |
| 0685 | Email from Abdul-Qaadir to q@qf.org, January 4, 2000 at 1:00 AM |
| 0685(A) * | Email attachment January 4, 2000 at 1:00 AM |
| 0686 | Email January 6, 2000, 1:35 a.m. Al Buthe to P |
| 0686(A) | Email January 6, 2000, 1:37 a.m. Al Buthe to P |
| 0686(B) | Email January 7, 2000, 3:48 p.m. Info to Info@irw.org |
| 0686(C) | Email January 12, 2000, 5:43 p.m. Info to Info@irw.org |
| 0687 | Email Daveed Gartenstein-Ross to P January 17, 2000 |
| 0687(A) | Email P to Daveed Gartenstein-Ross January 17, 2000 |
| 0687(B) | Email Chain P to B February 21, 2000, including Daveed Gartenstein-Ross to P 1/17/2000 RE Horrible Condition and P to Al Buthe 1/1/2000 RE Horrible Condition |
| 0687(C) | Email P to Daveed Gartenstein-Ross January 18, 2000 plus attachment |
| 0687(D) | Email P to Daveed Gartenstein-Ross January 18, 2000 |
| 0688 * | Email Ashland to Al Buthe January 18, 2000 |
| 0688(A) | Email January 22, 2000, 11:23 p.m. Ashland to Al Buthe |

| | |
|---|---|
| 0689 | Letter January 24, 2000, Pete Seda to Responsible Secretariet of Federation Committee for International Technical Humanitarian Cooperation |
| 0689(A) | Email January 27, 2000, 10:08 a.m. Info to Info@irw.org |
| 0690 | Email AQ to Sheeshan February 3, 2000 |
| 0691 | Email P to Daveed Gartenstein-Ross February 4, 2000 |
| 0691(A) | Email P to Daveed Gartenstein-Ross February 8, 2000 |
| 0692 | Email Q to AQ February 12, 2000 |
| 0692(A) | Email from Q to Sunnah, February 12, 2000, with path to Time.com, Photo Essay RE: Grozny |
| 0692(B) | Photographs Time.com photo essay, Russian Soldiers Rest in Downtown Grozny |
| 0692(C) | Blinded and Bound, Chechen Civilians |
| 0692(D) | Chechen Men in Pit |
| 0692(E) | Chechen Boy in Cellar |
| 0692(F) | Chechen Woman with Son |
| 0692(G) | Fallen City |
| 0693 | Email P to Al Buthe February 15, 2000 |
| 0693(A) | Email The Arborist to Al Buthe February 17, 2000 |
| 0693(B) | Email P to B February 19, 2000 |
| 0693(C) | Email P to Al Haramain February 20, 2000 |
| 0694 | Email February 20, 2000 The Arborist to b@qf.org |
| 0694(A) | Email P to MCA February 21, 2000 11:40 |

**Page 7**    **DEFENDANT'S FOURTH AMENDED POTENTIAL EXHIBIT LIST**

| | |
|---|---|
| 0694(B) | Email February 21, 2000, 11:34 p.m. from The Arborist to B@qf.org |
| 0694(C) | Email February 21, 2000, 10:54 a.m. The Arborist to B@qf.org |
| 0694(D) | Email February 21, 2000 5:48 p.m. The Arborist to B |
| 0694(E) * | Web page Medecins Sans Frontieres |
| 0694(F) * | Web page United Nations |
| 0695 | Email Chain P to B February 21, 2000 including P to Daveed Gartenstein-Ross 2/19/2000 and Daveed Gartenstein-Ross to P 2/8/2000 RE: Chechnya |
| 0696 | Email AQ to Sheeshaan February 23, 2000 |
| 0697 | Email February 29, 2000, 12:16 p.m. P to B@qf.org |
| 0697(A) | Email Q to PJFlorin February 29, 2000 |
| 0697(B) | Email P to B March 1, 2000 |
| 0698 * | Memorandum March 1, 2000, Catherine Granel from Bilal Abdul-Kareem, "Aid to the People of Chechnya" |
| 0698(A) | Email Q to Granel March 1, 2000 with Memo to Bilal |
| 0698(B) * | Web Page Doctors of the World Staff 2000 |
| 0698(C) | Email March 1, 2000, 10:55 a.m. Q to P@qf.org |
| 0698(D) | Email March 1, 2000, 11:29 a.m. P to PJFlorin@jeffnet.org |
| 0698(E) * | Letter March 1, 2000 Bilal to Catherine Granel RE: Aid to the people of Chechnya |
| 0698(F) * | Email March 1, 2000 P to Q RE: Letter to Doctors |
| 0698(G) * | Letter Attachment to March 1, 2000 email Subject: Aid to the People of Chechnya |

| | |
|---|---|
| 0698(H) | Email Q to The Arborist March 3, 2000 |
| 0699 | Email P to Al Buthe March 3, 2000 |
| 0699(A) | Email March 4, 2000 p to q@qf.org |
| 0699(B) | Attachment to Email March 4, 2000 |
| 0700 | Email March 5, 2000 P to b@qf.org FW: I need your help! |
| 700(A) | Web printout, World Food Program, Azerbaijan, printed February 29, 2000 |
| 700(B) | Web printout, World Food Program Delivers - The Balkans, printed February 29, 2000 |
| 700(C) | Web printout, World Food Program Bread Story - Kosovo, printed February 29, 2000 |
| 700(D) | Web printout, World Food Program Logistics Photo Gallery, picture of airplane dropping food, printed March 1, 2000 |
| 700(E) | Web printout, World Food Program Logistics Photo Gallery, picture of helicopter, printed March 1, 2000 |
| 700(F) | Web printout, World Food Program Logistics Photo Gallery, picture of truck convoy, printed March 1, 2000 |
| 700(G) | Web printout, World Food Program Logistics Photo Gallery, picture of loaded truck, printed March 1, 2000 |
| 0701 * | Email March 15, 2000 from Info to Harith RE Eid Mubarak |
| 0701(A) * | April 2, 2001, 9:58 a.m. CIC@cicnow.com |
| 0702 - 0703 | Reserved |
| 0704(A) * | Al Haramain Islamic Foundation receipt No. 262740 |
| 0704(B) * | English translation of Al Haramain Islamic Foundation receipt No. 262740 |
| 0705(A) * | Al Haramain receipt no. 263867 |

**Page 9    DEFENDANT'S FOURTH AMENDED POTENTIAL EXHIBIT LIST**

0705(B) *        English translation of Al Haramain receipt no. 263867

0706(A) *        Al Haramain log page of receipts no. 262740 & 263867

0706(B) *        English translation of Al Haramain log page of receipts no.
                 262740 & 263867

0707(A) *        Affidavit of Al Haramain Islamic Foundation, executed May
                 3, 2004

0707(B) *        Certificate of translation of Affidavit of Al Haramain Islamic
                 Foundation, executed May 3, 2004

0707(C) *        English translation of Certificate of translation of Affidavit of
                 Al Haramain Islamic Foundation, executed May 3, 2004

0708 - 0712      Reserved

0713 *           Al Suwailem Declaration

0714(A) *        Diwan Presidency of Counsel of Ministers

0714(B) *        English translation of Diwan Presidency of Counsel of
                 Ministers

0715(A) *        Diwan memo to His Royal Highness Minister of Interior re:
                 Chechen Relief and SJRC

0715(B) *        English translation of Diwan memo to His Royal Highness
                 Minister of Interior re: Chechen Relief and SJRC

0716(A) *        Kingdom of Saudi Arabia, Saudi Joint Relief Committee
                 (SJRC) for the Aid of the People of Kosovo

0716(B) *        English translation of Kingdom of Saudi Arabia, Saudi Joint
                 Relief Committee (SJRC) for the Aid of the People of Kosovo

0717(A) *        Memo to His Excellency Minister of Finance and National
                 Economy

| | |
|---|---|
| 0717(B) * | English translation of Memo to His Excellency Minister of Finance and National Economy |
| 0718(A) * | Order of King Fahad Bin Abdulaziz Al-Saud |
| 0718(B) * | English translation of Order of King Fahad Bin Abdulaziz Al-Saud |
| 0719(A) * | Al Haramain Humanitarian Foundation memorandum November 4, 1999 |
| 0719(B) * | English translation of Al Haramain Humanitarian Foundation memorandum November 4, 1999 |
| 0720(A) * | Telegram to the Minister of the Interior, re: Saudi Joint Committee November 10, 1999 |
| 0720(B) * | English translation of Telegram to the Minister of the Interior, re: Saudi Joint Committee November 10, 1999 |
| 0721(A) * | Minutes of meeting of the Chechnya Committee/Saudi Joint Relief Committee January 1, 2000 |
| 0721(B) * | English translation of Minutes of meeting of the Chechnya Committee/Saudi Joint Relief Committee January 1, 2000 |
| 0722(A) * | Memo from Al Haramain Charity Foundation January 4, 2000 |
| 0722(B) * | English translation of memo from Al Haramain Charity Foundation January 4, 2000 |
| 0723(A) * | Report of Saudi Joint Relief Committee for Kosovo and Chechnya (Chechnya Committee) February 15, 2000 |
| 0723(B) * | English translation of Report of Saudi Joint Relief Committee for Kosovo and Chechnya (Chechnya Committee) February 15, 2000 |
| 0724(A) * | Brief report what Chechnya Committee has achieved abroad |

0724(B) *        English translation of brief report what Chechnya
                 Committee has achieved abroad

0725(A) *        Declaration of Vladimir Matusevitch August 23, 2004

0725(B) *        Accord between Russian Ministry and Saudi Joint Relief
                 Committee for Kosovo and Chechnya in Russian and Arabic

0725(C) *        English translation from Arabic of Memo of Accord between
                 Russian Ministry and Saudi Joint Relief Committee for
                 Kosovo and Chechnya

0725(D) *        English translation from Russian of Russian and Arabic
                 language version of Accord between Russian Ministry and
                 Saudi Joint Relief Committee for Kosovo and Chechnya

0725(E) *        Russian language version of Certificate 9927 of the State
                 Registration Chamber

0725(F) *        English translation of Certificate 9927 of the State
                 Registration Chamber

0726(A) *        Telegram regarding Al Haramain, Chechnya and Saudi Joint
                 Relief Committee June 2, 2003

0726(B) *        English translation of Telegram regarding Al Haramain,
                 Chechnya and Saudi Joint Relief Committee June 2, 2003

0727(A) *        Telegram to Al Rajhi Banking and Investment Corporation
                 March 14, 2004

0727(B) *        English translation of Telegram to Al Rajhi Banking and
                 Investment Corporation March 14, 2004

0728(A) *        Confirmation from Minister of Justice regarding Al
                 Haramain Islamic Foundation March 21, 2004

0728(B) *        English translation of Confirmation from Minister of Justice
                 regarding Al Haramain Islamic Foundation March 21, 2004

0729(A) *        Statement from Al Haramain Charity Foundation May 3,
                 2004

| | |
|---|---|
| 0729(B) * | English translation of Statement from Al Haramain Charity Foundation May 3, 2004 |
| 0730 * | Unclassified Summary Regarding Monies Destines for Needy Chechen Families |
| 0731 | Al Haramain Website list of Al Haramain bank accounts |
| 0732 - 0747 | Reserved |
| 0748 | Handwritten document captioned "Wire Transfer" top line $2767 |
| 0749(A) | Email December 30, 1999 8:20 a.m. Tom to Pete Seda |
| 0749(B) | Proposal attachment to email: Letter Tom Wilcox to Pete Seda December 30, 1999 |
| 0750 | Engagement letter from Tom Wilcox to Pete Seda |
| 0751 | Handwritten list, top line 2/24/2000 Mahmoud T. El Fiki |
| 0752 | Check #9733 June 23, 2000 |
| 0753 | Check #9733 6/23/2000 |
| 754.42318 | 2000 Form 990 |
| 754.42335 | 2000 State CT-12 Return |
| 754.42477 | 2001 Form 990 |
| 754.42494 | 2001 State CT-12 Return |
| 754.42532 | Letter from Internal Revenue Service to Al Haramain dated September 2, 2002 |
| 754.42533 | Letter from Internal Revenue Service to Al Haramain dated February 20, 2002 |
| 754.42540 | Letter from OR DOJ to Al Haramain dated October 30, 2001 |

| 754.42659 | Letter from OR DOJ to Al Haramain dated June 19, 2001 |
| 754.42703 | Letter from OR Dept of Revenue to Al Haramain dated August 8, 2000 |
| 754.42810 | Letter from Internal Revenue Service to Al Haramain dated May 31, 2002 |
| 754.42895 | Letter from OR DOJ to Al Haramain dated February 22, 2001 |
| 754.42896 | 1999 Form 990 |
| 754.43005 | 1998 Corporate Return Form 1120 |
| 754.43014 | Oregon Corporation excise tax return 1998 |
| 754.43075 | Letter from Internal Revenue Service to Al Haramain dated December 7, 2000 |
| 754.43104 | Letter from Internal Revenue Service to Al Haramain dated October 13, 2000 |
| 754.43111 | Letter from Tom Wilcox to OR DOJ dated September 22, 2000 |
| 754.43112 | Letter from OR DOJ to Al Haramain dated September 7, 2000 |
| 754.43127 | Letter from Tom Wilcox to Internal Revenue Service dated September 25, 2000 |
| 754.43129 | Letter from Internal Revenue Service to Al Haramain dated September 6, 2000 |
| 754.43156 | Letter from Tom Wilcox to Internal Revenue Service dated August 17, 2000 |
| 754.43158 | Letter from Internal Revenue Service to Al Haramain dated March 24, 2000 |
| 754.43193 | 1023 Application |

| | |
|---|---|
| 754.43219 | Letter from OR DOJ to Al Haramain dated January 14, 2004 |
| 754.43220 | Letter from Internal Revenue Service to Al Haramain dated February 9, 2004 |
| 754.43238 | Letter from Internal Revenue Service to Al Haramain dated March 16, 2000 |
| 754.43252 | Letter from OR DOJ to Al Haramain dated July 26, 2000 |
| 754.43257 | Letter from OR DOJ to Al Haramain dated April 11, 2000 |
| 754.43337 | Letter from Internal Revenue Service to Al Haramain dated December 22, 2003 |
| 754.43340 | Letter from OR DOJ to Al Haramain dated November 21, 2003 |
| 754.43341 | Letter from OR DOJ to Al Haramain dated October 16, 2003 |
| 754.43356 | Letter from OR DOJ to Al Haramain dated June 4, 2003 |
| 754.43360 | Letter from OR DOJ to Al Haramain dated April 4, 2001 |
| 754.43411 | Letter from OR DOJ to Al Haramain dated October 30, 2000 |
| 754.43433 | Letter from Tom Wilcox to Internal Revenue Service dated January 3, 2002 |
| 754.43434 | Letter from Internal Revenue Service to Al Haramain dated December 31, 2001 |
| 754.43437 | Letter from Tom Wilcox to Internal Revenue Service dated October 2, 2001 |
| 754.43438 | Letter from Internal Revenue Service to Al Haramain dated September 24, 2001 |
| 754.43447 | Letter from OR DOJ to Al Haramain dated August 24, 2001 |

| | |
|---|---|
| 754.43459 | 1999 State CT-12 Return |
| 754.43462 | Letter from Tom Wilcox to OR DOJ dated January 8, 2001 |
| 754.43487 | Letter from Internal Revenue Service to Al Haramain dated February 4, 2000 |
| 754.43512 | Letter from Internal Revenue Service to Al Haramain dated June 1, 2000 |
| 754.43660 | Letter from Internal Revenue Service to Al Haramain dated April 18, 2001 |
| 755.1 | Email from P to Tom Wilcox, May 14, 2001 |
| 755.2 | Attachment to 755.1 - QuickBooks File |
| 755.3 | Floppy Disk from Tom Wilcox, Labeled "Al Haramain 6/14/2001" |
| 755.4 | QuickBooks file located on 755.3 |
| 755.5 | Email January 7, 2002 from Tom Wilcox to P |
| 755.6 | Attachment to 755.5 - QuickBooks File |
| 755.7 | Jeff Cone, Audit Trail, January 1999 through December 2003 |
| 755.8 | Jeff Cone, Financial Statement Transactions: QuickBooks Audit Report Emulation |
| 755.9 | Email March 13, 2001 from Tom Wilcox to Pete Sedda |
| 755.10 | Attachment to 755.9 - QuickBooks File |
| 755.11 | Email June 12, 2001 from P to Shoumar, Abdulaziz S (rrd) |
| 755.12 | Attachment to 755.11 - QuickBooks File |
| 755.13 | September 19 - 24 Wilcox Data Entry Report |

| | |
|---|---|
| 0756 | Email January 2, 2000, 1:13 p.m. P to Ms. Katkhouda |
| 0757-0758 | Reserved |
| 0759 | Email February 26, 2000, 12:45 a.m. from Al Buthe to P@qf.org |
| 0760 | Email March 6, 2000 Al Shoumar to q@qf.org |
| 0760(A) | Attachment to Email March 6, 2000 Al Shoumar to q@qf.org |
| 0761 | Email from Q to P March 7, 2000, Six months budget with attachment |
| 0762 | Email from P to Shoumar January 3, 2001 RE springfield@Al Haramain.org |
| 0763-0800 | Reserved |
| 0801 * | Email April 1, 2000, 3:07 p.m. P to Raya Shokatford |
| 0802 | Letter Proposal April 11, 2000, Pete Seda |
| 0803(A) | Email April 12, 2000, 11:57 a.m. PJFlorin@jeffnet.org to Pete Seda |
| 0803(B) | Draft greetings letter.doc attached to email |
| 0803(C) | Draft public relations letter re Islam attached to email |
| 0803(D) | Draft Greeting Letter (PF) |
| 0803(E) | Draft greeting letter (short version) PF |
| 0803(F) | Letter April 11, 2000 Public relation plan (PF) |
| 0804(A) * | Email April 18, 2000, 3:05 p.m. PJFlorin @jeffnet,org to Pete Seda |
| 0804(B) * | Draft Jewish Community letter attached |

0804(C) *        Draft anti-terrorism letter to Sheik Aqeel attached to
                 April 11, 2000, email

0804(D) *        Letter to April 18, 2000 to Rabbi Zaslow (PF)

0804(E) *        Letter April 18, 2000 to Rabbi Sirinski (PF)

0805(A) *        Email April 19, 2000 12:46 a.m. Ashland to Al Buthe

0805(B)          Attachment to email, Letter April 19, 2000, Pete Seda to
                 Aqeel al Aqeel

0806             Letter April 19, 2000, Pete Seda to Aqeel al Aqeel

0807 *           Email July 5, 2000, 11:52 a.m. PJFlorin@jeffnet.org to Pete
                 Seda plus attachment

0807(A) *        Draft letter to Shiukh (PF)

0808 *           ASHLAND DAILY TIDINGS September 15, 2001

0809 *           Letter September 18, 2001, Al Haramain Foundation,
                 signed by Pete Seda, to Office of Emergency Relief, City of
                 New York

0809(A) *        Letter September 18, 2001 to NYC (PF)

0810 *           Letter September 18, 2001, Pete Seda to State Department

0810(A) *        Draft September 2001 Justice for All (PF)

0810(B) *        Draft September 2001 Justice for All (PF)

0811 *           Letter September 18, 2001, Pete Seda to Office of
                 Emergency Relief

0812 *           Letter September 20, 2001, Pete Seda to My Dear Brothers
                 and Sisters, Call for Islamic Outreach

0812(A) *        Call For Islamic Outreach (PF)

0813             Letter to State Department 9/18/2001 (PF)

0813(A) *        Letter September 20, 2001, Secretary of Health and Human Services, Tommy Thompson, from Pete Seda

0814 *           Mail Tribune article, September 20, 2001

0815 *           Letter to the Editor by Pete Seda

0815(A) *        Press Release "From The Muslim Heart" (PF)

0816 *           Email September 21, 2001, 9:15 p.m. Marisa Petersen to Qur'an Foundation

0817 *           Email September 23, 2001, 10:59 a.m. A to letters@tucsoncitizen.com

0818 *           Email September 23, 2001, 6:45 p.m. A to Oelrichs@rockymountainnews.com

0819 *           Email September 23, 2001, 7:31 p.m. A to letters@washpost.com

0820(A) *        Email September 26, 2001, 11:04 a.m. Florin to Pete Seda

0820(B) *        Letter September 26, 2001, Pete Seda to Senator Wyden

0820(C) *        Letter Form: Educational Outreach Services (PF)

0821 *           Letter October 2, 2001, Congressman Greg Walden to Pete Seda

0822 *           Letter October 2, 2001, Pete Seda to Dear Spiritual Leader

0823 *           Letter October 5, 2001, Federal Bureau of Investigation Thomas J. Pickard to Pete Seda

0824 *           Email October 7, 2001, 2:28 p.m. The Arborist to Traci Dow

0825 *           Email October 7, 2001, 3:05 p.m. A to DBerger and attachment

0826 *          Email October 14, 2001, 1:16 p.m. Scarlet Ledesma to
                Pete@TheArborist.com

0827 *          Reserved

0828 *          Letter October 24, 2001, Department of the Army, Office of
                Chief of Chaplins, to Pete Seda

0829 *          Letter November 19, 2001, Federal Bureau of Investigation
                to Pete Seda

0830 *          Email November 27, 2001 2:57 pm, from Peace Hhouse to
                recipient list

0831 *          Email November 28, 2001 7:58 am, Victoria Lane to P

0832 *          Announcement of community benefit concert Saturday,
                December 1, 2001

0833 *          Press release March 2002

0833(A) *       Press Release - Six Month Anniversary of 9/11 (PF)

0834 *          Email Pete Seda To Pat Florin, March 12, 2002 Al Haramain
                Press Release (PF)

0835 *          Letter March 15, 2002, Pete Seda to Senator Joseph Biden

0835(A) *       Letter To Biden, March 14, 2002 (PF)

0836(A) *       Email October 14, 2002, from Florin to Pete Seda

0836(B) *       Attachment to Email October 14, 2002, from Florin to Pete
                Seda

0836(C) *       Letter To Scholars Of The Ummah (PF)

0837 *          Reserved

0838 *          Letter November 4, 2002, Pete Seda to Brothers in Al
                Haramain Islamic Foundation

0839 *                Letter 10th of Sha'ban 1423 Pete Seda to Scholars of the
                      Ummah

0840 *                Memo January 28, 2003, Secretary of State Powell from
                      Pete Seda

0840(A) *             Letter January 28, 2003 from Pete Seda to Charles
                      Matthews seeking Fatwah on Bin Laden

0840(B) *             Letter To Colin Powell, January 27, 2003 (PF)

0840(C) *             Letter  January 28, 2003 Pete Seda to David Carroll RE
                      Islamic legal case against Osama Bin Laden

0841 - 0852           Reserved

0853 *                Letter February 14, 2002, United States Department of
                      Justice, Criminal Division, to Pete Seda

0854 *                Letter July 2, 2002, Pete Seda to Dave Carroll

0855 *                Consent 10/3/01 for David Carroll to access Al Haramain
                      Bank Account

0856 *                Photograph Pete Seda with United States UAE Ambassador
                      Michele J. Sison

0857 - 0865           Reserved

0866 *                Letter April 22, 2002, Pete Seda to Israeli Embassy

0866(A) *             Email Pat Florin To Pete Seda, Re: Letter re Palestinian Aid
                      (PF), plus attachment

0867 *                Letter April 22, 2002, Pete Seda to Licensing Division, Office
                      of Foreign Assets Control

0868(A) *             Email April 22, 2002, P to Florin 4:43 pm

0868(B) *             Attached letter to Israeli Embassy April 22, 2002

0869 *                Email April 23, 2002 8:19 am, Brett Schor to P

0870 *          Letter May 2, 2002, Ambassador Kurtzer to Pete Seda

0871 *          Emails May 13,2002, P.S to Benny Dagin

0872 *          Letter May 14, 2002, Pete Seda to Lorraine Lanlor, Office of
                Foreign Assets Control

0873 *          Letter May 14, 2002, Pete Seda to Compliance Division
                Office of Foreign Assets Control

0873(A) *       Letter To Office of Foreign Assets Control, Re: Humanitarian
                Aid For Palestinians (PF)

0874(A) *       Email May 28, 2002, 1:25 pm P.S to Florin

0874(B) *       Letter May 28, 2002, Pete Seda to Earl Wall; attachment to
                May 28, 2002 letter

0874(C) *       Letter To Earl Wall, CARE, May 28, 2002 (PF)

0875 *          Letter June 19, 2002, Office of Foreign Assets Control to
                Martin McMahon, Esquire

0875(A) *       Email Pat Florin to P.S, June 20, 2002, Benny Dagan (PF)

0876 *          Letter July 1, 2002, Pete Seda to Richard Newcomb, Office
                of Foreign Assets Control

0877(A) *       Email July 2, 2002, 2:10 pm David Berger to Pete Seda

0877(B) *       Letter July 2, 2002, Pete Seda to Police Chief Scott Fleuter

0877(C) *       Letter July 2, 2002, to Lieutenant Patten

0878 *          Letter July 16, 2002, Pete Seda to Israeli Colonel Isaac
                Gurvich

0879 *          Letter July 17, 2002, Pete Seda to Ambassador Kurtzer

0880 *          Letter July 17, 2002, Pete Seda to United States Embassy,
                Economics Section, Ava Rogers

| | |
|---|---|
| 0881 * | Letter July 17, 2002, Pete Seda to Deborah Schwartz, United States Embassy, Israel |
| 0882 * | Fax July 22, 2002, Ava Rogers, U.S. Embassy to Pete Seda |
| 0882(A) * | Email Pete Seda to Pat Florin, July 22, 2003 With Ava Rogers.jpg (PF) |
| 0882(B) * | Attachment to Ex 882(A), "7 22 02 Ava Rogers.jpg" (PF) |
| 0883(A) * | Email July 22, 2002, Florin to P.S 11:24 am |
| 0883(B) * | Letter July 22, 2002, Pete Seda to Ava Rogers, U.S. Embassy |
| 0883(C) * | Letter July 22, 2002 Pete Seda to Ava Rogers United States Embassy Re: Humanitarian Aid in the West Bank and Gaza (PF) |
| 0884 * | Letter July 23, 2002, Pete Seda to Ian Barukh, Israeli Foreign Ministry |
| 0885 * | Letter July 26, 2002, Rabbi Zaslow |
| 0886(A) * | Email July 30, 2002, P.S. to David Berger 2:28 p.m. |
| 0886(B) * | Letter Israeli government July 28, 2002 |
| 0887 * | Fax July 31, 2002, Leah Tsemel to Pete Seda |
| 0888 * | Letter Pete Seda to Ms. Orley, Israel Defense Forces |
| 0889 * | Email August 27, 2002, Florin to P.S, with email from P.S to Florin |
| 0890 * | Stained Peace of My Heart Aug 2002 (PF) |
| 0891 - 0905 | Reserved |
| 0906 * | Email February 21, 2000, 8:50 p.m.wsra99@aol.com to P@qf.org |

0907 *              Email March 29, 2000, 11:32 a.m. P to wsra99@aol.com

0907(A) *           Email March 30, 2000 P to Al Buthe FW: Agreement

0907(B) *           Email March 30, 2000 P to Al Buthe FW: Agreement with
                    attachment

0908(A) *           Email October 26, 2001, 4:48 p.m. Sandra Kay to Pete Seda

0908(B) *           Attached letter, October 26, 2001, to Steve Monroe at Office
                    of Foreign Assets Control

0909(A) *           Letter November 1, 2001, Pete Seda to Emily Clay at Office
                    of Foreign Assets Control

0909(B) *           Letter November 2, 2001, Office of Foreign Assets Control to
                    Pete Seda

0909(C) *           Letter November 1, 2001 Pete Seda to Emily Clay Office of
                    Foreign Assets Control Application for license to distribute
                    food to Afghani refugees (PF)

0910                Email October 9, 2000 P to Al Buthe RE; Tajikistan

0911                Email October 23, 2001 P to Al Buthe RE make it work out
                    – with attachments

0912 - 0924         Reserved

0925                Photograph Pete Seda with truck

0926 *              Article REGISTER GUARD, "Fate of Big Leaf Maples in
                    Whiteaker Up In The Air"

0927 *              Email January 20, 2000, 7:41 p.m. Brad and Rooney Riggs
                    to P

0928 *              Email February 11, 2000, 6:56 p.m. Jim Hartman to Pete
                    Seda

0929 *              Ashland Watershed Partnership meeting notes March 28,
                    2000

0930 *          Email November 17, 2000, 3:08 p.m.: Swales to @mind.net

0931 *          Email April 11, 2001, 11:56 a.m. Rose Hill to P@qf.org

0932 *          Email June 24, 2001, 2:13 p.m. The Arborist to Colonel
                Swales

0933(A) *       Email October 17, 2001, Representative Greg Walden to
                Pete Seda

0933(B) *       Email December 6, 2001, Representative Greg Walden to
                Pete Seda

0934 *          Photograph Pete Seda Cleaning Ashland

0935 *          Photograph Pete Seda On Ladder

0936 *          Photograph Pete Seda Cleaning with fire people

0937 *          Photograph The Arborist Crew

0938 *          Photograph Pete Seda with Governor Kitzhaber

0939 *          Photograph Pete Seda Cleaning Downtown Ashland

0940 *          City of Ashland, Site Design and Use Standards

0941            Reserved

0942 *          Letter To Mayor Cathy Shaw, January 31, 2000 (PF)

0943            Reserved

0944 *          Hamrick Road Letter, April 20, 2000 (PF)

0945            Reserved

0946 *          8/8/00 Letter to William Keller (PF)

0947-0955       Reserved

0956 *          Photograph Pete Seda with children

**Page 25    DEFENDANT'S FOURTH AMENDED POTENTIAL EXHIBIT LIST**

0957(A) *          Email March 28, 2000, 3:25 p.m. Q to P@qf.org

0957(B) *          March 28, 2000 letter Pete Seda to Pastor

0958 *             Email May 23, 2000, 3:20 p.m. B to P

0959 *             Email October 22, 2000, 8:57 p.m. Kelly Bennett to Pete
                   Seda Sedaghaty

0960 *             Email January 24, 2001, 12:13 a.m. P to
                   Shalomrav@aol.com

0961 *             Email February 23, 2001, 1:56 p.m. Stan Way to P@qf.org

0962 *             Email May 11, 2001, 10:12 a.m. James Y. Horton to
                   P@qf.org

0963 *             Email May 21, 2001, 2:22 p.m. Pam Long to P@qf.org

0964 *             Email May 22, 2001, 11:31 a.m. Peace House to Pete Seda
                   et. al.

0965 *             Email July 02, 2001, 12:53 a.m. Pete Seda to
                   BLJ_maj@yahoo.com

0966               Photograph Class at Al Haramain

0967               Photograph class at tent

0968 *             Photograph multi-cultural fair

0969 *             Photograph Religion Class at tent

0970 *             Photograph presentation at church

0971 *             Email Jane Claussen to P at QF.org, January 2, 2002

0972(A) *          Email January 21, 2002, 1:50 pm, P to Florin

0972(B) *          Attachment letter for Peace House

| | |
|---|---|
| 0973 * | Bi-line article: Islamic Show Intrigues RCC, February 2002 |
| 0974 * | Email February 1, 2002, Drake, Tommy to P at QF.org, 10:47 am |
| 0975 * | Email February 5, 2002, Closter, Larry to Q. |
| 0976 * | Photograph Pete Seda In Church |
| 0977 * | Photograph of Pete Seda lecturing to students |
| 0978 * | Photograph Pete Seda in Rabbi Zaslow's Temple |
| 0979-0986 | Reserved |
| 0987 * | Email April 11, 2000, 8:13 a.m. B to P@qf.org |
| 0988 * | Email March 13, 2002, Stan Way to P |
| 0989(A) * | Email April 19, 2002, P to Florin |
| 0989(B) * | Attached letter to Senators and Reps |
| 0990 * | Booklet Islam Is by Pete Seda |
| 0991 | Islamic T-Shirt (available for viewing) |
| 0992 - 1001 | Reserved |
| 1002 | Pete Seda Video Statistics |
| 1002(A) * | Pete Seda Video compilation CD (this was provided on September 28, 2010) |
| 1002(B) | Chechnya video compilation CD |
| 1003 | Summary of prisoner letters (to be created) |
| 1004 | Letter and Check $300 November 15, 1999 |
| 1005 | Check $50 November 20, 1999 |

| | |
|---|---|
| 1006 | Check $100.00 November 20, 1999 |
| 1007 | Check $100.00 December 1, 1999 |
| 1008 | Money order $300 December 6, 1999 |
| 1009 | Check $400.00 December 20, 1999 |
| 1010 | Check $200.00 January 1, 2000 |
| 1011 | Check and Envelope $600.00 January 5, 2000 |
| 1012 | Check $150.00 January 19, 2000 |
| 1013 | Check $68.00 January 22, 2000 |
| 1014 | Checks $50,000.00, $4,000.00, $196.75 January 21, 2000 |
| 1015 | Check and Deposit ticket February 23, 2000 |
| 1016 | Check dated December 24, 1999, $2,000.00 |
| 1017 - 1023 | Reserved |
| 1024 * | Photograph of Shrubbery |
| 1025(A) * | Photograph of wire |
| 1025(B) * | Photograph of wire |
| 1026 * | Photograph of former President George W. Bush with Saudi Crown Prince Abdullah |
| 1027 * | Copies of Receipt No. 418933 and Receipt No. 15881 written in Arabic |
| 1028 * | Video report concerning activities of Al Haramain Medical Committee from 1999 (2 minute summary) |
| 1029 * | Patricia Florin document list |

**Page 28    DEFENDANT'S FOURTH AMENDED POTENTIAL EXHIBIT LIST**

1030                Chase Bank deposit ticket dated March 25, 2000

1031 *              Chechnya donations

1032 - 1033        Reserved

1034                Photograph of interior of trailer searched

1035 - 1046        Reserved

1047                Photograph of interior of trailer searched, specifically
                    depicting a box of "Pete's . . . tapes."

1049 -1053         Reserved

1054 *              Letter from Donald Stine, Chaplain, to Qu'ran Foundation,
                    December 7, 1999

1055 *              Letter from Chaplain Denis K. Burrell to Alharamain Islamic
                    Foundation, February 24, 2000

1056 *              Letter from Donald Stine, Chaplain, to Qu'ran Foundation,
                    March 23, 2000

1057 *              Letter from Andrew Leatherman, Chaplain, to Al Haramain
                    Foundation, July 19, 2000

1058 *              Email from Sgt. Vito D. Deure, U.S. Army Chaplain, to
                    haramain@alharamain.org July 27, 2000

1059 *              Letter from Robert Thomas, Chaplain, to Al Haramain
                    Islamic Foundation, August 1, 2000

1060 *              Letter from James E. Penn, Chaplain, to Quran Foundation,
                    August 15, 2000

1061 *              Letter from Rev. Steve Gadaire, Chaplain, to Al Haramain
                    Foundation USA, August 16, 2000

| | |
|---|---|
| 1062 * | Letter from Mitch Anderson, Chaplain, to Al Haramain Foundation, February 21, 2001 |
| 1063 * | Letter from Joe T. Portugal, Chaplain, to Al Haramain Foundation, April 9, 2002 |
| 1064 * | Demonstrative Exhibit of QuickBooks Activity |
| 1065 | Springfield Building Schedule per Jeff Cone |
| 1201 | Email from WesternSom to a@qf.org, February 9, 1999 at 9:13 p.m. |
| 1201(A) | Urgent Appeal Kosova, April 2, 1999, faxed to Al Haramain on April 2, 1999 |
| 1201(B) | Time Sheet of Mr. Gartenstein-Ross for April 1999 |
| 1201(E) | "Give Five Minutes For Kosova," Kosova Task Force, USA, Justice for All |
| 1201(F) | Check written to Kosova Task Force, USA, dated April 2, 1999 |
| 1205 * | Email from Q to Soliman, April 12, 1999 |
| 1207(A) * | Letter to Soliman from Daveed Gartenstein-Ross, April 28, 1999. |
| 1210 | Email Exchange between Mr. Gartenstein-Ross and Soliman Al Buthe, May 4th and 5th, 1999 |
| 1215 * | Request for Assistance from the Uma Women Society, dated December 23, 1999 |
| 1216 | Email exchange between Mr. Gartenstein-Ross and Soliman Al Buthe, March 5, 2000 |
| 1238 | Excerpt of Wilcox Working Papers Presented During Testimony |

1238(A)          Check $21,000 #9624

1238(B)          Check $131,300 #9456

1238(C)          Check $10,000 #9002

1238(D)          Check $318,291.74 #9733

1238(E)          Reconciliation Report