# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　Plaintiff,　　　　) | CLERK'S AMENDED LIST OF WITNESSES AND EXHIBITS |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　v.　　　　　　　　　　　　　) | Case No. 05-60008-02-HO |
| 　　　　　　　　　　　　　　　　　) | |
| PIROUZ SEDAGHATY,　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　Defendant.　　　　) | |

---

Judge:  Michael R. Hogan
Counsel for Plaintiff:  Chris Cardani, Charles Gorder

Counsel for Defendant:  Steven Wax, Larry Matasar

Courtroom Deputy:  J. Wright, C. Weller

Court Reporter:  8/30 (DW am/JD pm); 8/31(DW am/DB pm); 9/1 (DW am/JD pm); 9/2 (DW am/JD pm); 9/3 DW; 9/7 (DW am/DB pm); 9/8 DW; 9/9 DW

Dates of Trial:  8/30/2010, 8/31/2010, 9/1/2010, 9/2/2010, 9/3/2010, 9/7/2010, 9/8/2010, 9/9/2010

| EXH # | Plf | Dft | Ct. Act | EXHIBIT DESCRIPTION | WITNESS | DT |
|---|---|---|---|---|---|---|
| | | | | ***GOVERNMENT EXHIBITS PRE-ADMITTED FOR TRIAL*** | | |
| OCC-1 | | | | Assumed Business Name - New Registration Document | | |
| OCC-2 | | | | Articles of Incorporation of Al Haramain Islamic Foundation, Inc. | | |

Page_1_of_25_

| | | | | | |
|---|---|---|---|---|---|
| AHIF-1 | | | Copy of Bank of America cashier's check number 1001040568 for $21,000 | Anderson | |
| AHIF-1a | | | Translation of Bank of America cashier's check number 1001040568 for $21,000 | | |
| AHIF-2 | | | Agreement between Soliman and Abu Yunus | Christianson, Wilcox, Wooten, Anderson, Owens | |
| AHIF-2a | | stip | Translation of dates on agreement between Soliman and Abu Yunus | | |
| AHIF-3 | | | Agreement between Soliman and Abu Yunus | Christianson, Wooten, Anderson, Owens | |
| AHIF-3a | | stip | Translation of agreement between Soliman and Abu Yunus | | |
| AHIF-8 | | | El-Feki e-mail dated February 2000 | Anderson | |
| AHIF-9 | | | Letter dated 2/21/00 from Aqeel to Al-Fiki | | |
| AHIF-10 | | | Explanation by Pete Sedaghaty for Al-Haramain expenses | | |
| AHIF-11 | | | Correspondence pertaining to Al-Haramain books and records | | |
| AHIF-12 | | | Al-Haramain monthly summary reports for February and March 2000 | Wilcox | |
| BOA-1 | | | Signature card for Al-Haramain's Bank of America account number 28803-11561 | Ingram | |
| BOA-2 | | | January 1999 through January 2000 bank statements, Al-Haramain account number 28803-11561 | Ingram, Anderson | |
| BOA-3 | | | Two-page February 2000 bank statement, Al-Haramain account number 28803-11561 | Ingram, Wilcox, Anderson | |
| BOA-4 | | | Two-page March 2000 bank statement, Al-Haramain account number 28803-11561 | Ingram, Wilcox | |
| BOA-5 | | | April 2000 through October 2001 bank statements, Al-Haramain account number 28803-11561 | Ingram | |
| BOA-6 | | Rec 8/31/10 | Check number 9264, dated 1/25/98, for $2,060, account number 28803-11561 | Gartenstein-Ross, Wilcox | |
| BOA-7 | | | Check number 9456, dated 3/10/00, for $131,300, account number 28803-11561 | Ingram, Anderson | |

| | | | | | |
|---|---|---|---|---|---|
| BOA-8 | | | Bank of America check number 9624 dated 3/11/00 for $21,000 issued to Bank of America, Al-Haramain account number 28803-11561 | Ingram, Anderson, Owens | |
| BOA-9 | | | Bank of America cashier's check number 1001040568 dated 3/11/00 for $21,000 issued to Soliman Al-But'he | Ingram, Anderson | |
| BOA-9a | | | Translation of $21,000 Bank of America cashier's check | Ingram, Anderson | |
| BOA-10 | | | Al-Haramain check # 9733 dated 6/23/00 for $318,291.74, account number 28803-11561 | Ingram | |
| BOA-11 | | | Wire transfer dated 9/19/00, for $4,000, Account number 28803-11561 | | |
| BOA-12 | | | May and June 2000 statements, Al Haramain account number 3473386549 | Ingram | |
| BOA-13 | | | Deposit of traveler's checks on May 18, 2000 totaling $275,000 | | |
| BOA-14 | | | Signature card for Bank of America account number 28804-07035 in the name of The Arborist | Ingram | |
| BOA-15 | | | April 1999 statement, Bank of America account number 28804-07035 | Ingram | |
| BOA-16 | | | Bank of America wire transfer dated 4/15/99 from The Arborist to Al-Haramain Islamic Foundation in Tirane, Albania | Kohlman, Gartenstein-Ross, Ingram | |
| BOA-17 | | | Bank of America cashier's check Number 1001041224 dated 6/23/00 for $318,291.74 issued to First Escrow Inc. | Ingram, Kanan | |
| BOA-18 | | | Signature card and corporate documents for Al-Haramain's Bank of America account number 003473386549 | | |
| BOA-19 | | | Bank of America wire transfer dated 1/16/01 From Pete Seda to David Rodgers at Bank Al Rajhi in Saudi Arabia | Ingram | |
| BOA-20 | | | Bank of America wire transfer dated 6/18/01 From Pete Seda to David Rodgers at Bank Al Rajhi in Saudi Arabia | Ingram | |
| AMX-1 | | | American Express Traveler's Checks,130 original checks signed by Soliman Al-But'he | Ingram, Anderson | |
| AMX-2 | | | American Express trust receipt | Ingram, Anderson | |
| AMX-3 | | stip. | Translation of back of American Express Traveler's Checks | Anderson | |

| | | | | | |
|---|---|---|---|---|---|
| ALR-1 | | | Al-Rajhi Bank records for Soliman Al-Buthe's Account number 140608010109206 | | |
| ALR-1a | | | Translation of Al-Rajhi Bank records for Soliman Al-Buthe's Account number 140608010109206 | Anderson | |
| ALR-2 | | | Al-Rajhi Bank statements for Soliman Al-buthe's Account number 140608010109206 | Anderson | |
| ALR-2a | | | Translation of Al-Rajhi Bank statements for Soliman Al-buthe's Account number 140608010109206 | | |
| FE-1 | | | First Escrow settlement statement dated 6/23/2000 for purchase of 2151 E. Division, Springfield, MO | | |
| IRS-1 | | | Certified copy of 2000 Form 990 signed by Pete Seda for Al-Haramain Islamic Foundation | Wilcox, Wooten, Owens, Cone | |
| IRS-3 | | | Certified copy of IRS Form 1023 Application for tax exempt status dated 12/31/99 for Al-Haramain Islamic Foundation, Inc. (missing page 10) | Wilcox, Owens | |
| IRS-4 | | | Certified copy of IRS determination letter dated 12/7/2000 granting temporary charitable status to Al-Haramain Islamic Foundation, Inc. | Wilcox, Wooten, Owens | |
| SW-1 | | Rec 8/31 | Two video tapes pertaining to Chechen mujahideen battles with Russian forces | Czemerys, Kohlman | |
| SW-1a | | | Translation of segments of two video tapes pertaining to Chechen mujahideen battles with Russian forces | | |
| SW-2 | | | Photo of Daveed Gartenstein-Ross | Czemerys, Gartenstein-Ross | |
| SW-3 | | | Photo of Daveed Gartenstein-Ross inside mosque | | |
| SW-4 | | | Photo of Abdul Qaadir | Gartenstein-Ross | |
| SW-5 | | | E-mail with attachment from Abdul-Qaadir dated 1/04/2000 at 1:00 a.m. | Kohlman, Anderson | |
| SW-6 | | | E-mail with attachment from Soliman Al-But'he to Ashland dated 1/04/00 at 2:32 p.m. | Anderson | |
| SW-7 | | | E-mail with attachment to undisclosed Recipient dated 1/5/2000 at 02:22 a.m. | Anderson | |
| SW-8 | | | E-mail from AQ to undisclosed-recipient with attached photos dated 1/14/00 at 9:56 p.m. | Christianson, Kohlman, Anderson, Lang | |

| | | | | | |
|---|---|---|---|---|---|
| SW-9 | | | | E-mail with attachment from Sunnah dated 1/16/00 4:50 a.m. | |
| SW-10 | | | | E-mail from Abdul Qaadir dated 1/20/00 at 07:58 p.m. | Anderson |
| SW-11 | | | | E-mail from Pete Seda to Al-But'he dated 1/22/00 at 3:00 p.m. | Christianson, Kohlman, Anderson |
| SW-12 | | | | E-mail from Abdul-Qaadir dated 1/24/00 at 3:04 a.m. | Kohlman, Anderson |
| SW-13 | | | | E-mail to Sheeshaan group dated 1/24/00 at 10:35 p.m. | Kohlman, Anderson |
| SW-14 | | | | E-mail to Sheeshaan group dated 1/24/00 at 10:48 p.m. | Kohlman, Anderson |
| SW-16 | | | | E-mail to Sheeshaan group dated 2/05/00 at 09:37 p.m. | Anderson |
| SW-17 | | | | E-mail from Qoqaz website to ptichka dated 2/06/00 at 1:06 p.m. | Christianson, Kohlman, Anderson |
| SW-18 | | | | E-mail from P to Azzam.com dated 2/12/00 at 3:47 p.m. | Anderson |
| SW-19 | | | | Azzam.com Jihad in Chechnya site February 17, 2000 | Kohlman |
| SW-20 | | | | E-mail from the Arborist to Azzam dated 2/17/00 at 1:07 a.m. | Anderson |
| SW-21 | | | | E-mail from Alshoumar to P dated 2/19/00 at 01:10 a.m. | Anderson |
| SW-22 | | | | E-mail from P to Alharamain dated 2/21/00 at 03:54 | Anderson |
| SW-23 | | | | E-mail from Al-But'he to Pete dated 2/23/00 at 3:23 p.m. | Christianson, Anderson |
| SW-24 | | | | E-mail from the Arborist to Ferhad dated 2/25/00 12:42 a.m. | Kohlman, Anderson |
| SW-25 | | | | E-mail from Alshoumar to Ashland dated 2/25/00 10:59 p.m. | |
| SW-26 | | | | E-mail to Sheeshaan group dated 2/25/00 at 11:45 p.m. | Kohlman, Gartenstein-Ross |
| SW-27 | | | | E-mail to Sheeshaan group dated 2/29/00 at 08:01 a.m. | Kohlman, Anderson |
| SW-28 | | | | E-mail to Sheeshaan group dated 3/6/2000 at 05:53 a.m. | Kohlman, Anderson |

| | | | | | |
|---|---|---|---|---|---|
| SW-29 | | | | E-mail from the Arborist dated 3/8/00 at 1:31 p.m. | Anderson |
| SW-30 | | | | E-mail to Sheeshaan group dated 3/8/00 at 23:22:09 | Christianson, Kohlman, Anderson, Lang |
| SW-31 | | | | E-mail to Sheeshaan group dated 3/22/00 at 10:23 p.m. | Kohlman, Anderson |
| SW-32 | | | | E-mail with attachment from P to Alshoumar dated 4/12/00 10:38 p.m. | Anderson |
| SW-33 | | | | E-mail to Sheeshaan group dated 5/28/00 at 09:31 p.m. | Kohlman, Anderson |
| SW-34 | | | | E-mail from Al-But'he to P dated 6/20/2000 at 2:41 a.m. | |
| SW-36 | | | | E-mail from P to Sheeshaan dated 9/18/00 at 12:45 a.m. | Anderson |
| SW-37 | | | | E-mail to Sheeshaan group dated 9/20/00 at 12:51 a.m. | Kohlman, Anderson |
| SW-38 | | | | E-mail from P to Al-but'he dated 10/18/00 at 3:47 p.m. | Anderson |
| SW-39 | | | | E-mail from P to Alshouas dated 10/18/00 at 6:49 p.m. | Anderson |
| SW-40 | | | | E-mail to Sheeshaan group dated 11/17/00 at 04:57 a.m. | Kohlman |
| SW-42 | | | | E-mail to Sheeshaan group dated 9/4/01 at 7:14 a.m. | |
| SW-43 | | | | E-mail with attachments from Shoumar to Abo Yunus dated 9/29/01 at 3:28 a.m. | Anderson |
| SW-44 | | | | Photo of foreign fighters in Chechnya | Christianson, Kohlman |
| SW-45 | | | | Photo of leaders of foreign fighters in Chechnya | Christianson, Kohlman, Lang |
| SW-46 | | | | Photo of foreign fighters in the snow in Chechnya | Christianson, Kohlman |
| SW-47 | | | | Jihad in Chechnya banner | Christianson, Kohlman |
| SW-48 | | | | Photo of Kavkaz Institute | Christianson, Kohlman, Lang |
| SW-49 | | | | Jihad in Chehnya banner | Christianson, Kohlman |
| SW-50 | | | | Jihad in Chechnya banner | Christianson, Kohlman |

| | | | | | | |
|---|---|---|---|---|---|---|
| SW-51 | | | | HTML file titled Help Jihad | Christianson | |
| SW-52 | | | | Word document regarding question 6, interview with Khattab | Christianson, Kohlman | |
| SW-53 | | | | Undated report to Brother Abdul Aziz | Anderson | |
| SW-54 | | | | Azzam.com Jihad in Chechnya Russian language site | | |
| SW-55 | | | | Azzam.com Jihad in Chechnya site requesting Russian translators | Anderson | |
| SW-56 | | | | Azzam.com Jihad in Chechnya site, profile of Khattab | Christianson, Kohlman | |
| SW-57 | | | | Azzam.com Jihad in Chechnya site links to profiles | | |
| SW-58 | | | | Azzam.com Jihad in Chechnya site, maps of Chechnya | | |
| SW-59 | | | | Map of battles in Grozny | Christianson | |
| SW-60 | | | | Map of Mujahideen's tactical movements out of Grozny | Christianson | |
| SW-61 | | | | Online Translator Service | Christianson, Kohlman | |
| SW-62 | | | | E-mail from Shoumar to Abo Yunus dated April 2, 2001 at 2:41 a.m. | Anderson | |
| SW-64 | | | | Floor plan of 3800 S. Highway 99 Ashland, Oregon | Czemerys, Christianson, Cabral, Gartenstein-Ross, Wilcox, Boyer | |
| SW-65 | | | | E-mail to Sheeshaan group dated 2/15/00 at 9:22 p.m. | | |
| SW-66 | | | | Photo of AHIF building at 3800 S. Highway 99 Ashland, Oregon | Czemerys, Cabral, Gartenstein-Ross | |
| SW-67 | | | | E-mail from P to Shoumar, Abdulaziz S dated 3/12/2001 at 1:56 a.m. | | |
| SW-68 | | | | E-mail to Sheeshaan group dated 3/8/2000 at 10:21 p.m. | Kohlman, Lang, Long | |
| SW-69 | | | | E-mail from Q to AQ dated 2/12/00 at 12:35 p.m. | | |
| JC-4 | | | | Summary Report | Christianson, Anderson | |

| | | | | | |
|---|---|---|---|---|---|
| EK-1 | | | Al Haramain website article titled "The Latest News About The Jihaad In Chechnya" | Kohlman | |
| EK-2 | | | Al-Haramain online newsletter dated February 2000, titled Jihaad | Kohlman | |
| EK-3 | | | Al Haramain website article titled "Brotherhood" | Kohlman | |
| EK-4 | | | Fatwa by al-Jibrin regarding Chechen Mujahideen from Al-Haramain website | Kohlman | |
| EK-4a | | stip | Translation of fatwa by al-Jibrin regarding Chechen Mujahideen from Al-Haramain website | Kohlman, Long | |
| EK-5 | | | Question and statement by al-Uthaymin from Al-Haramain website | Kohlman | |
| EK-5a | | stip | Translation of Question and statement by al-Uthaymin from Al-Haramain website | Kohlman, Long | |
| EK-6 | | | Al-Haramain website article about Kavkaz Institute | Kohlman | |
| EK-6a | | stip | Translation of Al-Haramain website article about Kavkaz Institute | Kohlman | |
| EK-7 | | Demo Only | DVD of Kavkaz Institute | Kohlman | |
| EK-7a | | stip W/D 9/1/10 | Translation of DVD of Kavkaz Institute | | |
| EK-8 | | | Map of Chechnya | Kohlman | |
| EK-9 | | | Picture of Shaykh Abu Omar al-Sayf | Kohlman | |
| BC-1 | | | E-mail from Raya Shokatfard dated 10/24/00 | Cabral | |
| DGR-1 | | | Appendix IV "The Call to Jihad" Pages 1224 -1245 | Gartenstein-Ross | |
| DGR-2 | | | Pages 130 and 133 from book entitled "Islamic Guidelines" distributed by Al Haramain Foundation | Gartenstein-Ross | |
| DGR-3 | | | Picture of Soliman Al-Buthe | Cabral | |
| ICE CBP-1 | | | Form I-94 admission/departure number 35584030208 showing entry of Soliman Al-But'he on March 7, 2000 and exit on 03/12/2000 | Tyrrell, Anderson | |
| ICE-FinCEN-1 | | | Results of CMIR query | Tyrrell, Anderson | |

| ICE-FinCEN-2a | | | | CMIR dated 10/27/97 for $141,600 filed by Al-But'he | Tyrrell | |
| ICE-FinCEN-2b | | | | CMIR dated 12/30/97 for $65,000 filed by Al-But'he | Tyrrell | |
| ICE-FinCEN-2c | | | | CMIR dated 2/7/99 for $35,000 filed by Al-But'he | | |
| ICE-FinCEN-2d | | | | CMIR dated 6/22/99 for $80,000 filed by Al-But'he | Tyrrell | |
| ICE-FinCEN-2e | | | | CMIR dated 6/26/99 for $75,000 filed by Al-But'he | Tyrrell | |
| ICE-FinCEN-2f | | | | CMIR Financial Data Base Information dated 5/16/00 for $300,520 filed by Al-But'he | | |
| ICE-FinCEN-2g | | | | CMIR dated 8/13/00 for $15,900 filed by Al-But'he | | |
| ICE-FinCEN-2h | | | | CMIR Financial Data Base Information dated 11/10/00 for $34,000 filed by Al-But'he | | |
| ICE-FinCEN-2i | | | | CMIR dated 4/22/01 for $30,825 filed by Al-But'he | | |
| ICE-FinCEN-3 | | | | Blank CMIR with instructions in effect in 03/01/2000 | Tyrrell | |
| ICE-FinCEN-4 | | | | CMIR Summary | Tyrrell, Long | |
| RDK-1 | | | | Letter dated 8/9/00 to Pete Seda with attached closing documents | Kanan, Wilcox | |
| RDK-2 | | | | R.D. Kanan file | Kanan | |
| TW-1 | | | | Al Haramain Islamic Foundation Transaction Detail by Account for reimbursed expenses, dated 9/19/01 | Wilcox, Cone | |

| | | | | | |
|---|---|---|---|---|---|
| TW-2 | | | | Al Haramain Islamic Foundation Transactions by Account for Springfield Building, dated 9/24/01 | Wilcox, Cone |
| TW-3 | | | | Al Haramain Islamic Foundation Transaction Detail by Account for Contributions Income Unrestricted, dated 10/2/01 | Wilcox, Cone |
| TW-4 | | | | Copy of check for $21,000 | Wilcox, Cone |
| TW-5 | | | | Copy of check for $131,300 | Wilcox, Cone |
| | | | | | |
| | | | | ***DEFENDANT'S EXHIBITS PRE-ADMITTED FOR TRIAL*** | |
| 601 | | | | Constitution of Al Haramain Islamic Foundation (Saudi Arabia) | |
| 602 | | | | Monthly report and statement of purpose (PF) | |
| 602 A | | | | Monthly Report and Statement of Purpose Declaration of Cooperation Statement between Qu'ran Foundation and Al Haramain Foundation March 6, 1998 | Rodgers |
| 602 B | | | | Signed Statement of Purpose Declaration of Cooperation Statement between Qu'ran Foundation and Al Haramain Foundation | Rodgers |
| 602 C | | | | Statement of Purpose and Declaration of Cooperation between Qu'ran Foundation and Al Haramain Islamic Foundation with printed signatures Solimon Al Buthe, Abu Unus, Dawood Rodgers, and Robert L. Brown | |
| 606 | | | | Email January 1, 2000, 2:37 p.m. P to Al Buthe | |
| 607 | | | | Photograph Pete Seda and Solomon Al Buthe under tree | Rodgers |
| 608 | | | | Photograph Pete Seda, Rob Brown, John Dunn and David Rodgers | Rodgers |
| 609 | | | | Photograph including Rob Brown, David Rodgers and Pete Seda | Rodgers |
| 610 | | | | Photograph of 3800 South Highway 99 with camel | Gabriel, Rodgers |
| 611 | | | | Photograph of cultural tent at 3800 South Highway 99 | Gabriel, Rodgers |
| 612 | | | | Photograph Al Haramain building | Gabriel |
| 613 | | | | Photograph of David Rodgers with King Abdullah | Rodgers |

| 614 | | | Email June 26, 2000 AQ to b@qf.org on his trip- and extremism | |
| 614 A | | | Attachment to June 26 2000 email June 25, 2000 Albuthe to AQ | |
| 668 | | | Bank of America check and traveler's check purchase | |
| 669 | | | Email January 11, 2000, 14:38:08 S-El Fiki to Haramain | Wooten, Owens, Long |
| 670 | | | Email January 18, 2000, Haramain to S. El Fiki | Wooten, Owens, Long |
| 671 | | | Email February 21, 2000, 9:12 a.m. head office to S. El Fiki | Wooten, Owens |
| 672 | | | February 21, 2000, Letter Aqeel to El Fiki | |
| 673 | | | February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait | |
| 673 A | | | English translation of February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait | |
| 673 B | | | Declaration of Translation of February 14, 2000, Fax S. El Fiki to Nasir Eid National Bank of Kuwait | |
| 674 | | | Email February 24, 2000 P to Al Buthe RE money transferred | |
| 676 | | W/D 9/8/10 | Email March 27, 2000, 8:36 a.m. Al Haramain to S. El FIki | Long |
| 677 | | W/D 9/8/10 | Letter April 13, 2000, Mahmoud T. El Fiki from National Bank of Kuwait | |
| 679 | | W/D 9/8/10 | Kuwait Bank record for El Fiki | |
| 680 | | Not Rec 9/8/10 | Email May 11, 1999 Barhoush to Haramain et al Subject:  Urgent Albanian Translation | |
| 680 A | | Rec 9/8/10 | Email Abdul Qaadir to Haramain May 11, 1999 Report of Committee on Albania | |
| 681 | | | Email December 11, 1999, Abdul Qaadir to Qur'an and Sunnah Net Group; Jeddah- Net@muslimsonline.com | |
| 682 | | Rec 9/2/10 | Email December 28, 1999, 4:26 p.m. from Info to Info@irw.org | Anderson, Khan |

| 683 | | Rec 9/2/10 | Email December 30, 1999, 8:50 p.m. P to Al Buthe | Anderson | |
| 683 A | | Rec 9/2/10 | Attachment to email Statement in Spanish and English from Ayuda Internacional Al Desplazado | Anderson | |
| 683 B | | Rec 9/2/10 | Email from Al buthe to P December 31, 1999 Human Help for Chechnya | Anderson | |
| 683 C | | Rec 9/2/10 | Email January 1, 2000 P to Albuthe RE Horrible Condition | Anderson | |
| 683 D | | Rec 9/2/10 | Email from Al Buthe to P, January 2, 2000 at 4:58 AM | Anderson | |
| 684 | | u/a | Email from Head Office to Bilal Ibrahim with cc to Pete, January 3, 2000 at 3:10 AM | | |
| 685 | | | Email attachment January 4, 2000 at 1:00 AM | | |
| 686 | | | Email January 6, 2000, 1:35 a.m. Al Buthe to P | Anderson | |
| 686 A | | | Email January 6, 2000, 1:37 a.m. Al Buthe to P | | |
| 686 B | | | Email January 7, 2000, 3:48 p.m. Info to Info@irw.org | Khan | |
| 686 C | | | Email January 12, 2000, 5:43 p.m. Info to Info@irw.org | | |
| 687 | | | Email Daveed Gartenstein-Ross to P January 17, 2000 | Gartenstein-Ross | |
| 687 A | | | Email P to Daveed Gartenstin-Ross January 17, 2000 | Gartenstein-Ross | |
| 687 B | | | Email Chain P to B February 21, 2000, including Daveed Gartenstein-Ross to P 1/17/2000 RE Horrible Condition and P to Al Buthe 1/1/2000 RE Horrible Condition | Gartenstein-Ross | |
| 687 C | | | Email P to Daveed Gartenstein-Ross January 18, 2000 plus attachment | Gartenstein-Ross | |
| 687 D | | | Email P to Daveed Gartenstein-Ross January 18, 2000 | Gartenstein-Ross | |
| 688 A | | | Email January 22, 2000, 11:23 p.m. Ashland to Al Buthe | | |
| 689 | | | Letter January 24, 2000, Pete Seda to Responsible Secretariet of Federation Committee for International Technical Humanitarian Cooperation | Gartenstein-Ross | |

| 689 A | | | | Email January 27, 2000, 10:08 a.m. Info to Info@irw.org | | |
| 690 | | | | Email AQ to Sheeshan February 3, 2000 | | |
| 691 | | | | Email P to Daveed Gartenstein-Ross February 4, 2000 | Gartenstein-Ross | |
| 691 A | | | | Email P to Daveed Gartenstein-Ross February 8, 2000 | | |
| 692 | | | | Email Q to AQ February 12, 2000 | Christianson | |
| 692 A | | | | Email from Q to Sunnah, February 12, 2000, with path to Time.com, Photo Essay RE: Grozny | Christianson (only exhibit of series shown to jury) | |
| 692 B | | | | Photographs Time.com photo essay, Russian Soldiers Rest in Downtown Grozny | Christianson (Soldier at table) | |
| 692 C | | | | Blinded and Bound, Chechen Civilians | | |
| 692 D | | | | Chechen Men in Pit | | |
| 692 E | | | | Chechen Boy in Cellar | | |
| 692 F | | | | Chechen Woman with Son | | |
| 692 G | | | | Fallen City | | |
| 693 | | | | Email P to Al Buthe February 15, 2000 | | |
| 693 A | | | | Email The Arborist to Al Buthe February 17, 2000 | | |
| 693 B | | | | Email P to B February 19, 2000 | | |
| 693 C | | | | Email P to Al Haramain February 20, 2000 | | |
| 694 | | | | Email February 20, 2000 The Arborist to B@qf.org | | |
| 694 A | | | | Email P to MCA February 21, 2000 | | |
| 694 B | | | | Email February 21, 2000, 11:34 p.m. from the Arborist to B@qf.org | | |
| 694 C | | | | Email February 21, 2000, 10:54 a.m. The Arborist to B@qf.org | | |
| 694 D | | | | Email February 21, 2000, 5:48 p.m. The Arborist to B | | |
| 695 | | | | Email Chain P to B February 21, 2000 including P to Daveed Gartenstein-Ross /19/2000and Daveed Gartenstein-Ross to P 2/8/2000 RE: Chechnya | Gartenstein-Ross | |

| | | | | | |
|---|---|---|---|---|---|
| 696 | | | | Email AQ to Sheeshaan February 23, 2000 | |
| 697 | | | | Email February 29, 2000, 12:16 p.m. P to B@qf.org | Anderson |
| 697 B | | | | Email P to B March 1, 2000 | |
| 698 H | | | | Email Q to The Arborist March 3, 2000 | |
| 699 | | | | Email P to Al Buthe March 3, 2000 | |
| 699 A | | | | Email March 4, 2000 p to q@qf.org | |
| 699 B | | | | Attachment to Email March 4, 2000 | |
| 700 | | | | Email March 5, 2000 P to b@qf.org FW: I need your help! | Gartenstein-Ross |
| 700 A-G | | | | Email March 5, 2000 P to b@qf.org FW: I need your help! | |
| 704 A | | | Not Rec 9/8/10 | Al Haramain Islamic Foundation receipt No. 262740 | Anderson (not published) |
| 704 B | | | Not Rec 9/8/10 | English translation of Al Haramain Islamic Foundation receipt No. 262740 | Anderson (not published) |
| 705 A | | | Not Rec 9/8/10 | Al Haramain receipt no. 263867 | |
| 705 B | | | Not Rec 9/8/10 | English translation of Al Haramain receipt no. 263867 | |
| 706 A | | | Not Rec 9/8/10 | Al Haramain log page of receipts no. 262740 & 263867 | |
| 706 B | | | Not Rec 9/8/10 | English translation of Al Haramain log page of receipts no. 262740 & 263867 | |
| 707 A | | | Not Rec 9/8/10 | Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 | |

| | | | | | |
|---|---|---|---|---|---|
| 707 B | | | Not Rec 9/8/10 | Certificate of translation of Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 | | |
| 707 C | | | Not Rec 9/8/10 | English translation of Certificate of translation of Affidavit of Al Haramain Islamic Foundation, executed May 3, 2004 | | |
| 731 | | | | Al Haramain Website list of Al Haramain bank accounts | Anderson, Long | |
| 748 | | | | Handwritten document captioned "Wire Transfer" top line $2767 | | |
| 749 A | | | | Email December 30, 1999 8:20 a.m. Tom to Pete Seda | | |
| 749 B | | | | Proposal attachment to email: Letter Tom Wilcox to Pete Seda December 30, 1999 | Wilcox | |
| 750 | | | | Engagement letter from Tom Wilcox to Pete Seda | Wilcox | |
| 751 | | | | Handwritten list, top line 2/24/2000 Mahmoud T. El Fiki | | |
| 752 | | | | Check #9733 June 23, 2000 | | |
| 753 | | | | Check #9733 6/23/2000 | | |
| 754.423 18 | | | | 2000 Form 990 | | |
| 754.423 35 | | | | 2000 Stte CT-12 Return | | |
| 754.424 77 | | | | 2001 Form 990 | | |
| 754.424 94 | | | | 2001 State CT-12 Return | | |
| 754.425 32 | | | | Letter from Internal Revenue Service to Al Haramain dated September 2, 2002 | | |
| 754.425 33 | | | | Letter from Internal Revenue Service to Al Haramain dated February 20, 2002 | | |
| 754.425 40 | | | | Letter from OR DOJ to Al Haramain dated October 30, 2001 | | |
| 754.426 59 | | | | Letter from OR DOJ to Al Haramain dated June 19, 2001 | | |

| 754.427 03 | | | Letter from OR Dept of Revenue to Al Haramain dated August 8, 2000 | | |
|---|---|---|---|---|---|
| 754.428 10 | | | Letter from Internal Revenue Service to Al Haramain dated May 31, 2002 | | |
| 754.428 95 | | | Letter from OR DOJ to Al Haramain dated February 22, 2001 | | |
| 754.428 96 | | | 1999 Form 990 | | |
| 754.430 05 | | | 1998 Corporate Return Form 1120 | Wilcox | |
| 754.430 14 | | | Oregon Corporation excise tax return 1998 | | |
| 754.430 75 | | | Letter from Internal Revenue Service to Al Haramain dated December 7, 2000 | Wilcox | |
| 754.431 04 | | | Letter from Internal Revenue Service to Al Haramain dated October 13, 2000 | | |
| 754.431 11 | | | Letter form Tom Wilcox to OR DOJ dated September 22, 2000 | | |
| 754.431 12 | | | Letter form OR DOJ to Al Haramain dated September 7, 2000 | | |
| 754.431 27 | | | Letter from Tom Wilcox to Internal Revenue Service dated September 25, 2000 | | |
| 754.431 29 | | | Letter form Internal Revenue Service to Al Haramain dated September 6, 2000 | | |
| 754.431 56 | | | Letter from Tom Wilcox to Internal Revenue Service dated August 17, 2000 | | |
| 754.431 58 | | | Letter from Internal Revenue Service to Al Haramain dated March 24, 2000 | Wilcox | |
| 754.431 93 | | | 1023 Application | | |
| 754.432 38 | | | Letter from Internal Revenue Service to Al Haramain dated March 16, 2000 | | |
| 754.432 52 | | | Letter from OR DOJ to Al Haramain dated July 26, 2000 | | |
| 754.432 57 | | | Letter from OR DOJ to Al Haramain dated April 11, 2000 | | |

| | | | | | |
|---|---|---|---|---|---|
| 754.433 37 | | | Letter from Internal Revenue Service to Al Haramain dated December 22, 2003 | | |
| 754.433 40 | | | Letter from OR DOJ to Al Haramain dated November 21, 2003 | | |
| 754.433 41 | | | Letter from OR DOJ to Al Haramain dated October 16, 2003 | | |
| 754.433 56 | | | Letter from OR DOJ to Al Haramain dated June 4, 2003 | | |
| 754.433 60 | | | Letter from OR DOJ to Al Haramain dated April 4, 2001 | | |
| 754.434 11 | | | Letter from OR DOJ to Al Haramain dated October 30, 2000 | | |
| 754.434 33 | | | Letter from Tom Wilcox to Internal Revenue Service dated January 3, 2002 | | |
| 754.434 34 | | | Letter from Internal Revenue Service to Al Haramain dated December 31, 2001 | | |
| 754.434 37 | | | Letter from Tom Wilcox to Internal Revenue Service dated October 2, 2001 | | |
| 754.434 38 | | | Letter form Internal Revenue Service to Al Haramain dated September 24, 2001 | | |
| 754.434 47 | | | Letter from OR DOJ to Al Haramain dated August 24, 2001 | | |
| 754.434 59 | | | 1999 State CT-12 Return | | |
| 754.434 62 | | | Letter from Tom Wilcox to OR DOJ dated January 8, 2001 | | |
| 754.434 87 | | | Letter from Internal Revenue Service to Al Haramain dated February 4, 2000 | | |
| 754.435 12 | | | Letter from Internal Revenue Service to Al Haramain dated June 1, 2000 | | |
| 754.436 60 | | | Letter from Internal Revenue Service to Al Haramain dated April 18, 2001 | Wilcox | |
| 755.1 | | | Email from P to Tom Wilcox, May 14, 2001 | | |
| 755.2 | | | Attachment to 755.1 - QuickBooks File | | |

  
| 755.3 | | | Floppy Disk from Tom Wilcox, Labeled "Al Haramain 6/14/2001 ." | | |
| 755.4 | | | QuickBooks file located on 755.3 | | |
| 755.5 | | | Email January 7, 2002 form Tom Wilcox to P | | |
| 755.6 | | | Attachment to 755.5 - QuickBooks File | | |
| 755.7 | | Rec 9/7/10 | Jeff Cone, Audit Trail, January 1999 through December 2003 | Wilcox (not published), Cone | |
| 755.8 | | Rec 9/7/10 | Jeff Cone, Financial Statement Transactions: QuickBooks Audit Report Emulation | Cone | |
| 756 | | | Email January 2, 2000, 1:13 p.m. P to Ms. Katkhouda | | |
| 759 | | | Email February 26, 2000, 12:45 a.m. from Al Buthe to P@qf.org | | |
| 760 | | | Email March 6, 2000 Al Shoumar to q@qf.org | | |
| 760 A | | | Attachment to Email March 6, 2000 Al Shoumar to q@qf.org | | |
| 761 | | | Email from Q to P March 7, 2000, Six months budget with attachment | | |
| 762 | | | Email form P to Shoumar January 3, 2001 RE springfield@alharamain.org | | |
| 801 | | Not Rec 9/8/10 | Email April 1, 2000, 3:07 p.m. P to Raya Shokatford | | |
| 802 | | | Letter Proposal April 11, 2000, Pete Seda | | |
| 803 A | | | Email April 12, 2000, 11:57 a.m. PJFlorin@jeffnet.org to Pete Seda 3 | | |
| 803 B | | | Draft greetings letter.doc attached to email | | |
| 803 C | | | Draft public relations letter re Islam attached to email | | |
| 803 D | | | Draft Greeting Letter (PF) | | |
| 803 E | | | Draft greeting letter (short version) PF | | |
| 803 F | | | Letter April 11, 2000 Public relation plan (PF) | | |
| 813 | | | Letter to State Department 9/18/2001 (PF) | | |

| | | | | | |
|---|---|---|---|---|---|
| 854 | | Not Rec 9/8/10 | Letter July 2, 2002, Pete Seda to Dave Carroll | | |
| 855 | | u/a | Consent 10/3/01 for David Carroll to access Al Haramain Bank Account | | |
| 925 | | | Photo Pete Seda with truck | | |
| 966 | | photo ok only Rec 9/3/10 | MAIL TRIBUNE article: Class Tries To Bridge The Ignorance Gap | Gabriel | |
| 967 | | Rec 9/3/10 | Photograph class at tent | Gabriel | |
| 1002 | | | Pete Seda Video Statistics | | |
| 1002 A | | Not Rec 9/8/10 | Pete Seda Vido Compilation CD | | |
| 1002 B | | Not Rec 9/8/10 | Chechnya Video Compilation CD | | |
| 1004 | | | Letter and Check $300 November 15, 1999 | | |
| 1005 | | | Check $50 November 20, 1999 | | |
| 1006 | | | Check $100.00 November 20, 1999 | | |
| 1007 | | | Check $100.00 December 1, 199 | | |
| 1008 | | | Money order $300 December 6, 1999 | | |
| 1009 | | | Check $400.00 December 20, 1999 | | |
| 1010 | | | Check $200.00 January 1, 2000 | | |
| 1011 | | | Check and Envelope $600.00 January 5, 2000 | | |
| 1012 | | | Check $150.00 January 19, 2000 | | |
| 1013 | | | Check $68.00 January 22, 2000 | | |
| 1014 | | | Checks $50,000.00, $4,000.00, $196.75 January 21, 2000 | | |
| 1015 | | | Check and Deposit ticket February 23, 2000 | | |

| 1024 | | | W/D 9/8/10 | Photograph of Shrubbery | | |
| 1025(A) | | | W/D 9/8/10 | Photograph of wire | | |
| 1025(B) | | | W/D 9/8/10 | Photograph of wire | | |
| 1027 | | | Not Rec 9/8/10 | Copies of Receipt No. 418933 and Receipt No. 15881 written in Arabic | | |
| 1030 | | | | Chase Bank deposit ticket dated March 25, 2000 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| -------- | --- | --- | ---------- | **August 31, 2010** | ----------------------------- | ----- |
| | G | | | **Linda Czemerys** | | |
| 1034 | | D | Rec 8/31/10 | Photo taken in trailer | Czemerys | |
| 1047 | | D | Rec 8/31/20 | Photo "Pete's ...tapes" | Czemerys | |
| | G | | | **Jeremy Christianson** | | |
| | | | | Stipulation read into the record re: 8 hard drives from Ashland property. | | |
| | G | | | **Evan Kohlmann** | | |
| | G | | | **Barbara Cabral** | | |
| | | | | | | |
| -------- | ---- | ---- | ---------- | **September 1, 2010** | ----------------------------- | ------ |
| EK-7a1 | G | | Rec 9/1/10 | Translation of DVD of Kavkaz Institute (Replacing EK-7a - withdrawn) | | |
| | G | | | **Daveed Gartenstein-Ross** | | |
| 1201 | | D | Not Rec 9/8/10 | Email from WesternSom to a@af.org | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1215 | | D | Not Rec 9/8/10 | Request for Assistance from the Uma Women Society | | |
| 1216 | | D | Rec 9/8/10 | Email exchange between Mr. Gartenstein-Ross and Soliman Al Buthe | | |
| 1201 B | | D | Rec 9/8/10 | Time sheet of Mr. Gartenstein-Ross for April 1999 | | |
| 1201 F | | D | Rec 9/8/10 | Check written to Kosova Task Force dated April 2, 1999 | | |
| 1201 A | | D | Rec 9/8/10 | Urgent Appeal Kosova, April 2, 1999, faxed to Al Haramain on April 2, 1999 | | |
| 1201 E | | D | Rec 9/8/10 | "Give Five Minutes for Kosova" | | |
| 1210 | | D | Rec 9/8/10 | Google email between Mr. Gartenstein-Ross and Soliman Al-Buthe | | |
| | G | | | **Debra Ingram** | | |
| | G | | | **Kevin Tyrrell** | | |
| | G | | | **Raajideen Kanan** | | |
| | G | | | **Thomas James Wilcox** | | |
| | | | | | | |
| -------- | ---- | ---- | -------- | **September 2, 2010** | ---------------------------- | ----- |
| | G | | | **Thomas James Wilcox** | | |
| TW-6 | G | | Rec 9/2/10 | Al Haramain Islamic Foundation Audit Trail | | |
| | G | | | **Gregory Wooten** | | |
| | G | | | **Colleen Anderson** | | |
| | | | | | | |
| ---------- | ---- | ---- | -------- | **September 3, 2010** | ---------------------------- | ---- |
| | G | | | **Colleen Anderson** | | |

| 697a | | D | Rec 9/3/10 | Email from Q (q@qf.org) to pjflorin@jeffnet.org dated 2/29/2000 FW: Letter to non muslims | | |
| 697b | | D | Rec 9/3/10 | Email from P (p@qf.org) to b@qf.org dated 3/1/2000 FW: more | | |
| 698a | | D | Rec 9/3/10 | Email memorandum Subject: Aid to the People of Chechnya | | |
| 698c | | D | Rec 9/3/10 | Email from Q to P dated 3/1/2000 Subject: Letter to Doctors | | |
| 698d | | D | Rec 9/3/10 | Email from P to pjflorin @jeffnet.org dated 3/1/2000 FW: Letter to Doctors | Florin | |
| 805b | | D | Rec 9/3/10 | Al-Haramin Islamic Foundation Re: clear the unfair stains from beautiful deen of Allah Most High | | |
| 806 | | D | Rec 9/3/10 | Copy of Al-Haramin Islamic Foundation Re: clear the unfair stains from beautiful deen of Allah Most High | | |
| 910 | | D | Rec 9/3/10 | Email from P to Albuthi dated 10/9/2000 re: Tajikistan | | |
| 911 | | D | Rec 9/3/10 | Email from P to Albuthi, Soliman dated 10/23/2001 Subject: make it work out | | |
| | | D | | **David Zaslow** | | |
| DGR-1a | G | | Not Rec 9/8/10 | Excerpt from book entitled "Islamic Guidelines" distributed by Al Haramain Foundation | | |
| DGR-2a | G | | Rec 9/8/10 | Excerpt from book entitled "Islamic Guidelines" distributed by Al Haramain Foundation | Rodgers | |
| | | D | | **Walter Patrick Lang, Jr.** | | |
| | | D | | **Nabil Taha** | | |
| | | D | | **Bill Gabriel** | | |
| | | D | | **Caren Caldwell** | | |
| | | | | | | |
| ---------- | ---- | ---- | -------- | **September 7, 2010** | ---------------------------- | ----- |
| | | D | | **Marcus Sherman Owens** | | |

| | | D | | **Joseph Boyer** | | |
|---|---|---|---|---|---|---|
| | | D | | **David Rodgers** | | |
| 1054 | | D | Not Rec 9/8/10 | Letter from Donald Stine, Chaplain, to Qu'ran Foundation, December 7, 1999 | | |
| 1055 | | D | Not Rec 9/8/10 | Letter from Chaplain Denis K. Burrell to Alharamain Islamic Foundation, February 24, 2000 | | |
| 1056 | | D | Not Rec 9/8/10 | Letter from Donald Stine, Chaplain, to Qu'ran Foundation, March 23, 2000 | | |
| 1057 | | D | Not Rec 9/8/10 | Letter from Andrew Leatherman, Chaplain, to Al Haramain Foundation, July 19, 2000 | | |
| 1058 | | D | Not Rec 9/8/10 | Email from Sgt. Vito D. Deure, U.S. Army Chaplain, to haramain@alharamain.org July 27, 2000 | | |
| 1059 | | D | Not Rec 9/8/10 | Letter from Robert Thomas, Chaplain, to Al Haramain Islamic Foundation, August 1, 2000 | | |
| 1060 | | D | Not Rec 9/8/10 | Letter from James E. Penn, Chaplain, to Quran Foundation, August 15, 2000 | | |
| 1061 | | D | Not Rec 9/8/10 | Letter from Rev. Steve Gadaire, Chaplain, to Al Haramain Foundation USA, August 16, 2000 | | |
| 1062 | | D | Not Rec 9/8/10 | Letter from Mitch Anderson, Chaplain, to Al Haramain Foundation, February 21, 2001 | | |
| 1063 | | D | Not Rec 9/8/10 | Letter from Joe T. Portugal, Chaplain, to Al Haramain Foundation, April 9, 2002 | | |
| | | D | | **Anwar Ahmad Khan** | | |
| AK-2 | G | | Rec | Islamic Relief 2002 Report | | |
| | | D | | **Jeffrey Cone** | | |

| 1064 | | D | For Demo Only | 2001 QuickBooks Recording of 1999-2000 | | |
| 1065 | | D | Rec | Financial Statement Transactions by Account - Springfield Building Account | | |
| 1238-e | | D | Rec | Reconciliation Report | | |
| 755.13 | | D | Rec | Financial Statements Transaction by Date Created - Sept 19-24, 2001 | | |
| 1238-b | | D | Rec | Copy of Check - $131,300 #9456 | | |
| 1238-a | | D | Rec | Copy of Check - $21,000 #9624 | | |
| 1238-d | | D | Rec | Copy of Check - $318,291.74 #9733 | | |
| 1238-c | | D | Rec | Copy of Check - $1000 #9002 | | |
| TW-8 | G | | Rec | Section of May 14 Report - Al Haramain Islamic Foundation Account QuickReport | | |
| TW-9 | G | | Rec | Section of Report - Al Haramain Islamic Foundation Account QuickReport | | |
| | | D | | **David Long** | | |
| | | | | | | |
| ---------- | ---- | ---- | --------- | **September 8, 2010** | ---------------------------- | ---- |
| 634 | | D | Rec | Email December 29, 1999 at 5:20 a.m., Raya Shokatfard to lz@qf.org, with CNN.com webpage December 18, 1999, "Russian Bombardment Intensifies As Troops Close On Grozny" | | |
| 637 | | D | Rec | Email February 17, 2000 at 1:02 a.m., Q to AQ with CNN webpage February 16, 2000, "NATO, Russian Relax Tense Relations" | | |
| 641 | | D | Rec | Email February 21, 2000 at 11:34 p.m. The Arborist to b at qf.org with CNN.com February 21, 2000 Russia Chechnya webpage | | |
| 990 | | D | Not Rec | Booklet Islam Is by Pete Seda | | |
| 755.9 | | D | Rec | Email March 13, 2001 from Tom Wilcox to Pete Sedda | | |
| 755.10 | | D | Rec | Attachment to 755.9 - QuickBooks File | | |

| 755.11 | | D | Rec | Email June 12, 2001 from P to Shoumar, Abdulaziz S (rrd) | | |
| 755.12 | | D | Rec | Attachment to 755.11 - QuickBooks File | | |
| 1238 | | D | Rec | Excerpt of Wilcox Working Papers | | |
| 1016 | | D | Rec | Check dated Dec 24, 1999 - $2000 | | |
| 1028 | | D | Not Rec | Video report concerning activities of Al Haramain Medical Committee from 1999 (to be submitted under separate cover) | | |
| 1029 | | D | Not Rec | Patricia Florin document list | (Ruling by court off the record) | |
| | | D | | **Patricia Florin** | | |