**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR  97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: steve_wax@fd.org**

**Lawrence Matasar, OSB No. 74209**
**621 SW Morrison Street, Suite #1025**
**Portland, OR 97205**
**Tel: (503) 222-9830**
**Email: larry@pdxlaw.com**

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              **Plaintiff,**<br><br>           v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                              **Defendant.** | CR 05-60008 HO<br><br><br><br>**DEFENDANT'S MOTION TO STRIKE** |

Defendant Pirouz Sedaghaty, through counsel, Lawrence Matasar and

Federal Public Defender Steven T. Wax, hereby moves this Court to strike

**Page 1    DEFENDANT'S MOTION TO STRIKE**

Government's Sentencing Exhibit 1 because it contains multiple violations of Fed. R. Crim. P. 49.1.  Rule 49.1 protects certain information in electronic filings including social-security numbers and taxpayer-identification numbers.

Respectfully submitted this 18th day of November, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar