Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PIROUZ SEDAGHATY,<br><br>    Defendant. | CR 05-60008 HO<br><br>DEFENDANT'S SUPPORTING SENTENCING LETTERS |

Defendant Pirouz Sedaghaty, through counsel, Lawrence Matasar and

Federal Public Defender Steven T. Wax, hereby submits the attached letters in

Page 1      **DEFENDANT'S SUPPORTING SENTENCING LETTERS**

support of sentencing.

    Respectfully submitted this 22nd day of November, 2010.

        /s/ Steven T. Wax
        Steven T. Wax
        Federal Public Defender

        /s/ Lawrence H. Matasar
        Lawrence H. Matasar