Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 05-60008 HO** |
| **Plaintiff,** | |
| v. | **NOTICE OF DEFENDANT'S SENTENCING MEMORANDUM EXHIBIT 8** |
| **PIROUZ SEDAGHATY,** | |
| **Defendant.** | |

Defendant Pirouz Sedaghaty, through counsel, Lawrence Matasar and

Federal Public Defender Steven T. Wax, provided the Court with a CD

referenced as Exhibit 8 to the Sentencing Memoranda on November 18, 2010. *See* attached cover letter to the Court.  That submission does not appear on the record at this time.  As a result, Exhibit 8 to the Sentencing Memoranda (CD) is hereby formally submitted for inclusion in the record.

Respectfully submitted this 3rd day of December, 2010.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar