# FEDERAL PUBLIC DEFENDER
## DISTRICT OF OREGON

101 SW Main Street, Suite 1700
Portland OR 97204
503-326-2123 / Fax 503-326-5524

Branch Offices:

| 859 Willamette Street | 15 Newtown Street |
|---|---|
| Suite 200 | Medford, OR 97501 |
| Eugene, OR 97401 | 541-776-3630 |
| 541-465-6937 | Fax 541-776-3624 |
| Fax 541-465-6975 | |

STEVEN T. WAX
  Federal Public Defender
STEPHEN R. SADY
  Chief Deputy Defender
Steven Jacobson
Bryan E. Lessley ▲
Christopher J. Schatz
Ellen C. Pitcher
Craig Weinerman ▲
Mark Bennett Weintraub ▲
Gerald M. Needham
Thomas J. Hester
Ruben L. Iñiguez
Anthony D. Bornstein
Lisa Hay
Tonia L. Moro +
Susan Russell
Patrick Ehlers

Francesca Freccero
C. Renée Manes
Amy Baggio
Nell Brown
Kristina Hellman
Harold DuCloux III
Alison M. Clark
Brian Butler+
Thomas E. Price
Lynn Deffebach ★
Michelle Sweet ★

*In memoriam*
Nancy Bergeson
1951 - 2009

▲ Eugene Office
+ Medford Office
★ Research/Writing Attorney

November 18, 2010

**VIA FEDERAL EXPRESS**

Honorable Michael R. Hogan
United States District Judge
Wayne L. Morse U.S. Courthouse
405 East Eighth Avenue, Room 5700
Eugene, OR  97401

    Re:    *United States v. Pirouz Sedaghaty, et al.*
             CR 05-60008 HO

Dear Judge Hogan:

    Enclosed is a cd containing exhibits referenced in Exhibit 8 of Defendant's Sentencing Memorandum.

                                       Sincerely,

                                       Sandra L. Showard
                                       Administrative Assistant to
                                       Steven T. Wax, Federal Public Defender

SLS
Enclosure
O:\Client\Wax\Sedaghaty, Pirouz, 2007-1124\corres\Hogan 15.wpd