**DWIGHT C. HOLTON**, OSB #09054
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, OR 97401
Email: chris.cardani@usdoj.gov
Telephone: (541) 465-6771
**CHARLES F. GORDER, JR.,** OSB# 912874
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Email: charles.gorder@usdoj.com
Telephone:  (503) 727-1000
**KELLY A.  ZUSMAN,** OSB #891843
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Email: kelly.zusman@usdoj.com
Telephone:  (503) 727-1000
      Attorneys for United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

**UNITED STATES OF AMERICA**            CR 05-60008-HO

      v.            **NOTICE OF APPEARANCE**

**PIROUZ SEDAGHATY,**

      Defendant.

      Please be advised that Assistant United States Attorney Kelly A. Zusman is appearing as

/ / /

/ / /

co-counsel on behalf of the United States of America in the above-captioned case.

Dated this 6th day of January 2011.

>Respectfully submitted,
>
>DWIGHT C. HOLTON, OSB #09054
>United States Attorney
>District of Oregon
>
>*/s/ Kelly A. Zusman*
>KELLY A. ZUSMAN, OSB #891843
>Assistant United States Attorney

PAGE 2 - NOTICE OF APPEARANCE OF KELLY A. ZUSMAN