DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
CHARLES F. GORDER, JR., OSB# 912874
KELLY A. ZUSMAN, OSB #891843
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1000
charles.gorder@usdoj.gov
kelly.zusman@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

PIROUZ SEDAGHATY,

        Defendant.

Case No. CR 05-60008-HO

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR RELEASE

    The United States of America, by and through Dwight C. Holton, United States Attorney, and Kelly A. Zusman, Assistant United States Attorney, offer the following response to defendant's motion for release:

    Seda has filed a post-trial motion seeking his immediate release from custody. The

1 - GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RELEASE

United States has, in the past, taken the position that Seda cannot establish by clear and convincing evidence that he is not likely to flee, as is required by 18 U.S.C. § 3143(a) upon his conviction at trial and should be detained for that reason. Our view that he presents a risk of flight is unchanged for the reasons we have provided this Court in the past. What has changed since Seda was taken into custody at the close of the trial is that the United States has discovered some materials that should have been turned over to the defense during pre-trial discovery. While we disagree with the defense team's characterization of those documents, and we believe that none of this material could have altered the outcome at trial, we acknowledge that additional proceedings will take some time to resolve. During this interim period – post-trial, but before a final ruling on the pending motions and an anticipated appeal – this Court will have to weigh the risk of flight against the equitable concern of further delay to resolve these recent discovery issues. For these reasons, the United States takes no position on Seda's motion for immediate release.

DATED this 13th day of January, 2011.

Respectfully submitted,
DWIGHT C. HOLTON
United States Attorney

*/s/ Kelly A. Zusman*
By: _____
KELLY A. ZUSMAN
Assistant United States Attorney

2 - GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RELEASE