Lawrence Matasar, OSB #74209
621 S.W. Morrison Street, Suite 1025
Portland, OR 97205
Telephone: (503) 222-9830
Fax: (503) 274-8575
Email: larry@pdxlaw.com

Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org
    Attorneys for Pirouz Sedaghaty

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. CR 05-60008-HO |
| Plaintiff, | ) ) | DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S POST-TRIAL MOTION FOR DISCOVERY |
| vs. | ) ) | |
| **PIROUZ SEDAGHATY** | ) ) | |
| Defendant. | ) | |

    Defendant, Pirouz Sedaghaty, by his attorneys Lawrence Matasar and Steven T. Wax, hereby moves for an extension of time from February 11, 2011 until February 23, 2011 to file his Reply to the Government's Response to Defendant's Post-Trial Motion for Discovery that was scheduled in CR 527.

    In a communication to defense counsel on February 4, 2011, Assistant United States Attorney Kelly Zusman indicated she agreed with this request.

PAGE 1 – DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

This Motion for Extension of Time is filed because the defense expects the government will be filing a comprehensive response that will include several sworn declarations on February 18, 2011.

RESPECTFULLY SUBMITTED this 7th day of February, 2011.


  /s/ Steven T. Wax                            /s/ Lawrence Matasar
Steven T. Wax                                Lawrence Matasar
OSB No. 85012                                OSB No. 74209
Telephone: (503) 326-2123                    Telephone: (503) 222-9830

Attorneys for Defendant Pirouz Sedaghaty


PAGE 2 – DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY