# Attachment 1

# Government's Response in Opposition to New Trial

# (*U.S. v. Seda*, CR 05-60008-HO)



**U.S. Depart    t of Justice**

*Dwight C. Holton*
*United States Attorney*
*District of Oregon*
*1000 SW Third Avenue, Ste. 600*     *(503) 727-1000*
*Portland, OR  97204-2902*     *Fax: (503) 727-1117*

*Kelly A. Zusman*                                          *Direct: (503) 727-1009*
*Assistant United States Attorney*               *E-mail: kelly.zusman@usdoj.gov*

January 6, 2011

Mr. Steven Wax
Federal Public Defender
101 SW Main, Suite 1700
Portland, OR 97204

        Re:    United States v. Pirouz Sedaghaty, CR 05-60008-HO

Dear Steve:

        I am writing to follow-up on several phone conversations that you have had with
Chris Cardani regarding additional discovery in this case.  Enclosed you will find the
following interview reports and documents bate numbered 3813-3872:

        – Two recent 302 Interview reports that reflect payments that the FBI made to
Barbara Cabral's former husband (Richard Cabral) in 2004-2006, and disclosure of
conversations that took place between an FBI Agent (Dave Carroll) and government
witness Barbara Cabral about a potential payment to her.

        – Handwritten notes of interviews with Barbara Cabral that were inadvertently not
disclosed prior to trial.  These notes were used to draft interview reports that were
produced in May of 2010 (batch 14, documents 3557-3577).

        – Documents reflecting interviews with Richard Cabral that include statements
from Barbara Cabral.

        – Information from Richard Cabral regarding the 1999 Hajj trip that was addressed
in Barbara Cabral's trial testimony.

        The FBI's discussion with Barbara Cabral about a potential payment came to our
attention in mid-December of 2010, and it prompted us to further investigate the
information we have since discovered in Richard Cabral's file.  We regret this late
disclosure and assure you that our failure to produce this information prior to trial was
inadvertent.  We are producing it now in a good faith effort to permit both you and the

Sedaghaty
January 6, 2011
Page 2

district court to decide what, if any import it has to the case.  In our view, none of this material could have affected the outcome of the trial given the limited role Barbara Cabral had in the case and the narrow focus of her testimony.  We understand that your view of this evidence may differ, and we are prepared to address those concerns.

Thank you for your consideration.

Sincerely,

DWIGHT C. HOLTON
United States Attorney

KELLY A. ZUSMAN
Assistant United States Attorney



**U.S. Departr    of Justice**

*Dwight C. Holton*
~~United States Attorney~~
*District of Oregon*
*1000 SW Third Avenue, Suite 600*  (503) 727-1000
*Portland, OR  97204-2902*    *Fax: (503) 727-1117*

January 6, 2011

The Honorable Michael R. Hogan
Wayne Morse U.S. Courthouse
405 E. 8th
Eugene, OR 97401-2712

      Re:    United States v. Pirouz Sedaghaty, CR 05-60008-HO

Dear Judge Hogan:

I am writing to follow-up on a recent phone conversation that you had with Chris Cardani and Steve Wax regarding additional discovery in this case. In mid-December, 2010, the issue of a potential payment to government witness Barbara Cabral came to our attention, and it prompted us to further investigate information regarding Barbara's former husband, Richard Cabral, who passed away in 2008. In reviewing these documents, we discovered material that should have been turned over in discovery prior to trial. We regret this late disclosure and assure you that our failure to produce this information prior to trial was inadvertent. Because the government's due diligence and good faith may become issues relative to this discovery issue, I have been asked by our U.S. Attorney Dwight Holton to submit a notice of appearance in this case, and I will serve as the point of contact for any issues that may arise regarding the Cabral discovery.

The Cabral documents are being delivered to Mr. Seda's defense team today.

Thank you for your consideration.

      Sincerely,

      DWIGHT C. HOLTON
      United States Attorney

      KELLY A. ZUSMAN
      Assistant United States Attorney

cc:    Steven T. Wax, Larry Matasar

Attachment 1, Page 3
Gov't's Response

## DISCOVERY SPREADSHEET-18

| INVENTORY ITEM | NUMBER OF PAGES IN DOCUMENT | BATES NUMBERS | BATCH NUMBER |
|---|---|---|---|
| Interview notes and reports concerning Barbara Cabral (redacted) | | | |
| Notes dated 09-28-04 | 3 | 3813-3815 | 18 |
| Notes dated 12-03-04 & 12-06-04 | 3 | 3816-3818 | 18 |
| Notes dated 04-14-08 (no report) | 2 | 3819-3820 | 18 |
| Notes dated 04-15-08 | 2 | 3821-3822 | 18 |
| Notes dated 02-26-10 | 1 | 3823 | 18 |
| Notes dated 03-2-10 | 1 | 3824 | 18 |
| Notes dated 03-8-10 | 7 | 3825-3831 | 18 |
| Notes dated 04-26-10 | 6 | 3832-3837 | 18 |
| Notes dated 10-5-04 (no report) | 1 | 3838 | 18 |
| Report & notes dated 1-2-08 | 2 | 3839-3840 | 18 |
| Barbara Cabral comments within interviews and notes with Richard Cabral (redacted) | | | |
| Report & notes dated 2-7-08 | 4 | 3841-3844 | 18 |
| Report & notes dated 3-21-05 | 4 | 3845-3848 | 18 |
| Report & notes dated 8-17-07 | 6 | 3849-3854 | 18 |
| Report & notes dated 9-12-03 | 5 | 3855-3859 | 18 |
| Richard Cabral interviews and notes (redacted) | | | |
| Report & notes dated 02-06-06 | 6 | 3860-3865 | 18 |
| Report & notes dated 09-27-04 | 7 | 3866-3872 | 18 |

Attachment 1, Page 4
Gov't's Response

| INVENTORY ITEM | NUMBER OF PAGES IN DOCUMENT | BATES NUMBERS | BATCH NUMBER |
|---|---|---|---|
| | | | |

| SIGNATURE | DATE OF RECEIPT |
|---|---|
| | |

Attachment 1, Page 5
Gov't's Response

DEC-23-2010  16:33                                                          P.02

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/22/2010

During the investigation of Pirouz Sedaghaty, contact was made with Barbara Cabral regarding her knowledge of Sedaghaty's and others' activities as they related to a variety of topics.

During an April 19, 2010 telephonic contact with Cabral to arrange a follow up interview and the service of a trial subpoena, she advised of having suffered a heart attack approximately two weeks previous. She further advised she was now taking beta blocker medication and her out of pocket medical expenses associated with her treatment amounted to several thousand dollars.

During a subsequent contact prior to trial, this writer commented to Cabral in words to the effect that he would attempt to get her something sometime after the trial. Writer's meaning was to advise Cabral he would attempt to provide her with a payment of U.S. currency after the conclusion of trial. No specific dollar amount or specific information regarding the timing of the payment was mentioned when this statement was made to Cabral.

On October 4, 2010, Cabral was advised by this writer of efforts to provide her with a $7,500.00 payment. There have been no payments made to Cabral.

---

Investigation on    12/22/10    at  Medford, Oregon

File #    REDACTED                                    Date dictated    12/22/10

by    SA David A. Carroll

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    12/22/2010

      Richard Abdullah Cabral received a total of $14,500.00 in
U.S. currency from the FBI. This amount was made in three payments,
the first on 7/30/04 in the amount of $4,500.00, the second on
3/21/05 in the amount of $5,000.00 and the third on 12/7/06 in the
amount of $5,000.00, respectively. Payment was made to Cabral based
on information he provided on several different FBI investigations,
to include the Sedaghaty matter.

      The first payment to Cabral was made and witnessed by
Special Agents Shawna M. Carroll and David A. Carroll. The second
and third payments were made by SA David A. Carroll and Internal
Revenue Service-Criminal Investigations Agent Colleen Anderson.
Further, Barbara Cabral was present during the second payment made
in 2005.

Investigation on    12/22/10    at  Medford, Oregon

File #    REDACTED                                  Date dictated    12/22/10

by    SA David A. Carroll

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

TOTAL P.03

Attachment 1, Page 7
Gov't's Response

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    12/29/2010

      Barbara May "Bobbie" Cabral, ███████ REDACTED ███████
███████ REDACTED ███████
███████ REDACTED ███████, was contacted at her
residence by Special Agent (SA) Scott R. Jensen, Federal Bureau of
Investigation (FBI) and SA Scott McGeachy, Internal Revenue Service
(IRS). Also present at the residence was Cabral's husband, Robert
A. Smith, date of birth, ███████ REDACTED ███████. Cabral was advised of
the investigating agents' identities and the purpose of the
inquiry. Thereafter she provided the following information:

      Cabral grew up in the San Francisco Bay area of
California, spending her formative years in Hayward, California.
This is also where she met and married her late husband of thirty-
three years, Richard "Abdullah" Cabral, who died on March 27, 2008.
Cabral has lived at the ███ REDACTED ███ residence since 1996. Cabral
married Smith in June 2010.

      Cabral became acquainted with FBI SA David Carroll not
too long after September 11, 2001, when her late husband, Richard,
was interviewed by Carroll. Cabral also came to know Carroll's
wife, Shawna, an FBI SA as well, who sometimes accompanied Carroll.
Over the years, Cabral has come to consider Carroll and his wife
good friends. Cabral considers them close enough friends that on a
few occasions when she has seen the Carrolls at the J.C. Penney
store where Cabral works, Cabral has felt comfortable greeting them
with a hug. Cabral even invited them to her wedding when she and
Smith were married, but they did not attend. She has since teased
Carroll about still owing her a wedding gift.

      Carroll maintained intermittent contact with Richard
until his death, and Richard provided Carroll with, among other
things, information regarding Pete Seda. Cabral was sometimes
present for these meetings, and although Carroll mostly interacted
with Richard, Cabral was occasionally asked by Carroll to look at
pictures to help identify people of interest to Carroll. This
proved easier for her than for Richard, as Richard was visually impaired.

      After Richard died, Cabral continued to periodically
meet with Carroll. She told Carroll he could take whatever
information she had in her possession if it helped in his
investigation. She provided him with boxes that contained papers,

| | | | |
|---|---|---|---|
| Investigation on | 12/27/10 | at | White City, Oregon |
| File # | ███ REDACTED ███ | | Date dictated    12/28/10 |
| by | SA Scott R. Jensen / sj | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

Attachment 1, Page 8
Gov't's Response

FD-302a (Rev. 10-6-95)

REDACTED

Continuation of FD-302 of ___Barbara May "Bobbie" Cabral___ , On 12/27/10 , Page ___2___

tapes, copies of e-mails, and pictures, including some from when she made her hajj to Mecca along with Seda. She also provided Carroll with pictures of Seda's several wives. She did so not only because she wanted to help Carroll with his investigation, but also because she thought it was the right thing to do. Cabral desired to complete the work begun by Richard, and Cabral's continued assistance culminated in her testifying at Seda's trial.

The assistance provided by Cabral has not been without accompanying stress. In April 2010, not long after she learned she would likely be called as a witness in Seda's trial, Cabral suffered symptoms that resembled a heart attack and was admitted into the hospital. Resulting medical tests showed the lower part of her heart was contorted in a fashion the doctor described as being like a pulled muscle. Although tests failed to confirm that she had a heart attack, both Cabral and Smith believe this episode stemmed from stress associated with Cabral's assistance to the FBI.

Cabral is aware Richard received payments from the FBI for the assistance he provided. Cabral believes Richard received at least two payments from Carroll, and Cabral was present on one occasion when a payment was made. Cabral does not recall specifics surrounding these payments nor does she recall the amount of the payments. On the occasion when Cabral was present when a payment to Richard was made, Cabral remembers commenting that Richard "got to have a code name" and she jokingly asked Carroll if she could have a code name too. Carroll, responding in a jocular manner as well, replied "no," which provided them both with a good laugh.

Cabral does not remember having a conversation with Carroll, prior to Seda's trial in September 2010, wherein Carroll talked of his intention to try to get some money for Cabral as payment for her assistance to the FBI. She does recall that sometime after the trial, Carroll spoke to her about trying to get authorization to provide Cabral with a payment for her services. Cabral believes this conversation occurred on the telephone. A figure of $7500.00 was mentioned as an amount, but no promises were made and she has never expected money for the assistance she provided the FBI.

The only money Cabral has received relating to her involvement in the Pete Seda investigation was when she was paid a standard witness fee and reimbursed for expenses associated with testifying at Seda's trial. Since she would not have been paid by her employer for the time she was required to be away from work

FD-302a (Rev. 10-6-95)

REDACTED

Continuation of FD-302 of ____Barbara May "Bobbie" Cabral____, On 12/27/10 , Page __3__

while she testified, Cabral is grateful for the stipend provided to her by the government.

     Cabral has never asked for nor has she ever received a payment from the FBI. She has never entertained any expectation of receiving money for the assistance she provided. Cabral has always felt the money Richard received from Carroll satisfied any monetary consideration that might have been due for her and Richard's help, and she still feels that way.

     Cabral's testimony at Seda's trial was the truth, the whole truth, and nothing but the truth. Cabral did not tailor her testimony, nor was it tempered or in any way coloured by any promise of money from the FBI. Cabral believes Seda was found guilty at trial because he was guilty, and Cabral provided testimony because she believed it was the right thing to do, not because she expected to be paid at some future time.

     At the conclusion of the interview, Robert A. Smith, supra, offered that he attended "a lot" of meetings when Cabral met with Carroll, and at no time during any of those meetings did Carroll ever speak about paying Cabral money.

9-28-04

→ Barbara →
while Pete here
Raya        ivory @ dentist office   went by her
                                         place on her
~2000      1st one - still married to Sheik Hasa        lunch
            asked all to bring jewelry
            things you don't want to
     bring to Peko hill address

             $ + go to Chechnya
called money    to buy blankets + food
$5 cash         "Mujaheen" freedom fighter
for caviar

             B didn't go -
             just singles
             heard they collected ~1,000
Raya

             I would call her - there were 2
             @ that time
             also wanted to have something @
             her house in Yreca

complete      B did mentioned try to get $ over
talky about   there - she know somebody
how to spot   that was going to get $ over there

                                         3813

→ Other women

Anita Seda ( Bjorns wife)

Mary Foster ?

Sharon Cummings

possibly Zizi ( Mahmouds wife)

Laleh

— recent

— Qui Taylor

— Mary Medder (older w/c)

Rabita (Nadeems wife)

showed pics of wedding party

⟷ Mary teaches adult handicappe

10/24/2000

— forum — Ray emailed

tony

funds collected

1763 was sent *543 has receipt

w/o computer + husbands +

tell other brothers

our fund was a success

3814

$ in SA

7/23

REC'd docs from Raya
re Palestine need protection
petition to UN
demand international
protection Palestinians

pics re Palestine do not open - Shut down
Yarus comp

Richard + Barbara
Cabral
- S/A Shawna Carroll
- S/A Colleen Sexton

11:10 A.M.

12/03/04          12/6/04  10:00 a.m.

Became a Muslim in early 1990's
Barbara found Quran Foundation in phone book

Pete Seda &                    Hand out Quran + literature
Controlled Quran Foundation    place for Men on east main
David Rogers - Imam            in Ashland for men to pray.
                               + at

Rob Brown → attended
John Dunn → attended           Mohammed Ibrahim - attended school
+ University students          + went to Texas
                               Started working for Holy Land
                                          Foundation
                               originally in Texas
Received a Noble Quran         - Was Palestinian
from Pete
          10/28/94
No jihad appendix in book


David Rogers was in Saudi Arabia
handed out literature. Believes
David Rogers set up deal with Al Haramain
to purchase a prayer house.

Soliman Al Buthe - Al Haramain official in charge
                   of getting prayer house.
          Believes David Rogers introduced Pete to Soliman
   Idea of masjid Al Taweed prior to Al Haramain.

~~Does~~ Started Masjid Al Taweed because members wanted
more control over their prayer house. After Haj started to separate.

Al Haramain wanted to keep things close to their own vest +
started letting office staff go.
Brought in new staff, ~~Mohammad~~ Bilal

3816

Attachment 1, Page 14
Gov't's Response

7) Pete        - David Rogers & Phillip Rand     1) mmm
8) Caleb          showed up.                       2) Mrs. Cabral
9) Sofia                                           3) Rob Brown
10) Isaiah                                         4) David Hafer
11) Joseph                                         5) Bijan & Aneka Selagfaty

Abdul Cadir - sent over by Al Harasin Riyadh
             participated in video.   After Hajj but
                                        before Bilal.

Ashad Americans — how they became muslim


- Sheikh Hassan came prior to Al Harasin. Talked bad about Jews.
   Radical.  married Raya Shishatford.
   Mary Guled called & complained to Pete about lectures.

     David Rogers really liked Sheikh Hassan.
   Raya contacted Hassan to exorcise Devins on genes.
   Knew ⨯⨯⨯ Quran.  Converted Phillip Rand.

   Went in ⨯⨯⨯ March 1999 to Hajj.  — 4/4th returned  They paid flight
   & Al Harasin sponsored them into Country.  Special treatment because
   Food/transportation                         of Al Harasin
      Each of 11 members
   Given money for transportation — $200 a piece from Saudi Govt at
   airport. Didn't use.  Pete collected money at end of trip
   & said he was going to use it for Chechnya.
                                       project

   Nothing Anti — American said while they attended Hajj.

        Soliman & Pete their money going to ~~Chechen freedom fighters.~~  Chechnya.
          Pete Did the talking / Soliman present   Believe Pete handed
        money over to Soliman.
        John Dunn
- Fired Rob Brown ⌉ David Hafer
    Then Bilal came to Al Harasin
    Eisa Rloten also showed up with Bilal
    Yusuf — another brother from New York
       Here by 2000.

   After Bilal showed up had a falling out & began their
     own.  Thought prayers were prejudice.  ⨯⨯⨯⨯ Started
   praying elsewhere.

   ~ · ~ ... W Pete asking money for Yusuf muishilan.

3817

10

around October 2000
Looking for jewelery to Auction for money for Chechnya.

- Barbara took some junk jewelry. Believes all the women donated
  some jewelry.
- Sofia - married to pete / Russian moved to Seattle.
- Anita Seda
- Safi Yah - divorced Pete
- Mary Foster
  Caleb Sedaghaty
  Shuron Cummings

Raya always going to
Atlanta, Georgia

No doubt that it was for Chechan mujahideen.
  Raya still married to Sheikh Hassan.

- Talked about wanting to go to Chechnya & fight
  when he owned the Valley View home, brick house
  Had some trailers / Showed a video of Chechnya that was playing
  Travel trailer using for office.
  kid-Joseph / 1 - unknown concussion

- a bunch of Russians standing around, laughing & smoking
  all laying on ground & someone else holding camera.
  armed carrier being attacked by mujahideen.

  Caleb & Sumon helped send out literature / literature given by
  Al Haramain.



4/14/08- Tetball Barb Cabral

REDACTED

REDACTED

REDACTED

Barb — in November — Paul Mitchell
School in Costa Mesa, Ct —
5 days in school
$2500.00

3819



7 day cruise - / out of boston up 2/
coast of Maine.

Bath -
Knew Sofia 2 21 yr old
from Russia
- would

3820

4/15/08  Pires

–ID's Radmilla as Sofia  (Radmilla
                              Bolobina)
– moved to Seattle, WA
– worked @ Samovar
– aunt & uncles owned Samovar–

Obvious Russian accent

Samovar owners related to Bazi's
ownership

Sofia had a brother who moved
to Seattle
   – he ran up credit card in
     Medford

– Sofia's mother & uncles lived in
Medford
               Muslim marriage
Sofia was a wife of Pete's
@ same time as Laleh – legal marriage

Both were upset by the arrangement–
– @ 1st they didn't know about each other

3821

—Silia was a wife b4 Laleh came to U.S. OK
Laleh brought from Iran by Pete

—Shenaz Mrashi was a wife b4 Sofia
  —they overlapped—
Shenaz was married off to someone in Florida

3822

Bobbie Cabral          2/26/2010          @mell in cell

Never said funds going to refugees, She said "Freedom Fighters"

First sale at majid, where Pete and family lived.

When they went to Hajj in March 1999 they were already living in Majid w/ Laleh and Sophia. Laleh + Sophia were on Hajj

She was told by Raya that Pete was taking money and moving it to Chechnia. Not told anything else.

Jewelry sale was down stairs where sisters always met.

Laleh is well educated. Studied to be something in the medical field.

Sabah Ishmael — Sabah_hashim@hotmail.com

Pete knows what he is doing, he is not stupid. He is just a con-artist.

Helped once to pack stuff for prisoners. When asked questions, she wasn't invited back.
       Why wouldn't Pete take money?
Raya was making it too open to everyone. She might have been publicizing the collection too much for Pete.

3823

36,10  w/ Bobby Cabrar?

REDACTED

Abdul Qaadir -Tapes
ISNA

Hajj -1999
- PS came to the Group in a — the adults
hallway @ the airport in Jeddah

— to include

PS went on Hajj in 2000
wanted to Abdullah to go

Caleb went on Hajj in 2000

3824



3/10/10 - Bobby Cabral
wife's    Mother of his sons                    1/
          Morocco
          Alasha
          Shiraz
          Sofia
          Caleh
          Summer

- Each wife is supposed to have a
  separate living quarters
-

Caleh was questioned by Saudi women
during the Hajj in 99 regarding
her living arrangements w/ Sofia
- the Saudi women were critical
  of how Caleh & Sofia lived in
  a cohabitated quarters

503 - 802 - 0200 - Bobby rec'd

- Bobby was aware of Pete being known
  as "Falcon"
    - & his involvement in drugs

3825

richard spoke to an old, head of      2/
Pete's who told him about Pete's
involvement in drugs

- This conversation occurred b4 PS left
USA - @ Eid potluck in Ashland @ mosque
camel was to still alive
- Richard overheard the WM speak
of Pete's involvement in dogs
Richard then spoke w/ the guy
who told Richard of the nickname
Falcon

Richard later spoke to PS & called
him Falcon - PS reacted strongly
to the name - wanted to know where Richard heard
the name

3826

31

Coming home from Hajj '99
"The Hajj Cough"
   to much inhalation of $CO_2$
- Miserably sick - like a flu/high fever

Minna - Stones thrown / 3 nites / Sleeping
   on the sidewalks


- ATTF hired a driver to get the airport
   from their hotel in Jeddah
- were led thru airport / ushered thru
   to point in gov't office where they
   retrieved passports
   - they were advised they would be
   receiving a refund on transportation
   $ b/c they didn't use public
   transportation or public busing

- Each rec'd the $ in currency
   U.S. dollars
-    $200/each / 400 btwn her & Richard
-

- PS is hitting each person up for the
   $ as they come out of office;
   it was up to each individual

3827

Pete advised AHF spent a lot of $$ on the group btwn transportation, hotels & food

- Shamed them into giving him the $$ They could use $$ towards freedom fighters
- Everyone in the group gives P5 the $2.00
- Brwn & Hafer had to work off the expenses of the trip to AHF
- cuz AHF paid their full freight
- Rdtrip airline tickets were $1400.00

- She gave P5 the $ hand to hand

For food, blankets & supplies

- They then go downstairs to get upgraded seats, they (AC & BGabrd) do get upgrades -

Richard commented - he didn't get to say goodbye to Soliman - Soliman didn't go to airport w/ the group

3828

51

The group stayed in Soliman's
parents home in Jeddah
—it was their home when they
visited Jeddah


Bobby was surprised when Sofia
left
—she knew Sofia wasn't happy
@ Pete's

Sofia—                        to Seattle
She made several visits (s-in-law had
a kid, plus her mom moved to
Seattle, missed her mother,
Anita Seda & Mary were closer to
                    foster
Sofia than Bobby
—Sofia left w/o saying goodbye to Bobby
Anita & Bijan Seda—been married a
long time—are living in Medford
—not sure what Bijan did for
work


Laleh & Sofia lived at pete's wives
for at least a couple of years
PS's sons did better w/ Sofia

3829



Sofia was still around when Raya
was raising $ thru the rummage sale
during 4-2000

BC assumed P.S. gave the collected
$ to one of the AHF brothers
who would've given it to Soliman
- She described him as a redheaded
guy from SoCal originally

- There was a sheik (famous & respected)
w/ the group in [strikethrough] he wasn't
supposed to be in Mecca and/or
Mina -

- there were careful when
they went thru checkpts
- the driver held a list of
their names -

RC was taken off their bus @ one pt.
because they thought he was
a smuggled in sheik -



They were worried the shaikh would be
taken off the bus — he would've
been taken away
Artf pl for the shaikh's expenses
to be to in Mecca & Mina

RC told BC that
PS wanted him to go
to Afghanistan b4 PS
PS left

PS was going to go w/ some
yung guys (unidentified)

3831

4/26/10   Bibhu Cabral

REDACTED

& Adam @ KA

Kaniz & Dooud Rodgers
Slept in Bedroom X

Rm Y - storage room

When Pete moved into the basement
- the women no longer prayed
downstairs @ 3800

- after the Hajj '99

Rob Brown & David Hafer let go as
employees of AHF sometime
after the Hajj

Was aware DSR worked in AHF in
office, took notes, would have
knowledge of inner workings

- Once drove DSR to the mosque
from his parents mother's house
in Ashland

3832

Richard made connection w/ DGR 21
Rich & Robbie met his mom & picked
him up for a ride to the mosque
@ 3800.

Recognized Hafed in Photo #8
a           Brima  in a  #27
"           DGR       "   "
Recognized AQAK — by sight —
didn't recall his name
Recognized David Rodger in #5

— Recognized Rodgers & Albrother in
10-8 photo

The

I defend for prisoners, potlucks 3/
@ the Cimson Rd house
— This house was Sold

Pete, Caleb & Sofia then moved to
Valley view Rd house —
— they lived in while under
construction
— This was purch- 8/99

Rummage sales & processing literature
to prisoners was done in
basement prayer area b4
Pete moved in.

The email from Raja was 10/24/2000
∴ rummage Sales were held
that summer of 2000

Caleb told Bobbie she took care of
the financial stuff — handled
the computers —

Summer came later so Sophia didn't
seem to have as much computer

Attachment 1, Page 32
Gov't's Response

savvy as Caleb
— Caleb was more educated
compared to Sophia as far as
Bobbie knew

Pete's family moved into
the mosque after the summer
of 2000, but b4 9/11/01

The house was a mess

So while women's prayer was
conducted downstairs - Kauie Woods
room was Rm X, then the rooms
X, Y, & AA were vacant —
— during prayer kids would
play in AA

Bobbie had Fridays off & was
attending Fri prayer regularly
she & the others Richard
irregular attendees
Mustafa    Bobby, Sophia, Caleb,
Mahmood        Zizi Wies (the vets wife) Raya
Mary Foster   was evening occasionally

3835

51

A "for Pete & family" w moving
women's prayer & moved upstairs —
— sheets are hung up then women's
prayer area in LR & men's prayer
room & the kitchen

Once this occurred — Bobbie & everyone
else were no longer allowed downstairs

Summer showed up around the
time Pete & family moved into
the house

Bobbie learned thru Mary Foster that Sophie
was visiting her family in Seattle b4
she left
        Summer arrived b4. Sophia left she
wondered how he could have 3 wives, Summer would've been
married to Sophie
— as far Bobbie, knew there was only one
computer in the house in Room A
not one and one in kitchen all
— didn't know of computers downstairs
— only individuals who had access to the
computers — the wives, pete, PBR, Hafer & Brown

3836

- C she never saw the woman with 6/
  on the computers, nor saw Pete on
  the computers
- Can't imagine the woman doing anything
  on the computers w/o Pete's directions
- can't imagine them doing anything
  w/o first asking Pete
- Bobbie made a comment about
  women having freedom - Valeh
  made a comment - men have the
  final call on all
- All the people were sad @ Pete's
  house - depressed - due to Pete's
  control - she described Pete as the
  King - he let everybody know AHF
  was doing all this for everyone

Pete moved into the house sometime btwn
Sept 00 & Sept '01

served subpoena —

3837

REDACTED

10-5-04   vol B

Safi =
Sophia Yak lives in Chase St
one of Petes wives
(now Sanabar's restaurant
& the waitress)
Russia

Sabah Hashim /        Bilals
                       Wife
& black guy who was
staying @ the mosque

W/C   Sophia went to Hag
S. wanted children & Pete
       didnt
          azabajan →
       put Pete through her brother
(but collectors were after him so
he turned Russia)
Pete married Caleb in Iran

3838

FD-1023 (Rev. 6-22-2007)

# FEDERAL BUREAU OF INVESTIGATION

Confidential Human Source (CHS) Reporting Document

Reporting Date: 01/08/2008    REDACTED

Case ID:

REDACTED

Contact Date: 01/02/2008

Type of Contact:    Telephonic

Location:    Medford, Oregon

Written by:    SA David A. Carroll
Other(s) Present:

Source Reporting:

A CHS, who is in a position to testify, provided the following information.

The CHS' spouse advised Pete Seda attended the recent Eid celebration at the Muslim American Society-Southern Oregon (MAS) in Phoenix, Oregon. The CHS' spouse advised Seda was low key in his return to the Muslim community.

REDACTED

◆◆

REDACTED

3839

Attachment 1, Page 37
Gov't's Response



REDACTED

1/2/08 - Telcall w/ Barb ~~Cabral~~
Cabral

- Seda was @ Eid - low key entry
to the community

REDACTED

REDACTED

REDACTED

REDACTED

3840

FD-1023 (Rev. 6-22-2007)

# FEDERAL BUREAU OF INVESTIGATION

Confidential Human Source (CHS) Reporting Document

Reporting Date:  02/13/2008

Case ID:

REDACTED

Contact Date:  02/07/2008

Type of Contact:    In person

Location:    White City, Oregon

Written by:    SA David A. Carroll
Other(s) Present:    SA Miles P. Wiltrout

Source Reporting:

REDACTED

REDACTED

REDACTED

    The CHS' spouse advised Pirouz Sedaghaty returned to
Saudi Arabia for the Hajj the following year as well in 2000. The
CHS's spouse recalled Sedaghaty being accompanied on the trip in
2000 by his son's, Jonah and Joseph Sedaghaty. The CHS was
unaware if Sedaghaty traveled with Soliman Albuthe enroute to
Saudi Arabia on this occasion.

REDACTED

3841

CHS Reporting
REDACTED                  02/07/2008



REDACTED

2

3842



2/7/08        w/ Miles        11.

REDACTED

REDACTED

Barb believes Soda went back the next year - Pete wanted Abdullah to go again

Barb went w/ females - Abdullah went w/ men separately
went early in flu and immediately upon arrival in KSA



Pete went in 2000 w/ his boys, Jonah & Joseph

Don't know if Pete travelled w/ Pete Abbothe

REDACTED

REDACTED

3844

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    03/22/2005

REDACTED

      Prior to the recent indictment of Pirouz Sedaghaty, it
was the CW's spouse's understanding that Anita and Bijan Sedaghaty
were the only individuals in southern Oregon who had contact with
Pirouz Sedaghaty or his wives, Summer Rife and Laleh Zahedi. The

Investigation on    3/21/05    at    White City, Oregon

File #    REDACTED                                 Date dictated    3/22/05

by    SA David A. Carroll

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

3845

FD-302a (Rev. 10-6-95)

**REDACTED**

Continuation of FD-302 of     Cooperating Witness              , On 3/21/05      , Page   2

> CW's spouse provided the following points of contact for Pirouz
> Sedaghaty and his spouses: p.s@qf.org, and a fax number of 800-
> 625-6931.

**REDACTED**

3846



5/21/05 — Abdullah casual
— w/ Colleen & Bashar
pymt $5,000

REDACTED

REDACTED

REDACTED

REDACTED

3847



REDACTED

REDACTED

REDACTED

prior to indictments in paper - only
Anita & Bijan Seda have been
in touch w/. Pete, Summer & Caleb

~~~~~~~~~~~~ - Barb's ex-wife
                                      - email
fax - 800-625-6931
P,S @ QF.org

REDACTED

3848

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    08/18/2007

Richard "Abdullah" Cabral,                REDACTED
REDACTED                          was contacted at his
residence regarding his knowledge of Pirouz Sedaghaty. He provided
the following information.

Cabral previously advised, pursuant to the issuance of a
federal grand jury subpoena, of being present at Sedaghaty's
residence located on Valley View Road in Ashland, Oregon, when
Sedaghaty played a video depicting the war in Chechnya. He recalled
viewing the video in a trailer located behind the main house on the
property. Cabral recalled that after watching the video, Sedaghaty
expressed his desire to travel to Chechnya to fight with the Muslim
brothers there. Cabral advised this was not the only occasion when
Sedaghaty discussed his desire to fight in Chechnya against the
Russians. He described 3-4 occasions before viewing the
aforementioned video when Sedaghaty talked about going to Chechnya
to fight. Cabral thought Sedaghaty was "shooting off his mouth"
when discussing this topic. Cabral thought this because he did not
think Sedaghaty would leave the comfort of his life with his three
wives in the United States.

Cabral recalled traveling to Saudi Arabia to attend the
Hajj in March, 1999. Cabral's wife, Barbara Cabral, was
telephonically contacted at her place of employment during this
interview. She indicated they returned from Saudi Arabia on April
3, 1999. Cabral recalled the occasion when he viewed the Chechnyan
war video at Sedaghaty's Valley View Road house to be approximately
a year or more after returning from the Hajj in 1999. Cabral
advised his vision was better at that time than it is currently. He
described being a little farther than an arm's length away from the
television while watching the video.

Cabral advised of the occasion when they were departing
Saudi Arabia after attending the Hajj. Cabral and the others in the
group from Ashland, Oregon, surrendered their passports upon
arrival in Saudi Arabia. He recalled being at the airport prior to
their departure to collect their passports. Upon arrival everyone
in the group paid $400.00 to cover the costs of their
transportation to and from the various events during the Hajj. At
the airport, Cabral recalled Soliman Albuthe's brother, Adil
Albuthe, advising that only $200.00 of the $400.00 had been used to

| | | | | |
|---|---|---|---|---|
| Investigation on | 8/17/07 | at | White City, Oregon | |
| File # | REDACTED | | Date dictated | 8/1/07 |

by    SA David A. Carroll
      IRS-CID SA Colleen Anderson

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

3849

FD-302a (Rev. 10-6-95)

REDACTED

Continuation of FD-302 of ___Richard "Abdullah" Cabral_____, On 8/17/07____, Page ___2___

cover the costs of transport. Adil requested everyone consider
contributing the remaining $200.00 to Chechnyan refugees for
blankets and tents. Cabral donated his and his wife's portion of
their money to this cause. He also recalled everyone else in the
group did the same.

     Cabral recalled an occasion during his trip to the Hajj
when a sheik came to the apartment where the men in the group were
residing. He could not recall the sheik's name. Cabral believed
Soliman Albuthe and the Al Haramain Islamic Foundation arranged for
this sheik to make this visit. Cabral recalled members in his group
discussing the fact this sheik was not allowed to lecture in public
by the government in Saudi Arabia because he was too radical. The
men residing in the apartment included, Sedaghaty, Bijan Sedaghaty,
Rob Brown, David Hafer, Jonah and Joseph Sedaghaty and Cabral.

     Cabral described Sedaghaty being married Islamicly to
three woman at one time. Sedaghaty's wives included a Russian girl
named Sofia Last Name Unknown(LNU), Laheh Zahedi, Summer Rife and a
young female from Iran whose name he could not recall. Cabral
recalled the young female from Iran was not involved with Sedaghaty
for an extended period of time and that she may have returned to
Iran. Cabral believed Zahedi was legally married to Sedaghaty. He
believed Rife came to southern Oregon from Alaska.

Attachment 1, Page 48
Gov't's Response

0/1'11~1                              Dave Carrock, HSI
                                      Colleen Anderson, IRSCI

Richard Cabral                10:30 a.m.

March 1999 — Haj  back April 3rd
~~~~~~~~~~~~~~~~ video & conversation
Several conversations regarding fighting in Chechnia
video was a year or one after haj   3-4 times talked
                                    about Chechnia & fighting
believes                            prior to video
Money during haj went for Chechnia

When watching video, your eyes were better
TV was about an arms length away while watching video

                                    male
During Haj one of the members of the group had discussed
that a sheikh      was coming to the groups
apartment to talk. This Sheikh was to not supposed
to lecture, prohibited by Saudi govt. to lecture in
public. Believes it may be because the Sheikh was too radical
Believes Soliman and Al Hamain arranged for the
Sheikh to come.

                                         three
Pete has had as many as three to four wives, at one time.

        Caleb was legally married to Pete, brought over from Iran
        Sophia
        One from Alaska, Summer
Another One from Iran

3851

P.02



8/7/07 - w/ Abdullah Cabral
w/ Colleen Anderse
Went to Hajj - March '99
w/ Cabral
- Pete periodically spoke to about going
to Chechnya - various occasions
- Shooting off his mouth - considered
by Cabral to be shooting off his mouth
- Re. just b4 leaving KSA - airport setting
$ for Blankets/tents for playing back
Chechen refugees - add'l about the
- discussed the to
balance of $ remaining $700 under

Pete spoke re: going to Chechnya to
fight ± 3-4 times prior to the
viewing of the video.
- Peter Cabral didn't recall PS
speaking re: Kosovo

Per Barb - Hajj - March, 1999
April 03, 1999

REDACTED

Viewing the video - ± 1 yr after return
from the Hajj

3852

P.03

Sheik to come to the apt during
the talks
— talks discussed how the Sheik
was not allowed to speak in
public by the Saudi govt

Abdulla arranged for the Sheik
to come to the apt to speak

PS/ Bryan / Rob Brown / David Taylor /
Joseph / Jonah / & Cabral

Seda's has had 3 wives at
one time
— Sofia — Russian
— Raleh — legally married / he now
brought her back from Iran — she didn't know he
had Sofia as a spouse
Pete was secretive about his woman
— Summer — from Alaska — not sure
if they were married Islamically
& another younger Iranian girl !
who didn't last long —

3853

P.04

Community we hoping Seda doesn't 3/
come back



REDACTED

TOTAL P.04

3854

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription    <u>10/16/2003</u>

RICHARD SYLVESTER CABRAL, (PROTECT IDENTITY), dob

REDACTED                                    REDACTED

• provided the following information:

REDACTED

Investigation on   <u>09/12/2003</u>   at   White City, Oregon

File #   REDACTED                              Date dictated   <u>09/12/2003</u>

by   SA Shawna M. Carroll:smc
     SA David A. Carroll

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

3855

REDACTED

Continuation of FD-302 of ___RICHARD SYLVESTER CABRAL___ , On _09/12/2003_ , Page __2__

REDACTED

    CABRAL's wife BARBARA CABRAL identified a photograph depicting BILAL ABDUL KAREEM, dob REDACTED 1970.  BARBARA recalled that KAREEM's wife was named SABAH (believed to be referring to SABAH M. ISMAIL, dob REDACTED 1965).  CABRAL stated that KAREEM, ISA (believed to be referring to ISA JACOB ALSTON, dob REDACTED 1978), and "JUSEF" all worked for AL HARAMAIN.  CABRAL said SEDA brought the named individuals to Oregon from the East coast.

REDACTED

3856



Attachment 1, Page 55
Gov't's Response



Bilal Shejd (son)
Sahub Bilal (wife)

3858

Wanted for Million
- bilal
- Isa
- Jusef
He brought these guys from east.)

REDACTED

REDACTED

3859

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    02/06/2006

REDACTED

Investigation on    2/6/06    at White City, Oregon

File #    REDACTED    Date dictated   2/6/06

by   SA David A. Carroll

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;
it and its contents are not to be distributed outside your agency.

3860

Attachment 1, Page 58
Gov't's Response

FD-302a (Rev. 10-6-95)

| | |
|---|---|
| REDACTED | |

Continuation of FD-302 of ___Source_____, On _2/6/06_____, Page ___2___

REDACTED

The CW recalled a conversation with Seda in which Seda professed his desire to fight with the Chechens against the Russians. However, Seda told the CW he was too old to fight with them. Seda also advised to go and participate in jihad would take him away from his wives who spoiled him.

3861



REDACTED

2/6/06 ✳ Cabral

@ his residen

REDACTED

REDACTED

3862



REDACTED

REDACTED

REDACTED

3863



REDACTED

- PS told Abdullah he would like
to go fight with the Chechnyans

- PS - didn't go tho because
of various reasons.
    - i'm old
    - I like having my female

REDACTED

3864



REDACTED

3865

FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    10/05/2004

A source who is in a position to testify, provided the following information:

REDACTED

Source said eleven individuals from the U.S. attended the Haag. The individuals were identified as PETE SEDA, SEDA's two wives and two sons, SEDA's brother BIJAN SEDA and his wife ANITA SEDA, RICHARD CABRAL and his wife BARBARA, ROB BROWN, and DAVID HAFER. Source heard the sponsored trip cost the AL HARAMAIN $10,000.

Source said at the beginning of the Haag trip, each individual is given the equivalent of $200 in U.S. currency to be used for transportation. Because the AL HARAMAIN sponsored the eleven U.S. individuals, all of them had the $200 at the end of the trip. Source recalled that SEDA instructed them all to give him the currency saying he intended to use the money to purchase blankets and tents for the Chechnyans.

Source said while SEDA was residing at his residence on Valley View Drive, SEDA showed source and several others source could not identify, a video depicting Russian soldiers laughing and smoking cigarettes. The video continued showing the Russian soldiers dead on the ground. It was assumed that the Russian

Investigation on   09/27/2004   at Medford, Oregon            (telephonically)

File #   REDACTED                              Date dictated   10/05/2004

by   SA Shawna M. Carroll:smc

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

3866

'D-302a (Rev. 10-6-95)

**REDACTED**

Continuation of FD-302 of    Source    , On    09/27/2004    , Page    2

soldiers were filming each when they were ambushed by the Chechnyan
rebels who then turned the video camera on the deceased Russians.
Source said referenced video was shown in a small travel trailer
located on the Valley View property.

**REDACTED**

3867

9/27/04



REDACTED

REDACTED

REDACTED

When they left SA he had 200 fr transportation

If you dont use Saudi @ airport refunds the $

he didnt New twas cuz ALH pumps fr it → gave $ 000 to Pete
$ 000 american
800 reals

3868



Video from Chechnya
just one video & how did the picture
get switched around
- Russians got ambushed
& Chec turned camera
on them

REDACTED

REDACTED

REDACTED

REDACTED

3869



Attachment 1, Page 68
Gov't's Response

RE: Jack B. Belsman

Pete said we'll do Make $
to Chechnya
                        worth then
① Cabral          t              3, 8N reals
② Barbara                        r more
③ Pete + 2 wives
④ Bijan + wife
   2 boys
   Rob Brown
   David Hafer

Pete showed video

In trailer - small travel trailer

in Valley View

Video tape - Cabral + others
              Pete 7 cant reads
              who

- Movies showed Russians
  smoking cigs laughing
  Russian flag in grd clean

who's taking these pics?

@ H support Check w/ kids
etc.

plus tickets - tents + blankets

never got a receipt fr
fax right off

Keane $10,00 put
out by Al.H fr the hajj
trip

3872