# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PIROUZ SEDAGHATY,

    Defendant.

CR Civil No. 05-60008-HO

DECLARATION OF BARBARA CABRAL

I, Barbara Cabral, do declare as follows:

    Last fall, I testified in the trial of Pirouz Sedaghaty at the request of the United States. I was not paid for my testimony or for any of the information I provided to the agents working on this case. I testified because I felt it was my duty to come forward and tell the jury what I knew. I also felt I was, in a way, finishing the work that had been started by my former husband Richard Cabral. Richard passed away March 27, 2008, and I have since remarried.

    Several years before the trial, when my husband Richard Cabral was still alive, he received cash from the FBI. I was present at least one time when he received $5000.00 cash, and may have been present for another time. I did not know at the time how much he was paid in total, and I was surprised to recently learn he was paid $14,500. I do not know what Richard did with the money.

    I have been interviewed several times by Agent Dave Carroll and his wife, Agent Shawna Carroll. At no time did anyone tell me I would be paid for my assistance in this case. I also do not recall Agent Carroll mentioning anything to me before the trial about a possible payment. When I testified, I assumed I would not be paid. It was not until sometime after the trial and verdict that Agent Carroll called me and told me that he would try to get me some payment from the FBI.

Over the course of many years of contact with Agent Carroll, we occasionally spoke about personal matters that were not directly relevant to the case. I shared with him some medical problems I was having, told him about my plan to attend ~~beauty school~~ *Hair Class*, I may have mentioned a vacation, and I once invited him to attend my wedding in June of 2010. He did not accept my invitation. At no time did I bring these topics up for the purpose of suggesting that the FBI should pay me, and I find the suggestion insulting. I also do not consider my friendly contacts with Agent Carroll to be anything unique - we were simply cordial with each other. I am friendly with a lot of people, and Agent Carroll was always kind and respectful to me.

If I had been asked at trial whether I was being paid, I would have said no. And if I had been asked if my former husband had been paid I would have said yes, but would not have been able to say how much. I told the truth, and any money given to Richard would not have influenced what I said in any way.

I declare the foregoing to be correct under penalty of perjury.

Dated this __1__ day of February, 2011.

*Barbara Cabral*
BBarbara Cabral

B. Cabral Dec. Page 2
Gov't's Response