DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
CHARLES F. GORDER, JR., OSB# 912874
KELLY A. ZUSMAN, OSB #891843
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1000
charles.gorder@usdoj.gov
kelly.zusman@usdoj.gov

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**PIROUZ SEDAGHATY, et al.,**

Defendants.

**CR 05-60008-HO**

**DECLARATION OF ASSISTANT UNITED STATES ATTORNEY CHARLES F. GORDER, JR.**

Pursuant to 28 U.S.C. § 1746, Charles F. Gorder, Jr. hereby declares that:

1. I am an Assistant United States Attorney ("AUSA") for the District of Oregon. I function as the Anti-Terrorism Coordinator as well as the International Affairs and National

Security Coordinator for the District of Oregon. I am assigned to the Terrorism Unit of the Criminal Division and since September 2001 have worked almost exclusively on matters relating to international terrorism and national security.

2. I have been asked to prepare a Declaration regarding the discovery matters disclosed by the United States to the attorneys for Pirouz Sedaghaty on January 6, 2011. In preparing this Declaration, I have reviewed a number of documents in my work files regarding the case of *United States v. Sedaghaty*, including court filings in the case, my copy in Portland of the discovery provided to the defense, my Outlook calendar, my personal daily log of activity, my working file on Barbara Cabral, and certain internal work-product memoranda and e-mails generated during the litigation of this case.

3. My role in the investigation and prosecution of the Sedaghaty matter was limited during the period before August 2007. I occasionally consulted with AUSA Christopher Cardani, the attorney assigned to the matter, concerning various issues and I assisted him in seeking the various approvals required from the Justice Department in Washington, D.C. Although the indictment was returned in February 2005, defendant Sedaghaty was out of the country and the case involving him was not active until August 2007.

4. In approximately mid-August 2007 defendant Sedaghaty returned to the United States and was arraigned on the indictment in this matter. After the defendant made his initial appearance, I was assigned to assist AUSA Cardani in the prosecution of the case. I filed a Notice of Appearance with the Court on August 31, 2007. Initially, my role was to help AUSA Cardani in handling any classified matters arising in the prosecution. My role expanded over time into acting as co-counsel in the trial of the matter.

5. In the course of the pre-trial proceedings, I made numerous trips to the United States Attorney's Office in Eugene, Oregon, or to the Medford, Oregon offices of the FBI and the IRS Criminal Investigation Division where I met with AUSA Cardani, FBI SA David Carroll, and IRS-CID SA Colleen Anderson (collectively referred to as the "trial team") to conduct discovery reviews, prepare for pre-trial proceedings, and prepare for trial. Usually, but not always, all four members of the trial team were present at these meetings. In addition, beginning in December 2008, the trial team generally had a telephone conference call once per week to deal with various pending matters arising from the case.

6. At least two of the meetings in Medford were set up specifically so that AUSA Cardani and I could conduct a thorough review of the FBI and IRS case files to make sure that we met the government's discovery obligations. My best recollection is that those meetings occurred in Medford on January 14-16, 2009, and March 11-13, 2009. During the course of those meetings, AUSA Cardani and I went through numerous boxes of FBI and IRS records collected or generated during the investigation. We culled out that material which we felt was discoverable under Rule 16, or was *Jencks* or *Giglio* material for our witnesses, or was otherwise potentially exculpatory ("*Brady* material") given our understanding of the defense case. All of that material was turned over in discovery to the defense, either before or after our formal discovery review in Medford.

7. As just a few examples of the potential *Brady* material, we provided an FBI "302" of an interview by the Egyptian El-Fiki in which he claimed that his $150,000 donation was for "widows, orphans and refugees in Chechnya" (Bates Stamp # 42) and we provided the correspondence and e-mails of El-Fiki supplied by the Egyptian authorities, including a

document in which it was suggested that this donation was for "zakat" for the "poor, orphans and refugees" (Bates Stamp # 2573). We provided an FBI 302 of an interview with Richard Cabral in which he reportedly said that Soliman Al-Buthe's brother, rather than defendant Sedaghaty, collected the money for the mujahideen at the conclusion of the 1999 Haj trip about which Barbara Cabral testified at trail (Bates Stamp numbers 1772-73). We provided an e-mail from defendant Sedaghaty to another in which the defendant declined to accept money for the mujahideen (Bates Stamp numbers 2010-11). Attached as Exhibit A to this Declaration are copies of the above-referenced documents turned over in discovery marked as Bate Stamps numbers 41-45, 1772-73, 2010-11, and 2570-76. We also provided separately in discovery numerous e-mails, letters, and website hits contained in the Al Haramain computers or from other sources from which one could argue that the defendant was a "man of peace" rather than a supporter of the mujahideen. *See, e.g.*, Bates Stamp numbers 277-80, 290-96, 358-78, 1988-2019, and 2184-2199.

8. By the time that the trial occurred in August-September 2010, approximately 3800 pages of discovery were provided to the defense, along with complete copies of hard drives from the Al- Haramain computers. An additional 24 boxes of bank records, materials seized during the execution of the search warrant and consent search, and other documents obtained pursuant to grand jury subpoena were scanned and made available to the defense, and additional boxes of seized videos were made available for defense inspection and copying.

9. With regard to Richard Cabral specifically, in early pretrial discussions he was considered to be a likely witness in the government's case-in-chief. At some point during those discussions with AUSA Cardani and Special Agents Carroll and Anderson, I learned in general

terms that Richard Cabral had been previously paid by the FBI for his service as a confidential source. I do not specifically remember when I learned that information and I do not recall knowing at the time any further details of this payment. I do recall that during a meeting in Eugene on March 17-18, 2008, I heard that Richard Cabral was seriously ill. As a consequence, on March 20, 2008, AUSA Cardani sent a letter to defense counsel indicating that the government sought a Rule 15 deposition of Richard Cabral and requesting the position of the defense on such a deposition. Within a few weeks of that letter, however, I heard that Richard Cabral had died. I now understand that he died on March 21, 2008. Since Richard Cabral was no longer a witness, any report of interview with him was not discoverable unless it contained exculpatory information. Because Richard Cabral was dead, I did not inquire further about the details of the previous payment to him by the FBI.

10. With regard to Barbara Cabral, we had some discussion amongst the trial team of her as a potential witness as early as March 2008. She was listed as a possible witness in the government's Motion to Amend the defendant's release conditions filed by AUSA Cardani on April 4, 2008 (CR 95) which sought an order that the defendant not have contact with possible government witnesses, including her. However, we did not focus on her as a likely witness in our case-in-chief until sometime in early 2010. She was not listed as a witness in the government's case-in-chief when the government filed its original witness list on August 10, 2009 (CR 203). We did list her as a witness in our amended witness list, which was filed on March 17, 2010 (CR 293). To ascertain her actual potential as a witness, Ms. Cabral was interviewed several times by the agents from February through April 2010. Reports generated by all of those interviews, along with several earlier reports of interviews with her, were turned over

to the defense in May 2010 (Bates Stamp numbers 3557-3577). The agents' handwritten notes of those interviews were not turned over at this time as they should have been, an omission which I believe was inadvertent because we had already turned over agents' notes of interviews of those persons on our previous witness list. I did not notice this omission until the week of December 27, 2010. To my knowledge, the defense team likewise never noticed this omission because I do not recall them notifying us about the failure to provide any Barbara Cabral interview notes. Attached as Exhibit B to this Declaration are copies of the Barbara Cabral reports which were turned over in discovery as contained in Bates Stamps numbers 3557-66 and 3568-3577).[1]

11. As the actual trial date approached in 2010, AUSA Cardani and I divided up the responsibility for handling the various witnesses at trial. Ms. Cabral was included in my group of witnesses. Before trial, I conducted two short pre-trial interviews of Ms. Cabral at the FBI office in Medford, one on June 15, 2010, and the other on August 24, 2010. Special Agent David Carroll was present for both interviews. AUSA Cardani was present for the last part of one of those interviews. Ms. Cabral's current husband was also present during the second interview. To prepare for these pretrial interviews, I went through the Barbara Cabral interview reports previously provided to the defense in discovery (Exhibit B). It did not register with me at the time that the discovery materials I reviewed did not include any agents' notes of those same interviews.

12. After one of these two pre-trial interviews had concluded and Ms. Cabral had left the FBI office, I asked Special Agent Carroll if Barbara Cabral herself had ever been paid by the

---

[1] The page marked with Bates Stamp # 3567 has been deleted from this exhibit to protect the privacy of various individuals listed.

FBI. He told me that she had not been paid. Agent Carroll did comment at that time that he might attempt to get her some kind of payment in the future. I cautioned him not to do so before the trial had occurred. In my judgment, Agent Carroll's tentative thought that he might arrange some post-trial reward was not discoverable since I believed Ms. Cabral had no knowledge of it. I had no knowledge that Ms. Cabral was aware of the FBI payment to her deceased husband several years earlier and did not consider at all whether that payment was something which was discoverable regarding her upcoming testimony.

13. In December 2010, Special Agent Carroll contacted AUSA Cardani seeking our office's approval to provide some kind of payment to Ms. Cabral. On December 7, 2010, AUSA Cardani, Special Agent Carroll, and I discussed a potential payment to Ms. Cabral in a telephone conference. As a result of that discussion, AUSA Cardani and I brought the request to the attention of the United States Attorney on December 9, 2010. Several days later, I learned that the United States Attorney had decided to deny the request. I, or AUSA Cardani, informed Special Agent Carroll of that decision. On December 13, 2010, I spoke with Special Agent Carroll who was on annual leave back East. He told me that he thought Richard Cabral had been paid about $14,500 and that Barbara Cabral may have been present for one of the payments. Because Special Agent Carroll needed to access his records in Medford to confirm that information, a telephone conference was set up with the trial team when Agent Carroll would be back in his office on December 20, 2010.

14. During the telephone discussion with the trial team on December 20, 2010, I learned from Special Agent Carroll for the first time (a) the specific details of payments by the FBI to Richard Cabral (three in number from 2004-06, totaling $14,500); (b) that Special Agent

Carroll had mentioned to Ms. Cabral before she testified the possibility of the FBI making some kind of payment to her; and (c) that Ms. Cabral had been present when at least one of the payments were made to her late husband between 2004 and 2006. That information is set forth in an FBI 302 written by Agent Carroll and dated December 22, 2010.

15. During the week of December 27, 2010, I reviewed for the first time the FBI "source" files for Richard and Barbara Cabral (in contrast to the FBI Sedaghaty case files previously reviewed in Medford). My purpose in reviewing those files was to insure that there was no additional potential *Giglio* or impeachment material regarding Barbara Cabral. My review of those files confirmed that Barbara Cabral had never been paid by the FBI and that the total payments to Richard Cabral were indeed $14,500 as discussed above. During the course of my review of the Barbara Cabral "source" file, I did come across handwritten notes for her September 28, 2004, interview, by the FBI. I made further inquiries and realized that the government had not turned over the agents' notes of the Barbara Cabral interviews (including the notes of the September 28, 2004, interview) for which the final reports (Exhibit B) had been turned over. I secured and made copies of relevant notes of interviews of Barbara Cabral contained in her source file, and additionally obtained the notes of other interviews of her from the agents in Medford. In reviewing Richard Cabral's "source" file, I also discovered some reports of debriefings of Richard Cabral which included reporting of information obtained from Barbara Cabral at the time, along with some other reporting material about information provided by Richard Cabral concerning Sedaghaty which I copied and brought back to the US Attorney's office for further review. Ultimately, some of this material was turned over to the defense by

//

AUSA Kelly Zusman on January 6, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2011.

CHARLES F. GORDER, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF OREGON

Page 9 - DECLARATION OF AUSA CHARLES F. GORDER, JR.

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 02/14/2005

(U) On 1/31/05, Mahmoud Talaat Hasan El Fiki, date of birth, REDACTED was interviewed at the Nasr City, Egypt offices by SSIS Major Muhammad. El Fiki was interviewed at a remote location in the facility and was observed from a conference room via closed circuit television. Internal Revenue Service-Criminal Investigations(IRS-CI) SA Colleen Anderson and FBI Cairo ALAT Nael Sabha were also present in the conference room observing the interview, as was SSIS Major Ahmed Maher who acted as translator during the interview. El Fiki was previously interviewed by the SSIS pursuant to receiving questions via EC from Portland FBI. On 1/30/05, a meeting was held at SSIS' downtown offices to discuss the specific questions that would be posed to El Fiki by SSIS investigators.

(U) During the aforementioned meeting, the SSIS advised they conducted extensive investigation into El Fiki's finances. They advised El Fiki has donated upwards of approximately 35 million Egyptian Pounds(converted to U.S. dollars using conversion rate of 5.87 Egyptian pounds to the dollar, is equivalent to approximately $5.9 million), during his lifetime to various charitable causes throughout Egypt. He has been primarily involved in the construction of, and the purchase of equipment for hospitals in Egypt. He prefers to use his money to build facilities or to purchase specific equipment as opposed to donating cash.

(U) El Fiki has no interest in seeking publicity for his philanthropy and deflects inquiries about his charitable works. He has never had a hospital named after him. He typically directs hospital administrators in charge of naming their facilities to use the names of honored deceased individuals to name the buildings. Earlier in his life El Fiki donated approximately 10% of his income to Zakat. Investigation conducted by SSIS revealed that later in life El Fiki donates approximately 80% of his income to charity.

(U) El Fiki is an engineer who received a Ph.D in Engineering from Sofia University in Sofia, Bulgaria. El Fiki owns and operates the Cairo Construction Company(CCC). CCC was, and continues to be a prominent builder of hospitals in Egypt. The company has been involved numerous large building projects throughout Egypt.

Investigation on 1/31/05 at Nasr City, Egypt

File # REDACTED Date dictated 2/9/05

by SA David A. Carroll

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

000041

FD-302a (Rev. 10-6-95)

REDACTED

Continuation of FD-302 of Mahmoud Talaat El Fiki , On 1/31/05 , Page 2

(U) El Fiki maintains money in bank accounts in CIB, Egypt, as well as in various institutions in Cairo, Alexandria, Egypt, the Bank of Kuwait in London, England and the United Arab Emirates(UAE).

(U) El Fiki advised he became aware of Al Haramain Islamic Foundation through his son, Sharif El Fiki. S. El Fiki attended the Hajj in Saudi Arabia in 2000. Upon S. El Fiki's return to Egypt he was carrying flyer's prepared by the Al Haramain Islamic Foundation soliciting donations for providing humanitarian aid to Chechnyan widows, orphans and refugees. El Fiki advised his son showed him the flyer when he came home from the Hajj. The flyer depicted various photos of conditions in Chechnya and included photos of women and children.

(U) El Fiki checked with his contacts in Saudi Arabia to determine AHF's reputation. He also consulted with his friend and employee, Mohammed Salat, about AHF's reputation. Salat had contacts in Saudi Arabia and made inquiries about the foundation. Salat reported to El Fiki that the foundation had a good reputation for providing humanitarian aid and recommended making the contribution. El Fiki's other associates in Saudi Arabia also vouched for Al Haramain as being a reputable organization.

(U) After seeing the flyer, consulting his associates and accessing AHF's website, El Fiki made the decision to donate $150,000 to the cause of supporting widows, orphans and refugees in Chechnya. After making the decision, he contacted AHF via email through their website, AlHaramain.Org., and advised the foundation of his desire to donate $150,000. El Fiki received a response via email indicating the foundation's appreciation for his financial support. In AHF's responding email, El Fiki was provided two bank accounts as an alternative for submission of the donation.

(U) The first option was an AHF account at the Bank of America(BOA) in Ashland, Oregon. The second was an AHF account at Al Rajhi Banking & Investment Corporation in Riyadh, Saudi Arabia. Subsequent to the completion of El Fiki's interview, the SSIS investigators allowed the interviewing agents the opportunity to view El Fiki's email to AHF indicating his desire to donate to the widows, orphans and refugees in Chechnya. They also presented for display the AHF responding email thanking El Fiki for his support and directing him to wire the money to one of the two aforementioned accounts. The SSIS advised the FBI would be provided with copies of these documents at a later date.

FD-302a (Rev. 10-6-95)

REDACTED

Continuation of FD-302 of Mahmoud Talaat El Fiki , On 1/31/05 , Page 3

(U) El Fiki advised he chose to send his donation to the Bank of America account provided in AHF's response because the bank was more well known and he had more confidence in the United States banking system than the banks in Saudi Arabia. El Fiki contacted the Bank of Kuwait in London, England and directed them to wire transfer $150,000 to the aforementioned AHF account at the BOA in Ashland, Oregon. In directing the Bank of Kuwait to wire the money, El Fiki requested, and received a receipt, indicating the cost of the transaction was $40.00. SSIS also presented this receipt for review by writer and SA Anderson.

(U) El Fiki advised the donation was for Zakat to support widows and orphans. After making the donation, a month passed and El Fiki had not received an acknowledgment from AHF indicating the foundation received the money. El Fiki was unaware that $21,000 of the $150,000 he donated to AHF ended up in Soliman Albuthe's personal bank account. El Fiki did not know Albuthe and had never heard of him. This disturbed El Fiki and he therefore sent another email requesting acknowledgment of the donation. In response to El Fiki's inquiry about the delay in AHF's acknowledging his donation, the foundation sent him an email directing him to contact Salat. El Fiki was told Salat had the receipt for the donation.

(U) El Fiki advised he never had any telephonic contact with anyone at AHF, nor has ever spoken with anyone employed by the foundation. AHF did not return any of the money to him and questioned the interrogator as to why would they return money to him. El Fiki had no idea how his donation was actually spent. He advised he had no method or means to determine how the money was specifically spent. El Fiki was unaware if the money was spent on Chechnyan mujahedin. He reiterated that he would have no way of knowing how the money was actually spent.

(U) SSIS personnel indicated El Fiki provided the following time line of events regarding his contact with AHF.

January 11, 2000 - El Fiki's first contact with AHF via email through their website.

Approximately within a week's time of 1/11/00, AHF responded providing the two choices of bank accounts available to receive donations.

FD-302a (Rev. 10-6-95)

REDACTED

Continuation of FD-302 of Mahmoud Talaat El Fiki , On 1/31/05 , Page 4

Approximately within a week after receipt of response from AHF, El Fiki directs his bank to wire the money to the BOA in Ashland, Oregon.

February 20, 2000 - El Fiki's follows up with an email to AHF inquiring as to why he has not received acknowledgment of his donation.

March 23, 2000 - El Fiki resends his email asking for a receipt for his donation.

Thereafter, El Fiki received a letter from his bank confirming the transfer.

El Fiki subsequently received an AHF receipt through Salat indicating the cash was received by the foundation.

El Fiki's last contact with AHF was the March 23, 2000 email seeking confirmation and acknowledgment that his donation was received.

(U) El Fiki described another charity he provided money to during the period 1997-2000. The organization employed approximately 250 people. El Fiki's accountant told him his contributions to this charity were being wasted on unnecessary employees and not properly spending the money on children as promised. The information provided by his accountant caused him to more closely scrutinize to whom he provided financial support. This information also showed him how difficult it is to monitor funds donated to any organization. El Fiki ultimately stopped giving to his particular charity because it was abusing his trust and donations.

(U) El Fiki advised he donated $150,000.00 in three separate installments of $50,000.00 each to the Islamic Center of Southern California(ICSC), located at 434 South Vermont Ave, Los Angeles, California. These funds were also sent to an account maintained at the Bank of America. These donations occurred in February and April, 1995. This money went towards establishing a new school at the facility. The school was known as "The Straight Path." El Fiki's connection to the ICSC was through his association with Dr. Hassan Hatout. El Fiki knew Hatout from their time together in Kuwait. Hatout is a gynecologist practicing in Los Angeles. El Fiki last donated money to the ICSC in 1996. El Fiki

FD-302a (Rev. 10-6-95)

REDACTED

Continuation of FD-302 of Mahmoud Talaat El Fiki, On 1/31/05, Page 5

remains in contact with Hatout and described meeting him once a year in Kuwait.

(U) El Fiki donated money to an Islamic Center in Cairo that is run by Dr. Abdul Gafar(phonetic). El Fiki recalled an Egyptian student named Mohammad Turki that solicited him for donations for a mosque in the United States. Turki called in approximately mid-2001 after the events of 9/11/01. Turki's father worked with El Fiki in Kuwait. El Fiki had doubts about what the money would be used for and declined to donate. He has never heard from Turki since that time.

FD-302 (Rev. 10-6-95)

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 08/18/2007

Richard "Abdullah" Cabral, REDACTED, White City, Oregon, telephone number, 541-REDACTED, was contacted at his residence regarding his knowledge of Pirouz Sedaghaty. He provided the following information.

Cabral previously advised, pursuant to the issuance of a federal grand jury subpoena, of being present at Sedaghaty's residence located on Valley View Road in Ashland, Oregon, when Sedaghaty played a video depicting the war in Chechnya. He recalled viewing the video in a trailer located behind the main house on the property. Cabral recalled that after watching the video, Sedaghaty expressed his desire to travel to Chechnya to fight with the Muslim brothers there. Cabral advised this was not the only occasion when Sedaghaty discussed his desire to fight in Chechnya against the Russians. He described 3-4 occasions before viewing the aforementioned video when Sedaghaty talked about going to Chechnya to fight. Cabral thought Sedaghaty was "shooting off his mouth" when discussing this topic. Cabral thought this because he did not think Sedaghaty would leave the comfort of his life with his three wives in the United States. Cabral did not recall Sedaghaty discussing the topic of Kosovo or supporting mujahedin there.

Cabral recalled traveling to Saudi Arabia to attend the Hajj in March, 1999. Cabral's wife, Barbara Cabral, was telephonically contacted at her place of employment during this interview. She indicated they returned from Saudi Arabia on April 3, 1999. Cabral recalled the occasion when he viewed the Chechnyan war video at Sedaghaty's Valley View Road house to be approximately a year or more after returning from the Hajj in 1999. Cabral advised his vision was better at that time than it is currently. He described being a little farther than an arm's length away from the television while watching the video.

Cabral advised of the occasion when they were departing Saudi Arabia after attending the Hajj. Cabral and the others in the group from Ashland, Oregon, surrendered their passports upon arrival in Saudi Arabia. He recalled being at the airport prior to their departure to collect their passports. Upon arrival everyone in the group paid $200.00 to cover the costs of their transportation to and from the various events during the Hajj. At the airport, Cabral recalled Soliman Albuthe's brother, Adil

Investigation on 8/17/07 at White City, Oregon

File # REDACTED Date dictated 8/1/07

by SA David A. Carroll
IRS-CID SA Colleen Anderson

1772

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

(Rev. 10-6-95)

REDACTED

Albuthe, advising that only $100.00 of the $200.00 had been used to cover the costs of transport. Adil requested everyone consider contributing the remaining $100.00 to Chechnyan refugees for blankets and tents. Cabral donated his and his wife's portion of their money to this cause. He also recalled everyone else in the group did the same.

Cabral recalled an occasion during his trip to the Hajj when a sheik came to the apartment where the men in the group were residing. He could not recall the sheik's name. Cabral believed Soliman Albuthe and the Al Haramain Islamic Foundation arranged for this sheik to make this visit. Cabral recalled members in his group discussing the fact this sheik was not allowed to lecture in public by the government in Saudi Arabia because he was too radical. The men residing in the apartment included, Sedaghaty, Bijan Sedaghaty, Rob Brown, David Hafer, Jonah and Joseph Sedaghaty and Cabral.

Cabral described Sedaghaty being involved with three woman at one time. He described Sedaghaty being secretive about his wives. Sedaghaty's wives included a Russian girl named Sofia Last Name Unknown(LNU), Laheh Zahedi, Summer Rife and a young female from Iran whose name he could not recall. Cabral recalled the young female from Iran was not involved with Sedaghaty for an extended period of time and that she may have returned to Iran. Cabral recalled Sofia already being Sedaghaty's wife when he(Sedaghaty) returned from Iran with Zahedi. Cabral recalled Zahedi not being happy with the presence of Sofia. Cabral believed Zahedi was legally married to Sedaghaty, however, he did not know if Sedaghaty married Rife Islamicly.

---

**From:** "P" <p@qf.org>
**To:** "Raya Shokatfard" <fard@snowcrest.net>
**Sent:** Saturday, April 01, 2000 5:05 PM
**Subject:** RE: Support to Mujahedeen

As Salamu Alaikum

Dear Sister,

Our organization charter does not permit sending any funding to fighters, we are only allowed by our charter to fund raise for the needy and refugees or educational dawa purpose . My dear sister please understand our position. We are refunding any donations to the donors who wish to send their moneys to the fighters, If you want me to send the money to refugees please let me know other wise by the time you receive this email the money should be returned in your hand, InshaAllah.
May Allah The Most High Help us all.
As Salamu Alaikum Wa Rahmatullah
Director of Alharamain office
Pirouz Seda Ghaty

Original Message-----
From: Raya Shokatfard [mailto:fard@snowcrest.net]
Sent: Saturday, April 01, 2000 12:49 AM
To: lz@qf.org; p@qf.org
Subject: Fw: Support to Mujahedeen

Assalamo alaikum Laleh joun,
I sent an enclosed email to the following publication for more info.
They still want us to send it through Omega relief.
So, if your husband has not sent it yet, please let him know to go ahead and send it through Omega. Allah knows best. We still need a little more to make it to 2,000 (the minimum amount they will accept). Perhaps someone can loan it, and we can raise the funds in our next fund raising. Please let me know as soon as possible.
Thanks,
Raya

----- Original Message -----
From: Azzam Publications <azzam_publications@yahoo.com>
To: Raya Shokatfard <fard@snowcrest.net>
Sent: Friday, March 31, 2000 2:29 PM
Subject: Re: Support to Mujahedeen

> www.omegarelief.com
>
> --- Raya Shokatfard <fard@snowcrest.net> wrote:
> > Assalamo alaikum Azzam publication,
> > We would like to know how to donate so that the
> > mujahedeen can receive it. Does Omega Foundation
> > help Mujahedeen with food and daily needs? We have
> > gathered $2,000 for the Mujahedeen and would like to
> > know where to send it to.
> > Jazakallaho khairan for speedy answer.
> > Sister RS
> >
>
> =====
> Azzam Publications
> BCM Uhud,London WC1N 3XX,UNITED KINGDOM.
> http://www.qoqaz.net azzam2000@email.com
>
> "And with the likes of all these (martyrs), nations are established, convictions are brought to life and ideologies are made victorious."
> [Shaheed Dr. Sheikh Abdullah Azzam, assassinated 1989]
>
> ________________________________________________
> Do You Yahoo!?
> Talk to your friends online with Yahoo! Messenger.
> http://im.yahoo.com
>

2011





**AL-HARAMAIN ISLAMIC FDN.**
Head Office - Riyadh
General Manager Office

الحرمين الخيرية
مكتب الرئيس - الرياض
مكتب المدير العام

Ref. :
Date :

21/2/2000

**Dear Brother Dr. Mahmoud T. Al-Fiki**

As-Salaamu 'Alaikum Wa Rahmatullahi Wa Barakaatuhu,

On behalf of Al-Haramain Foundation management and staff, I would like to thank you for your generous donation of $150,000 (One hundred-fifty thousand dollars) as **zakaat.**

We appreciate your trust in Al-Haramain Islamic Foundation and assure you of our commitment to continue every possible effort to help ending the **Chechnyan** crisis.

We pray to Allah subhaanahu wa ta'aalaa to reward you and guide you to be amongst His devoted, pious servants.

**'Aqeel Abdul-Aziz Al-'Aqeel**
**General Manager**

2570

National Bank of Kuwait (International) PLC
بنك الكويت الوطني (انترناشيونال) بي.ال.سي

NBK
الوطني

13 George Street, London, W1H 5PB Tel: 0171 224 2277 Fax: 0171 224 2101

13th April 2000

Mr. Mahmoud T. El Feki
6 Ibn Malek St
Kobri El Gamaa
Giza
Egypt.

Dear Mr. El Feki,

**Re: Account No. 280 303453**

With reference to your fax dated 5th April 2000 and our telephone conversation of today, please be advised that we have received confirmation from National Bank of Kuwait SAK, New York that the amount of USD150,000 has been credited to the beneficiary's account on 24th February 2000.

If I may be of any further assistance, please do not hesitate to contact me.

Yours sincerely,

Account Officer
**Private Banking Division**

2571

**Subject:** Inquiry
**Date:** Tue, 11 Jan 2000 14:38:08 +0200
**From:** s-elfeki <s-elfeki@click.com.eg>
**To:** haramain@alharamain.org

Dear Brothers
As-salamu Alaikom Wa Rahmatu Allah Wa Barakatoh.

Throughout my Omra this Ramadan, I knew about arrangements being carried out by a Saudi Committee to support our brothers in Chyshan, in which your establishment participated, and had the following inquiry.

1) I would like to pay Zakat supporting our Muslim brothers in Chyshan, and would be transferring the money from my account in London. Do you have an account in London to which I can make the transaction?
2) If yes, what is the Zakat account details?
3) If not, can you provide me with the account details to which I would be transferring the Zakat?
4) Would it be possible for you to send me any receipt or confirmation after having already received my transaction?
5) In what disciplines are the Zakat account revenues spent?

I will be waiting for your kind response ASAP.
Jazakom Allah Khairan.
As-salamu Alaikom Wa Rahmatu Allah.

**Subject:** Re: Inquiry
**Date:** Tue, 18 Jan 2000 07:34:27 +0300
**From:** "haramain" <haramain@alharamain.org>
**Organization:** Alharamain Islamic Foundation
**To:** "s-elfeki" <s-elfeki@click.com.eg>

Dear Brother,

Assalamu Alaikum!

May Allah reward you for your noble intention and we beg of Him for you the best of requests, the best of the prayers, the best of success, the best of the deeds, the best of rewards, the best of life and the best of death. And we also pray to Allah (SWT) that He may grant us wisdom and unite us with the righteous and open the gates of His Mercy for us.

Concerning to your inquire about our Bank account in London, sorry brother we don't have there but we have account for Chechnya relief fund and if you wish you could make the transaction with this:

Our Account in Saudi Arabia (Head office) :

Account Name : Al Haramain Foundation.
Account Number : 10600/3
Bank Name : AL RAJHI BANKING & INVESTMENT CORPORATION.
Branch Information : Riyadh, Olaya Street, Branch 166.

Our Account in USA:
Account Name : Al Haramain Foundation.
Account Number : 28803 - 11561.
Bank Name : BANK OF AMARICA.
Routing : 323070380

Answering you inquiry No.4. Of course, it is pleasure for us to confirm you after received your transaction. And your Zakat should be spent to the poor, (الفقراء) orphans and refuges (أيتام) Insha Allah. (مشردين)

May Allah (SWT) continues to keep you in the position to help in His cause and we pray that Allah (SWT) also continues to bless you all and your family in this life and the next.

Jazak Allah Khair,
Al Haramain Foundation.

*************************************************************************************************
Get your own Free Noble Qur'an
Visit: http://www.alharamain.org
*************************************************************************************************
" ... But if they seek your Aid in Religion, It is your Duty to Help them ... " [Surah 8: 72]
Help Your Brother and Sister in Need , Join the "Alharamain Kosovo Fund"
Visit for more details : http://www.alharamain.org
*************************************************************************************************

----- Original Message -----
From: s-elfeki <s-elfeki@click.com.eg>
To: <haramain@alharamain.org>
Sent: Tuesday, January 11, 2000 03:38 م
Subject: Inquiry

> *Dear Brothers*
> *As-salamu Alaikom Wa Rahmatu Allah Wa Barakatoh.*

بسم الله الرحمن الرحيم

DOCTOR
Mahmoud Talaat El - Feki
Ph.D. Architecture

Office Tel : 3024202
Fax : 3028171

45 El Batal Ahmed A - Aziz St. - Mohandessin

دكتور
طلعت الفقي
دكتوراه الهندسة المعمارية
ت ٣٠٢٤٢٠٢
فاكس ٣٠٢٨١٧١
٤٥ شارع البطل أحمد عبد العزيز - المهندسين

فاكس 0044, 171, 935, 8280

السيد ناصر عبيد المحترم

بنك الكويت الوطني - لندن

تحية طيبة وبعد - بخصوص حسابنا طرفكم رقم 280-303453-03-020

بتاريخ ٢٤/٢/٢٠٠٠

برجاء استعادة وديعتنا / أرجو تحويل مبلغ ١٥٠,٠٠٠/- فقط (مائة وخمسون ألف دولار)

VALUE 24-2-2000 لحساب :-

NAME : ALHARAMAIN FOUNDATION

ACC. No : 28803 - 11561

BANK NAME : BANK OF AMERICA

ROUTING : 323070 380

مع الشكر ورجاء سرعته وإشعارنا بهذا التحويل - وتفضلوا بقبول فائق الاحترام

١٤/٢/٢٠٠٠

ملحوظة أرجو أن يكتب في التحويل أنه صادر من [د. محمود طلعت الفقي]

2574



**Subject:** Confirmation
**Date:** Sun, 20 Feb 2000 14:53:28 +0200
**From:** s-elfeki <s-elfeki@click.com.eg>
**To:** haramain <haramain@alharamain.org>

Dear Brothers

Al-Salamu Alaikom.
May Allah bless your efforts supporting our muslim brothers everywhere.

In regard to our previous correspondence, I have the pleasure informing you that I have already asked **my bank in London** to make a transaction to **your USA account,** using the details you provided in an earlier e-mail, **as Zakat** in order to participate in your nobel support to our muslim brothers in Chychnia. and here are the transaction details.

| | |
|---|---|
| **Donation made by** | Dr. Mahmoud Talaat El-Fiki |
| **From his account in** | Nation Bank of Kuwait (Intenational) Plc. - London |
| **To your account in** | Bank of America |
| **Transferred amount** | US$150,000 (A Hundred & Fifty Thousand US Dollars) |
| **Value** | 24/2/2000 |

What I am asking you to do, is to kindly:
1) Confirm that this amount would be used as **ZAKAT**
2) Inform me by e-mail as soon as you get the transaction
3) Send me a letter (original document from your establishment) confirming that the US$150,000 donation has been received as **Zakat** from Dr. Mahmoud Talaat El-Fiki.
Our mailing address is:
4 Ibn Kathir St. - Off Nile St.
Suez Canal Tower - 24/1
12311 Dokki
Giza - Cairo
Egypt

Please contact for any further details.
Your cooperation will be highly appreciated.
All the Best & Al-Salamu Alaikom Wa Rahmatu Allah.

2575

(6)

**Subject:** **Donation Confirmation!!**
**Date:** Thu, 23 Mar 2000 10:38:20 +0200
**From:** s-elfeki <s-elfeki@click.com.eg>
**To:** haramain@alharamain.org

Dear Brothers

Al Salamu Alaikom Wa Wahmatu Allah, & Happy Eid.
Referring to my previous e-mail of 20 February 2000, in which I asked you to send me a confirmation of receiving my US$150,000 Zakat donation to our refugee brothers in Chechnya.
The transaction should have taken place on 24 February 2000 to your Bank of America account, which is an entire month today not having received anything from you.

The transaction details are below:

| | |
|---|---|
| Donation made by | Dr. Mahmoud Talaat El-Fiki |
| From his account in | Nation Bank of Kuwait (International) Plc. - London |
| To your account in | Bank of America |
| Transferred amount | US$150,000 (A Hundred & Fifty Thousand US Dollars) |
| Value | 24/2/2000 |

I will appreciate your kind response to my simple requirements, that are listed below:
1) Confirm that this amount would be used as ZAKAT
2) Inform me by e-mail as soon as you get the transaction
3) Send me a letter (original document from your establishment) confirming that the US$150,000 donation has been received as Zakat from Dr. Mahmoud Talaat El-Fiki.

Our mailing address is:
4 Ibn Kathir St. - Off Nile St.
Suez Canal Tower - 24/1
12311 Dokki
Giza - Cairo
Egypt

I have used your account details as advised in your e-mail of 18 January 2000, a copy of which is below:

*"Our Account in USA:*

| | | |
|---|---|---|
| *Account Name* | : | *Al Haramain Foundation.* |
| *Account Number* | : | *28803 - 11561.* |
| *Bank Name* | : | *BANK OF AMARICA.* |
| *Routing* | : | *323070380"* |

If there has been something wrong with the account details, please advise so.

I confirm that there is nothing new in this e-mail, it is the same things I asked for a month ago. I do not even deny the extent to which I felt disappointed with your ignorance that long, having been on the contrary, extremely helpful in our previous contacts.
I will be looking forward to hearing your explanation, as well as the confirmations I asked for earlier, hoping that everything will be fine and Khair In Shaa Allah.

May Allah always bless your efforts.
All the best & Al Salamu Alaikom Wa Rahmatu Allah.

FD-302 (Rev. 10-6-95)

FEDERAL BUREAU OF INVESTIGATION

Date of transcription 10/05/2004

A source who is in a position to testify, provided the following information:

Sometime during the year 2000, RAYA SHOKATFARD invited several women to PETE SEDA's house on Highway 99 asking them to bring jewelry and other things to sell. Source recalled this time period saying it was when SHOKATFARD was married to Sheik HASAN (known to be HASAN ZABADY). SHOKATFARD told source the money obtained from the sale of the items was going to the Mujadeen in Chechnya so they could buy blankets and food. Source recalled the words "freedom fighters" being used by SHOKATFARD. Although source did not attend the sale function, source did give SHOKATFARD $5 cash. Source heard SHOKATFARD say she and PETE SEDA were talking about how to get the money to Chechnya. Later, SHOKATFARD indicated she knew somebody that was going to get the money to Chechynya. Source heard $1,000 was collected for the Mujadeen in Chechnya.

Shortly after the first sale function, SHOKATFARD again called source saying she intended on having another sale at her house in Yreka, California. Source did not attend the gathering and did not give any money to SHOKATFARD.

Source was asked to review source's personal items related to correspondence with SHOKATFARD or anyone else in the Muslim community. Source provided a copy of an E-mail received from SHOKATFARD, a copy of which is incorporated and attached hereto, and is as follows:

"Subj: News about the sisters fundraiser
Date: 10/24/00 7:46:29 AM Pacific Standard Time
From: fard@snowcrest.net (Ray Shokatfard)
To: abdiaziz@earthlink.com (Mary Foster), lz@qf.org (Laleh), sharonzay@aol.com (Sharon), abdullahbc@aol.com (Salmah), abseda@internetcds.com (Anita Seda), safi2u@yahoo.com (Safi Yah), sabah_hashim@hotmail.com (sabah hashim)

Assalamo alaikum sister,

It has been a long time of waiting and contacting different agencies to figure out when and where to send the funds

Investigation on 09/28/2004 at Medford, Oregon (telephonically)

File REDACTED Date dictated 10/05/2004

by SA Shawna M. Carroll:smc

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned

FD-302a (Rev. 10-6-95)

REDACTED

Continuation of FD-302 of Source , On 09/28/2004 , Page 2

collected for our brothers and sisters in Chechnia. Some organizations have shut down, and some still active, but I had to do much research to find if the funds, or how much of it would actually get the the right hands.

I have been very frustrated, yet patient, looking for the right door to open. Alhamdulilah the right door opened, and yesterday $1763 was sent. I have the receipt and more details for any one who would like to know the details insha'Allah.

Please communicate this information to other sisters without the computer, and your husbands and ask them to tell other brother4s. Our task was a success. Jazakallaho khair for all your efforts, those who donated of their goods, and those who purchased them with the intention of helping our Ummah. This was a great success for all of us insha'Allah, and an indication that we can work together to achieve success for the sake of Allha.

Please feel free to connect with me if you have any questions.

O Allah, they are barefooted, naked and hungry,
so dress and feed them;
they are poor and need your compassion
so cast Your Mercy on them,
O You the Most Compassionate
to the poor and victory donor to the weak, Aameen.

A DUA FOR THE BELIEVERS

Brothers and Sisters: The greatest support you can give the Mjuahideen involves you raising your hands towards the heavens and making rigorous supplication to Allah Most High with the following Dua:

Oh Allah! You have revealed The Book...You control the clouds and dominate their path
You Defeat the armies of Your enemies. Oh Allah, All Might are You, All Powerful are You,
Oh Allah, defeat your enemies, defeat the Russians!

Oh Allah! Scatter their aim, shake the earth beneath their feet, strike fear into their hearts.
Oh Allah! Cripple their limbs and blind their sight, and send upon them epidemics and calamities.
Oh Allah! Disperse their gatherings and shatter their unity; Make their condition severe amongst themselves, and make their plots

FD-302a (Rev. 10-6-95)

REDACTED

Continuation of FD-302 of Source , On 09/28/2004 , Page 3

turn against them-show us the glory of your Power and make their destruction a lesson for those who do not learn lessons.
Oh Allah! Hasten their destruction, and make their wealth a bounty for the Muslims.
Oh Allah! Aid our Mujahideen brothers in Chechnya.
Oh Allah! Unify their ranks, and gather them on the word of truth.
Oh Allah! Make accurate the aim of their weapons; strengthen their determination and make them steadfast, and bestow upon them tranquility.
Oh Allah, put their hearts at peace and guide them to that which is all-good.
Oh Allah! Give them authority in Your Glorified Name, and give glory to them with your infinite armies in the heavens and the earth.

Oh Lord of the Worlds! May the Peace and Blessings of Allah be upon the Messenger of Allah and upon all his followers and companions."

Source identified E-mail address safi2u@yahoo.com(Safi Yah) as belonging to SEDA's prior Russian wife SAFI YAH. Source believed YAH is currently residing in the state of Washington.

Subj: News about the sisters fundraiser
Date: 10/24/00 7:46:29 AM Pacific Standard Time
From: fard@snowcrest.net (Raya Shokatfard)
To: abdiaziz@earthlink.com (Mary Foster), lz@qf.org (Laleh), sharonzay@aol.com (Sharon), abdullahbc@aol.com (Salmah), abseda@internetcds.com (Anita Seda), safi2u@yahoo.com (Safi Yah), sabah_hashim@hotmail.com (sabah hashim)

Assalamo alaikum sisters,

It has been a long time of waiting and contacting different agencies to figure out when and where to send the funds collected for our brothers and sisters in Chechnia. Some organizations have shut down, and some still active, but I had to do much research to find if the funds,or how much of it would actually get the the right hands.

I have been very frustrated, yet patient, looking for the right door to open. Alhamdullilah the right door opened, and yesterday $1763 was sent. I have the receipt and more details for any one who would like to know the details insha'Allah.

Please communicate this information to other sisters without the computer, and your husbands and ask them to tell other brothers. Our task was a success. Jazakallaho khair for all your efforts, those who donated of their goods, and those who purchased them with the intention of helping our Ummah. This was a great success for all of us insha'Allah, and an indication that we can work together to achieve success for the sake of Allah.

Please feel free to connect with me if you have any questions.

O Allah, they are barefooted, naked and hungry,
so dress and feed them;
they are poor and need your compassion
so cast Your Mercy on them,
O You the Most Compassionate
to the poor and victory donor to the weak, Aameen.

A DUA FOR THE BELIEVERS

Brothers and Sisters: The greatest support you can give the Mujahideen involves you raising your hands towards the heavens and making rigorous supplication to Allah Most High with the following Dua:.

Oh Allah! You have revealed The Book...You control the clouds and dominate their path.
You defeat the armies of Your enemies.Oh Allah, All Mighty are You, All Powerful are You,
Oh Allah, defeat your enemies, defeat the Russians!

Oh Allah! Scatter their aim, shake the earth beneath their feet, strike fear into their hearts.
Oh Allah! Cripple their limbs and blind their sight, and send upon them epidemics and calamities.
Oh Allah! Disperse their gatherings and shatter their unity; Make their condition severe amongst themselves,
and make their plots turn against them - show us the glory of your Power
and make their destruction a lesson for those who do not learn lessons.
Oh Allah! Hasten their destruction, and make their wealth a bounty for the Muslims.

Oh Allah! Aid our Mujahideen brothers in Chechnya.
Oh Allah! Unify their ranks, and gather them on the word of truth.
Oh Allah! Make accurate the aim of their weapons; strengthen their determination
and make them steadfast, and bestow upon them tranquillity.
Oh Allah, put their hearts at peace and guide them to that which is all-good.
Oh Allah! Give them authority in Your Glorified Name, and give glory to them with your infinite armies in the heavens and the earth..

Oh Lord of the Worlds! May the Peace and Blessings of Allah be upon the
Messenger of Allah and upon all his followers and companions.

---------- Headers ----------
Return-Path: <fard@snowcrest.net>
Received: from rly-yg02.mx.aol.com (rly-yg02.mail.aol.com [172.18.147.2]) by air-yg04.mail.aol.com (v76_r1.19) with ESMTP; Tue, 24 Oct 2000 11:46:29 -0400
Received: from mail.snowcrest.net (mail.snowcrest.net [209.232.213.212]) by rly-yg02.mx.aol.com (v76_r1.19) with ESMTP; Tue, 24 Oct 2000 11:45:48 -0400
Received: from minealImine (stkfrB131.snowcrest.net [209.78.173.131])
by mail.snowcrest.net (8.9.3/8.9.3) with SMTP id IAA24718;
Tue, 24 Oct 2000 08:45:38 -0700 (PDT)
Message-ID: <003501c03dd1$06c1d780$83ad4ed1@minealImine>
From: "Raya Shokatfard" <fard@snowcrest.net>
To: "Mary Foster" <abdiaziz@earthlink.com>, "Laleh" <lz@qf.org>,
"Sharon" <sharonzay@aol.com>, "Salmah" <abdullahbc@aol.com>,
"Anita Seda" <abseda@internetcds.com>, "Safi Yah" <safi2u@yahoo.com>,
"sabah hashim" <sabah_hashim@hotmail.com>
Subject: News about the sisters fundraiser
Date: Tue, 24 Oct 2000 08:42:28 -0700
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary="----=_NextPart_000_0032_01C03D96.574FA500"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 5.00.2919.6600
X-MimeOLE: Produced By Microsoft MimeOLE V5.00.2919.6600

Ma'assalam,
Raya

---

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HEAD>
<META content="text/html; charset=iso-8859-1" http-equiv=Content-Type>
<META content="MSHTML 5.00.3013.2600" name=GENERATOR>
<STYLE></STYLE>
</HEAD>

<DIV>Assalamo alaikum sisters,</DIV>
<DIV> </DIV>
<DIV>    It has been a long time of waiting and contacting different agencies to figure out when and where to send the funds collected for our brothers and sisters in Chechnia.  Some organizations have shut down, and some still active, but I had to do much research to find if the funds,or how much of it would actually get the the right hands.  </DIV>
<DIV>    I have been very frustrated, yet patient, looking for the right door to open.  Alhamdulillah the right door opened, and yesterday $1763 was sent.  I have the receipt and more details for any one who would like to know the details insha'Allah.</DIV>
<DIV>    Please communicate this information to other sisters without the computer, and your husbands and ask them to tell other brothers.  Our task was a success.  Jazakallaho khair for all your efforts, those who donated of their goods, and those who purchased them with the intention of helping our Ummah.  This was a great success for all of us insha'Allah, and an indication that we can work together to achieve success for the sake of Allah.</DIV>
<DIV> </DIV>
<DIV>Please feel free to connect with me if you have any questions.</DIV>
<DIV> </DIV>
<DIV>
<DIV align=center><STRONG><STRONG>

FD-1023 (Rev. 6-22-2007)

# FEDERAL BUREAU OF INVESTIGATION

Confidential Human Source (CHS) Reporting Document

**Reporting Date:** 04/23/2008

REDACTED

**Contact Date:** 04/15/2008

**Type of Contact:** In person

**Location:** REDACTED

**Written by:** SA David A. Carroll
**Other(s) Present:**

**Source Reporting:**

A Confidential Human Source(CHS), who is in a position to testify, provided the following information.

The CHS was shown an Oregon Driver's License photo of Radmilla Balobina, date of birth, REDACTED. The CHS recognized Balobina as a woman known to the CHS as Sofia. Sofia accompanied the CHS and the CHS' spouse on "the hajj." in 1999. The CHS recalled Sofia's aunt and uncle were the owners of the restaurant formerly known as Samovar's in Medford, Oregon. The CHS advised her aunt and uncle now operate Gogi's restaurant in Jacksonville, Oregon.

The CHS advised Sofia was once a wife of Pete Seda's. The CHS was aware that Seda was also married to Laleh Zahedi at the same time. Sofia was Seda's wife first. Seda brought Zahedi to the United States from Iran to become his wife. Neither woman knew of the others existence until Zahedi arrived in the United States. Both woman were upset with the arrangement and it was obvious to members of the Muslim community. The CHS noted that both women became good friends after reconciling themselves to the arrangement. Sofia's brother moved to Seattle, Washington. It was the CHS's understanding that Sofia followed her brother to Seattle. The CHS recalled Sofia's brother ran up considerable credit card debt while living in Seattle.

The CHS was shown an Oregon Driver's License photo for Shinaz Munshi, date of birth, REDACTED. The CHS advised Munshi was Seda's wife before Balobina. Both Balobina and Munshi were wives of Seda's at the same time. It was the CHS' understanding that Munshi was not happy with Seda and that she was later married off to someone in Florida.

UNCLASSIFIED

FD-1023 Revised (04/15/2009)

**FEDERAL BUREAU OF INVESTIGATION**
CHS REPORTING DOCUMENT

**HEADER**

REDACTED

Date: **03/10/2010**
Case Agent Name: **Carroll,David**
Field Office/Division: **Portland**
Squad: **BEND MEDFORD PENDLETON**

Date of Contact: **02/26/2010**
Others Present (excluding CHS): IRS-CID SA Colleen Anderson
Type of Contact: **In Person**

Country: **UNITED STATES**
City: REDACTED
State: **Oregon**
Date of Report: **03/10/2010**

Substantive Case File Number: REDACTED

☐ Check if Grand Jury restrictions apply

Source Reporting: A Confidential Human Source(CHS), who is in a position to testify, provided the following information.

The CHS was asked to recall his/her dealings with Raya Shokatfard and Pirouz Sedaghaty, as it related to Shokatfard's efforts to raise money for mujahedin. The CHS recalled that when he/she attended the Hajj in 1999, she was accompanied by Laleh Zahedi and Sofia, aka, Radmila Balobina. The CHS advised both Zahedi and Sofia were already living together with Sedaghaty, as his wives in the masjid located at 3800 South Pacific Highway 99, Ashland, Oregon, by the time of the 1999 Hajj. The CHS described Zahedi as an intelligent woman who was well educated. The CHS believed Zahedi's field of study related to the medical field.

The CHS advised Shokatfard was instrumental in holding jewelry rummage sales to raise funds for the benefit of Muslim freedom fighters overseas. The rummage sales were held in the lower level of the aforementioned masjid after Friday prayer. The sales were in the lower level because this was where the women of the congregation were required to hold their prayer service.

The CHS recalled the Shokatfard never said the funds were going to refugees, but that the money was to go to freedom fighters. Shokatfard told the CHS that Sedaghaty took the money raised from the rummage sales and moved it to Chechnya for freedom fighters. The CHS was not provided any additional detail as to how the money made its way to Chechnya. The CHS described Sedaghaty as someone who knows what he is doing and that he is not stupid. The CHS further described Sedaghaty as a "con artist."

The CHS was made aware an email exists between Shokatfard and Sedaghaty in which Sedaghaty advised Shokatfard that he would not accept money raised by Muslim women in southern Oregon for mujahedin because he could not do it. The CHS was asked to explain the rationale of Sedaghaty's statement in the email considering how open he was about getting the money to mujahedin around the masjid in conjunction with the aforementioned rummage sales. The CHS advised Shokatfard was making the fundraising for mujahedin to open to everyone. It was probably Sedaghaty's feeling Shokatfard's publicizing the

564

REDACTED

collection so openly was too much for him.

REDACTED

| FD-1023 Revised (04/15/2009) | FEDERAL BUREAU OF INVESTIGATION |
| --- | --- |

UNCLASSIFIED

| FD-1023 Revised (04/15/2009) | FEDERAL BUREAU OF INVESTIGATION CHS REPORTING DOCUMENT |
|---|---|

HEADER

REDACTED

Date: 03/10/2010
Case Agent Name: Carroll,David
Field Office/Division: Portland
Squad: BEND MEDFORD PENDLETON

Date of Contact: 03/02/2010
Others Present (excluding CHS): REDACTED
Type of Contact: In Person

Country: UNITED STATES
City: REDACTED
State: Oregon
Date of Report: 03/02/2010

Substantive Case File Number: REDACTED

☐ Check if Grand Jury restrictions apply

Source Reporting: A Confidential Human Source(CHS), who is in a position to testify, provided the following information.

The CHS provided several cassette tapes containing information provided by Abdul Qaadir Abdul Khaaliq about the religion of Islam. The tapes were obtained from Richard Cabral. An email contained in the box with the tapes indicated that Cabral was making copies of the tapes and inquired of Abdul Khaaliq if he(Cabral) could retain the original cassette tape. Cabral used the email address, abdullahbc@aol.com , while Abdul Khaaliq used the email address, abdqadir@nettaxi.com.

The CHS provided a photo album reflecting the CHS' trip to the Hajj in 1999. In addition, the CHS provided various documents associated with Masjid Al Tawheed as incorporated by Richard "Abdullah" Cabral. These documents included, but were not limited to, bank records, Oregon Secretary of State documents registering Masjid Al Tawheed as a non-profit corporation, Secretary of State Articles of Incorporatoin, Internal Revenue Service forms obtained by Cabral and submitted to the IRS by Masjid Al Tawheed.

The documents reflected the following individuals as officers of Masjid Al Tawheed at various times in its existence:
Amir: Abdi Aziz, 855 Park Street, #5, Ashland, Oregon
Director: Robert Brown, 240 Tolman Creek Rd, #23, Ashland, Oregon
Perouz Seda, 1257 Siskiyou Blvd, #224, Ashland, Oregon,
Imam: Ibrahim A. Ibrahim, 240 Tolman Creek Road, #40, Ashland, Oregon
President: Mostafa Mahmoud, 6360 Table Rock Road, Central Point, Oregon
Secretary: Richard Cabral, 3750 Ave H, White City, Oregon
Treasure: Hasan Pirasteh, 582 Ashland Street, Ashland, Oregon

3566

Also included in these documents was an email detailing the notes of a meeting from the South Central Oregon Muslims on August 19, 2006, from an individual using the email address, REDACTED the following individuals were recipients of the email:
REDACTED

UNCLASSIFIED

| FD-1023 Revised (04/15/2009) | FEDERAL BUREAU OF INVESTIGATION CHS REPORTING DOCUMENT |
|---|---|

HEADER

REDACTED

Date: 03/09/2010
Case Agent Name: Carroll,David
Field Office/Division: Portland
Squad: BEND MEDFORD PENDLETON

Date of Contact: 03/08/2010
Others Present (excluding CHS): REDACTED
Type of Contact: In Person

Country: UNITED STATES
City: REDACTED
State: Oregon
Date of Report: 03/09/2010

Substantive Case File Number: REDACTED

☐ Check if Grand Jury restrictions apply

Source Reporting:

A Confidential Human Source(CHS), who is in a position to testify, provided the following information.

During the course of the CHS' association with Pirouz Sedaghaty, the CHS was aware of Sedaghaty having seven different wives. The first the CHS recalled was the mother of Sedaghaty's two sons. This woman was followed by a female from Morocco, who was followed by female from Alaska. The CHS could not recall their names. The CHS advised the next wife in Sedaghaty's life was a young female with the first name, Shinaz,(believed to be Shinaz Munshi), who was followed by Sofia(believed to be Radmila Balobina), who overlapped with Lalah Zahedi, who in turn overlapped with Summer Rife.

The CHS advised Sedaghaty did not live in an appropriate Muslim manner with any of these women, because he did not provide them with separate living quarters. At various times, Sedaghaty had more than one wife living in the same quarters within his residence.

The CHS recalled attending the Hajj in 1999 with a group of men and women from southern Oregon who were associated with the Al Haramain Islamic Foundation(AHF). The group included now deceased Richard Cabral, Rob Brown, David Hafer, Bijan Seda, Anita Seda, Pirouz Sedaghaty, Laleh Zahedi, Sofia, aka, Radmila Balobina, Jonah and Joseph Sedaghaty. The CHS recalled an occasion during the Hajj when the Saudi Arabian women who were staying with the Al Haramain Islamic Foundation group in Jeddah, questioned Laleh about the inadequacy of her and Sofia's living arrangements with Sedaghaty. The Saudi women were critical of Laleh for allowing herself to be forced to cohabitate with Sofia.

3568

The CHS recalled being sick during the Hajj, 1999. The CHS advised
many people suffered from what was referred to as "the Hajj cough."
The CHS attributed this condition to the inhalation of carbon
dioxide while living and sleeping on the sidewalks during the Mina
phase of the Hajj. The CHS described the symptoms of that of the
flu, with a fever and body aches and pains.

The CHS described entering the Kingdom of Saudi Arabia and having to
give up his/her passport at the airport upon arrival.  A
representative of AHF greeted the group at the airport. Each member
of the group was required to provide a deposit to pay for the
possible usage of public transportation, the slaying of livestock
and the use of public housing while in Saudi Arabia during the
Hajj.  The CHS recalled AHF provided a driver, transportation,
housing and food throughout the group's stay during the Hajj. She
recalled there were several occasions when Soliman Albuthe traveled
with the group and visited with them at their apartment and hotel.

The CHS advised the group stayed in Albuthe's parent's home in
Jeddah while there. It was not his parent's permanent home but their
home while visiting Jeddah. His parent's permanent home was in
Riyadh, Saudi Arabia. The CHS also recalled a famous and respected
sheik stayed with the group in Jeddah. The CHS however could not
recall the sheik's name. The CHS was aware the Saudi Arabian
government did not want the sheik in Mecca or Medina during the
Hajj. The CHS recalled the group had to be careful when going
through checkpoints during the Hajj when the sheik was on their bus.
The CHS was aware the bus driver had a list of the names of the
individuals who were supposed to be on the AHF bus. The CHS was
aware that if the sheik was removed from the bus by authorities that
he would be taken away. This was a concern for AHF because they did
not want the sheik arrested. It was the CHS' understanding the
sheik's expenses were covered by AHF also.

The CHS recalled an occasion when Richard Cabral was taken off the
AHF bus at a checkpoint because he was thought to be a radical sheik
attempting to be smuggled into the holy cities during the Hajj.
Eventually Cabral was allowed to continue when it was determined he
only resembled one of the sheiks in question.

At the end of the Hajj, the AHF group was driven by bus to the
airport in Jeddah. Before leaving the country they retrieved their
passports from the office where they originally left them with the
authorities upon entry. In addition, each individual in the group
received a full refund of the funds they deposited upon entry for
the possible usage of public transportation and housing. The CHS
recalled this amounted to $200.00 per person. The CHS recalled upon
leaving the office with the $200.00 in hand, being spoken to by
Sedaghaty. The CHS recalled each individual of the group was
approached by Sedaghaty. His pitch to each person revolved around
how AHF took good care of the group by providing a driver,
transportation, housing and food. Sedaghaty further requested the
group give their $200.00 to AHF for the freedom fighters. He told
everyone the money would go towards food, blankets and supplies for
the freedom fighters. It was the CHS' understanding that Sedaghaty
gave the money he collected from each person to a brother with AHF.
It was the CHS' understanding this money would be given to Albuthe.

The CHS and Cabral obtained upgrades to first class seating for the
flight home to the United States because both were weak. The CHS was
still sick from the Hajj cough and Cabral had cancer and diabetes.

The CHS recalled the brother who got the money from Sedaghaty was  a
redheaded American from southern California. The CHS recalled

feeling like Sedaghaty shamed each member of the group into donating their money to the freedom fighters. The CHS recalled giving the money to Sedaghaty in a hand to hand exchange as did the other members of the group. The CHS recalled that Brown and Hafer's trip for the Hajj was completely paid for by AHF. They were forced to work off the amount while employed by Sedaghaty in Ashland. The CHS recalled the roundtrip airlines tickets cost $1,400.00.

The CHS recalled Richard Cabral learning from an old friend of Sedaghaty's that he(Sedaghaty) was known as the "Falcon" in his younger years when he was involved in the distribution of drugs. Cabral learned of this nickname while at a potluck dinner at the mosque located at 3800 South Highway 99 in Ashland prior to Sedaghaty leaving the United States in 2003. The CHS recalled the camel at the mosque was still alive. Cabral overheard Sedaghaty's friend speaking about the nickname in conversation. Cabral then approached the friend for details about why Sedaghaty was nicknamed Falcon.

Later on the same occasion of the potluck, Cabral privately approached Sedaghaty and called Sedaghaty by the name "Falcon." Sedaghaty was surprised by the usage of the nickname and immediately wanted to know how Cabral learned of it. The CHS was under the impression Sedaghaty did not want to be referred to as "Falcon."

The CHS was surprised when he/she learned Sedaghaty's wife, Sofia, left their marriage. However, the CHS was aware that Sofia was not happy in her relationship with Sedaghaty. The CHS understood Sofia left because Sedaghaty did not want to have any more children while Sofia did. She estimated Sofia left to live with her brother and mother in Seattle, Washington sometime in late 2000 or early 2001. The CHS was aware Sofia made several trips to Seattle to visit her brother and her mother before finally leaving Sedaghaty. Sofia's mother had recently moved there at that time. The CHS understood Sofia also moved there to help her sister in law with her newborn baby. The CHS advised Anita Seda and Mary Foster were closer to Sofia than the CHS.

The CHS recalled Laleh Zahedi and Sofia co-habitated as wives with Sedaghaty for approximately two years before Sofia left for Washington. The CHS recalled Sedaghaty's sons responded better to Sofia than to Zahedi. The CHS recalled Sofia was present during the time when Raya Shokatfard was collecting money to send to freedom fighters.

The CHS was aware Anita Seda and Bijan Seda, Pirouz Sedaghaty's brother, had been married a long time. Anita and Bijan Seda now live in Medford, Oregon. The CHS did not know what Bijan did for work.

The CHS recalled being told by Richard Cabral that Sedaghaty invited him(Cabral) to go to Afghanistan to fight with the mujahedin there. The CHS recalled this was before Sedaghaty left the United States in 2003. Sedaghaty was to travel to Afghanistan with other younger Muslims in the community. The CHS did not know the identities of these individuals.

REDACTED

REDACTED

REDACTED

3570

3571

Page 4 of 4

Exhibit B, Page 14
Gorder Dec. - Gov't's Resp

UNCLASSIFIED

| FD-1023 Revised (04/15/2009) | FEDERAL BUREAU OF INVESTIGATION CHS REPORTING DOCUMENT |
|---|---|

HEADER

Source ID: REDACTED
Date: **05/04/2010**
Case Agent Name: **Carroll,David**
Field Office/Division: **Portland**
Squad: **BEND MEDFORD PENDLETON**

Date of Contact: **04/26/2010**
Others Present (excluding CHS): Adam Marre; REDACTED
Type of Contact: **In Person**

Country: **UNITED STATES**
City: **Medford**
State: **Oregon**
Date of Report: **05/04/2010**

Substantive Case File Number: REDACTED

☐ Check if Grand Jury restrictions apply

Source Reporting: A Confidential Human Source(CHS), who is in a position to testify, provided the following information.

The CHS recalled attending Friday prayer and potluck dinners at Pirouz Sedaghaty's residence on Crowson Road in Ashland, Oregon. The CHS recalled this house was sold, which forced Sedaghaty to move. The CHS advised Sedaghaty, his wives, Laleh Zahedi and Radmila Balobina, whom the CHS knew as Sofia, and his children moved to a house on Valley View Road in Ashland, Oregon. The CHS recalled Sedaghaty and his family lived in the Valley View Road house while it was under construction. The CHS was advised records subpoenaed regarding Sedaghaty's purchase of the Valley View Road home indicated this purchase occurred in August, 1999.

The CHS' memory was refreshed regarding an email s/he received from Raya Shokatfard on October 24, 2000 related to "news about the sisters fundraiser." Subsequent to being told the date of this email, the CHS advised the rummage sales to raise funds for Chechnya were held sometime in the summer months of 2000. The CHS recalled the rummage sales and the processing of literature to prisoners in which s/he participated, was conducted in the basement prayer area at 3800 South Highway 99, Ashland, Oregon. The rummage sale and the processing of literature occurred prior to Sedaghaty and his family taking up residence in the basement. Once Sedaghaty and his family moved into the location, the women were no longer allowed to hold prayer in the basement. Women's prayers were then conducted in the living room upstairs next to the men's prayer room. The CHS recalled sheets being hung up between the men's and women's prayer room and the kitchen, to keep the sexes separate. Once the women's prayer room was moved upstairs, the basement area of the mosque was no longer available to the general population of the community.

Based on having his/her memory refreshed via the aforementioned email, the CHS was still unable to specifically recall when Sedaghaty and his family moved into 3800 South Highway 99, however, s/he believed Sedaghaty and family moved into the house sometime between the Fall 2000 and the 9/11/2001 attacks. The CHS recalled Summer

572

however, s/he could not specifically recall the date this occurred. The CHS learned through Mary Foster that Balobina periodically visited her family in Seattle, Washington, before she left Sedaghaty. The CHS also recalled Rife arrived on the scene to live with Sedaghaty before Balobina left the residence. The CHS wondered at the time how Sedaghaty could have three wives. The CHS advised that for Rife to have lived at the residence with Sedaghaty, according to the laws of Islam, she would have had to been married to him.

The CHS recalled that while attending prayer in the basement of the 3800 South Highway 99, Daoud Rodgers and his wife, Kaniz, lived in what is labeled as room X on a diagram depicting the layout of the address. S/he recalled Rodgers and his wife lived there an unspecified period of time after the Hajj in 1999. After Rodgers and his wife vacated the basement, the CHS recalled rooms labeled X, Y and AA remained vacant. The CHS recalled there were occasions when children coming to prayer with their parents were allowed to play in room AA. The CHS recalled attending prayer regularly during 1999 and 2000 because s/he had Friday's off at the time. The CHS recalled the most frequent female attendees were Balobina, Zahedi, Mary Foster, Zizi Mahmoud and occasionally, Raya Shokatfard.

The CHS recalled Rob Brown and David Hafer were both employed by Sedaghaty and the Al Haramain Islamic Foundation(AHF). After the Hajj in 1999, both Brown and Hafer were let go by Sedaghaty.

The CHS recalled Daveed Gartenstein-Ross, hereinafter referred to as Ross, worked in the AHF office. The CHS believed Ross would have knowledge of the inner workings of how the AHF office was operated by Sedaghaty. The CHS recalled once picking Ross up at his mother's home in Ashland and transporting him to 3800 South Highway 99. The connection to pick up Ross was through Richard "Abdullah" Cabral.

The CHS recalled being told by Sedaghaty's wife, Laleh Zahedi, that she(Laleh) took care of the financial matters of the home. Zahedi also advised she handled the computers matters as well. The CHS recalled Radmila Balobina, aka, Sofia, did not have as much computer savvy as Zahedi. The CHS advised Rife came to be Sedaghaty's wife after Balobina and Zahedi. The CHS believed Zahedi was more educated than Balobina.

The CHS was only aware of a computer in what was labeled room A on the aforementioned diagram and another located in the kitchen area against a wall. The CHS was unaware of computers being located in the basement in Room X. The individuals the CHS was aware of who had access to AHF's computers were Sedaghaty, Zahedi, Balobina, Rife, Ross, Hafer and Brown. The CHS did not see Sedaghaty, Zahedi, Balobina or Rife working on the computers. The CHS noted that Sedaghaty's wives would not work on the computers without Sedaghaty providing them direction. For that matter, the CHS did not believe Sedaghaty's wives would do anything without first asking Sedaghaty if it was okay.

The CHS recalled making a comment once regarding women's freedom when Zahedi was present. S/he recalled Zahedi responding with words to the effect that men have the final call on all matters.

The CHS described Sedaghaty's family as being depressed while they lived at the mosque. The CHS believed this was due to Sedaghaty's controlling manner. S/he described Sedaghaty as the king of the house. Sedaghaty let everyone know that attended the mosque that it was his relationship with AHF and the foundation itself that made everything happen at the mosque.

The CHS recalled the basement area of 3800 South Highway 99 being a mess.

Signed by:

REDACTED

3573

# Internal Revenue Service
# Criminal Investigation

# Memorandum of Interview

**In Re:** Pirouz Sedaghaty **Location:** REDACTED

REDACTED

**Date:** December 3rd and 6th, 2004
**Time:** 11:10 a.m. & 10:00 a.m.
**Participant(s):** Richard Cabral, Interviewee
Barbara Cabral, Interviewee
Shawna Carroll , FBI Special Agent
Colleen C. Anderson, IRS-CI Special Agent

1. On the above dates and times, FBI Special Agent Shawna Carroll and I spoke with Richard and Barbara Cabral. During the first meeting on December 3rd, I served Richard and Barbara with grand jury subpoenas for documents and information pertaining to Soliman AL-BUTHE, Pirouz SEDAGHATY, and the AL HARAMAIN ISLAMIC FOUNDATION, INC. In response to the subpoena, Barbara Cabral provided an e-mail that she possessed pertaining to the collection of funds for the Chechen mujahideen (attached); however Richard Cabral did not have any documents in his possession relative to the subpoena.

2. During the interview, Richard and Barbara Cabral provided the following information:

3. The Cabrals became Muslim in the early 1990's. The Cabrals first met Pete Seda (Pirouz Sedaghaty) when Mrs. Cabral found the Quran Foundation in the phone book and they contacted the organization. The Quran Foundation was an organization that handed out Qurans and Islamic literature. Seda controlled the Quran Foundation and David Rogers was the Imam. When Mr. Cabral first went to prayer in Ashland, Seda had set up a place for men to pray on East Main Street in Ashland, Oregon.

4. Male attendees at the prayers included Rob Brown, John Dunn, a Palestinian named Mohammed Ibrahim who was a student at Southern Oregon University (SOU) in Ashland and went on to Texas where he started working for the Holy Land Foundation, and several other students from SOU.

3574

5. At one point, prior to the existence of Al Haramain in Ashland, a female member of the Muslim community, Raya Shokatford, contacted an individual to exorcise the demons or gins from her sick mother. Shokatford contacted Sheikh Hassan to do prayers for her mother and ended up marrying the Sheikh. Sheik Hassan really knew the Qur'an, converted some non Muslims including Phillip Rand, and was well liked by David Rogers. However, he was radical and talked bad about Jews during lectures. On one occasion, a female attendee named Mary Guled called and complained to SEDA about the lectures Hassan gave. Mrs. Cabral said she believes Shokatford was always taking trips to Atlanta, Georgia, but she was not sure what the purpose of these trips were and did not think they were related to Sheikh Hassan.

6. The Cabrals said the Ashland prayer group had the idea of starting a non profit religious organization called the Masjid al-Taweed, prior to the Saudi based group Al Haramain establishing themselves in Ashland. Richard believes that David Rogers was in Saudi Arabia handing out literature when a deal was made with Al Haramain to purchase a prayer house in Ashland, Oregon. The Cabrals believe Soliman AL-BUTHE was the Al Haramain official in charge of purchasing the prayer house and that Rogers introduced AL-BUTHE to SEDA.

7. The Cabrals received a Noble Qur'an from Seda on October 28, 1994. They provided the Qur'an for my review. The Qur'an did not appear to have a jihad appendix inserted into it and when asked, the Cabrals stated that they had not seen a Noble Qur'an with an appendix calling for physical jihad. The Cabrals said they had not received any other Qur'ans from SEDA, other than the one shown to me nor did they ask for an additional Qur'an once SEDA became involved with Al Haramain because they use the one given to them in 1994. They were unaware that some of the Qur'ans sent out by SEDA and Al Haramain had a jihad appendix. The Cabrals said they were aware however that Al Haramain Riyadh provided SEDA with Islamic literature and Qur'ans that the Ashland office staff and two of SEDA'S wives, Laleh and Summer, used to send out to prisoners.

8. Mr. Cabral stated that he does not recall hearing any talk about physical jihad while attending prayer in Ashland and could not recall SEDA asking for money for a mujahideen in Kosovo. However, on one occasion when SEDA owned a brick house on Valley View road in Ashland, Mr. Cabral went to visit SEDA and found SEDA was showing a video about Chechen mujahideen to an unknown Caucasian male and SEDA'S youngest son Joseph. Mr. Cabral explained that SEDA had some trailers set up in his yard and in one travel trailer he was using for an office, SEDA had a television and VCR set up. While showing the videotape, SEDA talked about wanting to go to Chechnya and fight. Although Mr. Cabral is legally blind, he did see a small portion of the tape up close which, he described as follows:

3575

The tape had a bunch of Russians standing around, laughing and smoking and then all of a sudden they were all lying on the ground and someone else was holding the camera. Then there were pictures of an armored carrier being attacked by mujahideen.

9. In March 1999, eleven members of the Muslim community attending prayer at the Al Haramain prayer house went on Haj in Saudi Arabia and returned on approximately April 4th. The members paid for their own flights; however Al Haramain Riyadh paid for their food and transportation and sponsored them into the country. The Cabrals said the group received special treatment because they were associated with Al Haramain and they never heard anything anti-American said while they were in Saudi Arabia. The following members attended Haj:

   (1) Richard Cabral
   (2) Barbara Cabral
   (3) Rob Brown
   (4) David Hafer
   (5) Bijan Seda (SEDA"S brother)
   (6) Anita Seda
   (7) Pete SEDA
   (8) Laleh (One of SEDA'S wives)
   (9) Sofia (One of SEDA'S wives)
   (10) Jonah (SEDA'S oldest son)
   (11) Joseph (SEDA'S youngest son)

10. While leaving Saudi Arabia on their return from Haj, the Cabrals said each of the eleven members were asked to give the $200 in transportation money they received from the Saudi government to SEDA. Since Al Haramain Riyadh provided their transportation, they had not spent the transportation funds. SEDA told them that he was going to use the funds for the people of Chechnya. The Cabrals believe SEDA handed the money over to Soliman AL-BUTHE because they did not see him with the cash during the trip home.

11. After returning to the United States, the Cabrals said Al Haramain, Riyadh seemed to want to keep things more discreet, or closer to their vest and started letting the Ashland office staff go. The Cabrals believe that SEDA fired Rob Brown, David Hafer, and John Dunn shortly after returning from Haj. A little later, Al Haramain, Riyadh sent over an individual by the name Abdul Kadir to participate in a video about how American's become Muslim.

12. Later that same year, SEDA brought in new staff which included several brothers from New York. The brothers included Bilal Abdul Kareem, Eisa Alsten, and one brother known to the Cabrals as Yusuf. After Bilal came, the Cabrals and some other members of the Muslim community had a falling out with SEDA and Al Haramain. Some members thought that some of the prayers Bilal conducted were prejudice and they started praying elsewhere.

13. The Cabrals started a prayer group of their own under the nonprofit organization they created named Masjid al-Taweed. Part of the reason for the split was also that the members wanted more control over their prayer house.

3576

14. Mrs. Cabral stated that around October of 2000, Raya Shokatford told several female members of the Muslim community that she was collecting jewelry to auction off. The money from the jewelry was to be given to the Chechen mujahideen. Mrs. Cabral said that Shokatford was still married to Sheik Hassan and was very vocal about her cause and made it very clear that the funds were going to the mujahideen.

15. Mrs. Cabral provided to me, pursuant to a grand jury subpoena, an e-mail dated October 24, 2000 that she received from Raya Shokatford. The e-mail pertains to the collection of funds for "our brothers and sisters in Chechnia" and says that $1763 was sent. Shokatford goes on to say in the e-mail to,"communicate this information to other sisters without the computer." Mrs. Cabral believes all the women she knows that are listed as recipients of the e-mail, including her, donated jewelry to Shokatford. The women listed in the e-mail include the following:

Mary Foster- married to Abdi Guled

Laleh- one of SEDA'S wives

Sharon- Sharon Cummings, the wife of Rob Brown

Salmah- this is Mrs. Cabrals Muslim name

Anita Seda - the wife of Bijan Seda, Pete's brother

Safi Yah - known as Sofia, was Russian and had been married to SEDA before she divorced him and moved to Seattle.

Sabah Hashim - unknown

Colleen Anderson

Colleen C. Anderson
Special Agent

3577