Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 05-60008 HO |
| Plaintiff, | |
| v. | **DEFENDANT'S POST-TRIAL MOTION TO DISMISS** |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | **EVIDENTIARY HEARING REQUESTED** |

Defendant, Pirouz Sedaghaty, through counsel Lawrence Matasar and Steven T. Wax, hereby moves this Court to dismiss the indictment in the above

**Page 1  DEFENDANT'S POST-TRIAL MOTION TO DISMISS**

**EVIDENTIARY HEARING REQUESTED**

referenced case based on outrageous government conduct.  In January, 2011, Mr. Sedaghaty filed a Supplement to Motion For New Trial, Motion For Release, Post-Trial Motion For Discovery, and Supplement to those pleadings in which he set out the facts as he then understood them from the government regarding: 1) payments and an offer of payment to a critical witness and her husband and the failure of the government to provide that information in discovery; 2) discrepancies in F.B.I. 302 reports; and 3) the conduct of the investigation into those matters.  He relies on those pleadings and incorporates them herein by reference.  The February 18 filings by the government provide further support for this motion.  However, they also raise substantial new questions.  A memorandum of law in support of this motion will be filed after discovery, investigation, and an evidentiary hearing.

    Respectfully submitted this 22ND day of February, 2011.

/s/ Steven T. Wax  
Steven T. Wax  
Federal Public Defender

/s/ Lawrence Matasar  
Lawrence Matasar

Page 2   DEFENDANT'S POST-TRIAL MOTION TO DISMISS

**EVIDENTIARY HEARING REQUESTED**