DWIGHT C. HOLTON, OSB #09054
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI
Assistant United States Attorney
405 East Eighth Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771
chris.cardani@usdoj.gov
CHARLES F. GORDER, JR., OSB# 912874
**KELLY A. ZUSMAN**, OSB #891843
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1000
charles.gorder@usdoj.gov
kelly.zusman@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 05-60008-HO |
| v. | GOVERNMENT'S NOTICE REGARDING SHAWNA CARROLL |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

    The United States of America, by and through Dwight C. Holton, United States Attorney, and Kelly A. Zusman, Assistant United States Attorney, offers the following notice regarding defendant's addition to his witness list for the evidentiary hearing:

    Last Thursday, defendant provided this Court with a "supplemental response" seeking to add FBI Special Agent Shawna Carroll to his witness list for the evidentiary hearing now set for

June 7, 2011.  This Court granted that request by minute order, and while the government opposed this expansion to the evidentiary hearing, this notice is filed simply to clarify one point: Shawna Carroll is no longer an FBI Special Agent.  Ms. Carroll formally retired from the FBI in November of 2006, but was not on duty for medical reasons starting in October of 2004.  She was on medical leave continuously from October 2004 to November 2006.  Because she was not actively working as an FBI Agent during most of the relevant time period, the scope of her testimony should be far more limited than that of Agent Dave Carroll.

      Because Ms. Carroll is not a current federal employee, the defense will need to issue and serve a subpoena to secure her testimony.

      DATED this 4th day of May 2011.

                                               Respectfully submitted,

                                               DWIGHT C. HOLTON
United States Attorney
District of Oregon

*s/ Kelly A. Zusman*
KELLY A. ZUSMAN
Assistant United States Attorney

**Page 2 - Government's Notice Regarding Shawna Carroll**