ORD FRM (03/04)

IN THE UNITED STATES DISTRICT COURT

FILED '11 MAY 17 13:46 USDC-ORE

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

**Pirouz Sedaghaty**

                **Defendant(s)**

**Case No.**    **05 CR 60008-2**

**ORDER TO RETURN PASSPORT TO PRETRIAL**

 

**IT IS ORDERED THAT the U.S. District Court Clerk's office return the defendant's passport to U.S. Pretrial Services.**

 

IT IS SO ORDERED THIS ___17___ day of ___MAY___ , 2011.

_____
Thomas M. Coffin
U.S. Magistrate Judge

**Submitted by U.S. Pretrial Services**