FILED WITH THE
COURT SECURITY OFFICER
CSO: _____
DATE: _____

Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-60008 HO |
| Plaintiff, | CERTIFICATE OF SERVICE FOR PLEADINGS FILED THROUGH THE COURT SECURITY OFFICER ON APRIL 27, 2010 |
| v. | |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that I made service of:

    Classified Memorandum in Support of Third Supplement to First Motion for Discovery and Motion to Suppress;

    Third Supplement to First Motion for Discovery;

    Defendant's Third CIPA sec. 5 Notice;

    Declaration of Col. W. Patrick Lang, Retired; and

    Declaration of William Teesdale, Chief Investigator, Federal Public Defender's Office

on Assistant U.S. Attorneys Charles Gorder and Chris Cardani by hand delivering true and exact paper copies thereof to Court Security Officer Scooter Slade on April 27, 2010. Mr. Slade will effectuate filing of the documents with the Court and service on Messrs. Gorder and Cardani.

*/s/ Steven T. Wax*
Steven T. Wax