```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF OREGON

 3    UNITED STATES OF AMERICA,         )
                                        )
 4                  Plaintiff,          )
                                        )
 5      v.                              ) No. 6:05-60008-2-HO
                                        )
 6    PIROUZ SEDAGHATY, et al.,         )
                                        )
 7                  Defendants.         )

 8

 9            TRANSCRIPT OF STATUS CONFERENCE

10         BEFORE THE HONORABLE MICHAEL R. HOGAN

11            UNITED STATES DISTRICT COURT JUDGE

12               THURSDAY, FEBRUARY 26, 2009

13                    EUGENE, OREGON

14

15                         -:-

16

17

18

19

20

21

22

23            Deborah Wilhelm, CSR, RPR
                   Court Reporter
24                 P.O. Box 1504
                Eugene, OR  97440
25                (541) 431-4113
```

```
 1                    APPEARANCES OF COUNSEL

 2

 3    FOR THE PLAINTIFF:      CHARLES F. GORDER, JR.
                              United States Attorney's Office
 4                            1000 S.W. Third Avenue, Suite 600
                              Portland, OR  97204-2902
 5                            (503) 727-1021

 6    FOR THE DEFENDANT:      LAWRENCE H. MATASAR
                              Lawrence Matasar, P.C.
 7                            621 S.W. Morrison Street
                              Suite 1025
 8                            Portland, OR  97205
                              (503) 222-9830
 9                            larry@pdxlaw.com

10                            STEVEN T. WAX
                              Federal Public Defender
11                            101 S.W. Main Street, Suite 1700
                              Portland, OR  97204
12                            (503) 326-2123
                              steve_wax@fd.org
13

14    ALSO PRESENT:           William Teesdale

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                (Thursday, February 26, 2009; 1:31 p.m.)
 2         (The following proceedings were had in chambers.)
 3                          P R O C E E D I N G S
 4            THE COURT:  Steve, I want to talk to you about
 5    schedule, all of you.  Do you waive your client's
 6    appearance?
 7            MR. WAX:  We do.
 8            THE COURT:  All right.  What I want to tell you
 9    is that I'm going to be in Washington doing my review on
10    the 17th, 18th, and 19th.  And I wanted -- since you all
11    were going to be here today, I wanted to say that to you
12    in case you had anything you wanted to say to me before
13    I did that, basically.
14            MR. MATASAR:  We submitted the in camera
15    material.
16            THE COURT:  Yes.
17            MR. MATASAR:  Steve, I don't know -- I
18    understand -- Steve told me you wanted one of us to be
19    available during that time in case either you needed us
20    to be there or be available on the phone.
21            THE COURT:  Phone is fine.
22            MR. MATASAR:  We can do that.  Phone, that's
23    fine.
24            MR. WAX:  Okay.
25            THE COURT:  I don't know that there will be any
```

1  reason but I don't want to --
2          MR. MATASAR:  Sure.
3          THE COURT:  -- make two trips unless I have to.
4          MR. MATASAR:  Sure.
5          THE COURT:  And you can't call me for the ten
6  days after that because I'll be in Paris, and south of
7  France, also.  I've been invited to give a talk at the
8  Sorbonne or the University of Paris to French architects
9  and judges on courthouse design.  I'm working on the
10 first 20 minutes in French.
11         MR. MATASAR:  That's great.
12         THE COURT:  So all right.  That's really all I
13 wanted to do is make sure -- just to make sure my trip
14 was efficient.
15         MR. GORDER:  And as far as the government goes,
16 Your Honor, we are willing to be in Washington if you
17 need us.  You know, there is three separate filings that
18 we've done.  And there would be different people
19 responsible for those filings.  But if -- at least for
20 the Oregon folks, if you could give us a little bit of
21 notice if you do want us.
22         THE COURT:  By Tuesday noon I expect to know.
23 And you'd hear from me Tuesday afternoon, and we'd
24 probably have something on Thursday if we did something
25 in person.

1            MR. MATASAR:  I could get there or Steve -- I
2  think you are in -- we can get there.
3            MR. GORDER:  I could be there on Thursday.  I
4  teach a class at Lewis & Clark on Tuesday evenings but I
5  could fly out Wednesday morning.
6            MR. MATASAR:  No problem.  We could be there on
7  Thursday.
8            THE COURT:  It won't be Thursday evening.
9  We're having a party for our courthouse team.
10           MR. GORDER:  Thursday morning it is, then.
11           THE COURT:  I know I've interrupted your
12 meeting today and so on, but I just wanted to -- since
13 you are here, run the flag up and see if there is
14 anything else we had.
15           MR. MATASAR:  Thanks.
16           MR. WAX:  Thank you.
17           THE COURT:  Have a great afternoon.
18           (The proceedings were concluded at 1:34 p.m.)
19
20
21
22
23
24
25

```
 1                         CERTIFICATE

 2          I, Deborah Wilhelm, Certified Shorthand Reporter

 3   for the State of Oregon, do hereby certify that I was

 4   present at and reported in machine shorthand the oral

 5   proceedings had in the above-entitled matter.  I hereby

 6   certify that the foregoing is a true and correct

 7   transcript, to the best of my skill and ability, dated

 8   this 22nd day of September, 2011.

 9

10

11

12
                                   /s/ Deborah Wilhelm
13                                 _____
                                   Deborah Wilhelm, RPR
14                                 Certified Shorthand Reporter
                                   Certificate No. 00-0363
15

16

17

18

19

20

21

22

23

24

25
```