```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF OREGON

 3   UNITED STATES OF AMERICA,      )
                                    )
 4               Plaintiff,         )
                                    )
 5     v.                           ) No. 6:05-60008-2-HO
                                    )
 6   PIROUZ SEDAGHATY, et al.,      )
                                    )
 7               Defendants.        )

 8

 9        TRANSCRIPT OF TELEPHONE STATUS CONFERENCE

10          BEFORE THE HONORABLE MICHAEL R. HOGAN

11             UNITED STATES DISTRICT COURT JUDGE

12                  FRIDAY, MARCH 18, 2011

13                      EUGENE, OREGON

14

15                         -:-

16

17

18

19

20

21

22

23            Deborah Wilhelm, CSR, RPR
                    Court Reporter
24                  P.O. Box 1504
                  Eugene, OR  97440
25                 (541) 431-4113
```

```
 1              APPEARANCES OF COUNSEL VIA TELEPHONE

 2

 3   FOR THE PLAINTIFF:     FRANK R. PAPAGNI, JR.
                            United States Attorney's Office
 4                          405 E. 8th Avenue, Suite 2400
                            Eugene, OR  97401
 5                          (541) 465-6771
                            frank.papagni@usdoj.gov
 6

 7   FOR THE DEFENDANT:     LAWRENCE H. MATASAR
                            Lawrence Matasar, P.C.
 8                          621 S.W. Morrison Street
                            Suite 1025
 9                          Portland, OR  97205
                            (503) 222-9830
10                          larry@pdxlaw.com

11                          STEVEN T. WAX
                            MICHELLE SWEET
12                          Federal Public Defender
                            101 S.W. Main Street, Suite 1700
13                          Portland, OR  97204
                            (503) 326-2123
14                          steve_wax@fd.org

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                  (Friday, March 18, 2011; 1:37 p.m.)
 2           (The following proceedings were had in chambers.)
 3                           P R O C E E D I N G S
 4             THE CLERK:  This is the time set for Case
 5    05-60008, United States of America versus Pirouz
 6    Sedaghaty, time set for status conference.
 7             THE COURT:  Good afternoon, Counsel.  Do you
 8    have anything to add to your papers?
 9             MR. MATASAR:  Your Honor, this is Larry
10    Matasar.  It was our understanding that this was a
11    scheduling conference, but --
12             THE COURT:  That's right.  It is.
13             MR. MATASAR:  So the answer to the question is
14    no, not for those purposes.
15             THE COURT:  Here is what I am going to -- if
16    you want me to consider an evidentiary hearing, then the
17    defendant is going to need to file a list of people you
18    wish to call as witnesses and what you want to ask them
19    about and what you expect to establish.  And how long
20    would you like to do that?
21             MR. PAPAGNI:  From the government's standpoint,
22    Judge, we have several reasons why we're opposed to that
23    evidentiary hearing.
24             THE COURT:  Yes.  Right now I just want to see
25    who the defendants want to -- I'm not going to rule on
```

```
 1   whether there is an evidentiary hearing until I know
 2   what the defense has in mind.
 3           MR. PAPAGNI:  Okay.
 4           THE COURT:  So how long do you need?
 5   Mr. Matasar, are you making that call or who is?
 6           MR. MATASAR:  We could do that by Monday, Your
 7   Honor.
 8           THE COURT:  That's fine.  And I'll allow the
 9   government until Thursday to file any responsive
10   pleading, and then I'll decide the next step.
11   Satisfactory, Counsel?
12           MR. MATASAR:  Yes, Your Honor.
13           THE COURT:  All right.  Anything further?
14           MR. PAPAGNI:  Not for the government.
15           THE COURT:  Good day.
16           (The proceedings were concluded at 1:38 p.m.)
17
18
19
20
21
22
23
24
25
```

```
 1                          CERTIFICATE

 2        I, Deborah Wilhelm, Certified Shorthand Reporter

 3   for the State of Oregon, do hereby certify that I was

 4   present at and reported in machine shorthand the oral

 5   proceedings had in the above-entitled matter.  I hereby

 6   certify that the foregoing is a true and correct

 7   transcript, to the best of my skill and ability, dated

 8   this 22nd day of September, 2011.

 9

10

11

12
                                    /s/ Deborah Wilhelm
13                                  _____
                                    Deborah Wilhelm, RPR
14                                  Certified Shorthand Reporter
                                    Certificate No. 00-0363
15
```