Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:   503-326-2123
Fax:  503-326-5524
steve_wax@fd.org
Attorney for Defendant
Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 05-60008 HO |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO UNSEAL SEALED UNCLASSIFIED VERSIONS OF TRANSCRIPTS AND DOCUMENTS** |
| **PIROUZ SEDAGHATY, et al.,** | |
| **Defendant** | |

Defendant Pirouz Sedaghaty, through counsel, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby moves this Court to unseal sealed, unclassified transcripts and/or documents.

Page 1    **DEFENDANT'S MOTION TO UNSEAL SEALED UNCLASSIFIED VERSIONS OF TRANSCRIPTS AND DOCUMENTS**

Listed below are the documents counsel is requesting be unsealed:

CR 199   July 13, 2009 hearing, page 48

CR 490,  Defense declarations concerning government closing
CR 492   argument

CR 508   Declaration of Colleen Anderson concerning government closing argument

CR 481   Pursuant to the Court's order of September 29, 2010, (CR 481) the Court Security Officer has provided a redacted set of transcripts of several of the Court's in camera proceedings during trial. The defense requests these transcripts be filed on the public record. *See* Exhibit A, email from CSO Scooter Slade dated November 22, 2010.

Counsel is unaware of any confidential information of a sensitive nature in the documents and/or pages requested to be unsealed.

CR 454   Day one of trial, September 11, 2010.

CR 465   Unredacted jury verdict.

CR 473   Unredacted day eight of trial, September 9, 2011 (CR 472 orders a redacted version of the transcript be filed on the docket

CR 454 (Voir Dire), CR 465 (Unredacted Jury Verdict) and CR 473 (Unredacted day eight of trial) were all sealed on the Court's own motion. If the only portions of these documents that are of concern to the Court are the juror names, the need for unsealing is less, particularly if the only redactions made with respect to the jury verdict and the day eight of the jury trial, are the names of the jurors. However, with respect to the Voir Dire, in order to

facilitate the appellate process, the defense requests that a version be filed publicly that substitutes juror initials for juror names.

Unsealing these documents will alleviate laborious efforts on the part of both parties and the appellate court with any possible appeal in which these sealed documents may be referenced.

Respectfully submitted this 27th day of September, 2011.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar