# EXHIBIT A



**RE: Transcripts and Lock Bag**
Slade, Scooter (JMD)  to: 'Michelle Sweet'                                      11/22/2010 10:45 AM
Cc: "'Steve_Wax@fd.org'", "'Larry@pdxlaw.com'",
"'William_Teesdale@fd.org'"

History:     This message has been forwarded.

Here you go, sorry for the delay.  Please let me know if you have any
questions or see any errors.


-----Original Message-----
From: Michelle Sweet [mailto:Michelle_Sweet@fd.org]
Sent: Thursday, November 18, 2010 7:22 PM
To: Slade, Scooter (JMD)
Subject: Re: Transcripts and Lock Bag

Hi Scooter -

A co-worker reminded me of the below.  Have those been produced?  Thanks.
Michelle

```
|-------+---+----------------------------------------------------------|
|       |   |                                                          |
| 09/2  | 4 | ORDER as to Pirouz Sedaghaty (2) - The Court directs its |
| 9/20  | 8 | Security Officer to consult with the appropriate         |
| 10    | 1 | government agency or agencies to conduct a classification|
|       |   | review of the transcripts of the Courts in camera        |
|       |   | proceedings during trial, so that they may be made       |
|       |   | available in an unclassified manner no later than November|
|       |   | 5, 2010. by U.S. District Judge Michael R. Hogan (sln)   |
|       |   | (Entered: 09/29/2010)                                    |
|       |   |                                                          |
|-------+---+----------------------------------------------------------|
```



```
|------------>
| From:      |
|------------>
>-------------------------------------------------------------------------
---------------------------------------------------------------|
  |"Slade, Scooter (JMD)" <Scooter.Slade@usdoj.gov>
|
>-------------------------------------------------------------------------
---------------------------------------------------------------|
|------------>
| To:        |
|------------>
>-------------------------------------------------------------------------
----------------------------------------------------------------|
  |"'Steve Wax'" <Steve_Wax@fd.org>, "'Larry@pdxlaw.com'" <Larry@pdxlaw.com>,
"'michelle_sweet@fd.org'" <michelle_sweet@fd.org>, "'William   |
  |Teesdale'" <William_Teesdale@fd.org>
|
```

```
>------------------------------------------------------------------------
------------------------------------------------------------------|
|------------>
| Cc:        |
|------------>

>------------------------------------------------------------------------
------------------------------------------------------------------|
  |"Fenstermacher, Samuel (USAOR)" <Samuel.Fenstermacher@usdoj.gov>
|

>------------------------------------------------------------------------
------------------------------------------------------------------|
|------------>
| Date:      |
|------------>

>------------------------------------------------------------------------
------------------------------------------------------------------|
  |09/29/2010 01:29 PM
|

>------------------------------------------------------------------------
------------------------------------------------------------------|
|------------>
| Subject:   |
|------------>

>------------------------------------------------------------------------
------------------------------------------------------------------|
  |Transcripts and Lock Bag
|

>------------------------------------------------------------------------
------------------------------------------------------------------|
```

Steve, Larry, et al -

The classified closed session transcripts are on their way to the USAO in Portland for you. Sam Fenstermacher remains your point of contact there. Additionally, your lock bag from Eugene will be on its way to Portland to store using the same arrangements as last time.

They will be sent-off for redaction/classification review, and pursuant to any Court order on timelines should I get one.

Let me know if you have any questions.

W. Scooter Slade
Litigation Security Group
U.S. Department of Justice
(202) 514-9016 - Office
(202) 307-2066 - Fax
Scooter.Slade@usdoj.gov


US v. Sedaghaty REDACTED Trial Closed Session Transcripts.pdf