Steven T. Wax, OSB #85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:  503-326-2123
Fax:  503-326-5524
steve_wax@fd.org
Attorney for Defendant
Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 05-60008 HO |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO COMPLETE THE RECORD** |
| **PIROUZ SEDAGHATY, et al.,** | |
| **Defendant** | |

Defendant Pirouz Sedaghaty, through counsel, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby moves this Court to complete the record.

Page 1   **DEFENDANT'S MOTION TO COMPLETE THE RECORD**

In anticipation of possible further proceedings in this case, the defense has taken an initial look at the record to determine whether there are any entries that are incomplete or if there are any missing entries.  *See* Fed. R. App. P. 10.  Given the complexity and length of this case, it is important to have a record that is complete and clear.  Based on an initial review, it appears that there are events and items that should be reflected on the docket but are not.  In order to assist the Court, the defense has created a table that includes these items.  The table is attached.  The table reflects that for some of the proceedings, the record includes a submission, notice of hearing, notice of people present, notice of review, and an order, but some do not.

Completion of the record is requested.

Respectfully submitted this 27th day of September, 2011.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar