Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 05-60008 HO |
| Plaintiff, | |
| v. | **DECLARATION IN SUPPORT OF MOTION TO COMPLETE RECORD** |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

Defendant Pirouz Sedaghaty, through counsel, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby submits the attached

Page 1    DECLARATION IN SUPPORT OF MOTION TO COMPLETE RECORD

declaration in support of a portion of his Motion To Complete The Record.  CR 582, 585.  The declaration discusses the agreement reached with the government at the time Mr. Sedaghaty delivered material to the SCIF in Washington, D.C. (*See* Tr. 11/23/10, 178-79) and was submitted to the United States Court of Appeals for the Ninth Circuit in Support of Mr. Sedaghaty's Petition for Mandamus (No. 09-73924).

  RESPECTFULLY SUBMITTED this 5th day of October, 2011.

        /s/ Steven T. Wax
        Steven T. Wax
        Federal Public Defender

        /s/ Lawrence H. Matasar
        Lawrence H. Matasar