# ATTACHMENT A



**Confidential Defense Material**

**Do not open without the consent of or notice to:**

**Stephen Sady 503-326-2123 or
The Federal Public Defender for the District
of Oregon 503-326-2123**

**Stephen Sady
Chief Deputy Federal Public Defender
503-326-2123**

**Office of the Federal Public Defender
503-326-2123**

# ATTACHMENT B

ATTORNEY CLIENT PROTECTED MATERIAL

Do not open without the consent of above counsel or order of the court.

CAUTION: May include protected classified material requiring compliance with storage in a Sensitive Compartmented Information Facility.

Stephen Sady
Chief Deputy Federal Public Defender
503-326-2123

Office of the Federal Public Defender
503-326-2123

# ATTACHMENT C

FD 501  (Rev. 2-20-07)

# FBI  RECORD  OF  RECEIPT

TOP SECRET (TS)

SENSITIVE COMPARTMENTED INFORMATION (SCI)

To verify security clearances call, Personnel Security Adjudication Section
FBIHQ, 202 436-7628 or 7388.

SCI LEVEL:                                CLASSIFICATION:

☐  HCS                          ☒  TOP SECRET
☐  GAMMA                         ☐  SECRET
☐  NATO/COS                      ☐  CONFIDENTIAL
☐  TK            *unkn*
☐  SI
☐  OTHER
☐  NONE      *Material assumed to be TS-SCI.*

RECEIPT NUMBER _____        COPY _____ Of _____

Employee initially handling material  *STEVEN BORGEN %/o FPD, PDX*

Originator of Material  *Unkn*

Originator Serial #  *Unkn*    Document Type  *Unkn*

Document Date  *Unkn*    Date Processed  *Jan 10, 2008*

Caption:  *Red bag being Stored for Federal*
          *Public Defenders OFFICE unopened.*
                                      *5:05*  *B*
                                      *1/10/08*

Caption Classification:  ☒ Top Secret  ☐ Secret  ☐ Confidential

Received By: _____

Downgrade to _____ By _____ Date: _____

Declassified By: _____ Date: _____