**ATTACHMENT 1**

Rev. 5/98   IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITH

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |
|---|---|---|---|---|---|
| IN THE CASE OF | | FOR | RECV'D '07 AUG 30 15:18 USDC-ORE | | LOCATION NUMBER |
| USA v.s. PIROUZ SEDAGHATY | | AT | FILED '07 AUG 30 15:18 USDC-ORE | | |

PERSON REPRESENTED (Show your full name)
► PIROUZ SEDAGHATY AKA PETE SEDA

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate

District Court
CR-05-60008-HO

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony   ☐ Misdemeanor
1. CONSPIRACY (RE: MONETARY TRANSACTION)
2. FALSE RETURN BY TAX EXEMPT ORG.

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____   SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 5,000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: $5,000 — 1/3 OF UNIMPROVED LAND IN EASTERN OR.
10,000 — VEHICLES, MISC.
30,000 — ARBORIST MACHINES + EQUIP.
(GOOD FAITH ESTIMATES. HAVE NOT SEEN ASSETS IN SOME TIME)

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED  ☐ SINGLE  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: SUMMER MARIE RIFE - WIFE

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | MISC. CREDIT CARD DEBT (EST.) | $150,000 + | — |
| | BANK OF AMERICA (EST.) | $50,000 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/17/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► [signature]

26

Case 6:05-cr-60008-AA   Document 596-2   Filed 11/04/11   Page 2 of 10
Case 6:05-cr-60008-HO   Document 60-1 SEALED   Filed 10/26/07   Page 2 of 10   Page ID#: 485
OCT. 26. 2007  8:23AM   FEDERAL PUBLIC DEF.   ID#: 7681

ATTACHMENT 2

# FINANCIAL AFFIDAVIT

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: **USA** v.s. **PIROUZ SEDAGHATY**

FOR: ___  AT: ___

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): **PIROUZ SEDAGHATY AKA PETE SEDA**

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: ___
District Court: **CR. 05-60008-HO**
Court of Appeals: ___

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
1. CONSPIRACY (RE: MONETARY TRANSACTION)
2. FILING FALSE TAX RETURN BY TAX EXEMPT ORG.

## ANSWER THESE QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☑ Am Self-Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☑ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ ___
SOURCES: SEE NOTES 1 AND 2 (ATTACHED)

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ **5,000**

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No  (SEE NOTE 3, ATTACHED AND NOTE 4 ATTACHED)
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 5,000  DESCRIPTION: 1/2 of UNIMPROVED LAND IN EASTERN OR
10,000  VEHICLES, MISC.
30,000  ARBORIST MACHINES + EQUIP
GOOD FAITH ESTIMATES - HAVE NOT SEEN ASSETS IN SOME TIME.

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them:
SUMMER MARIE RIFE - WIFE

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditor | Total Debt | Monthly Paym. |
|---|---|---|---|
| | MISC CREDIT CARD DEBT (EST.) | $150,000 + | $ |
| | BANK OF AMERICA (EST.) | $50,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **10/24**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signed]

Case 6:05-cr-60008-AA   Document 596-2   Filed 11/04/11   Page 3 of 10
Case 6:05-cr-60008-HO   Document 601   Filed 11/07/07   Page 3 of 8   Page ID#: 7546
OCT. 26. 2007  8:23AM    FEDERAL PUBLIC DEF...    ID#: 7683

10/24/07

**NOTE 1**  The financial information is based on my recollection without records available in the jail. I have signed releases for all bank records that I recall. Those records are the best statement of my assets.

**NOTE 2**  During the past twelve months I had several thousand dollars inflow from trading etc. but no net income. I received a deposit back from a visa cancellation, approximately $2000 - 2500. I received a few thousand dollars from friends. This was an informal arrangement that should be viewed as a loan not a gift.

**NOTE 3**  I do not recall balances on the U.S. bank accounts. I provided names and releases to the pre-trial office. Balances on foreign bank accounts are between $200-500 as I recall. I also provided names, and the account numbers to pre-trial.

OCT. 26. 2007 8:23AM   Case 6:05-cr-60008-HO   Document 60-1 SEALED   FEDERAL PUBLIC DEF...   ID#: 7682   Filed 11/01/07   Page 2 of 8   Page ID#: 356

1/24/07

note 4    There is money in three lawyers trust accounts. I do not know the exact amounts. I have been told by my lawyers there is $15,000 in David Berger's Trust account and $19,235 in Larry Matasar's trust account. There may also be money in Lynn Bernabei's trust account. I have been told there was approximately $23,000 in Ms. Bernabei's account in 2004. I have been told that was Qur'an Foundation money and do not believe I may use that for personal expenses including legal fees for myself or for bail.

I can use the $19,235 in Larry Matasar's account for personal expenses including legal fees and bail. It is not clear that I may access the $15,000 in Mr. Berger's account or direct its expenditure.

★AC 78  (Rev. 11/07) Appearance Bond

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA
V.

**APPEARANCE BOND**

Pirouz Sedaghaty aka Pete Seda
Defendant

Case Number:   6:05CR 60008

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __150,000.00__ , and there has been deposited in the Registry of the Court the sum of
$ __58,981.00__ in cash or ____na____ (describe other security).

The conditions of this bond are that the defendant ____Pirouz Sedaghaty aka Pete Seda____
                                                                                         Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review), which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on  November 27, 2007  at  Lane Co. Jail
                              Date                              Place

Defendant  /s/ _____

Surety _____

Surety _____

Signed and acknowledged before me on _____
                                                              Date

                                                                            Signature of Judge/Clerk
Bond Approved: __Michael R. Hogan__
                              Signature of Judge

```
Court Name: District Court of Oregon
Division: 6
Receipt Number: ORXG6GJ08342
Cashier ID: snojelme
Transaction Date: 11/30/2007
Payer Name: Pirouz Sedaghaty

TREASURY REGISTRY
 For: Pirouz Sedaghaty
 Case/Party: D-ORX-6-05-CR-060008-002
 Amount:        $58,981.00

CHECK
 Check/Money Order Num: 8652302539
 Amt Tendered: $58,981.00

Total Due:      $58,981.00
Total Tendered: $58,981.00
Change Amt:         $0.00

Cashiers check posted for release
bond for CR 05-60008-02-HO  USA v.
Pirouz Sedaghaty aka Pete Seda


A $45.00 fee will be charged on all
returned checks.
```

```
Amount:           $50,000.00
Account:          2880314895
Bank Number:      32307038
Check Number:     1281
Sequence Number:  4350550716
Capture Date:     10/21/02
```



```
Amount:            $15,000.00
Account:           2880314895
Bank Number:       32307038
Check Number:      1332
Sequence Number:   4250749961
Capture Date:      12/19/02
```







## Business Name Search

### Business Entity Data

10-26-2011 10:53

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 170551-87 | DNP | INA | OREGON | 09-05-1989 | | |

| Entity Name | QUR'AN FOUNDATION |
| Foreign Name | |
| Non Profit Type | RELIGIOUS WITH MEMBERS |

### Associated Names

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | | |
|---|---|---|---|---|---|
| Addr 1 | 1257 SISKIYOU BLVD #224 | | | | |
| Addr 2 | | | | | |
| CSZ | ASHLAND | OR | 97520 | Country | UNITED STATES OF AMERICA |

Please click here for general information about registered agents and service of process.

| Type | AGT | REGISTERED AGENT | Start Date | 08-12-1996 | Resign Date | |
|---|---|---|---|---|---|---|
| Name | P.SADA | | GHATY | | | |
| Addr 1 | 1257 SISKIYOU BLVD #224 | | | | | |
| Addr 2 | | | | | | |
| CSZ | ASHLAND | OR | 97520 | Country | UNITED STATES OF AMERICA | |

| Type | PRE | PRESIDENT | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | P.SADA | | GHATY | | | |
| Addr 1 | 1257 SISKIYOU BLVD #224 | | | | | |
| Addr 2 | | | | | | |
| CSZ | ASHLAND | OR | 97520 | Country | UNITED STATES OF AMERICA | |

| Type | SEC | SECRETARY | | | Resign Date | |
|---|---|---|---|---|---|---|
| Name | DAVID | | RODGERS | | | |
| Addr 1 | PO BOX 871 | | | | | |
| Addr 2 | | | | | | |
| CSZ | ASHLAND | OR | 97520 | Country | UNITED STATES OF AMERICA | |

| New Search | Printer Friendly | Name History | | | | |
|---|---|---|---|---|---|---|
| | **Business Entity Name** | | **Name Type** | **Name Status** | **Start Date** | **End Date** |
| QUR'AN FOUNDATION | | | EN | CUR | 09-05-1989 | |

Please <u>read</u> before ordering <u>Copies</u>.

| New Search | Printer Friendly | | Summary History | | | |
|---|---|---|---|---|---|---|
| **Image Available** | **Action** | **Transaction Date** | **Effective Date** | **Status** | **Name/Agent Change** | **Dissolved By** |
| | ADMINISTRATIVE DISSOLUTION | 11-05-2004 | | SYS | | |
| | NOTICE LATE ANNUAL | 09-10-2004 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 10-23-2003 | | SYS | | |
| | NOTICE LATE ANNUAL | 09-12-2003 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 08-13-2002 | | SYS | | |
| | ANNUAL REPORT PAYMENT | 08-17-2001 | | SYS | | |
| | STRAIGHT RENEWAL | 08-17-2000 | | FI | | |
| | STRAIGHT RENEWAL | 08-18-1999 | | FI | | |
| | STRAIGHT RENEWAL | 10-14-1998 | | FI | | |
| | NOTICE | 09-14-1998 | | SYS | | |
| | STRAIGHT RENEWAL | 08-19-1997 | | FI | | |
| | AMENDED RENEWAL | 08-12-1996 | | FI | | |
| | AGENT/AUTH REP CHNG | 08-12-1996 | | FI | | |
| | STRAIGHT RENEWAL | 08-08-1995 | | FI | | |
| | STRAIGHT RENEWAL | 07-26-1994 | | FI | | |
| | STRAIGHT RENEWAL | 07-27-1993 | | FI | | |
| | REINSTATEMENT | 12-01-1992 | | FI | | |
| | INVOL DISSOLUTION | 10-30-1992 | | SYS | | |
| | NOTICE | 09-15-1992 | | SYS | | |
| | STRAIGHT RENEWAL | 08-09-1991 | | FI | | |
| | REINSTATEMENT | 01-24-1991 | | FI | | |
| | INVOL DISSOLUTION | 12-20-1990 | | SYS | | |
| | NOTICE | 09-18-1990 | | SYS | | |
| | NEW FILING | 09-05-1989 | | FI | | |

About Us | Announcements | Laws & Rules | Feedback Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site, please contact : corporation.division@state.or.us

