IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-60008-HO |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| PIROUZ SEDAGHATY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Defendant's counsel once again seeks to gain insight into classified information and to gain insight into the court's deliberative process regarding in camera review, this time via a "motion to complete the record." Defendant contends that there are events and items that should be reflected on the docket, but are not. The government and defense have apparently consulted and the defense asks that the clarifications be noted in the record, but defendant maintains that further items still need to be reflected.

Defendant lists various government submissions and asserts there is need for a more complete record regarding court review, and/or hearings and/or orders. Defendant generally seeks information about when the court reviewed classified information, what classified information it reviewed, and who was present during the review. The court finds that the record is complete with respect to classified review. An appellate court will have access to classified submissions and any transcripts generated if a hearing was conducted. That is sufficient for appellate review.

Defendant also seeks to unseal sealed unclassified versions of transcripts or documents:

Docket number 199 is ordered unsealed.

Docket numbers 490 and 492 are not under seal. To the extent defendant seeks to unseal docket number 493, the motion is denied.

Docket number 508 shall remain sealed.

With respect to the transcripts referred to in docket number 481, The party in possession of those redacted transcripts may file them on the public record.

Docket number 454 is to remain sealed. However, the court reporter shall provide a redacted version to be publically filed.

Docket number 465 shall remain sealed.

Docket number 473 shall remain as filed.

## CONCLUSION

For the reasons stated above, defendant's motion to complete the record (#582) is denied and the motion to unseal (#581) is granted in part and denied in part.

DATED this 22nd day of November, 2011.

_____
Michael S. Hogan
United States District