Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email:  steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**PIROUZ SEDAGHATY,**<br><br>                              Defendant. | CR 05-60008<br><br>**STIPULATION RE: CJA REIMBURSEMENT** |

After consultation about the potential for reimbursement of attorney fees pursuant to 18 U.S.C. § 3006A, the parties have resolved the issues raised by

Page 1 -     STIPULATION RE: CJA REIMBURSEMENT

the government post-sentencing.  The government withdraws its request for an accounting from attorneys Lynne Bernabei and David Berger.

The parties stipulate that an appropriate order from the Court would direct payment deposit in the Treasury as a reimbursement to the appropriation of the $19,235 that was posted as bail by Mr. Matasar from his attorney trust account where it had been deposited for the personal use by Mr. Sedaghaty for legal matters.  Such an order should be entered when bond is exonerated in this matter.

The parties agree that the amount of Criminal Justice Act fees expended on Mr. Sedaghaty's defense exceeds $19,235 and that an order for reimbursement in the amount of $19,235 will conclude the matter.

Respectfully submitted this 23rd day of November, 2011.


/s/ Steven T. Wax					/s/ Lawrence H. Matasar
Steven T. Wax						Lawrence H. Matasar
Federal Public Defender

Attorneys for Mr. Sedaghaty


/s/ Charles Gorder					/s/ Christopher Cardani
Charles Gorder						Christopher Cardani
Assistant United States Attorney			Assistant United States Attorney