IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>         v.<br><br>PIROUZ SEDAGHATY,<br><br>                                Defendant. | CR 05-60008<br><br>ORDER GRANTING STIPULATION |

Upon consideration of the position of the parties on the question of reimbursement by Mr. Sedaghaty of attorney fees, it is hereby

ORDERED that, pursuant to 18 U.S.C. § 3006A, $19,235 of the money posted as bail for Mr. Sedaghaty be deposited in the Treasury as a reimbursement to the appropriation for attorney fees expended on his behalf at such time as bond is exonerated in this case.

Dated this _____ day of November, 2011.

_____
Honorable Michael R. Hogan

Presented by:

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar

Attorneys for Mr. Sedaghaty

/s/ Charles Gorder
Charles Gorder
Assistant United States Attorney

/s/ Christopher Cardani
Christopher Cardani
Assistant United States Attorney