# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | CR 05-60008 |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION |
| v. | |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Upon consideration of the position of the parties on the question of reimbursement by Mr. Sedaghaty of attorney fees, it is hereby

ORDERED that, pursuant to 18 U.S.C. § 3006A, $19,235 of the money posted as bail for Mr. Sedaghaty be deposited in the Treasury as a reimbursement to the appropriation for attorney fees expended on his behalf at such time as bond is exonerated in this case.

Dated this 30th day of November, 2011.

Honorable Michael R. Hogan

Presented by:

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

Attorneys for Mr. Sedaghaty

/s/ Lawrence H. Matasar
Lawrence H. Matasar

/s/ Charles Gorder
Charles Gorder
Assistant United States Attorney

/s/ Christopher Cardani
Christopher Cardani
Assistant United States Attorney