# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### EUGENE DIVISION

**UNITED STATES OF AMERICA,**

      v.                              District Court Case No:     CR No. 05-60008 HO

**PIROUZ SEDAGHATY,**               District Court Trial Judge:    Hon. Michael Hogan

          **Defendant.**

## NOTICE OF APPEAL

(a)    Notice of Appeal:  Notice is given to the United States Court of Appeals for the Ninth Circuit that Defendant **PIROUZ SEDAGHATY** appeals from the following:

      ____    Conviction only [Fed. R. Crim. P. 32(b)]

      _XX_    Conviction and Sentence

      ____    Sentence only (18 U.S.C. § 3742)

      ____    Order

_____.

(b)    Sentence Imposed:    33 Months (Recommendation for Federal Prison Camp Sheridan)

(c)    Bail Status:    Self-Surrender before 2:00 p.m. January 23, 2012

ENTERED on behalf of the defendant:    December 1, 2011.

                                                                   /s/ Steven T. Wax
_____                      _____
Deputy Clerk                                             Counsel for Appellant

=========================================================

Is a Transcript Required on Appeal?    _X_  Yes    ____ No

Name of Court Reporter:    Deb Wilhelm

Note:  If transcript is required, Appellant's counsel must complete the Transcript Order Form (CA 9-036) and make appropriate financial arrangements with the court reporter.

cc:    AUSA Chris Cardani, AUSA Charles Gorder