FILED

DEC 09 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　Defendant - Appellant. | No. 11-30342<br><br>D.C. No. 6:05-cr-60008-HO<br>District of Oregon,<br>Eugene<br><br>ORDER |

Before: GOODWIN and FARRIS, Circuit Judges.

This appeal is remanded to the district court for the limited purpose of enabling that court to state, orally or in writing, the reasons for its order denying appellant's motion for bail pending appeal. *See* 18 U.S.C. § 3143(b); Fed. R. App. P. 9(b); *United States v. Wheeler*, 795 F.2d 839, 841 (9th Cir. 1986) (order).

The district court shall provide the oral or written statement within 10 days after the date of this order. *See Wheeler*, 795 F.2d at 841. Appellant may file a supplemental memorandum in support of the motion for bail pending appeal within 10 days after the filing date of the district court's statement. Appellee may file its response within 10 days after service of appellant's supplemental memorandum.

SL/MOATT

Appellant's optional reply is due within 7 days after service of the government's response.

The previously established briefing schedule shall remain in effect.

The Clerk shall serve this order on the district judge.