# PIROUZ SEDAGHATY

Summary of Travel Details
Per Current and Expired US and Iranian Passports

| Date | Enter/Exit | Visa | Country | Passport Issue Date | Details |
|---|---|---|---|---|---|
| 4/8/1999 | | Non-Employment | K.S.A. | 1994 US Passport pg. 9 | Visa valid for pilgrimage session; accompanied by his two wives, and children. |
| 4/26/2000 | ENTER | | Iran | 1999 Iranian Passport pg. 40 | Enter via Mehrabad Airport |
| 5/7/2000 | EXIT | | Iran | 1999 Iranian Passport pg. 40 | Exit via Mehrabad Airport |
| 12/15/2000 | ENTER | | K.S.A. | 1994 US Passport pg. 12 | Entered via King 'Abd al 'Aziz International Airport |
| 1/1/2001 | EXIT | | | 1994 US Passport pg. 12 | Stamp illegible as to what country subject exited. |
| 2/9/2002 | ENTER | | Canada | 1994 US passport pg. 14 | |
| 6/30/2002 | | | Jordan | 1994 US Passport pg. 18 | Queen 'Alia Airport; Illegible as to whether subject entered or exited country. |
| 1/17/2003 | | Unknown | K.S.A. | 2002 US Passport pg. 8 | Validity: 2 months; Issued in Washington; period of stay: 1 month; reason: to visit Ratwa Auto Company |
| 2/8/2003 | | | K.S.A. | 2002 US Passport pg. 8 | Stamp completely illegible aside from the date |
| 3/5/2003 | | Unknown | Unknown | 2002 US Passport pg. 10 | Good for the duration of 2 months; other details illegible on stamp |
| 5/13/2003 | | Unknown | Unknown | 2002 US Passport pg. 11 | Good for the duration of two months to exit on 6/11/2003 |
| 6/23/2003 | ENTER | | K.S.A. | 2002 US Passport pg. 8 | Entered via King Fhad International Airport |
| 8/18/2003 | | 581865 | Oman | 2002 US Passport pg. 14 | Visa; Permitted to stay in Oman from 8/18/2003 - 9/16/2003 |
| 8/21/2003 | | 581970 | Oman | 2002 US Passport pg. 18 | Visa; Permitted to stay in Omn from 8/21/2003 - 9/19/2003 |
| 8/21/2003 | ENTER | | Oman | 2002 US Passport pg. 18 | Wadi Al-Jizzi Passport Center [Border Checkpoint] |
| 8/21/2003 | EXIT | | Oman | 2002 US Passport pg. 18 | Wadi Al-Jizzi Passport Center [Border Checkpoint] |
| 8/27/2003 | EXIT | | U.A.E. | 1999 Iranian Passport pg. 13 | Exit via Dubai International Airport |
| 9/4/2003 | EXIT | 670680 | K.S.A. | 2002 US Passport pg. 16 | Exit via King Khalid International Airport. |
| 9/4/2003 | | | U.A.E. | 2002 US Passport pg. 19 | Visa; Valid for one month stay from date of arrival |
| 10/31/2003 | EXIT | | U.A.E. | 2002 US Passport pg. 19 | Exit via Dubai International Airport |
| 11/12/2003 | ENTER | | U.A.E. | 2002 US Passport pg. 20 | Enter via Dubai International Airport |
| 12/20/2003 | EXIT | | U.A.E. | 2002 US Passport pg. 20 | Exit via Dubai International Airport |
| 12/21/2003 | ENTER | | K.S.A. | 2002 US Passport pg. 16 | Enter via King Khalid International Airport |
| 12/22/2003 | ENTER | | U.A.E. | 2002 US Passport pg. 14 | Enter via Dubai International Airport |
| 12/22/2003 | | 45408410 | Unknown | 2002 US Passport pg. 21 | Visa; Passport office illegible; Multiple exit and re-entry visa; Permitted to leave within two months from 12/22/2003 and return within six months of the date of first departure. |
| 12/23/2003 | EXIT | | K.S.A. | 2002 US Passport pg. 20 | Exit via King Khalid International Airport. |
| 1/1/2004 | EXIT | | U.A.E. | 2002 US Passport pg. 14 | |
| 1/1/2004 | ENTER | | Oman | 2002 US Passport pg. 22 | Wadi Al-Jizzi Passport Center [Border Checkpoint] |
| 1/2/2004 | ENTER | | U.A.E. | 2002 US Passport pg. 23 | Khatm Al-Shaklah Passport Center [Border Checkpoint] |
| 1/27/2004 | EXIT | | U.A.E. | 2002 US Passport pg. 23 | Exit via Dubai International Airport |
| 1/28/2004 | ENTER | | K.S.A. | 2004 US Passport pg. 9 | Entered via King Khalid International Airport |
| 2/6/2004 | EXIT | | K.S.A. | 2004 US Passport pg. 9 | Exited via Dubai International Airport. |
| 2/11/2004 | ENTER | | U.A.E. | 2004 US Passport pg. 8 | Entered via King Khalid International Airport |
| 2/12/2004 | ENTER | | K.S.A. | 2004 US Passport pg. 8 | Enter via Dubai International Airport |
| 2/18/2004 | EXIT | | K.S.A. | 2004 US Passport pg. 10 | Exited via King 'Abd al 'Aziz International Airport |
| 2/19/2004 | | | Oman | 2004 US Passport pg. 10 | Illegible as to whether subject entered or exited country on this date. |
| 4/9/2004 | EXIT | | U.A.E. | 2004 US Passport pg. 10 | |
| 4/9/2004 | ENTER | | U.A.E. | 2004 US Passport pg. 11 | |
| 5/2/2004 | EXIT | | U.A.E. | 2004 US Passport pg. 11 | Exit via Dubai International Airport |

1

| Date | Enter/Exit | Visa | Country | Passport Issue Date | Details |
|---|---|---|---|---|---|
| 5/11/2004 | ENTER | | U.A.E. | 2004 US Passport pg. 10 | Enter via Dubai International Airport |
| 6/10/2004 | EXIT | | U.A.E. | 2004 US Passport pg. 10 | Exit via Dubai International Airport |
| 6/11/2004 | ENTER | | U.A.E. | 2002 US Passport pg. 17 | Enter via Dubai International Airport |
| 6/17/2004 | ENTER | | U.A.E. | 2004 US Passport pg. 12 | Enter via Dubai International Airport |
| 6/18/2004 | EXIT | | K.S.A. | 2004 US Passport pg. 20 | Exit via King Khalid International Airport. |
| 7/5/2004 | EXIT | | U.A.E. | 2004 US Passport pg. 12 | Exit via Dubai International Airport |
| 7/8/2004 | ENTER | | U.A.E. | 2004 US Passport pg. 12 | Enter via Dubai International Airport |
| 8/2/2004 | EXIT | | | 2004 US Passport pg. 13 | Country illegible on stamp, but most likely Oman |
| 8/2/2004 | | | U.A.E. | 2004 US Passport pg. 13 | Stamp illegible as to whether subject entered or exited the UAE |
| 8/2/2004 | EXIT | | U.A.E. | 2004 US Passport pg. 12 | Al-Wajaja Passport [Checkpoint] |
| 8/2/2004 | ENTER | | Oman | 2004 US Passport pg. 13 | Hatta Passport Center [Checkpoint] |
| 9/28/2004 | EXIT | | U.A.E. | 2004 US Passport pg. 13 | Al-Wajaja Passport [Checkpoint] |
| 9/28/2004 | ENTER | | Oman | 2004 US Passport pg. 13 | Country illegible on stamp, but most likely Oman |
| 9/28/2004 | EXIT | | | 2004 US Passport pg. 13 | Hatta Passport Center [Checkpoint] |
| 9/28/04 | ENTER | | U.A.E. | 2004 US Passport pg. 14 | Country illegible on stamp |
| 11/7/2004 | ENTER | | | 2004 US Passport pg. 21 | King [illegible] Airport; Country exited illegible, but presumed to be K.S.A. |
| 11/20/04 | EXIT | | | 2004 US Passport pg. 15 | |
| 11/26/04 | EXIT | | U.A.E. | 2004 US Passport pg. 14 | Hatta Passport Center [Border Checkpoint] |
| 11/26/2004 | ENTER | | U.A.E. | 2004 US Passport pg. 16 | Al-Wajaja Passport [Border Checkpoint] |
| 11/26/2004 | ENTER | | Oman | 2004 US Passport pg. 21 | Al-Wajaja Passport [Border Checkpoint] |
| 1/22/05 | EXIT | | Oman | 2004 US Passport pg. 16 | Hatta Passport Center [Border Checkpoint] |
| 1/22/05 | ENTER | | U.A.E. | 2004 US Passport pg. 16 | Hatta Passport Center [Border Checkpoint] |
| 1/22/2005 | EXIT | | U.A.E. | 2004 US Passport pg. 17 | Exit via Dubai International Airport |
| 1/30/2005 | ENTER | | Iran | 1999 Iranian Passport pg. 40 | Enter via Mehrabad Airport (Stamp hard to read, could possibly be 2004 rather than 2005) |
| 2/17/2005 | | 68278 | Embassy of Syrian Arab Republic in Tehran | 2006 Iranian Passport pg. 8 | Category: Entry; Number of journies: One |
| 9/16/2006 | | | Syrian Arab Republic | 2006 Iranian Passport pg. 9 | Province of Damascus Police HQ Immigration and Passports Branch; Allowed to stay until 1/7/2007 |
| 10/28/2006 | EXIT | 688 | Syrian Arab Republic | 2006 Iranian Passport pg. 10 | Exit via Damascus Airport |
| 8/14/2007 | EXIT | | K.S.A. | 2004 US Passport pg. 21 | Month and date illegible on stamp (Possible date of November 2004) of 2004, and as to what country was exited |
| ?/?/2004 * | ENTER | | U.A.E. | 2004 US Passport pg. 14 | Enter via Dubai International Airport; year entered illegible, but presumed to be 2004. |
| 11/?/2004 * | EXIT | | U.A.E. | 2004 US Passport pg. 14 | Flight from Dubai to Tehran, Iran. Year of travel not stated. |
| 11/21/? * | ENTER | | Iran | 1999 Iranian Passport pg. 41 | Flight to Tehran from Dubai. Year of travel not stated |
| 2/17/? | EXIT | | U.A.E. | 1999 Iranian Passport pg. 41 | Enter via Dubai International Airport; year entered illegible |
| 2/17/? | ENTER | | U.A.E. | 1999 Iranian Passport pg. 11 | Enter via Sharjah International Airport |
| 2/3/? | ENTER | | U.A.E. | 1999 Iranian Passport pg. 13 | |
| Unknown | ENTER | | | | |
| Unknown * | | 950440156 | Oman | 2002 US Passport pg. 22 | Visa; Multiple entry for one year; Permitted to stay in Oman for 3 weeks each visit then return after 3 weeks. (Possible date of early 2004) |
| Unknown * | ENTER | | K.S.A. | 2004 US Passport pg. 20 | Date illegible; King Fahd International Airport (Possible date of June 2004) |

\* date estimation is derived from placing travel event in context with surrounding passport entries

2