| 1. CIR./DIST./ DIV. CODE  ORX06 | 2. PERSON REPRESENTED  Sedaghaty, Pirouz | | | VOUCHER NUMBER  FILED14DEC'11 15:01USDC-ORE | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  05-60008 HO | | 5. APPEALS DKT./DEF. NUMBER  CA 11-30342 | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*  US v. Sedaghaty | 8. PAYMENT CATEGORY  ☐ Felony   ☐ Petty Offense  ☐ Misdemeanor ☐ Other  ☑ Appeal | | 9. TYPE PERSON REPRESENTED  ☐ Adult Defendant   ☑ Appellant  ☐ Juvenile Defendant ☐ Appellee  ☐ Other: | 10. REPRESENTATION TYPE  *(See Instructions)*  Appeal of Trial Disposition | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME *(First Name, M.I., Last Name, including any suffix)*,
AND MAILING ADDRESS

Larry Matasar
621 SW Morrison #1025
Portland, OR 97205

Telephone Number: (503) 222-9830

13. COURT ORDER
☐ O Appointing Counsel        ☑ C Co-Counsel
☐ F Subs For Federal Defender  ☐ R Subs For Retained Atty.
☐ P Subs For Panel Attorney    ☐ Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other *(See Instructions)*

14. NAME AND MAILING ADDRESS OF LAW FIRM *(Only provide per instructions)*

Larry Matasar
621 SW Morrison #1025
Portland, OR 97205

*[signature]*
Signature of Presiding Judicial Officer or By Order of the Court
12/1/2011 effective
Date of Order       Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment. ☐ YES ☐ NO

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| CATEGORIES *(Attach itemization of services with dates)* | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $____) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work *(Specify on additional sheets)* | | | | | |
| (RATE PER HOUR = $____) TOTALS: | | | | | |
| 17. Travel Expenses *(lodging, parking, meals, mileage, etc.)* | | | | | |
| 18. Other Expenses *(other than expert, transcripts, etc.)* | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM: _____  TO: _____

20. APPOINTMENT TERMINATION DATE  IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number ____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO  If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment *(compensation or anything of value)* from any other source in connection with this representation? ☐ YES ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) *Payment approved in excess of the statutory threshold amount.* | | | DATE | 34a. JUDGE CODE |