FILED

APR 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 11-30342 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 6:05-cr-60008-HO-2 |
| v. | District of Oregon, Eugene |
| PIROUZ SEDAGHATY, | ORDER |
| Defendant - Appellant. | |

Before: SCHROEDER and LEAVY, Circuit Judges.

Appellant's petition for panel rehearing and alternative suggestion for rehearing en banc is construed as a motion for reconsideration and motion for reconsideration en banc of the court's February 17, 2012 order. So construed, the motion for reconsideration is denied. *See* 9th Cir. R. 27-10. The motion for reconsideration en banc is denied on behalf of the court. *See* 9th Cir. Gen. Ord. 6.11.

The briefing schedule remains stayed pending further order of this court.

SL/MOATT