FILED

MAY 03 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30342 |
| Plaintiff - Appellee, | D.C. No. 05-CR-60008-HO<br>District of Oregon,<br>Eugene |
| v. | |
| PIROUZ SEDAGHATY, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner

The district court's March 19, 2010 Protective Order Pertaining To Classified Information continues in effect on appeal. *See* Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. 3; Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information.

Pursuant to the April 30, 2012 case conference, the parties are granted leave to file separate classified and unclassified briefs on appeal. Pirouz Sedaghaty's opening briefs are due May 4, 2012. The government's answering briefs are due August 3, 2012. Sedaghaty's reply briefs are due August 24, 2012.

In light of the extensions of time granted by this order, and Sedaghaty's projected November 21, 2013 release date, further requests for extensions of time to file the briefs are discouraged.  The Clerk of the Court shall calendar this appeal as soon as practicable after filing of the answering brief.

Any party who wishes to file an oversized unclassified brief shall, on or before the due date for the brief, electronically file a motion for leave to file the brief accompanied by a copy of the proposed brief and a certification as to the brief's word count.  *See* 9th Cir. R. 32-1, -2; 9th Cir. Form 8.  Motions for leave to file oversized classified briefs need not be accompanied by copies of the proposed brief.

The parties shall file the classified briefs in camera and under seal with Winfield S. "Scooter" Slade, Classified Information Security Officer, United States Department of Justice, (202) 514-9016, Scooter.Slade@usdoj.gov, as the designee of the Clerk of the Court.  At the time of making a physical submission to the Security Officer, counsel shall file on the public record in the CM/ECF system a notice of filing that notifies the Court that a filing has been made.