IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>PIROUZ SEDAGHATY,<br><br>       Defendant. | No. 6:05-cr-60008-HO<br><br><br>**ORDER TO EXONERATE BOND AND RETURN BAIL** |

  Upon defendant's Motion For Order To Exonerate The Bond and bail posted in this matter, it is hereby

  ORDERED that, pursuant to 18 U.S.C. § 3006A, $19,235 of the money posted as bail for Mr. Sedaghaty be deposited in the United States Treasury as a reimbursement to the Criminal Justice Act appropriation for attorney fees

**Page 1   ORDER**

expended on his behalf and that the remainder of the funds posted (approximately $40,000), be returned to Thomas H. Nelson, Attorney at Law, Thomas H. Nelson & Assoc., PO Box 1211, Welches, Oregon 97067.

    Dated this \_\_\_\_ day of May, 2012.

                                         Michael Hogan
                                         United States District Court Judge

**For Court Use Only**

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court


By: Financial Administrator