Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>PIROUZ SEDAGHATY,<br><br>        Defendant. | No. 6:05-cr-60008-HO<br><br><br>RENEWED MOTION FOR ORDER TO EXONERATE BOND AND RETURN BAIL |

   Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby renews his request seeking an Order to Exonerate the Bond and bail posted in this matter.

Page 1  RENEWED MOTION FOR ORDER TO EXONERATE BOND AND RETURN BAIL

On November 30, 2007, an appearance bond was entered as to Pirouz Sedaghaty in the amount of $150,000, with cash bail posted in the amount of $58,981.  CR 67.  On November 30th, 2011, this Court ordered that pursuant to 18 U.S.C. § 3006A, $19,235 of the money posted as bail for Mr. Sedaghaty was to be deposited in the United States Treasury as a reimbursement to the Criminal Justice Act appropriation for attorney fees expended on his behalf at such time as bond is exonerated in this case.  The remainder of the money posted as bail, $39,746, should be returned to Thomas H. Nelson, Attorney at Law.

On February 29, 2012, Mr. Sedaghaty reported to prison.  On April 30, 2012, the United States Court of Appeals for the Ninth Circuit denied Mr. Sedaghaty's request for release pending appeal.  Therefore, his bond should be exonerated.

RESPECTFULLY SUBMITTED this 8th day of May, 2012.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar

**Page 2   RENEWED MOTION FOR ORDER TO EXONERATE BOND AND RETURN BAIL**