**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 6:05-cr-60008-HO** |
| **Plaintiff,** | |
| **v.** | **ORDER TO EXONERATE BOND AND RETURN BAIL** |
| **PIROUZ SEDAGHATY,** | |
| **Defendant.** | |

Upon defendant's Renewed Motion For Order To Exonerate The Bond And Return Bail posted in this matter, it is hereby

ORDERED that, pursuant to 18 U.S.C. § 3006A, $19,235 of the money posted as bail for Mr. Sedaghaty be deposited in the United States Treasury as a reimbursement to the Criminal Justice Act appropriation for attorney fees

**Page 1   ORDER**

expended on his behalf and that the remainder of the funds posted, $39,746, be

returned to Thomas H. Nelson, Attorney at Law, Thomas H. Nelson & Assoc., PO

Box 1211, Welches, Oregon 97067.

      Dated this _____ day of May, 2012.


_____
Michael Hogan
United States District Court Judge

**For Court Use Only**

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court


_____
By: Financial Administrator

**Page 2   ORDER**