**FILED**

**MAY 07 2012**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　Defendant - Appellant. | No. 11-30342<br><br>D.C. No. 05-CR-60008-HO<br>District of Oregon,<br>Eugene<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

　　Pirouz Sedaghaty's motion for leave to file an oversized opening brief consisting of 30,680 words is granted. The Clerk shall file Sedaghaty's oversized opening brief submitted May 3, 2012. The briefing schedule previously established remains in effect. The government's answering briefs are due August 3, 2012. Sedaghaty's reply briefs are due August 24, 2012.

　　Any party who wishes to file an oversized unclassified brief shall, on or before the due date for the brief, electronically file a motion for leave to file the brief accompanied by a copy of the proposed brief and a certification as to the brief's word count. *See* 9th Cir. R. 32-1, -2; 9th Cir. Form 8. Motions for leave to

file oversized classified briefs need not be accompanied by copies of the proposed brief.

The parties shall file the classified briefs in camera and under seal with Winfield S. "Scooter" Slade, Classified Information Security Officer, United States Department of Justice, (202) 514-9016, Scooter.Slade@usdoj.gov, as the designee of the Clerk of the Court. At the time of making a physical submission to the Security Officer, counsel shall file on the public record in the CM/ECF system a notice of filing that notifies the Court that a filing has been made.