IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PIROUZ SEDAGHATY,<br><br>Defendant. | No. 6:05-cr-60008-HO<br><br><br>ORDER TO EXONERATE BOND<br>AND RETURN BAIL |

Upon defendant's Renewed Motion For Order To Exonerate The Bond And Return Bail posted in this matter, it is hereby

ORDERED that, pursuant to 18 U.S.C. § 3006A, $19,235 of the money posted as bail for Mr. Sedaghaty be deposited in the United States Treasury as a reimbursement to the Criminal Justice Act appropriation for attorney fees

Page 1    ORDER

expended on his behalf and that the remainder of the funds posted, $39,746, be returned to Thomas H. Nelson, Attorney at Law, Thomas H. Nelson & Assoc., PO Box 1211, Welches, Oregon 97067.

Dated this **22nd** day of May, 2012.

_____
Michael Hogan
United States District Court Judge

**For Court Use Only**

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

_____
By: Financial Administrator

Page 2   ORDER