Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | MOTION FOR ORDER TO MODIFY PROTECTIVE ORDER OF DECEMBER 18, 2007 |
| **PIROUZ SEDAGHATY,** | |
| Defendant. | |

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, hereby moves this Court for modification of the Protective Order entered on December 18, 2007.  This motion

Page 1    MOTION FOR ORDER TO MODIFY PROTECTIVE ORDER OF DECEMBER 18, 2007

is necessary to clarify the limits on Mr. Sedaghaty's criminal defense attorneys' provision of material to civil attorneys representing AHIF-Ashland in civil proceeding United States District Court Southern District of New York *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (*see* attached correspondence and order).

The government agrees with the requested modification.

RESPECTFULLY SUBMITTED this 14th day of February, 2013.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar