IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | ORDER MODIFYING PROTECTIVE ORDER OF DECEMBER 18, 2007 |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Upon consideration of the Memorandum Decision and Order of the United States District Court Southern District of New York *In Re: Terrorist Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM) (ECF No. 2491) (Nov. 22, 2011), and upon agreement of the parties in 6:05-cr-60008-AA, it is hereby

ORDERED that the protective order issued by this Court on December 18, 2007, *United States v. Sedaghaty*, No. 6:05-cr-60008-AA, (D. Or December 18, 2007) (CR 77), is modified by the following addendum:

IT IS FURTHER ORDERED that defense counsel is not precluded from providing to the civil attorneys for AHIF-USA (Alan Kabat and Lynne Bernabei) for use in the above referenced case, any material provided to defense counsel through discovery that the government obtained as a result of the execution of the search warrant at 3800 S. Highway 99, Ashland, OR 97520, on February 18, 2004, material obtained through grand jury subpoenas served on AHIF-Ashland, and the file provided by Tom Wilcox on June 11, 2009.

Dated this _____ day of February, 2013.

_____
Ann Aiken, Chief Judge
United States District Court Judge