IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PIROUZ SEDAGHATY,<br><br>Defendant. | No. 6:05-cr-60008-AA<br><br><br><br>ORDER MODIFYING<br>PROTECTIVE ORDER OF<br>DECEMBER 18, 2007 |

Upon consideration of the Memorandum Decision and Order of the

United States District Court Southern District of New York *In Re: Terrorist*

*Attacks on September 11, 2001*, 03 MDL 1570 (GBD) (FM) (ECF No. 2491) (Nov.

22, 2011), and upon agreement of the parties in 6:05-cr-60008-AA, it is hereby

Page 1   ORDER MODIFYING PROTECTIVE ORDER OF DECEMBER 18, 2007

ORDERED that the protective order issued by this Court on December 18, 2007, *United States v. Sedaghaty*, No. 6:05-cr-60008-AA, (D. Or December 18, 2007) (CR 77), is modified by the following addendum:

  IT IS FURTHER ORDERED that defense counsel is not precluded from providing to the civil attorneys for AHIF-USA (Alan Kabat and Lynne Bernabei) for use in the above referenced case, any material provided to defense counsel through discovery that the government obtained as a result of the execution of the search warrant at 3800 S. Highway 99, Ashland, OR 97520, on February 18, 2004, material obtained through grand jury subpoenas served on AHIF-Ashland, and the file provided by Tom Wilcox on June 11, 2009.

Dated this 14th day of February, 2013.

_____
Ann Aiken, Chief Judge
United States District Court Judge