Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR   97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

**Attorneys for Defendant**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | UNOPPOSED MOTION FOR RELEASE PENDING CONCLUSION OF APPEAL |
| **PIROUZ SEDAGHATY,** | |
| **Defendant.** | |

Defendant Pirouz Sedaghaty, through counsel, Lawrence Matasar and Federal

Public Defender Steven T. Wax, hereby moves this Court, pursuant to 18 U.S.C. §3142

Page 1   UNOPPOSED MOTION FOR RELEASE PENDING CONCLUSION OF APPEAL

(b) and (c), for release on his own recognizance pending conclusion of this appeal. Mr. Sedaghaty was released on conditions for nearly four years during the pendency of this case. He voluntarily surrendered to custody in February 2012 following imposition of sentence. On August 23, 2013, the United States Court of Appeals reversed the conviction in this matter and remanded the case to the district court. Coincidentally, on August 23, 2013, Mr. Sedaghaty was released from the Northwest Regional Reentry Center to home confinement for the remaining three months of the incarceration portion of his sentence. He is currently residing with his wife at their apartment in Portland and working at Elephants Delicatessen. He remains, however, under the jurisdiction of the Bureau of Prisons subject to GPS monitoring, to financial conditions requiring that he pay the Reentry Center for monitoring him, and, he believes, to the obligation to continue paying restitution. The custodial portion of Mr. Sedaghaty's sentence is due to be completed on or about November 22, 2013.

The government has filed for an extension until November 5, 2013, to determine whether it will file a motion with the Court of Appeals seeking rehearing.

Mr. Sedaghaty seeks release on his own recognizance with the following conditions:

  1. Advise the pre-trial office of any change in address;
  2. Advise the pre-trial office of any change in his employment; and,
  3. Refrain from any criminal conduct.

AUSA Kelly Zusman has stated that the government has no objection to this

motion. Chief Pre-Trial Services Officer Brian Crist has stated that he recommends release without any other conditions.

  Respectfully submitted this 30th day of August, 2013.

          /s/ Steven T. Wax
          Steven T. Wax
          Federal Public Defender

          /s/ Lawrence H. Matasar
          Lawrence H. Matasar