UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>PIROUZ SEDAGHATY,<br><br>　　　　　Defendant. | No. 6:05-cr-60008-AA<br><br><br><br>ORDER GRANTING UNOPPOSED<br>MOTION FOR RELEASE PENDING<br>CONCLUSION OF APPEAL |

　　　Based on the recommendations of the parties and the Pre-Trial Services Office, it is hereby

　　　ORDERED that Mr. Sedaghaty be released on his own recognizance pending conclusion of appellate proceedings in this matter on the following conditions:

　　　1.　　Mr. Sedaghaty shall notify the Pre-Trial Services Office of any change in address;

　　　2.　　Mr. Sedaghaty shall notify the Pre-Trial Services Office of any change in employment;

Page 1   ORDER GRANTING UNOPPOSED MOTION FOR RELEASE PENDING CONCLUSION OF APPEAL

3.	Mr. Sedaghaty shall refrain from any criminal conduct.

ORDERED this ____ day of September, 2013.

_____
Honorable Ann Aiken
Chief Judge, United States District Court

Submitted by:

*/s/ Steven T. Wax*
Steven T. Wax, Federal Public Defender
Counsel for Defendant