UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR RELEASE PENDING CONCLUSION OF APPEAL |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Based on the recommendations of the parties and the Pre-Trial Services Office, it is hereby

ORDERED that Mr. Sedaghaty be released on his own recognizance pending conclusion of appellate proceedings in this matter on the following conditions:

1. Mr. Sedaghaty shall notify the Pre-Trial Services Office of any change in address;

2. Mr. Sedaghaty shall notify the Pre-Trial Services Office of any change in employment;

Page 1   ORDER GRANTING UNOPPOSED MOTION FOR RELEASE PENDING CONCLUSION OF APPEAL

3. Mr. Sedaghaty shall refrain from any criminal conduct.

ORDERED this 30th day of ~~September~~ Aug, 2013.

_____
for Honorable Ann Aiken
Chief Judge, United States District Court

Submitted by:

/s/ Steven T. Wax
Steven T. Wax, Federal Public Defender
Counsel for Defendant