Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR   97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-HO |
| Plaintiff, | |
| v. | JOINT MOTION TO EXTEND TRIAL DATE TO 180 DAYS |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Page 1    JOINT MOTION TO EXTEND TRIAL DATE TO 180 DAYS

Defendant, Pirouz Sedaghaty, by and through his attorneys, Lawrence Matasar and Federal Public Defender Steven T. Wax, and jointly with the United States through First Assistant United States Attorney Kent Robinson, hereby moves this Court, pursuant to 18 U.S.C. §3161(e), to extend the trial for 180 days due to factors that make trial within 70 days impractical.

The parties are discussing potential resolution of the case so that any appearance at this time may involve a waste of judicial, defense, and government resources. In any event, the remand places back on the Court's docket a number of legal issues and motions that result in excludable delay under 18 U.S.C. §3161(h). The parties suggest that the Court set the matter for a joint status report on February 16, 2014.

RESPECTFULLY SUBMITTED this 14th day of January, 2014.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar