**Steven T. Wax, OSB No. 85012**
**Federal Public Defender**
**101 SW Main Street, Suite 1700**
**Portland, OR    97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Email: steve_wax@fd.org**

**Lawrence Matasar, OSB No. 74209**
**621 SW Morrison Street, Suite #1025**
**Portland, OR 97205**
**Tel: (503) 222-9830**
**Email: larry@pdxlaw.com**

**Attorneys for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 6:05-cr-60008-AA** |
| **Plaintiff,** | |
| v. | **JOINT STATUS REPORT** |
| **PIROUZ SEDAGHATY,** | |
| **Defendant.** | |

Page 1    JOINT STATUS REPORT

The United States Attorney, through First Assistant Kent Robinson, and Pirouz Sedaghaty, through his attorneys Federal Public Defender, Steven T. Wax, and Lawrence Matasar, hereby advise the Court that they have nearly concluded negotiations in this matter.   We are hopeful that we will be able to contact the Court in the near future to set a court appearance.   The parties suggest scheduling another status report for March 17,2014.

RESPECTFULLY SUBMITTED this 18th day of February, 2014.

/s/ Steven T. Wax
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar