Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR   97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com


Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Page 1     JOINT STATUS REPORT

The United States Attorney, through First Assistant Kent Robinson, and Pirouz Sedaghaty, through his attorneys Federal Public Defender, Steven T. Wax, and Lawrence Matasar, hereby advise the Court that they are currently waiting for word from the Office of Foreign Asset Control.   We heard from OFAC on April 17, 2014, that we should have progress "in the reasonably near term."   The parties suggest scheduling another status report for May 19, 2014.

RESPECTFULLY SUBMITTED this 18th day of April, 2014.

/s/ *Steven T. Wax*
Steven T. Wax
Federal Public Defender

/s/ Lawrence H. Matasar
Lawrence H. Matasar