Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR   97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com


**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Page 1     JOINT STATUS REPORT

The United States Attorney, through First Assistant Kent Robinson, and Pirouz Sedaghaty, through his attorneys Federal Public Defender, Steven T. Wax, and Lawrence Matasar, hereby advise the Court that the Internal Revenue Service has filed the civil assessment which is a predicate to release of funds from OFAC.  OFAC has agreed to release those funds separately from any other decisions about other Al Haramain assets. We are now awaiting the imminent release of funds.   The parties suggest scheduling another status report for June 27, 2014.

RESPECTFULLY SUBMITTED this 29th day of May, 2014.

/s/ *Steven T. Wax*
Steven T. Wax
Federal Public Defender

/s/ *Lawrence H. Matasar*
Lawrence H. Matasar