Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR   97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com


**Attorneys for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | JOINT STATUS REPORT |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Page 1     JOINT STATUS REPORT

The United States Attorney, through First Assistant Kent Robinson, and Pirouz Sedaghaty, through his attorneys Federal Public Defender, Steven T. Wax, and Lawrence Matasar, hereby advise the Court that the Bank of America has transmitted a check to the Internal Revenue Service to pay the civil tax assessment against Al-Haramain. The Court has scheduled a status conference and plea hearing for July 24 and 29, 2014, respectively. Counsel for Mr. Sedaghaty will be participating in the July 24 status conference. Mr. Sedaghaty and his counsel will be present in court on July 29, 2014. Following the entry of a plea by Al-Haramain and sentencing, the government will be moving to dismiss the indictment against Mr. Sedaghaty. At that time, we will also be asking the Court to rule on the unopposed Motion for Return of Funds to Mr. Sedaghaty. Therefore, we request that the Court strike the July 22, 2014, trial date and set the matter for status conference at the same time as the currently scheduled hearings involving Al-Haramain on July 24 and 29, 2014.

RESPECTFULLY SUBMITTED this 21st day of July, 2014.

/s/ *Steven T. Wax*
Steven T. Wax
Federal Public Defender

/s/ *Lawrence H. Matasar*
Lawrence H. Matasar