Steven T. Wax, OSB No. 85012
Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR   97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: steve_wax@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | MOTION FOR RETURN OF FUNDS |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Page 1     MOTION FOR RETURN OF FUNDS

The defendant, Pirouz Sedaghaty, through his attorneys, Federal Public Defender, Steven T. Wax, and Lawrence Matasar, hereby moves this Honorable Court to order return of $19,235 that was paid by Mr. Sedaghaty as partial reimbursement for attorney fees incurred in his defense pursuant to the order of the District Court that was entered on May 22, 2012.  This money had originally been posted by Mr. Sedaghaty as bail in 2007.  Return of the money to Mr. Sedaghaty is sought following the plea proceedings involving the Al-Haramain charity and in the interests of justice and equity following the anticipated dismissal of all charges against him and the fact that he spent approximately two years in prison and four years under ankle bracelet monitoring prior to reversal of his conviction.  The United States Attorney for the District of Oregon does not oppose this request.

RESPECTFULLY SUBMITTED this 21st day of July, 2014.

/s/ *Steven T. Wax*
Steven T. Wax
Federal Public Defender

/s/ *Lawrence H. Matasar*
Lawrence H. Matasar