IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | ORDER |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Upon consideration of the unopposed motion for repayment to Mr. Sedaghaty of money previously paid by him as partial reimbursement of attorney fees, it is hereby

ORDERED that the United States Government, through the Administrative Office of the United States Courts, shall return $19,235 to Mr. Sedaghaty.

GRANTED this ____ day of July, 2014.

_____

Honorable Ann Aiken
Chief Judge

Submitted by:

/s/ *Steven T. Wax*                              /s/ *Lawrence Matasar*
Steven T. Wax, Federal Public Defender           Lawrence Matasar