Michelle Sweet, OSB No. 060015
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR    97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: michelle_sweet@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Acting Federal Public Defender Lisa C. Hay hereby gives notice that the above-

Page 1     NOTICE OF REASSIGNMENT

captioned case has been internally reassigned from former Federal Public Defender Steven T. Wax to Assistant Federal Public Defender Michelle Sweet.

RESPECTFULLY SUBMITTED this 7th day of October, 2014.

/s/ *Michelle Sweet*
Michelle Sweet
Assistant Federal Public Defender

**Page 2**    NOTICE OF REASSIGNMENT