
Michelle Sweet, OSB No. 06005
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR   97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: michelle_sweet@fd.org

Lawrence Matasar, OSB No. 74209
621 SW Morrison Street, Suite #1025
Portland, OR 97205
Tel: (503) 222-9830
Email: larry@pdxlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | UNOPPOSED MOTION FOR RETURN OF SPECIAL ASSESSMENT AND RESTITUTION PAYMENTS |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Page 1   UNOPPOSED MOTION FOR RETURN OF SPECIAL ASSESSMENT AND RESTITUTION PAYMENTS

The defendant, Pirouz Sedaghaty, through his attorneys, Assistant Federal Public Defender, Michelle Sweet, and Lawrence Matasar, and pursuant to the agreement between the parties, hereby moves this Honorable Court to order return of $801.81 which represents $200 paid by Mr. Sedaghaty as Special Assessment Fees and $601.81 paid by Mr. Sedaghaty towards Restitution. Return of the money to Mr. Sedaghaty is sought following the dismissal of all charges against him and pursuant to the agreement of the parties. This motion is unopposed by Assistant United States Attorney Kent Robinson.

RESPECTFULLY SUBMITTED this 7th day of October, 2014.

/s/ *Michelle Sweet*
Michelle Sweet
Assistant Federal Public Defender

/s/ *Lawrence H. Matasar*
Lawrence H. Matasar