## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**               **No. 6:05-cr-60008-AA**

**Plaintiff,**

**v.**                               **ORDER**

**PIROUZ SEDAGHATY,**

**Defendant.**

Pursuant to an agreement between the parties and the dismissal of this case, the

Clerk of Court is hereby

ORDERED that the Clerk of Court shall return to Pirouz Sedaghaty the Special

Assessment and Restitution previously paid in the amount of $801.81.

GRANTED this ____ day of October, 2014.

_____
Honorable Ann Aiken
Chief Judge

Submitted by:

*/s/ Michelle Sweet*                          */s/ Lawrence Matasar*
Michelle Sweet                            Lawrence Matasar
Assistant Federal Public Defender