IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:05-cr-60008-AA |
| Plaintiff, | |
| v. | ORDER |
| PIROUZ SEDAGHATY, | |
| Defendant. | |

Pursuant to an agreement between the parties and the dismissal of this case, the Clerk of Court is hereby

ORDERED that the Clerk of Court shall return to Pirouz Sedaghaty the Special Assessment and Restitution previously paid in the amount of $801.81.

GRANTED this 8th day of October, 2014.

Honorable Ann Aiken
Chief Judge

Submitted by:

/s/ Michelle Sweet
Michelle Sweet
Assistant Federal Public Defender

/s/ Lawrence Matasar
Lawrence Matasar